**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

BIOVAIL LABORATORIES
INTERNATIONAL SRL
a corporation of Barbados,
            Plaintiff,
                v.                                    C.A. 05-586
ANDRX PHARMACEUTICALS, LLC and
ANDRX CORPORATION,
            Defendants.

## ENTRY OF APPEARANCE

Please enter the appearance of William J. Cattie, III, Esq., and Julie M. Sebring, Esq. as

attorneys for the defendants.

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
Julie M. Sebring, Esq.
I. D. No. 2259
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorneys for Defendant

OF COUNSEL:
Martin P. Endres
**HEDMAN & COSTIGAN, P.C.**
1185 Avenue of the Americas
New York, New York  10036

Steven Maddox
**FOLEY & LARDNER, LLP**
3000 K Street, N.W.
Washington, DC  20007