# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

September 27, 2005

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

William J. Cattie, III, Esq.
Rawle & Henderson, LLP
300 Delaware Avenue - #1015
Wilmington, DE  19801

Re: Biovail Laboratories International SRL v.
Andrx Pharmaceuticals, LLC, et al.
Civil Action No. 05-586-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court