**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>    Defendants. | C.A. 05-586 |

**CERTIFICATE OF SERVICE**

I, William J. Cattie, III, Esq., do hereby certify that on the 1st day of November, 2005 I have caused to be hand delivered two copies of Andrx's First Request for Production of Documents and Things to Biovail to the following individual(s):

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

        **RAWLE & HENDERSON, LLP**

        /s/ William J. Cattie, III
        William J. Cattie, III, Esq.
        I. D. No. 953
        300 Delaware Avenue, Suite 1015
        P. O. Box 588
        Wilmington, DE 19899-0588
        (302) 778-1200
        Attorneys for Defendants.

OF COUNSEL:
Martin P. Endres
**HEDMAN & COSTIGAN, P.C.**
1185 Avenue of the Americas
New York, New York  10036

Steven Maddox
**FOLEY & LARDNER, LLP**
3000 K Street, N.W.
Washington, DC  20007