IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, <br><br> Plaintiff, <br><br> v. <br><br> ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-586 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Biovail's First Set of Requests for Documents and Things to Defendant Andrx were caused to be served on November 4, 2005 by facsimile upon:

> Steven Maddox
> Foley & Lardner, LLP
> 3000 K Street, NW
> Washington, DC  20007

Further, Biovail's First Set of Requests for Documents and Things to Defendant Andrx were caused to be served on November 7, 2005 upon the following in the manner indicated:

**BY HAND**
William J. Cattie
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
P.O. Box 588
Wilmington, DE  19899

**BY FEDERAL EXPRESS**
Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC  20007

                                  MORRIS, NICHOLS, ARSHT & TUNNELL

                                  /s/   *Melissa Stone Myers (#3985)*
                                  Jack B. Blumenfeld (#1014)
                                  Melissa Stone Myers (#3985)
                                  1201 North Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899-1347
                                  (302) 658-9200
                                    *Attorneys for Plaintiff*
                                    *Biovail Laboratories International SRL*

<u>Of Counsel</u>:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100


November 7, 2005

## CERTIFICATE OF SERVICE

I, Melissa Stone Myers, hereby certify that on November 7, 2005 I electronically filed Notice of Service of Biovail's First Set of Requests for Documents and Things to Defendant Andrx with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Cattie, III
> Rawle & Henderson LLP

I also certify that copies were caused to be served on November 7, 2005 upon the following in the manner indicated:

### BY HAND

William J. Cattie
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
P.O. Box 588
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY  10036

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC  20007

/s/   *Melissa Stone Myers (#3985)*
Melissa Stone Myers (#3985)
mmyers@mnat.com