# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

November 7, 2005

BY ELECTRONIC FILING

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Biovail v. Andrx; C.A. No. 05-586 (KAJ)

Dear Judge Jordan:

Attached is a proposed Scheduling Order for discussion during the telephone conference Thursday afternoon at 4:00 p.m. Where the parties have been unable to agree, their proposals are noted separately.

Respectfully,

*Jack Blumenfeld*

Jack B. Blumenfeld

/klm
Attachment

cc:   Peter T. Dalleo. Clerk (By Hand)
      William J. Cattie, III, Esquire (By Hand)
      Steven Maddox, Esquire (By E-Mail)
      Joseph M. O'Malley, Jr., Esquire (By E-Mail)
      Dominick A. Conde, Esquire (By E-Mail)