# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

November 14, 2005

BY ELECTRONIC FILING

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    <u>Biovail v. Andrx</u>; C.A. No. 05-586 (KAJ)

Dear Judge Jordan:

    Attached is a revised Scheduling Order including the dates set during the conference last Thursday.

    Respectfully,

    */s/ Jack B. Blumenfeld (#1014)*

    Jack B. Blumenfeld

JBB/bls
Attachment

cc:    Peter T. Dalleo. Clerk (By Hand)
        William J. Cattie, III, Esquire (By Hand)
        Steven Maddox, Esquire (By Fax)
        Joseph M. O'Malley, Jr., Esquire (Fax)