IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>           Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>           Defendants. | C.A. 05-586 |

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esq., do hereby certify that on November 23, 2005, I have E-filed through LEXIS NEXIS and served via hand delivery the DEFENDANT'S FIRST SET OF INTERROGATORIES TO BIOVAIL to following individual(s):

>Jack B. Blumenfeld, Esq.
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE 19801

**RAWLE & HENDERSON, LLP**

/s/ Julie M. Sebring
William J. Cattie, III, Esq. – ID #953
Julie M. Sebring, Esq. – ID #2259
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants

OF COUNSEL:

| | |
|---|---|
| Martin P. Endres | Steven Maddox |
| **HEDMAN & COSTIGAN, P.C.** | **FOLEY & LARDNER, LLP** |
| 1185 Avenue of the Americas | 3000 K Street, N.W. |
| New York, New York  10036 | Washington, DC  20007 |

1234335 v.1