IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>Defendants. | C.A. 05-586 |

**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the following is a list of publicly held parent corporations and companies that own 10% or more of the stock of party defendants Andrx Pharmaceuticals, LLC and Andrx Corporation:

> Andrx Pharmaceuticals, LLC is a wholly owned subsidiary of Andrx Corporation, which is a publicly held company. Iridian Asset Management, located in Greenwich, Connecticut, owns more than 10% of the stock of Andrx Corporation. No other company owns more than 10% of the stock of Andrx Corporation.

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

OF COUNSEL
Martin P. Endres, Esq.
**HEDMAN & COSTIGAN, P.C.**
1185 Avenue of the Americas
New York, New York  10036


Steven Maddox, Esq.
**FOLEY & LARDNER, LLP**
3000 K Street, N.W.
Washington, DC  20007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br>Plaintiff,<br>v.<br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br>Defendants. | C.A. 05-586 |

**CERTIFICATE OF SERVICE**

    I, William J. Cattie, III, Esq., do hereby certify that on November 30, 2005, I have E-filed through LEXIS NEXIS the AMENDED **CORPORATE DISCLOSURE STATEMENT** following individual(s):

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorney for Plaintiffs

                                      **RAWLE & HENDERSON, LLP**
                                      /s/ William J. Cattie, III
                                      William J. Cattie, III, Esq.
                                      I. D. No. 953
                                      300 Delaware Avenue, Suite 1015
                                      P. O. Box 588
                                      Wilmington, DE 19899-0588
                                      (302) 778-1200
                                      Attorney for Defendant
                                      ANDRX PHARMACEUTICALS, LLC