IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-586 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Biovail's Responses to Defendant Andrx's First Set of Requests for the Production of Documents and Things were caused to be served on December 1, 2005 upon the following in the manner indicated:

**BY FACSIMILE & FEDERAL EXPRESS**

William J. Cattie
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
P.O. Box 588
Wilmington, DE 19899

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY 10036

                              MORRIS, NICHOLS, ARSHT & TUNNELL

                              */s/     Melissa Stone Myers (#3985)*
                              Jack B. Blumenfeld (#1014)
                              Melissa Stone Myers (#3985)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, DE 19899-1347
                              (302) 658-9200
                                *Attorneys for Plaintiff*
                                *Biovail Laboratories International SRL*

<u>Of Counsel</u>:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100


December 2, 2005

CERTIFICATE OF SERVICE

I, Melissa Stone Myers, hereby certify that on December 2, 2005, I caused to be electronically filed **Notice of Service (Biovail's Responses to Defendant Andrx's First Set of Requests for the Production of Documents and Things)** with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Cattie, III
> Rawle & Henderson, LLP

and that I caused copies to be served upon the following in the manner indicated:

> **BY HAND DELIVERY**
> William J. Cattie, III
> Rawle & Henderson, LLP
> 300 Delaware Avenue
> Suite 1015
> P.O. Box 588
> Wilmington, DE  19899
>
> **BY FACSIMILE AND FEDERAL EXPRESS**
> Steven Maddox
> Foley & Lardner, LLP
> 3000 K Street, NW
> Washington, DC  20007
>
> Martin P. Endres
> Hedman & Costigan, P.C.
> 1185 Avenue of the Americas
> New York, NY  10036

> */s/     Melissa Stone Myers (#3985)*
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> mmyers@mnat.com