IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDRX PHARMACEUTICALS, LLC and )<br>ANDRX CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 05-586 (KAJ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Biovail's First Set of Interrogatories to Defendant Andrx were caused to be served on December 2, 2005 upon the following in the manner indicated:

**BY HAND**

William J. Cattie
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
P.O. Box 588
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY 10036

                MORRIS, NICHOLS, ARSHT & TUNNELL

                */s/     Melissa Stone Myers (#3985)*
                Jack B. Blumenfeld (#1014)
                Melissa Stone Myers (#3985)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                  *Attorneys for Plaintiff*
                  *Biovail Laboratories International SRL*

<u>Of Counsel</u>:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100


December 2, 2005