## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, <br>       Plaintiff, <br> v. <br> ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, <br>       Defendants. | C.A. 05-586 |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq., do hereby certify that on December 7, 2005, I have E-filed through LEXIS NEXIS the **ANDRX'S RESPONSE TO BIOVAIL'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS** following individual(s):

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorney for Plaintiffs

           **RAWLE & HENDERSON, LLP**
           /s/ William J. Cattie, III
           William J. Cattie, III, Esq.
           I. D. No. 953
           300 Delaware Avenue, Suite 1015
           P. O. Box 588
           Wilmington, DE 19899-0588
           (302) 778-1200
           Attorney for Defendant
           ANDRX PHARMACEUTICALS, LLC