## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | : : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 05-586-KAJ : |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **12th** day of **December, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, March 30, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE