### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, <br><br> Plaintiff, <br><br> v. <br><br> ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, <br><br> Defendants. | C.A. No. 05-586 (KAJ) |

### DECLARATION OF MATTHEW C. MARLOWE IN SUPPORT OF ANDRX'S MOTION TO CONSOLIDATE BIOVAIL'S TWO SEPARATE ACTIONS ALLEGING INFRINGEMENT OF THE SAME PATENT AGAINST THE SAME ANDRX DEFENDANTS

I, Matthew C. Marlowe, declare as follows:

1. I am an attorney and a member of the law firm Foley & Lardner LLP, counsel for Andrx Pharmaceuticals, LLC, and Andrx Corporation (collectively "Andrx").

2. My business address is 3000 K St. N.W., Suite 500, Washington, DC 20007.

3. I make this declaration in support of Andrx's Motion to Consolidate Biovail's Two Separate Actions Alleging Infringement of the Same Patent Against the Same Andrx Defendants.

4. Attached as Exhibit A is a true and correct copy of the Complaint filed in Civil Action No. 05-730, served on October 14, 2005.

5. Attached as Exhibit B is a true and correct copy of a facsimile sent from Preston K. Ratliff II to Steven A. Maddox, dated November 29, 2005.

6. Attached as Exhibit C is a true and correct copy of Andrx's Response to Biovail's First Set of Requests for Documents and Things, served December 7, 2005.

7. Attached as Exhibit D is a true copy and correct copy of a facsimile sent from Preston K. Ratliff II to Steven A. Maddox, dated December 7, 2005.

I swear under penalty of perjury that the foregoing is true and correct.

_____          12/19/2005
Matthew C. Marlowe                        Date

WASH_1514341.1