IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>      Plaintiff,<br><br>      v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>      Defendants. | C.A. 05-586 |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq., do hereby certify that on the 21st day of December, 2005 I have caused to be hand delivered two copies of **ANDRX'S MOTION TO CONSOLIDATE BIOVAIL'S TWO SEPARATE ACTIONS ALLEGING INFRINGEMENT OF THE SAME PATENT AGAINST THE SAME ANDRX DEFENDANTS** to the following individual(s):

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

                                                **RAWLE & HENDERSON, LLP**

                                                /s/ William J. Cattie, III
                                                William J. Cattie, III, Esq.
                                                I. D. No. 953
                                                300 Delaware Avenue, Suite 1015
                                                P. O. Box 588
                                                Wilmington, DE 19899-0588
                                                (302) 778-1200
                                                Attorneys for Defendants.

OF COUNSEL:
Martin P. Endres
**HEDMAN & COSTIGAN, P.C.**
1185 Avenue of the Americas
New York, New York 10036

Steven Maddox
**FOLEY & LARDNER, LLP**
3000 K Street, N.W.
Washington, DC 20007