IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRX PHARMACEUTICALS, LLC and ) <br> ANDRX CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-586 (KAJ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Biovail's Responses to Defendant Andrx's First Set of Interrogatories* were caused to be served on December 23, 2005 upon the following in the manner indicated:

**BY HAND**

William J. Cattie
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
P.O. Box 588
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC  20007

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY  10036

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/*    *Melissa Stone Myers (#3985)*
        Jack B. Blumenfeld (#1014)
        Melissa Stone Myers (#3985)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
          *Attorneys for Plaintiff*
          *Biovail Laboratories International SRL*

<u>Of Counsel</u>:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100


December 23, 2005

CERTIFICATE OF SERVICE

I, Melissa Stone Myers, hereby certify that on December 23, 2005, I caused to be electronically filed *Notice of Service of Biovail's Responses to Defendant Andrx's First Set of Interrogatories* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Cattie, III
> Rawle & Henderson, LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

William J. Cattie
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
P.O. Box 588
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY 10036

> */s/ Melissa Stone Myers (#3985)*
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> mmyers@mnat.com