# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

BIOVAIL LABORATORIES INTERNATIONAL SRL
a corporation of Barbados,

      Plaintiff,

      v.                            C.A. 05-730

ANDRX PHARMACEUTICALS, LLC and
ANDRX CORPORATION,

      Defendants.

## CERTIFICATE OF SERVICE

      I, William J. Cattie, III, Esq. do hereby certify that on January 3, 2006, I have E-filed through LEXIS NEXIS the **NOTICE OF SERVICE FOR ANDRX'S RESPONSE TO BIOVAIL'S FIRST SET OF INTERROGATORIES** and served upon the following by postage-prepaid first-class mail:

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

                      **RAWLE & HENDERSON LLP**

                      /s/ Julie M. Sebring
                      Julie M. Sebring, Esq. – ID No. 2259
                      300 Delaware Avenue, Suite 1015
                      P. O. Box 588
                      Wilmington, DE 19899-0588
                      (302) 778-1200
                      Attorney for Defendants