IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>   Defendants. | C.A. 05-586 |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on January 3, 2006, I have E-filed through LEXIS NEXIS the **NOTICE OF SERVICE FOR ANDRX'S RESPONSE TO BIOVAIL'S FIRST SET OF INTERROGATORIES** and served upon the following by postage-prepaid first-class mail:

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

**RAWLE & HENDERSON LLP**

/s/ Julie M. Sebring
Julie M. Sebring, Esq. – ID No. 2259
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants