IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>        Defendants. | C.A. No. 05-586 (KAJ) |

**DECLARATION OF PRESTON K. RATLIFF II IN SUPPORT
OF BIOVAIL'S ANSWERING BRIEF IN OPPOSITION TO ANDRX'S
MOTION TO CONSOLIDATE CIVIL ACTION NOS. 05-586 AND 05-730**

I, Preston K. Ratliff II, declare under penalty of perjury that:

1. I am associated with the law firm of Fitzpatrick, Cella, Harper & Scinto, counsel for plaintiff, Biovail Laboratories International SRL ("Biovail"). I make this declaration in support of BIOVAIL'S ANSWERING BRIEF TO ANDRX'S MOTION TO CONSOLIDATE CIVIL ACTION NOS. 05-586 AND 05-730.

2. Attached as Exhibit 1 hereto is a true and correct copy of a July 19, 2005 letter that Biovail sent to Andrx.

3. Attached as Exhibit 2 hereto is a true and correct copy of an August 4, 2005 letter that Biovail sent to Andrx.

4. Attached as Exhibit 3 hereto is a true and correct copy of an August 26, 2005 letter that Biovail sent to Andrx.

5. Attached as Exhibit 4 hereto is a true and correct copy of a September 2, 2005 letter that Biovail sent to Andrx.

6. Attached as Exhibit 5 hereto is a true and correct copy of a September 20, 2005 letter that Biovail sent to Andrx.

7. Attached as Exhibit 6 hereto is a true and correct copy of a September 27, 2005 letter (without attachments) that Biovail sent to Andrx).

8. Attached as Exhibit 7 hereto is a true and correct copy of an October 4, 2005 letter that Andrx sent to Biovail.

9. Attached as Exhibit 8 hereto is a true and correct copy of an October 7, 2005 letter (without attachment) that Biovail sent to Andrx.

10. Attached as Exhibit 9 hereto is a true and correct copy of a November 29, 2005 letter that Biovail sent to Andrx.

11. Attached as Exhibit 10 hereto is a true and correct copy of a December 6, 2005 letter that Andrx sent to Biovail.

12. Attached as Exhibit 11 hereto is a true and correct copy of a December 7, 2005 letter (without attachment) that Biovail sent to Andrx.

13. Attached as Exhibit 12 hereto is a true and correct copy of a November 10, 2005 letter (without attachment) that Biovail sent to Andrx.

14. Attached as Exhibit 13 hereto is a true and correct copy of a December 16, 2005 letter that Biovail sent to Andrx.

15. Attached as Exhibit 14 hereto is a true and correct copy of a December 28, 2005 letter that Biovail sent to Andrx.

16. Attached as Exhibit 15 hereto is a true and correct copy of a December 29, 2005 letter that Andrx sent to Biovail.

17. Attached as Exhibit 16 hereto is a true and correct copy of pages from Andrx's website.

18. Attached as Exhibit 17 hereto is a true and correct copy of a January 6, 2006 letter that Biovail sent to Andrx.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/6/06

_____
Preston K. Ratliff II

<u>CERTIFICATE OF SERVICE</u>

I, Melissa Stone Myers, hereby certify that on January 6, 2006, I caused to be electronically filed DECLARATION OF PRESTON K. RATLIFF II IN SUPPORT OF BIOVAIL'S ANSWERING BRIEF IN OPPOSITION TO ANDRX'S MOTION TO CONSOLIDATE CIVIL ACTION NOS. 05-586 AND 05-730 with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Cattie, III
> Rawle & Henderson, LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

William J. Cattie, III
Julie M. Sebring
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
P.O. Box 588
Wilmington, DE 19899

/s/    Melissa Stone Myers (#3985)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mmyers@mnat.com