# EXHIBIT A

## Biovail's Proposed Schedule

| | |
|---|---|
| Interim Status Report | August 1, 2006 |
| Status Conference | August 8, 2006 |
| Initial Expert Reports | August 16, 2006 |
| Tutorial (Court submission) | August 22, 2006 |
| Rebuttal Expert Reports | September 18, 2006 |
| Discovery Cut Off | October 17, 2006 |
| Claim Construction (exchange by the parties) | November 15, 2006 |
| Case Dispositive Motions | December 15, 2006 |
| Claim Construction (Court submission) | December 15, 2006 |
| Claim Construction/ Summary Judgment Hearing | February 2, 2007 |
| Pretrial Order (Court submission) | April 4, 2007 |
| Final Pretrial Conference | May 4, 2007 |
| Trial | June 5, 2007 |