IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>Defendants. | C.A. 05-730 |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on January 13, 2006, I have E-filed through LEXIS NEXIS **ANDRX'S REPLY TO BIOVAIL'S OPPOSITIONS TO CONSOLIDATING BIOVAIL'S TWO SEPARATE ACTIONS ALLEGING INFRINGEMENT OF THE SAME PATENT AGAINST THE SAME ANDRX DEFENDANT and DECLARATION OF MATTHEW C. MARLOWE IN SUPPORT OF ANDRX'S REPLY TO BIOVAIL'S OPPOSITION TO CONSOLIDATING BIOVAIL'S TWO SEPARATE ACTIONS ALLEGING INFRINGEMENT OF THE SAME PATENT AGAINST THE SAME ANDRX DEFENDANT** and served via hand delivery.

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North market Street
P. O. Box 1347
Wilmington, DE 19899
(302) 658-9200

RAWLE & HENDERSON LLP

_____
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants