IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-586 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Biovail's Supplemental Responses to Defendant Andrx's Interrogatories Nos. 1 and 4* were caused to be served on January 20, 2006 upon the following in the manner indicated:

**BY HAND**

William J. Cattie
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
P.O. Box 588
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY 10036

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/     Melissa Stone Myers (#3985)*
                Jack B. Blumenfeld (#1014)
                Melissa Stone Myers (#3985)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                  *Attorneys for Plaintiff*
                  *Biovail Laboratories International SRL*

<u>Of Counsel</u>:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100


January 20, 2006

CERTIFICATE OF SERVICE

I, Melissa Stone Myers, hereby certify that on January 20, 2006, I caused to be electronically filed *Notice of Service of Biovail's Supplemental Responses to Defendant Andrx's Interrogatories Nos. 1 and 4* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Cattie, III
>Rawle & Henderson, LLP

and that I caused copies to be served upon the following in the manner indicated:

>**BY HAND**
>
>William J. Cattie
>Rawle & Henderson, LLP
>300 Delaware Avenue
>Suite 1015
>P.O. Box 588
>Wilmington, DE  19899
>
>**BY FEDERAL EXPRESS**
>
>Steven Maddox
>Foley & Lardner, LLP
>3000 K Street, NW
>Washington, DC  20007
>
>Martin P. Endres
>Hedman & Costigan, P.C.
>1185 Avenue of the Americas
>New York, NY  10036

>>*/s/ Melissa Stone Myers (#3985)*
>>Morris, Nichols, Arsht & Tunnell LLP
>>1201 N. Market Street
>>P.O. Box 1347
>>Wilmington, DE  19899
>>(302) 658-9200
>>mmyers@mnat.com