# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 1, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:  *Biovail v. Andrx Pharmaceuticals LLC et al.,*
           Civil Action Nos. 05-586 (KAJ) and 05-730 (KAJ) (Consolidated)

Dear Judge Jordan:

      After the telephone conference last Thursday, the parties have agreed to propose to Your Honor the schedule set forth on the attached Revised Scheduling Order. The following table lists the parties' proposed changes to the dates on the Court's calendar, subject of course to the Your Honor's availability and approval:

| **Event** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Status Report | May 1, 2006 | June 1, 2006 |
| Status Conference | May 8, 2006 | June 8, 2006 |
| Technology Tutorial | May 22, 2006 | August 17, 2006 |
| Claim Construction and Summary Judgment Hearing | November 3, 2006 | December 6, 2006 |
| Pretrial Order Due | January 5, 2007 | February 1, 2007 |
| Pretrial Conference | February 5, 2007 | March 1, 2007 |
| Trial | March 5, 2007 | April 2, 2007 |

      Respectfully,

      /s/ *Jack B. Blumenfeld (#1014)*
      Jack B. Blumenfeld

/klm
Attachment

cc:  Peter T. Dalleo. Clerk (By Hand w/Attachment)
     William J. Cattie, III, Esquire (By Hand and E-Mail w/Attachment)
     Steven A. Maddox, Esquire (By E-Mail w/Attachment)
     Matthew C. Marlowe (By E-Mail w/Attachment)
     Joseph M. O'Malley, Jr., Esquire (By E-Mail w/Attachment)