IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-586-KAJ ) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **3rd** day of **February, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **February 28, 2006 at 3:00 p.m.** with the undersigned. **Counsel for defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE