IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>                        Plaintiff,<br><br>        v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION<br><br>                        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-586 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Anthony H. Son of Foley & Lardner L.L.P., Washington Harbour, 3000 K Street, N.W., Suite 500, Washington, D.C. to represent defendants Andrx Pharmaceuticals, LLC and Andrx Corporation in this matter.

                                                                POTTER ANDERSON & CORROON LLP

                                                                By:  /s/ Richard L. Horwitz
                                                                       Richard L. Horwitz (#2246)
                                                                       Kenneth L. Dorsney (#3726)
                                                                       Hercules Plaza, 6th Floor
                                                                       1313 N. Market Street
                                                                       Wilmington, DE  19899
                                                                       Tel:  (302) 984-6000
                                                                       Fax: (302) 658-1192
                                                                       rhorwitz@potteranderson.com
                                                                       kdorsney@potteranderson.com

Dated: February 10, 2006                                *Attorneys for Defendants Andrx*
719161 / 30015                                                *Pharmaceuticals, LLC and Andrx Corporation*

## ORDER GRANTING MOTION

        IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____                   _____
                                                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 10, 2006        Signed        */s/ Anthony H. Son*
                                              Anthony H. Son
                                              FOLEY & LARDNER L.L.P.
                                              Washington Harbour
                                              3000 K Street, N.W., Suite 500
                                              Washington, D.C. 20007
                                              Tel:   202-295-4057
                                              Fax:   202-672-5399
                                              E-mail:ason@foley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on February 10, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on February 10, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
jo'malley@fchs.com
dconde@fchs.com

                                                            */s/ Richard L. Horwitz*
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

719290