IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 05-586-KAJ |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | )   CONSOLIDATED ) ) ) |
| Defendants. | ) |
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 05-730-KAJ |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) ) |
| Defendants. | ) |

### ORDER OF CONSOLIDATION

At Wilmington this **22nd** day of **February, 2006**,

IT IS ORDERED that C.A. No. 05-586-KAJ and C.A. No. 05-730-KAJ are consolidated for all purposes.

Hereafter all papers will be filed under C.A. No. 05-586-KAJ.

UNITED STATES DISTRICT JUDGE