IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRX PHARMACEUTICALS, LLC and ) <br> ANDRX CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 05-586 (KAJ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Biovail's Second Supplemental Responses to Defendant Andrx's Interrogatories Nos. 1-4 and 6-8* were caused to be served on February 27, 2006 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

**BY EMAIL**

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

2

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Jack B. Blumenfeld (#1014)*
                      Jack B. Blumenfeld (#1014)
                      Melissa Stone Myers (#3985)
                      1201 North Market Street
                      P.O. Box 1347
                      Wilmington, DE  19899-1347
                      (302) 658-9200
                        *Attorneys for Plaintiff*
                        *Biovail Laboratories International SRL*

OF COUNSEL:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100

February 27, 2006

CERTIFICATE OF SERVICE

       I, Jack B. Blumenfeld, hereby certify that on February 27, 2006, I caused to be electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> Wilmington, DE  19899-0951

**BY EMAIL**

> Steven Maddox
> Foley & Lardner, LLP
> 3000 K Street, NW
> Washington, DC  20007

> */s/ Jack B. Blumenfeld (#1014)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jblumenfeld@mnat.com