# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 28, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:   *Biovail v. Andrx Pharmaceuticals LLC et al.*,
            Civil Action Nos. 05-586 (KAJ) (Consolidated)

Dear Judge Jordan:

      I am submitting a revised scheduling order including the dates set during the call today. If it is acceptable to the Court, the parties request that it be entered.

                          Respectfully,

                          Jack B. Blumenfeld (#1014)

JBB/bav
Attachment

cc:   Peter T. Dalleo, Clerk (By Hand w/Attachment)
      Kenneth L. Dorsney, Esquire (By Hand w/Attachment)
      Anthony H. Son, Esquire (By E-Mail w/Attachment)
      Dominick A. Conde, Esquire (By E-Mail w/Attachment)