IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) |
| Plaintiff, | ) C. A. No. 05-586 (KAJ) |
| | )     (consolidated) |
| v. | ) ) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of Andrx's Objections to Biovail's Rule 30(b)(6) Notice to Andrx were caused to be served on March 31, 2006, upon the following attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

### VIA ELECTRONIC MAIL

Joseph M. O'Malley, Jr.
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112
jo'malley@fchs.com
dconde@fchs.com

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Steven Maddox<br>FOLEY & LARDNER, LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007<br>Tel: (202) 672-5300 | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    Kenneth L. Dorsney (#3726)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street |
| Douglas Carsten<br>FOLEY & LARDNER, LLP<br>11250 El Camino Real, Suite 200<br>San Diego, California 92130<br>Tel: (858) 847-6700 | Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    kdorsney@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Andrx Pharmaceuticals, LLC and*<br>*Andrx Corporation* |
| Martin P. Endres<br>HEDMAN & COSTIGAN, P.C.<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 682-7474 | |

March 31, 2006
726120 / 30015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on March 31, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

I hereby certify that on March 31, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112
jo'malley@fchs.com
dconde@fchs.com

                                      */s/ Richard L. Horwitz*
                                      Richard L. Horwitz
                                      Kenneth L. Dorsney
                                      Potter Anderson & Corroon LLP
                                      Hercules Plaza – Sixth Floor
                                      1313 North Market Street
                                      P.O. Box 951
                                      Wilmington, DE  19899-0951
                                      (302) 984-6000
                                      rhorwitz@potteranderson.com
                                      kdorsney@potteranderson.com

719290