IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | )<br>)<br>)<br>) |
| Plaintiff, | ) C. A. No. 05-586 (KAJ) |
| | ) (consolidated) |
| v. | )<br>) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF DEPOSITION OF WAYNE KREPPNER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the attornesy for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation ("Andrx") will take a deposition upon oral examination of Wayne Kreppner. The deposition will commence at 9:30 a.m. on April 14, 2006, at the offices of Foley & Lardner LLP, 90 Park Avenue, New York, New York 10016. The examination will be conducted before a person duly authorized and will be recorded by stenographic and videographic means.

You are invited to attend and cross-examine.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Steven Maddox<br>FOLEY & LARDNER, LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC  20007<br>Tel: (202) 672-5300 | By:  /s/ Richard L. Horwitz<br>    Richard L. Horwitz (#2246)<br>    Kenneth L. Dorsney (#3726)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    kdorsney@potteranderson.com |
| Douglas Carsten<br>FOLEY & LARDNER,  LLP<br>11250 El Camino Real, Suite 200<br>San Diego, California  92130<br>Tel: (858) 847-6700 | *Attorneys for Defendants<br>Andrx Pharmaceuticals, LLC and<br>Andrx Corporation* |
| Martin P. Endres<br>HEDMAN & COSTIGAN, P.C.<br>1185 Avenue of the Americas<br>New York, New York  10036<br>Tel: (212) 682-7474 | |

March 31, 2006
726142/30015

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on March 31, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

I hereby certify that on March 31, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112
jo'malley@fchs.com
dconde@fchs.com

                                             */s/ Richard L. Horwitz*
                                             Richard L. Horwitz
                                             Kenneth L. Dorsney
                                             Potter Anderson & Corroon LLP
                                             Hercules Plaza – Sixth Floor
                                             1313 North Market Street
                                             P.O. Box 951
                                             Wilmington, DE  19899-0951
                                             (302) 984-6000
                                             rhorwitz@potteranderson.com
                                             kdorsney@potteranderson.com

719290