**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 05-586 (KAJ) |
| | ) | (consolidated) |
| v. | ) | |
| | ) | |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION OF PHILLIPE BAUDIER**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, the attornesy for Defendants Andrx Pharmaceuticals, LLC and Andrx

Corporation ("Andrx") will take a deposition upon oral examination of Phillipe Baudier.

The deposition will commence at 9:30 a.m. on April 18, 2006, at the offices of Foley &

Lardner LLP, 90 Park Avenue, New York, New York 10016.  The examination will be

conducted before a person duly authorized and will be recorded by stenographic and

videographic means.

You are invited to attend and cross-examine.

2

Respectfully submitted,

OF COUNSEL:

Steven Maddox
FOLEY & LARDNER, LLP
3000 K Street, N.W., Suite 500
Washington, DC  20007
Tel: (202) 672-5300

Douglas Carsten
FOLEY & LARDNER,  LLP
11250 El Camino Real, Suite 200
San Diego, California  92130
Tel: (858) 847-6700

Martin P. Endres
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York  10036
Tel: (212) 682-7474

March 31, 2006
726146/30015

POTTER ANDERSON & CORROON LLP


By:   */s/ Richard L. Horwitz*
        Richard L. Horwitz (#2246)
        Kenneth L. Dorsney (#3726)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE  19899
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        kdorsney@potteranderson.com

*Attorneys for Defendants*
*Andrx Pharmaceuticals, LLC and*
*Andrx Corporation*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, Richard L. Horwitz, hereby certify that on March 31, 2006, the attached

document was hand-delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF.


Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899


I hereby certify that on March 31, 2006, I have Electronically Mailed the

documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112
jo'malley@fchs.com
dconde@fchs.com

/s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

719290