# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, </br></br>    Plaintiff, </br></br>  v. </br></br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 05-586-KAJ </br> ) (consolidated case) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF DEPOSITION OF PAUL MAES

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the attorneys for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation ("Andrx") will take a deposition upon oral examination of Paul Maes. The deposition will commence at 9:30 a.m. on April 24, 2006, at the offices of Foley & Lardner LLP, 90 Park Avenue, New York, New York 10016. The examination will be conducted before a person duly authorized and will be recorded by stenographic and videographic means. You are invited to attend and cross-examine.

                                  POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: /s/ Kenneth L. Dorsney |
|---|---|
| | Richard L. Horwitz (#2246) |
| Steven Maddox | Kenneth L. Dorsney (#3726) |
| FOLEY & LARDNER, LLP | Hercules Plaza, 6th Floor |
| 3000 K Street, N.W., Suite 500 | 1313 N. Market Street |
| Washington, DC 20007 | Wilmington, DE 19899 |
| Tel: (202) 672-5300 | Tel: (302) 984-6000 |
| | Fax: (302) 658-1192 |
| Douglas Carsten | rhorwitz@potteranderson.com |
| FOLEY & LARDNER, LLP | kdorsney@potteranderson.com |
| 11250 El Camino Real, Suite 200 | |
| San Diego, California 92130 | *Attorneys for Defendants Andrx* |
| Tel: (858) 847-6700 | *Pharmaceuticals, LLC and Andrx* |
| | *Corporation* |
| Martin P. Endres | |
| HEDMAN & COSTIGAN, P.C. | |
| 1185 Avenue of the Americas | |
| New York, New York 10036 | |
| Tel: (212) 682-7474 | |

April 5, 2006
726698 / 30015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on April 5, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on April 5, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
jo'malley@fchs.com
dconde@fchs.com

                                                  /s/ Kenneth L. Dorsney
                                                  Richard L. Horwitz
                                                  Kenneth L. Dorsney
                                                  Potter Anderson & Corroon LLP
                                                  Hercules Plaza – Sixth Floor
                                                  1313 North Market Street
                                                  P.O. Box 951
                                                  Wilmington, DE 19899-0951
                                                  (302) 984-6000
                                                  rhorwitz@potteranderson.com
                                                  kdorsney@potteranderson.com

719290