# EXHIBIT

# A



FOLEY & LARDNER LLP
ATTORNEYS AT LAW

WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
202.672.5300 TEL
202.672.5399 FAX
www.foley.com

WRITER'S DIRECT LINE
202.6725465
smaddox@foley.com EMAIL

April 19, 2006

CLIENT/MATTER NUMBER
054657-0103

Preston K. Ratliff, Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112-3801

Re: Biovail v. Andrx Pharmaceuticals LLC et al.,
    Civil Action No. 1:05-cv-586

Dear Mr. Ratliff:

I telephoned Mr. Baudier to see if he would voluntarily appear for a deposition in Brussels in this case. He has agreed to do so. I sent him the attached letter, and requested a date some time in May.

We should both plan on traveling to Brussels, unless you can induce him to come to the United States.

Assuming that Mr. Baudier does not withdraw his consent, there may not be a need for our conference with Judge Jordan. We will keep the conference on calendar, however, until the date, place and time for his deposition has been set.

Finally, apart from the delay of another week, I do not understand why you refuse to have the conference with the Court on May 2nd. There is no question that both of us will be available. Indeed, we will be sitting together in the same room.

Very truly yours,

Steven Maddox

cc: Jack Blumenfeld
    Richard Horwitz
    Martin Endres

BOSTON          JACKSONVILLE    NEW YORK        SAN DIEGO/DEL MAR   TAMPA
BRUSSELS        LOS ANGELES     ORLANDO         SAN FRANCISCO       TOKYO
CHICAGO         MADISON         SACRAMENTO      SILICON VALLEY      WASHINGTON, D.C.
DETROIT         MILWAUKEE       SAN DIEGO       TALLAHASSEE         WEST PALM BEACH