# EXHIBIT

# B

Bureau Foley
Washington / USA
FAX 001 202 672 53 99.

Monsieur Moddox

Veuillez m'excuser de répondre si tard à vos fax de 19, 21 et 27 Avril 2006, concernant le cas Buswell/Muche.
Je me dois de vous préciser ici que je n'ai aucun cas donné mon accord quant à être éventuellement déposé. J'ajoute que ces fax ne sont pas une présentation exacte de ce que j'aurais dit ; puisque je n'étais pas du tout mis de vous comprendre.

Veuillez agréer, Monsieur Moddox, mes salutations distinguées.

Bruxelles, 8 Mai 2006.

Foley Law Firm
Washington/USA
Fax : 001 202 672 53 99

Mr. Maddox :

Please excuse me for being so late in responding to your faxes of April 19, 26 and 27, 2006, concerning the Biovail/Andrx case. I must make clear to you here that I did not under any circumstances give my consent to be possibly deposed. I will add that your faxes are not a correct representation of what I said, since I was not at all sure that I understood you.

Please accept my kindest regards.

(signature of Mr. Philippe Baudier)

Brussels, May 8, 2006

## TRANSLATION CERTIFICATION

I, Joanna Dezio, a certified translator, attest that the document in question, to whit: a letter dated May 8, 2006, written by Mr. Philippe Baudier of Brussels to Mr. Maddox of Foley Law Firm in Washington, D.C., has been translated from the original French into English by me and represents a true and correct translation from French into English to the best of my ability.

The above-mentioned is a certified translation.

Joanna Dezio, Ph.D
Certified Translator and Interpreter
French, English, Italian