# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Karen Jacobs Louden**
(302) 351-9227
(302) 425-4681
klouden@mnat.com

June 22, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    *Biovail v. Andrx Pharmaceuticals LLC et al.,*
               C. A. No. 05-586 (KAJ) (Consolidated)

Dear Judge Jordan:

      We enclose herewith for the Court's consideration a proposed Second Revised Scheduling Order which reflects the revised dates for expert reports and the tutorial discussed with the Court at the June 13, 2006 Status Conference.

                                          Respectfully,

                                          */s Karen Jacobs Louden*
                                          klouden@mnat.com
                                          Karen Jacobs Louden

/cbh
Attachments
cc:    Peter T. Dalleo, Clerk (By Hand)
       Richard L. Horwitz, Esq. (By Hand)
       Steven A. Maddox, Esq. (By Telecopy)
       Dominick A. Conde, Esq. (By Telecopy)

525934