IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-586 (KAJ) CONSOLIDATED |
| v. | ) ) | |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-730 (KAJ) |
| v. | ) ) | |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Expert Report Of Gerald S. Brenner, Ph.D., Regarding Andrx's Infringement Of The '791 Patent, and (2) Affirmative Expert Report Of Martyn C. Davies, Ph.D. were caused to be served on July 7, 2006 upon the following in the manner indicated:

**BY E-MAIL (without exhibits)**

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC  20007

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY  10036

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

**BY FEDERAL EXPRESS (with exhibits)**

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC  20007

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY  10036

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Karen Jacobs Louden*

                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    klouden@mnat.com
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                      Attorneys for plaintiff Biovail Laboratories
                      International SRL

OF COUNSEL:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100


July 10, 2006
527946

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY MAIL**

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951


>*/s/ Karen Jacobs Louden*
>_____
>klouden@mnat.com (#2881)