IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-586-KAJ |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **31st** day of **August, 2006,**

IT IS ORDERED that the mediation conference tentatively scheduled for Tuesday, November 7, 2006 at 10:00 a.m. has been rescheduled for **Friday, March 23, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Tuesday, March 13, 2007.** All other provisions of the Court's April 4, 2006 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Wednesday, January 17, 2007 at 9:00 a.m.** to discuss the status of the case and the mediation date. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE