IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, </br></br>    Plaintiff, </br></br> v. </br></br> ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, </br></br>    Defendants. | )</br>)</br>)</br>)</br>) C. A. No. 05-586 (KAJ)</br>)  (consolidated)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of the following documents were caused to be served on September 11, 2006, upon the following attorneys of record at the following addresses as indicated:

EXPERT REPORT OF NORMAN WEINER

EXPERT DECLARATION OF CHUAN-YU WU, PH.D.

EXPERT DECLARATION OF PROFESSOR THOMAS NEIMCZYK, PH.D.

REBUTTAL EXPERT DECLARATION OF ROLAND BODMEIER, PH.D.

**VIA FEDERAL EXPRESS (with exhibits) & E-MAIL (without exhibits)**

| | |
|---|---|
| Jack B. Blumenfeld </br> Melissa Stone Myers </br> Morris, Nichols, Arsht & Tunnell </br> 1201 North Market Street </br> P.O. Box 1347 </br> Wilmington, DE 19899 | Joseph M. O'Malley, Jr. </br> Dominick A. Conde </br> Fitzpatrick, Cella, Harper & Scinto </br> 30 Rockefeller Plaza </br> New York, NY 10112 |

OF COUNSEL:

Steven Maddox
FOLEY & LARDNER, LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 672-5300

Douglas Carsten
FOLEY & LARDNER, LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
Tel: (858) 847-6700

Martin P. Endres
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-7474

September 12, 2006
749938 / 30015

POTTER ANDERSON & CORROON LLP

By:  /s/ Kenneth L. Dorsney
     Richard L. Horwitz (#2246)
     Kenneth L. Dorsney (#3726)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE 19899
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     kdorsney@potteranderson.com

*Attorneys for Defendants
Andrx Pharmaceuticals, LLC and
Andrx Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

     I, Kenneth L. Dorsney, hereby certify that on September 12, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

     I hereby certify that on September 12, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
jo'malley@fchs.com
dconde@fchs.com

                                                   /s/ Kenneth L. Dorsney
                                                   Richard L. Horwitz
                                                   Kenneth L. Dorsney
                                                   Potter Anderson & Corroon LLP
                                                   Hercules Plaza – Sixth Floor
                                                   1313 North Market Street
                                                   P.O. Box 951
                                                   Wilmington, DE 19899-0951
                                                   (302) 984-6000
                                                   rhorwitz@potteranderson.com
                                                   kdorsney@potteranderson.com

719290