IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-586 (KAJ) CONSOLIDATED |
| v. | ) ) | |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-730 (KAJ) |
| v. | ) ) | |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Rebuttal Expert Report of Gerald S. Brenner, Ph.D. and (2) Expert Report of Joel M. Neutel, M.D. were caused to be served on September 11, 2006 upon the following in the manner indicated:

**BY EMAIL AND FEDERAL EXPRESS**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

Steven A. Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

Martin P. Endres
Hedman & Costigan
1185 Avenue of the Americas
New York, NY 10036

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP


        */s/    Jack B. Blumenfeld*
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
         *Attorneys for Plaintiff*
         *Biovail Laboratories International SRL*

OF COUNSEL:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100


September 13, 2006