# TAB A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIOVAIL LABORATORIES                      )
INTERNATIONAL SRL, a corporation of       )
Barbados,                                 )
                                          )
                Plaintiff,                )
                                          )
        v.                                )       C.A. No. 05-586 (KAJ)
                                          )       C.A. No. 05-730 (KAJ)
ANDRX PHARMACEUTICALS, LLC and            )       C.A. No. 06-620 (KAJ)
ANDRX CORPORATION,                        )       CONSOLIDATED
                                          )
                Defendants.               )
                                          )
-------------------------------------------   )

## **ORDER OF CONSOLIDATION**

At Wilmington this _____ day of October, 2006,

IT IS HEREBY ORDERED that C.A. No. 05-586-KAJ, C.A. No. 05-730-KAJ

and C.A. 06-620-KAJ are consolidated for all purposes.

Hereafter all papers will be filed under C.A. No. 05-586-KAJ.


                                    _____
                                    United States District Judge