# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681
klouden@mnat.com

October 16, 2006

By E-Filing

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

      Re: *Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC et al.,* C. A. Nos. 05-586 (Consolidated) and 06-620 (KAJ)

Dear Judge Jordan:

      We enclose herewith the Fourth Revised Scheduling Order for the consolidated cases the parties previously submitted (D.I. 7 in C.A. No. 06-620) which now includes the dates the Court provided for a *Markman* hearing, pretrial conference, and trial. If it is acceptable, the parties jointly request that the Court enter this Order.

      Respectfully,

      */s/ Karen Jacobs Louden*

      Karen Jacobs Louden

cc:   Peter T. Dalleo, Clerk (by hand) (w/enc.)
       Richard L. Horwitz, Esq. (by hand) (w/enc.)
       Steven A. Maddox, Esq. (by telecopy) (w/enc.)

541565