IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIOVAIL LABORATORIES                     )
INTERNATIONAL SRL, a corporation of      )
Barbados,                                )
                                         )
                Plaintiff,               )
                                         )
        v.                               )       C.A. No. 05-586 (KAJ)
                                         )       C.A. No. 05-730 (KAJ)
ANDRX PHARMACEUTICALS, LLC and           )       C.A. No. 06-620 (KAJ)
ANDRX CORPORATION,                       )       CONSOLIDATED
                                         )
                Defendants.              )
                                         )
------------------------------------------------   )

## ORDER OF CONSOLIDATION

At Wilmington this 17th day of October, 2006,

IT IS HEREBY ORDERED that C.A. No. 05-586-KAJ, C.A. No. 05-730-KAJ

and C.A. 06-620-KAJ are consolidated for all purposes.

Hereafter all papers will be filed under C.A. No. 05-586-KAJ.


_____
United States District Judge