IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-586 (KAJ) C.A. No. 05-730 (KAJ) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) | C.A. No. 06-620 (KAJ) CONSOLIDATED |
| Defendants. | ) ) | |

**FOURTH REVISED SCHEDULING ORDER**

The Court having considered the October 6, 2006 joint letter application of the parties (D.I. 7),

IT IS HEREBY ORDERED this 17th day of October, 2006, that the Court's August 28, 2006 Third Revised Scheduling Order (D.I. 90) is hereby revised as follows:

    3.    Discovery.

        c.    Discovery Cut Off. Fact discovery in this case shall be initiated so that it will be completed on or before January 15, 2007. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

        d.    Disclosure of Expert Testimony. The parties shall serve their initial expert reports on or before February 7, 2007, and rebuttal expert reports on or before March 23, 2007. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), it shall be

made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

10. <u>Case Dispositive Motions</u>. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before May 18, 2007. Briefing will be presented pursuant to the Court's Local Rules.

11. <u>Claim Construction Issue Identification</u>. If the Court does not find that a limited earlier claim construction would be helpful in resolving the case, on April 20, 2007, the parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s). This document will not be filed with the Court. Subsequent to exchanging that list, the parties will meet and confer to prepare a Joint Claim Construction Chart to be submitted pursuant to paragraph 12 below. The parties, Joint Claim Construction Chart should identify for the Court the term(s)/phrase(s) of the claim(s) in issue, and should include each party's proposed construction of the disputed claim language with citation(s) only to the intrinsic evidence in support of their respective proposed constructions. A copy of the patent(s) in issue as well as those portions of the intrinsic record relied upon are to be submitted with this Joint Claim Construction Chart. In this joint submission, the parties shall not provide argument.

12. <u>Claim Construction</u>. Issues of claim construction shall be submitted to the Court no later than May 18, 2007 to be considered by the Court in conjunction with the parties' summary judgment motions.

13. <u>Hearing on Claim Construction</u>. Beginning at 2:00 p.m. on July 2, 2007, the Court will hear evidence and argument on claim construction and summary judgment.

15.    Pretrial Conference. On December 13, 2007, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 4:30 p.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on ~~such time as the Court may schedule~~ *November 10, 2007*.

18.    Trial. This matter is scheduled for a 10 day bench trial beginning on January 14, 2008 at 9:00 a.m. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 30 hours to present their case.

All other provisions of the Court's August 28, 2006 Third Revised Scheduling Order (D.I. 90) remain in effect.

_____
United States District Court Judge

540421