IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-586 (KAJ) |
| ) | (Consolidated with |
| ANDRX PHARMACEUTICALS, LLC and ) | C.A. No. 06-620) |
| ANDRX CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Biovail's First Set Of Interrogatories To Defendant Andrx and (2) Biovail's First Set Of Requests For Documents And Things To Defendant Andrx in the 06-620 action were caused to be served on October 17, 2006 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY 10036

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Karen Jacobs Louden*
                                        Jack B. Blumenfeld (#1014)
                                        Karen Jacobs Louden (#2881)
                                        klouden@mnat.com
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                            Attorneys for Plaintiff
                                            Biovail Laboratories International SRL

OF COUNSEL:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100

October 17, 2006

541750

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 17, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE 19899

**BY FEDERAL EXPRESS**

>Martin P. Endres
>Hedman & Costigan, P.C.
>1185 Avenue of the Americas
>New York, NY 10036

>Steven Maddox
>Foley & Lardner, LLP
>3000 K Street, NW
>Washington, DC 20007

>*/s/ Karen Jacobs Louden*
>_____
>klouden@mnat.com