IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRX PHARMACEUTICALS, LLC and ) <br> ANDRX CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 05-586 (KAJ) <br> (Consolidated with <br> C.A. No. 06-620) |

## NOTICE OF DEPOSITION OF BRIAN BERRY

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the attorneys for Plaintiff Biovail Laboratories International SRL ("Biovail") will take a deposition upon oral examination of Brian Berry. The deposition will commence at 9:30 a.m. on December 7, 2006, at the offices of Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, NY 10112. The examination will be conducted before a person duly authorized and will be recorded by stenographic and videographic means.

You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Plaintiff Biovail Laboratories
  International SRL

- 2 -

OF COUNSEL:

Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100

October 17, 2006

541741

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 17, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP

and that I caused copies to be served upon the following in the manner indicated:

> **BY HAND**
>
> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19899
>
> **BY FEDERAL EXPRESS**
>
> Martin P. Endres
> Hedman & Costigan, P.C.
> 1185 Avenue of the Americas
> New York, NY 10036
>
> Steven Maddox
> Foley & Lardner, LLP
> 3000 K Street, NW
> Washington, DC 20007

*/s/ Karen Jacobs Louden*
_____
klouden@mnat.com