IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-586 (KAJ) |
| | ) | (Consolidated with |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) | C.A. No. 06-620) |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and the attached subpoena and accompanying schedules, which will be served, the attorneys for Plaintiff Biovail Laboratories International SRL ("Biovail") will take the deposition upon oral examination of PRACS Institute, Ltd. The deposition will commence at 9:30 a.m. on November 29, 2006, at the offices of Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, NY 10112. The examination will be conducted before a person duly authorized and will be recorded by stenographic and videographic means. You are invited to attend and cross-examine.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure and the attached subpoena and accompanying schedules, which will be served, PRACS Institute, Ltd. also has been requested to produce documents for copying or inspection on November 16, 2006, at the offices of Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, NY 10112.

- 2 -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Karen Jacobs Louden*
                _____
                Jack B. Blumenfeld (#1014)
                Karen Jacobs Louden (#2881)
                klouden@mnat.com
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                  Attorneys for Plaintiff
                  Biovail Laboratories International SRL

OF COUNSEL:

Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100

October 17, 1006

541748

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 17, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY 10036

Steven Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

*/s/ Karen Jacobs Louden*
_____
klouden@mnat.com