IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL<br>a corporation of Barbados, | )<br>)<br>) | |
| Plaintiff, | )<br>) | C.A. No. 05-586 (KAJ)<br>(Consolidated with |
| v. | )<br>) | C.A. No. 06-620) |
| ANDRX PHARMACEUTICALS, LLC and<br>ANDRX CORPORATION, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

### REVISED NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and the attached subpoena and accompanying schedules, which will be served, the attorneys for Plaintiff Biovail Laboratories International SRL ("Biovail") will take the deposition upon oral examination of PRACS Institute, Ltd. The deposition will commence at 9:00 a.m. on November 29, 2006, at the Ramada Inn Conference Center, 1635 42nd Street, SW, Fargo, North Dakota, 58103. The examination will be conducted before a person duly authorized and will be recorded by stenographic and videographic means. You are invited to attend and cross-examine.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure and the attached subpoena and accompanying schedules, which will be served, PRACS Institute, Ltd. also has been requested to produced documents for copying or inspection on November 16, 2006, at the offices of Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, NY 10112.

- 2 -

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
--------------------------------
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Plaintiff
  Biovail Laboratories International SRL

OF COUNSEL:

Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

October 23, 2006

542639