IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>　　　　　Defendants. | C.A. Nos.　05-586 (KAJ)<br>　　　　　　　05-730 (KAJ)<br>　　　　　　　06-620 (KAJ)<br>(CONSOLIDATED) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the law firm of Paul, Hastings, Janofsky & Walker LLP is substituted for the law firm of Fitzpatrick, Cella, Harper & Scinto as counsel for the plaintiff. The law firm of Morris, Nichols, Arsht & Tunnell LLP remains counsel of record for the plaintiff.

　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　*/s/　　Jack B. Blumenfeld (#1014)*
　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　Karen Jacobs Louden (#2881)
　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　(302) 658-9200
　　　　　　　　　　jblumenfeld@mnat.com
　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　*Biovail Laboratories International SRL*

OF COUNSEL:

Joseph M. O'Malley, Jr.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY  10022
(212) 318-6000

October 27, 2006
543329

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

### BY E-MAIL

Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC  20007
smaddox@foley.com

>/s/    *Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com