IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, <br><br> Plaintiff, <br><br> v. <br><br> ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, <br><br> Defendants. | ) ) ) ) C.A. No. 05-586 (KAJ) ) C.A. No. 05-730 (KAJ) ) C.A. No. 06-620 (KAJ) ) (CONSOLIDATED) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Biovail's Responses to Defendant Andrx's First Set of Requests for the Production of Documents and Things were caused to be served on November 20, 2006 upon the following in the manner indicated:

**BY EMAIL AND HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

**BY EMAIL**

Steven A. Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*[signature: Jack Blumenfeld]*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Plaintiff*
  *Biovail Laboratories International SRL*

OF COUNSEL:

Joseph M. O'Malley, Jr.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
(212) 318-6000


November 20, 2006
546453

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY EMAIL AND HAND

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

### BY EMAIL

Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007
smaddox@foley.com

/s/    Jack B. Blumenfeld (#1014)
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com