# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

December 18, 2006

BY ELECTRONIC FILING

The Honorable Mary Pat Thynge
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   Biovail v. Andrx, C.A. No. 05-586 (***) (Consolidated)

Dear Magistrate Judge Thynge:

      Plaintiff Biovail writes to advise the Court that on December 4, 2006, Biovail filed a Motion for Extension of Time to Respond to Andrx's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,529,791 until January 19, 2007 (D.I. 112), which Andrx opposed.  Biovail's motion is fully briefed and remains pending.  Last Wednesday, December 13, Biovail was advised by Judge Jordan's chambers that Biovail should take up resolution of this motion with the judge to whom this case is reassigned.  Andrx, however, has taken the position that Biovail will be in default if it does not respond to Andrx's summary judgment motion by today.  Having just received notice today that this case has been assigned to Your Honor for pretrial matters pursuant to 28 U.S.C. § 636(b), we write to bring this motion to Your Honor's attention.

Respectfully,

/s/ Karen Jacobs Louden

Karen Jacobs Louden

KJL:ncf
cc:   Peter T. Dalleo. Clerk (By Hand)
      Richard Horwitz, Esquire (By Hand)
      Joseph O'Malley, Esquire (By Fax)
      Steven Maddox, Esquire (By Fax)
549343