IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>      Plaintiff,<br><br>      v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>      Defendants. | C.A. Nos.   05-586 (***)<br>               05-730 (***)<br>               06-620 (***)<br>(CONSOLIDATED) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that the appearance of Melissa S. Myers of the law firm of Morris, Nichols, Arsht & Tunnell LLP is hereby withdrawn as counsel of record for plaintiff Biovail Laboratories International SRL. Biovail Laboratories International SRL continues to be represented by Jack B. Blumenfeld and Karen Jacobs Louden of Morris, Nichols, Arsht & Tunnell LLP and Joseph M. O'Malley, Jr. of Paul Hastings Janofsky & Walker LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (No. 1014)
Karen Jacobs Louden (No. 2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Plaintiff*
   *Biovail Laboratories International SRL*

*Of Counsel:*

Joseph M. O'Malley, Jr.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY  10022
(212) 318-6000

December 18, 2006

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on December 18, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>Kenneth L. Dorsney
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899-0951

I also certify that copies were caused to be served on December 18, 2006 upon the following in the manner indicated:

**BY HAND**

>Richard L. Horwitz
>Kenneth L. Dorsney
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899-0951

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com