IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>Defendants. | C.A. No. 05-586-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of the following documents were caused to be served on November 16, 2006, upon the following attorneys of record at the following addresses as indicated:

1. ANDRX'S NOTICE OF 30(b)(6) DEPOSITION OF BIOVAIL LABORATORIES INTERNATIONAL SRL; and

2. ANDRX'S SECOND SET OF INTERROGATORIES TO BIOVAIL.

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

Joseph M. O'Malley, Jr.
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
josephomalley@paulhastings.com

2

                                  POTTER, ANDERSON & CORROON LLP

| | |
|---|---|
| Dated: January 5, 2007 | By:   /s/ *Kenneth L. Dorsney* |
| |      Richard L. Horwitz (#2246) |
| OF COUNSEL: |      Kenneth L. Dorsney (#3726) |
| |      Hercules Plaza, 6th Floor |
| Martin P. Endres |      1313 N. Market Street |
| HEDMAN & COSTIGAN, P.C. |      Wilmington, DE  19899 |
| 1185 Avenue of the Americas |      Tel:  (302) 984-6000 |
| New York, New York  10036 |      Fax: (302) 658-1192 |
| Tel:  (212) 302-8989 |      rhorwitz@potteranderson.com |
| |      kdorsney@potteranderson.com |
| Steven Maddox | |
| FOLEY & LARDNER, LLP | *Attorneys for Defendants Andrx* |
| 3000 K Street, N.W., Suite 500 | *Pharmaceuticals, LLC and Andrx* |
| Washington DC  20007 | *Corporation* |
| Tel:  (202) 672-5300 | |
| | |
| Douglas Carsten | |
| FOLEY & LARDNER, LLP | |
| 11250 El Camino Real, Suite 200 | |
| San Diego, CA  92130 | |
| Tel:  (858) 847-6700 | |

770507/30015

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on January 5, 2007, true and correct copies of the within document were caused to be served on the attorney of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

Joseph M. O'Malley, Jr.
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
josephomalley@paulhastings.com

Dated: January 5, 2007

POTTER, ANDERSON & CORROON LLP

OF COUNSEL:

Martin P. Endres
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 302-8989

Steven Maddox
FOLEY & LARDNER, LLP
3000 K Street, N.W., Suite 500
Washington DC 20007
Tel: (202) 672-5300

Douglas Carsten
FOLEY & LARDNER, LLP
11250 El Camino Real, Suite 200
San Diego, CA 92130
Tel: (858) 847-6700

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation*