## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-586 (GMS) C.A. No. 05-730 (GMS) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) | C.A. No. 06-620 (GMS) CONSOLIDATED |
| Defendants. | ) | |

### FIFTH REVISED SCHEDULING ORDER

The Court having considered the January 12, 2007 joint letter application of the parties,

IT IS HEREBY ORDERED this ____ day of January, 2007 that the Court's October 17, 2006 Fourth Revised Scheduling Order (D.I. 97) is hereby revised as follows:

3. Discovery.

c. Discovery Cut Off. Fact discovery in this case shall be initiated so that it will be completed on or before February 23, 2007. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

d. Disclosure of Expert Testimony. The parties shall serve their initial expert reports on or before April 9, 2007, and rebuttal expert reports on or before May 7, 2007. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

10.    <u>Case Dispositive Motions</u>.  All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before July 13, 2007.  Briefing will be presented pursuant to the Court's Local Rules.

11.    <u>Claim Construction Issue Identification</u>.  If the Court does not find that a limited earlier claim construction would be helpful in resolving the case, on June 8, 2007, the parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s).  This document will not be filed with the Court.  Subsequent to exchanging that list, the parties will meet and confer to prepare a Joint Claim Construction Chart to be submitted pursuant to paragraph 12 below.  The parties, Joint Claim Construction Chart should identify for the Court the term(s)/phrase(s) of the claim(s) in issue, and should include each party's proposed construction of the disputed claim language with citation(s) only to the intrinsic evidence in support of their respective proposed constructions.  A copy of the patent(s) in issue as well as those portions of the intrinsic record relied upon are to be submitted with this Joint Claim Construction Chart.  In this joint submission, the parties shall not provide argument.

12.    <u>Claim Construction</u>.  Issues of claim construction shall be submitted to the Court no later than July 13, 2007 to be considered by the Court in conjunction with the parties' summary judgment motions.

13.    <u>Hearing on Claim Construction</u>.  Beginning at ____ __.m. on September ___, 2007, the Court will hear evidence and argument on claim construction and summary judgment.

All other provisions of the Court's October 17, 2006 Fourth Revised Scheduling

Order (D.I. 97) remain in effect.

_____

United States District Court Judge

772268 / 30015