IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL<br>a corporation of Barbados,<br><br>       Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and<br>ANDRX CORPORATION,<br><br>       Defendants. | )<br>)<br>)<br>) C.A. Nos.  05-586 (KAJ)<br>)             05-730 (KAJ)<br>)             06-620 (KAJ)<br>) (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>) |

**BIOVAIL'S CROSS-MOTION FOR SUMMARY JUDGMENT
OF NO COLLATERAL ESTOPPEL**

Plaintiff Biovail Laboratories International SRL ("Biovail") hereby cross-moves for summary judgment of no collateral estoppel. The grounds for this motion are set forth in Biovail's opening brief, filed herewith.

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Karen Jacobs Louden*

                          Jack B. Blumenfeld (#1014)
                          Karen Jacobs Louden (#2881)
                          1201 N. Market Street
                          P.O. Box 1347
                          Wilmington, DE 19899-1347
                          (302) 658-9200
                          klouden@mnat.com
                            Attorneys for Plaintiff Biovail Laboratories
                            International SRL

- 2 -

OF COUNSEL:

Joseph M. O'Malley, Jr.
Preston K. Ratliff II
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY  10022
(212) 318-6000

January 19, 2007
549121.3

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com

**BY EMAIL AND FEDERAL EXPRESS**

Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC  20007
smaddox@foley.com

/s/ Karen Jacobs Louden
_____
klouden@mnat.com