IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>) C.A. Nos.  05-586 (GMS)<br>)           05-730 (GMS)<br>)           06-620 (GMS)<br>) (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF PRESTON K. RATLIFF II IN SUPPORT OF
BIOVAIL'S ANSWERING BRIEF IN OPPOSITION TO ANDRX'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT
OF THE '791 PATENT AND OPENING BRIEF IN SUPPORT OF ITS
CROSS-MOTION FOR SUMMARY JUDGMENT OF NO COLLATERAL ESTOPPEL**

I, Preston K. Ratliff II, declare under penalty of perjury that:

1.   I am associated with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for Plaintiff, Biovail Laboratories International SRL ("Biovail"). I make this declaration in support of BIOVAIL'S ANSWERING BRIEF IN OPPOSITION TO ANDRX'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '791 PATENT AND OPENING BRIEF IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT OF NO COLLATERAL ESTOPPEL.

2.   Attached as Exhibit 1 hereto is a true and correct copy of U.S. Patent No. 5,529,791.

3.   Attached as Exhibit 2 hereto is a true and correct copy of selected pages from the transcript of the May 4, 2006 deposition of Janet A. Vaughn.

4.  Attached as Exhibit 3 hereto is a true and correct copy of a February 17, 2006 letter from Anthony H. Son, Andrx's counsel, to Preston K. Ratliff II.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/19/07

Preston K. Ratliff II

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND AND E-MAIL

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

### BY EMAIL AND FEDERAL EXPRESS

Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007
smaddox@foley.com


/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)
klouden@mnat.com