IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-586-*** |
| v. | ) ) | C.A. No. 05-730-*** C.A. No. 06-620-*** |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION | ) ) ) | CONSOLIDATED |
| Defendants. | ) ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Plaintiff, Biovail Laboratories International SRL ("Biovail"), and Defendants, Andrx Pharmaceuticals, LLC and Andrx Corporation ("Andrx"), hereby stipulate, through their undersigned counsel, that Andrx's time to file its Reply on its Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,529,791 (D.I. 108) and its time to file its Answer to Biovail's Cross Motion for Summary Judgment of No Collateral Estoppel (D.I. 125) is extended to February 12, 2007.  The parties further stipulate that Biovail's time to file its Reply on its Cross Motion for Summary Judgment of No Collateral Estoppel (D.I. 125) is extended to February 27, 2007.

The limited extensions requested by Andrx are sought so that Andrx can adequately consider and respond to the arguments raised by Biovail and so that Andrx can file a consolidated Reply brief (as to D.I. 108) and Answering brief (as to D.I. 125), thus alleviating the need for the filing of two briefs on different briefing schedules.  The limited extension requested by Biovail is sought so that Biovail can adequately consider and respond to the arguments Andrx will raise in its consolidated brief.  These limited extensions are not sought to delay this litigation.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Karen Jacobs Louden*<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>Tel:  (302) 658-9200<br>Fax:  (302) 658-3989<br>jblumenfeld@mnat.com<br>klouden@mnat.com | By: *Kenneth L. Dorsney*<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19899<br>Tel:  (302) 984-6000<br>Fax:  (302) 658-1192<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Biovail Laboratories International SRL* | *Attorneys for Defendants*<br>*Andrx Pharmaceuticals, LLC and*<br>*Andrx Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

774091/30015