IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,       )<br>    )<br>    Plaintiff,       )<br>    )<br>    v.       )<br>    )<br>ANDRX PHARMACEUTICALS, LLC and<br>ANDRX CORPORATION,       )<br>    )<br>    Defendants.       ) | ) C.A. No. 05-586 (GMS)<br>) C.A. No. 05-730 (GMS)<br>) C.A. No. 06-620 (GMS)<br>) (CONSOLIDATED) |

**STIPULATION AND ORDER**

Pursuant to the parties' agreement at the January 30, 2007 teleconference with the Court, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation hereby withdraw without prejudice their motion for summary judgment of non-infringement of U.S. Patent No. 5,529,791 (D.I. 108); and

2. Plaintiff Biovail Laboratories International SRL hereby withdraws without prejudice its cross-motion for summary judgment of no collateral estoppel. (D.I. 125).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP | POTTER ANDERSON<br>  & CORROON LLP |
| */s/ Karen Jacobs Louden*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>Attorneys for plaintiff | */s/ Richard L. Horwitz*<br>_____<br>Richard L. Horwitz (#2246)<br>rhorwitz@potteranderson.com<br>Kenneth L. Dorsney (#3726)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>Attorneys for defendants |

SO ORDERED this _____ day of _____, 2007.

_____
                          J.

719088.1