IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-586-GMS |
| v. | ) ) | C.A. No. 05-730-GMS C.A. No. 06-620-GMS |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION | ) ) ) ) | CONSOLIDATED |
| Defendants. | ) | |

### NOTICE OF DEPOSITION OF SALIM MAMAJIWALLA

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the attorneys for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation ("Andrx") will take a deposition upon oral examination of Salim Mamajiwalla. The deposition will commence at 9:30 a.m. on February 19, 2007, at the offices of Foley & Lardner LLP, 3000 K Street, NW., Washington, DC 20007. The examination will be conducted before a person duly authorized and will be recorded by stenographic and videographic means.

You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| Steven Maddox<br>FOLEY & LARDNER, LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC  20007<br>Tel:   (202) 672-5300 | By: */s/ Kenneth L. Dorsney*<br>    Richard L. Horwitz (#2246)<br>    Kenneth L. Dorsney (#3726)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    Fax:  (302) 658-1192<br>    rhorwitz@potteranderson.com<br>    kdorsney@potteranderson.com |
| Douglas Carsten<br>FOLEY & LARDNER, LLP<br>11250 El Camino Real, Suite 200<br>San Diego, California  92130<br>Tel:   (858) 847-6700 | *Attorneys for Defendants<br>Andrx Pharmaceuticals, LLC and<br>Andrx Corporation* |
| Martin P. Endres<br>HEDMAN & COSTIGAN, P.C.<br>1185 Avenue of the Americas<br>New York, New York  10036<br>Tel:   (212( 682-7474 |  |

Dated: February 5, 2007

776125 / 30015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on February 5, 2007, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

I hereby certify that on February 5, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY  10022
josephomalley@paulhastings.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

719290