IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
BIOVAIL LABORATORIES INTERNATIONAL SRL    )
a corporation of Barbados,                )
                                          )
      Plaintiff,                          ) C.A. No. 05-586 (KAJ)
                                          ) C.A. No. 05-730 (KAJ)
      v.                                  ) C.A. No. 06-620 (KAJ)
                                          ) (CONSOLIDATED)
ANDRX PHARMACEUTICALS, LLC and            )
ANDRX CORPORATION,                        )
                                          )
      Defendants.                         )
_____)

## NOTICE OF SERVICE

      The undersigned hereby certifies that copies of Biovail's Responses to Defendant Andrx's Second Set of Interrogatories and Biovail's Objections to Andrx's January 5, 2007 Notice of 30(b)(6) Deposition of Biovail Laboratories International SRL were caused to be served on February 5, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

### BY EMAIL

Steven A. Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC  20007

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Karen Jacobs Louden*
                    _____
                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    klouden@mnat.com
                      *Attorneys for Plaintiff*
                      *Biovail Laboratories International SRL*

OF COUNSEL:

Joseph M. O'Malley, Jr.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY  10022
(212) 318-6000

February 5, 2007

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND AND EMAIL**

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com

**BY EMAIL**

Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC  20007
smaddox@foley.com

*/s/ Karen Jacobs Louden*
_____
Karen Jacob Louden (#2881)
klouden@mnat.com