05-cv-586 (GMS)

## ORDER SCHEDULING TELECONFERENCE

IT IS HEREBY **ORDERED** that a telephone conference to discuss scheduling and discovery matters in this matter has been scheduled for **Friday, February 9, 2007 at 9:15 a.m.** Counsel for the plaintiff(s) is directed to coordinate and initiate the telephone conference call to chambers at (302) 573-6470.

IT IS FURTHER **ORDERED** that the parties shall file with the court, by electronic means, a **joint**, **non-argumentative** letter agenda (a sample letter can be found on the court's website (www.ded.uscourts.gov)), not to exceed two pages in length, outlining the issues in dispute, along with a chart outlining proposed scheduling dates no later than the close of business on Wednesday, February 7, 2007.

        /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE