# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681
klouden@mnat.com

February 7, 2007

**BY E-FILING**

The Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    *Biovail v. Andrx Pharmaceuticals LLC et al.,*
             C. A. No. 05-586 (GMS) (Consolidated)

Dear Judge Sleet:

      In anticipation of the February 9, 2007 teleconference at 9:15 a.m., the parties provide herewith a chart outlining their respective scheduling proposals that they would like to discuss with the Court. In addition, as discussed with Your Honor's Chambers, defendant Andrx would like to discuss an issue with respect to the scheduling of two depositions.

                                 Respectfully,

                                   */s/ Karen Jacobs Louden*
                                   klouden@mnat.com

/cbh
Attachments
cc:    Peter T. Dalleo, Clerk (By Hand)
        Richard L. Horwitz, Esq. (By Hand)
        Steven A. Maddox, Esq. (By Telecopy)
        Joseph M. O'Malley, Jr., Esq. (By Telecopy)

732044.1