## Biovail v. Andrx Case Schedule Proposals

| Event | Biovail | Andrx |
|---|---|---|
| Close of Fact Discovery | 2/23/07 | 2/23/07 |
| Claim Term Exchange | 2/28/07 | 2/28/07 |
| Identification and Exchange of Claim Construction Materials | 3/9/07 | 3/9/07 |
| Claim Construction Meet & Confer | 3/16/07 | 3/16/07 |
| Markman – Final Joint Claim Chart | 3/26/07 | 3/26/07 |
| Markman – Opening Brief | 4/2/07 | 4/2/07 |
| Initial Expert Reports | 4/9/07 | 4/9/07 |
| Markman – Answering Brief | 4/24/07 | 4/24/07 |
| Markman – Plaintiff to submit Joint Appendix | 4/24/07 | 4/24/07 |
| Rebuttal Expert Reports | 5/7/07 | 5/7/07 |
| Markman Hearing | 5/24/07 | 5/24/07 |
| Expert Depositions | 6/1/07 – 8/31/07 | 6/1/07 – 7/31/07 (with flexibility to do one or two depositions in August if necessary) |
| Plaintiff to forward draft Pretrial Order to Defendant | 30 days prior to Pretrial Order | 8/01/07 |
| Pretrial Order | (late October, 2007)* | 8/31/07 |
| Final Pretrial Conference | (11/___/07)* | 9/20/07 |
| Trial | (11/26/07 or 12/3/07)* | 10/9/07 |

\*    Dates to be set at discretion of the Court
732046.1