MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

KAREN JACOBS LOUDEN
(302) 351-9227
(302) 425-4681
klouden@mnat.com

February 15, 2007

**BY E-FILING**

The Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:   *Biovail v. Andrx Pharmaceuticals LLC et al.,*
              C. A. No. 05-586 (GMS) (Consolidated)

Dear Judge Sleet:

      The parties enclose for the Court's consideration a Fifth Revised Scheduling Order that incorporates the dates set by the Court at the January 30 and February 9, 2007 teleconferences. If the scheduling order is acceptable to the Court, we respectfully request that it be entered.

                                 Respectfully,

                                   */s/ Karen Jacobs Louden*

                                   klouden@mnat.com

/cbh
Attachments
cc:    Peter T. Dalleo, Clerk (By Hand)
        Richard L. Horwitz, Esq. (By Hand)
        Steven A. Maddox, Esq. (By Telecopy)
        Joseph M. O'Malley, Jr., Esq. (By Telecopy)

732044.1