## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, | )<br>)<br>)<br>) |
| Plaintiff, | ) C.A. No. 05-586-GMS |
| | ) C.A. No. 05-730-GMS |
| v. | ) C.A. No. 06-620-GMS |
| | ) CONSOLIDATED |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION | )<br>)<br>) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of the following documents were caused to be served on April 9, 2007, upon the following attorneys of record at the following addresses as indicated:

> INITIAL EXPERT REPORT OF PROFESSOR ROLAND BODMEIER, PH.D. REGARDING UNITED STATES PATENT NO. 7,108,866
>
> EXPERT REPORT OF MARVIN C. MEYER, PH.D.

### VIA ELECTRONIC MAIL and FEDERAL EXPRESS

| | |
|---|---|
| Jack B. Blumenfeld | Preston K. Ratliff, II |
| Melissa Stone Myers | Paul, Hastings, Janofsky & Walker LLP |
| Morris, Nichols, Arsht & Tunnell | Park Avenue Tower |
| 1201 North Market Street | 75 E. 55th Street, First Floor |
| P.O. Box 1347 | New York, NY 10022 |
| Wilmington, DE 19899 | prestonratliff@paulhastings.com |

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Steven Maddox<br>FOLEY & LARDNER, LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007<br>Tel: (202) 672-5300<br><br>Douglas Carsten<br>FOLEY & LARDNER, LLP<br>11250 El Camino Real, Suite 200<br>San Diego, California 92130<br>Tel: (858) 847-6700<br><br>Martin P. Endres<br>HEDMAN & COSTIGAN, P.C.<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 682-7474<br><br>Dated: April 10, 2007<br>770507/ 30015 | By: */s/ Kenneth L. Dorsney*<br>   Richard L. Horwitz (#2246)<br>   Kenneth L. Dorsney (#3726)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19899<br>   Tel: (302) 984-6000<br>   Fax: (302) 658-1192<br>   rhorwitz@potteranderson.com<br>   kdorsney@potteranderson.com<br><br>*Attorneys for Defendants Andrx*<br>*Pharmaceuticals, LLC and Andrx*<br>*Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on April 10, 2007, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

I hereby certify that on April 10, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Preston K. Ratliff, II
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY  10022
josephomalley@paulhastings.com
prestonratliff@paulhastings.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

719290