IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, <br><br> Plaintiff, <br><br> v. <br><br> ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, <br><br> Defendants. | C.A. No. 05-586 (KAJ) <br> C.A. No. 05-730 (KAJ) <br> C.A. No. 06-620 (KAJ) <br> (CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of plaintiff's (1) Expert Report of Gerald S. Brenner, Ph.D., Regarding Andrx's Infringement of the '866 Patent and (2) Expert Report of Thomas S. Foster, Pharm.D., Regarding Andrx's Infringement of the '866 Patent were caused to be served on April 9, 2007 upon the following in the manner indicated:

**BY EMAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

**BY EMAIL and OVERNIGHT COURIER**

Steven A. Maddox
Foley & Lardner, LLP
3000 K Street, NW
Washington, DC 20007

**BY EMAIL and HAND DELIVERY (on April 10, 2007)**

Martin P. Endres
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY 10036-2646

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff*
*Biovail Laboratories International SRL*

*Of Counsel*:

Joseph M. O'Malley, Jr.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
(212) 318-6000

April 10, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY EMAIL AND HAND**

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>rhorwitz@potteranderson.com

**BY EMAIL**

>Steven A. Maddox
>FOLEY & LARDNER LLP
>3000 K Street, N.W.
>Suite 500
>Washington, DC 20007
>smaddox@foley.com

>/s/ Jack B. Blumenfeld
>_____
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com