IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, | ) ) ) ) | |
| Plaintiff, v. ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION | ) ) ) ) ) ) ) | C.A. No. 05-586-GMS C.A. No. 05-730-GMS C.A. No. 06-620-GMS CONSOLIDATED |
| Defendants. | ) | |

### ANDRX'S MOTION TO STRIKE THE UNTIMELY EXPERT REPORT OF GERALD S. BRENNER, Ph.D.

Pursuant to Fed. R. Civ. P. 37(c), Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation (collectively "Andrx") hereby move to strike the (1) the "Declaration of Gerald S. Brenner" filed in support of Plaintiff Biovail Laboratories International SRL's ("Biovail's") January 19, 2007 summary judgment brief, and (2) the March 7 "Supplement to the Expert report of Gerald S. Brenner", served by Biovail. (These two documents are virtually identical, and for brevity Andrx refers herein to them collectively as "the New Brenner Report".) The grounds for this motion are set forth in Andrx's Memorandum in Support, filed herewith.

### RULE 7.1.1 CERTIFICATE

I hereby certify that counsel for Andrx attempted to contact counsel for Biovail by phone and email to reach an agreement as to this motion. As of the time of this filing, Biovail had not provided a response.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Steven Maddox<br>FOLEY & LARDNER, LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007<br>Tel: (202) 672-5300 | By: /s/ Kenneth L. Dorsney<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com |
| Douglas Carsten<br>FOLEY & LARDNER, LLP<br>11250 El Camino Real, Suite 200<br>San Diego, California 92130<br>Tel: (858) 847-6700 | *Attorneys for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation* |
| Martin P. Endres<br>HEDMAN & COSTIGAN, P.C.<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212( 682-7474 | |

Dated: April 11, 2007
788211 / 30015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on April 11, 2007, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

I hereby certify that on April 11, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Preston K. Ratliff, II
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY  10022
josephomalley@paulhastings.com
prestonratliff@paulhastings.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

719290