IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, | ) ) ) |
| Plaintiff, | ) C.A. Nos.   05-586 (GMS) |
| | )                    05-730 (GMS) |
| v. | )                    06-620 (GMS) |
| | ) (CONSOLIDATED) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) |
| | ) |
| Defendants. | ) |

**BIOVAIL'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN OPPOSITION
TO ANDRX'S MOTION FOR LEAVE TO FILE FIRST AMENDED
ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

Plaintiff Biovail Laboratories International SRL ("Biovail") moves to file a short sur-reply brief to correct three significant misstatements Andrx made in its reply brief and to address a new case on which Andrx relies.

Most importantly, Andrx incorrectly claims that Biovail had Andrx's inequitable conduct allegations almost a month before it served its initial expert reports concerning the '866 patent and well before Biovail's answering brief. These expert reports set forth at least nine new and distinct theories of inequitable conduct that were not included or remotely suggested in Andrx's proposed amended answer. Therefore, these theories would not be part of the case even if Andrx's motion for leave to amend were granted. Moreover, Biovail wishes to point out that these same expert reports belie Andrx's assertion that the depositions Andrx took played a role in the timing of its inequitable conduct allegations. Finally, the fact that Andrx has now served its expert reports should not bar Biovail from conducting appropriate discovery on these allegations.

For the foregoing reasons, Biovail respectfully moves for leave to file the sur-reply brief attached as Exhibit A.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Plaintiff Biovail
  Laboratories International SRL

OF COUNSEL:

Joseph M. O'Malley, Jr.
Preston K. Ratliff, II
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
New York, New York  10022
(212) 318-6000

April 16, 2007
800685

## **RULE 7.1.1 CERTIFICATE**

Counsel for Biovail hereby certifies pursuant to D. Del. L.R 7.1.1 that they discussed the subject of the foregoing motion with counsel for Andrx and Andrx has indicated that it opposes the motion.


*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

## BY HAND AND E-MAIL

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com

## BY EMAIL

Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC  20007
smaddox@foley.com

*/s/ Karen Jacobs Louden (#2881)*
klouden@mnat.com