IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 05-586-GMS C.A. No. 05-730-GMS |
| v. | ) ) | C.A. No. 06-620-GMS CONSOLIDATED |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION | ) ) ) | PUBLIC VERSION |
| Defendants. | ) ) | |

**DECLARATION OF STEVEN MADDOX IN SUPPORT OF DEFENDANTS'
REPLY BRIEF IN FURTHER SUPPORT OF
MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER,
AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

OF COUNSEL:

Steven Maddox
FOLEY & LARDNER, LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 672-5300

Douglas Carsten
FOLEY & LARDNER, LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
Tel: (858) 847-6700

Martin P. Endres
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-7474

Dated: April 11, 2007
Public Version Dated: April 18, 2007
790016 / 30015

Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendants Andrx
Pharmaceuticals, LLC and Andrx
Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIOVAIL LABORATORIES INTERNATIONAL SRL )
a corporation of Barbados, )
)
      Plaintiff, )
)  C.A. No. 05-586-GMS
      v. )  C.A. No. 05-730-GMS
)  C.A. No. 06-620-GMS
ANDRX PHARMACEUTICALS, LLC and )  CONSOLIDATED
ANDRX CORPORATION )
)
      Defendants. )

**DECLARATION OF STEVEN MADDOX IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

I, Steven Maddox, hereby declare:

1. I am an attorney at Foley & Lardner LLP, counsel for plaintiff Andrx Pharmaceuticals, LLC, and Andrx Corporation ("Andrx") in this action.

2. My business address is 3000 K St. N.W., Suite 500, Washington, DC, 20007-5143.

3. Attached as Exhibit A is a true and correct copy of the Initial Expert Report of Roland Bodmeier, Ph.D. Regarding United States Patent No. 7,108,866.

4. Attached as Exhibit B is a true and correct copy of the Expert Report of Marvin C. Meyer, Ph.D.

5. Attached as Exhibit C is a true and correct copy of relevant excerpts of the February 2, 2007 deposition of Robin L. Teskin.

I swear under penalty of perjury that the foregoing is true and correct.

April 11, 2007

                                                                        Steven Maddox

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on April 18, 2007, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on April 18, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Preston K. Ratliff, II
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
josephomalley@paulhastings.com
prestonratliff@paulhastings.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

719290