# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 18, 2007

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Biovail v. Andrx Pharmaceuticals LLC et al.*,
            C. A. No. 05-586, 05-730 and 06-620 (GMS) (Consolidated)

Dear Judge Sleet:

      In anticipation of the discovery teleconference scheduled for April 23, 2007 at 9:30 a.m., the parties jointly submit the following items to be presented to the Court:

      **Plaintiff's Issue:**

- Whether plaintiff has an obligation to respond to expert reports on 1) inequitable conduct allegations that are related to the subject of a pending motion for leave to file a first amended answer, and 2) inequitable conduct allegations that plaintiffs believe (and defendants dispute) will not be in the case even if the motion for leave is granted.

                                Respectfully,

                                */s/ Jack B. Blumenfeld*

                                Jack B. Blumenfeld (#1014)

JBB/dlb
cc:    Clerk of Court (By Hand)
       Richard L. Horwitz, Esquire (By E-Mail and Hand)
       Steven A. Maddox, Esquire (By E-Mail)
       Joseph M. O'Malley, Jr., Esquire (By E-Mail)

802967