IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION<br><br>Defendants. | C.A. No. 05-586-GMS<br>C.A. No. 05-730-GMS<br>C.A. No. 06-620-GMS<br>CONSOLIDATED |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiff, Biovail Laboratories International SRL ("Biovail"), and Defendants, Andrx Pharmaceuticals, LLC and Andrx Corporation ("Andrx"), hereby stipulate, through their undersigned counsel, and subject to the approval of the Court, that Andrx's time to file its Reply Brief on its Motion to Strike (D.I. 154) is extended two days to and including May 4, 2007. Biovail agreed to the requested extension to accommodate Andrx's counsels' vacation schedules.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          POTTER ANDERSON & CORROON LLP

By: /s/ Karen Jacobs Louden
    Jack B. Blumenfeld (#1014)
    Karen Jacobs Louden (#2881)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel.: (302) 658-9200
    Fax: (302) 658-3989
    JBlumenfeld@MNAT.com
    klouden@mnat.com

*Attorneys for Plaintiff Biovail Laboratories International SRL*

By: /s/ Kenneth L. Dorsney
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Attorneys for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation*

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge