# EXHIBIT 9

# Webster's Encyclopedic Unabridged Dictionary of the English Language

The dictionary entries are based on the First Edition of *The Random House Dictionary of the English Language*

PORTLAND HOUSE • NEW YORK

ACKNOWLEDGMENTS AND PERMISSIONS:

The "A Dictionary of the English Language" section of this book *(Webster's Encyclopedic Unabridged Dictionary)* is based on the first edition of *The Random House Dictionary of the English Language, the Unabridged Edition,* copyright © 1983.

*Atlas of the World*, copyright © 1989 by John Bartholomew & Son Limited. Reprinted by arrangement with John Bartholomew & Son Limited.

*A Manual of Style,* copyright © 1986 by Crown Publishers, Inc. Excerpted and reprinted by arrangement with Crown Publishers, Inc.

Krevisky, Joseph and Jordan L. Linfield—*The Bad Speller's Dictionary*, copyright © 1967, 1963 by Innovation Press. Reprinted by arrangement with Random House, Inc.

Stein, Jess, Ed.—*Rhyming Dictionary*, copyright © 1960 by Random House, Inc. Reprinted by arrangement with Random House, Inc.

Weiman, Ralph—*Living Language™ Common Usage Dictionary, French-English/English-French*, copyright 1946, 1955, © 1968, 1974, 1983, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

Martin, Genevieve A. and Theodor Bertram—*Living Language™ Common Usage Dictionary, German-English/English-German*, copyright © 1956, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

Martin, Genevieve A. and Mario Ciatti—*Living Language™ Common Usage Dictionary, Italian-English/English-Italian*, copyright © 1956, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

Weiman, Ralph and O. A. Succar—*Living Language™ Common Usage Dictionary, Spanish-English/English-Spanish*, copyright 1946, © 1955, 1968, 1974, 1983, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

*Webster's Crossword Puzzle Dictionary*, 1986 edition, copyright © 1963 by Fawcett Publications, Inc. and copyright © 1964 by Ottenheimer Publishers, Inc. Reprinted by arrangement with Ottenheimer Publishers, Inc.

Copyright © 1989 by dilithium Press, Ltd.
All rights reserved.

This 1989 edition is published by Portland House, a division of dilithium Press, Ltd., distributed by Outlet Book Company, Inc., a Random House Company, 225 Park Avenue South, New York, New York 10003.

Printed and Bound in the United States of America

Library of Congress Cataloging-in-Publication Data

Webster's encyclopedic unabridged dictionary of the English language.
1. English language—Dictionaries.
PE1625.W46 1989
423—dc19 89-3785
CIP

ISBN 0-517-68781-X

10 9 8 7 6

A-100

man; OL *hemō* the earthly one; akin to L *humus* earth, soil, *hūmānus* HUMAN, OE *guma* man, Gk *chamaí* on the ground]

**homo-,** an element appearing in loan words from Greek, where it meant "same" (*homology*); on this model, used in the formation of compound words (*homomorphic*). Also, *esp. before a vowel,* **hom-.** [< Gk, comb. form of *homós* one and the same; akin to Skt *sama-*; see SAME]

**ho·mo·bront** (hō′mə bront′, hom′ə-), *n.* isobront. [HOMO- + *-bront,* as in *isobront*]

**ho·mo·cen·tric** (hō′mə sen′trik, hom′ə-), *adj.* **1.** having a common center; concentric. **2.** diverging from or converging to the same point: *homocentric rays.* Also, **ho′mo·cen′tri·cal.** [HOMO- + CENTRIC] —**ho′mo·cen′tri·cal·ly,** *adv.*

Homocercal tail

**ho·mo·cer·cal** (hō′mə sûr′kəl, hom′ə-), *adj. Ichthyol.* **1.** having an equally divided tail or caudal fin, the spinal column ending at or near the middle of the base of the tail. **2.** noting such a tail or caudal fin. Cf. **heterocercal.** [HOMO- + *cerc-* (< Gk *kérk(os)* tail) + -AL¹] —**ho·mo·cer·cy** (hō′mə sûr′sē, hom′ə-), **ho·mo·cer·cal·i·ty** (hō′mə sər-kal′i tē, hom′ə-), *n.*

**ho·mo·chro·mat·ic** (hō′mə krō mat′ik, -krə-, hom′ə-), *adj.* of or pertaining to one hue; monochromatic. Cf. **heterochromatic.** [HOMO- + CHROMATIC] —**ho·mo·chro·ma·tism** (hō′mə krō′mə tiz′əm, hom′ə-), *n.*

**ho·mo·chrome** (hō′mə krōm′, hom′ə-), *adj.* homochromatic. [< Gk *homóchrōm(os),* equiv. to *homo-* HOMO- + *-chrōmos* (*chrōm(a)* color + *-os* adj. suffix)]

**ho·mo·chro·mous** (hō′mə krō′məs, hom′ə-), *adj. Bot., Zool.* being all of one color, as a composite flower or flower head. [HOMOCHROME + -OUS] —**ho·mo·chro·my** (hō′mə krō′mē, hom′ə-), *n.*

**ho·moch·ro·nous** (hō mok′rə nəs, ho-), *adj.* (of a genetic character) occurring at the same age or period in the offspring as in the parent. [< Gk *homóchronos* of the same time. See HOMO-, CHRON-, -OUS]

**ho·mo·cy·clic** (hō′mə sī′klik, -sik′lik, hom′ə-), *adj. Chem.* of or noting a cyclic compound having atoms of only one element, usually carbon, in the ring. [HOMO- + CYCLIC]

**ho·mo·dyne** (hō′mə dīn′, hom′ə-), *adj. Radio.* of or pertaining to reception by a device that generates a varying voltage of the same or nearly the same frequency as the incoming carrier wave and combines it with the incoming signal for detection. [HOMO- + DYNE]

**homoeo-,** var. of **homeo-:** *homoeopathy.*

**ho·moe·o·morph** (hō′mē ə môrf′), *n.* homeomorph.

**ho·moe·o·mor·phism** (hō′mē ə môr′fiz əm), *n.* homeomorphism. —**ho′moe·o·mor′phic, ho′moe·o·mor′phous,** *adj.*

**ho·moe·op·a·thist** (hō′mē op′ə thist), *n.* homeopathist. Also, **ho·moe·o·path** (hō′mē ə path′).

**ho·moe·op·a·thy** (hō′mē op′ə thē), *n.* homeopathy. —**ho·moe·o·path·ic** (hō′mē ə path′ik), *adj.* —**ho′moe·o·path′i·cal·ly,** *adv.*

**ho·mo·e·rot·i·cism** (hō′mō i rot′i siz′əm), *n. Psychiatry.* a tendency to be sexually aroused by a member of the same sex. Also, **ho·mo·er·o·tism** (hō′mō er′ə tiz′əm). [HOMO- + EROTICISM] —**ho·mo·e·rot·ic** (hō′mō i rot′ik), *adj.*

**ho·mo·fer·ment·a·tive** (hō′mō fər men′tə tiv, hom′ō-), *adj. Biochem.* producing a fermentation that results in one end product. Cf. **heterofermentative.** [HOMO- + FERMENTATIVE]

**ho·mog·a·mous** (hō mog′ə məs), *adj. Bot.* **1.** having flowers or florets which do not differ sexually (opposed to *heterogamous*). **2.** having the stamens and pistils maturing simultaneously (opposed to *dichogamous*). [< Gk *homógamos* married to sisters, or to the same woman. See HOMO-, -GAMOUS]

**ho·mog·a·my** (hō mog′ə mē), *n.* **1.** *Bot.* state of being homogamous. **2.** interbreeding of individuals of like characteristics. [HOMO- + -GAMY]

**ho·mo·ge·ne·i·ty** (hō′mə jə nē′i tē, hom′ə-), *n.* composition from like parts, elements, or characteristics; state or quality of being homogeneous. Also, **ho·mo·ge·ne·ous·ness** (hō′mə jē′nē əs nis, -jēn′yəs-, hom′ə-). [< ML *homogeneitās,* equiv. to *homogene(us)* HOMOGENEOUS + *-itās* -ITY]

**ho·mo·ge·ne·ous** (hō′mə jē′nē əs, -jēn′yəs, hom′ə-), *adj.* **1.** composed of parts all of the same kind; not heterogeneous: *a homogeneous population.* **2.** of the same kind or nature; essentially alike: *homogeneous parts.* **3.** *Math.* **a.** having a common property throughout: *a homogeneous solid figure.* **b.** having all terms of the same degree: *a homogeneous equation.* **c.** remaining unchanged when each variable is replaced by the same specified number times the variable: *a homogeneous function.* **d.** (of an equation) formed by equating a homogeneous function to zero. **e.** relating to a function of several variables which can be written as a new function of the variables alone multiplied by a constant raised to some power. **f.** relating to a differential equation in which the derivatives can be written as a linear combination of terms containing as the variable the dependent variable of the derivative divided by the independent variable. [< ML *homogeneus,* equiv. to *homogene-* (s. of Gk *homogenḗs* of the same kind; see HOMO-, GENE) + *-us* -OUS] —**ho′mo·ge′ne·ous·ly,** *adv.*

**homoge′neous coor′dinates,** *Geom.* a coordinate system used in projective geometry in which a point in the plane is represented by three numbers, the ratio of the first to the third being its ordinate and the ratio of the second to the third being its abscissa in Cartesian coordinates.

**ho·mo·gen·e·sis** (hō′mə jen′i sis, hom′ə-), *n. Biol.* reproduction in which the offspring resemble the parents and undergo the same cycle of development. [HOMO- + GENESIS]

**ho·mo·ge·net·ic** (hō′mə jə net′ik, hom′ə-), *adj. Biol.* **1.** pertaining to or characterized by homogenesis. **2.** homogenous (def. 1). Also, **ho′mo·ge·net′i·cal.** [HOMO- + GENETIC] —**ho′mo·ge·net′i·cal·ly,** *adv.*

**ho·mog·e·nize** (hə moj′ə nīz′, hō), *v.t.,* **-nized, -nizing. 1.** to form by blending unlike elements; make homogeneous; emulsify. **2.** to break up the fat globules in (milk or cream) in order to distribute them equally throughout. [HOMOGEN(EOUS) + -IZE] —**ho·mog′e·ni·za′tion,** *n.* —**ho·mog′e·niz′er,** *n.*

**ho·mog·e·nous** (hə moj′ə nəs, hō-), *adj.* **1.** *Biol.* corresponding in structure because of a common origin. **2.** homogeneous. **3.** homoplastic. [HOMO- + -GENOUS]

**ho′mo·gen·tis′ic ac′id** (hō′mə jen tis′ik, -tiz′-, hō′-), *Biochem.* a white, crystalline, water-soluble solid, $C_8H_8O_4$, an intermediate in the metabolism of tyrosine and of phenylalanine, found in the blood and urine of a person affected with alkaptonuria. [HOMO- + GENTISIC ACID]

**ho·mog·e·ny** (hə moj′ə nē, hō-), *n. Biol.* correspondence in form or structure, owing to a common origin. [< Gk *homogéneia* community of origin. See HOMO-, -GENY]

**ho·mog·o·nous** (hə mog′ə nəs, hō-), *adj. Bot.* pertaining to monoclinous flowers which do not differ in the relative length of stamens and pistils (opposed to *heterogonous*). [HOMO- + *-gonous* < Gk *-gonos* generating; see -GONY] —**ho·mog′o·nous·ly,** *adv.*

**ho·mog·o·ny** (hə mog′ə nē, hō-), *n. Bot.* state of being homogonous. [HOMO- + -GONY]

**ho·mo·graft** (hō′mə graft′, -gräft′, hom′ə-), *n. Surg.* a tissue or organ obtained from one member of a species and transplanted by grafting to another member of the same species. Also called **isograft, isoplastic graft.** Cf. **autograft, heterograft.** [HOMO- + GRAFT¹]

**hom·o·graph** (hom′ə graf′, -gräf′), *n.* a word of the same written form as another but of different origin and meaning, as *homer¹,* "home run," and *homer²* "unit of measure." [HOMO- + -GRAPH] —**hom·o·graph·ic** (hom′ə graf′ik), *adj.*

**homoio-,** var. of **homeo-:** *homoiothermal.*

**ho·moi·o·therm** (hō moi′ə thûrm′), *n. Zool.* a homoiothermal animal. Also, **homeotherm, homotherm.** [back formation from HOMOIOTHERMAL]

**ho·moi·o·ther·mal** (hō moi′ə thûr′məl), *adj. Zool.* having a body temperature that is relatively constant and mostly independent of the temperature of the environment; warm-blooded (opposed to *poikilothermal*). Also, **ho·moi′o·ther′mic, ho·moi′o·ther′mous, homeothermal, homothermal.** [HOMOIO- + THERMAL] —**ho·moi′o·ther′my, ho′moi·o·ther′mism,** *n.*

**Ho·moi·ou·si·an** (hō′moi ōō′sē ən, -ou′-), *n.* **1.** one of a 4th-century A.D. church party which maintained that the essence of the Son is similar to, but not the same as, that of the Father. —*adj.* **2.** relating to the Homoiousians or their belief. [< LGk *homoioúsi(os)* of like substance (*homoi-* HOMOI(O)- + *ousí(a)* substance, essence + *-os* adj. suffix) + -AN] —**Ho′moi·ou′si·an·ism,** *n.*

**ho·mo·lec·i·thal** (hō′mə les′ə thəl), *adj. Embryol.* having a fairly uniform distribution of yolk, as certain eggs or ova having relatively little yolk. [HOMO- + LECITHAL]

**ho·mol·o·gate** (hə mol′ə gāt′, hō-), *v.t.,* **-gat·ed, -gat·ing.** to approve; ratify. [< ML *homologāt(us)* (ptp. of *homologāre* < Gk *homolog(eîn)* (to) agree to, allow); see -ATE¹] —**ho·mol′o·ga′tion,** *n.*

**ho·mo·log·i·cal** (hō′mə loj′i kəl), *adj.* homologous. Also, **ho′mo·log′ic.** [HOMOLOG(Y) + -ICAL] —**ho′mo·log′i·cal·ly,** *adv.*

**ho·mol·o·gise** (hə mol′ə jīz′, hō-), *v.t., v.i.,* **-gised, -gising.** *Chiefly Brit.* homologize. —**ho·mol′o·gis′er,** *n.*

**ho·mol·o·gize** (hə mol′ə jīz′, hō-), *v.,* **-gized, -giz·ing.** —*v.t.* **1.** to make or show to be homologous. —*v.i.* **2.** to be homologous; correspond. [HOMOLOG(OUS) + -IZE] —**ho·mol′o·giz′er,** *n.*

**ho·mol·o·gous** (hə mol′ə gəs, hō-), *adj.* **1.** having the same or a similar relation; corresponding, as in relative position, structure, etc. **2.** *Biol.* corresponding in structure and in origin, but not necessarily in function: *The wing of a bird and the foreleg of a horse are homologous.* **3.** *Chem.* of the same chemical type, but differing by a fixed increment in certain constituents. **4.** *Immunol., Med.* pertaining to the relation between bacteria and the immune serum prepared from them. [< ML *homologus* < Gk *homólogos* agreeing, equiv. to *homo-* HOMO- + *-logos* proportional, equiv. to *log-* (s. of *lógos* proportion; see LOGOS) + *-os* -OUS]

**homol′ogous chro′mosomes,** *Biol.* pairs of similar chromosomes, one of maternal, the other of paternal origin, which carry the Mendelian pairs of alleles or genes.

**ho·mol·o·graph·ic** (hō mol′ə graf′ik), *adj.* representing parts with like proportions. Also, **homalographic.** [var. of HOMALOGRAPHIC]

**homolograph′ic projec′tion,** *Cartog.* an equal-area projection in which the proportion between regions of unequal area is correctly shown. Also called **Mollweide projection.**

**hom·o·logue** (hom′ə lôg′, -log′), *n.* **1.** something homologous. **2.** *Biol.* a homologous organ or part. **3.** *Chem.* any member of a homologous series of organic compounds: *Ethane is a homologue of the alkane series.* [< Gk *homólog(on),* neut. of *homólogos* HOMOLOGOUS]

**ho·mo·lo·gu·me·na** (hō′mō lə gōō′mə nə, -gyōō′-), *n.* (*construed as sing.*) the books in the New Testament generally held as authoritative and canonical by the early church. Also, **ho′mo·lo·gou′me·na.** Cf. **antilegomena.** [< Gk (neut pl.), deriv. of *homologeîn* to agree to, allow; see HOMOLOGOUS]

**ho·mol·o·gy** (hə mol′ə jē, hō-), *n., pl.* **-gies. 1.** state of being homologous; homologous relation or correspondence. **2.** *Biol.* **a.** a fundamental similarity due to community of descent. **b.** a structural similarity of two segments of one animal based on a common developmental origin. **3.** *Chem.* the similarity of organic compounds of a series in which each member differs from its adjacent compounds by a fixed increment, as by $CH_2$. **4.** *Math.* a classification of figures according to certain geometric properties. [< Gk *homologí(a)* agreement, equiv. to *homólog(os)* HOMOLOGOUS + *-ia* -Y³]

**ho·mol′o·sine projec′tion** (hə mol′ə sin, -sīn′, hō-), *Cartog.* an equal-area projection of the world, distorting ocean areas in order to minimize the distortion of the continents. [irreg. HOMOLO(GRAPHIC) + SINE¹]

**ho·mo·mor·phic** (hō′mə môr′fik, hom′ə-), *adj. Math.* pertaining to two sets that are related by a homomorphism. [HOMO- + -MORPHIC]

**ho·mo·mor·phism** (hō′mə môr′fiz əm, hom′ə-), *n.* **1.** *Biol.* correspondence in form or external appearance but not in type of structure and in origin. **2.** *Bot.* possession of perfect flowers of only one kind. **3.** *Zool.* resemblance between the young and the adult. **4.** *Math.* an onto map between two sets which preserves relations between elements. Also, **ho′mo·mor′phy.** [*homomorph* (see HOMO-, -MORPH) + -ISM] —**ho′mo·mor′phous,** *adj.*

**hom·o·nid** (hom′ə nid), *n. Anthropol.* hominid.

**hom·o·nym** (hom′ə nim), *n.* **1.** a word like another in sound and spelling but different in meaning, as *chase,* to pursue, and *chase,* to ornament metal. **2.** a homophone. **3.** a homograph. **4.** a namesake. **5.** *Biol.* a name given to a species or genus which has been used at an earlier date for a different species or genus and which is therefore rejected. [< LL *homōnym(um)* < Gk *homṓnymon,* neut. of *homṓnymos* HOMONYMOUS] —**hom′o·nym′ic,** *adj.* —**hom′o·nym′i·ty,** *n.*

**ho·mon·y·mous** (hə mon′ə məs, hō-), *adj.* of the nature of homonyms; having the same name. [< LL *homōnymus* < Gk *homṓnymos* of the same name, equiv. to *hom(o)-* HOMO- + *ónym(a)* name, -ONYM + *-os* -OUS] —**ho·mon′y·mous·ly,** *adv.*

**homon′ymous construc′tion,** *Gram.* a construction that consists of the same morphemes in the same order as those of another construction, as *Flying planes can be dangerous,* in which *planes* in one construction is the object of *flying,* and in another the subject of *can;* a terminal string of formatives having two or more structural descriptions.

**ho·mon·y·my** (hə mon′ə mē, hō-), *n.* homonymous state. [< LL *homōnymia* < Gk, equiv. to *homṓnym(os)* HOMONYMOUS + *-ia* -Y³]

**Ho·mo·ou·si·an** (hō′mō ōō′sē ən, -ou′-, hom′ō-), *Eccles.* —*n.* **1.** one of a 4th century A.D. church party which maintained that the essence or substance of the Father and the Son is the same. (opposed to *Heteroousian*). —*adj.* **2.** of or pertaining to the Homoousians or their doctrine. Also, **Ho′mo·ōu′si·an.** [< LGk *homooú-si(os)* of the same substance (Gk *hom(o)-* HOMO- + *ousí(a)* substance, essence + *-os* adj. suffix) + -AN] —**Ho′mo·ou′si·an·ism,** *n.*

**hom·o·pause** (hom′ə pôz′, hō′mə-), *n. Meteorol. Rare.* the boundary or transition layer between the homosphere and the heterosphere. [HOMO- + PAUSE]

**hom·o·phone** (hom′ə fōn′, hō′mə-), *n.* **1.** *Phonet.* a word pronounced the same as, but differing in meaning from another, whether spelled the same way or not, as *heir* and *air.* **2.** a written element that represents the same spoken unit as another, as *ks,* a homophone of *x* in English. [back formation from HOMOPHONOUS]

**hom·o·phon·ic** (hom′ə fon′ik, hō′mə-), *adj.* **1.** having the same sound. **2.** *Music.* having one part or melody predominating (opposed to *polyphonic*). [< Gk *homóphōn(os)* (see HOMOPHONOUS) + -IC] —**hom′o·phon′i·cal·ly,** *adv.*

**ho·moph·o·nous** (hə mof′ə nəs), *adj.* identical in pronunciation. [< Gk *homóphōnos* of the same sound, equiv. to *homo-* HOMO- + *phōn-* PHON- + *-os* -OUS]

**ho·moph·o·ny** (hə mof′ə nē), *n.* **1.** the quality or state of being homophonic. **2.** homophonic music. [< Gk *homophōnía* unison, equiv. to *homóphōn(os)* HOMOPHONOUS + *-ia* -Y³]

**ho·mop·la·sy** (hə mop′lə sē, hō′mə plas′ē, -plā′sē, hom′ə-), *n. Biol.* correspondence in form or structure, owing to a similar environment. [HOMO- + -PLASY] —**ho·mo·plas·tic** (hō′mə plas′tik, hom′ə-), *adj.*

**ho·mo·po·lar** (hō′mə pō′lər, hom′ə-), *adj. Chem.* of uniform polarity; not separated or changed into ions; not polar in activity. [HOMO- + POLAR] —**ho·mo·po·lar·i·ty** (hō′mə pō lar′i tē, hom′ə-), *n.*

**Ho·mop·ter·a** (hō mop′tər ə), *n.* the order comprising the homopterous insects. [< NL (neut. pl.); see HOMOPTEROUS]

**ho·mop·ter·ous** (hə mop′tər əs, hō-), *adj.* belonging or pertaining to the *Homoptera,* an order of insects closely related to the hemipterous insects (in some classifications a suborder of *Hemiptera*) but having membranous forewings and hind wings, comprising the aphids, cicadas, etc. [< Gk *homópteros.* See HOMO-, -PTEROUS]

**ho·mor·gan·ic** (hō′môr gan′ik, hom′ôr-), *adj. Phonet.* (of two or more speech sounds) articulated by using the same speech organ or organs, as *p, b,* and *m,* which are homorganic with respect to being labial but not with respect to being velar. Cf. **homotypical** (def. 1). [HOM(O)- + ORGANIC]

**Ho·mo sa·pi·ens** (hō′mō sā′pē enz), **1.** (*italics*) modern man, the single surviving species of the genus *Homo* and of the primate family *Hominidae,* to which it belongs. **2.** mankind. [< L: man, the wise]

**ho·mo·sex·u·al** (hō′mə sek′shōō əl, -mō-), *adj.* **1.** of, pertaining to, or exhibiting homosexuality. **2.** of, pertaining to, or noting the same sex. —*n.* **3.** a homosexual person. [HOMO- + SEXUAL]

**ho·mo·sex·u·al·i·ty** (hō′mə sek′shōō al′i tē, -mō-), *n.* sexual desire or behavior directed toward a person or persons of one's own sex. [HOMO- + SEXUALITY]

**ho·mo·sphere** (hō′mə sfēr′, hom′ə-), *n. Meteorol. Rare.* the region of the atmosphere, extending from the earth's surface to approximately 50 miles above sea level, in which there are no gross changes in atmospheric composition. Cf. **heterosphere.** [HOMO- + -SPHERE]

**ho·mos·po·rous** (hə mos′pər əs, hō′mə spôr′əs, -spōr′-), *adj. Bot.* having spores of one kind only. [HOMO- + SPORE + -OUS]

**ho·mos·po·ry** (hə mos′pə rē, hō-), *n.* the production of a single kind of spore, neither microspore nor megaspore. [HOMO- + SPORE + -Y³]

**ho·mo·styled** (hō′mō stīld′), *adj.* (of a plant) having styles of the same form or length in all flowers. Also, **ho′mo·sty′lous, ho′mo·sty′lic.** [HOMO- + STYLED] —**ho′mo·styl′ism, ho′mo·sty′ly,** *n.*

**ho·mo·tax·is** (hō′mə tak′sis, hom′ə-), *n.* similarity of arrangement, as of geological strata which, though not necessarily contemporaneous, have the same relative position. [HOMO- + -TAXIS] —**ho′mo·tax′ic, ho·mo·tax·i·al** (hō′mə tak′sē əl, hom′ə-), *adj.* —**ho′mo·tax′i·al·ly,** *adv.*

**ho·mo·thal·lic** (hō′mə thal′ik, hom′ə-), *adj. Bot.* **1.** having all mycelia alike, the opposite sexual functions being performed by different cells of a single mycelium. Cf. **heterothallic** (def. 1). **2.** monoecious. [HOMO- + THALL(US) + -IC] —**ho′mo·thal′lism,** *n.*

**ho·mo·therm** (hō′mə thûrm′, hom′ə-), *n.* homoiotherm. —**ho′mo·ther′my, ho′mo·ther′mism,** *n.*

**ho·mo·ther·mal** (hō′mə thûr′məl, hom′ə-), *adj.* homoiothermal. Also, **ho′mo·ther′mic, ho′mo·ther′mous.**

**ho·mo·thet·ic** (hō′mə thet′ik, hom′ə-), *adj. Geom.* similar; similarly placed. [HOMO- + THETIC] —**ho·moth·e·ty** (hə moth′i tē, hō-), *n.*

# EXHIBIT 10

# Webster's Encyclopedic Unabridged Dictionary of the English Language

The dictionary entries are based on the First Edition of *The Random House Dictionary of the English Language*

PORTLAND HOUSE • NEW YORK

ACKNOWLEDGMENTS AND PERMISSIONS:

The "A Dictionary of the English Language" section of this book *(Webster's Encyclopedic Unabridged Dictionary)* is based on the first edition of *The Random House Dictionary of the English Language, the Unabridged Edition*, copyright © 1983.

*Atlas of the World*, copyright © 1989 by John Bartholomew & Son Limited. Reprinted by arrangement with John Bartholomew & Son Limited.

*A Manual of Style*, copyright © 1986 by Crown Publishers, Inc. Excerpted and reprinted by arrangement with Crown Publishers, Inc.

Krevisky, Joseph and Jordan L. Linfield—*The Bad Speller's Dictionary*, copyright © 1967, 1963 by Innovation Press. Reprinted by arrangement with Random House, Inc.

Stein, Jess, Ed.—*Rhyming Dictionary*, copyright © 1960 by Random House, Inc. Reprinted by arrangement with Random House, Inc.

Weiman, Ralph—*Living Language* ™ *Common Usage Dictionary, French-English/English-French*, copyright 1946, 1955, © 1968, 1974, 1983, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

Martin, Genevieve A. and Theodor Bertram—*Living Language* ™ *Common Usage Dictionary, German-English/English-German*, copyright © 1956, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

Martin, Genevieve A. and Mario Ciatti—*Living Language* ™ *Common Usage Dictionary, Italian-English/English-Italian*, copyright © 1956, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

Weiman, Ralph and O. A. Succar—*Living Language* ™ *Common Usage Dictionary, Spanish-English/English-Spanish*, copyright 1946, © 1955, 1968, 1974, 1983, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

*Webster's Crossword Puzzle Dictionary*, 1986 edition, copyright © 1963 by Fawcett Publications, Inc. and copyright © 1964 by Ottenheimer Publishers, Inc. Reprinted by arrangement with Ottenheimer Publishers, Inc.

Copyright © 1989 by dilithium Press, Ltd.
All rights reserved.

This 1989 edition is published by Portland House, a division of dilithium Press, Ltd., distributed by Outlet Book Company, Inc., a Random House Company, 225 Park Avenue South, New York, New York 10003.

Printed and Bound in the United States of America

Library of Congress Cataloging-in-Publication Data
Webster's encyclopedic unabridged dictionary of the English language.
1. English language—Dictionaries.
PE1625.W46 1989
423—dc19 89-3785
CIP

ISBN 0-517-68781-X

10 9 8 7 6

main force. 3. of or pertaining to a broad expanse: main sea. 4. Gram. syntactically independent; capable of use in isolation. In I walked out when the bell rang, I walked out is the main clause. Cf. dependent (def. 4), independent (def. 12). 5. Naut. a. of or pertaining to a mainmast. b. noting or pertaining to a sail, yard, boom, etc., or to any rigging belonging to a main lower mast or to some upper mast of a mainmast. c. noting any stay running aft and upward to the head of a main lower mast or of some specified upper mast of a mainmast: main topmast stay. 6. Obs. having or exerting great strength or force; mighty. 7. Obs. overranking. 8. Obs. having momentous or important results; essential. —n. 9. a principal pipe or duct in a system used to distribute water, gas, etc. 10. strength; force; violent effort: to struggle with might and main. 11. the chief or principal part or point: The main of their investments was lost during the war. 12. Literary. the open ocean; high sea: the bounding main. 13. the mainland. 14. in the main, for the most part; chiefly: In the main, the essay was dull reading. [< ME meyn, OE mægen strength, power; c. Icel megin strength] —Syn. 1. cardinal, prime, paramount, primary, capital. 2. pure, direct. 9. conduit. 10. power, might. —Ant. 1. secondary, least. 10. weakness.

**main²** (mān), n. a cockfighting match. [? special use of MAIN¹; cf. main chance]

**Main** (mān; also for 1 Ger. mīn), n. 1. a river in central and W Germany, flowing W from the Bohemian Forest into the Rhine at Mainz, in West Germany. 305 mi. long. 2. a crater in the first quadrant of the face of the moon, in the libration area and near the North Pole: about 30 miles in diameter.

**main/ bod/y,** Naut. the hull, as distinguished from the rest of a vessel.

**main/ brace/,** Naut. a brace leading to a main yard.

**main/ chance/,** an opportunity offering the greatest gain: Being ambitious, he always had an eye for the main chance.

**main/ clause/,** Gram. a clause that can stand alone as a sentence, containing a subject, a predicate of finite verb, and sometimes a direct object, as I was there in the sentence I was there when he arrived. Cf. subordinate clause.

**main/ course/,** Naut. a square mainsail.

**main/ deck/,** 1. Naut. the uppermost weatherproof deck, running the full length of a vessel. 2. (on a Great Lakes ore boat) a partial deck at the level of the tops of the side tanks.

**main-de-fer** (man/də-fer/), n. Armor. manifer.

**main/ diag/onal,** Math. See under diagonal (def. 9).

**main/ drag/,** Slang. the main street of a city or town; main stem: Broadway is New York's main drag.

**Maine** (mān), n. 1. a State in the NE United States, on the Atlantic coast. 969,265 (1960); 33,215 sq. mi. Cap.: Augusta. Abbr.: Me. 2. a former province in NW France. Cap.: Le Mans. 3. (italics) a U.S. battleship blown up in the harbor of Havana, Cuba, on February 15, 1898.

**Maine-et-Loire** (me/nā lwar/), n. a department in W France. 556,272 (1962); 2787 sq. mi. Cap.: Angers.

**Main·er** (mā/nər), n. a native or inhabitant of the State of Maine.

**main·frame** (mān/frām/), n. Computer Technol. a large high-speed computer with greater storage capacity than a minicomputer, often serving as the central unit in a system of smaller computers. [MAIN¹ + FRAME]

**main gauche** (man gōsh/), a dagger of the 16th and 17th centuries, held in the left hand in dueling and used to parry the sword of an opponent. Also called left-hand dagger. [< F: lit., left hand]

**main·land** (mān/land/, -lənd), n. the principal land of a country, region, etc., as distinguished from adjacent islands: the mainland of Greece. [ME; see MAIN¹, LAND] —main/land/er, n.

**Main·land** (mān/land/, -lənd), n. 1. the largest of the Shetland Islands. 15,172 (1951); ab. 200 sq. mi. 2. Pomona (def. 3).

**main/ line/,** 1. a through railroad route; a principal line of a railroad as contrasted with a branch or secondary line. 2. Slang. a. a prominent and readily accessible vein of the body that may be used for a narcotic's injection. b. the act of mainlining.

**Main/ Line/,** a fashionable residential district west of Philadelphia.

**main·line** (mān/līn/, -līn/), v.i., -lined, -lin·ing. Slang. to inject a narcotic, esp. heroin, directly into the vein. [v. use of MAIN LINE] —main/lin/er, n.

**main·ly** (mān/lē), adv. 1. chiefly; principally; for the most part; in the main; to the greatest extent: Our success was due mainly to his efforts. The audience consisted mainly of students. 2. Obs. greatly; abundantly. [ME maynliche, maynly. See MAIN¹, -LY]

**main·mast** (mān/mast/, -mäst/; Naut. mān/məst), n. Naut. 1. the second mast from forward in any vessel having two or more masts, except for a yawl, ketch, or dandy. See illus. under quarter deck. 2. the larger forward mast of a yawl, ketch, or dandy. 3. the sole mast of any of various vessels, as sloops or cutters. [MAIN¹ + MAST¹]

**main·our** (mā/nər), n. Old Eng. Law. a stolen article found on the person of or near the thief: to be taken with the mainour. Also, manner. [ME < AF mainoure (OF manoeuvre hand labor); see MANEUVER]

**mains** (mānz), n. (construed as sing.) Brit. Dial. the main or home farm of a manor, as where the owner lives; manse. [pl. of main, aph. var. of ME demain DEMESNE]

**main·sail** (mān/sāl/; Naut. mān/səl), n. Naut. the lowermost sail on a mainmast. [ME; see MAIN¹ + SAIL]

**main·sheet** (mān/shēt/), n. Naut. a sheet of a mainsail. [ME; see MAIN¹, SHEET¹]

**main·spring** (mān/spring/), n. 1. the principal spring in a mechanism, as in a watch. 2. the chief motive power; the impelling cause: Desire for fame is the mainspring of his behavior. [MAIN¹ + SPRING]

**main·stay** (mān/stā/), n. 1. Naut. the stay that secures the mainmast forward. 2. one who or that which acts as a chief support or part: Coffee is the mainstay of the country's economy. [ME; see MAIN¹, STAY²]

**main/ stem/,** Slang. the main street of a city or town; the main drag.

**main·stream** (mān/strēm/), n. 1. the principal or dominant course, tendency, or trend: the mainstream of our nation's history. 2. a river having tributaries. —adj. 3. of, pertaining to, or characteristic of jazz falling historically between Dixieland and modern jazz; specifically, swing music. Cf. traditional (def. 4). [MAIN¹ + STREAM]

***Main/ Street/,*** a novel (1920) by Sinclair Lewis.

**main·tain** (mān tān/), v.t. 1. to keep in existence or continuance; preserve; retain: to maintain good relations with Canada. 2. to keep in due condition, operation, or force; keep unimpaired: to maintain order; to maintain public highways. 3. to keep in a specified state, position, etc.: to maintain a correct posture. 4. to affirm; assert; declare: He maintained that the country was going downhill. 5. to support in speech or argument, as a statement, proposition, etc. 6. to keep or hold against attack: to maintain one's ground. 7. to provide for the upkeep or support of; carry the expenses of: He has to maintain a large family on a small salary. [ME mainteine(n) < OF mainten(ir) < LL manūtenēre, L manū tenēre, lit., to hold in hand, equiv. to manū, abl. of manus hand (see MANUAL) + tenēre to hold (see TENET)] —main·tain/a·ble, adj. —main·tain/er, n. —Syn. 1. keep up, continue. 4. aver, asseverate, state, hold, allege. 5. uphold, defend, vindicate, justify. 7. See support. —Ant. 1. discontinue. 5. contradict.

**maintain/ing pow/er,** Horol. a mechanism for maintaining a constant force on the going train of a timepiece as it is being wound.

**main·tain·or** (mān tā/nər), n. Law. one guilty of maintenance. [ME meyntenour < AF. See MAINTAIN, -OR²]

**main·te·nance** (mān/tənəns), n. 1. act of maintaining: The apartment was too expensive for easy maintenance. 2. state of being maintained: The maintenance of friendly relations with England has always been important. 3. means of upkeep, support, or subsistence; livelihood: The widow was left with sufficient maintenance. 4. Law. an officious meddling in a suit in which the meddler has no interest, by assisting either party with means to prosecute or defend it. [ME maintenaunce < MF maintenance. See MAINTAIN, -ANCE] —Syn. 3. See living.

**main/tenance and cure/,** Law. the right of an injured seaman to support and medical treatment.

**main/tenance of mem/bership,** an arrangement or agreement between an employer and a labor union by which employees who are members of the union at the time the agreement is made, or who subsequently join, must either remain members until the agreement expires, or be discharged.

**Main·te·non** (manᵗə nôn/), n. Marquise de (Françoise d'Aubigné), 1635–1719, second wife of Louis XIV.

**main·top** (mān/top/), n. Naut. a platform at the head of the lower mainmast. [ME; see MAIN¹, TOP¹]

**main-top·gal·lant** (mān/top gal/ənt; Naut. mān/tə-gal/ənt), n. the main-topgallantmast, its sail, or its yard. See illus. under sail.

**main-top·gal·lant·mast** (mān/top gal/ənt mast/, -mäst/; Naut. mān/tə gal/ənt məst), n. Naut. the mast next above the main-topmast.

**main-top·mast** (mān/top/mast/, -mäst/; Naut. mān/-top/məst), n. Naut. the mast next above the main lower mast.

**main-top·sail** (mān/top/sāl/; Naut. mān/top/səl), n. Naut. a topsail set on the mainmast.

**main/-top/sail schoon/er,** Naut. a two-masted or three-masted schooner having square topsails on the foremast and mainmast: a jackass brig or jackass bark. Also called two-topsail schooner.

***Main/-Trav·elled Roads/*** (mān/trav/əld), a collection of short stories (1891) by Hamlin Garland.

**main/-try/sail rig/** (mān/trī/səl, -sāl/), Naut. See wishbone rig.

**main/ yard/,** Naut. a yard for a square mainsail.

**Mainz** (mīnts), n. a port in W West Germany, at the confluence of the Rhine and Main rivers. 139,400 (1963). French, Mayence.

***Mainz/ Psal/ter,*** a book printed by Johannes Gutenberg: thought by some to be the first book printed from movable type.

**ma·iol·i·ca** (mə yol/ə kə), n. majolica.

**mair** (mâr), adj., n., adv. Scot. and North Eng. more.

**Mai·sie** (mā/zē), n. a girl's given name, Scottish form of Margaret.

**Mai·son de Mo·lière, La** (Fr. la me zôn/ də mô-lyer/). See Comédie Française.

***mai·son de san·té*** (me zôn də sän tā/), pl., mai·sons de san·té (me zôn də san tā/). French. a private hospital or sanitarium for the sick or insane. [lit., house of health]

**mai·son·ette** (mā/zə net/), n. Chiefly Brit. a small apartment, esp. part of a private house rented as an apartment. Also, mai/son·nette/. [< F, OF, equiv. to maison house (see MANSION) + -ette -ETTE]

**maist** (māst), adj., n., adv. Scot. and North Eng. most.

**mai·thu·na** (mī/to͝o nə), n. Hinduism. sexual intercourse, when regarded as taboo.

**Mait·land** (māt/lənd), n. 1. Fredrick William, 1850–1906, English jurist and legal historian. 2. a town in central Florida. 3570 (1960).

**maî·tre d'** (mā/tər dē/, mā/trə-), pl. maî·tre d's. Informal. See maître d'hôtel (defs. 1–3).

**maî·tre de bal·let** (Fr. me/trᵊ də ba lā/), pl. maî·tres de bal·let (me/trᵊ də ba lā/). See ballet master. [< F: master of ballet]

**maî·tre d'hô·tel** (mā/tər dō tel/, mā/trə; Fr. me/trᵊ dō tel/), pl. maî·tres d'hô·tel (mā/tərz dō-tel/, mā/trəz; Fr. me/trᵊ dō tel/). 1. a steward or butler. 2. a headwaiter. 3. the owner or manager of a hotel. 4. Cookery. a sauce of melted butter, minced parsley, and lemon juice or vinegar. [< F: master of (the) hotel]

**maize** (māz), n. 1. (chiefly in British and technical usage) corn¹ (def. 1). 2. a pale yellow resembling the color of corn. —adj. 3. of the color of maize. [< Sp maíz < Hispaniolan Taino mahís]

**maize/ oil/.** See corn oil.

**Maj.,** Major.

**Ma·jes·ta** (mə jes/tə), n. a girl's given name.

**ma·jes·tic** (mə jes/tik), adj. characterized by or possessing majesty; of lofty dignity or imposing aspect; stately; grand: the majestic Alps. Also, ma·jes/ti·cal. [MAJEST(Y) + -IC] —ma·jes/ti·cal·ly, adv. —Syn. august, splendid, magnificent, regal, royal, kingly, imperial, noble, lofty. —Ant. base, mean.

**maj·es·ty** (maj/i stē), n., pl. -ties. 1. regal, lofty, or stately dignity; imposing character; grandeur: majesty of bearing. 2. supreme greatness or authority; sovereignty: All paid tribute to the majesty of Rome. 3. a royal personage, or royal personages collectively: The royal wedding was attended by the majesties of Europe. 4. (usually cap.) a title used when speaking of or to a sovereign (usually prec. by his, her, or your): His Majesty's Navy; Will your Majesty hear our petitions? 5. Christ in Majesty, a representation of Christ as ruler of the universe. [ME majeste < MF < L mājestāt- (s. of mājestās) sovereignty, greatness, grandeur, equiv. to *mājes- (akin to mājus; see MAJOR) + -tāt- -TY²]

**Maj. Gen.,** Major General.

**ma·jol·i·ca** (mə jol/ə kə, mə yol/-), n. 1. Italian earthenware covered with an opaque glaze of tin oxide and usually highly decorated. 2. any earthenware having an opaque glaze of tin oxide; faïence; delft. Also, maiolica. [earlier maiolica < It < ML, var. of LL Mājorica MAJORCA, where it was made]

**ma·jor** (mā/jər), n. 1. Mil. a commissioned officer ranking next below a lieutenant colonel and next above a captain. 2. one of superior rank, ability, etc., in a specified class: Minors outnumber majors in most fields of endeavor. 3. a subject or field of study chosen by a student to represent his principal interest and upon which he concentrates a large share of his efforts: History was his major at college. 4. a person of full legal age (opposed to minor). 5. Music. a major interval, chord, scale, etc. 6. the majors, Sports. the major leagues: He coached in the majors as well as in the minors. —adj. 7. greater, as in size, amount, extent, importance, rank, etc.: the major part of the town. 8. great, as in rank or importance: a major question; a major artist. 9. of or pertaining to the majority: the major opinion. 10. of full legal age. 11. Music. a. (of an interval) being between the tonic and the second, third, sixth, and seventh degrees of a major scale: the major third; the major sixth. b. (of a chord) having a major third between the root and the note next above it. 12. (cap.) (of one of two male students in an English public school who have the same surname) being the elder or higher in standing: Hobbes Major is not of a scientific bent. 13. pertaining to the subject in which a student takes most of his courses: His major field is English history. —v.i. 14. to follow a major course of study: He is majoring in the physical sciences. [< L, comp. of magnus great; r. ME majour < AF] —Syn. 8. See capital¹.

**Ma·jor** (mā/jər), n. a boy's given name.

**ma/jor ax/is,** Math. the axis of an ellipse which passes through the two foci.

***Ma/jor Bar/bara,*** a comedy (1905) by G. B. Shaw.

**Ma·jor·ca** (mə jôr/kə, -yôr/-), n. a Spanish island in the W Mediterranean: the largest of the Balearic Islands. 328,000 (est. 1954); 1405 sq. mi. Cap.: Palma. Spanish, Mallorca. —Ma·jor/can, adj., n.

**ma·jor-do·mo** (mā/jər dō/mō), n., pl. -mos. 1. a man in charge of a great household, as that of a sovereign; a chief steward. 2. a steward or butler. [< Sp mayordomo < LL mājordomūs head of the house, equiv. to major MAJOR + domūs, gen. of domus house; see DOME]

**ma/jor el/ement,** Geol. any chemical found in great quantity in the rocks of the earth's crust. Cf. minor element (def. 1).

**ma·jor·ette** (mā/jə ret/), n. See drum majorette. [(DRUM) MAJOR + -ETTE]

**ma/jor gen/eral,** Mil. an officer ranking next below a lieutenant general and next above a brigadier general. —ma/jor-gen/er·al·cy, ma/jor-gen/er·al·ship/, n.

**ma·jor·i·ty** (mə jôr/i tē, -jor/-), n., pl. -ties. 1. the greater part or number; the number larger than half the total, as opposed to the minority: the majority of mankind. 2. a number of voters or votes, jurors, or others in agreement, constituting more than half of the total number. 3. the amount by which the greater number, as of votes, surpasses the remainder (distinguished from plurality). 4. the party or faction with the majority vote: The Democratic party is the majority. 5. the state or time of being of full legal age: to attain one's majority. 6. the military rank or office of a major. 7. join the majority or the great majority, to die. [< ML mājoritās. See MAJOR, -ITY]

**ma/jor key/,** Music. a key whose essential harmony is based on the major scale. Also called major mode.

**ma/jor league/,** 1. either of the two main professional baseball leagues in the U.S. 2. a league of corresponding stature in certain other sports, as ice hockey, football, or basketball.

**ma·jor-lea·guer** (mā/jər lē/gər), n. a member of a major-league team. [MAJOR LEAGUE + -ER¹]

**ma/jor mode/,** Music. 1. See major scale. 2. See major key.

**ma/jor or/der,** Rom. Cath. Ch. the degree or grade of priesthood, diaconate, or subdiaconate. Cf. minor order.

**ma/jor pen/alty,** Ice Hockey. a penalty consisting of the removal of a player for five minutes from play, no substitute for the player being permitted. Cf. minor penalty.

**ma/jor piece/,** Chess. a queen or rook.

**ma/jor plan/et,** Astron. planet (def. 1a).

# EXHIBIT 11

# GENERAL CHEMISTRY

THIRD · EDITION

**DARRELL D. EBBING**
WAYNE STATE UNIVERSITY

*Consulting Editor:*
**MARK S. WRIGHTON**
MASSACHUSETTS INSTITUTE OF TECHNOLOGY

**HOUGHTON MIFFLIN COMPANY • BOSTON**
Dallas • Geneva, Illinois • Palo Alto • Princeton, New Jersey

**Warning:** This text contains photographs of experiments that are potentially dangerous and harmful if undertaken without proper supervision, equipment, and safety precautions. DO NOT attempt to perform these experiments relying solely on the information presented in this text.

**Credits:** List of credits follows the index.

**Cover Photograph:** Laser "spark" spectroscopy of a coal particle at the Combustion Research Facility, located at Sandia National Laboratories in Livermore, California.

Values for atomic weights listed in the periodic table on the inside front cover of this book are from the IUPAC report "Atomic Weights of the Elements 1988," *Pure and Applied Chemistry*, Vol. 60, No. 6 (1988), pp. 841–854 (© 1988 IUPAC).

**Copyright © 1990 by Houghton Mifflin Company. All rights reserved.**

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to College Permissions, Houghton Mifflin Company, One Beacon Street, Boston, MA 02108.

Printed in the U.S.A.

Library of Congress Catalog Card Number: 89-80931

ISBN: 0-395-43302-9

BCDEFGHIJ-VH-9543210

**Simple cubic unit cell** a cubic unit cell in which lattice points are situated only at the corners of the unit cell.

**Simplest formula** see *empirical formula*.

**Single bond** a covalent bond in which a single pair of electrons is shared by two atoms.

**Single-replacement reaction** see *displacement reaction*.

**Sol** a colloid that consists of solid particles dispersed in a liquid.

**Solid** the form of matter characterized by rigidity; a solid is relatively incompressible and has fixed shape and volume.

**Solubility** the amount of a substance that dissolves in a given quantity of solvent (such as water) at a given temperature to give a saturated solution.

**Solubility-product constant ($K_{sp}$)** the equilibrium constant for the solubility equilibrium of a slightly soluble (or nearly insoluble) ionic compound.

**Solute** in the case of a solution of a gas or solid dissolved in a liquid, the gas or solid; in other cases, the component in smaller amount.

**Solution** see *homogeneous mixture*.

**Solvay process** an industrial method for obtaining sodium carbonate from sodium chloride, ammonia, and carbon dioxide.

**Solvent** in a solution of a gas or solid in a liquid, the liquid; in other cases, the component in greater amount.

**Specific heat capacity (specific heat)** the quantity of heat required to raise the temperature of one gram of a substance by one degree Celsius (or by one kelvin).

**Spectator ions** ions in an ionic equation that do not take part in the reaction.

**Spectrochemical series** an arrangement of ligands according to the relative magnitudes of the crystal field splittings they induce in the *d* orbitals of a metal ion.

**Spin quantum number ($m_s$)** the quantum number that refers to the two possible orientations of the spin axis of an electron; possible values are $+\frac{1}{2}$ and $-\frac{1}{2}$.

**Spontaneous process** a physical or chemical change that occurs by itself.

**Square pyramidal geometry** the geometry of a molecule in which a central atom is at the apex of a pyramid and four other atoms form the square base of the pyramid.

**Square planar geometry** the geometry of a molecule in which a central atom is surrounded by four other atoms arranged in a square and in a plane containing the central atom.

**Stability constant (of a complex)** see *formation constant*.

**Standard electrode potential ($E°$)** the electrode potential when the concentrations of solutes are 1 *M*, the gas pressures are 1 atm, and the temperature has a specified value—usually 25°C.

**Standard emf ($E°_{cell}$)** the emf of a voltaic cell operating under standard-state conditions (solute concentrations are 1 *M*, gas pressures are 1 atm, and the temperature has a specified value—usually 25°C).

**Standard enthalpy of formation (standard heat of formation), $\Delta H_f°$** the enthalpy change for the formation of one mole of the substance in its standard state from its elements in their reference forms and in their standard states.

**Standard entropy ($S$)** the entropy value for the standard state of a species.

**Standard free energy of formation ($\Delta G_f$)** the free-energy change that occurs when one mole of substance is formed from its elements in their stablest states at 1 atm and at a specified temperature (usually 25°C).

**Standard heat of formation** see *standard enthalpy of formation*.

**Standard potential diagram** a convenient graphical presentation of the standard potentials of an element.

**Standard state** the standard thermodynamic conditions (1 atm and usually 25°C) chosen for substances when we are listing or comparing thermochemical data.

**Standard temperature and pressure (STP)** the reference conditions for gases, chosen by convention to be 0°C and 1 atm.

**State function** a property of a system that depends only on its present state, which is determined by variables such as temperature and pressure, and is independent of any previous history of the system.

**States of matter** the three forms that matter can assume—solid, liquid, and gas.

**Steam-reforming process** an industrial preparation of hydrogen and carbon monoxide mixtures by the reaction of steam and hydrocarbons at high temperature and pressure over a nickel catalyst.

**Stereoisomers** isomers in which the atoms are bonded to each other in the same order but that differ in the precise arrangement of these atoms in space.

**Stock system** a system of chemical nomenclature in which the charge on a metal atom or oxidation number of an atom is denoted by a Roman numeral in parentheses following the element name.

**Stoichiometry** the calculation of the quantities of reactants and products involved in a chemical reaction.

**Stratosphere** the region of the atmosphere that lies just above the troposphere and wherein the temperature increases with increasing altitude.

**Strong acids** an acid that ionizes completely in water.

**Strong base** a base that is present in aqueous solution entirely as ions, one of which is $OH^-$.

**Strong electrolyte** an electrolyte that exists in solution almost entirely as ions.

# EXHIBIT 12

US007108866B1

(12) **United States Patent**
**Albert et al.**

(10) **Patent No.: US 7,108,866 B1**
(45) **Date of Patent: Sep. 19, 2006**

(54) **CHRONOTHERAPEUTIC DILTIAZEM FORMULATIONS AND THE ADMINISTRATION THEREOF**

(75) Inventors: **Kenneth Stephen Albert**, Mt. Kisco, NY (US); **Paul José Maes**, Oakville (CA)

(73) Assignee: **Biovail Laboratories International SRL**, St. Michael (BB)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/567,451**

(22) Filed: **May 8, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/465,338, filed on Dec. 17, 1999, now abandoned.

(30) **Foreign Application Priority Data**

| | | |
|---|---|---|
| Dec. 10, 1999 | (CA) | .................................. 2292247 |
| May 4, 2000 | (CA) | .................................. 2307547 |

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 9/22* | (2006.01) |
| *A61K 9/26* | (2006.01) |
| *A61K 9/48* | (2006.01) |
| *A61K 9/50* | (2006.01) |
| *A61K 9/52* | (2006.01) |

(52) **U.S. Cl.** ...................... 424/490; 424/452; 424/457; 424/458; 424/465; 424/468; 424/469

(58) **Field of Classification Search** ................ 424/457, 424/468, 451, 452, 463, 464, 465, 471, 474, 424/489, 490, 493

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,263,273 A | 4/1981 | Appelgren et al. | .......... 424/21 |
| 4,327,725 A | 5/1982 | Cortese et al. | ............. 128/260 |
| 4,600,645 A | 7/1986 | Ghebre-Sellassie et al. | 428/403 |
| 4,612,008 A | 9/1986 | Wong et al. | ................ 604/892 |
| 4,623,588 A | 11/1986 | Nuwayser et al. | ..... 428/402.24 |
| 4,628,047 A | 12/1986 | Sakurai et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP 0 149 920 A2 12/1984

(Continued)

OTHER PUBLICATIONS

Klokkers-Bethke, K. et al., "Development of a multiple unit drug delivery system for positioned release in the gastrointestinal tract", *Journal of Controlled Release*, 15 (1991) 105-112.

(Continued)

*Primary Examiner*—S. Tran
(74) *Attorney, Agent, or Firm*—Hunton & Williams; Robin L. Teskin

(57) **ABSTRACT**

A controlled-release Galenical preparation of pharmaceutically acceptable Diltiazem including the pharmaceutically acceptable salts thereof, suitable for evening dosing every 24 hours containing from about 120 mg to about 540 mg or more (as desired) of the form of Diltiazem associated with excipients to provide controlled (sustained) release of the form of Diltiazem for providing a $C_{max}$ of Diltiazem in the blood at between about 10 hours and about 15 hours after administration, the preparation comprising the form of Diltiazem in oral sustained-release dosage form in which the Diltiazem is adapted to be released after administration over a prolonged period of time and exhibits when given to humans

(i) a higher bioavailability when given at night compared to when given in the morning without food according to FDA guidelines or criteria and

(ii) bioequivalence when given in the morning with and without food according to the same FDA guidelines or criteria.

**88 Claims, 15 Drawing Sheets**

A-108

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,696,924 A | 9/1987 | Marcoux | 514/211 |
| 4,705,695 A | 11/1987 | Lehmann et al. | 427/3 |
| 4,721,619 A | 1/1988 | Panoz et al. | 424/459 |
| 4,753,802 A | 6/1988 | Stephens et al. | 424/467 |
| 4,783,337 A | 11/1988 | Wong et al. | 424/468 |
| 4,784,858 A | 11/1988 | Ventouras | 424/468 |
| 4,792,452 A | 12/1988 | Howard et al. | 424/475 |
| 4,808,413 A | 2/1989 | Joshi et al. | 424/458 |
| 4,824,678 A | 4/1989 | Lindahl et al. | 424/473 |
| 4,832,958 A | 5/1989 | Baudier et al. | 424/473 |
| 4,839,177 A | 6/1989 | Colombo et al. | 424/482 |
| 4,859,469 A | 8/1989 | Baudier et al. | 424/462 |
| 4,859,470 A | 8/1989 | Guittard et al. | 424/473 |
| 4,880,631 A | 11/1989 | Haslam et al. | 424/424 |
| 4,891,230 A | 1/1990 | Geoghegan et al. | 424/461 |
| 4,894,240 A | 1/1990 | Geoghegan et al. | 424/497 |
| 4,917,899 A | 4/1990 | Geoghegan et al. | 424/461 |
| 4,938,967 A | 7/1990 | Newton et al. | 424/458 |
| 4,940,588 A | 7/1990 | Sparks et al. | 424/490 |
| 4,952,402 A | 8/1990 | Sparks et al. | 424/419 |
| 4,960,596 A | 10/1990 | Debregeas et al. | 424/458 |
| 4,966,769 A | 10/1990 | Guittard et al. | 424/473 |
| 5,000,962 A | 3/1991 | Sangekar et al. | 424/482 |
| 5,002,776 A | 3/1991 | Geoghegan et al. | 424/497 |
| 5,004,614 A | 4/1991 | Staniforth | 424/466 |
| 5,008,114 A | 4/1991 | Lovrecich | 424/484 |
| 5,051,262 A | 9/1991 | Panoz et al. | 424/468 |
| 5,055,306 A * | 10/1991 | Barry et al. | 424/482 |
| 5,082,668 A | 1/1992 | Wong et al. | 424/473 |
| 5,112,621 A | 5/1992 | Stevens et al. | 424/497 |
| 5,149,542 A | 9/1992 | Valducci | 424/493 |
| 5,156,850 A | 10/1992 | Wong et al. | 424/473 |
| 5,160,744 A | 11/1992 | Jao et al. | 424/473 |
| 5,175,003 A | 12/1992 | Goldman | 424/484 |
| 5,178,867 A | 1/1993 | Guittard et al. | 424/473 |
| 5,190,765 A | 3/1993 | Jao et al. | 424/473 |
| 5,219,621 A | 6/1993 | Geoghegan et al. | 424/462 |
| 5,229,135 A | 7/1993 | Philippon et al. | 424/494 |
| 5,252,338 A | 10/1993 | Jao et al. | 424/473 |
| 5,260,068 A | 11/1993 | Chen | 424/451 |
| 5,260,069 A | 11/1993 | Chen | 424/451 |
| 5,275,824 A | 1/1994 | Carli et al. | 424/490 |
| 5,286,497 A * | 2/1994 | Hendrickson et al. | 424/490 |
| 5,288,505 A | 2/1994 | Deboeck et al. | 424/497 |
| 5,326,571 A | 7/1994 | Wright et al. | 424/473 |
| 5,330,761 A | 7/1994 | Baichwal | 424/469 |
| 5,336,504 A | 8/1994 | Geoghegan et al. | 424/462 |
| 5,344,657 A | 9/1994 | Desmolin | 424/458 |
| 5,354,556 A | 10/1994 | Sparks et al. | 424/419 |
| 5,364,620 A | 11/1994 | Geoghegan et al. | 424/497 |
| 5,419,917 A | 5/1995 | Chen et al. | 429/469 |
| 5,439,689 A | 8/1995 | Hendrickson et al. | 424/490 |
| 5,445,829 A | 8/1995 | Paradissis et al. | 424/480 |
| 5,449,521 A | 9/1995 | Lovrecich | 424/489 |
| 5,455,046 A | 10/1995 | Baichwal | 424/457 |
| 5,458,887 A | 10/1995 | Chen et al. | 424/464 |
| 5,458,888 A | 10/1995 | Chen | 424/464 |
| 5,464,633 A | 11/1995 | Conte et al. | 424/480 |
| 5,470,584 A | 11/1995 | Hendrickson et al. | 424/490 |
| 5,472,708 A | 12/1995 | Chen | 424/451 |
| 5,472,711 A | 12/1995 | Baichwal | 424/468 |
| 5,478,574 A | 12/1995 | Baichwal et al. | 424/485 |
| 5,508,040 A | 4/1996 | Chen | 424/451 |
| 5,512,297 A | 4/1996 | Baichwal | 424/451 |
| 5,529,790 A | 6/1996 | Eichel et al. | 424/480 |
| 5,529,791 A | 6/1996 | Deboeck et al. | 424/494 |
| 5,554,387 A | 9/1996 | Baichwal | 424/488 |
| 5,558,879 A | 9/1996 | Chen et al. | 424/480 |
| 5,567,441 A | 10/1996 | Chen | 424/494 |
| 5,601,845 A | 2/1997 | Buxton et al. | 424/495 |
| 5,616,345 A | 4/1997 | Geoghegan et al. | 424/497 |
| 5,622,716 A | 4/1997 | Barth | 424/461 |
| 5,626,860 A | 5/1997 | Cincotta et al. | 424/423 |
| 5,654,005 A | 8/1997 | Chen et al. | 424/480 |
| 5,662,933 A | 9/1997 | Baichwal et al. | 424/457 |
| 5,667,801 A | 9/1997 | Baichwal | 424/457 |
| 5,670,168 A | 9/1997 | Baichwal et al. | 424/464 |
| 5,670,172 A | 9/1997 | Buxton et al. | 424/495 |
| 5,681,583 A | 10/1997 | Conte et al. | 424/472 |
| 5,688,794 A | 11/1997 | Meier et al. | 514/250 |
| 5,716,933 A | 2/1998 | Meier et al. | 514/12 |
| 5,716,962 A | 2/1998 | Cincotta et al. | 514/288 |
| 5,736,159 A | 4/1998 | Chen et al. | 424/480 |
| 5,756,513 A | 5/1998 | Cincotta et al. | 514/288 |
| 5,773,025 A | 6/1998 | Baichwal | 424/458 |
| 5,785,994 A | 7/1998 | Wong et al. | 424/473 |
| RE35,903 E | 9/1998 | Debregaes et al. | 424/458 |
| 5,830,503 A | 11/1998 | Chen | 424/480 |
| 5,834,023 A | 11/1998 | Chen | 424/497 |
| 5,834,024 A | 11/1998 | Heinicke et al. | 424/497 |
| 5,837,379 A | 11/1998 | Chen et al. | 424/465 |
| 5,840,329 A | 11/1998 | Bai | 424/458 |
| 5,843,347 A | 12/1998 | Nguyen et al. | 264/9 |
| 5,846,563 A | 12/1998 | Baichwal | 424/457 |
| 5,851,555 A | 12/1998 | Sanghvi et al. | 424/464 |
| 5,869,097 A | 2/1999 | Wong et al. | 424/473 |
| 5,914,134 A | 6/1999 | Sharma | 424/497 |
| 5,916,595 A | 6/1999 | Chen et al. | 424/480 |
| 5,922,352 A | 7/1999 | Chen et al. | 424/465 |
| 5,945,125 A | 8/1999 | Kim | 424/473 |
| 5,958,456 A | 9/1999 | Baichwal et al. | 424/489 |
| 6,004,582 A | 12/1999 | Faour et al. | 424/473 |
| 6,022,562 A | 2/2000 | Autant et al. | 424/489 |
| 6,033,687 A | 3/2000 | Heinicke et al. | 424/497 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 263 083 A1 | 9/1987 |
| EP | 0 282 698 A | 1/1988 |
| EP | 0 309 051 A1 | 9/1988 |
| EP | 0 320 097 A1 | 10/1988 |
| EP | 0 856 313 A1 | 10/1988 |
| EP | 0 315 414 A1 | 11/1988 |
| EP | 0 318 398 A1 | 11/1988 |
| EP | 0 322 277 A1 | 12/1988 |
| EP | 0 340 105 A1 | 4/1989 |
| EP | 0 342 106 A1 | 5/1989 |
| EP | 0 373 417 A1 | 11/1989 |
| EP | 0 605 174 A | 12/1993 |
| EP | 0 527 637 B1 | 4/1998 |
| EP | 0856313 * | 8/1998 |
| EP | 0 682 945 B1 | 6/1999 |
| EP | 0 591 424 B1 | 9/1999 |
| WO | WO 90/06107 | 6/1990 |
| WO | WO 91/01722 | 2/1991 |
| WO | WO 93/0093 | 1/1993 |
| WO | WO 9300093 A1 * | 1/1993 |
| WO | WO 93/09767 | 5/1993 |
| WO | WO 96/29992 | 10/1996 |
| WO | WO 97/23219 | 7/1997 |
| WO | WO 97/48386 | 12/1997 |
| WO | WO 98/32424 | 7/1998 |
| WO | WO 98/33488 | 8/1998 |
| WO | WO 98/33489 | 8/1998 |

OTHER PUBLICATIONS

Deedwanian, C. et al., Effect of Morning Versus Evening Dosing of Diltiazem on Myocardial Ischemia Detected by Ambulatory Electrocardiographic Monitoring in Chronic Stable Angio Pectoris, Pra Kash, *The American Journal of Cardiology*, vol. 80, Aug. 15, 1997, p. 421-425.

Kelly, J.G. et al., Pharmacokinetic Properties and Antihypertensive Efficacy of Once-Daily Diltiazem, *Journal of Cardio-Vascular Pharmacology*, 17:6:957-963, (1991).

Kohno, I. et al., Administration Time—Dependent Effects of Diltiazem on The 24-Hour Blood Pressure Profile of Essential Hypertension Patients, *Chronobiology International*, 14(1), 71-84, (1997).

Leeuwenkamp, O.R. et al, A comparative study of the steady-state pharmacokinetics of immediate-release and controlled-release diltiazem tablets, *Eur. J. Clin. Pharmacol*, (1994) 46:243-247.

Thiffault, J. et al., The Influence of Time Administration on the Pharmacokinetics of a Once A Day Diltiazem Formulation: Morning Against Bedtime, *Biopharmaceutics & Drug Disposition*, vol. 17, 107-115 (1996).

Zahirul, M. et al., Recent Trends and Progress in Substained or Controlled Oral Delivery of Some Water Soluble Drugs: Morphine Salts, Diltiazem and Captopril, *Drug Development and Industrial Pharmacy*, US, New York, NY, vol. 21, No. 9, Jan. 1, 1995, pp. 1037-1070.

* cited by examiner



U.S. Patent Sep. 19, 2006 Sheet 1 of 15 US 7,108,866 B1

Single Dose
Diltiazem Concentration (ng/mL)
250
200
150
100
50
0
0
6
12
18
24
30
36
42
48
Time (hrs)

Fig. 1

A-111



U.S. Patent Sep. 19, 2006 Sheet 2 of 15 US 7,108,866 B1

Multiple Dose
Diltiazem Concentration (ng/mL)
250
200
150
100
50
0
0
4
8
12
16
20
24
Time (hrs)

Fig. 2

A-112



DILTIAZEM DISSOLUTION
% dissolved
Time (hours)
120 mg
180 mg
240 mg
300 mg
0
10
20
30
40
50
60
70
80
90
100
0
5
10
15
20
25
30

Fig. 3



U.S. Patent Sep. 19, 2006 Sheet 4 of 15 US 7,108,866 B1

DISSOLUTION PROFILE
Diltiazem HCl
MEDIUM: WATER
STRENGTH: 120 MG
Diltiazem ER 120 mg (96H046)
Percent Dissolved [%]
100
90
80
70
60
50
40
30
20
10
0
Time (hours)
0
2
4
6
8
10
12
14
16
18
20
22
24

Fig. 4

A-114



DISSOLUTION PROFILE
Diltiazem HCl MEDIUM: GASTRIC FLUID
STRENGTH: 120 MG
Diltiazem ER 120 mg (96H046)
Percent Dissolved [%]
0
10
20
30
40
50
60
70
80
90
100
0
2
4
6
8
10
12
14
16
18
20
22
24
Time (hours)

Fig. 5



DISSOLUTION PROFILE
Diltiazem HCl
MEDIUM: INTESTINAL FLUID
STRENGTH: 120 MG
Diltiazem ER 120 mg (96H046)
Percent Dissolved [%]
0
10
20
30
40
50
60
70
80
90
100
Time (hours)
0
2
4
6
8
10
12
14
16
18
20
22
24

Fig. 6



U.S. Patent Sep. 19, 2006 Sheet 7 of 15 US 7,108,866 B1

Dilacor XR-AM Dosing
Formulation According to Application
Dilacox XRD-HS Dosing
Cardiovascular Events Peak
Diltiazem Concentration (ng/mL)
200
180
160
140
120
100
80
60
40
20
0
12AM
2AM
4AM
6AM
8AM
10AM
NOON
2PM
4PM
6PM
8PM
10PM
Wake-up
Breakfast
Lunch
Snack
Dinner
Bedtime
Clock Time
XR, AM Dosing
XRD, G99; HS Dosing

Fig. 7

A-117



U.S. Patent Sep. 19, 2006 Sheet 8 of 15 US 7,108,866 B1

Tiazac
Formulation According to Application
Diltiazem Concentration (ng/mL)
450
400
350
300
250
200
150
100
50
0
12AM
2AM
4AM
6AM
8AM
10AM
NOON
2PM
4PM
6PM
8PM
10PM
Wake-up
Breakfast
Lunch
Snack
Dinner
Bedtime
AM Dosing
HS Dosing
Clock Time

Fig. 8

A-118



Mean Diltiazem Concentration (N=29)
Formulation According to Embodiment of Invention - Fasting (AM Dosing)
Formulation According to Embodiment of Invention - Fed (AM Dosing)
Formulation According to Embodiment of Invention - (PM Dosing)
Diltiazem Concentration (ng/mL)
250
200
150
100
50
0
0
4
8
12
16
20
24
28
32
36
40
44
48
Time (hrs)

Fig. 9

Diltiazem AUCt PK Summary

Formulation According to Embodiment of Invention

| Subject | Morning Fasting AUCt | Morning Fasting Log AUCt | Morning Fed AUCt | Morning Fed Log AUCt | Night Dosing AUCt | Night Dosing Log AUCt | Morning Fed/Fast Ratio | Night/Morning Ratio |
|---|---|---|---|---|---|---|---|---|
| 2 | 1730.75 | 7.46 | 2647.15 | 7.88 | 1987.11 | 7.59 | 1.53 | 1.15 |
| 3 | 2712.98 | 7.91 | 2336.67 | 7.76 | 3249.94 | 8.09 | 0.86 | 1.20 |
| 4 | 2688.34 | 7.90 | 1907.61 | 7.55 | 2892.21 | 7.97 | 0.71 | 1.08 |
| 5 | 4192.37 | 8.34 | 4108.85 | 8.32 | 4702.33 | 8.46 | 0.98 | 1.12 |
| 6 | 3074.51 | 8.03 | 2887.98 | 7.97 | 3900.06 | 8.27 | 0.94 | 1.27 |
| 7 | 1629.81 | 7.40 | 1847.56 | 7.52 | 2723.36 | 7.91 | 1.13 | 1.67 |
| 8 | 941.10 | 6.85 | 1970.97 | 7.59 | 1835.11 | 7.51 | 2.09 | 1.95 |
| 9 | 3144.13 | 8.05 | 3462.59 | 8.15 | 2923.86 | 7.98 | 1.10 | 0.93 |
| 10 | 2074.94 | 7.64 | 2997.45 | 8.01 | 4028.83 | 8.30 | 1.44 | 1.94 |
| 11 | 3653.96 | 8.20 | 2771.53 | 7.93 | 3464.72 | 8.15 | 0.76 | 0.95 |
| 12 | 2684.22 | 7.90 | 3790.43 | 8.24 | 3141.47 | 8.05 | 1.41 | 1.17 |
| 13 | 3352.69 | 8.12 | 3751.95 | 8.23 | 3708.83 | 8.22 | 1.12 | 1.11 |
| 14 | 2988.61 | 8.00 | 3665.60 | 8.21 | 3141.05 | 8.05 | 1.23 | 1.05 |
| 15 | 6796.97 | 8.82 | 8204.22 | 9.01 | 7578.33 | 8.93 | 1.21 | 1.11 |
| 16 | 2873.70 | 7.96 | 4644.79 | 8.44 | 4192.09 | 8.34 | 1.62 | 1.46 |
| 17 | 4468.33 | 8.40 | 4222.55 | 8.35 | 3762.50 | 8.23 | 0.94 | 0.84 |
| 18 | 5654.29 | 8.64 | 5635.72 | 8.64 | 7159.38 | 8.88 | 1.00 | 1.27 |
| 19 | 4944.07 | 8.51 | 5107.44 | 8.54 | 4812.20 | 8.48 | 1.03 | 0.97 |
| 20 | 2986.73 | 8.00 | 2988.34 | 8.00 | 2791.23 | 7.93 | 1.00 | 0.93 |
| 21 | 2908.88 | 7.98 | 3314.12 | 8.11 | 4389.98 | 8.39 | 1.14 | 1.51 |
| 22 | 4270.43 | 8.36 | 3790.06 | 8.24 | 3631.01 | 8.20 | 0.89 | 0.85 |
| 23 | 6150.18 | 8.72 | 6092.56 | 8.71 | 7478.22 | 8.92 | 0.99 | 1.22 |
| 25 | 2926.46 | 7.98 | 5633.64 | 8.64 | 4839.10 | 8.48 | 1.93 | 1.65 |
| 26 | 3928.61 | 8.28 | 4614.43 | 8.44 | 4359.77 | 8.38 | 1.17 | 1.11 |
| 27 | 3637.94 | 8.20 | 4587.48 | 8.43 | 4063.15 | 8.31 | 1.26 | 1.12 |
| 28 | 4177.76 | 8.34 | 4945.31 | 8.51 | 6689.14 | 8.81 | 1.18 | 1.60 |
| 29 | 3609.69 | 8.19 | 2720.67 | 7.81 | 2163.20 | 7.68 | 0.75 | 0.60 |
| 30 | 4483.17 | 8.41 | 5222.54 | 8.56 | 5587.50 | 8.63 | 1.16 | 1.25 |
| 32 | 4058.04 | 8.31 | 3531.47 | 8.17 | 3082.87 | 8.03 | 0.87 | 0.76 |
| Mean | 3542.88 | 8.10 | 3910.40 | 8.21 | 4078.57 | 8.25 | 1.15 | 1.20 |
| SD | 1304.23 | 0.41 | 1431.24 | 0.36 | 1554.69 | 0.37 | 0.33 | 0.33 |
| CV | 36.81 | 5.08 | 36.60 | 4.43 | 38.12 | 4.46 | 28.23 | 27.33 |
| Median | 3352.69 | 8.12 | 3751.95 | 8.23 | 3762.50 | 8.23 | 1.12 | 1.12 |
| Geo Mean | 3292.83 | 8.09 | 3671.24 | 8.20 | 3818.30 | 8.24 | 1.11 | 1.16 |

Fed/Fasting Ratio (Morning Dosing)

| | | |
|---|---|---|
| Ratio of Means | 1.10 | # |
| Ratio of Geo Means | 1.11 | # |
| Avg of Individual Rati | 1.15 | # |

Night/Morning Ratio

| | |
|---|---|
| Ratio of Means | 1.15 |
| Ratio of Geo Means | 1.16 |
| Avg of Individual Ratios | 1.20 |

Fig. 9A

Diltiazem Cmax PK Summary

Formulation According to Embodiment of Invention

| | Morning Fasting | | | Morning Fed | | | Night Dosing | | | Morning Fed/Fast | Night/Morning |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject | Tmax | Cmax | Log Cmax | Tmax | Cmax | Log Cmax | Tmax | Cmax | Log Cmax | Ratio | Ratio |
| 2 | 10.0 | 98.63 | 4.59 | 10.0 | 187.71 | 5.23 | 13.0 | 143.84 | 4.97 | 1.90 | 1.46 |
| 3 | 13.0 | 136.18 | 4.91 | 11.0 | 123.04 | 4.81 | 10.0 | 246.57 | 5.51 | 0.90 | 1.81 |
| 4 | 15.0 | 133.23 | 4.89 | 10.0 | 118.68 | 4.78 | 10.0 | 191.44 | 5.25 | 0.89 | 1.44 |
| 5 | 8.0 | 222.52 | 5.41 | 8.0 | 195.66 | 5.28 | 12.0 | 254.96 | 5.54 | 0.88 | 1.15 |
| 6 | 12.0 | 150.95 | 5.02 | 8.0 | 164.11 | 5.10 | 16.0 | 179.67 | 5.19 | 1.09 | 1.19 |
| 7 | 10.0 | 90.66 | 4.51 | 14.0 | 121.64 | 4.80 | 12.0 | 178.67 | 5.19 | 1.34 | 1.98 |
| 8 | 8.0 | 65.60 | 4.18 | 11.0 | 119.30 | 4.78 | 11.0 | 133.35 | 4.89 | 1.82 | 2.03 |
| 9 | 13.0 | 155.46 | 5.05 | 6.0 | 292.70 | 5.68 | 12.0 | 175.62 | 5.17 | 1.88 | 1.13 |
| 10 | 8.0 | 95.45 | 4.56 | 6.0 | 166.91 | 5.12 | 13.0 | 196.94 | 5.28 | 1.75 | 2.06 |
| 11 | 14.0 | 212.41 | 5.36 | 11.0 | 154.64 | 5.04 | 14.0 | 183.66 | 5.21 | 0.73 | 0.86 |
| 12 | 10.0 | 117.75 | 4.77 | 10.0 | 201.43 | 5.31 | 11.0 | 174.95 | 5.16 | 1.71 | 1.49 |
| 13 | 14.0 | 149.90 | 5.01 | 13.0 | 188.51 | 5.24 | 10.0 | 208.76 | 5.34 | 1.26 | 1.39 |
| 14 | 13.0 | 139.54 | 4.94 | 6.0 | 205.35 | 5.32 | 13.0 | 187.32 | 5.23 | 1.47 | 1.34 |
| 15 | 16.0 | 268.48 | 5.59 | 15.0 | 330.93 | 5.80 | 13.0 | 450.34 | 6.11 | 1.24 | 1.69 |
| 16 | 13.0 | 134.55 | 4.90 | 8.0 | 281.74 | 5.64 | 10.0 | 236.10 | 5.46 | 2.09 | 1.75 |
| 17 | 12.0 | 224.65 | 5.41 | 10.0 | 244.82 | 5.50 | 14.0 | 203.61 | 5.32 | 1.09 | 0.91 |
| 18 | 14.0 | 281.88 | 5.64 | 8.0 | 308.25 | 5.73 | 13.0 | 478.11 | 6.17 | 1.09 | 1.70 |
| 19 | 15.0 | 227.89 | 5.43 | 11.0 | 262.82 | 5.57 | 13.0 | 231.49 | 5.44 | 1.15 | 1.02 |
| 20 | 14.0 | 137.54 | 4.92 | 10.0 | 175.76 | 5.17 | 10.0 | 173.93 | 5.16 | 1.28 | 1.26 |
| 21 | 13.0 | 164.75 | 5.10 | 13.0 | 197.63 | 5.29 | 13.0 | 301.72 | 5.71 | 1.20 | 1.83 |
| 22 | 16.0 | 182.52 | 5.21 | 11.0 | 207.19 | 5.33 | 10.0 | 247.08 | 5.51 | 1.14 | 1.35 |
| 23 | 18.0 | 269.97 | 5.60 | 10.0 | 340.21 | 5.83 | 10.0 | 500.82 | 6.22 | 1.26 | 1.86 |
| 25 | 10.0 | 166.06 | 5.11 | 8.0 | 322.65 | 5.78 | 10.0 | 263.27 | 5.57 | 1.94 | 1.59 |
| 26 | 13.0 | 208.19 | 5.34 | 10.0 | 237.50 | 5.47 | 10.0 | 235.12 | 5.46 | 1.14 | 1.13 |
| 27 | 10.0 | 162.47 | 5.09 | 8.0 | 255.85 | 5.54 | 10.0 | 170.18 | 5.14 | 1.57 | 1.05 |
| 28 | 13.0 | 218.59 | 5.39 | 11.0 | 236.10 | 5.46 | 11.0 | 384.02 | 5.95 | 1.08 | 1.76 |
| 29 | 13.0 | 215.15 | 5.37 | 13.0 | 160.73 | 5.08 | 12.0 | 129.94 | 4.87 | 0.75 | 0.60 |
| 30 | 14.0 | 242.68 | 5.49 | 12.0 | 244.58 | 5.50 | 10.0 | 336.64 | 5.82 | 1.01 | 1.39 |
| 32 | 12.0 | 303.43 | 5.72 | 16.0 | 204.09 | 5.32 | 11.0 | 231.33 | 5.44 | 0.67 | 0.76 |
| Mean | 12.6 | 178.45 | 5.12 | 10.2 | 215.53 | 5.33 | 11.6 | 242.46 | 5.42 | 1.29 | 1.41 |
| SD | 2.5 | 61.85 | 0.37 | 2.5 | 64.85 | 0.31 | 1.6 | 98.98 | 0.36 | 0.40 | 0.39 |
| CV | 19.8 | 34.66 | 7.32 | 24.3 | 30.09 | 5.83 | 14.1 | 40.82 | 6.58 | 30.69 | 27.83 |
| Median | 13.0 | 164.75 | 5.10 | 10.0 | 204.09 | 5.32 | 11.0 | 208.76 | 5.34 | 1.20 | 1.39 |
| Geo Mean | 12.3 | 167.47 | 5.11 | 9.9 | 206.00 | 5.32 | 11.5 | 226.83 | 5.41 | 1.23 | 1.35 |

Fed/Fasting Ratio (Morning Dosing)

| | |
|---|---|
| Ratio of Means | 1.21 |
| Ratio of Geo Means | 1.23 |
| Avg of Individual Ratios | 1.29 |

Night/Morning Ratio

| | |
|---|---|
| Ratio of Means | 1.36 |
| Ratio of Geo Means | 1.35 |
| Avg of Individual Ratios | 1.41 |

Fig. 9B



U.S. Patent Sep. 19, 2006 Sheet 12 of 15 US 7,108,866 B1

Mean Diltiazem Concentration (N=30)
Formulation According to Embodiment of Invention - Open Capsule Sprinkled on Applesauce
Formulation According to Embodiment of Invention - Capsule Intact
Diltiazem Concentration (ng/mL)
250
200
150
100
50
0
0
4
8
12
16
20
24
28
32
36
40
44
48
Time (hrs)

Fig. 10

A-122

PK Summary (N=30)

Diltiazem PK

Open Capsule Sprinkled on Applesauce / Capsule Intact

| AUCt | | Cmax | |
|---|---|---|---|
| Ratio of Means % | 94.16 | Ratio of Means % | 93.35 |
| Ratio of Geo Means % | 93.98 | Ratio of Geo Means % | 93.00 |
| Avg of Individual Ratios % | 96.03 | Avg of Individual Ratios % | 95.73 |
| 90% C.I. | 88%-99% | 90% C.I. | 86%-99% |
| Intra-CV | 13.47% | Intra-CV | 16.07% |

| Tmax | Mean |
|---|---|
| Open Capsule Sprinkled on Applesauce | 13.7 hours |
| Capsules Intact | 13.5 hours |

Fig. 10A

Diltiazem AUCt Results

Formulation According to Embodiment of Invention

| | Open Capsules Sprinkled on Applesauce (A) | | Capsule Intact (B) | | (A:B) |
|---|---|---|---|---|---|
| Subject | AUCt | Log Cmax | AUCt | Log Cmax | Ratio |
| 1 | 3937.18 | 8.28 | 3251.62 | 8.09 | 1.21 |
| 2 | 3792.89 | 8.24 | 5502.18 | 8.61 | 0.69 |
| 3 | 1616.35 | 7.39 | 2358.22 | 7.77 | 0.69 |
| 4 | 8209.44 | 9.01 | 7954.29 | 8.98 | 1.03 |
| 5 | 2171.26 | 7.68 | 2452.78 | 7.80 | 0.89 |
| 6 | 5710.90 | 8.65 | 7082.30 | 8.87 | 0.81 |
| 7 | 1983.56 | 7.59 | 2624.03 | 7.87 | 0.76 |
| 8 | 3862.46 | 8.26 | 3114.53 | 8.04 | 1.24 |
| 9 | 6069.65 | 8.71 | 4585.60 | 8.43 | 1.32 |
| 10 | 3907.33 | 8.27 | 6393.14 | 8.76 | 0.61 |
| 11 | 3842.58 | 8.25 | 4292.30 | 8.36 | 0.90 |
| 12 | 4873.82 | 8.49 | 6493.87 | 8.78 | 0.75 |
| 13 | 2707.85 | 7.90 | 3922.90 | 8.27 | 0.69 |
| 14 | 2553.27 | 7.85 | 2159.88 | 7.68 | 1.18 |
| 15 | 2042.47 | 7.62 | 2902.70 | 7.97 | 0.70 |
| 16 | 4650.14 | 8.44 | 4769.32 | 8.47 | 0.98 |
| 17 | 3705.72 | 8.22 | 3464.89 | 8.15 | 1.07 |
| 19 | 7881.69 | 8.97 | 6851.45 | 8.83 | 1.15 |
| 21 | 6151.00 | 8.72 | 6292.65 | 8.75 | 0.98 |
| 22 | 2138.64 | 7.67 | 1933.52 | 7.57 | 1.11 |
| 23 | 3983.50 | 8.29 | 5177.74 | 8.55 | 0.77 |
| 24 | 3939.51 | 8.28 | 3517.56 | 8.17 | 1.12 |
| 25 | 2318.36 | 7.75 | 2016.26 | 7.61 | 1.15 |
| 27 | 2061.09 | 7.63 | 1928.02 | 7.56 | 1.07 |
| 28 | 2871.31 | 7.98 | 3312.87 | 8.11 | 0.87 |
| 29 | 4305.14 | 8.37 | 3559.57 | 8.18 | 1.21 |
| 30 | 3190.17 | 8.07 | 3565.88 | 8.18 | 0.89 |
| 31 | 3422.16 | 8.14 | 3012.17 | 8.01 | 1.14 |
| 33 | 4906.47 | 8.50 | 5206.52 | 8.56 | 0.94 |
| 34 | 2969.19 | 8.00 | 3255.28 | 8.09 | 0.91 |
| Mean | 3859.17 | 8.17 | 4098.47 | 8.24 | 0.96 |
| SD | 1664.90 | 0.42 | 1708.24 | 0.41 | 0.20 |
| CV | 43.14 | 5.10 | 41.68 | 5.03 | 20.69 |
| Median | 3817.74 | 8.25 | 3538.57 | 8.17 | 0.96 |
| Geo Mean | 3546.16 | 8.16 | 3773.43 | 8.23 | 0.94 |

| Test/Ref Ratio | |
|---|---|
| Ratio of Means % | 94.16 |
| Ratio of Geo Means % | 93.98 |
| Avg of Individual Ratios | 0.96 |
| 90% C.I. | 88%-99% |
| Intra-CV | 13.47% |

Fig. 10B

Diltiazem Cmax Results

Formulation According to Embodiment of Invention

| | Open Capsule Sprinkled on Applesauce (A) | | | Capsule Intact (B) | | | (A:B) |
|---|---|---|---|---|---|---|---|
| Subject | Tmax | Cmax | Log Cmax | Tmax | Cmax | Log Cmax | Ratio |
| 1 | 13.0 | 184.35 | 5.22 | 13.0 | 228.99 | 5.43 | 0.81 |
| 2 | 14.0 | 192.44 | 5.26 | 12.0 | 286.72 | 5.66 | 0.67 |
| 3 | 13.0 | 103.87 | 4.64 | 12.0 | 127.07 | 4.84 | 0.82 |
| 4 | 10.0 | 372.93 | 5.92 | 8.0 | 298.05 | 5.70 | 1.25 |
| 5 | 14.0 | 107.71 | 4.68 | 16.0 | 147.84 | 5.00 | 0.73 |
| 6 | 13.0 | 244.87 | 5.50 | 15.0 | 315.48 | 5.75 | 0.78 |
| 7 | 14.0 | 115.23 | 4.75 | 16.0 | 135.27 | 4.91 | 0.85 |
| 8 | 13.0 | 257.26 | 5.55 | 15.0 | 179.11 | 5.19 | 1.44 |
| 9 | 8.0 | 232.12 | 5.45 | 10.0 | 194.37 | 5.27 | 1.19 |
| 10 | 16.0 | 172.20 | 5.15 | 15.0 | 281.81 | 5.64 | 0.61 |
| 11 | 13.0 | 177.41 | 5.18 | 8.0 | 181.17 | 5.20 | 0.98 |
| 12 | 13.0 | 225.55 | 5.42 | 10.0 | 327.23 | 5.79 | 0.69 |
| 13 | 15.0 | 135.86 | 4.91 | 15.0 | 213.37 | 5.36 | 0.64 |
| 14 | 15.0 | 154.65 | 5.04 | 14.0 | 135.94 | 4.91 | 1.14 |
| 15 | 12.0 | 114.81 | 4.74 | 15.0 | 181.80 | 5.20 | 0.63 |
| 16 | 15.0 | 294.21 | 5.68 | 13.0 | 296.58 | 5.69 | 0.99 |
| 17 | 15.0 | 187.32 | 5.23 | 15.0 | 183.62 | 5.21 | 1.02 |
| 19 | 16.0 | 385.36 | 5.95 | 15.0 | 376.57 | 5.93 | 1.02 |
| 21 | 15.0 | 318.06 | 5.76 | 10.0 | 276.15 | 5.62 | 1.15 |
| 22 | 14.0 | 114.40 | 4.74 | 14.0 | 97.24 | 4.58 | 1.18 |
| 23 | 12.0 | 260.20 | 5.56 | 12.0 | 346.74 | 5.85 | 0.75 |
| 24 | 14.0 | 211.61 | 5.35 | 16.0 | 202.88 | 5.31 | 1.04 |
| 25 | 14.0 | 155.98 | 5.05 | 15.0 | 125.66 | 4.83 | 1.24 |
| 27 | 16.0 | 79.66 | 4.38 | 16.0 | 67.35 | 4.21 | 1.18 |
| 28 | 16.0 | 124.76 | 4.83 | 16.0 | 165.01 | 5.11 | 0.76 |
| 29 | 15.0 | 225.58 | 5.42 | 10.0 | 164.02 | 5.10 | 1.38 |
| 30 | 14.0 | 166.54 | 5.12 | 15.0 | 165.41 | 5.11 | 1.01 |
| 31 | 15.0 | 134.14 | 4.90 | 14.0 | 135.19 | 4.91 | 0.99 |
| 33 | 13.0 | 282.10 | 5.64 | 16.0 | 275.33 | 5.62 | 1.02 |
| 34 | 10.0 | 118.88 | 4.78 | 15.0 | 155.15 | 5.04 | 0.77 |
| Mean | 13.7 | 195.00 | 5.19 | 13.5 | 208.90 | 5.27 | 0.96 |
| SD | 1.9 | 80.09 | 0.41 | 2.5 | 80.27 | 0.41 | 0.23 |
| CV | 13.8 | 41.07 | 7.83 | 18.3 | 38.43 | 7.73 | 24.25 |
| Median | 14.0 | 180.88 | 5.20 | 15.0 | 182.71 | 5.21 | 0.99 |
| Geo Mean | 13.5 | 180.09 | 5.18 | 13.3 | 193.65 | 5.25 | 0.93 |

| Test/Ref Ratio | |
|---|---|
| Ratio of Means % | 93.35 |
| Ratio of Geo Means % | 93.00 |
| Avg of Individual Ratios | 0.96 |
| 90% C.I. | 86%-99% |
| Intra-CV | 16.07% |

Fig. 10C

# CHRONOTHERAPEUTIC DILTIAZEM FORMULATIONS AND THE ADMINISTRATION THEREOF

This application is a continuation-in-part application of U.S. patent application Ser. No. 09/465,338 filed Dec. 17, 1999 now abandoned claiming priority from Canadian Patent Application No. 2,292,247 filed Dec. 10, 1999. This application also claims priority from a Canadian Patent Application filed May 4, 2000.

## FIELD OF INVENTION

This invention relates to once daily preparations comprising Diltiazem and pharmaceutically acceptable salts thereof, such as the hydrochloride salt, suitable for evening administration to patients suffering hypertension and/or angina. This invention also relates to a method for evening administration of such once daily preparations to patients for the treatment of the patients' hypertension and/or angina.

## BACKGROUND OF THE INVENTION

Diltiazem, a benzothiazepine, is an orally active calcium channel blocker (calcium-antagonist) with relatively high selectivity for vascular smooth muscle that is effective in the treatment of hypertension and angina pectoris. Today, persons having these conditions take prescribed once daily preparations of Diltiazem generally to maintain constant levels of the drug in the body over a 24-hour period. Until recently the timing of the taking of the medicine wasn't considered an important consideration by the medical community. Doctors generally did not take into account the natural circadian variation in the body's physiological functions. Researchers have now found that the timing of the taking of a medicine can affect the way the human body responds to the medicine. The science of treating the human body taking into account the natural circadian variation is Chronotherapeutics. Chronotherapeutics relies on the practice of delivering the correct amount of medication to the correct site of action at the most appropriate time period for the particular disease or condition. In man, blood pressure does not remain constant during day and night. Early in the morning blood pressure begins to rise from the low levels reached during sleep. Increases in blood pressure are accompanied by increases in heart rate caused by the chemicals generated by the body and delivered into the blood stream. Epidemiological studies have indicated that the greatest incidence of heart problems such as stroke, heart attack, myocardial ischemia and sudden cardiac death occur during the early morning waking hours when the blood pressure is rising in response to the natural circadian rhythm. After normally rising in the morning, blood pressure remains elevated during the day until generally early evening when it starts to fall to its lowest level during sleep.

In one study, evening medication with Diltiazem for treatment of hypertension for effect the next morning has been stated to be more efficacious than other dosage schedules. *Administration Time-Dependent Effects of Diltiazem on The 24-Hour Blood Pressure Profile of Essential Hypertension Patients*, Isao Kohno et al. (Chronobiology International 14(1), 71–84, (1997.) In the report of the study, Herbesser R™ (200 mg) was identified as the Diltiazem preparation. Herbesser R™ is a Diltiazem formulation comprising a mixture of immediate release diltiazem—containing microspheres and sustained release diltiazem—containing coated microspheres. According to the report, following a single dose (200 mg) administration, the time of peak plasma diltiazem concentration occurred at 12.5 hours after administration. The peak plasma diltiazem concentration Cmax in the persons studied was 107 mg/ml. Following multiple dosages of 200 mg Diltiazem given over 7 days, the time of peak plasma diltiazem concentration (Cmax) was at 10 hours after administration. Cmax was 154 mg/ml.

However a careful review of the report shows inconsistencies which cannot support the authors' conclusions. Particularly at page 80, the best results shown in the graph are with respect to morning treatment with this formulation. Moreover at page 82, the authors themselves acknowledge the study cannot lead to reliable conclusions "because the number of patients was too small". Further, an immediate release portion of the dosage in the order of 15% is not desirable for evening administration. When the blood pressure is naturally at its lowest, not only is there no need for further reduction at that time, but such reduction can harm the patient. Particularly, if the blood pressure is reduced below a minimum the patient is put at a greater risk for cardiovascular accidents including stroke. Further, the 15% immediate release diltiazem is no longer available when needed.

In *A comparative study of the steady-state pharmacokinetics of immediate-release and controlled-release diltiazem tablets*, O. R. Leeuwenkamp et al., Eur. J. Clin. Pharmacol (1994) 46:243–247, controlled release properties and relative systemic availabilities of two dosages of the same controlled release diltiazem tablet formulation were studied by comparing them as steady state with those of an immediate release formulation. In the testing, the diltiazem plasma concentration increased slowly from about 6 hours after the evening dose of both CR tablets (Diltiazem CR 90 mg and Diltiazem CR 120 mg) resulting in relatively high plasma concentrations in the early morning hours. The clinicians concluded that twice-daily treatment with diltiazem CR tablets can replace thrice-daily treatment with a conventional diltiazem IR tablet. According to the clinicians "The early morning rise of the diltiazem plasma concentration, which might lead to a lower incidence of ischemic events, may be an important clinical advantage of both CR tablets."

On Apr. 22, 1998, Searle Canada announced that its Chronovera (R) (controlled onset extended-release verapamil) a high blood pressure medication was now available in Canada. Chronovera (R) was, according to Searle Canada, specifically designed to work with the body's natural circadian variations and was designed to be taken once-a-day just before bedtime. Chronovera provided 24-hour blood pressure control but was designed to deliver peak concentrations of verapamil in the morning when the blood pressure, heart rate and incidence of cardiovascular events were highest. According to Searle Canada, simply changing the time you take the drug your physician has prescribed will not provide the same safety and effectiveness that is designed specially for chronotherapy using verapamil. According to Searle Canada, its Chronovera (R) is unlike traditional medications including extended-release (XL) and sustained-release (SR) formulations which are usually prescribed in doses that maintain relatively constant levels of the drug in the body over a 24-hour period or attempt to maintain relatively constant levels of the drug in the body over a 24-hour period. According to Searle Canada, the prior formulations do not take into account the natural circadian variations in the body's physiological functions.

Sustained-release, once-daily diltiazem formulations have been taught which may be considered the traditional medi-

cation (according to Searle Canada). They appear not to give the benefits meant to be achieved by chronotherapy.

For example, in *Pharmacokinetic Properties and Antihypertensive Efficacy of Once-Daily Diltiazem*, J. G. Kelly et al., Journal of Cardio-Vascular Pharmacology, 17:6:957–963, (1991), the controlled-release formulation of diltiazem released a proportion of the diltiazem relatively rapidly with the remainder released over a period extending to 24-hours. During in vitro dissolution testing 15% of the diltiazem in the dosage form was released in the first two hours, 54% was released in the first six hours, 89% in the first 13 hours and all of the remainder was released between 13 and 24 hours after administration. The diltiazem capsules contained either 120 mg or 240 mg of diltiazem. It should be noted that no difference is shown between the placebo and dosages in the article at wake-up (between 5:00 a.m. and 8:00 a.m.).

U.S. Pat. No. 4,960,596 discloses slow release 12 hour diltiazem formulations whose dissolution, when measured in accordance with United States Pharmacopoeia 21, purports to be within broad limits (between 5% and 35% after one hour, between 15% and 40% after two hours, between 20% and 50% after three hours, between 30% and 75% after four hours, between 40% and 80% after six hours and between 55% and 95% after eight hours). The examples in the patent, however, provide more specific range limitations specifying range limitations for the formulations exemplified such as at column 4, lines 8–10 and column 5, lines 60–62. In the first series of examples the release into aqueous medium was measured using the method of USP No. 21 of 10%–20% after one hour, 30%–35% after four hours and 60%–75% after eight hours. In the later examples, the release into aqueous medium was measured using the method of USP No. 21 at 15%–35% after one hour, 55%–75% after four hours, 75%–95% after eight hours. These formulations were, however, twice a day (b.i.d.) formulations.

A series of patents have issued to Elan Corporation p.l.c. involving controlled absorption diltiazem pellet formulations for oral administration in which each pellet has a core comprising diltiazem or a pharmaceutically acceptable salt thereof in association with a specified organic acid covered by an outer membrane which permits release of diltiazem from aqueous medium in accordance with U.S. Pharmacopoeia XX (Paddle Method) in buffered media at pH 1.5, pH 4.0 and pH 7.0. These are U.S. Pat. Nos. 4,721,619; 4,891,230; 4,894,240; 4,917,899; 5,002,776; 5,219,621; 5,336,504; 5,364,620 and 5,616,345.

In U.S. Pat. No. 4,721,619, dissolution rates of the pellets of examples are found at column 4, lines 41–49 and column 5, lines 5–12. The formulations, however are for 12 hour. The formulations of U.S. Pat. No. 4,891,230 are also for administration every 12 hours.

U.S. Pat. No. 4,894,240 purports to provide formulations for once-daily administration and specifies a general dissolution pattern at column 2, lines 43–52 and a more restricted dissolution pattern at column 3, lines 3–12. The dissolution rates are determined according to U.S. Pharmacopoeia XXI in 0.05M KCl at pH 7.0 and at 100 r.p.m. The examples of the patent, however, provide a more limited dissolution pattern under U.S. Pharmacopoeia XXI (Paddle Method) at column 7, lines 30–34 and 47–51, at column 8, lines 16–20, 32–36 and 49–53 and at column 8, line 66—column 9, line 5. Similar examples are provided at columns 9, 10, 11 and 12. Nothing is taught with respect to formulations suitable as chronotherapeutics.

U.S. Pat. Nos. 4,917,899, 5,364,620 and 5,616,345 are to the same effect. So are the remaining Elan patents. Nothing in these patents teach formulations suitable as chronotherapeutics.

U.S. Pat. No. 5,529,790 purports to teach a delayed sustained-release pharmaceutical preparation in which a water-soluble drug core is surrounded by a hydratable diffusion barrier which delays drug release for about two to ten hours. While diltiazem hydrochloride dissolution patterns were provided in accordance with the U.S.P. basket dissolution method specified, no Cmax or the timing of the maximum blood levels is provided. The dissolution rates of the active are not appropriate for a suitable chronotherapeutic (see also U.S. Pat. Nos. 5,376,384 and 5,478,573).

U.S. Pat. Nos. 5,288,505 and 5,529,791 relate to extended-release galenical formulations of diltiazem or pharmaceutically acceptable salts thereof which comprise beads in which the active ingredient is in association with a wetting agent and which beads are coated by a microporous membrane. The Cmax of some formulations given in the patents provide for a Cmax after about 8–12 hours. Where the dosing of the formulations of the patents yields maximum diltiazem blood plasma levels (Cmax) of about 145 ng/ml, the Cmax is at about or less than 8 hours.

The applicants are also aware of a formulation marketed under the trade mark Tiazac™ a diltiazem HCl 24-hour sustained-release formulation based on teachings of U.S. Pat. Nos. 5,529,791 and 5,288,505.

Following chronic administration of Tiazac (240 mg once daily), the average peak plasma Diltiazem concentration (Cmax) is 183 ng/ml (multiple dosage) which occurred after about 7 hours past dose administration. Tiazac™ provides a bioavailability of approximately 59% of the total Diltiazem in the first 12 hours and 41% in the second 12 hours (after 12 hours, 59%; after 16 hours 77% and after 20 hours 90%).

In an article entitled *Effect of Morning Versus Evening Dosing of Diltiazem on Myocardial Ischemia Detected by Ambulatory Electrocardiographic Monitoring in Chronic Stable Angio Pectoris*, PRA KASH, C. Deedwanian et al., The American Journal of Cardiology, Vol. 80, Aug. 15, 1997, p. 421–425, the authors compare a.m. and p.m. dosing without using an appropriate dosage form for p.m. The Tmax is achieved between 2–6 hours at steady state.

In an article *The Influence of Time Administration on the Pharmacokinetics of a Once A Day Diltiazem Formulation: Morning Against Bedtime*, Jean Thiffault et al., Biopharmaceutics & Drug Disposition, Vol. 17, 107–115 (1996), the once-a-day diltiazem formulation given at 2200 hours for seven days gave according to the article "significantly higher plasma concentrations of diltiazem in the early morning hours when the incidence of cardiovascular events is higher". The diltiazem dosages comprise 240 mg taken at 10:00 p.m. (22:00 hours) and maximum concentrations (Cmax) were achieved of 120 ng/ml after about six–eight hours of dosing. Unfortunately, the proposed system covers only the period from 2:00 a.m. to 8:00 a.m. To be a true chronotherapeutic, the time period covered should be between about 6:00 a.m. and noon. Moreover, this formulation when given at night leads to significantly lower bioavailability than if given in the morning.

It is therefore an object of this invention to provide diltiazem preparations suitable for once-a-day administration in the evening for providing effective dosage amounts in the blood of diltiazem in the morning when blood pressure begins to rise from the low levels reached during sleep, so as to be suitable as a chronotherapeutic preparation.

It is a further object of this invention to provide a method of administration of the diltiazem preparations suitable as a chronotherapeutic so as to be effective in the morning at a time when the patient has most need of the diltiazem preparation. Further and other objects of the invention will be realized by those skilled in the art from the following summary of the invention and detailed description of embodiments thereof.

## SUMMARY OF THE INVENTION

According to one aspect of the invention, there is provided a controlled-release Galenical preparation (such as a tablet and a capsule) of pharmaceutically acceptable Diltiazem including the pharmaceutically acceptable salts thereof, such as the hydrochloride salt, suitable for evening dosing every 24 hours containing from about 120 mg to about 540 mg or more (as desired) of the form of Diltiazem associated with excipients to provide controlled (sustained) release of the form of Diltiazem for providing a Cmax of Diltiazem in the blood at between about 10 hours and about 15 hours (preferably about 11–about 13 hours) after administration, the preparation comprising the form of Diltiazem in oral sustained-release dosage form in which the Diltiazem is adapted to be released after administration over a prolonged period of time and the preparation is adapted to release the Diltiazem

(i) into an aqueous medium at the following rates measured using the method of United States Pharmacopoeia No. XXIII (at 100 rpm in 900 ml of water):

- (a) between about 1% and about 15% after about 2 hours, preferably between about 4% and about 8% after 2 hours;
- (b) between about 7% and about 35% after about 4 hours preferably between about 16% and about 21% after 4 hours;
- (c) between about 30% and about 58% after about 8 hours preferably between about 44% and about 52% after 8 hours;
- (d) between about 55% and about 80% after about 14 hours preferably between about 69% and about 76% after about 14 hours; and
- (e) in excess of about 75% after about 24 hours and preferably more than about 85% after 30 hours.

and/or (ii) into a buffered medium (such as, for example, phosphate buffer (U.S.P.)) having a pH between about 5.5 and about 6.5, preferably about 5.8 at the following rates measured using the method of United States Pharmacopoeia No. XXIII at 100 rpm in 900 ml of the buffered medium:

- (a) between about 1% and about 25% after about 2 hours, preferably between about 4% and about 15% after 2 hours;
- (b) between about 7% and about 45% after about 4 hours preferably between about 16% and about 30% after 4 hours;
- (c) between about 30% and about 68% after about 8 hours preferably between about 44% and about 62% after 8 hours;
- (d) in excess of about 75% after about 24 hours and preferably more than 80% after 24 hours.

Preferably no initial retard or delay is built into the preparation retarding/delaying release of Diltiazem from the preparation. Preferably the release rate from the preparation of the Diltiazem is less than about 15% of the total active per hour during dissolution. The preparation may be a diffusion controlled preparation such as, for example, a preparation incorporating the use of microgranules found, for example, in capsules and tablets; tablets; and coated tablets.

The preparation may comprise a plurality of microgranules or pellets, each microgranule comprising a central core or bead containing the form of diltiazem coated with a microporous membrane. The microgranules or pellets may be included in a capsule which dissolves when swallowed to release the microgranules or pellets. The preparation may also comprise a tablet in which the microgranules have been compressed to form the tablet. When compressed into tablet form, wax placebo beads (as known by persons skilled in the art) are preferably included to absorb the shock placed on the microgranules (core and membrane) during the tableting process. By doing so, the integrity of the microgranules containing the Diltiazem active remains intact and the release rate from the preparation is not affected. The tablet may also be coated or uncoated. The preparation may also comprise a sustained-release tablet coating from which preparation the Diltiazem is released. In this regard, the sustained release coating may be applied (sprayed onto) to each tablet.

Where the preparation comprises microgranules or pellets (for example) in the capsule or tablet (made, for example, by compressing the microgranules (with preferably wax placebo beads)), the central core may comprise Diltiazem or a pharmaceutically acceptable salt thereof associated with a wetting agent. The Diltiazem may be mixed (in whole or in part) with the wetting agent or may not be mixed with the wetting agent. The wetting agent assists to maintain the solubility of the Diltiazem in each microgranule, ensuring that the solubility of the Diltiazem is unaffected by the pH of the gastrointestinal tract or other adverse conditions which each of the microgranules of the preparation will meet in the gastrointestinal tract.

If the Diltiazem and/or pharmaceutically acceptable salt is not mixed with the wetting agent then the microporous membrane should comprise with suitable adjuvants, a water-dispersible or water-soluble polymer (such as HPMC) and a water-, acid- and base-insoluble polymer of a neutral acrylic polymer such as Eudragit NE30D (a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester) which hydrates the microgranule (including core). If the composition comprises a mixture of the Diltiazem and/or pharmaceutically acceptable salt with the wetting agent, the microporous membrane is preferably the same. However, it may also comprise any suitable membrane which gives to the preparation the required dissolution characteristics.

In this regard, the preferred microporous membrane comprises Eudragit NE30D and hydroxypropylmethylcellulose. This membrane will hydrate the core within the microporous membrane which, for example, may contain diltiazem surrounding a neutral pellet of sugar. The Eudragit NE30D in the membrane expands when it encounters gastrointestinal fluid to greater than 365% of its original size (elongation). This expandability of the membrane gives it the ability to hydrate the membrane and core. The mechanism of release is postulated to be that the membrane will swell while the fluids penetrate and hydrate the core and dissolve the diltiazem and wetting agent. This mechanism is, it is thought, driven by the concentration gradient through the membrane (high concentration inside and low concentration outside).

When Eudragit RS and Eudragit RL are combined to form the microporous membrane, the membrane can expand only very little before breakage or fracturing. The reason is that Eudragit RS expands minimally (about 6%) before the membrane material breaks or fractures changing its release

mechanism from the core. Thus, the mechanism of release from this membrane is thought to be by "washing" the diltiazem through pores created when a plasticizer incorporated in the membrane is released in the gastrointestinal fluid. The diltiazem at the outer surface of the core would be washed from the core through the pores of the microporous membrane, then the diltiazem next presenting itself to the fluids after "washing" of the uppermost (outermost) diltiazem, and so on.

Instead of the wetting agent, any other suitable dissolution agent may be used to assist the release of the Diltiazem from the preparation. For example, instead of the preferred surface active (wetting) agent (surfactant), an organic acid (such as adipic acid, ascorbic acid, citric acid, fumaric acid, malic acid, succinic acid, tartaric acid and the like) may be incorporated in the core. In this regard, the presence of the organic acid in the core permits the diltiazem in the core to dissolve when the composition passes into the higher pH regions of the gastrointestinal tract of the intestine at which pH diltiazem is much less soluble. One of the membranes which may be used (though not preferred) is the combination of Eudragit RS and Eudragit RL disclosed in U.S. Pat. No. 4,721,619. (See column 1, lines 55–68 and column 2, lines 44–68.) The '619 patent also mentions the use of hydroxypropylmethylcellulose as a water-soluble membrane. The mechanism of release in this case is not by hydration of the core but rather by "washing" the Diltiazem through the pores created in the membrane (for example when the plasticizer in the membrane is released in the gastrointestinal fluid).

The Diltiazem may be present in the core in, for example, the hydrochloride salt form, in which event no dissolution agent may be required in the core.

Suitable preparations such as capsules of the microgranules making up the total Diltiazem active present, may comprise, in the core, Diltiazem hydrochloride between about 50% and about 85% (% w/w of the total preparation (for example, about 69% to about 73%)), a wetting agent (such as sucrose stearate) between about 2% and about 25% (% w/w of the total preparation) (for example about 7% to about 8%) together with suitable adjuvants in the core, and in the membrane between about 0.1% and about 2% of the total preparation of water-soluble and/or water-dispersible polymer such as hydroxypropylmethylcellulose (for example about 0.3% to about 0.6%), and between about 5% and about 20% (% w/w of the preparation) of a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester (such as Eudragit NE30D) (for example about 7% to about 11%).

The microgranules may also be compressed into tablets using suitable excipients. The percentages may be as described above. The tablets may be manufactured, as discussed above, using the microgranules with wax placebo beads and compressing the combination into tablets in the presence of, for example, hydrogenated vegetable oil, sodium starch glycolate and silicone dioxide which have been blended with the microgranules and wax placebo beads before tableting. The tablets may then be coated or uncoated.

According to another aspect of the invention, there is provided a controlled-release Galenical preparation (such as a tablet and a capsule) of pharmaceutically acceptable Diltiazem including the pharmaceutically acceptable salts thereof, such as the hydrochloride salt, suitable for evening dosing every 24 hours containing from about 120 mg to about 540 mg or more (as desired) of the form of Diltiazem associated with excipients to provide controlled (sustained) release of the form of Diltiazem for providing a Cmax of Diltiazem in the blood at between about 10 hours and about 15 hours (preferably about 11–about 13 hours) after administration, the preparation comprising the form of Diltiazem in oral sustained-release dosage form in which the Diltiazem is adapted to be released after administration over a prolonged period of time and exhibits when given to humans

(i) a higher bioavailability when given at night compared to when given in the morning without food according to FDA guidelines or criteria and

(ii) bioequivalence when given in the morning with food (such as a standardized FDA breakfast) and without food according to the same FDA guidelines or criteria.

The FDA guidelines are those entitled:

"GUIDANCE ORAL EXTENDED (CONTROLLED) RELEASE DOSAGE FORMS IN VIVO BIOEQUIVALENCE AND IN VITRO DISSOLUTION TESTING" prepared under 21 CFR 10.90(b)(9) by Shrikant V. Dighe, Ph.D., Director, Division of Bioequivalence Office of Generic Drugs dated Sep. 3, 1993 and concurred by Roger L. Williams, M.D., Director, Office of Generic Drugs, Center for Drug Development Research dated Sep. 4, 1993 which is incorporated herein by reference; and

"GUIDANCE STATISTICAL PROCEDURES FOR BIOEQUIVALENCE STUDIES USING A STANDARD TWO-TREATMENT CROSSOVER DESIGN" prepared under 21 CFR 10.90(b)(9) by Mei-Ling Chem, Ph.D., Division of Bioequivalence Review Branch II dated Jun. 12, 1992 and Rabindra Patnaik, Ph.D., Division of Bioequivalence Review Branch II dated Jun. 26, 1992, approved by Shrikant V. Dighe, Ph.D., Director, Division of Bioequivalence dated Jun. 29, 1992 and concurred by Roger L. Williams, M.D., Director, Office of Generic Drugs dated Jun. 29, 1992 which is incorporated herein by reference.

In small part the said "GUIDANCE" documents provide as follows:

Pharmacokinetic Analysis of Data: Calculation of area under the plasma concentration-time curve to the last quantifiable concentration ($AUC_{0-t}$) and to infinity ($AUC_{0-\infty}$), $C_{max}$ and $T_{max}$ should be performed according to standard techniques.

Statistical Analysis of Pharmacokinetic Data: The log transformed AUC and $C_{max}$ data should be analyzed statistically using analysis of variance. These two parameters for the test product should be shown to be within 80–125% of the reference product using the 90% confidence interval. See also Division of Bioequivalence Guidance Statistical Procedures for Bioequivalence Studies Using a Standard Two-Treatment Crossover Design.

Statistical Analysis of Pharmacokinetic Data: The log transformed AUC and $C_{max}$ data should be analyzed statistically using analysis of variance. These two parameters for the test product should be shown to be within 80–125% of the reference product using the 90% confidence interval. Fluctuation for the test product should be evaluated for comparability with that for the reference product. For further information on statistical analysis, see the Division of Bioequivalence Guidance Statistical procedures for Bioequivalence Studies Using a Standard Two-Treatment Crossover Design.

2. Multiple Dose Studies

At a minimum, the following pharmacokinetic parameters for the substance(s) of interest should be measured in a multiple dose bioequivalence study:

a. Area under the plasma/blood concentration—time curve from time zero to time τ over a dosing interval at steady state ($AUC_{0-\tau}$), where τ is the dosing interval.

b. Peak drug concentration ($C_{max}$) and the time to peak drug concentration ($T_{max}$), obtained directly from the data without interpolation, after the last dose is administered.

c. Drug concentrations at the end of each dosing interval during steady state ($C_{min}$).

d. Average drug concentration at steady state ($C_{av}$), where $C_{av}$–$AUC_{0-\tau}/\tau$.

e. Degree of fluctuation (CF) at steady state, where $DF=100\%\times(C_{max}-C_{min})/C_{av}$.

Evidence of attainment of steady state for the test and reference products should be submitted in the bioequivalence study report.

B. Statistical Analysis

Parametric (normal-theory) general linear model procedures are recommended for the analysis of pharmacokinetic data derived from in vivo bioequivalence studies. An analysis of variance (ANOVA) should be performed on the pharmacokinetic parameters AUC and $C_{max}$ using General Linear Models (GLM) procedures of SAS (4) or an equivalent program. Appropriate statistical models pertaining to the design of the bioequivalence study should be employed. For example, for a conventional two-treatment, two-period, two-sequence (2×2) randomized crossover study design, the statistical model often includes factors accounting for the following sources of variation:

1. Sequence (sometimes called Group or Order)
2. Subjects, nested in sequences
3. Period (or Phase)
4. Treatment (sometimes called Drug or Formulation)

The sequence effect should be tested using the [subject (sequence)]mean square from the ANOVA as an error term. All other main effects should be tested against the residual error (error mean square) from the ANOVA. The LSMEANS statement should be used to calculate least squares means for treatments. The ESTIMATE statement in SAS should be used to obtain estimates for the adjusted differences between treatment means and the standard error associated with these differences.

The two one-sided hypotheses at the $\alpha=0.05$ level of significance should be tested for AUC and $C_{max}$ by constructing the 90% confidence interval for the ratio between the test and reference averages.

III. Logarithmic Transformation of Pharmacokinetic Data

A. Statistical Assumptions

The assumptions underlying the ANOVA are (5):

1. Randomization of samples
2. Homogeneity of variances
3. Additivity (linearity) of the statistical model
4. Independency and normality of residuals

In bioequivalence studies, these assumptions can be interpreted as follows:

1. The subjects chosen for the study should be randomly assigned to the sequences of the study.
2. The variances associated with the two treatments, as well as between the sequence groups, should be equal or at least comparable.
3. The main effects of the statistical model, such as subject, sequence, period and treatment effect for a standard 2×2 crossover study, should be additive. There should be no interactions between these effects.
4. The residuals of the model should be independently and normally distributed. In other words, data from bioequivalence studies should have a normal distribution.

If these assumptions are not met, additional steps should be taken prior to the ANOVA including data transformation to improve the fit of the assumptions or use of a nonparametric statistical test in place of ANOVA. However, the normality and constant variance assumptions in the ANOVA model are known to be relatively robust, i.e., small or moderate departure from each (or both) of these assumptions will not have a significant effect on the final result.

B. Rationale for Log Transformation

1. Clinical Rationale

In a meeting in September 1991, the Generic Drugs Advisory Committee (GDAC) concluded that the primary comparison of interest in a bioequivalence study was the ratio rather than the difference between average parameter data from the test and reference formulations. Using log transformation, the general linear statistical model employed in the analysis of bioequivalence data allows inferences about the difference between the two means on the log scale, which can then be retransformed into inferences about the ratio of the two averages (means or medians) on the original scale. Log transformation thus achieves the general comparison based on the ratio rather than the difference (6).

2. Pharmacokinetic Rationale

Westlake (7,8) observed that a multiplicative model is postulated for pharmacokinetic parameters in bioavailability/bioequivalence studies, i.e., AUC and $C_{max}$ (but not $T_{max}$). Assuming that elimination of the drug is first order and only occurs from the central compartment, the following equation holds after an extravascular route of administration:

$$AUC_{0-\infty} = FD/CL$$
$$= FD/(VK_e)$$

where F is the fraction absorbed, D is the administered dose, and FD is the amount of drug absorbed. CL is the clearance of a given subject which is the product of the apparent volume of distribution (V) and the elimination rate constant ($K_e$).[2]

[2]Note that a more general equation can be written for any multi-compartmental model as $AUC_{0-\infty}=FD/(V_{d/p}\lambda_z)$ where $V_{d/p}$ is the volume of distribution relating drug concentration in plasma or blood to the amount of drug in the body during the terminal exponential phase, and $\lambda_z$ is the terminal slope of the concentration-time curve.

The use of AUC as a measure of the amount of drug absorbed thus involves a multiplicative term (CL) which might be regarded as a function of the subject. For this reason, Westlake contends that the subject effect is not additive if the data is analyzed on the original scale of measurement.

Logarithmic transformation of the AUC data will bring the CL ($VK_e$) term into the equation in an additive fashion.

$$\ln AUC_{0\text{-}\infty} = \ln F + \ln D - \ln V - \ln K_3$$

Similar arguments were given for $C_{max}$. The following equation applies for a drug exhibiting one compartmental characteristics:

$$C_{max} = (FD/V) \times e^{-Ke\Delta Tmax}$$

where again F, D and V are introduced into the model in a multiplicative manner. However, after logarithmic transformation, the equation becomes

$$\ln C_{max} = \ln F + \ln D - \ln V - K_e T_{max}$$

Log transformation of the $C_{max}$ data also results in the additive treatment of the V term.

3. Statistical Rationale

Logarithmic transformation of the data from bioequivalence studies can be used to circumvent the use of estimates of the reference product average for computation of the confidence interval for the ratio of product averages. This is an advantage for the cases where a least squares estimate for the reference product mean is not well defined. Standard parametric methods are ill-suited to making inferences about the ratio of two averages, though some valid methods do exist (9). Log transformation changes the problem to one of making inferences about the difference (on the log scale) of two averages, for which the standard methods are well suited.

Many biological data correspond more closely to a log-normal distribution than to a normal distribution. The plasma concentration data including the derived parameters AUC and $C_{max}$ tend to be skewed, and their variances tend to increase with the means. Log transformation is likely to remedy this situation and make the variances independent of the mean. In addition, frequency distributions skewed to the left (with a long tail to the right) are often made more symmetrical by log transformation.

This argument is actually less persuasive than the argument based on the additivity of the statistical model because it is based largely on the between-subject distribution of AUC and $C_{max}$ values. For crossover studies, it is largely the within-subject distribution of values that determines the validity and efficiency of the standard parametric methods of analysis.

Despite the arguments regarding the effect of log transformation on normality of bioequivalence data, the division of Bioequivalence recognizes that the limited sample size (20–30 subjects) in a bioequivalence study precludes a reliable determination of the underlying normal distribution of the data set either with or without log transformation.

C. General Procedures

Based on the arguments in the preceding section, the Division of Bioequivalence recommends that the pharmacokinetic parameters AUC and $C_{max}$ be log transformed. Firms are not encouraged to test for normality of data distribution after log transformation, nor should they employ normality of data distribution as a justification for carrying out the statistical analysis on the original scale.

Robustness of a balanced study to nonnormality of the data plus use of log transformation will be adequate in most cases.

If a firm believes that the data of a particular bioequivalence study should be statistically analyzed on the original scale rather than the log scale, justification based upon a sound scientific rationale, as well as the statistical methods to be used, ought to be submitted to and reviewed by the Division of Bioequivalence.

Thus according to another aspect of the invention, the results of biostudies employing a formulation according to an embodiment of the invention, clearly show that when given at different times (P.M. or A.M. dosing) and under different conditions (with and without food) though they achieve their maximum bioavailability at the same $T_{max}$, when the formulation is given at night (no food) a higher bioavailability (for example a significantly higher bioavailability exceeding 25% ($C_{max}$) is attained than when given in the morning without food (according to FDA guidelines) and bioequivalence when given with food or without food in the morning according to the FDA guidelines.

According to another aspect of the invention, a method of treatment of a patient's hypertension and/or angina is provided comprising administration of a preparation of Diltiazem described above, to the patient in the evening for example at about 7:00–about 11:00 p.m. for effective treatment of the patient's hypertension and/or angina the next morning, for example between about 6:00 a.m. and about noon.

According to another embodiment of the invention a method of treatment of a patient's hypertension and/or angina is provided comprising administration of a preparation which exhibits a higher bioavailability (exceeding, for example, 25%) when given at night compared to when given in the morning without food according to FDA guidelines or criteria and bioequivalence when given with food (for example given a standardized FDA breakfast) and without food according to the same FDA guidelines or criteria.

Thus a 24-hour diltiazem preparation is provided wherein the Cmax of diltiazem in the blood is provided from about 10–15 hours after administration of a single dosage to a patient or about 9–15 hours after multiple dosages over a number of days and displays the dissolution pattern described above determined according to USP 23, page 1791 using Apparatus 1. Apparatus 1 is described as consisting of the following:

a covered vessel made of glass or other inert, transparent material[1]; a motor; a metallic drive shaft; and a cylindrical basket. The vessel is partially immersed in a suitable water bath of any convenient size that permits holding the temperature inside the vessel at 37 ±0.5° during the test and keeping the bath fluid in constant, smooth motion. No part of the assembly, including the environment in which the assembly is placed, contributes significant motion, agitation, or vibration beyond that due to the smoothly rotating stirring element. Apparatus that permits observation of the specimen and stirring element during the test is preferable. The vessel is cylindrical, with a hemispherical bottom. It is 160 to 175 mm high, its inside diameter is 98 to 106 mm, and its nominal capacity is 1000 mL. Its sides are flanged at the top. A fitted cover may be used to retard evaporation.[2] The shaft is positioned so that its axis is not more than 2 mm at any point from the vertical axis of

the vessel and rotates smoothly and without significant wobble. A speed-regulating device is used that allows the shaft rotation speed to be selected and maintained at the rate specified in the individual monograph, within +4%.

Shaft and basket components of the stirring element are fabricated of stainless steel, type 316 or equivalent, to the specifications shown in FIG. 1. Unless otherwise specified in the individual monograph, use 40-mesh cloth. A basket having a gold coating 0.0001 inch (2.5 μm) thick may be used. The dosage unit is placed in a dry basket at the beginning of each test. The distance between the inside bottom of the vessel and the basket is maintained at 25±2 mm during the test.

[1] The materials should not sorb, react, or interfere with the specimen being tested.

[2] If a cover is used, it provides sufficient openings to allow ready insertion of the thermometer and withdrawal of specimens.

(taken from USP 23)

According to another aspect of the invention, where the preparations comprise cores wherein the diltiazem is in association with a wetting agent, the wetting agent may be selected from:

sugars;

saccharose, mannitol, sorbitol;

lecithins;

$C_{12}$ to $C_{20}$ fatty acid esters of saccarose, commercialized under the name of sucroesters (Gattefosse, France) or under the name of crodesters (Croda, U.K.) such as sucrose stearate marketed under the trade name of Crodesta;

xylose esters or xylites;

polyoxyethylenic glycerrides;

esters of fatty acids and polyoxyethylene (Brijs, Renex and Eumulgines, Henkel, RFA);

sorbitan fatty acid esters (Span, Atlas, U.S.A.);

polyglycides-glycerides and polyglycides-alcohols esters (Gelucires, Gattefosse, France)

Metal salts such as NaCl or sodium lauryl sulphate

The microporous membrane may be of any suitable material or combination of materials known in the art. Where the wetting agent is in association with the diltiazem in the core and not mixed therewith, the microporous membrane should comprise a water-soluble or water dispersible polymer or copolymer such as hydroxypropylmethylcellulose and a water-, acid- and base-insoluble polymer such as a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester such as Eudragit NE30D. This enables the bead to be hydrated by the introduction of intestinal fluids into the bead hydrating the bead and therefore mixing the diltiazem and the wetting agent. The membrane itself, because of the fluids passing through the membrane, will swell. This membrane acts differently from membranes which do not swell. These other non-hydratable or swellable membranes may be made-up, for example, of water-soluble or water-dispersible polymers or copolymers and a water-, acid- and base-insoluble polymer such as Eudragit RS which swell less easily (owing to the reduced content in quaternary ammonium groups) and are only slightly permeable to active ingredients. This membrane is best suited for coating cores of Diltiazem mixed with a wetting agent or organic acid.

Among materials which may be used to make the microporous membranes, may be mentioned particularly polyacrylates and polymethacrylates of the Eudragit type, ethyl celluloses such as Ethocels from Dow U.S.A. and Aquacoat of FMC U.S.A., hydroxypropylmethylcellulose, hydroxyethylcellulose and hydroxypropylcellulose.

Additionally, adjuvants may be put in the formulation as required such as plastifying agents (plasticizer), pigments, fillers, lubricants and anti-foaming agents. For example talc and/or magnesium stearate may be used as a lubricant, dibutyl sebecate as plasticizer, titanium dioxide as a pigment, Tween 80 as an emulsifier and silicone oil as an anti-foaming agent.

The amount of the microporous membrane is adjusted to provide the sustained release characteristics described.

Thus embodiments of the invention have higher bioavailability (greater AUC and $C_{max}$ at the same time (T)) when given at night than given in the morning without food according to the FDA guidelines discussed previously and are bioequivalent when given in the morning with food to formulation given in the morning without food according to the FDA guidance.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be illustrated with reference to the following examples and with reference to the following Figures:

FIG. 1: is a graph illustrating the Diltiazem Concentration (ng/mL) in the blood after a specified period after a single dose of a 300 mg Diltiazem capsule preparation made according to an embodiment of the invention.

FIG. 2: is a graph illustrating the Diltiazem Concentration (ng/mL) in the blood over a 24-hour period after giving multiple doses of the same 300 mg Diltiazem capsules referred to with respect to FIG. 1 but over a number of days.

FIG. 3: is a graph illustrating dissolution profiles generated according to USP 23 using Apparatus 1 (baskets) at 100 r.p.m. in 900 ml of water for capsule preparations made according to embodiments of the invention (120 mg, 180 mg, 240 mg and 300 mg of Diltiazem active).

FIG. 4: illustrates the dissolution profile of a 120 mg capsule preparation of Diltiazem HCl in water according to USP 23 (Apparatus 1-baskets) according to an embodiment of the invention.

FIG. 5: illustrates the dissolution profile of a 120 mg capsule preparation of Diltiazem HCl in gastric fluid according to USP 23 (Apparatus 1-baskets) according to an embodiment of the invention.

FIG. 6: illustrates the dissolution profile of a 120 mg capsule preparation of Diltiazem HCl in intestinal fluid according to USP 23 (Apparatus 1-baskets) according to an embodiment of the invention.

FIG. 7: is a graphic comparison of the blood level concentrations of a preparation (240 mg) made according to an embodiment of the invention and Dilacor (240 mg), a 24-hour oral sustained release dosage form of Diltiazem.

FIG. 8: is a graphic comparison of the blood level concentrations of a preparation (240 mg) made according to an embodiment of the invention and Tiazac (240 mg), a 24-hour oral sustained-release dosage form of Diltiazem.

FIG. 9: illustrates graphically the Mean Diltiazem Concentration when administration of the same dosage form, is given in the P.M., in the A.M. with food and in the A.M. with fasting (without food) by 29 persons.

FIG. 10: illustrates graphically the Mean Diltiazem Concentration when the dosage form is an open capsule sprinkled on applesauce and swallowed and the dosage form is swallowed intact by 30 persons.

Preparations were manufactured according to the percentages and constituents set out below:

| | Component | % W/W |
|---|---|---|
| (1) | Diltiazem hydrochloride | 69–73 |
| (2) | Microcrystalline cellulose (Avicel ph101) | 8–9.5 |
| (3) | Povidone K30 | 1–2 |
| (4) | Sucrose stearate (crodesta F150) | 7–8 |
| (5) | Magnesium stearate NF | 0.5–2.5 |
| (6) | Talc USP | 0.5–5.0 |
| (7) | Titanium dioxide (USP) | 0.15–0.3 |
| (8) | Hydroxypropylmethylcellulose 2910 | 0.3–0.6 |
| (9) | Polysorbate 80 (tween) | 0.01–0.025 |
| (10) | Simeticone C emulsion USP (dry of 30%) | 0.01–0.015 |
| (11) | Eudragit NE30 D (dry of 30%) | 7–11 |
| (12) | Purified water USP | 0 |

Two Examples of preparations given the above percentages were made as 120 mg and 180 mg strengths of Diltiazem (as the HCl salt) in capsule form.

Example 2

| | Strength<br>120 mg capsule |
|---|---|
| (1) | 120.00 |
| (2) | 13.63–16.18 |
| (3) | 1.7–3.41 |
| (4) | 11.92–13.63 |
| (5) | 0.852–4.26 |
| (6) | 0.852–8.52 |
| (7) | 0.256–0.511 |
| (8) | 0.511–1.02 |
| (9) | 0.0170–0.0426 |
| (10) | 0.017–0.0256 |
| (11) | 11.92–18.74 |
| (12) | 0 |

Example 3

| | Strength<br>180 mg capsule |
|---|---|
| (1) | 180.00 |
| (2) | 20.44–24.27 |
| (3) | 2.56–5.11 |
| (4) | 17.88–20.44 |
| (5) | 1.278–6.388 |
| (6) | 1.278–12.78 |
| (7) | 0.383–0.767 |
| (8) | 0.7665–1.533 |
| (9) | 0.0256–0.0639 |
| (10) | 0.0255–0.383 |
| (11) | 17.886–28.106 |
| (12) | 0 |

240 mg, 300 mg, 360 mg and 420 mg strength preparations in capsule form of Diltiazem (as the HCl salt) were also prepared having the same percentages. They provide the release patterns shown in FIG. 3. The dissolution profiles of all of the strengths were generated from biobatches of capsules using Apparatus 1 (baskets) at 100 RPM in 900 ml of water in accordance with USP 23.

Less than 20% of the formulation is dissolved after about four hours (for example between about 16%–21%) with less than about 10% dissolved in the first two hours (for example between about 4%–about 8%). Less than about 50% is released after 8 hours (for example between about 44%–52%). Less than about 73% is released after 14 hours (for example 69%–76%). Preferably in excess of about 85% is released after 24 hours.

Specifically, samples of 120 mg capsules of Diltiazem HCl (made according to the embodiment of the invention) had the following dissolution profile:

| | Percent Dissolved - Time Elapsed | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 h (%) | | 4 h (%) | | 8 h (%) | | 14 h (%) | | 24 h (%) | |
| | 5 | 8 | 19 | 19 | 49 | 49 | 72 | 72 | 88 | 88 |
| | 4 | 5 | 16 | 14 | 32 | 44 | 76 | 69 | 93 | 86 |
| | 5 | 6 | 18 | 16 | 50 | 49 | 72 | 73 | 88 | 90 |
| | 7 | 6 | 21 | 17 | 54 | 48 | 76 | 72 | 92 | 87 |
| | 5 | 8 | 17 | 19 | 51 | 50 | 74 | 74 | 92 | 91 |
| | 6 | 7 | 18 | 19 | 52 | 52 | 74 | 75 | 90 | 92 |
| Mean (%) | 6 | | 18 | | 50 | | 73 | | 90 | |
| RSD | 21.3 | | 10.5 | | 5.1 | | 2.7 | | 2.6 | |

Samples of 180 mg capsules of Diltiazem HCl (made according to an embodiment of the invention) had the following dissolution profiles:

| | Percent Dissolved - Time Elapsed | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Lapsed Time | 2 h (%) | | 4 h (%) | | 8 h (%) | | 14 h (%) | | 24 h (%) | |
| | 8 | 7 | 21 | 20 | 52 | 52 | 76 | 73 | 91 | 89 |
| | 6 | 7 | 19 | 20 | 52 | 51 | 76 | 73 | 93 | 90 |
| | 5 | 6 | 16 | 18 | 48 | 50 | 72 | 72 | 89 | 90 |
| | 6 | 7 | 19 | 18 | 52 | 49 | 76 | 72 | 98 | 88 |
| | 7 | 7 | 20 | 19 | 51 | 51 | 73 | 74 | 91 | 91 |
| | 8 | 7 | 20 | 21 | 51 | 51 | 74 | 73 | 92 | 91 |
| Mean (%) | 7 | | 19 | | 51 | | 74 | | 91 | |
| RSD | 12.8 | | 7.4 | | 2.5 | | 2.1 | | 1.7 | |

Samples of 240 mg capsules of Diltiazem HCl (made according to an embodiment of the invention) had the following dissolution profiles:

| | Percent Dissolved - Time Elapsed | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 h (%) | | 4 h (%) | | 8 h (%) | | 14 h (%) | | 24 h (%) | |
| | 6 | 4 | 19 | 16 | 46 | 48 | 73 | 71 | 86 | 86 |
| | 6 | 5 | 18 | 15 | 48 | 45 | 70 | 68 | 85 | 84 |
| | 5 | 5 | 18 | 17 | 49 | 49 | 71 | 72 | 86 | 88 |
| | 4 | 7 | 16 | 18 | 46 | 48 | 68 | 71 | 83 | 87 |
| | 6 | 4 | 18 | 15 | 49 | 50 | 70 | 68 | 84 | 84 |
| | 6 | 6 | 18 | 17 | 48 | 48 | 70 | 71 | 85 | 86 |
| Mean (%) | 5 | | 17 | | 48 | | 70 | | 85 | |
| RSD | 18.5 | | 7.7 | | 2.9 | | 2.3 | | 1.7 | |

Samples of Diltiazem HCl capsules 300 mg (made according to an embodiment of the invention) had the following dissolution profile:

| | Percent Dissolved - Time Elapsed | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 h (%) | | 4 h (%) | | 8 h (%) | | 14 h (%) | | 24 h (%) | |
| | 3 | 4 | 16 | 16 | 46 | 45 | 68 | 67 | 83 | 83 |
| | 6 | 5 | 17 | 16 | 49 | 45 | 73 | 67 | 90 | 83 |
| | 6 | 5 | 16 | 16 | 46 | 46 | 69 | 68 | 84 | 84 |

-continued

| | Percent Dissolved - Time Elapsed | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 h (%) | | 4 h (%) | | 8 h (%) | | 14 h (%) | | 24 h (%) | |
| | 5 | 5 | 16 | 16 | 46 | 46 | 69 | 69 | 83 | 87 |
| | 6 | 4 | 17 | 15 | 46 | 45 | 68 | 68 | 82 | 86 |
| | 5 | 5 | 17 | 17 | 46 | 47 | 69 | 70 | 84 | 87 |
| Mean (%) | 5 | | 16 | | 46 | | 69 | | 85 | |
| RSD | 13.2 | | 3.8 | | 2.4 | | 2.3 | | 2.8 | |

Additionally, the following Dissolution Profiles were obtained for the samples of 120 mg Diltiazem HCl Capsules:

Medium: Water

| Hour | Diltiazem HCl Capsules % Dissolved (Average of 12 capsules) | Range [%] | RSD |
|---|---|---|---|
| 2 | 6 | 4–8 | 17.6 |
| 4 | 18 | 14–21 | 9.8 |
| 8 | 50 | 44–54 | 5.1 |
| 14 | 73 | 69–76 | 2.8 |
| 24 | 90 | 86–93 | 2.5 |

Medium: Gastric Fluid

| Hour | Diltiazem HCl Capsules % Dissolved (Average of 12 capsules) | Range [%] | RSD |
|---|---|---|---|
| 2 | 5 | 3–6 | 18.8 |
| 4 | 16 | 14–18 | 9.0 |
| 8 | 49 | 47–52 | 3.5 |
| 14 | 73 | 71–75 | 1.8 |
| 24 | 87 | 85–89 | 1.5 |

Medium: Intestinal Fluid

| Hour | Diltiazem HCl Capsules % Dissolved (Average of 12 capsules) | Range [%] | RSD |
|---|---|---|---|
| 2 | 5 | 3–7 | 26.0 |
| 4 | 17 | 14–20 | 12.0 |
| 8 | 43 | 40–47 | 6.1 |
| 14 | 64 | 53–69 | 8.1 |
| 24 | 78 | 65–85 | 8.1 |

Other Dissolution Profiles were determined of embodiments of the invention

Medium—USP Water

Apparatus: USP #1 (baskets) at 100 rpm

| | Diltiazem 120 mg Capsules | | | | |
|---|---|---|---|---|---|
| TIME [h] | 2 | 4 | 8 | 14 | 24 |
| vessel 1 | 5% | 19 | 49 | 72 | 88 |
| vessel 2 | 4 | 16 | 52 | 76 | 93 |
| vessel 3 | 5 | 18 | 50 | 72 | 88 |
| vessel 4 | 7 | 21 | 54 | 76 | 92 |
| vessel 5 | 5 | 17 | 51 | 74 | 92 |
| vessel 6 | 6 | 18 | 52 | 74 | 90 |
| vessel 7 | 8 | 19 | 49 | 72 | 88 |
| vessel 8 | | 14 | 44 | 69 | 86 |
| vessel 9 | | 16 | 49 | 73 | 90 |
| vessel 10 | 6 | 17 | 48 | 72 | 87 |
| vessel 11 | 8 | 19 | 50 | 74 | 91 |
| vessel 12 | 7 | 19 | 52 | 75 | 92 |
| MEAN | 6% | 18 | 50 | 73 | 90 |
| SD | 1.3 | 1.9 | 2.6 | 2.0 | 2.3 |
| RSD | 21.3 | 10.5 | 5.1 | 2.7 | 2.6 |
| RANGE | 4–8 | 14–21 | 44–54 | 69–76 | 86–93 |

Medium—Gastric

Apparatus: USP #1 (baskets) at 100 rpm

| | Diltiazem 120 mg Capsules | | | | |
|---|---|---|---|---|---|
| TIME [h] | 2 | 4 | 8 | 14 | 24 |
| vessel 1 | 3 | 14 | 51 | 74 | 88 |
| vessel 2 | 6 | 17 | 48 | 72 | 85 |
| vessel 3 | 5 | 17 | 49 | 72 | 85 |
| vessel 4 | 5 | 15 | 48 | 72 | 87 |
| vessel 5 | 4 | | 47 | 71 | 86 |
| vessel 6 | 6 | 18 | 50 | 72 | 86 |
| vessel 7 | | 15 | 49 | 73 | 88 |
| vessel 8 | 4 | 14 | 48 | 71 | 86 |
| vessel 9 | 5 | 17 | 51 | 74 | 88 |
| vessel 10 | 6 | 18 | 52 | 74 | 88 |
| vessel 11 | 6 | 18 | | 75 | 89 |
| vessel 12 | 5 | 17 | 50 | 73 | 87 |
| MEAN | 5 | 16 | 49 | 73 | 87 |
| SD | 0.9 | 1.5 | 1.7 | 1.3 | 1.3 |
| RSD | 19.0 | 9.0 | 3.5 | 1.8 | 1.5 |
| RANGE | 3–6 | 14–18 | 47–52 | 71–75 | 85–89 |

Medium—Intestinal

Apparatus: USP #1 (baskets) at 100 rpm

| | Diltiazem 120 mg Capsules | | | | |
|---|---|---|---|---|---|
| TIME [h] | 2 | 4 | 8 | 14 | 24 |
| vessel 1 | 7 | 19 | 45 | 67 | 81 |
| vessel 2 | 4 | 14 | 40 | 64 | 79 |
| vessel 3 | 7 | 20 | 47 | 69 | 83 |
| vessel 4 | 5 | 19 | 46 | 68 | 83 |
| vessel 5 | | 17 | 41 | 58 | 69 |
| vessel 6 | | 17 | 45 | 69 | 83 |
| vessel 7 | 4 | 17 | 40 | 53 | 65 |

-continued

| Diltiazem 120 mg Capsules | | | | | |
|---|---|---|---|---|---|
| TIME [h] | 2 | 4 | 8 | 14 | 24 |
| vessel 8 | 5 | 17 | 42 | 65 | 78 |
| vessel 9 | 5 | | | 58 | 73 |
| vessel 10 | 5 | 17 | 47 | 68 | 85 |
| vessel 11 | 4 | 15 | 44 | 64 | 81 |
| vessel 12 | 4 | 15 | 43 | 64 | 81 |
| MEAN | 5 | 17 | 43 | 64 | 78 |
| SD | 1.2 | 2.0 | 2.7 | 5.2 | 6.4 |
| RSD | 25.9 | 13.0 | 6.1 | 8.1 | 8.1 |
| RANGE | 3–7 | 14–20 | 40–47 | 53–69 | 65–85 |

Briefly, the dosages in Examples 1 (120 mg) and 2 (180 mg), the 240 mg, 300 mg, 360 mg and 420 mg dosages were manufactured by mixing the core (bead) ingredients (diltiazem, microcrystalline cellulose, povidone, sucrose stearate) by introducing the components into a planetary mixer and granulating same and mixing with purified water. The plastic mass was then extruded to provide an extrudate. The extrudate was subsequently spheronized to produce diltiazem spheres in admixture with the wetting agent. The spheres (cores) were dried in an oven and sieved to the appropriate size cores or beads.

The membrane was prepared by mixing the hydroxypropylmethylcellulose, titanium dioxide, talc, magnesium stearate, Polysorbate 80 and Simethacone C emulsion and thereafter combined with the Eudragit NE30D and water. The spheronized cores were coated with the appropriate thickness of membrane by spraying the cores, coating same. Thus the cores (beads) were coated with the coating suspension to produce the microgranules or pellets. The microgranules or pellets were then dried.

In more detail the process combines Diltiazem Hydrochloride USP, Microcrystalline cellulose NF (Avicel PH 101), Povidone K30 USP and Sucrose Stearate (Crodesta F160) as follows:

The following were screened through a 1.9 mm screen and added to a mixer bowl:

Diltiazem
Avicel PH 101
Povidone K30.

To remove large agglomerates, the Crodesta 7.98 kg was screened through a 1.0–1.2 mm screen and added to the same mixing bowl. The items were then blended in an AMF blender at 50 RPM. 1 kg of the above dry blend was set aside to be used as dusting powder (Diltiazem Dusting Powder). The remainder of the blend was continued to be blended at 50 rpm until adequately granulated. The granulated material was then loaded into the hopper of an extruder (such as EXDCS100 or EXDS 60). The granulation was extruded and without breaking up the extrudate, the extrudate was collected. The extrudate was then spheronized into the cores (beads) of the desired size and were dusted as desired by the Diltiazem Dusting Powder set aside. The beads were then dried by spreading them on trays and drying in an oven set at about 57° C. The Drying Temp. was in the order of 55–60° C. for about 12 hours (in the order of 12–16 hours). The dried cores (beads) were sieved to collect those of appropriate size (0.7–1.4 mm).

A Eudragit NE30D and hydroxypropylmethylcellulose coating suspension, was made. The following:

Magnesium Stearate NF
Talc USP
Titanium Dioxide USP

Hydroxypropylmethylcellulose 2910 USP (Pharmacoat 606)
Polysorbate 80 NF (Tween 80)
Simethicone C Emulsion USP

and pure water were combined within a Silverson Mixer. Water was first mixed with Polysorbate 80 and the Simethicone. The HPMC was then added, then titanium dioxide, then talc and then the Magnesium Stearate. The mixture was stored for 2 hours. The Budragit NE30D was screened through a 0.310 mm sieve and added to the mixture.

The beads were then coated with the suspension by using an Aerocoater™ and spraying the beads (which have been preheated to 26° C.) with the coating suspension to achieve the desired thickness (about 0.05 mm). The beads were then dried by spreading on trays and drying at 40–45° C. for 10–12 hours.

Diltiazem HCl 300 mg capsules made according to an embodiment of the invention were tested in a single dose study to determine their bioavailability, their Cmax and Tmax, their rate and extent of absorption. Blood sampling for drug content analysis was carried out at 0.0 (predrug) 1, 2, 3, 4, 5, 6, 8, 10, 12, 14, 16, 18, 24, 30, 36, 42 and 48 hours post-drug. Vital sign and 12—Lead ECG monitoring were conducted at 0 (predrug) 2, 6, 8 and 12 hours post-drug. The following was determined from the plasma study:

Mean Pharmacokinetic Parameters for Plasma Diltiazem (n = 41)

| Parameter | 1 × 300 mg Mean (% CV) |
|---|---|
| AUC (0-t)(ng.hr/mL) | 2703.83 (36.26) |
| AUG (0-inf.)(ng.hr/mL) | 2786.95 (36.39) |
| $C_{max}$ (ng/mL) | 146.33 (38.43) |
| $T_{max}$ (hours) | 13.17 (14.79) |
| $t_{1/2}$ (hours) | 6.96 (17.56) |
| $K_{el}$ (hour$^{-1}$) | 0.102 (15.983) |

Mean Plasma Diltiazem Concentrations (ng/mL) (n = 41)

| SAMPLE TIME (HOURS) | 1 × 300 mg |
|---|---|
| 0.00 | 0.00 ± 0.00 |
| 1.00 | 0.76 ± 2.20 |
| 2.00 | 4.92 ± 3.87 |
| 3.00 | 10.97 ± 5.92 |
| 4.00 | 20.01 ± 10.77 |
| 5.00 | 33.46 ± 18.39 |
| 6.00 | 70.21 ± 37.03 |
| 8.00 | 95.43 ± 41.50 |
| 10.00 | 110.16 ± 47.43 |
| 12.00 | 132.84 ± 52.04 |
| 14.00 | 139.54 ± 55.11 |
| 16.00 | 126.35 ± 50.23 |
| 18.00 | 105.74 ± 40.86 |
| 24.00 | 62.84 ± 24.20 |
| 30.00 | 43.92 ± 16.94 |
| 36.00 | 25.67 ± 11.46 |
| 42.00 | 13.40 ± 7.37 |
| 48.00 | 7.50 ± 4.46 |

Mean Pharmacokinetic Parameters for Plasma Diltiazem (n = 36)

| Parameter | Geometric Mean<br>Arithmetic Mean (C.V.)<br>1 x 300 mg |
|---|---|
| AUC (0-t hours)(ng.hr/mL) | 2682.87<br>2872.06 (38.44) |
| AUC (0-x)(ng.hr/mL) | 1955.92<br>2075.00 (35.63) |
| AUC (0-infinity)(ng.hr/mL) | 2847.57<br>3055.19 (39.05) |
| $C_{max}$ (ng/mL) | 134.96<br>144.00 (37.17) |
| $T_{max}$ (hours)** | 13.00 (2.92) |
| $t_{1/2}$ (hours)* | 8.69 (22.85) |
| $K_{el}$ (hour$^{-1}$)* | 0.084 (22.860) |

*These are arithmetic means (CV %).
**This is median (±S.D.).

With reference to FIGS. 1 and 2, it is clear the 300 mg capsule preparation made according to an embodiment of the invention provides the appropriate Diltiazem blood levels at the appropriate time to be suitable for administration as a chronotherapeutic—being given in the evening to provide effective concentrations of Diltiazem the following morning. This suitability is illustrated with reference to FIGS. 7 and 8. In FIG. 7, the 240 mg Diltiazem preparation made according to the embodiment of the invention provides elevated blood levels that are effective all morning for effective treatment of the patient with Diltiazem. However, the Dilacor formulation (given either in the evening or the following morning) does not protect the patient from 6:00 a.m.–noon, the more dangerous period.

The same is true with FIG. 8. Tiazac given in the morning, does not provide the protection. Further, peak plasma concentrations for Tiazac are achieved after about 7 hours after dose administration.

A 3-way single-dose study was undertaken using the same formulation (420 mg capsule) administered in the P.M. (10:00 P.M.) without food, and in the A.M. dosing with and without food.

3-Way Single-Dose Study

A: Formulation According to Embodiment of Invention—Fasting (AM Dosing)

B: Formulation According to Embodiment of Invention—Fed (AM Dosing)

C: Formulation According to Embodiment of Invention—(PM Dosing)

N=29

The results illustrated in FIG. 9A and FIG. 9B were found whose mean were graphically illustrated in FIG. 9.

A 2-way single-dose fasting study was undertaken using the same formulation (420 mg capsule) administered in the following manners—capsule intact and capsule opened and sprinkled on applesauce and ingested.

2-Way Single Dose Fasting Study

A: Formulation According to Embodiment of Inventions—Open Capsule Sprinkled on Applesauce

B: Formulation According to Embodiment of Inventions—Capsule Intact

N=30 (FINAL DATA)

The results illustrated in FIGS. 10A, 10B and 10C were found whose mean were graphically illustrated in FIG. 10.

The preparations according to embodiments may also be made as tablets. The tablets may be made as compressed tablets in the desired strengths (for example 120 mg–540 mg or more Diltiazem) incorporating the microgranules. The tablets may even be scored to permit division into smaller doses.

Tablets may be made as follows using the microgranules or pellets, wax placebo beads and hydrogenated vegetable oil, sodium starch glycolate and silicone dioxide as follows:

The microgranules of Diltiazem may be the following:

Magnesium Stearate
Talc
Titanium Dioxide
Hydroxypropylmethyl-Cellulose 2910
Polysorbate 80
Simethicone Emulsion
Eudragit NE30D
Diltiazem Hydrochloride
Microcrystalline Cellulose
Povidone K30
Sucrose Stearate
Purified Water

The wax placebo beads may be the following:

Microcrystalline Wax NF
Pregelatinized Starch
Sodium Starch Glycolate
Titanium Dioxide
Carbon Dioxide

The microgranules, wax placebo beads, hydrogenated vegetable oil, sodium starch glycolate and silicone dioxide may be combined and compressed into the desired strengths of tablets, for example 240 mg, 300 mg and 360 mg tablets. Briefly, to form the microgranules, Diltiazem HCl, Microcrystalline Cellulose, Povidone 30, Sucrose Stearate may be mixed to form a "dry blend". A 1 kg portion of the dry blend may be removed and stored in a separate labeled container as the Dusting Powder, for use in subsequent manufacturing steps (if desired). Following the removal of the Dusting Powder, Purified Water is added to the dry blend and mixed to create a plastic mass. The plastic mass is extruded through a 1.0 mm screen to form a spaghetti like extrudate. This extrudate is then spheronized into beads. During the spheronization process Dusting Powder is added to dry the beads and provide them with a smooth aspect (if required). The addition of Dusting Powder also prevents the newly spheronized beads from sticking together. The spheronized beads are tray dried for 12–16 hours and sieved to select beads that are larger than 0.7 mm and smaller than 1.4 mm in diameter.

The beads are loaded into a preheated (40–45° C.) fluid bed Aerocoater. Coating suspension is applied at an amount of 10% by spray coating. The resulting Diltiazem Microgranules (coated beads) are dried for between 10–12 hours and the dried coated beads are sieved to select coated beads that are larger than 0.7 mm and smaller than 1.7 mm in diameter.

For the manufacture of the placebo wax beads, Microcrystalline Wax, Pregelatinized Maize Starch, Sodium Starch Glycolate and Titanium Dioxide are mixed in a high shear mixer and heated to 64° C. (jacket temperature 70° C.). The resulting melt is cooled by the addition of liquid $CO_2$ to form the solid starters of the pellets. The pellet starters are mixed and the size is increased by the gradual turning of the impeller for a fixed timeperiod (mixing time is directly related to the impeller speed and the time to reach a temperature of 57±2° C.). The resulting beads are sieved to select beads larger than 0.7 mm and smaller than 1.4 mm in diameter.

For manufacturing the Diltiazem chronotherapeutic tablets, the placebo wax beads and the microgranules of Diltiazem are blended at a ratio of about 2:3 (placebo wax beads: microgranules of Diltiazem) with Hydrogenated Vegetable Oil (lubricant), Sodium Starch Glycolate (disintegrant) and Silicone Dioxide (lubricant) added. The blend is tableted under low pressure (approximately 6–8 Sc) to form the compressed Diltiazem Tablets.

In the compressed tablets, the placebo wax beads serve to absorb the shock placed on the microgranules of Diltiazem during the tableting process. By doing so the integrity of the microgranules remains in tact and the release rate of the diltiazem is not affected.

As many changes can be made to the embodiments of the invention without departing from the scope thereof, it is intended that all material contained herein be determined as illustrative of the invention and not in a limiting sense.

The invention claimed is:

1. An orally administrable controlled-release composition comprising a pharmaceutically acceptable form of diltiazem selected from the group consisting of diltiazem and the pharmaceutically acceptable salts thereof, suitable for evening dosing every 24 hours, the dosage comprising at least one bead comprising a core and at least one coating, the at least one bead being formulated in an oral dosage form containing from about 120 mg to about 540 mg of the form of diltiazem, the diltiazem in the core of each bead associated with excipients, the at least one coating covering the core comprising an amount of a water swellable and diffusible coating which permits hydration of the core by gastrointestinal fluids, the water swellable and diffusible coating comprising the following constituents:

(i) an amount of at least one hydrophilic polymer which is selected from the group consisting of hydroxypropylmethylcellulose, hydroxyethylcellulose, and hydroxypropylcellulose, and/or an amount of at least one lubricant which is selected from the group consisting of talc, and magnesium stearate; and

(ii) an amount at least one water-, acid- or base-insoluble neutral acrylic polymer, wherein said constituents (i) and (ii) which comprise said coating, the ratios thereof, and the amount of said coating are formulated such that said orally administrable composition:

A) in vitro exhibits the following in vitro release characteristics;

(i) releases the diltiazem or a pharmaceutically acceptable salt thereof into an aqueous medium at the following rates when measured using the method of United States Pharmacopoeia No. XXIII at 100 rpm in 900 ml of water:

(a) between about 1% and about 15% after about 2 hours;

(b) between about 7% and about 35% after about 4 hours;

(c) between about 30% and about 58% after about 8 hours;

(d) between about 55% and about 80% after about 14 hours;

(e) in excess of about 75% after about 24 hours; and/or

(ii) releases the diltiazem or pharmaceutically acceptable salt thereof into a buffered medium having a pH between about 5.5 and about 6.5, at the following rates measured using the method of United States Pharmacopoeia No. XXIII at 100 rpm in 900 ml of the buffered medium:

(a) between about 1% and about 25% after about 2 hours;

(b) between about 7% and about 45% after about 4 hours;

(c) between about 30% and about 68% after about 8 hours;

(d) in excess of about 75% after about 24 hours; and

further wherein said orally administrable composition having said in vitro release characteristics results in a composition that:

B) when orally given to humans exhibit the following properties:

(i) a higher bioavailability when given at night compared to when given in the morning without food according to FDA guidelines or criteria and

(ii) bioequivalence when given in the morning with or without food according to the same FDA guidelines or criteria; and

(iii) provides a Cmax of diltiazem in the blood at between about 10 hours and 15 hours after administration.

2. The controlled release preparation of claim 1 wherein said neutral acrylic polymer is a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester.

3. The controlled-release preparation of claim 1 in which the form of diltiazem is adapted to be control released after administration of the preparation over a period of time and is more preferably adapted to release the diltiazem

(i) into an aqueous medium at the following rates measured using the method of United States Pharmacopoeia No. XXIII at 100 rpm in 900 ml of water:

(a) between about 4% and about 8% after about 2 hours;

(b) between about 16% and about 21% after about 4 hours;

(c) between about 44% and about 52% after about 8 hours;

(d) between about 69% and about 76% after about 14 hours; and

(e) and in excess of about 85% after about 24 hours;

and/or (ii) into a buffered medium having a pH about 5.8 at the following rates measured using the method of United States Pharmacopoeia No. XXIII at 100 rpm in 900 ml of the buffered medium:

(a) between about 4% and about 15% after about 2 hours;

(b) between about 16% and about 30% after about 4 hours;

(c) between about 44% and about 62% after about 8 hours;

(d) in excess of about 80% after about 24 hours.

4. The preparation of claim 1 wherein the Cmax of diltiazem in the blood is obtained between about 11–about 13 hours after administration of the preparation.

5. The preparation of claim 1, 2, 3 or 4 wherein the form of diltiazem is Diltiazem HCl.

6. The preparation of claim 4 wherein the preparation is a diffusion controlled preparation.

7. The preparation of claim 3 wherein the preparation releases the diltiazem at a rate of less than about 15% of the total amount of active per hour during dissolution.

8. The preparation of claim 7 in capsule form.

9. The preparation of claim 7 in tablet form.

10. The preparation of claim 7 wherein the preparation comprises a plurality of microgranules, each microgranule comprising a central core containing the form of diltiazem coated with a microporous membrane and the central core

comprises diltiazem or pharmaceutically acceptable salt thereof associated with a wetting agent.

11. The preparation of claim 10 wherein the diltiazem is mixed (in whole or in part) with the wetting agent.

12. The preparation of claim 11 wherein the wetting agent assists to maintain the solubility of the diltiazem in each microgranule, ensuring that the solubility of the diltiazem is unaffected by the pH of the gastrointestinal tract or other adverse conditions which the composition will meet therein.

13. The preparation of claim 12 wherein the membrane comprises a water-dispersible or water-soluble polymer and a water-, acid- and base-insoluble polymer of a neutral acrylic polymer of acrylic acid ethyl ester and acrylic acid methyl ester which hydrates the preparation.

14. The preparation of claim 10 wherein the preparation comprises a mixture of the diltiazem and/or pharmaceutically acceptable salt with the wetting agent and the membrane comprises a water-dispersible or water-soluble polymer and a water-, acid- and base-insoluble polymer of a neutral acrylic polymer of acrylic acid ethyl ester and acrylic acid methyl ester which hydrates the preparation.

15. The preparation of claim 14 wherein the membrane comprises a neutral acrylic polymer of acrylic acid ethyl ester and acrylic acid methyl ester and hydroxypropylmethylcellulose.

16. The preparation of claim 15 wherein the membrane hydrates the core within a membrane which when put in gastrointestinal fluid causes the membrane to swell while fluid penetrates and hydrates the microgranule, and dissolves the diltiazem and wetting agent and benefits from a concentration gradient through the membrane (high concentration inside and low concentration outside).

17. The preparation of claim 11 wherein the diltiazem is mixed with the wetting agent and the membrane comprises an acrylic membrane and plasticizer combined to form the membrane thereby providing a mechanism of release from this membrane which "washes" the diltiazem through pores created when the plasticizer incorporated in the membrane, is released in gastrointestinal fluid.

18. The preparation of claim 7 wherein the preparation comprises a plurality of microgranules comprising a central core containing the form of diltiazem coated with a microporous membrane and the central core comprises diltiazem or a pharmaceutically acceptable salt thereof associated with any suitable dissolution agent (other than a wetting agent) to assist in the release of the diltiazem from the preparation.

19. The preparation of claim 18 wherein the dissolution agent is an organic acid comprising adipic acid, ascorbic acid, citric acid, fumaric acid, malic acid, succinic acid or tartaric acid which permits the diltiazem to dissolve in gastrointestinal fluids even when the microgranules pass into the regions of the gastrointestinal tract of the intestine at which pH diltiazem is much less soluble.

20. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 1 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning, the method comprising administering to a patient in need thereof the preparation in the evening.

21. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 2 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

22. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 3 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

23. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 4 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

24. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 5 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

25. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 6 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

26. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 7 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

27. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 8 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

28. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 9 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

29. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 10 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

30. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 11 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

31. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 12 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

32. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 13 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

33. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 14 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

34. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 15 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

35. A method of treatment of a patient's hypertension and/or angina comprising the administration of the prepa-

ration of diltiazem of claim 16 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

36. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 17 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

37. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 18 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

38. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 19 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

39. The preparation of claim 1 wherein the preparation contains 120 mg of diltiazem.

40. The preparation of claim 1 wherein the preparation contains 180 mg of diltiazem.

41. The preparation of claim 1 wherein the preparation contains 240 mg of diltiazem.

42. The preparation of claim 1 wherein the preparation contains 300 mg of diltiazem.

43. The preparation of claim 1 wherein the preparation contains 360 mg of diltiazem.

44. The preparation of claim 1 wherein the preparation contains 420 mg of diltiazem.

45. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 39, 40, 41, 42, 43 or 44 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

46. The preparation of claim 15 wherein the wetting agent is selected from:

sugars;
saccharose, mannitol, sorbitol;
lecithins;
$C_{12}$ to $C_{20}$ fatty acid esters of saccarose;
xylose esters or xylites;
polyoxyethylenic glycerrides;
esters of fatty acids and polyoxyethylene;
sorbitan fatty acid ester;
polyglycides-glycerides and polyglycides-alcohols ester; and metal salts.

47. The preparation of claim 10 wherein the wetting agent is in association with the diltiazem in the microgranule and not mixed therewith, the membrane comprises a water-soluble or water dispersible polymer or copolymer selected from the group consisting of hydroxypropylmethylcellulose and a water-, acid- and base-insoluble polymer which is a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester which enables the bead to be hydrated by the introduction of gastrointestinal fluids into the core hydrating the core and therefore mixing the diltiazem and the wetting agent.

48. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 46 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

49. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 47 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

50. A controlled-release preparation of pharmaceutically acceptable form of diltiazem according to claim 1 which comprises the following constituents:

| | % W/W |
|---|---|
| (i) in the core: | |
| (a) Diltiazem hydrochloride | 69–73 |
| (b) Microcrystalline cellulose | 8–9.5 |
| (c) (Polyvinyl Pyrrolidone) | 1–2 |
| (d) Sucrose stearate | 7–8 |
| (ii) in the membrane: | |
| (e) Magnesium stearate NF | 0.5–2.5 |
| (f) Talc USP | 0.5–5.0 |
| (g) Titanium dioxide. (USP) | 0.15–0.3 |
| (h) Hydroxypropylmethylcellulose 2910 | 0.3–0.6 |
| (i) (Polyoxyethylene Sorbitan Monooleate) | 0.01–0.025 |
| (j) Simethicone C emulsion USP. (dry of 30%) | 0.01–0.015 |
| (k) a neutral acrylic polymer of acrylic acid ethyl ester and acrylic acid methyl ester (dry of 30%) | 7–11 |
| Purified water USP | 0 (used for mixing). |

51. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 50 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

52. The preparation of claim 10 in which the core and membrane comprise:

(i) in the core,
 (a) between about 50% and about 85% (% w/w of the total preparation) of diltiazem or pharmaceutically acceptable salt thereof; and
 (b) between about 2% and about 25% wetting agent (% w/w of the total preparation);

together with suitable adjuvants; and

(ii) in the membrane,
 (c) between about 0.1% and about 50% of the total preparation of lubricant selected from the group consisting of talc, and magnesium stearate;
 (d) between about 0.1% and about 2% of the total preparation of water-soluble and/or water-dispersible polymer selected from the group consisting of hydroxypropylmethylcellulose, hydroxyethyl-cellulose, hydroxypropylcellulose, and any combination thereof; and
 (e) between about 5% and about 20% (% w/w of the preparation) of a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester, together with suitable adjuvants.

53. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 52 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

54. The preparation of claim 10 in which the core and membrane comprise:

(i) in the core,
 (a) between about 69% and about 73% (% w/w of the total preparation) of diltiazem or pharmaceutically acceptable salt thereof; and

(b) between about 7% and about 8% wetting agent (% w/w of the total preparation);

together with suitable adjuvants; and

(ii) in the membrane,

(c) between about 0.1% and about 50% of the total preparation of lubricant selected from the group consisting of talc, and magnesium stearate;

(d) between about 0.3% and about 0.6% of the total preparation of water-soluble and/or water-dispersible polymer selected from the group consisting of hydroxypropylmethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, and any combination thereof; and

(e) between about 7% and about 11% (% w/w of the preparation) of a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester, together with suitable adjuvants.

55. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 54 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

56. The preparation of claim 10 wherein the preparation is a tablet and the tablet comprises microgranules in association with wax placebo beads which wax placebo beads serve to absorb the shock placed on the microgranules of diltiazem during the tablet process, together with suitable excipients and adjuvants.

57. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 56 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

58. The controlled-release preparation of claim 2 in which the diltiazem is adapted to be control released after administration of the preparation over a period of time wherein the preparation comprises a plurality of microgranules, each microgranule comprising a central core containing the form of diltiazem coated with a microporous membrane and the central core comprises diltiazem or pharmaceutically acceptable salt thereof associated with a wetting agent in which the core and membrane comprise:

(i) in the core,

(a) between about 50% and about 85% (% w/w of the total preparation) of diltiazem or pharmaceutically acceptable salt thereof; and

(b) between about 2% and about 25% wetting agent (% w/w of the total preparation);

together with suitable adjuvants; and

(ii) in the membrane,

(c) between 0.1% and about 50% of the total preparation of lubricant selected from the group consisting of talc, and magnesium stearate;

(d) between about 0.1% and about 2% of the total preparation of water-soluble and/or water-dispersible polymer selected from the group consisting of hydroxypropylmethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, and any combination thereof; and

(e) between about 5% and about 20% (% w/w of the preparation) of a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester, together with suitable adjuvants.

59. The preparation of claim 58 wherein the microgranules are in capsule form.

60. The preparation of claim 58 wherein the microgranules are in tablet form.

61. The preparation of claim 58 wherein the core and membrane comprise:

(i) in the core,

(a) between about 69% and about 73% (% w/w of the total preparation) of diltiazem or pharmaceutically acceptable salt thereof; and

(b) between about 7% and about 8% wetting agent (% w/w of the total preparation);

together with suitable adjuvants; and

(ii) in the membrane,

(c) between about 0.1% and about 50% of the total preparation of lubricant selected from the group consisting of talc, and magnesium stearate;

(d) between about 0.3% and about 0.6% of the total preparation of water-soluble and/or water-dispersible polymer selected from the group consisting of hydroxypropylmethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, and any combination thereof; and

(e) between about 7% and about 11% (% w/w of the preparation) of a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester, together with suitable adjuvants.

62. A controlled-release preparation of pharmaceutically acceptable form of diltiazem according to claim 1, which preparation comprises a plurality of microgranules, each microgranule comprising a central core containing the form of diltiazem coated with a microporous membrane and the central core comprises diltiazem or pharmaceutically acceptable salt thereof associated with a wetting agent in which the core and membrane comprise:

| | % W/W |
|---|---|
| (i) in the core: | |
| (a) Diltiazem hydrochloride | 69–73 |
| (b) Microcrystalline cellulose | 8–9.5 |
| (c) (Polyvinyl Pyrrolidone) | 1–2 |
| (d) Sucrose stearate | 7–8 |
| (ii) in the membrane: | |
| (e) Magnesium stearate NF | 0.5–2.5 |
| (f) Talc USP | 0.5–5.0 |
| (g) Titanium dioxide. (USP) | 0.15–0.3 |
| (h) Hydroxypropylmethylcellulose 2910 | 0.3–0.6 |
| (i) (Polyoxyethylene Sorbitan Monooleate) | 0.01–0.025 |
| (j) Simethicone C emulsion USP. (dry of 30%) | 0.01–0.015 |
| (k) a neutral acrylic polymer of acrylic acid ethyl ester and acrylic acid methyl ester (dry of 30%) | 7–11 |
| Purified water USP | 0 (used for mixing). |

63. The preparation of claim 58 wherein the preparation is a tablet and the tablet comprises microgranules in association with wax placebo beads which wax placebo beads serve to absorb the shock placed on the microgranules of diltiazem during the tablet process, together with suitable excipients and adjuvants.

64. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 58 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

65. A controlled-release preparation of pharmaceutically acceptable form of diltiazem according to claim 1, wherein the preparation comprises a plurality of microgranules, each microgranule comprising a central core containing the form

of diltiazem coated with a microporous membrane and the central core comprises diltiazem or pharmaceutically acceptable salt thereof associated with a wetting agent, wherein the wetting agent is selected from:

sugars;
saccharose, mannitol, sorbitol;
lecithins;
$C_{12}$ to $C_{20}$ fatty acid esters of saccarose;
xylose esters or xylites;
polyoxyethylenic glycerides;
esters of fatty acids and polyoxyethylene;
sorbitan fatty acid esters;
polyglycides-glycerides and polyglycides-alcohols ester; and metal salts.

66. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 65 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

67. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 63 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

68. A controlled-release preparation of pharmaceutically acceptable form of diltiazem according to claim 1

wherein the preparation comprises a plurality of microgranules, each microgranule comprising a central core containing the form of diltiazem coated with a microporous membrane and the central core comprises diltiazem or pharmaceutically acceptable salt thereof associated with a wetting agent, in which the core and membrane comprise:

| | % W/W |
|---|---|
| (i) in the core: | |
| (a) Diltiazem hydrochloride | 69–73 |
| (b) Microcrystalline cellulose | 8–9.5 |
| (c) (Polyvinyl Pyrrolidone) | 1–2 |
| (d) Sucrose stearate | 7–8 |
| (ii) in the membrane: | |
| (e) Magnesium stearate NF | 0.5–2.5 |
| (f) Talc USP | 0.5–5.0 |
| (g) Titanium dioxide. (USP) | 0.15–0.3 |
| (h) Hydroxypropylmethylcellulose 2910 | 0.3–0.6 |
| (i) (Polyoxyethylene Sorbitan Monooleate) | 0.01–0.025 |
| (l) Simethicone C emulsion USP. (dry of 30%) | 0.01–0.015 |
| (k) neutral acrylic polymer of acrylic acid ethyl ester and acrylic acid methyl ester (dry of 30%) | 7–11 |
| Purified water USP | 0 (used for mixing). |

69. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 66 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

70. A controlled-release preparation of pharmaceutically acceptable form of diltiazem according to claim 3, wherein the preparation comprises a plurality of microgranules, each microgranule comprising a central core containing the form of diltiazem coated with a microporous membrane and the central core comprises diltiazem or pharmaceutically acceptable salt thereof associated with a wetting agent, in which the core and membrane comprise:

(i) in the core,
(a) between about 50% and about 85% (% w/w of the total preparation) of diltiazem or pharmaceutically acceptable salt thereof; and
(b) between about 2% and about 25% wetting agent (% w/w of the total preparation);

together with suitable adjuvants; and

(ii) in the membrane,
(c) between about 0.1% and about 50% of the total preparation of lubricant selected from the group consisting of talc, and magnesium stearate;
(d) between about 0.1% and about 2% of the total preparation of water-soluble and/or water-dispersible polymer selected from the group consisting of hydroxypropylmethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, and any combination thereof; and
(e) between about 5% and about 20% (% w/w of the preparation) of a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester, together with suitable adjuvants which permits hydration of the core by gastrointestinal fluids.

71. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 70 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

72. A controlled-release preparation of pharmaceutically acceptable form of diltiazem according to claim 3, wherein the preparation comprises a plurality of microgranules, each microgranule comprising a central core containing the form of diltiazem coated with a microporous membrane and the central core comprises diltiazem or pharmaceutically acceptable salt thereof associated with a wetting agent, in which the core and membrane comprise:

(i) in the core,
(a) between about 69% and about 73% (% w/w of the total preparation) of diltiazem or pharmaceutically acceptable salt thereof; and
(b) between about 7% and about 8% wetting agent (% w/w of the total preparation);

together with suitable adjuvants; and

(ii) in the membrane,
(c) between about 0.1% and about 50% of the total preparation of lubricant selected from the group consisting of talc, and magnesium stearate;
(d) between about 0.3% and about 0.6% of the total preparation of water-soluble and/or water-dispersible polymer selected from the group consisting of hydroxypropylmethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, and any combination thereof; and
(e) between about 7% and about 11% (% w/w of the preparation) of a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester, together with suitable adjuvants which permits hydration of the core by gastrointestinal fluids.

73. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 72 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

74. A controlled-release preparation of pharmaceutically acceptable form of diltiazem according to claim 1 wherein the preparation comprises a plurality of microgranules, each microgranule comprising a central core containing the form of diltiazem coated with a microporous membrane and the

central core comprises diltiazem or pharmaceutically acceptable salt thereof associated with a wetting agent in which the core and membrane comprise:

(i) in the core,

(a) between about 50% and about 85% (% w/w of the total preparation) of diltiazem or pharmaceutically acceptable salt thereof; and

(b) between about 2% and about 25% wetting agent (% w/w of the total preparation);

together with suitable adjuvants; and

(ii) in the membrane,

(c) between about 0.1% and about 50% of the total preparation of lubricant selected from the group consisting of talc, and magnesium stearate;

(d) between about 0.1% and about 2% of the total preparation of water-soluble and/or water-dispersible polymer selected from the group consisting of hydroxypropylmethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, and any combination thereof; and

(e) between about 5% and about 20% (% w/w of the preparation) of a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester, together with suitable adjuvants which permits hydration of the core by gastrointestinal fluids.

75. The preparation of claim 74 wherein the microgranules are in capsule form.

76. The preparation of claim 74 wherein the microgranules are in tablet form.

77. The preparation of claim 74, 75 or 76 wherein the core and membrane comprise:

(i) in the core,

(a) between about 69% and about 73% (% w/w of the total preparation) of diltiazem or pharmaceutically acceptable salt thereof; and

(b) between about 7% and about 8% wetting agent (% w/w of the total preparation);

together with suitable adjuvants; and

(ii) in the membrane,

(c) between about 0.1% and about 50% of the total preparation of lubricant selected from the group consisting of talc, and magnesium stearate;

(d) between about 0.3% and about 0.6% of the total preparation of water-soluble and/or water-dispersible polymer selected from the group consisting of hydroxypropylmethylcellulose, hydroxyethyl-cellulose, hydroxypropylcellulose, and any combination thereof; and

(e) between about 7% and about 11% (% w/w of the preparation) of a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester, together with suitable adjuvants.

78. The preparation of claim 74, 75 or 76 wherein the core and membrane comprise:

| | % W/W |
|---|---|
| (i) in the core: | |
| (a) Diltiazem hydrochloride | 69–73 |
| (b) Microcrystalline cellulose | 8–9.5 |
| (c) (Polyvinyl Pyrrolidone) | 1–2 |
| (d) Sucrose stearate | 7–8 |
| (ii) in the membrane: | |
| (e) Magnesium stearate NF | 0.5–2.5 |
| (f) Talc USP | 0.5–5.0 |
| (g) Titanium dioxide. (USP) | 0.15–0.3 |
| (h) Hydroxypropylmethylcellulose 2910 | 0.3–0.6 |
| (i) (Polyoxyethylene Sorbitan Monooleate) | 0.01–0.025 |
| (j) Simethicone C emulsion USP. (dry of 30%) | 0.01–0.015 |
| (k) a neutral acrylic polymer of acrylic acid ethyl ester and acrylic acid methyl ester. (dry of 30%) | 7–11 |
| Purified water USP | 0 (used for mixing). |

79. The preparation of claim 74 or 76 wherein the preparation is a tablet and the tablet comprises microgranules in association with wax placebo beads which wax placebo beads serve to absorb the shock placed on the microgranules of diltiazem during the tablet process, together with suitable excipients and adjuvants.

80. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 74, 75 or 76 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

81. The controlled release preparation of claim 1 wherein said neutral acrylic polymer is a neutral copolymer of acrylic acid ethyl ester and acrylic acid methyl ester.

82. The preparation of claim 70, 72 and 74 wherein the lubricant is selected from the group consisting of talc, and magnesium stearate.

83. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 81 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

84. A method of treatment of a patient's hypertension and/or angina comprising the administration of the preparation of diltiazem of claim 82 to the patient in the evening for effective treatment of the patient's hypertension and/or angina the next morning.

85. The preparation of claim 1 in capsule form.

86. The preparation of claim 1 in tablet form.

87. The preparation of claim 2 in capsule form.

88. The preparation of claim 2 in tablet form.

* * * * *

A-143