I


Search results from the "OB_Rx" table for query on "020401."

| | |
|---|---|
| Active Ingredient: | DILTIAZEM HYDROCHLORIDE |
| Dosage Form;Route: | CAPSULE, EXTENDED RELEASE; ORAL |
| Proprietary Name: | TIAZAC |
| Applicant: | BIOVAIL |
| Strength: | 120MG |
| Application Number: | 020401 |
| Product Number: | 001 |
| Approval Date: | Sep 11, 1995 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB4** |
| Patent and Exclusivity Info for this product: View | |

| | |
|---|---|
| Active Ingredient: | DILTIAZEM HYDROCHLORIDE |
| Dosage Form;Route: | CAPSULE, EXTENDED RELEASE; ORAL |
| Proprietary Name: | TIAZAC |
| Applicant: | BIOVAIL |
| Strength: | 180MG |
| Application Number: | 020401 |
| Product Number: | 002 |
| Approval Date: | Sep 11, 1995 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB4** |
| Patent and Exclusivity Info for this product: View | |

| | |
|---|---|
| Active Ingredient: | DILTIAZEM HYDROCHLORIDE |
| Dosage Form;Route: | CAPSULE, EXTENDED RELEASE; ORAL |
| Proprietary Name: | TIAZAC |
| Applicant: | BIOVAIL |
| Strength: | 240MG |
| Application Number: | 020401 |
| Product Number: | 003 |
| Approval Date: | Sep 11, 1995 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB4** |
| Patent and Exclusivity Info for this product: View | |

| | |
|---|---|
| Active Ingredient: | DILTIAZEM HYDROCHLORIDE |
| Dosage Form;Route: | CAPSULE, EXTENDED RELEASE; ORAL |
| Proprietary Name: | TIAZAC |
| Applicant: | BIOVAIL |
| Strength: | 300MG |

Orange Book Detail Record Search                                           Page 2 of 2

Application Number:          020401
Product Number:             004
Approval Date:              Sep 11, 1995
Reference Listed Drug       No
RX/OTC/DISCN:               RX
TE Code:                    **AB4**
Patent and Exclusivity Info for this product: View

Active Ingredient:          DILTIAZEM HYDROCHLORIDE
Dosage Form;Route:          CAPSULE, EXTENDED RELEASE; ORAL
Proprietary Name:           TIAZAC
Applicant:                  BIOVAIL
Strength:                   360MG
Application Number:         020401
Product Number:             005
Approval Date:              Sep 11, 1995
Reference Listed Drug       No
RX/OTC/DISCN:               RX
TE Code:                    **AB4**
Patent and Exclusivity Info for this product: View

Active Ingredient:          DILTIAZEM HYDROCHLORIDE
Dosage Form;Route:          CAPSULE, EXTENDED RELEASE; ORAL
Proprietary Name:           TIAZAC
Applicant:                  BIOVAIL
Strength:                   420MG
Application Number:         020401
Product Number:             006
Approval Date:              Oct 16, 1998
Reference Listed Drug       Yes
RX/OTC/DISCN:               RX
TE Code:
Patent and Exclusivity Info for this product: View

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
    Orange Book Data - **Monthly**
    Orange Book Data Updated Through January, 2005
    Orange Book Patent Data Only - **Daily**
    Patent Data Last Updated: February 18, 2005

**A-673**

Patent and Exclusivity Search Results                                                  Page 1 of 1

**Patent and Exclusivity Search Results from query on Appl No 020062 Product 004 in the OB_Rx list.**

## Patent Data

| Appl No | Prod No | Patent No | Patent Expiration | Drug Substance Claim | Drug Product Claim | Patent Use Code |
|---------|---------|-----------|-------------------|----------------------|--------------------|-----------------|
| 020062 | 004 | 4894240 | JAN 16,2007 | | | |
| 020062 | 004 | 5002776 | MAR 26,2008 | | | |
| 020062 | 004 | 5286497 | MAY 20,2011 | | | |
| 020062 | 004 | 5364620 | NOV 14,2011 | | | U-3 |
| 020062 | 004 | 5439689 | AUG 08,2012 | | | U-107 |
| 020062 | 004 | 5470584 | MAY 20,2011 | | | |

## Exclusivity Data

**There is no unexpired exclusivity for this product.**

Additional information:
1. Patents are published upon receipt by the Orange Book Staff and may not reflect the official receipt date as described in 21 CFR 314.53(d)(5).
2. Patents submitted on FDA Form 3542 and listed after August 18, 2003 will have one to three patent codes indicating specific patent claims as submitted by the sponsor and are detailed in the above table.
3. Patents listed prior to August 18, 2003 are flagged with method of use claims only as applicable and submitted by the sponsor. These patents may not be flagged with respect to other claims which may apply.
4. *PED and PED represent pediatric exclusivity. Patents with pediatric exclusivity granted after August 18, 2003 will be indicated with *PED as was done prior to August 18, 2003. Patents with *PED added after August 18, 2003 will not contain any information relative to the patent itself other than the *PED extension. Information related specifically to the patent will be conveyed on the original patent only.

View a list of all patent use codes
View a list of all exclusivity codes

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
   Orange Book Data - **Monthly**
   Orange Book Data Updated Through January, 2005
   Orange Book Patent Data Only - **Daily**
   Patent Data Last Updated: February 18, 2005

J

**COMPARISON OF THE COMPOSITION OF VARIOUS DILTIAZEM COMPRISING PRODUCTS**

| COMPONENT AND QUALITY STANDARD | CARDIZEM LA (T) SUBJECT INVENTION %w/w of coated active bead | CARDIZEM LA (C) SUBJECT INVENTION %w/w of coated active bead | TIAZAC (C) WO 93/00933 %w/w of coated active bead | CARDIZEM CD (C) EP 0865513 %w/w of coated active bead |
|---|---|---|---|---|
| | Core Active Bead Composition | | | |
| Diltiazem Hydrochloride, USP | 70.15 | 70.45 | 73.03 | 42.35 |
| Microcrystalline Cellulose, USP | 8.77 | 8.81 | 9.1 | - |
| Povidone K30, USP | 1.30 | 1.32 | 1.4 | - |
| Sucrose Stearate, House Std. | 7.46 | 7.48 | 7.7 | - |
| Fumaric Acid | - | - | - | - |
| Talc, USP | - | - | - | 10.59 |
| Talc, USP | - | - | - | 10.59 |
| Silicon Dioxide, NF | - | - | - | 0.12 |
| Sugar Spheres | - | - | - | 9.12 |
| White Wax, NF | - | - | - | 1.01 |
| Ethylcellulose, NF | - | - | - | 2.02 |
| Castor oil, USP | - | - | - | 0.67 |
| Stearic Acid, NF | - | - | - | 0.33 |
| Isopropyl Alcohol, USP 99% | - | - | - | * |
| | Coat Active Bead Composition | | | |
| Magnesium Stearate, NF | 0.85 | 0.78 | 0.56 | - |
| Talc, USP | 0.25 | 0.78 | 0.56 | - |
| Titanium Dioxide, USP | 0.25 | 0.22 | 0.16 | - |
| Hydroxypropyl Methylcellulose 2910, USP | 0.48 | 0.45 | 0.32 | - |
| Polysorbate 80, NF | 0.02 | 0.02 | 0.013 | - |
| Simethicone C Emulsion, USP | 0.01 | 0.01 | 0.022 | 0.023 |
| Eudragit NE30D, Ph. Eur. | 9.85 | 9.18 | 6.6 | - |
| Eudragit RS 30D solids | - | - | - | 12.97 |
| Eudragit RL 30D solids | - | - | - | 0.66 |
| Purified Water, USP | * | * | * | - |
| Talc USP | * | 0.5 | 0.5 | - |
| Amount of Coat Applied | ~12% | ~12% | ~9% | ~23% |
| | Wax Placebo Beads (%w/w of tablet) | | | |
| Microcrystalline Wax, NF | 20.29 | - | - | - |
| Pregelatinized Starch, NF | 13.59 | - | - | - |
| Sodium Starch Glycolate, NF | 6.69 | - | - | - |
| Croscarmellose Sodium, NF | 2.91 | - | - | - |
| Colloidal Silicon Dioxide, NF | 0.9 | - | - | - |
| Hydrogenated Vegetable Oil, Type I, NF | 4.85 | - | - | - |
| | Tablet Coating | | | |
| Opadry II White 49B18328, House Std. | 2.94 | | | |
| Carnuba Wax, NF | 0.01 | | | |

\* Evaporated during manufacturing process

** Used as lubricant to prevent sticking of coated bead

T=Tablet    C=Capsule

A-676

**K**

## Comparison of Pharmacokinetic Parameters of Various Diltiazem Comprising Products



| Parameters | Cardizem LA 360 mg Subject Invention | | Tiazac 360 mg WO 93/00093 | | Cardizem CD 240 mg EP 0856313 | |
|---|---|---|---|---|---|---|
| | A.M. Dosing | P.M. Dosing | A.M. Dosing | P.M. Dosing | A.M. Dosing | P.M. Dosing |
| $AUC_{0-\tau}$ | 3691 ± 1449 | 4251 ± 1219 | 2870 ± 1005 | 2754 ± 810 | 2008 ± 814 | 1754 ± 715 |
| $C_{MAX}$ | 274.5 ± 149.0 | 290.9 ± 94.0 | 243.2 ± 79.0 | 200.3 ± 59.1 | 137.7 ± 48.6 | 127.6 ± 47.8 |
| Plasma Fluctuation | 118.9 ± 70.8 | 93.6 ± 29.5 | 171.4 ± 43.8 | 144.8 ± 26.7 | 112.5 ± 25.5 | 125.8 ± 31.2 |

| | Night/Day Ratio | Night/Day Ratio | Night/Day Ratio |
|---|---|---|---|
| $AUC_{0-\tau}$ | 1.15 | 0.96 | 0.87 |
| $C_{MAX}$ | 1.06 | 0.82 | 0.93 |
| Plasma Fluctuation | 0.79 | 0.85 | 1.12 |

Note: Ratios of the pharmacokinetic parameters normalize for the different dosage strengths thereby allowing for a meaningful comparison of the pharmacokinetic parameters between the Cardizem LA, Tiazac and Cardizem CD.

## 1. CARDIZEM LA v TIAZAC

### I. ANTICIPATION

'093 does not teach or inherently anticipate:

a. a composition having which provides a $C_{max}$ of diltiazem in the blood at between about $10 - 15$ hours,

b. a composition having a higher bioavailability at night (Cardizem LA Night/Day ratio = 1.15, Tiazac Night/Day ratio = 0.96),

A-678

c. a chronotherapeutic formulation of diltiazem (An orally administrable controlled-composition comprising a pharmaceutically acceptable form of diltiazem ... for evening dosing every 24 hours ... when said orally administrable composition ... results in a composition that ...(iii) provides a $C_{max}$ of diltiazem in the blood at between about 10 hours and 15 hours after administration.)

## II. OBVIOUSNESS

The composition of the Tiazac and Cardizem LA core is identical as is the composition of the coat. The ratio of the at least one hydrophilic polymer (HPMC) to the at least one water insoluble swellable neutral copolymer (Eudragit NE30D) is also identical (HPMC:NE30D = 20.5 for Cardizem LA, 20.6 for Tiazac). What is different is the amount of coat applied (~12% for Cardizem LA and ~9% for Tiazac). The Examiner may argue that it would have been obvious for the skilled artisan to increase the amount of coat in Tiazac from 9% to 12% to arrive at the subject invention. This would be incorrect for the following reasons:

a. There is no suggestion or motivation in '093 to increase the amount of coating to further delay the release of diltiazem. The aim of '093 is not to provide a chronotherapeutic formulation of diltiazem. '093 did not set out to solve the problem of reducing blood pressure during the critical morning hours of 6 a.m. to noon when the frequency of heart attacks and strokes is highest. The aim of '093 is to "provide galenic forms of Diltiazem with extended release of the active substance ... having excellent bioavailability while avoiding plasmatic concentration peaks." Page 2, lines 28-33. Accordingly, '093 does not provide any motivation to alter the release rate of diltiazem to provide for a chronotherapeutic formulation.

b. This seemingly trivial increase in the amount of coat applied results in a significant clinical advantage. There is no motivation or suggestion that the formulation taught in '093 will provide for a higher bioavailability when administered during the evening hours. In fact, nowhere in '093 does it disclose when during the day its own formulation of Example 4 was administered, nor is there any suggestion or motivation that increasing the amount of coat applied will lead to a formulation which will provide a higher bioavailability when administered at night and have an even lower plasma fluctuation than the formulation taught in '093. While it is well known in the art that increasing the amount of a coat applied may lead to a delay in the release of a drug, there is no reason *a priori* to assume from general knowledge, and certainly not from the teachings of '093, that increasing the amount of coat applied would also result in other benefits, namely higher bioavailability when administered at night and lower plasma fluctuation. This is in and of itself is a surprising result.

c. Even though the in-vitro release rates of the two compositions overlap, the '093 formulation inherently does not, and cannot, provide for a chronotherapeutic composition. This is unequivocally demonstrated by the comparative pharmacokinetic data presented above.

d. The examiner could argue that '093 could come up with a formulation whose in-vitro dissolution rate fell within the overlapping ranges and that such a formulation would inherently lead to a chronotherapeutic formulation of the presently claimed invention. Not so. For '093 to provide a chronotherapeutic profile, its in-vitro dissolution profile must fit within the presently claimed in-vitro range over the entire 24 hr testing period. '093 provides in-vitro dissolution rates only up to 8 hrs.

A-679

What happens to the dissolution rate after that? To extrapolate beyond 8 hrs for '093 would be incorrect, but given a 9% coat, it is reasonable to assume that that the rate of release will be much faster and that more than 75% release would be achieved before 24 hrs and perhaps even before 14 hrs.

e.  The '093 formulation provides a $C_{max}$ of diltiazem at between 7 – 8 hours (see Figures 1 and 2 in '093). Even if the '093 formulation is administered during the evening hours of between 8 – 10 pm the diltiazem levels would peak between the hours of 3 – 6 am. This would be too early for Tiazac to have any therapeutic significance.

f.  For the examiner to say that it would have been obvious for the skilled artisan to increase the amount of coat applied from 9% to 12% to arrive at the present invention would be use hindsight, which is not permissible. Even if '093 taught or suggested a chronotherapeutic formulation, which it does not, there is no teaching of how much of the coat should be applied to arrive at the presently claimed invention. Will 9.5, 10, 11, 12, 13, 14, 15% or more of the coat be sufficient to obtain a chronotherapeutic formulation? An undue amount of experimentation would be required to determine the optimal amount of coat to be applied to arrive at a chronotherapeutic formulation. The in-vivo dissolution properties for a particular drug do not necessarily or predictability correlate with a desired in-vivo pharmacokinetic profile. The design of a formulation which achieves a desired combination of both in-vitro and in-vivo profiles requires trial and error experimentation i.e., undue experimentation.

2.  **CARDIZEM LA v CARDIZEM CD**

I.  **ANTICIPATION**

'313 does not teach or inherently anticipate:

a.  a composition having a neutral copolymer: Claim 10 of '313 teaches the use of a copolymer of acrylic and methacrylic acid ester. However, the term "copolymer of acrylic and methacrylic acid ester" construed in light of the disclosure only teaches charged copolymers.

b.  A composition having a higher bioavailability at night (Cardizem LA Night / Day ratio = 1.15, Cardizem CD Night/Day ratio = 0.87).

II.  **OBVIOUSNESS**

a.  The teaching in '313 is limited to charged copolymers. Accordingly, the skilled artisan would not deviate from this teaching to use a neutral copolymer. To do so would require undue experimentation, thus making the presently claimed invention unobvious.

b.  There is no suggestion or motivation that using a neutral copolymer might result in a formulation having a higher bioavailability and lower plasma fluctuation when administered in the evening. We, however, would submit that in this case, the use of the neutral copolymer isn't the only differentiating factor over '313. It is the use of a neutral copolymer as well as the amount of coating applied to provide for a specific in-vivo and in-vivo release profile. This complexity would not be readily apparent to the skilled artisan from reading '313.

A-680

2.  **OTHER COMMENTS**

a.  The one thing that did come out of our interview with the Examiner was that in his view we were trying to claim the world of neutral copolymers. Not so. The neutral copolymer claimed is limited to one that is a water insoluble swellable neutral copolymer. Table II of Exhibit 12 (column labeled "solubility") shows only one copolymer with such a characteristic, namely Eudragit NE30D (see also Section 8 under the heading "Eudragit NE30D"). Limiting the claim to "Eudragit NE30D" would, however, be unduly limiting. Eudragit NE30D belongs to the acrylic family of copolymers. There is another neutral copolymer, which belongs to polyvinylic family – Kollicoat SR 30 D. Kollicoat SR 30 D is a neutral copolymer (see page 6 of the Kollicoat SR 30 D Spec Sheet attached), which is insoluble in dilute alkaline and acidic solutions (see page 3 of Spec Sheet). *Note: The "Kollicoat 30 D" referred to in Table II of Exhibit 12 is NOT "Kollicoat SR 30D". The Kollicoat referred to therein is" Kollicoat M4E 30D".* Kollicoat SR 30 D is also a swellable polymer (see picture on top of page 2 of BASF article). We are not sure when Kollicoat SR 30 D was first commercialized, but we think it was after our earliest filing date and accordingly Kollicoat SR 30D would be an unforseen equivalent. I am tracking down the date Kollicoat SR 30 D was first commercialized.

A-681

L

AJH 2003; 16:51–58

# Efficacy and Safety of a Once Daily Graded-Release Diltiazem Formulation in Essential Hypertension

Stephen P. Glasser, Joel M. Neutel, Theophilus J. Gana, and Kenneth S. Albert

**Background:** The efficacy and safety of a chronothera-peutic, graded-release diltiazem HCl extended-release (GRD) 120-, 240-, 360- and 540-mg dose administered once-daily at bedtime (10 PM) were evaluated in a 7-week randomized, double-blind comparison to placebo and to GRD 360 mg administered once-daily at 8 AM in 478 patients with moder-ate-to-severe essential hypertension.

**Methods:** We assessed the change from baseline to end point in trough diastolic blood pressure (DBP) at 6 PM to 10 PM and in mean DBP from 6 AM to 12 noon between GRD 360 mg PM and GRD 360 mg AM, measured by ambulatory BP monitoring (ABPM).

**Results:** Bedtime doses of GRD showed dose-related mean reductions in trough DBP that were significant for GRD doses of 240 mg and higher. Bedtime GRD 360 mg was associated with a significantly greater reduction in mean DBP between 6 AM and 12 noon compared to morn-ing GRD 360 mg with a least squares mean for treatment difference of −3.3 mm Hg (*P* = .0004). Similar dose-

related and significant reductions in systolic BP (SBP) and heart rate (HR) were obtained. Incidence of adverse events (AEs) for all GRD groups (44.5%) was less than that obtained for the placebo group (49.3%). The 540-mg group showed an incidence of AEs (43.5%) similar to that observed for the 240-mg group (42.6%).

**Conclusions:** The GRD dose-dependently signifi-cantly reduces BP and HR over the 24-h interval after once-daily bedtime dosing. Further greater reductions were obtained between 6 AM and 12 noon, when circadian BP is highest, compared to morning administration of the same dose. The 540-mg GRD was safe, well tolerated, and offers further therapeutic option for patients with severe hypertension who required additional BP control. Am J Hypertens 2003;16:51–58 © 2003 American Journal of Hypertension, Ltd.

**Key Words:** Diltiazem extended release, hypertension, chronotherapy, nighttime dosing.

Results of several large epidemiologic studies have shown that there is an increased incidence of nonembolic stroke,[1,2] silent myocardial isch-emia,[3,4] myocardial infarction,[1,5,6] and sudden cardiac death[1,7,8] in the early morning period, between 6 AM and 12 noon. This peak incidence of cardiovascular events coincides with the period of the early morning surge in blood pressure (BP) and heart rate (HR) in normotensive and hypertensive individuals.[9,10] Although several poten-tial triggers for cardiovascular events have been identified during the early morning period, there is growing evidence of an important association between the early morning surge in BP and myocardial ischemia. Consequently, this has led to the need to develop chronotherapeutic antihy-pertensive medications, which synchronize their antihy-

pertensive effect with the body's circadian rhythm of BP, thereby optimizing control.

Recently, a new once-daily, graded-release formu-lation of diltiazem (GRD), designed to achieve maxi-mum plasma levels between the critical morning hours of 6 AM and 12 noon when dosed at night has been developed. Pharmacokinetic studies comparing night-time administration of GRD to morning administration of an identical dose showed peak plasma concentrations during the period 6 AM to 12 noon.[11] Because plasma concentrations of diltiazem are known to correlate with its antihypertensive effects,[12–14] the latter results sug-gest that GRD may be an ideal chronotherapeutic agent for the management of hypertension. To date, no chronothera-peutic diltiazem formulation has been approved for mar-

Received July 1, 2002. First decision July 25, 2002. Accepted September 5, 2002.

From the Division of Epidemiology (SPG), School of Public Health, University of Minnesota, Minneapolis, Minnesota; University of Califor-nia (JMN), Irvine, California; and Biovail Technologies, Ltd. (TJG,

KSA), Chantilly, Virginia.

Address correspondence and reprint requests to Dr. Stephen P. Glasser, Division of Epidemiology, School of Public Health, University of Minnesota, 1300 South Second Street, Suite 300, Minneapolis, MN, 55454-1015; e-mail: glasser@epi.umn.edu

© 2003 by the American Journal of Hypertension, Ltd.
Published by Elsevier Science Inc.

0895-7061/03/$30.00
PII S0895-7061(02)03153-X

A-683

AJH–January 2003–VOL. 16, NO. 1

keting in the United States by the Food and Drug Administration.

In this study, we have assessed four doses of GRD, 120-mg PM, 240-mg PM, 360-mg PM and AM, and 540-mg PM compared to placebo in stages II and III hypertension.[15] A unique feature of this study was a comparison of the safety and efficacy of 360-mg dosed PM and AM, and a 540-mg dose of diltiazem.

## Methods

### Study Design

A total of 39 centers in the United States participated in this randomized, double-blind, parallel-group, dose-response, placebo-controlled, multicenter study. The study protocol and amendments were approved by an appropriately constituted central or local Institutional Review Board. The study consisted of an initial screening period followed by a 3- to 4-week single-blind, placebo run-in period. Thereafter, patients were randomized to receive either placebo or active treatment (GRD—Biovail Laboratories, Steinbach, Manitoba, Canada), for a 7-week double-blind treatment period as follows: placebo, GRD 120-mg PM, GRD 240-mg PM, GRD 360-mg AM, GRD 360-mg PM, or GRD 540-mg PM in a ratio of 1:1:1:1.5: 1.5:1 by telephone from an Interactive Voice Response System (IVRS). Patients randomized to 540 mg had an initial 1-week titration period on 360 mg, followed by forced titration to 540 mg from weeks 2 to 7. Patients randomized to the remaining groups received their respective doses throughout the 7-week treatment period.

Study medications were taken each morning at 8 AM ±1 h (360-mg AM only) and evening at 10 PM ±1 h. Patients were evaluated for safety and efficacy at weekly intervals during the run-in and titration periods, and at 2-week intervals during the double-blind treatment period.

### Patients

Adult male and female patients, aged 18 to 70 years, with moderate-to-severe essential hypertension who gave written informed consent were included into the study if their average seated systolic blood pressure (SBP) was <200 mm Hg and mean seated diastolic blood pressure (DBP) was ≥100 mm Hg and ≤114 mm Hg at rest on 2 consecutive weeks during the run-in period. Furthermore, the average seated DBP readings at the two qualifying visits could not vary by more than 7 mm Hg. In addition, patients were eligible for randomization only if their mean daytime (8 AM to 4 PM) DBP by ambulatory BP monitoring (ABPM) was ≥90 mm Hg and ≤114 mm Hg at baseline.

Patients were excluded from the study if they had a recent history of serious cardiovascular or cerebrovascular events, secondary hypertension, or any serious chronic or uncontrolled medical conditions. In addition, nightshift workers and patients with a known sensitivity to diltiazem were excluded.

### Measurements of BP and HR

A 36-h ABPM was performed on each patient at baseline and at the end of the double-blind treatment period using a Spacelabs 90207 monitor (Spacelabs, Inc., Redmond, WA). The ABPM monitor was applied to the patient's nondominant arm at 6 PM ±1 h, and the patients were instructed to dose this medication at 10 PM ±1 h that night, and to return to the clinic the next morning at 8 AM ±1 h to have the monitor checked. The next morning trough office cuff seated BP measurements were obtained at 8 AM ±1 h. The ABPM was programmed to take one measurement every 20 min during the 24-h interval. The patient returned to the clinic again the following morning (after 36 h of ABPM application) at 8 AM ±1 h to have the monitor removed and the recorded data downloaded.

In addition, seated office BP measurements were taken at all clinic visits. The average of three BP measurements taken 2 min apart after the patient had been sitting quietly for 5 min was used. Seated HR was measured after the second BP determination. Office cuff BP measurements were obtained at 6 PM ±1 h (trough for PM dosing) and at 8 AM ±1 h (trough for AM dosing) on the days ABPM was performed.

### Efficacy Parameters

One primary measure of efficacy was the change from baseline to end point in trough DBP, recorded between 6 PM and 10 PM by ABPM, for the evening GRD treatment groups (GRD 120 mg, 240 mg, 360 mg PM and 540 mg) compared with placebo. The co-primary was the change from baseline to end point in mean DBP recorded by ABPM between 6 AM and 12 noon for GRD 360 mg AM compared to 360 mg PM.

Twelve secondary efficacy variables assessed the changes from baseline to end point in SBP, DBP, and HR by ABPM and clinic measurements, for the periods 4 AM to 8 AM, 6 AM to 12 noon, 6 PM to 10 PM, and the overall 24-h mean.

Responder rates were also determined for BP values assessed by office cuff sphygmomanometry. The DBP responder rate was defined as the proportion of patients achieving a mean DBP <90 mm Hg at end point or a decrease of at least 10 mm Hg from the baseline mean DBP; SBP responder rate was defined as the proportion of patients achieving a mean SBP <140 mm Hg at end point or a decrease of at least 10% from the baseline mean SBP.

### Statistical Analysis

All statistical analyses were performed using SAS Version 6.12 or higher (Statistical Analysis System Institute, Inc., Cary, NC). Intent-to-treat analyses of efficacy data were performed. Separate analysis of covariance (ANCOVA) models were used to analyze each continuous primary and secondary efficacy variable, using the change from baseline to end point as the dependent variable, treatment and study site as the main effects, and baseline BP included as

A-684



a covariate. The treatment-by-baseline and treatment-by-site interactions were examined. Multiple comparisons between the placebo group and each active treatment group were made using Dunnett's test. Responder rates were summarized by counts and percentages, and compared between treatment groups using Fisher's exact test.

Sample size was determined based on the change from baseline to end point in the mean DBP between 6 AM and 12 noon as measured by ABPM between the GRD 360-mg PM and 360-mg AM treatment groups. Assuming a common standard deviation of 8 mm Hg, it was estimated that 99 patients in each 360-mg group (AM and PM) and 66 in each of the other groups will provide greater than 80% power to detect a mean difference of 4 mm Hg between the two 360-mg groups, and a mean difference of 5 mm Hg between the rest of the groups at the 0.05 level of significance. Hence, 462 patients were planned for randomization.

## Results
### Patient Disposition

A total of 478 patients were randomized and received at least one dose of study medication; overall, 429 (89.1%) of these patients completed the study. The patient demographics and baseline characteristics are summarized in Table 1. The most common reason for premature withdrawal from the double-blind period was an adverse event, in 3.2% of GRD-treated patients and 4.3% of placebo-treated patients. Other reasons for withdrawal included noncompliance, withdrawal of consent, and lack of efficacy.

### Efficacy Results

Blood Pressure   The mean ± SD reductions in trough SBP, DBP, and HR measured by ABPM between 6 PM and 10 PM in all treatment groups are summarized in Table 2. The mean reductions in trough DBP were dose related and were statistically significant for the GRD 240-mg ($P <$ .0001), 360-mg ($P =$ .002), and 540-mg ($P <$ .0001) groups. The largest mean reduction in trough DBP was observed in the 540-mg group. Similarly, there were dose-related, mean reductions in trough (6 PM to 10 PM) SBP from baseline to end point for all evening GRD groups (Table 2), which were only statistically significant for the GRD doses greater than 120 mg. The 540-mg group also showed the greatest reduction. The greater reductions in BP observed for the 240-mg dose (DBP: −5.3 mm Hg; SBP: −8.1 mm Hg) compared with the 360-mg AM dose (DBP: −3.3 mm Hg; SBP: −4.6 mm Hg), may be due to significant baseline BP differences between the two groups. There was a 5 mm Hg difference in DBP and a 7.5 mm Hg difference in SBP between the two groups (Table 1). This is especially likely because with diltiazem, the extent of the BP reduction is related to the severity of the baseline hypertension.[12,16,17] The least squares mean re-

sults, adjusting for baseline differences, confirmed the dose-related reductions in trough DBP and eliminated the latter difference in the responses observed between the GRD 240-mg and 360-mg PM treatment groups. The least squares means for the change from baseline to end point in trough DBP were: −1.92 mm Hg, −4.26 mm Hg, −4.38 mm Hg, and −8.02 mm Hg, respectively, for GRD 120-, 240-, 360-mg PM and 540-mg treatment groups (Fig. 1A). Similar least squares mean results were obtained for the corresponding change from baseline to end point in trough SBP (Fig. 1A).

There was a significant difference between the GRD 360-mg PM and 360-mg AM groups in the mean change from baseline to end point in DBP measured by ABPM between 6 AM and 12 noon (Table 2). The least squares mean for treatment difference was −3.30 mm Hg ($P =$ .0004) for DBP (Fig. 1B). For SBP, similar results were obtained (Table 2) with a least squares mean for treatment difference of −5.32 mm Hg ($P =$ .0004) in favor of the PM treatment group (Fig. 1B). In addition, there was a significant ($P <$ .0001), dose-related increase in the antihypertensive effect observed between 6 AM and 12 noon for all the GRD evening doses with the 540-mg group showing the greatest effect (Fig. 1B).

The 24-h DBP (Fig. 2A) and SBP (Fig. 2B) profiles for the GRD 360-mg PM, 360-mg AM, and placebo treatment groups obtained by ABPM after 7 weeks of treatment, using the mean hourly values, showed bedtime administration of GRD provided the greatest antihypertensive effect, for DBP and particularly SBP, during the critical morning period (about 6 AM to 12 noon) and the least effect during the hours of 2 to 4 AM, when BP is at its lowest. The lower reductions in the 24-h mean DBP and SBP for the GRD 360-mg AM group compared to the 360-mg PM group (Table 2) can similarly be attributed to the lower baseline BP values of the PM group, as shown previously in other reports.[18,19]

The DBP responder rates achieved for all GRD treatment groups above the 120-mg dose were significantly ($P <$ .05) higher than those observed for placebo (Fig. 3). For SBP, only the GRD 240-mg and 540-mg treatment groups achieved significantly higher responder rates compared to placebo. The SBP responder rates for the 360-mg groups did not achieve statistical significance, probably because the significantly lower baseline BP values (Table 1) reduced the extent of the antihypertensive response.[16,17,19] Overall, the largest responder rates were observed in the 540-mg treatment group and were 73.4% for DBP and 67.2% for SBP. Between the 360-mg PM and 360-mg AM groups, the responder rates were similar.

Heart Rate   There were dose-related mean reductions in HR from baseline to end point during the time periods assessed (Table 2), with the greatest reductions seen during the 6 AM to 12 noon period. The mean reductions in 24-h HR were only significant ($P <$ .05) for the GRD doses above 240 mg. Compared to placebo, only the mean 24-h reductions for the GRD 360-mg doses and higher

A-685

*AJH–January 2003–VOL. 16, NO. 1*

Table 1.  Patient demographics and baseline characteristics

| Characteristic | Placebo (n = 69) | GRD 120 mg (n = 67) | GRD 240 mg (n = 68) | GRD 360 mg AM (n = 102) | GRD 360 mg PM (n = 103) | GRD 540 mg (n = 69) | P |
|---|---|---|---|---|---|---|---|
| Age (y) | 51.5 ± 9.6 | 51.6 ± 10.3 | 52.8 ± 9.2 | 53.6 ± 9.6 | 52.5 ± 8.4 | 51.4 ± 9.5 | .6103 |
| Height (cm) | 171.2 ± 10.8 | 170.5 ± 9.6 | 173.6 ± 9.5 | 171.9 ± 9.7 | 172.8 ± 10.2 | 172.0 ± 8.3 | .4792 |
| Weight (kg) | 92.5 ± 18.3 | 86.6 ± 17.4 | 90.5 ± 19.7 | 94.5 ± 22.9 | 91.8 ± 18.0 | 92.1 ± 18.0 | .3501 |
| Gender - n (%) | | | | | | | .7023 |
| Male | 45 (65.2) | 46 (68.7) | 42 (61.8) | 61 (59.8) | 69 (67.0) | 40 (58.0) | |
| Female | 24 (34.8) | 21 (31.3) | 26 (38.2) | 41 (40.2) | 34 (33.0) | 29 (42.0) | |
| Ethnicity - n (%) | | | | | | | .2151 |
| White | 45 (65.2) | 35 (52.2) | 42 (61.8) | 66 (64.7) | 67 (65.0) | 47 (68.1) | |
| African American | 16 (23.2) | 22 (32.8) | 24 (35.3) | 28 (27.5) | 28 (27.2) | 14 (20.3) | |
| Other | 8 (11.5) | 10 (15.0) | 2 (3.0) | 8 (7.8) | 8 (7.8) | 8 (11.5) | |
| | (n = 59) | (n = 61) | (n = 64) | (n = 95) | (n = 96) | (n = 64) | |
| Baseline ABPM parameters | | | | | | | |
| Trough (6 PM–10 PM)* | | | | | | | |
| SBP (mm Hg) | 155.7 ± 14.1 | 154.9 ± 14.4 | 160.7 ± 14.7 | 151.5 ± 19.9 | 153.2 ± 14.5 | 156.4 ± 15.8 | .0061 |
| DBP (mm Hg) | 98.6 ± 8.3 | 97.8 ± 9.6 | 100.3 ± 9.5 | 92.5 ± 10.6 | 95.3 ± 9.8 | 98.3 ± 10.1 | .0398 |
| HR (beats/min) | 85.0 ± 12.6 | 81.3 ± 13.2 | 84.7 ± 10.1 | 75.7 ± 10.1 | 83.8 ± 11.8 | 85.3 ± 13.1 | .4718 |
| 6 AM–12 noon | | | | | | | |
| SBP (mm Hg) | 156.6 ± 12.7 | 155.2 ± 12.5 | 159.3 ± 13.7 | 161.0 ± 17.1 | 156.0 ± 12.2 | 157.3 ± 12.7 | .0718 |
| DBP (mm Hg) | 101.7 ± 7.4 | 100.1 ± 7.1 | 101.7 ± 8.3 | 100.3 ± 8.1 | 100.1 ± 7.0 | 100.7 ± 6.7 | .6190 |
| HR (beats/min) | 80.6 ± 10.3 | 79.1 ± 10.8 | 80.4 ± 10.1 | 82.9 ± 9.6 | 82.0 ± 11.4 | 82.1 ± 10.0 | .2609 |
| 24-h mean | | | | | | | |
| SBP (mm Hg) | 151.2 ± 12.3 | 150.4 ± 11.8 | 154.5 ± 12.6 | 156.0 ± 16.6 | 150.5 ± 12.0 | 151.6 ± 12.7 | .0300 |
| DBP (mm Hg) | 96.0 ± 7.0 | 95.0 ± 6.5 | 96.5 ± 7.4 | 94.9 ± 7.4 | 94.3 ± 6.4 | 95.2 ± 6.9 | .4141 |
| HR (beats/min) | 80.2 ± 9.9 | 78.2 ± 10.8 | 80.1 ± 8.6 | 81.5 ± 8.9 | 80.7 ± 10.2 | 80.0 ± 9.8 | .4672 |

GRD = graded-release diltiazem HCl extended release; SBP = systolic blood pressure; DBP = diastolic blood pressure; HR = heart rate.
Values are mean ± SD.
* Trough values for GRD 360 mg AM are for the period 4 AM to 8 AM.

A-686

**Table 2.** Change from baseline to end point in mean DBP, SBP, and HR recorded by ABPM

| Period | Placebo (n = 57) | GRD 120 mg (n = 59) | GRD 240 mg (n = 63) | GRD 360 mg AM (n = 94) | GRD 360 mg PM (n = 95) | GRD 540 mg (n = 62) |
|---|---|---|---|---|---|---|
| Trough (6 PM–10 PM)* | | | | | | |
| SBP (mm Hg) | 0.5 ± 12.2 | −2.8 ± 13.0 | −8.1 ± 12.7†‡ | −8.4 ± 10.7†‡ | −4.6 ± 12.9†‡ | −9.9 ± 13.2†‡ |
| DBP (mm Hg) | −0.2 ± 7.8 | −2.1 ± 9.2‡ | −5.3 ± 9.6†‡ | −6.4 ± 7.7†‡ | −3.3 ± 10.0†‡ | −8.2 ± 9.1†‡ |
| HR (beats/min) | −1.5 ± 10.5 | −0.2 ± 10.1 | −1.5 ± 8.8 | −4.2 ± 6.8† | −4.6 ± 9.3† | −5.4 ± 9.1† |
| 6 AM–12 noon | | | | | | |
| SBP (mm Hg) | 0.5 ± 11.5 | −5.9 ± 10.8†‡ | −12.6 ± 11.3†‡ | −8.4 ± 9.8†‡ | −12.0 ± 9.5†‡ | −18.5 ± 12.5†‡ |
| DBP (mm Hg) | −0.3 ± 8.0 | −4.5 ± 6.9†‡ | −9.3 ± 7.7†‡ | −6.8 ± 5.9†‡ | −9.9 ± 7.0†‡ | −14.8 ± 8.2†‡ |
| HR (beats/min) | 0.5 ± 8.7 | −0.7 ± 7.4 | −3.2 ± 7.7†‡ | −5.1 ± 7.9†‡ | −5.8 ± 9.7†‡ | −8.3 ± 8.7†‡ |
| 24-h mean | | | | | | |
| SBP (mm Hg) | 1.0 ± 7.7 | −4.3 ± 9.0†‡ | −9.2 ± 8.8†‡ | −10.1 ± 8.3†‡ | −8.2 ± 7.7†‡ | −13.5 ± 9.7†‡ |
| DBP (mm Hg) | −0.1 ± 5.0 | −2.9 ± 5.3†‡ | −5.9 ± 5.8†‡ | −8.1 ± 5.1†‡ | −6.6 ± 5.2†‡ | −10.8 ± 6.1†‡ |
| HR (beats/min) | −0.3 ± 6.9 | −0.4 ± 5.2 | −2.4 ± 6.1† | −6.1 ± 6.4†‡ | −4.6 ± 6.9†‡ | −6.7 ± 6.2†‡ |

Abbreviations as in Table 1.
Values are mean ± SD.
* Trough values for GRD 360 mg AM are for the period 4 AM to 8 AM; † *P* < .05 for change from baseline to end point; ‡ *P* < .05 v placebo.



FIG. 1. A) Least squares mean changes from baseline in trough diastolic and systolic blood pressure (BP) obtained by ambulatory blood pressure monitoring between 6 PM and 10 PM for placebo and graded-release diltiazem HCl extended release 120-mg, 240-mg, 360-mg PM, and 540-mg treatment groups. B) Least squares mean changes from baseline in diastolic BP and systolic BP obtained by ambulatory blood pressure monitoring between 5 AM and 12 noon for all treatment groups.

were significant (*P* < .05). Between the 360-mg AM and PM groups, the 24-h mean reductions in HR were not significant.

## Safety Results

Overall, 216 (45.2%) patients in the GRD treatment groups and 34 (49.3%) from the placebo group reported AE/s during the double-blind treatment period of the study. At least one AE was reported by 182 (44.5%) of the GRD-treated patients, compared to 34 (49.3%) of the placebo-treated patients. Incidence of AEs were 34 (49.3%), 21 (31.3%), 29 (42.6%), 50 (49.0%), 52 (50.5%), and 30 (43.5%), respectively, for the placebo, 120-mg, 240-mg, 360-mg AM, 360-mg PM, and 540-mg treatment groups. There were no apparent trends in the incidence of AEs between the treatment groups (Table 3). Although the 540-mg dose was associated with the greatest reductions in SBP, DBP, and HR, the incidence of AEs observed was similar to that observed for the 240-mg treatment group, and lower than that observed for the placebo group. The most frequently occurring AEs reported previously overall for the combined GRD groups were similar to those reported for diltiazem,[17] and include headache (11.7%), upper respiratory tract infection (5.6%), and lower limb edema (5.4%). There were no episodes of bradycardia, and there were no episodes of first-degree atrioventricular





**FIG. 2.** The 24-h diastolic blood pressure (BP) (A) and systolic BP (B) profiles recorded by ambulatory blood pressure monitoring for placebo and graded-release diltiazem HCl extended release 360-mg AM and 360-mg PM treatment groups at the end of 7 weeks of double-blind treatment.

block requiring discontinuation from the study in the GRD treatment groups. Clinical laboratory abnormalities observed in the GRD groups were consistent with those reported previously in the approved package insert for diltiazem.[17]



**FIG. 3.** Responder rates based on seated office diastolic and systolic BP measured at trough (6 PM ±1 h for PM dosing; 8 AM ±1 h for AM dosing) for all treatment groups. Diastolic BP responder rate was defined as the proportion of patients achieving a mean diastolic BP <90 mm Hg at end point or a decrease of at least 10 mm Hg from the baseline mean diastolic BP. Systolic BP responder rate was defined as the proportion of patients achieving a mean systolic BP <140 mm Hg at end point or a decrease of at least 10% from the baseline mean systolic BP.

## Discussion

The results of this study clearly demonstrate that GRD, a novel graded-release diltiazem HCl extended-release formulation, designed for once-daily nighttime dosing, reduces BP over the 24-h dosing interval in a dose-dependent fashion. The antihypertensive effect for SBP and DBP were significant for doses above 120 mg/day. Nighttime administration of GRD 360 mg was associated with significantly greater reductions in DBP (−3.3 mm Hg) and SBP (−5.3 mm Hg), during the period 6 AM to 12 noon compared to the same dose administered in the morning. The 24-h BP profiles obtained at the end of the 7-week treatment period confirm that GRD synchronizes its antihypertensive effect with the circadian variation of BP. These results confirm GRD as a chronotherapeutic antihypertensive agent that maximizes its effect during the period of early morning BP surge, which coincides with the reported peak incidence of nonembolic stroke,[1,2] silent myocardial ischemia,[3,4] myocardial infarction,[1,5,6] and sudden cardiac death.[1,7,8] In addition, the smallest BP reduction occurred between 2 and 4 AM when BP is physiologically at its lowest level. The findings in this study confirm previous reports of a linear dose–response for the antihypertensive effects of different formulations of diltiazem over the dosage range 120 to 540 mg/day.[14,16,20] Furthermore, the high DBP response rate of 73% achieved in this study is similar to the 72% rate achieved for diltiazem in the VA Cooperative Study.[21,22] In addition, the sustained 24-h antihypertensive effect after once-daily administration, and the timing of its maximum effect at the time of abrupt increase of BP after arising from overnight sleep are desirable features of an optimal antihypertensive formulation described in Sixth Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure (JNC-VI).[15]

Heart rate was similarly reduced in a dose-dependent fashion during the 24-h dosing interval in this study. The greatest reduction in HR occurred during the early morning post-awakening period. The combined reductions in SBP and HR may have beneficial clinical implications in reducing the SBP–HR product.[23,24] The latter is a well-recognized index of myocardial oxygen demand and has been shown to parallel silent myocardial ischemia.[25] In addition, the findings of the Framingham study reveal that the risk of developing cardiovascular disease in hypertensive patients and cardiovascular mortality increased in a continuous graded fashion with their accompanying increase in HR.[24,26] These findings and the fact that increased HR is an underappreciated accompaniment of hypertension, suggest that antihypertensive agents that reduce the HR may be particularly beneficial in reducing hypertensive cardiovascular mortality.[24]

The GRD was safe and very well tolerated across the dose range studied. Adverse events were qualitatively similar to those reported previously with other diltiazem formulations.[17] A most significant finding in this trial was

**Table 3.** Number (%) of the most frequently reported AE/s from the GRD and placebo treatment groups

| Adverse Events | Placebo (n = 69) | GRD 120 mg (n = 67) | GRD 240 mg (n = 68) | GRD 360 mg AM (n = 102) | GRD 360 mg PM (n = 103) | GRD 540 mg (n = 69) |
|---|---|---|---|---|---|---|
| Headache NOS | 10 (14.5) | 8 (11.9) | 10 (14.7) | 13 (12.7) | 11 (10.7) | 6 (8.7) |
| Edema lower limb | 4 (5.8) | 2 (3.0) | 4 (5.9) | 8 (7.8) | 3 (2.9) | 5 (7.2) |
| Upper respiratory tract infection NOS | 2 (2.9) | 3 (4.5) | 3 (4.4) | 7 (6.9) | 6 (5.8) | 4 (5.8) |
| Nasopharyngitis | 1 (1.4) | 1 (1.5) | 2 (2.9) | 2 (2.0) | 4 (3.9) | 2 (2.9) |
| Constipation | 1 (1.4) | 0 (0.0) | 0 (0.0) | 2 (2.0) | 1 (1.0) | 2 (2.9) |
| Sinusitis NOS | 2 (2.9) | 1 (1.5) | 0 (0.0) | 2 (2.0) | 2 (1.9) | 0 (0.0) |
| Cough | 0 (0.0) | 0 (0.0) | 0 (0.0) | 5 (4.9) | 1 (1.0) | 1 (1.4) |
| Urinary tract infection NOS | 0 (0.0) | 1 (1.5) | 0 (0.0) | 1 (1.0) | 0 (0.0) | 0 (0.0) |

NOS = not otherwise specified; other abbreviations as in Tables 1 and 2.

despite a dose-dependent reduction in BP, no obvious dose-related trends in the incidence of AEs observed. In fact, although the 540-mg dose was associated with the greatest reductions in BP and HR, the incidence of AEs was similar to that observed for the 240-mg dose group and lower than that observed for the placebo group. These findings are important in light of a recent review of the anomalies in the dosing of diltiazem, which revealed that: 1) physicians routinely use subtherapeutic doses of diltiazem for treating hypertension for reasons based on the history of its development; 2) previous studies investigating the efficacy of diltiazem formulations showed that 360 mg/day was the most commonly required dose (by 85% of patients) for complete control of hypertension compared to 240 mg/day for angina; and 3) the *Physicians Desk Reference* (containing Food and Drug Administration-approved products) states that 180 to 240 mg/day is the usual starting dose for diltiazem and titration up to 540 mg/day may be carried out.[20] That review also revealed that in contrast, the prescribing patterns of physicians showed that prescriptions of diltiazem for the treatment of hypertension were most frequently for the 240-mg capsule (43.3%), followed by the 180-mg capsule (28.7%), 120-mg capsule (9.8%), and only a total of 4.0% for the 360-mg strength.[20] In this study, we have demonstrated that further increasing the dose of diltiazem to 540 mg impressively reduces BP with a safety profile no greater than for much smaller doses of diltiazem.

In conclusion, we have demonstrated that GRD, a novel chronotherapeutic agent, when dosed once-daily at nighttime in a dose-dependent fashion, effectively reduces BP over the 24-h dosing interval in patients with moderate-to-severe essential hypertension. Nighttime administration of GRD is associated with significant and clinically meaningful greater reductions in BP between 6 AM and 12 noon, the period of the early morning BP surge and clustering of adverse cardiovascular events, when compared to an identical morning dose. GRD was safe and well tolerated, and

these results establish the 540-mg dose as another safe therapeutic option in patients with severe hypertension requiring additional BP control.

## References

1. Muller JE, Ludmer PL, Willich SN, Tofler GH, Aylmer G, Klangos I, Stone PH: Circadian variation in the frequency of sudden cardiac death. Circulation 1987;75:131–138.

2. Marler JR, Price TR, Clark GL, Muller JE, Robertson T, Mohr JP, Hier DB, Wolf PA, Caplan LR, Foulkes MA: Morning increase in onset of ischemic stroke. Stroke 1989;20:473–476.

3. Rocco MB, Barry J, Campbell S, Nabel E, Cook EF, Goldman L, Selwyn AP: Circadian variation of transient myocardial ischemia in patients with coronary artery disease. Circulation 1987;75:395–400.

4. Hausmann D, Lichtlen PR, Nikutta P, Wenzlaff P, Daniel WG: Circadian variation of myocardial ischemia in patients with stable coronary artery disease. Chronobiol Int 1991;8:385–398.

5. Muller JE, Stone PH, Turi ZG, Rutherford JD, Czeisler CA, Parker C, Poole WK, Passamani E, Roberts R, Robertson T, Sobel BE, Willerson JT, Braunwald E: Circadian variation in the frequency of onset of acute myocardial infarction. N Engl J Med 1985;313:1315–1322.

6. Willich SN, Linderer T, Wegscheider K, Leizorovicz A, Alamercery I, Schroder R, and the ISLAM Study Group: Increased morning incidence of myocardial infarction in the ISLAM study: Absence with prior beta-adrenergic blockade. Circulation 1989;80:853–858.

7. Willich SN, Levy D, Rocco MB, Tofler GH, Stone PH, Muller JE: Circadian variation in the incidence of sudden cardiac death in the Framingham heart study population. Am J Cardiol 1987;60:801–806.

8. Tofler GH, Brezinski D, Schafer AI, Czeisler CA, Rutherford JD, Willich SN, Gleason RE, Williams GH, Muller JE: Concurrent morning increase in platelet aggregability and the risk of myocardial infarction and sudden cardiac death. N Engl J Med 1987;316:1514–1518.

9. Weber MA, Drayer JI, Nakamura DK, Wyle FA: The circadian blood pressure pattern in ambulatory normal subjects. Am J Cardiol 1984;54:115–119.

10. Drayer JI, Weber MA, Nakamura DK: Automated ambulatory blood pressure monitoring: a study in age-matched normotensive and hypertensive men. Am Heart J 1985;109:1334–1338.

**A-689**



11. Diltiazem (GRD): Data on file. Biovail Laboratories, Inc., Chantilly, Virginia.

12. Neutel JM, Johnson R: Current challenges in the management of hypertension: effective single-dose monotherapy with a novel formulation of diltiazem. Advances in Therapy 1996;13:245–259.

13. Smith DHG, Neutel JM, Weber MA: Comparisons of the effects of different long-acting delivery systems on the pharmacokinetics and pharmacodynamics of diltiazem. Am J Hypertens 1999;12:1030–1037.

14. Lacourcière Y, Poirier L, Lefebvre J, Burford RG: Clinical efficacy of force titrated doses of diltiazem extended-release. A placebo-controlled study. Am J Hypertens 1995;8:282–286.

15. Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure and the National High Blood Pressure Education Program Coordinating Committee: The Sixth Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure (JNC VI). Arch Intern Med 1997;157:2413–2446.

16. Neutel JM, Smith DHG, Frishman WH: Optimization of antihypertensve therapy with a novel, extended release formulation of diltiazem: results of a practice-based clinical study. Clin Ther 1997;19:1379–1393.

17. Biovail Pharmaceuticals, Inc: Cardizem CD Product Monograph. Physician's Desk Reference. Montvale, NJ, Medical Economics Company, Inc., 2002, pp 1016–1018.

18. White WB, Lund-Johansen P, Omvik P: Twenty-four hour blood pressure load as a surrogate end point in assessing antihypertensive therapy. J Hypertens 1993;11(Suppl 4):S75–S80.

19. Mancia G, Omboni S, Ravogli A, Parati G, Zanchetti A: Ambulatory blood pressure monitoring in the evaluation of antihypertensive treatment: Additional information from a large data base. Blood Pressure 1995;4:148–156.

20. Pool PE: Anomalies in the dosing of diltiazem. Clin Cardiol 2000; 23:18–23.

21. Materson BJ Reda DJ, Cushman WC, Massie BM, Freis ED, Kochar MS, Hamburger RJ, Fye C, Lakshman R, Gottdiener J, Ramirez EA, Henderson WG, for the Department of Veteran Affairs Cooperative Study Group on Antihypertensive Agents: Single-drug therapy for hypertension in men: a comparison of six antihypertensive agents with placebo. N Engl J Med 1993;328:914–921.

22. Materson BJ Reda DJ, Cushman WC: Department of Veteran Affairs Single-Drug Therapy of Hypertension Study. Revised figures and new data. Am Heart J 1995;8:189–192.

23. White WB: Heart rate and the rate-pressure product as determinants of cardiovascular risk in patients with hypertension. Am J Hypertens 1999;12(Suppl):50S–55S.

24. Kannel WB: Update on hypertension as a cardiovascular risk factor, in Mancia G, Chalmers J, Julius S, Saruta T, Weber MA, Ferrari AU, Wilkinson IB (eds): Manual of Hypertension. New York, Churchill Livingstone, 2002, p. 3–19.

25. Deedwania PC, Nelson JR: Pathophysiology of silent myocardial ischemia during daily life: hemodynamic evaluation by simultaneous electrocardiographic and blood pressure monitoring. Circulation 1990;82:1296–1304.

26. Gillman MW, Kannel WB, Belanger A, D'Agostino RB: Influence of heart rate on mortality among persons with hypertension: The Framingham Study. Am Heart J 1993;125:1148–1154.

## Appendix:

List of multicenter principal investigators: Neville Bittar, MD, Gemini Scientific, Madison, WI; Albert Carr, MD, Southern Clinical Research and Management, Augusta, GA; Hal Chadow, MD, Brookdale Cardiovascular Associates, Brooklyn, NY; Steven Chrysant, MD, Oklahoma Cardiovascular and Hypertension Center, Oklahoma City, OK; Deanna Cheung, MD, Memorial Research Medical Clinic, Long Beach, CA; Adnan Dahdul, MD, FutureCare Studies, Springfield, MA; George Dennish, MD, San Diego Cardiovascular Associates, La Jolla, CA; Walter Gaman, MD, North Texas Clinical Research, Irving, TX; Larry Gilderman, MD, University Clinic Research, Inc., Pembrook Pines, FL; Stephen Glasser, MD, USF CURE and Lipid Clinic, Tampa, FL; Daniel Gottlieb, MD, Seattle, WA; Robert Grossman, MD, Western Clinical Research, Torrance, CA; Robert Guthrie, MD, Ohio State University Research Clinic, Columbus, OH; Michael Koren, MD, Jacksonville Center for Clinical Research, Jacksonville, FL; David Kraus, MD, Memphis Heart Clinic, Memphis, TN; Mark Kutner, MD, Miami Research Associates, Miami, FL; Irving Loh, MD, Ventura Heart Institute, Thousand Oaks, CA; Puneet Narayan, MD, Clinical Research Institute of Northern Virginia, Inc., Springfield, VA; Joel Neutel, MD, Orange County Heart Institute, Orange, CA; Gilberto Neri, MD, Rush Presbyterian, Chicago, IL; Vasilios Papademetriou, MD, VA Medical Center, Washington DC; John Pappas, MD, Central Kentucky Research Associates, Inc., Lexington, KY; Henry Punzi, MD, Punzi Medical Center, Carrolton, TX; Bruce Rankin, DO, University Clinical Research DeLand, DeLand, FL; William Sokol, MD, Health Research Institute, Newport Beach, CA; William B. Smith, MD, New Orleans Center for Clinical Research, New Orleans, LA; Danny Sugimoto, MD, Cedar-Crosse Research Center, Chicago, IL; Matthew Weir, MD, University of Maryland, Clinical Research Unit, Baltimore, MD; Robert Weiss, MD, Androscoggin Cardiology Research, Auburn, ME; John Zerbe, MD, The Lindner Center, Cincinnati, OH; Benjamin Lewis, MD, Piedmont Clinical Research Center, Ninety Six, SC; Eleuterio Delfin, MD, Advanced Center for Clinical Research, LLC, Norwalk, CA; Jon Ruckle, MD, Radiant Research, Honolulu, HI; Howard Offenberg, MD, Radiant Research, Daytona Beach, FL; Rodney Schmidt, MD, Radiant Research, Lakewood, WA; Douglas Schumacher, MD, Radiant Research, Columbus, OH; Daniel Crow, MD; Radiant Research; Duncan, SC; Harry Geisberg, MD, Radiant Research, Anderson, SC; Richard Heuser, MD, Discovery Alliance, Inc., Phoenix, AZ.

**Teskin, Robin**

| | |
|---|---|
| **From:** | Salim Mamajiwalla [salim.mamajiwalla@biovail.com] |
| **Sent:** | Friday, January 28, 2005 4:55 PM |
| **To:** | Teskin, Robin |
| **Cc:** | Paul Maes |
| **Subject:** | Polymethacrylates |



Document.pdf (2
MB)

Robin,

I have attached a chapter out of the Hanbook of Pharmaceutical Sciences
relating to polymethacrylates.  The information Edith suggests we include
can be found in Section 8.

-----Original Message-----
From: CA1 MFP - 3W [mailto:CA1MFP-3W@biovail.com]
Sent: Friday, January 28, 2005 5:02 PM
To: SALIM MAMAJIWALLA
Subject:

**A-691**

M

## ANTICIPATION

The Examiner has rejected Claims 1-15, 17, 19-37, 39, 43, and 63-78 under 35 U.S.C. 102(b) as being anticipated by EPA 856313 (hereinafter "EPA '313"). The Examiner states that EPA '313 discloses a once daily product wherein the release rates overlap those claimed by Applicant. Applicant respectfully submits that all the independent claims as amended in the present application includes the limitation of a neutral copolymer as the at least one water insoluble swellable polymer. EPA '313 does not teach nor suggest the use of a neutral copolymer. The Examiner states that Claim 8 of EPA '313 broadly teaches the use of copolymers of acrylic and methacrylic esters, which would include the use of a neutral copolymer as the water insoluble polymer. However, Applicant respectfully submits that this teaching in EPA '313 does not include a neutral copolymer. All of the Eudragit-type polymeric materials taught in EPA '313 are charged polymers. Applicant has provided below a table of the Eudragit-type polymers and their corresponding charges. This information would have been known to the skilled artisan at the time of filing of the EPA '313 application.

| Name | Charge |
|---|---|
| Eudragit RL | Cationic [ammonium] |
| Eudragit RS | Cationic [ammonium] |
| Eudragit L | Anionic [Carboxyl] |
| Eudragit S | Anionic [Carboxyl] |
| Eudragit E | Cationic [Diethyl amino] |
| Eudragit RL 30D | Cationic [ammonium] |
| Eudragit L 30D | Anionic [Carboxyl] |
| Eudragit E 12.5 | Cationic [Diethyl amino] |
| Eudragit RL 12.5 | Cationic [ammonium] |
| Eudragit RS 12.5 | Cationic [ammonium] |

Given that all of the Eudragit type polymers taught in EPA '313 are charged, Applicant submits that the skilled artisan, having read EPA' 313 in its entirety would

N

# Handbook of
# Pharmaceutical
# Excipients

## Fourth Edition

Edited by
Raymond C Rowe, Paul J Sheskey
and Paul J Weller

**PhP**
Pharmaceutical Press

**APhA**
American
Pharmaceutical
Association

A-695

Published by the Pharmaceutical Press
Publications division of the Royal Pharmaceutical Society of Great Britain

1 Lambeth High Street, London SE1 7JN, UK
100 South Atkinson Road, Suite 206, Grayslake, IL 60030-7820, USA

and the American Pharmaceutical Association
2215 Constitution Avenue NW, Washington, DC 20037-2985, USA

© Pharmaceutical Press and American Pharmaceutical Association 2003

 is a trade mark of Pharmaceutical Press

First edition published 1986
Second edition published 1994
Third edition published 2000
Fourth edition published 2003

Text design by Barker Hilsdon, Lyme Regis
Typeset by Bibliocraft Ltd, Dundee
Printed in Great Britain by The Bath Press, Bath

ISBN 0 85369 472 9 (UK)
ISBN 1 58212 022 6 (USA)

All rights reserved. No part of this publication may be
reproduced, stored in a retrieval system, or transmitted in any
form or by any means, without the prior written permission
of the copyright holder.
   The publisher makes no representation, express or implied,
with regard to the accuracy of the information contained in
this book and cannot accept any legal responsibility or
liability for any errors or omissions that may be made.

A catalogue record for this book is available from the British Library

Library of Congress Cataloging-in-Publication Data
Handbook of pharmaceutical excipients.–4th ed. / edited by Raymond C.
Rowe, Paul J. Sheskey, Paul J. Weller.
   p. ; cm.
Includes bibliographical references and index.
   ISBN 1-58212-022-6 (alk. paper) – ISBN 0-85369-472-9 (alk. paper)
1. Excipients–Handbooks, manuals, etc.
   [DNLM: 1. Excipients–Handbooks. QV 735 H236 2003] I. Rowe, Raymond
C. II. Sheskey, Paul J. III. Weller, Paul J.

RS201.E87H36 2003
615'.19-dc21

2003002641

A-696

# Polymethacrylates

## 1 Nonproprietary Names

BP: Methacrylic acid–ethyl acrylate copolymer (1:1)
Methacrylic acid–ethyl acrylate copolymer (1:1) dispersion 30 per cent
Methacrylic acid–methyl methacrylate copolymer (1:1)
Methacrylic acid–methyl methacrylate copolymer (1:2)

PhEur: Acidum methacrylicum et ethylis acrylas polymerisatum 1:1
Acidum methacrylicum et ethylis acrylas polymerisatum 1:1 dispersio 30 per centum
Acidum methacrylicum et methylis methacrylas polymerisatum 1:1
Acidum methacrylicum et methylis methacrylas polymerisatum 1:2

USPNF: Ammonio methacrylate copolymer
Methacrylic acid copolymer
Methacrylic acid copolymer dispersion

Note that three separate monographs applicable to polymethacrylates are contained in the USPNF 20; see Section 9. Several different types of material are defined in the monographs. The PhEur 2002 contains four separate monographs applicable to polymethacrylates.

## 2 Synonyms

Eastacryl 30D; Eudragit; Kollicoat MAE 30 D; Kollicoat MAE 30 DP; polymeric methacrylates.

## 3 Chemical Name and CAS Registry Number

See Table I.

## 4 Empirical Formula and Molecular Weight

The PhEur 2002 describes methacrylic acid–ethyl acrylate copolymer (1:1) as a copolymer of methacrylic acid and ethyl acrylate having a mean relative molecular mass of about 250 000. The ratio of carboxylic groups to ester groups is about 1:1. It may contain suitable surfactants such as sodium dodecyl sulfate or polysorbate 80. An aqueous 30% w/v dispersion of this material is also defined in a separate monograph. Methacrylic acid–methyl methacrylate copolymer (1:1) is described in the PhEur 2002 as a copolymer of methacrylic acid and methyl methacrylate having a mean relative molecular mass of about 135 000. The ratio of carboxylic acid to ester groups is about 1:1. A further monograph in the PhEur 2002 describes methacrylic acid–methyl methacrylate copolymer (1:2), where the ratio of carboxylic acid to ester groups is about 1:2.

The USPNF 20 describes methacrylic acid copolymer as a fully polymerized copolymer of methacrylic acid and an acrylic or methacrylic ester. Three types, Type A, Type B, and Type C, are defined in the monograph. They vary in their methacrylic acid content and solution viscosity. Type C may contain suitable surface-active agents. Two additional polymers, Type A (Eudragit RL) and Type B (Eudragit RS), also referred

to as ammonio methacrylate copolymers, consisting of fully polymerized copolymers of acrylic and methacrylic acid esters with a low content of quaternary ammonium groups, are also described in the USPNF 20. A further monograph for an aqueous dispersion of Type C methacrylic acid copolymer is also defined.

See Section 9.

Typically, the molecular weight of the polymer is $\geq 100\,000$.

## 5 Structural Formula



For Eudragit E:
$R^1, R^3 = CH_3$
$R^2 = CH_2CH_2N(CH_3)_2$
$R^4 = CH_3, C_4H_9$
For Eudragit L and Eudragit S:
$R^1, R^3 = CH_3$
$R^2 = H$
$R^4 = CH_3$
For Eudragit RL and Eudragit RS:
$R^1 = H, CH_3$
$R^2 = CH_3, C_2H_5$
$R^3 = CH_3$
$R^4 = CH_2CH_2N(CH_3)_3{}^+Cl^-$
For Eudragit NE 30 D:
$R^1, R^3 = H, CH_3$
$R^2, R^4 = CH_3, C_2H_5$
For Eudragit L 30 D-55 and Eudragit L 100-55, Eastacryl 30D, Kollicoat MAE 30 D and Kollicoat MAE 30 DP:
$R^1, R^3 = H, CH_3$
$R^2 = H$
$R^4 = CH_3, C_2H_5$

## 6 Functional Category

Film former; tablet binder; tablet diluent.

## 7 Applications in Pharmaceutical Formulation or Technology

Polymethacrylates are primarily used in oral capsule and tablet formulations as film-coating agents.[1–15] Depending on the type of polymer used, films of different solubility characteristics can be produced; see Table II.

Table 1:  Chemical name and CAS Registry Number of polymethacrylates.

| Chemical name | Trade name | Company name | CAS number |
|---|---|---|---|
| Poly(butyl methacrylate, (2-dimethyl aminoethyl) methacrylate, methyl methacrylate) 1 : 2 : 1 | Eudragit E 100 | Röhm GmbH | [24938-16-7] |
| | Eudragit E 12.5 | Röhm GmbH | |
| Poly(ethyl acrylate, methyl methacrylate) 2 : 1 | Eudragit NE 30 D (formerly Eudragit 30 D) | Röhm GmbH | [9010-88-2] |
| Poly(methacrylic acid, methyl methacrylate) 1 : 1 | Eudragit L 100 | Röhm GmbH | [25806-15-1] |
| | Eudragit L 12.5 | Röhm GmbH | |
| | Eudragit L 12.5 P | Röhm GmbH | |
| Poly(methacrylic acid, ethyl acrylate) 1 : 1 | Eudragit L 30 D-55 | Röhm GmbH | [25212-88-8] |
| | Eudragit L 100-55 | Röhm GmbH | |
| | Eastacryl 30D | Eastman Chemical | [25212-88-8] |
| | Kollicoat MAE 30 D | BASF Fine Chemicals | [25212-88-8] |
| | Kollicoat MAE 30 DP | BASF Fine Chemicals | |
| Poly(methacrylic acid, methyl methacrylate) 1 : 2 | Eudragit S 100 | Röhm GmbH | [25086-15-1] |
| | Eudragit S 12.5 | Röhm GmbH | |
| | Eudragit S 12.5 P | Röhm GmbH | |
| Poly(ethyl acrylate, methyl methacrylate, trimethylammonioethyl methacrylate chloride) 1 : 2 : 0.2 | Eudragit RL 100 | | [33434-24-1] |
| | Eudragit RL PO | Röhm GmbH | |
| | Eudragit RL 30 D | Röhm GmbH | |
| | Eudragit RL 12.5 | Röhm GmbH | |
| Poly(ethyl acrylate, methyl methacrylate, trimethylammonioethyl methacrylate chloride) 1 : 2 : 0.1 | Eudragit RS 100 | | [33434-24-1] |
| | Eudragit RS PO | Röhm GmbH | |
| | Eudragit RS 30 D | Röhm GmbH | |
| | Eudragit RS 12.5 | Röhm GmbH | |

*Eudragit E* is used as a plain or insulating film former; it is soluble in gastric fluid below pH 5. In contrast, *Eudragit L* and *S* types are used as enteric coating agents because they are resistant to gastric fluid. Different types are available that are soluble at different pH values: e.g., *Eudragit L 100* is soluble at pH > 6; *Eudragit S 100* is soluble at pH > 7.

*Eudragit RL*, *RS*, and *NE 30 D* are used to form water-insoluble film coats for sustained-release products. *Eudragit RL* films are more permeable than those of *Eudragit RS*, and films of varying permeability can be obtained by mixing the two types together.

*Eudragit L 30 D-55* is used as an enteric coating film former for solid-dosage forms. The coating is resistant to gastric juice but dissolves readily at above pH 5.5.

*Eudragit L 100-55* is an alternative to *Eudragit L 30 D-55*. It is commercially available as a redispersible powder.

*Eastacryl 30D*, *Kollicoat MAE 30 D*, and *Kollicoat MAE 30 DP*, are aqueous dispersions of methacrylic acid–ethyl acrylate copolymers. They are also used as enteric coatings for solid-dosage forms.

Polymethacrylates are also used as binders in both aqueous and organic wet-granulation processes. Larger quantities (5–20%) of dry polymer are used to control the release of an active substance from a tablet matrix. Solid polymers may be used in direct-compression processes in quantities of 10–50%.

Polymethacrylate polymers may additionally be used to form the matrix layers of transdermal delivery systems and have also been used to prepare novel gel formulations for rectal administration.[16]

*See also* Section 18.

## 8  Description

Polymethacrylates are synthetic cationic and anionic polymers of dimethylaminoethyl methacrylates, methacrylic acid, and methacrylic acid esters in varying ratios. Several different types are commercially available and may be obtained as the dry powder, as an aqueous dispersion, or as an organic solution. A (60 : 40) mixture of acetone and propan-2-ol is most commonly used as the organic solvent. *See* Tables I and III.

*Eudragit E* is cationic polymer based on dimethylaminoethyl methacrylate and other neutral methacrylic acid esters. It is soluble in gastric fluid as well as in weakly acidic buffer solutions (up to pH ≈ 5). *Eudragit E* is available as a 12.5% ready-to-use solution in propan-2-ol–acetone (60 : 40). It is light yellow in color with the characteristic odor of the solvents. Solvent-free granules contain ≈98% dried weight content of *Eudragit E*.

*Eudragit L* and *S*, also referred to as methacrylic acid copolymers in the USPNF 20 monograph, are anionic copolymerization products of methacrylic acid and methyl methacrylate. The ratio of free carboxyl groups to the ester is approximately 1 : 1 in *Eudragit L* and approximately 1 : 2 in *Eudragit S*. Both polymers are readily soluble in neutral to weakly alkaline conditions (pH 6–7) and form salts with alkalis, thus affording film coats that are resistant to gastric media but soluble in intestinal fluid. They are available as a 12.5% solution in propan-2-ol without plasticizer (*Eudragit L 12.5* and *S 12.5*); and as a 12.5% ready-to-use solution in propan-2-ol with 1.25% dibutyl phthalate as plasticizer (*Eudragit L 12.5 P* and *S 12.5 P*). Solutions are colodess, with the characteristic odor of the solvent. *Eudragit L-100* and *Eudragit S-100* are white free-flowing powders with at least 95% of dry polymers.

A-698

464    Polymethacrylates

Table II:    Summary of properties and uses of commercially available polymethacrylates.

| Type | Supply form | Polymer dry weight content | Recommended solvents or diluents | Solubility | Applications |
|------|-------------|---------------------------|----------------------------------|------------|--------------|
| **Eudragit (Röhm GmbH)** | | | | | |
| Eudragit E 12.5 | Organic solution | 12.5% | Acetone, alcohols | Soluble in gastric fluid to pH 5 | Film coating |
| Eudragit E 100 | Granules | 98% | Acetone, alcohols | Soluble in gastric fluid to pH 5 | Film coating |
| Eudragit L 12.5 P | Organic solution | 12.5% | Acetone, alcohols | Soluble in intestinal fluid from pH 6 | Enteric coatings |
| Eudragit L 12.5 | Organic solution | 12.5% | Acetone, alcohols | Soluble in intestinal fluid from pH 6 | Enteric coatings |
| Eudragit L 100 | Powder | 95% | Acetone, alcohols | Soluble in intestinal fluid from pH 6 | Enteric coatings |
| Eudragit L 100-55 | Powder | 95% | Acetone, alcohols | Soluble in intestinal fluid from pH 5.5 | Enteric coatings |
| Eudragit L 30 D-55 | Aqueous dispersion | 30% | Water | Soluble in intestinal fluid from pH 5.5 | Enteric coatings |
| Eudragit S 12.5 P | Organic solution | 12.5% | Acetone, alcohols | Soluble in intestinal fluid from pH 7 | Enteric coatings |
| Eudragit S 12.5 | Organic solution | 12.5% | Acetone, alcohols | Soluble in intestinal fluid from pH 7 | Enteric coatings |
| Eudragit S 100 | Powder | 95% | Acetone, alcohols | Soluble in intestinal fluid from pH 7 | Enteric coatings |
| Eudragit RL 12.5 | Organic solution | 12.5% | Acetone, alcohols | High permeability | Sustained release |
| Eudragit RL 100 | Granules | 97% | Acetone, alcohols | High permeability | Sustained release |
| Eudragit RL PO | Powder | 97% | Acetone, alcohols | High permeability | Sustained release |
| Eudragit RL 30 D | Aqueous dispersion | 30% | Water | High permeability | Sustained release |
| Eudragit RS 12.5 | Organic solution | 12.5% | Acetone, alcohols | Low permeability | Sustained release |
| Eudragit RS 100 | Granules | 97% | Acetone, alcohols | Low permeability | Sustained release |
| Eudragit RS PO | Powder | 97% | Acetone, alcohols | Low permeability | Sustained release |
| Eudragit RS 30 D | Aqueous dispersion | 30% | Water | Low permeability | Sustained release |
| Eudragit NE 30 D | Aqueous dispersion | 30% or 40% | Water | Swellable, permeable | Sustained release, tablet matrix |
| **Eastacryl (Eastman Chemical Company)** | | | | | |
| Eastacryl 30 D | Aqueous dispersion | 30% | Water | Soluble in intestinal fluid from pH 5.5 | Enteric coatings |
| **Kollicoat (BASF Fine Chemicals)** | | | | | |
| Kollicoat 30 D | Aqueous dispersion | 30% | Water | Soluble in intestinal fluid from pH 5.5 | Enteric coatings |
| Kollicoat 30 DP | Aqueous dispersion | 30% | Water | Soluble in intestinal fluid from pH 5.5 | Enteric coatings |

Note: Recommended plasticizers for the above polymers include dibutyl phthalate, polyethylene glycols, triethyl citrate, triacetin, and 1,2-propylene glycol. The recommended concentration of the plasticizer is approximately 10-25% plasticizer (based on the dry polymer weight). A plasticizer is not necessary with Eudragit E 12.5, Eudragit E 100 and Eudragit NE 30 D.

Eudragit RL and Eudragit RS, also referred to as ammonio methacrylate copolymers in the USPNF 20 monograph, are copolymers synthesized from acrylic acid and methacrylic acid esters, with Eudragit RL (Type A) having 10% of functional quaternary ammonium groups and Eudragit RS (Type B) having 5% of functional quaternary ammonium groups. The ammonium groups are present as salts and give rise to pH-independent permeability of the polymers. Both polymers are water-insoluble, and films prepared from Eudragit RL are freely permeable to water, whereas, films prepared from Eudragit RS are only slightly permeable to water. They are available as 12.5% ready-to-use solutions in propan-2-ol-acetone (60 : 40). Solutions are colorless or slightly yellow in color, and may be clear or slightly turbid; they have an odor characteristic of the solvents. Solvent-free granules (Eudragit RL 100 and Eudragit RS 100) contain ≥97% of the dried weight content of the polymer.

Eudragit RL PO and Eudragit RS PO are fine, white powders with a slight aminelike odor. They are characteristically the same polymers as Eudragit RL and RS. They contain ≥97% of dry polymer.

Eudragit RL 30 D and Eudragit RS 30 D are aqueous dispersions of copolymers of acrylic acid and methacrylic acid esters with a low content of quaternary ammonium groups. The dispersions contain 30% polymer. The quaternary groups occur as salts and are responsible for the permeability of films made from these polymers. Films prepared from Eudragit RL 30 D are readily permeable to water and to dissolved active substances, whereas films prepared from Eudragit RS 30 D are less permeable to water. Film coatings prepared from both polymers give pH-independent release of active substance. Plasticizers are usually added to improve film properties.

A-699

Polymethacrylates    465

Table III:  Solubility of commercially available polymethacrylates in various solvents.

| Type | Solvent | | | | | | |
|---|---|---|---|---|---|---|---|
| | Acetone and alcohols[a] | Dichloromethane | Ethyl-acetate | 1 N HCl | 1 N NaOH | Petroleum ether | Water |
| Eudragit (Röhm GmbH) | | | | | | | |
| Eudragit E 12.5 | M | M | M | M | — | M | — |
| Eudragit E 100 | S | S | S | — | — | I | I |
| Eudragit L 12.5 P | M | M | M | — | M | P | P |
| Eudragit L 12.5 | M | M | M | — | M | P | P |
| Eudragit L 100-55 | S | I | I | — | S | I | I |
| Eudragit L 100 | S | I | I | — | S | I | I |
| Eudragit L 30 D-55[b] M[c] | — | — | I | M[d] | — | M | — |
| Eudragit S 12.5 P | M | M | M | — | M | P | P |
| Eudragit S 12.5 | M | M | M | — | M | P | P |
| Eudragit S 100 | S | I | I | — | M | P | P |
| Eudragit RL 12.5 | M | M | M | — | S | I | I |
| Eudragit RL 100 | S | S | S | — | — | P | M |
| Eudragit RL PO | S | S | S | — | — | I | I |
| Eudragit RL 30 D | M[c] | M | M | — | I | I | I |
| Eudragit RS 12.5 | M | M | M | — | — | P | M |
| Eudragit RS 100 | S | S | S | — | — | I | M |
| Eudragit RS PO | S | S | S | — | — | I | I |
| Eudragit RS 30 D | M[c] | M | M | — | I | I | M |
| Eastacryl (Eastman Chemical Company) | | | | | | | |
| Eastacryl 30D[b] | M[c] | — | — | — | M[d] | — | M |
| Kollicoat (BASF Fine Chemicals) | | | | | | | |
| Kollicoat MAE 30 D[b] | M[c] | — | — | — | M[d] | — | M |
| Kollicoat MAE 30 DP[b] | M[c] | — | — | — | M[d] | — | M |

S = soluble; M = miscible; I = insoluble or immiscible; P = precipitates.
[a] Alcohols including ethanol, methanol, and propan-2-ol.
[b] Supplied as an milky-white aqueous dispersion.
[c] A 1:5 mixture forms a clear, viscous, solution.
[d] A 1:2 mixture forms a clear or slightly opalescent, viscous liquid.
1 part of Eudragit RL 30 D or of Eudragit RS 30 D dissolves completely in 5 parts acetone, ethanol, or propan-2-ol to form a clear or slightly turbid solution. However, when mixed in a ratio of 1:5 with ethanol, Eudragit RL 30 D dissolves completely, whereas Eudragit RS 30 D dissolves only partially.

*Eudragit NE 30 D* is an aqueous dispersion of a neutral copolymer consisting of polymethacrylic acid esters. The dispersions are milky-white liquids of low viscosity and have a weak aromatic odor. Films prepared from the latter swell in water, to which they become permeable. Thus, films produced are insoluble in water, but give pH-independent drug release.

*Eudragit L 30 D-55*, is an aqueous dispersion of an anionic copolymer based on methacrylic acid and ethyl acrylate. The copolymer corresponds to USPNF 20 methacrylic acid copolymer, Type C. The ratio of free-carboxyl groups to ester groups is 1:1. Films prepared from the copolymers dissolve above pH 5.5, forming salts with alkalis, thus affording coatings that are insoluble in gastric media but soluble in the small intestine.

*Eastacryl 30D, Kollicoat MAE 30 D*, and *Kollicoat MAE 30 DP* are also aqueous dispersions of the anionic copolymer based on methacrylic acid and ethyl acrylate. The copolymer also corresponds to USPNF 20 methacrylic acid copolymer, Type C. The ratio of free-carboxyl groups to ester groups is 1:1. Films prepared from the copolymers dissolve above pH 5.5, forming salts with alkalis, thus affording coatings that are insoluble in gastric media, but soluble in the small intestine.

*Eudragit L 100-55* (prepared by spray-drying *Eudragit L 30 D-55*) is a white, free-flowing powder that is redispersible in

water to form a latex that has properties similar to those of *Eudragit L 30 D-55*.

## 9  Pharmacopeial Specifications

Specifications for polymethacrylates from the PhEur 2002 are shown in Table IV and those from the USPNF 20 in Table V.

## 10  Typical Properties

Acid value:
300–330 for *Eudragit L 12.5, L 12.5 P, L 100, L 30 D-55, L 100-55; Eastacryl 30D; Kollicoat MAE 30 D*, and *Kollicoat MAE 30 DP*
180–200 for *Eudragit S 12.5, S 12.5 P*, and *S 100*
Alkali value:
162–198 for *Eudragit E 12.5* and *E 100*
23.9–32.3 for *Eudragit RL 12.5, RL 100*, and *RL PO*
27.5–31.7 for *Eudragit RL 30 D*
12.1–18.3 for *Eudragit RS 12.5, RS 100*, and *RS PO*
16.5–22.3 for *Eudragit RS 30 D*
Density (bulk): 0.390 g/cm³
Density (tapped): 0.424 g/cm³

A-700

466    Polymethacrylates

Table IV:    Specifications from PhEur 2002.

| Test | PhEur 2002 | | | |
|---|---|---|---|---|
| | Methacrylic acid–ethyl acrylate copolymer (1:1) | Methacrylic acid–ethyl acrylate copolymer (1:1) dispersion 30% | Methacrylic acid–methyl methacrylate copolymer (1:1) | Methacrylic acid–methyl methacrylate copolymer (1:2) |
| Identification | + | + | + | + |
| Characters | + | + | + | + |
| Appearance of a film | + | + | + | + |
| Apparent viscosity | | ⩽15 mPa s | 50–200 mPa s | |
| Particulate matter | — | ⩽1.0% | | |
| Ethyl acrylate and methacrylic acid | ⩽0.1% | ⩽0.1% | — | — |
| Methyl methacrylate and methacrylic acid | — | — | ⩽0.1% | ⩽0.1% |
| Residue on evaporation | — | 28.5–31.5% | — | — |
| Loss on drying | ⩽5.0% | | ⩽5.0% | ⩽5.0% |
| Sulfated ash | ⩽0.4% | ⩽0.2% | ⩽0.1% | ⩽0.1% |
| Microbial contamination | — | + | — | — |
| Assay (methacrylic acid units) | 46.0–50.6% | 46.0–50.6% | 46.0–50.6% | 27.6–30.7% |

Density (true):
0.811–0.821 g/cm$^3$ for *Eudragit E*
0.83–0.85 g/cm$^3$ for *Eudragit L, S 12.5* and *12.5 P*
0.831–0.852 g/cm$^3$ for *Eudragit L, S 100*
1.062–1.072 g/cm$^3$ for *Eudragit L 30 D-55*
0.821–0.841 g/cm$^3$ for *Eudragit L 100-55*
0.816–0.836 g/cm$^3$ for *Eudragit RL* and *RS 12.5*
0.816–0.836 g/cm$^3$ for *Eudragit RL* and *RS PO*
1.047–1.057 g/cm$^3$ for *Eudragit RL* and *RS 30 D*
1.037–1.047 g/cm$^3$ for *Eudragit NE 30D*
1.062–1.072 g/cm$^3$ for *Eastacryl 30D*
1.062–1.072 g/cm$^3$ for *Kollicoat MAE 30 D* and *Kollicoat MAE 30 DP*
Refractive index:
$n_D^{20}$ = 1.38–1.385 for *Eudragit E*
$n_D^{20}$ = 1.39–1.395 for *Eudragit L* and *S*
$n_D^{20}$ = 1.387–1.392 for *Eudragit L 100-55*
$n_D^{20}$ = 1.38–1.385 for *Eudragit RL* and *RS*
Solubility: see Table II.
Viscosity (dynamic):
3–12 mPa s for *Eudragit E*
⩽50 mPa s for *Eudragit NE 30D*
50–200 mPa s for *Eudragit L* and *S*
⩽15 mPa s for *Eudragit L 30 D-55*
100–200 mPa s for *Eudragit L 100-55*
⩽15 mPa s for *Eudragit RL* and *RS*
⩽200 mPa s for *Eudragit RL* and *RS 30D*
⩽15 mPa s for *Kollicoat MAE 30 D* and *Kollicoat MAE 30 DP*
145 mPa s for *Eastacryl 30D*

## 11    Stability and Storage Conditions

Dry powder polymer forms are stable at temperatures less than 30°C. Above this temperature, powders tend to form clumps, although this does not affect the quality of the substance and the clumps can readily be broken up. Dry powders are stable for at least 3 years if stored in a tightly closed container at less than 30°C.

Dispersions are sensitive to extreme temperatures and phase separation occurs below 0°C. Dispersions should therefore be stored at temperatures between 5 and 25°C and are stable for at least 18 months after shipping from the manufacturer's warehouse if stored in a tightly closed container at the above conditions.

## 12    Incompatibilities

Incompatibilities occur with certain polymethacrylate dispersions depending upon the ionic and physical properties of the polymer and so . For example, coagulation may be caused by soluble electro tes, pH changes, some organic solvents, and extremes of temperature; see Table II. For example, dispersions of *Eudragit L 30 D, RL 30 D, L 100-55,* and *RS 30 D* are incompatible with magnesium stearate. *Eastacryl 30D, Kollicoat MAE 30 D,* and *Kollicoat MAE 30 DP* are also incompatible with magnesium stearate.

Interactions between polymethacrylates and some drugs can occur, although solid polymethacrylates and organic solutions are generally more compatible than aqueous dispersions.

## 13    Method of Manufacture

Prepared by the polymerization of acrylic and methacrylic acids or their esters, e.g., butyl ester or dimethylaminoethyl ester.

## 14    Safety

Polymethacrylate copolymers are widely used as film-coating materials in oral pharmaceutical formulations. They are also used in topical formulations and are generally regarded as nontoxic and nonirritant materials.

A daily intake of 2 mg/kg body-weight of *Eudragit* (equivalent to approximately 150 mg for an average adult) may be regarded as essentially safe in humans.

See also Section 15.

## 15    Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Additional measures should be taken when handling organic solutions of polymethacrylates. Eye protection, gloves, and a dust mask or respirator are recommended. Polymethacrylates should be handled in well-ventilated environment and measures should be taken to prevent dust formation.

A-701

Table V:    Specifications from USPNF 20.

| Test | USPNF 20 | USPNF 20 (Suppl 1) |
| --- | --- | --- |
| | Ammonio methacrylate copolymer[a] | Methacrylic acid copolymer |
| Identification | + | + |
| Viscosity | | |
| Type A | ⩽15 mPa s | 50–200 mPa s |
| Type B | ⩽15 mPa s | 50–200 mPa s |
| Type C | — | 100–200 mPa s |
| Loss on drying | | |
| Type A | ⩽3.0% | ⩽5.0% |
| Type B | ⩽3.0% | ⩽5.0% |
| Type C | — | ⩽5.0% |
| Residue on ignition | | |
| Type A | ⩽0.1% | ⩽0.1% |
| Type B | ⩽0.1% | ⩽0.1% |
| Type C | — | ⩽0.4% |
| Arsenic | | ⩽2 ppm |
| Heavy metals | ⩽0.002% | ⩽0.002% |
| Organic volatile impurities | — | + |
| Limit of monomers | — | ⩽0.05% |
| Methyl methacrylate | ⩽0.005% | — |
| Ethyl acrylate | ⩽0.025% | — |
| Assay of methacrylic acid units (dried basis) | | |
| Type A | 8.85–11.96% | 46.0–50.6% |
| Type B | 4.48–6.77% | 27.6–30.7% |
| Type C | — | 46.0–50.6% |

[a] Corresponds to Eudragit RL and RS.

Acute and chronic adverse effects have been observed in workers handling the related substances methyl methacrylate and poly(methyl methacrylate) (PMMA).[17,18] In the UK, the occupational exposure limit for methyl methacrylate has been set at 208 mg/m³ (50 ppm) long-term (8-hour TWA), and 416 mg/m³ (100 ppm) short-term.[19]

See also Section 17.

### 16   Regulatory Status

Included in the FDA Inactive Ingredients Guide (oral capsules and tablets). Included in nonparenteral medicines licensed in the UK.

### 17   Related Substances

Methyl methacrylate; poly(methyl methacrylate).

Methyl methacrylate
Empirical formula: $C_5H_8O_2$
Molecular weight: 100.13
CAS number: [80-62-6]
Synonyms: methacrylic acid, methyl ester; methyl 2-methacrylate; methyl 2-methylpropenoate; MME.
Safety:
  $LD_{50}$ (dog, SC): 4.5 g/kg
  $LD_{50}$ (mouse, IP): 1 g/kg
  $LD_{50}$ (mouse, oral): 5.2 g/kg
  $LD_{50}$ (mouse, SC): 6.3 g/kg
  $LD_{50}$ (rat, IP): 1.33 g/kg
  $LD_{50}$ (rat, SC): 7.5 g/kg
Comments: methyl methacrylate forms the basis of acrylic bone cements used in orthopedic surgery.

Poly(methyl methacrylate)
Empirical formula: $(C_5H_8O_2)_n$
Synonyms: methyl methacrylate polymer; PMMA.
Comments: poly(methyl methacrylate) has been used as a material for intraocular lenses, for denture bases, and as a cement for dental prostheses.

### 18   Comments

A number of different polymethacrylates are commercially available that have different applications and properties; see Table II.

For spray coating, polymer solutions and dispersions should be diluted with suitable solvents. Some products need the addition of a plasticizer such as dibutyl sebacate, dibutyl phthalate, glyceryl triacetate, or polyethylene glycol. Different types of plasticizer may be mixed to optimize the polymer properties for special requirements.

### 19   Specific References

1   Lehmann K, Dreher D. The use of aqueous synthetic-polymer dispersions for coating pharmaceutical dosage forms. *Drugs Made Ger* 1973; 16: 126, 131, 132, 134, 136.
2   Lehmann K. Acrylic coatings in controlled release tablet manufacture I. *Manuf Chem Aerosol News* 1973; 44(5): 36–38.
3   Lehmann K. Acrylic coatings in controlled release tablet manufacture II. *Manuf Chem Aerosol News* 1973; 44(6): 39–41.
4   Lehmann K. Polymer coating of tablets – a versatile technique. *Manuf Chem Aerosol News* 1974; 45(5): 48, 50.
5   Gurny R, Guitard P, Buri P, Sucker H. Realization and theoretical development of controlled-release drug forms using methacrylate films 3: preparation and characterization of controlled-release drug forms [in French]. *Pharm Acta Helv* 1977; 52: 182–187.



6   Lehmann K, Dreher D. Coating of tablets and small particles with acrylic resins by fluid bed technology. *Int J Pharm Technol Prod Manuf* 1981; 2(4): 31–43.

7   Dew MJ, Hughes PJ, Lee MG, *et al*. An oral preparation to release drugs in the human colon. *Br J Clin Pharmacol* 1982; 14: 405–408.

8   Lehmann K. Formulation of controlled release tablets with acrylic resins. *Acta Pharm Fenn* 1984; 93: 55–74.

9   Lehmann K. Acrylic latices from redispersible powders for peroral and transdermal drug formulations. *Drug Dev Ind Pharm* 1986; 12: 265–287.

10  Lehmann K, Dreher D. Mixtures of aqueous polymethacrylate dispersions for drug coating. *Drugs Made Ger* 1988; 31: 101–102.

11  Beckert TE, Lehmann K, Schmidt PC. Compression of enteric-coated pellets to disintegrating tablets. *Int J Pharm* 1996; 143: 13–23.

12  Vecchio C, Fabiani F, Gazzaniga A. Use of colloidal silica as a separating agent in film forming processes performed with aqueous dispersion of acrylic resins. *Drug Dev Ind Pharm* 1995; 21(15): 1781–1787.

13  Okor RS, Obi CE. Drug release through aqueous-based film coatings of acrylate-methacrylate, a water-insoluble copolymer. *Int J Pharm* 1990; 58: 89–91.

14  Cameron CG, McGinity JW. Controlled-release theophylline tablet formulations containing acrylic resins, part 3: influence of filler excipient. *Drug Dev Ind Pharm* 1987; 13(2): 303–318.

15  Jovanovic M, Jovicic G, Duvic Z, *et al*. Effect of fillers and lubricants on acetylsalicylic acid release kinetics from eudragit matrix tablets. *Drug Dev Ind Pharm* 1997; 23(6): 595–602.

16  Umejima H, Kim N-S, Ito T, *et al*. Preparation and evaluation of Eudragit gels VI: in vivo evaluation of Eudispert rectal hydrogel and Xerogel containing salicylamide. *J Pharm Sci* 1993; 82: 195–199.

17  Routledge R. Possible hazard of contact lens manufacture [letter]. *Br Med J* 1973; 3: 487–488.

18  Burchman S, Wheater RH. Hazard of methyl methacrylate to operating room personnel. *J Am Med Assoc* 1976; 235: 2652.

19  Health and Safety Executive. *EH40/2002: Occupational Exposure Limits 2002*. Sudbury: Health and Safety Executive, 2002.

## 20   General References

McGinity JW. *Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms*, 2nd edn. New York: Marcel Dekker, 1989.

Röhm Pharma GmbH. Technical literature: *Eudragit*, 1990.

## 21   Authors

RK Chang, AJ Shukla.

## 22   Date of Revision

1 November 2002.

O



# Kollicoat® SR 30 D

## Coated drug delivery systems.

K. Kolter, S. Gebert

> Introduction

Sustained release dosage forms include single-unit and multiple-unit forms as well as coated forms and matrix forms [1]. Up to now, with the exception of the OROS System [2], the production of coated single-unit forms has been regarded as a malpractice, as the risk of dose dumping due to an incorrectly applied coating, or damage to a coating was too high. The OROS System is used in several products that are available on the market, but it has major disadvantages, such as the tricky operation of laser drilling, the use of organic solvents, high cost, and a low concentration of the drug in the core.

> Objective

The aim of this project was to develop a coated, sustained release single-unit form that is simple to manufacture and poses no risk of dose dumping.

> Experimental

Materials

Kollicoat® SR 30 D (polyvinyl acetate dispersion, BASF Aktiengesellschaft), metoprolol tartrate (Moehs S. A.).

Methods

Metoprolol tartrate was granulated with Kollidon® 30 solution, mixed with the other excipients for 10 minutes in a Turbula mixer, and compressed into tablets on a Korsch PH 106.

Tablet cores in batches of 5.0 kg were spray-coated with a pigmented Kollicoat® SR 30 D dispersion in a 24" Accela Cota.

Mechanical testing of the tablets
The film-coated tablets were

subjected to a friability test (500 revolutions, drop height 15.5 cm) in an Erweka Friabilator, allowed to fall 20 times from a height of 1.5 m, and pricked with a needle.

> Results and Discussion

From theoretical considerations, it is clear that a controlled release coating on a tablet must possess a high degree of flexibility, to ensure that any swelling of the core – whether in storage or during drug release – does not crack the film. It was found in tests on isolated films that polyvinyl acetate (Kollicoat® SR 30 C) has far greater elasticity than ethyl cellulose or ammonio methacrylate copolymer.

The permeability of the film coating can be adjusted by adding water-soluble or water-swellable substances, polymers if possible. As is to be expected, the release rate slows with increasing thickness of the coating. The release curve is S-shaped, as, initially, water has to penetrate the coating and enter the core in order to at least par-

| Table 2: Coating composition | |
|---|---|
| Kollicoat® SR 30 D | 43.5 % |
| Triacetin | 0.7 % |
| Kollicoat® IR | 3.3 % |
| Kollidon® 30 | 0.5 % |
| Titanium dioxide | 0.5 % |
| Sicovit® Red (iron oxide), optional | 0.5 % |
| Talc | 3.5 % |
| Water | 47.5 % |
| | 100.0 % |

| Table 3: Coating parameters | |
|---|---|
| Batch size | 5.0 kg |
| Inlet air temperature | 50 °C |
| Product temperature | 35 °C |
| Atomizing pressure | 2.0 bar |
| Spraying rate | 22 g/min |
| Coating weight | 4, 6, 8, 10 mg/cm² |



| Table 1: Core composition | |
|---|---|
| Metoprolol tartrate | 200.0 mg |
| Kollidon® 30 | 6.0 mg |
| Di-Tab | 160.0 mg |
| Aerosil 200 | 3.0 mg |
| Talc | 4.0 mg |
| Magnesium stearate | 4.0 mg |
| Total tablet weight | 391.5 mg |

tially dissolve the drug substance before this can diffuse out through the coating. The time lag between first contact with water and drug release also depends on the thickness of the coating and the quantity of water-soluble excipients.

The coated tablets were subjected to strong mechanical stress.



page 3 – No. 11, October 2003

     

Neither a friability test (500 revolutions, 15.5 cm drop height) nor 20 drops from a height of 1.5 m had any noticeable effect on the release characteristics.

Surprisingly, the film-coated tablets can even be pricked with a needle without affecting drug release. Kollidon® SR possesses enormous plasticity that ensures that small holes are self-sealing, particularly when the tablet is introduced into an aqueous medium. As a result, such coatings have a previously unknown self-repair mechanism.



> **References**
> [1] M.N.V. Ray Kumar and N. Kumar, Polymeric controlled drug delivery systems, Drug Dev. Ind. Pharm. 27, 1-30 (2001).
> [2] S. Kettelhoit et al., Osmotic drug delivery system, German Patent Application 10 47261 (1999).

> **Conclusions**
> ➤ Film coatings based on Kollicoat® SR 30 D are very resistant to mechanical stress and possess a self-repair mechanism.
> ➤ The release rate can be adjusted by using water-soluble polymers and by varying the coating thickness.
> ➤ Film coatings based on Kollicoat® SR 30 D allow the simple manufacture of coated controlled-release single-unit forms without the risk of dose dumping.





A-706



# Kollicoat® SR 30 D

## Coated drug delivery systems.

K. Kolter, S. Gebert.

> Introduction

Sustained release dosage forms include single-unit and multiple-unit forms as well as coated forms and matrix forms [1]. Up to now, with the exception of the OROS System [2], the production of coated single-unit forms has been regarded as a malpractice, as the risk of dose dumping due to an incorrectly applied coating, or damage to a coating was too high. The OROS System is used in several products that are available on the market, but it has major disadvantages, such as the tricky operation of laser drilling, the use of organic solvents, high cost, and a low concentration of the drug in the core.

> Objective

The aim of this project was to develop a coated, sustained release single-unit form that is simple to manufacture and poses no risk of dose dumping.

> Experimental

Materials

Kollicoat® SR 30 D (polyvinyl acetate dispersion, BASF Aktiengesellschaft), metoprolol tartrate (Moehs S. A.).

Methods

Metoprolol tartrate was granulated with Kollidon® 30 solution, mixed with the other excipients for 10 minutes in a Turbula mixer, and compressed into tablets on a Korsch PH 106.

Tablet cores in batches of 5.0 kg were spray-coated with a pigmented Kollicoat® SR 30 D dispersion in a 24" Accela Cota.

Mechanical testing of the tablets

The film-coated tablets were subjected to a friability test (500 revolutions, drop height 15.5 cm) in an Erweka Friabilator, allowed to fall 20 times from a height of 1.5 m, and pricked with a needle.

> Results and Discussion

From theoretical considerations, it is clear that a controlled release coating on a tablet must possess a high degree of flexibility, to ensure that any swelling of the core – whether in storage or during drug release – does not crack the film. It was found in tests on isolated films that polyvinyl acetate (Kollicoat® SR 30 D) has far greater elasticity than ethyl cellulose or ammonio methacrylate copolymer.

The permeability of the film coating can be adjusted by adding water-soluble or water-swellable substances, polymers if possible. As is to be expected, the release rate slows with increasing thickness of the coating. The release curve is S-shaped, as, initially, water has to penetrate the coating and enter the core in order to at least partially dissolve the drug substance before this can diffuse out through the coating. The time lag between first contact with water and drug release also depends on the thickness of the coating and the quantity of water-soluble excipients.

The coated tablets were subjected to strong mechanical stress.

**Table 2:**
**Coating composition**

| | |
|---|---|
| Kollicoat® SR 30 D | 43.5 % |
| Triacetin | 0.7 % |
| Kollicoat® IR | 3.3 % |
| Kollidon® 30 | 0.5 % |
| Titanium dioxide | 0.5 % |
| Sicovit® Red (iron oxide), optional | 0.5 % |
| Talc | 3.5 % |
| Water | 47.5 % |
| | 100.0 % |

**Table 3:**
**Coating parameters**

| | |
|---|---|
| Batch size | 5.0 kg |
| Inlet air temperature | 50 °C |
| Product temperature | 35 °C |
| Atomizing pressure | 2.0 bar |
| Spraying rate | 22 g/min |
| Coating weight: 4, 6, 8, 10 mg/cm² | |



**Table 1:**
**Core composition**

| | |
|---|---|
| Metoprolol tartrate | 200.0 mg |
| Kollidon® 30 | 6.0 mg |
| Di-Tab | 160.0 mg |
| Aerosil 200 | 3.0 mg |
| Talc | 4.0 mg |
| Magnesium stearate | 4.0 mg |
| Total tablet weight | 391.5 mg |

A-707



page 3 – No. 11, October 2003

    

Neither a friability test (500 revolutions, 15.5 cm drop height) nor 20 drops from a height of 1.5 m had any noticeable effect on the release characteristics. Surprisingly, the film-coated tablets can even be pricked with a needle without affecting drug release. Kollidon® SR possesses enormous plasticity that ensures that small holes are self-sealing, particularly when the tablet is introduced into an aqueous medium As a result, such coatings have a previously unknown self-repair mechanism.

**References**
[1] M.N.V. Rav Kumar and N. Kumar, Polymeric controlled drug delivery systems, Drug Dev. Ind. Pharm. 27, 1–30 (2001).
[2] S. Kettelhoit et al., Osmotic drug delivery system, German Patent Application 49-47261 (1999).

**Conclusions**
> Film coatings based on Kollicoat® SR 30 D are very resistant to mechanical stress and possess a self-repair mechanism.
> The release rate can be adjusted by using water-soluble polymers and by varying the coating thickness.
> Film coatings based on Kollicoat® SR 30 D allow the simple manufacture of coated controlled release single-unit forms without the risk of dose dumping.





A-708



# Kollicoat® SR 30 D

## Coated drug delivery systems.

K. Kolter, S. Gebert

### > Introduction

Sustained release dosage forms include single-unit and multiple-unit forms as well as coated forms and matrix forms [1]. Up to now, with the exception of the OROS System [2], the production of coated single-unit forms has been regarded as a malpractice, as the risk of dose dumping due to an incorrectly applied coating, or damage to a coating was too high. The OROS System is used in several products that are available on the market, but it has major disadvantages, such as the tricky operation of laser drilling, the use of organic solvents, high cost, and a low concentration of the drug in the core.

### > Objective

The aim of this project was to develop a coated, sustained release single-unit form that is simple to manufacture and poses no risk of dose dumping.

### > Experimental

**Materials**
Kollicoat® SR 30 D (polyvinyl acetate dispersion, BASF Aktiengesellschaft), metoprolol tartrate (Moehs S. A.).

**Methods**
Metoprolol tartrate was granulated with Kollidon® 30 solution, mixed with the other excipients for 10 minutes in a Turbula mixer, and compressed into tablets on a Korsch PH 106.

Tablet cores in batches of 5.0 kg were spray-coated with a pigmented Kollicoat® SR 30 D dispersion in a 24" Accela Cota.

*Mechanical testing of the tablets*
The film-coated tablets were subjected to a friability test (500 revolutions, drop height 15.5 cm) in an Erweka Friabilator, allowed to fall 20 times from a height of 1.5 m, and pricked with a needle.

### > Results and Discussion

From theoretical considerations, it is clear that a controlled release coating on a tablet must possess a high degree of flexibility, to ensure that any swelling of the core - whether in storage or during drug release - does not crack the film. It was found in tests on isolated films that polyvinyl acetate (Kollicoat® SR 30 D) has far greater elasticity than ethyl cellulose or ammonio methacrylate copolymer.

The permeability of the film coating can be adjusted by adding water-soluble or water-swellable substances, polymers if possible. As is to be expected, the release rate slows with increasing thickness of the coating. The release curve is S-shaped, as, initially, water has to penetrate the coating and enter the core in order to at least par-

tially dissolve the drug substance before this can diffuse out through the coating. The time lag between first contact with water and drug release also depends on the thickness of the coating and the quantity of water-soluble excipients.

The coated tablets were subjected to strong mechanical stress.

| Table 2: Coating composition | |
|---|---|
| Kollicoat® SR 30 D | 43.5 % |
| Triacetin | 0.7 % |
| Kollicoat® IR | 3.3 % |
| Kollidon® 30 | 0.5 % |
| Titanium dioxide | 0.5 % |
| Sicovit® Red (iron oxide), optional | 0.5 % |
| Talc | 3.5 % |
| Water | 47.5 % |
| | 100.0 % |

| Table 3: Coating parameters | |
|---|---|
| Batch size | 5.0 kg |
| Inlet air temperature | 50 °C |
| Product temperature | 35 °C |
| Atomizing pressure | 2.0 bar |
| Spraying rate | 22 g/min |
| Coating weight | 4, 6, 8, 10 mg/cm² |



| Table 1: Core composition | |
|---|---|
| Metoprolol tartrate | 200.0 mg |
| Kollidon® 30 | 6.0 mg |
| Di-Tab | 160.0 mg |
| Aerosil 200 | 3.0 mg |
| Talc | 4.0 mg |
| Magnesium stearate | 4.0 mg |
| Total tablet weight | 391.5 mg |



     

Neither a friability test (500 revolutions, 15.5 cm drop height) nor 20 drops from a height of 1.5 m had any noticeable effect on the release characteristics.

Surprisingly, the film-coated tablets can even be pricked with a needle without affecting drug release. Kollidon® SR possesses enormous plasticity that ensures that small holes are self-sealing, particularly when the tablet is introduced into an aqueous medium. As a result, such coatings have a previously unknown self-repair mechanism.

 

### References

[1] M.N.V. Ray Kumar and N. Kumar, Polymeric controlled drug delivery systems, Drug Dev. Ind. Pharm, 27, 1–30 (2001).

[2] S. Kettelhoit et al., Osmotic drug delivery system, German Patent Application 19747261, (1999).

### Conclusions

> Film coatings based on Kollicoat® SR 30 D are very resistant to mechanical stress and possess a self-repair mechanism.

> The release rate can be adjusted by using water-soluble polymers and by varying the coating thickness.

> Film coatings based on Kollicoat® SR 30 D allow the simple manufacture of coated controlled release single-unit forms without the risk of dose dumping.







P



**Technical Information**

January 2004
Supersedes Issue of June 1999

Register 2

# Kollicoat® SR 30 D

® = Registered trademark of
BASF Aktiengesellschaft

**Polyvinyl acetate dispersion for sustained-release pharmaceutical formulations**



Fine Chemicals

**BASF**

A-712

# Contents

|  |  | Page |
|---|---|---|
| **1** | **Introduction** | 3 |
| 1.1 | General | 3 |
| 1.2 | Chemical structure | 3 |
| 1.3 | Trivial name | 3 |
| 1.3 | Commercial formulation | 3 |
| **2** | **Specifications and properties** | 3 |
| 2.1 | Description | 3 |
| 2.2 | Physical and chemical properties | 3 |
| 2.3 | Pharmacopoeia | 4 |
| 2.4 | Marketing authorization | 4 |
| **3** | **Application and processing** | 4 |
| 3.1 | Application | 4 |
| 3.2 | Processing information | 4 |
| **4** | **Formulation examples** | 6 |
| 4.1 | Theophylline sustained-release pellets | 6 |
| 4.2 | Caffeine sustained-release pellets | 8 |
| 4.3 | Propranolol sustained-release pellets | 10 |
| 4.4 | Taste-masked acetaminophen | 12 |
| **5** | **Storage** | 13 |
| **6** | **Stability** | 13 |
| **7** | **PBG No.** | 13 |
| **8** | **Packaging** | 13 |

2

**A-713**



| Microbiological status | Kollicoat® SR 30 D is not susceptible to microbial contamination. Microbiological testing is carried out in accordance with Ph. Eur., Category 3: |
|---|---|

Unless otherwise stated, the methods of determination are taken from current European Pharmacopoeia.

**2.3 Pharmacopoeia**

A draft monograph Poly (Vinyl Acetate) Dispersion 30 per cent has been published in Pharmeuropa. Additionally US-DMF was filed.

**2.4 Marketing authorization**

Polyvinyl acetate is described, with reference to oral administration, in Japanese Pharmaceutical Excipients (JPE) 1993. Polyvinyl acetate is used in a variety of medicinal products for oral administration in numerous countries including Germany, France and the USA.

Polyvinyl acetate is also used in the food industry, for example as a chewing gum base or for coating fruits and vegetables. It is listed, for example, in Germany in the Regulations for Marketing Authorization of Food Additives for Technological Purposes, in the USA in the Code of Federal Regulations, Section 172.615, in South Korea in the Public Code on Food Additives 1995 and in Japan in the Japanese Standard for Food Additives, March 1997.

## 3. Application and Processing

**3.1 Application**

*Sustained-release coated formulations*
Kollicoat® SR 30 D is used mainly for the manufacture of sustained-release dosage forms. Very effective control of drug release is achieved by coating pellets, granules and crystals.

*Protective coats*
Applied in small quantities or with hydrophilic additives, Kollicoat® SR 30 D provides good protection against odour or taste. It can also be used, for example as a subcoating, for isolating active ingredients to prevent interactions.

*Sustained-release matrix formulations*
Matrix tablets can be produced by granulating active ingredients, for example in the fluidized bed process, followed by compression.

**3.2 Processing information**

The dispersion is not particularly vulnerable to external influences. Nevertheless, the following factors could result in coagulate formation that precludes further use of the dispersion:

- addition of finely dispersed pigments
- high shear gradients in stirrers and mills
- addition of emulsifiers, stabilizers or wetting agents
- pH changes
- organic solvents
- foaming

The minimum film-forming temperature (MFT) of the pure dispersion is 18 °C. It can be lowered by adding plasticizers.

The dispersion can theoretically also be used without plasticizers, but these additives enhance film formation and the flexibility of the films.

The following are suitable as plasticizers or gloss enhancers:

- 1,2-propylene glycol
- triethyl citrate
- polyethylene glycols and
- triacetin

The recommended plasticizer content is 0–10% with reference to the dried polymer substance

1,2-Propylene glycol offers advantages for processing the dispersion and for film properties.

4.

**A-714**

| Plasticizer supplement | | MFT |
|---|---|---|
| 2.5% | propylene glycol | 18°C |
| 5% | propylene glycol | 16°C |
| 10% | propylene glycol | 14°C |
| 15% | propylene glycol | 12°C |
| 2.5% | triethyl citrate | 10°C |
| 5% | triethyl citrate | 8°C |
| 10% | triethyl citrate | 1°C |
| 15% | triethyl citrate | < 0°C |

Triethyl citrate lowers the MFT more than propylene glycol.
Kollicoat® SR 30 D films without plasticizer are relatively brittle in the dry state;
when wet, however, they are very flexible (elongation at break > 100%).
A small plasticizer supplement also increases the flexibility of the polymer in the
dry state. Elongation at break values of more than 250% can be achieved using
5% triethyl citrate or 10% propylene glycol. Crack formation in coats, due for
example to pronounced swelling of the core, is thereby prevented.



Correlation of elongation at break of isolated films and plasticizer content

The permeability of the water-insoluble but swellable films can be varied by:

• the layer thickness of the coat
• the use of pore formers (Kollidon® VA 64, Kollidon® 30, HPMC, Avicel®
  PH 105). The required content depends on the desired release profile.

The layer thickness should not be less than 1.5 mg/cm² (= about 15 µm) since
otherwise film defects and burst effects are to be expected.
Kollicoat® SR 30 D can be applied using either a top spray or bottom spray in
the fluidized-bed coater.

# 1 Introduction

## 1.1 General

Kollicoat® SR 30 D is a polyvinyl acetate dispersion stabilized with povidone and sodium lauryl sulfate. The dispersion is suitable for the manufacture of pH-independent sustained-release formulations. The dispersion can also be used for taste masking.

## 1.2 Chemical structure



## 1.3 Trivial name

Poly (Vinyl Acetate) Dispersion 30 per cent

## 1.4 Commercial formulation

Kollicoat® SR 30 D is an aqueous dispersion with a solids content of 30%. The low viscosity product has a weak characteristic odour and a milky white or slightly yellowish appearance.

# 2 Specifications and properties

## 2.1 Description

The dispersion consists of about 27% polyvinyl acetate, 2.7% povidone and 0.3% sodium lauryl sulfate.

## 2.2 Physical and chemical properties

| | |
|---|---|
| Identification: | Conforms |
| Film formation: | Conforms |
| Solubility: | Conforms |
| pH: | 3.5–5.5 |
| Relative density: | 1.045–1.065 |
| Viscosity | < 100 mPas |
| Coagulate content: | < 0.5% |
| Solids content: | 28.5–31.5% |
| Sulfated ash: | < 0.5% |
| Heavy metals: | < 20 ppm |
| Monomers: | < 100 ppm |
| Microbiological status: | Conforms |

**Solubility**

Kollicoat® SR 30 D is miscible with water in any ratio while retaining its milky-white appearance. Mixing the product with ethanol or isopropyl alcohol in a 1 : 5 ratio produces a slightly turbid and somewhat viscous solution; a solution in acetone is more turbid. On addition of organic solvents the polymer precipitates out but then dissolves when further solvent is added.
Kollicoat® SR 30 D is insoluble in dilute alkaline or acidic solutions.
The dispersion retains a milky-white appearance.

**Film formation**

10 g of Kollicoat® SR 30 D are mixed with 0.3 g of propylene glycol. When poured onto a glass plate, a colourless or faintly yellowish film forms after the liquid has evaporated.

**Viscosity**

Viscosity is determined in accordance with DIN EN ISO 3219 at a shear gradient of 250 sec⁻¹ and 23 °C.

**Coagulate content**

100 g of the substance is filtered through a 90 μm sieve. The residue is dried to constant weight at 105 °C in a drying oven.



Whether curing (thermal postcoating treatment) is necessary to achieve storage-stable drug release characteristics, should be determined on a casewise basis. The good film-coating properties generally mean that the film coat is insensitive to curing. In many cases, therefore, curing is unnecessary. Kollicoat® SR 30 D has no charged or ionizable groups and consequently results in pH-independent film coats.

Using talc in the spray formulations reduces the sticking tendency thereby preventing agglomeration of small particles in the fluidized bed as well as adhesion effects.

Mixing the coated particles with 0.1–0.5% Aerosil® 200 prevents cohesion during storage even at elevated temperatures.

## 4. Formulation examples

### 4.1 Theophylline sustained-release pellets

Composition of spray suspension

The formulation is designed for 500 g pellets (diameter 0.8–1.3 mm)
Pellets: Spherofilm (Knoll AG)

| | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 223.67 | 50.0 |
| Propylene glycol | 6.71 | 1.5 |
| Water | 149.86 | 33.5 |
| | | |
| **Pigment suspension** | | |
| Kollidon® 30 | 2.24 | 0.5 |
| Titanium dioxide | 2.24 | 0.5 |
| Sicovit® Red 30 | 2.24 | 0.5 |
| Talc | 15.66 | 3.5 |
| Water | 44.73 | 10.0 |
| | 447.35 | 100.0 |

Preparation of spray suspension

*Polymer suspension:*
Propylene glycol followed by Kollicoat® SR 30 D are added to the stated quantity of water with stirring.

*Pigment suspension:*
Kollidon® 30 is dissolved in the stated quantity of water. Sicovit® Red 30, titanium dioxide and talc are added with vigorous stirring and the mixture is homogenized with a corundum disk mill.

*Spray suspension:*
The pigment suspension is incorporated into the polymer suspension with stirring. The suspension must be stirred during the spray process to prevent settling.

6

**A-717**




| Machine parameters | | |
|---|---|---|
| | Machine | Aeromatic Strea-1 fluidized bed granulator |
| | Batch size | 500 g |
| | Inlet air temperature | 60°C |
| | Outlet air temperature | 37°C |
| | Product temperature | 38°C |
| | Air flow | 80 m³/h |
| | Spraying pressure | 1 bar |
| | Spraying rate | 11.5 g/min |
| | Spraying time | 39 min |
| | Secondary drying | 45°C/5 min |
| | Coating level | 2 mg film former/cm² |

The spray suspension is sprayed continuously onto the fluidized, pre-heated pellets by the top spray method.

The coating level of 2 mg film former/cm² stated here was established for the pellets by surface area determination. Since the particle size distribution and surface structure influence the required polymer quantity, calculating the surface area is recommended as a means of estimating the required coating level in each specific case:



medium: 0.0BN HCl (2 h),
buffer pH 6.8 (2-24 h)

······· 0.5 mg/cm² polymer
——— 1.0 mg/cm² polymer
– – – 2.0 mg/cm² polymer

*Dissolution of Theophylline sustained-release pellets*

A-718

### 4.2 Caffeine sustained-release pellets

| | | |
|---|---|---|
| Composition of pellets: | 10% caffeine, 43.75% Avicel® PH 101, 43.75% lactose, 2.5% Kollidon® VA 64 | |

Composition of spray suspension    The formulation is designed for 500 g pellets (diameter 0.7–1.4 mm)

| | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 269.44 | 49.3 |
| Propylene glycol | 8.09 | 1.5 |
| Water | 188.61 | 34.5 |
| | | |
| **Pigment suspension** | | |
| Kollidon® 30 | 2.7 | 0.5 |
| Titanium dioxide | 2.7 | 0.5 |
| Sicovit® Red 30 | 2.7 | 0.5 |
| Talc | 18.87 | 3.4 |
| Water | 53.89 | 9.8 |
| | 547.99 | 100.0 |

| | |
|---|---|
| Preparation of spray suspension | *See Working Procedure 4.1* |

| Machine parameters | | |
|---|---|---|
| | Machine | Aeromatic Strea-1 fluidized bed granulator |
| | Batch size | 500 g |
| | Inlet air temperature | 60°C |
| | Outlet air temperature | 36°C |
| | Product temperature | 37°C |
| | Air flow | 80 m³/h |
| | Spray pressure | 1 bar |
| | Spraying rate | 12 g/min |
| | Spraying time | 45 min |
| | Secondary drying | 45°C/5 min |
| | Coating level | 3 mg film former/cm² |

The spray suspension is sprayed continuously onto the fluidized, pre-heated pellets by the top spray method.

The coating level of 3 mg film former/cm² stated here was established for the pellets by surface area determination. Since the particle size distribution and surface structure influence the required polymer quantity, calculating the surface area is recommended as a means of estimating the required coating level in each specific case.

**A-719**





Dissolution rate of Caffeine sustained-release pellets at different coating levels

Curing (Thermal postcoating treatment) of the pellets is not necessary.



Dissolution rate of Caffeine sustained-release pellets with and without curing

A-720



Dissolution rate of Caffeine sustained-release pellets in different media

The release of caffeine pellets is pH independent.

**4.3 Propanol sustained-release pellets**

Composition of pellets:          20.0% propranolol, 51.66% Avicel® PH 101, 25.84% lactose, 2.5% Kollidon® VA 64

Composition of spray suspension   *The formulation is designed for 500 g pellets (diameter 0.4–1.5 mm)*

| | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 249.41 | 49.2 |
| Propylene glycol | 7.49 | 1.5 |
| Water | 174.59 | 34.5 |
| | | |
| **Talc suspension** | | |
| Talc | 29.94 | 5.9 |
| Water | 44.91 | 8.9 |
| | 506.34 | 100.0 |

Preparation of spray suspension   *See Working Procedure 4.1.*

10

**A-721**

Machine parameters

| | |
|---|---|
| Machine | Aeromatic Strea-1 fluidized bed granulator |
| Batch size | 500 g |
| Inlet air temperature | 60°C |
| Outlet air temperature | 35°C |
| Product temperature | 36°C |
| Air flow | 80 m³/h |
| Spraying pressure | 1 bar |
| Spraying rate | 13 g/min |
| Spraying time | 39 min |
| Secondary drying | 45°C/5 min |
| Coating level | 3 mg film former/cm² |



medium: 0.08N HCl (2 h),
buffer pH 6,8 (2-24 h)

2 mg/cm²
3 mg/cm²

Dissolution rate of Propranolol sustained-release pellets.

**4.4 Taste-masked acetaminophen**

Acetaminophen granules. (Knoll AG)

Smaller quantities have to be applied for taste masking since otherwise drug release characteristics would be excessively altered.

Crystalline acetaminophen is coated with 4% Kollicoat® SR 30 D.

The formulation is designed for 500 g powder.

| | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 73.33 | 100.0 |

Machine parameters

| Machine | Aeromatic Strea-1 fluidized bed granulator |
|---|---|
| Batch size | 500 g |
| Inlet air temperature | 58°C |
| Outlet air temperature | 40°C |
| Product temperature | 41°C |
| Air flow | 80 m³/h |
| Spraying pressure | 1 bar |
| Spraying rate | 9 g/min |
| Spraying time | 9 min |
| Secondary drying | 45°C/5 min |
| Coating level | 4% |

Taste masking

No bitter taste



*Dissolution rate of taste-masked acetaminophen*

A-723

| | |
|---|---|
| 5. Storage | Protect from frost and store at 20°C |
| 6. Stability | At least 16 months in the unopened original container. On exposure to heat and frost and if foaming occurs, aqueous dispersions may form coagulates that preclude further use of the product. |
| 7. PBG No. | 19201076 |
| 8. Packaging | 25-l polyethylene container. The product can also be filled into larger containers. |
| Note | The data submitted in this publication are based on our current knowledge and experience. They do not constitute a guarantee in the legal sense of the term and, in view of the manifold factors that may affect processing and application, do not relieve processors from the responsibility of carrying out their own tests and experiments. Any relevant patent rights and existing legislation and regulations must be observed. |

16
A-724



**Technical Information**

January 2004
Supersedes issue of June 1999

Register 2

# Kollicoat® SR 30 D

® = Registered trademark of
BASF Aktiengesellschaft.

Polyvinyl acetate dispersion for sustained-release pharmaceutical
formulations



Fine Chemicals

**BASF**     A-725

Contents



|   |   | Page |
|---|---|---|
| **1** | **Introduction** | 3 |
| 1.1 | General | 3 |
| 1.2 | Chemical structure | 3 |
| 1.3 | Trivial name | 3 |
| 1.3 | Commercial formulation | 3 |
| **2** | **Specifications and properties** | 3 |
| 2.1 | Description | 3 |
| 2.2 | Physical and chemical properties | 3 |
| 2.3 | Pharmacopoeia | 4 |
| 2.4 | Marketing authorization | 4 |
| **3** | **Application and processing** | 4 |
| 3.1 | Application | 4 |
| 3.2 | Processing information | 4 |
| **4** | **Formulation examples** | 6 |
| 4.1 | Theophylline sustained-release pellets | 6 |
| 4.2 | Caffeine sustained-release pellets | 8 |
| 4.3 | Propranolol sustained-release pellets | 10 |
| 4.4 | Taste-masked acetaminophen | 12 |
| **5** | **Storage** | 13 |
| **6** | **Stability** | 13 |
| **7** | **PBG No.** | 13 |
| **8** | **Packaging** | 13 |

2

A-726



| Microbiological status | Kollicoat® SR 30 D is not susceptible to microbial contamination. Microbiological testing is carried out in accordance with Ph. Eur., Category 3. |
|---|---|
| | Unless otherwise stated, the methods of determination are taken from current European Pharmacopoeia. |
| **2.3 Pharmacopoeia** | A draft monograph Poly (Vinyl Acetate) Dispersion 30 per cent has been published in Pharmeuropa. Additionally US-DMF was filed. |
| **2.4 Marketing authorization** | Polyvinyl acetate is described, with reference to oral administration, in Japanese Pharmaceutical Excipients (JPE) 1993. Polyvinyl acetate is used in a variety of medicinal products for oral administration in numerous countries including Germany, France and the USA. |
| | Polyvinyl acetate is also used in the food industry, for example as a chewing gum base or for coating fruits and vegetables. It is listed, for example, in Germany in the Regulations for Marketing Authorization of Food Additives for Technological Purposes, in the USA in the Code of Federal Regulations, Section 172.615, in South Korea in the Public Code on Food Additives 1995 and in Japan in the Japanese Standard for Food Additives, March 1997. |

## 3. Application and Processing

**3.1 Application**

*Sustained-release coated formulations*
Kollicoat® SR 30 D is used mainly for the manufacture of sustained-release dosage forms. Very effective control of drug release is achieved by coating pellets, granules and crystals.

*Protective coats*
Applied in small quantities or with hydrophilic additives, Kollicoat® SR 30 D provides good protection against odour or taste. It can also be used, for example as a subcoating, for isolating active ingredients to prevent interactions.

*Sustained-release matrix formulations*
Matrix tablets can be produced by granulating active ingredients, for example in the fluidized bed process, followed by compression.

**3.2 Processing information**

The dispersion is not particularly vulnerable to external influences. Nevertheless, the following factors could result in coagulate formation that precludes further use of the dispersion:

- addition of finely dispersed pigments
- high shear gradients in stirrers and mills
- addition of emulsifiers, stabilizers or wetting agents
- pH changes
- organic solvents
- foaming

The minimum film-forming temperature (MFT) of the pure dispersion is 18 °C. It can be lowered by adding plasticizers.

The dispersion can theoretically also be used without plasticizers, but these additives enhance film formation and the flexibility of the films.

The following are suitable as plasticizers or gloss enhancers:

- 1,2-propylene glycol
- triethyl citrate
- polyethylene glycols and
- triacetin

The recommended plasticizer content is 0–10% with reference to the dried polymer substance

1,2-Propylene glycol offers advantages for processing the dispersion and for film properties.

4

**A-727**



| Plasticizer supplement | MFT |
|---|---|
| 2.5% propylene glycol | 18°C |
| 5% propylene glycol | 16°C |
| 10% propylene glycol | 14°C |
| 15% propylene glycol | 12°C |
| 2.5% triethyl citrate | 10°C |
| 5% triethyl citrate | 8°C |
| 10% triethyl citrate | 1°C |
| 15% triethyl citrate | < 0°C |

Triethyl citrate lowers the MFT more than propylene glycol.
Kollicoat® SR 30 D films without plasticizer are relatively brittle in the dry state;
when wet, however, they are very flexible (elongation at break > 100%).
A small plasticizer supplement also increases the flexibility of the polymer in the
dry state. Elongation at break values of more than 250% can be achieved using
5% triethyl citrate or 10% propylene glycol. Crack formation in coats, due for
example to pronounced swelling of the core, is thereby prevented.



Correlation of elongation at break of isolated films and plasticizer content

The permeability of the water-insoluble but swellable films can be varied by:

- the layer thickness of the coat
- the use of pore formers (Kollidon® VA 64, Kollidon® 30, HPMC, Avicel® PH 105). The required content depends on the desired release profile.

The layer thickness should not be less than 1.5 mg/cm² (= about 15 μm) since
otherwise film defects and burst effects are to be expected.
Kollicoat® SR 30 D can be applied using either a top spray or bottom spray in
the fluidized-bed coater.

Â-728

# 1 Introduction

**1.1 General**

Kollicoat® SR 30 D is a polyvinyl acetate dispersion stabilized with povidone and sodium lauryl sulfate. The dispersion is suitable for the manufacture of pH-independent sustained-release formulations. The dispersion can also be used for taste-masking.

**1.2 Chemical structure**



**1.3 Trivial name**

Poly (Vinyl Acetate) Dispersion 30 per cent

**1.4 Commercial formulation**

Kollicoat® SR 30 D is an aqueous dispersion with a solids content of 30%. The low-viscosity product has a weak characteristic odour and a milky white or slightly yellowish appearance.

# 2 Specifications and properties

**2.1 Description**

The dispersion consists of about 27% polyvinyl acetate, 2.7% povidone and 0.3% sodium lauryl sulfate.

**2.2 Physical and chemical properties**

| Identification: | Conforms |
|---|---|
| Film formation: | Conforms |
| Solubility: | Conforms |
| pH: | 3.5–5.5 |
| Relative density: | 1.045–1.065 |
| Viscosity | < 100 mPas |
| Coagulate content: | < 0.5% |
| Solids content: | 28.5–31.5% |
| Sulfated ash: | < 0.5% |
| Heavy metals: | < 20 ppm |
| Monomers: | < 100 ppm |
| Microbiological status: | Conforms |

**Solubility**

Kollicoat® SR 30 D is miscible with water in any ratio while retaining its milky-white appearance. Mixing the product with ethanol or isopropyl alcohol in a 1 : 5 ratio produces a slightly turbid and somewhat viscous solution; a solution in acetone is more turbid. On addition of organic solvents the polymer precipitates out but then dissolves when further solvent is added.
Kollicoat® SR 30 D is insoluble in dilute alkaline or acidic solutions. The dispersion retains a milky-white appearance.

**Film formation**

10 g of Kollicoat® SR 30 D are mixed with 0.3 g of propylene glycol. When poured onto a glass plate, a colourless or faintly yellowish film forms after the liquid has evaporated.

**Viscosity**

Viscosity is determined in accordance with DIN EN ISO 3219 at a shear gradient of 250 sec⁻¹ and 23 °C.

**Coagulate content**

100 g of the substance is filtered through a 90 μm sieve. The residue is dried to constant weight at 105 °C in a drying oven.

3**A-729**



Whether curing (thermal postcoating treatment) is necessary to achieve storage-stable drug release characteristics, should be determined on a casewise basis. The good film-coating properties generally mean that the film coat is insensitive to curing. In many cases, therefore, curing is unnecessary. Kollicoat® SR 30 D has no charged or ionizable groups and consequently results in pH-independent film coats.

Using talc in the spray formulations reduces the sticking tendency thereby preventing agglomeration of small particles in the fluidized bed as well as adhesion effects.
Mixing the coated particles with 0.1–0.5% Aerosil® 200 prevents cohesion during storage even at elevated temperatures.

## 4. Formulation examples

### 4.1 Theophylline sustained-release pellets

Composition of spray suspension

The formulation is designed for 500 g pellets (diameter 0.8–1.3 mm)
Pellets: Spherofilln (Knoll AG)

| | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 223.67 | 50.0 |
| Propylene glycol | 6.71 | 1.5 |
| Water | 149.88 | 33.5 |
| | | |
| **Pigment suspension** | | |
| Kollidon® 30 | 2.24 | 0.5 |
| Titanium dioxide | 2.24 | 0.5 |
| Sicovit® Red 30 | 2.24 | 0.5 |
| Talc | 15.66 | 3.5 |
| Water | 44.73 | 10.0 |
| | 447.35 | 100.0 |

Preparation of spray suspension

*Polymer suspension:*
Propylene glycol followed by Kollicoat® SR 30 D are added to the stated quantity of water with stirring.

*Pigment suspension:*
Kollidon® 30 is dissolved in the stated quantity of water. Sicovit® Red 30, titanium dioxide and talc are added with vigorous stirring and the mixture is homogenized with a corundum disk mill.

*Spray suspension:*
The pigment suspension is incorporated into the polymer suspension with stirring. The suspension must be stirred during the spray process to prevent settling.

6

**A-730**



| Machine parameters | Machine | Aeromatic Strea-1 fluidized bed granulator |
|---|---|---|
| | Batch size | 500 g |
| | Inlet air temperature | 60°C |
| | Outlet air temperature | 37°C |
| | Product temperature | 38°C |
| | Air flow | 80 m³/h |
| | Spraying pressure | 1 bar |
| | Spraying rate | 11.5 g/min |
| | Spraying time | 39 min |
| | Secondary drying | 45°C/5 min |
| | Coating level | 2 mg film former/cm² |

The spray suspension is sprayed continuously onto the fluidized, pre-heated pellets by the top spray method.

The coating level of 2 mg film former/cm² stated here was established for the pellets by surface area determination. Since the particle size distribution and surface structure influence the required polymer quantity, calculating the surface area is recommended as a means of estimating the required coating level in each specific case:



medium: 0.08N HCl (2 h),
buffer pH 6.8 (2-24 h)

········ 0.5 mg/cm² polymer
———— 1.0 mg/cm² polymer
– – – 2.0 mg/cm² polymer

*Dissolution of Theophylline sustained-release pellets*



**4.2 Caffeine sustained-release pellets**

Composition of pellets:    10% caffeine, 43.75% Avicel® PH 101, 43.75% lactose, 2.5% Kollidon® VA 64

Composition of spray suspension    The formulation is designed for 500 g pellets (diameter 0.7–1.4 mm)

| | Parts by weight (g) | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 269.44 | 49.3 |
| Propylene glycol | 8.09 | 1.5 |
| Water | 188.61 | 34.5 |
| | | |
| **Pigment suspension** | | |
| Kollidon® 30 | 2.7 | 0.5 |
| Titanium dioxide | 2.7 | 0.5 |
| Sicovit Red 30 | 2.7 | 0.5 |
| Talc | 18.87 | 3.4 |
| Water | 53.89 | 9.8 |
| | 547.99 | 100.0 |

Preparation of spray suspension    See Working Procedure 4.1

Machine parameters    

| | |
|---|---|
| Machine | Aeromatic Strea-1 fluidized bed granulator |
| Batch size | 500 g |
| Inlet air temperature | 60°C |
| Outlet air temperature | 36°C |
| Product temperature | 37°C |
| Air flow | 80 m³/h |
| Spray pressure | 1 bar |
| Spraying rate | 12 g/min |
| Spraying time | 45 min |
| Secondary drying | 45°C/5 min |
| Coating level | 3 mg film former/cm² |

The spray suspension is sprayed continuously onto the fluidized, pre-heated pellets by the top spray method.

The coating level of 3 mg film former/cm² stated here was established for the pellets by surface area determination. Since the particle size distribution and surface structure influence the required polymer quantity, calculating the surface area is recommended as a means of estimating the required coating level in each specific case.

8

A-732



Dissolution rate of Caffeine sustained-release pellets at different coating levels

Curing (Thermal postcoating treatment) of the pellets is not necessary.



Dissolution rate of Caffeine sustained-release pellets with and without curing.



Dissolution rate of caffeine sustained-release pellets in different media

The release of caffeine pellets is pH independent.

**4.3 Propanol sustained-release pellets**

Composition of pellets:    20.0% propranolol, 51.66% Avicel® PH 101, 25.84% lactose, 2.5% Kollidon® VA 64

Composition of spray suspension    The formulation is designed for 500 g pellets (diameter 0.4–1.5 mm)

|  | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** |  |  |
| Kollicoat® SR 30 D | 249.41 | 49.2 |
| Propylene glycol | 7.49 | 1.5 |
| Water | 174.59 | 34.5 |
|  |  |  |
| **Talc suspension** |  |  |
| Talc | 29.94 | 5.9 |
| Water | 44.91 | 8.9 |
|  | 506.34 | 100.0 |

Preparation of spray suspension    See Working Procedure 4.1.

A-734





Machine parameters

| | |
|---|---|
| Machine | Aeromatic Strea-1 fluidized bed granulator |
| Batch size | 500 g |
| Inlet air temperature | 60°C |
| Outlet air temperature | 35°C |
| Product temperature | 38°C |
| Air-flow | 80 m³/h |
| Spraying pressure | 1 bar |
| Spraying rate | 13 g/min |
| Spraying time | 39 min |
| Secondary drying | 45°C/5 min |
| Coating level | 3 mg film former/cm² |



*Dissolution rate of Propranolol sustained-release pellets.*



**4.4 Taste-masked acetaminophen**

Acetaminophen granules. (Knoll AG)

Smaller quantities have to be applied for taste masking since otherwise drug release characteristics would be excessively altered.

Crystalline acetaminophen is coated with 4% Kollicoat® SR 30 D.

*The formulation is designed for 500 g powder.*

| | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension:** | | |
| Kollicoat® SR 30 D | 73.33 | 100.0 |

| Machine parameters | | |
|---|---|---|
| Machine | Aeromatic Strea-1 fluidized bed granulator | |
| Batch size | 500 g | |
| Inlet air temperature | 60°C | |
| Outlet air temperature | 40°C | |
| Product temperature | 41°C | |
| Air flow | 80 m³/h | |
| Spraying pressure | 1 bar | |
| Spraying rate | 9 g/min | |
| Spraying time | 9 min | |
| Secondary drying | 45°C/5 min | |
| Coating level | 4% | |

| Taste masking | No bitter taste |
|---|---|



*Dissolution rate of taste-masked acetaminophen*

12

**A-736**

**5. Storage**

Protect from frost and store at 20°C

**6. Stability**

At least 18 months in the unopened original container. On exposure to heat and frost and if foaming occurs, aqueous dispersions may form coagulates that preclude further use of the product.

**7. PBG No.**

19201076

**8. Packaging**

25-l polyethylene container. The product can also be filled into larger containers.

**Note**

The data submitted in this publication are based on our current knowledge and experience. They do not constitute a guarantee in the legal sense of the term and, in view of the manifold factors that may affect processing and application, do not relieve processors from the responsibility of carrying out their own tests and experiments. Any relevant patent rights and existing legislation and regulations must be observed.



### Technical Information

January 2004
Supersedes issue of June 1999

Register 2·

# Kollicoat® SR 30 D



® = Registered trademark of
BASF Aktiengesellschaft

**Polyvinyl acetate dispersion for sustained-release pharmaceutical formulations**



Fine Chemicals

**BASF**
A-738

## Contents

|  |  | Page |
|---|---|---|
| **1** | **Introduction** | 3 |
| 1.1 | General | 3 |
| 1.2 | Chemical structure | 3 |
| 1.3 | Trivial name | 3 |
| 1.3 | Commercial formulation | 3 |
| **2** | **Specifications and properties** | 3 |
| 2.1 | Description | 3 |
| 2.2 | Physical and chemical properties | 3 |
| 2.3 | Pharmacopoeia | 4 |
| 2.4 | Marketing authorization | 4 |
| **3** | **Application and processing** | 4 |
| 3.1 | Application | 4 |
| 3.2 | Processing information | 4 |
| **4** | **Formulation examples** | 6 |
| 4.1 | Theophylline sustained-release pellets | 6 |
| 4.2 | Caffeine sustained-release pellets | 8 |
| 4.3 | Propranolol sustained-release pellets | 10 |
| 4.4 | Taste-masked acetaminophen | 12 |
| **5** | **Storage** | 13 |
| **6** | **Stability** | 13 |
| **7** | **PBG No.** | 13 |
| **8** | **Packaging** | 13 |

A-739




Microbiological status

Kollicoat® SR 60 D is not susceptible to microbial contamination. Microbiological testing is carried out in accordance with Ph. Eur., Category 3.

Unless otherwise stated, the methods of determination are taken from current European Pharmacopoeia.

**2.3 Pharmacopoeia**

A draft monograph Poly (Vinyl Acetate) Dispersion 30 per cent has been published in Pharmeuropa. Additionaly US-DMF was filed.

**2.4 Marketing authorization**

Polyvinyl acetate is described, with reference to oral administration, in Japanese Pharmaceutical Excipients (JPE) 1993. Polyvinyl acetate is used in a variety of medicinal products for oral administration in numerous countries including Germany, France and the USA.

Polyvinyl acetate is also used in the food industry, for example as a chewing gum base or for coating fruits and vegetables. It is listed, for example, in Germany in the Regulations for Marketing Authorization of Food Additives for Technological Purposes, in the USA in the Code of Federal Regulations, Section 172.515, in South Korea in the Public Code on Food Additives 1995 and in Japan in the Japanese Standard for Food Additives, March 1997.

## 3. Application and Processing

**3.1 Application**

*Sustained-release coated formulations*
Kollicoat® SR 30 D is used mainly for the manufacture of sustained-release dosage forms. Very effective control of drug release is achieved by coating pellets, granules and crystals.

*Protective coats*
Applied in small quantities or with hydrophilic additives, Kollicoat® SR 30 D provides good protection against odour or taste. It can also be used, for example as a subcoating, for isolating active ingredients to prevent interactions.

*Sustained-release matrix formulations*
Matrix tablets can be produced by granulating active ingredients, for example in the fluidized bed process, followed by compression.

**3.2 Processing information**

The dispersion is not particularly vulnerable to external influences. Nevertheless, the following factors could result in coagulate formation that precludes further use of the dispersion:

- addition of finely dispersed pigments
- high shear gradients in stirrers and mills
- addition of emulsifiers, stabilizers or wetting agents
- pH changes
- organic solvents
- foaming

The minimum film-forming temperature (MFT) of the pure dispersion is 18 °C. It can be lowered by adding plasticizers.

The dispersion can theoretically also be used without plasticizers, but these additives enhance film formation and the flexibility of the films.

The following are suitable as plasticizers or gloss enhancers:

- 1,2-propylene glycol
- triethyl citrate
- polyethylene glycols and
- triacetin

The recommended plasticizer content is 0–10% with reference to the dried polymer substance.

1,2-Propylene glycol offers advantages for processing the dispersion and for film properties.

4.

**A-740**



| Plasticizer supplement | MFT |
|---|---|
| 2.5%  propylene glycol | 18°C |
| 5%  propylene glycol | 16°C |
| 10%  propylene glycol | 14°C |
| 15%  propylene glycol | 12°C |
| 2.5%  triethyl citrate | 10°C |
| 5%  triethyl citrate | 8°C |
| 10%  triethyl citrate | 1°C |
| 15%  triethyl citrate | < 0°C |

Triethyl citrate lowers the MFT more than propylene glycol.
Kollicoat® SR 30 D films without plasticizer are relatively brittle in the dry state; when wet, however, they are very flexible (elongation at break > 100%).
A small plasticizer supplement also increases the flexibility of the polymer in the dry state. Elongation at break values of more than 250% can be achieved using 5% triethyl citrate or 10% propylene glycol. Crack formation in coats, due for example to pronounced swelling of the core, is thereby prevented.



Correlation of elongation at break of isolated films and plasticizer content

The permeability of the water-insoluble but swellable films can be varied by:

- the layer thickness of the coat
- the use of pore formers (Kollidon® VA 64, Kollidon® 30, HPMC, Avicel® PH 105). The required content depends on the desired release profile.

The layer thickness should not be less than 1.5 mg/cm² (= about 15 µm) since otherwise film defects and burst effects are to be expected.
Kollicoat® SR 30 D can be applied using either a top spray or bottom spray in the fluidized-bed coater.



# 1 Introduction

## 1.1 General

Kollicoat® SR 30 D is a polyvinyl acetate dispersion stabilized with povidone and sodium lauryl sulfate. The dispersion is suitable for the manufacture of pH-independent sustained-release formulations. The dispersion can also be used for taste masking.

## 1.2 Chemical structure



## 1.3 Trivial name

Poly (Vinyl Acetate) Dispersion 30 per cent

## 1.4 Commercial formulation

Kollicoat® SR 30 D is an aqueous dispersion with a solids content of 30%. The low viscosity product has a weak characteristic odour and a milky white or slightly yellowish appearance.

# 2 Specifications and properties

## 2.1 Description

The dispersion consists of about 27% polyvinyl acetate, 2.7% povidone and 0.3% sodium lauryl sulfate.

## 2.2 Physical and chemical properties

| Identification: | Conforms |
| Film formation: | Conforms |
| Solubility: | Conforms |
| pH: | 3.5–5.5 |
| Relative density: | 1.045–1.065 |
| Viscosity: | < 100 mPas |
| Coagulate content: | < 0.5% |
| Solids content: | 28.5–31.5% |
| Sulfated ash: | < 0.5% |
| Heavy metals: | < 20 ppm |
| Monomers: | < 100 ppm |
| Microbiological status: | Conforms |

**Solubility**

Kollicoat® SR 30 D is miscible with water in any ratio while retaining its milky-white appearance. Mixing the product with ethanol or isopropyl alcohol in a 1 : 5 ratio produces a slightly turbid and somewhat viscous solution; a solution in acetone is more turbid. On addition of organic solvents the polymer precipitates out but then dissolves when further solvent is added. Kollicoat® SR 30 D is insoluble in dilute alkaline or acidic solutions. The dispersion retains a milky-white appearance.

**Film formation**

10 g of Kollicoat® SR 30 D are mixed with 0.3 g of propylene glycol. When poured onto a glass plate, a colourless or faintly yellowish film forms after the liquid has evaporated.

**Viscosity**

Viscosity is determined in accordance with DIN EN ISO 3219 at a shear gradient of 250 sec⁻¹ and 23 °C.

**Coagulate content**

100 g of the substance is filtered through a 90 µm sieve. The residue is dried to constant weight at 105 °C in a drying oven.

**A-742**



Whether curing (thermal postcoating treatment) is necessary to achieve storage-stable drug release characteristics, should be determined on a casewise basis. The good film-coating properties generally mean that the film coat is insensitive to curing. In many cases, therefore, curing is unnecessary. Kollicoat® SR 30 D has no charged or ionizable groups and consequently results in pH-independent film coats.

Using talc in the spray formulations reduces the sticking tendency thereby preventing agglomeration of small particles in the fluidized bed as well as adhesion effects.
Mixing the coated particles with 0.1–0.5% Aerosil® 200 prevents cohesion during storage even at elevated temperatures.

# 4. Formulation examples

## 4.1 Theophylline sustained-release pellets

Composition of spray suspension

The formulation is designed for 500 g pellets (diameter 0.8–1.3 mm)
Pellets: Spherofilm (Knoll AG)

| | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 223.67 | 50.0 |
| Propylene glycol | 6.71 | 1.5 |
| Water | 149.86 | 33.5 |
| | | |
| **Pigment suspension** | | |
| Kollidon® 30 | 2.24 | 0.5 |
| Titanium dioxide | 2.24 | 0.5 |
| Sicovit® Red 30 | 2.24 | 0.5 |
| Talc | 15.66 | 3.5 |
| Water | 44.73 | 10.0 |
| | 447.35 | 100.0 |

Preparation of spray suspension

*Polymer suspension:*
Propylene glycol followed by Kollicoat® SR 30 D are added to the stated quantity of water with stirring.

*Pigment suspension:*
Kollidon® 30 is dissolved in the stated quantity of water. Sicovit® Red 30, titanium dioxide and talc are added with vigorous stirring and the mixture is homogenized with a corundum disk mill.

*Spray suspension:*
The pigment suspension is incorporated into the polymer suspension with stirring. The suspension must be stirred during the spray process to prevent settling.

A-743



| Machine parameters | | |
|---|---|---|
| | Machine | Aeromatic Strea-1 fluidized bed granulator |
| | Batch size | 500 g |
| | Inlet air temperature | 60°C |
| | Outlet air temperature | 37°C |
| | Product temperature | 38°C |
| | Air flow | 80 m³/h |
| | Spraying pressure | 1 bar |
| | Spraying rate | 11.5 g/min |
| | Spraying time | 39 min |
| | Secondary drying | 45°C/5 min |
| | Coating level | 2 mg film former/cm² |

The spray suspension is sprayed continuously onto the fluidized, pre-heated pellets by the top spray method.

The coating level of 2 mg film former/cm² stated here was established for the pellets by surface area determination. Since the particle size distribution and surface structure influence the required polymer quantity, calculating the surface area is recommended as a means of estimating the required coating level in each specific case:



Dissolution of Theophylline sustained-release pellets

A-744



**4.2 Caffeine sustained-release pellets**

Composition of pellets:    10% caffeine, 43.75% Avicel® PH 101, 43.75% lactose, 2.5% Kollidon® VA 64

Composition of spray suspension    This formulation is designed for 500 g pellets (diameter 0.7–1.4 mm)

| | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 269.44 | 49.3 |
| Propylene glycol | 8.09 | 1.5 |
| Water | 188.61 | 34.5 |
| | | |
| **Pigment suspension** | | |
| Kollidon® 30 | 2.7 | 0.5 |
| Titanium dioxide | 2.7 | 0.5 |
| Sicovit® Red 30 | 2.7 | 0.5 |
| Talc | 18.87 | 3.4 |
| Water | 53.89 | 9.8 |
| | 547.99 | 100.0 |

Preparation of spray suspension    *See Working Procedure 4.1*

Machine parameters

| | |
|---|---|
| Machine | Aeromatic Strea-1 fluidized bed granulator |
| Batch size | 500 g |
| Inlet air temperature | 60°C |
| Outlet air temperature | 36°C |
| Product temperature | 37°C |
| Air flow | 80 m³/h |
| Spray pressure | 1 bar |
| Spraying rate | 12 g/min |
| Spraying time | 45 min |
| Secondary drying | 45°C/5 min |
| Coating level | 3 mg film former/cm² |

The spray suspension is sprayed continuously onto the fluidized, pre-heated pellets by the top spray method.

The coating level of 3 mg film former/cm² stated here was established for the pellets by surface area determination. Since the particle size distribution and surface structure influence the required polymer quantity, calculating the surface area is recommended as a means of estimating the required coating level in each specific case.

**A-745**



*Dissolution rate of Caffeine sustained-release pellets at different coating levels*

Curing (Thermal postcoating treatment) of the pellets is not necessary.



*Dissolution rate of Caffeine sustained-release pellets with and without curing*

**A-746**



*Dissolution rate of Caffeine sustained-release pellets in different media*

The release of caffeine pellets is pH independent.

**4.3  Propanol sustained-release pellets**

Composition of pellets:  20.0% propranolol, 51.66% Avicel® PH 101, 25.84% lactose, 2.5% Kollidon® VA 64

Composition of spray suspension  *The formulation is designed for 500 g pellets (diameter 0.4–1.5 mm)*

| | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 249.41 | 49.2 |
| Propylene glycol | 7.49 | 1.5 |
| Water | 174.59 | 34.5 |
| **Talc suspension** | | |
| Talc | 29.94 | 5.9 |
| Water | 44.91 | 8.9 |
| | 506.34 | 100.0 |

Preparation of spray suspension  *See Working Procedure 4.1.*

10

**A-747**

Machine parameters

| | |
|---|---|
| Machine | Aeromatic Strea-1 fluidized bed granulator |
| Batch size | 500 g |
| Inlet air temperature | 60°C |
| Outlet air temperature | 35°C |
| Product temperature | 36°C |
| Air flow | 80 m³/h |
| Spraying pressure | 1 bar |
| Spraying rate | 13 g/min |
| Spraying time | 39 min |
| Secondary drying | 45°C/5 min |
| Coating level | 3 mg film former/cm² |



medium: 0.08N HCl (2 h),
buffer pH 6.8 (2-24 h)

Dissolution rate of Propranolol sustained-release pellets.

A-748

**4.4 Taste-masked acetaminophen**

Acetaminophen granules. (Knoll AG)

Smaller quantities have to be applied for taste masking since otherwise drug release characteristics would be excessively altered.

Crystalline acetaminophen is coated with 4% Kollicoat® SR 30 D.

*The formulation is designed for 500 g powder.*

|  | Parts by weight [g] | Composition [%] |
|---|---|---|
| **Polymer suspension** | | |
| Kollicoat® SR 30 D | 73.33 | 100.0 |

**Machine parameters**

| Machine | Aeromatic Strea-1 fluidized bed granulator |
|---|---|
| Batch size | 500 g |
| Inlet air temperature | 60°C |
| Outlet air temperature | 40°C |
| Product temperature | 41°C |
| Air flow | 80 m³/h |
| Spraying pressure | 1 bar |
| Spraying rate | 9 g/min |
| Spraying time | 9 min |
| Secondary drying | 45°C/5 min |
| Coating level | 4% |

**Taste masking**

No bitter taste



*Dissolution rate of taste-masked acetaminophen*

**A-749**



**5. Storage**     Protect from frost and store at 20°C

**6. Stability**     At least 18 months in the unopened original container. On exposure to heat and frost and if foaming occurs, aqueous dispersions may form coagulates that preclude further use of the product.

**7. PBG No.**     19201076

**8. Packaging**     25-l polyethylene container. The product can also be filled into larger containers.

Note     The data submitted in this publication are based on our current knowledge and experience. They do not constitute a guarantee in the legal sense of the term and, in view of the manifold factors that may affect processing and application, do not relieve processors from the responsibility of carrying out their own tests and experiments. Any relevant patent rights and existing legislation and regulations must be observed.

A-750

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

### <u>BY HAND AND E-MAIL</u>

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19899-0951
> rhorwitz@potteranderson.com

### <u>BY EMAIL</u>

> Steven A. Maddox
> FOLEY & LARDNER LLP
> 3000 K Street, N.W.
> Suite 500
> Washington, DC  20007
> smaddox@foley.com

*/s/ Karen Jacobs Louden*

klouden@mnat.com