

# U. S. PHARMACOPEIA
# NATIONAL FORMULARY
# SUPPLEMENT

## 10

**PAGES 4741–5121**
**OFFICIAL**
**MAY 15, 1999**

91 new monographs

Depressor substances test requirements
eliminated from USP; Chapter <101>
Depressor Substances Test deleted;
Requirements involving cats, deleted from
34 monographs

Botanicals—Cranberry; Milk Thistle;
Saw Palmetto—4 NF monographs

Sunscreens—11 new USP monographs

Title changes to become official
May 15, 1999
Several injectable dosage forms;
Delayed-release terminology for
6 Tablets monographs

Revisions of <11> USP Reference
Standards —Up-to-date cumulative list
and label text

**IMPORTANT!**
**Save Supplement 1 and**
**all succeeding Supplements**

QV
738
AA1
U58
supp 10
1999

**P 23-NF 18**

**A-822**

Tenth Supplement, USP-NF

*Delete the following:*

■Depressor substances—It meets the requirements of the *Depressor Substances Test* ⟨101⟩, the test dose being 1.0 mL per kg of a solution in sterile saline TS, containing 3.0 mg of dihydrostreptomycin per mL.■US

Bacterial endotoxins ⟨85⟩—It contains not more than 0.5 USP Endotoxin Unit per mg of dihydrostreptomycin.

Sterility ⟨71⟩—It meets the requirements when tested as directed in the section *Membrane Filtration Method* under *Test Procedures*.

pH ⟨791⟩: between 5.0 and 8.0.

Assay—
   *Assay preparation 1* (where it is represented as being in a single-dose container)—Withdraw all of the withdrawable contents of Injection, using a suitable hypodermic needle and syringe, and dilute quantitatively with water to obtain a solution containing a convenient quantity of dihydrostreptomycin in each mL.
   *Assay preparation 2* (where the label states the quantity of dihydrostreptomycin in a given volume of solution)—Dilute an accurately measured volume of Injection quantitatively with water to obtain a solution containing a convenient quantity of dihydrostreptomycin in each mL.
   *Procedure*—Proceed as directed for the turbidimetric assay of dihydrostreptomycin under *Antibiotics—Microbial Assays* ⟨81⟩, using an accurately measured volume of *Assay preparation* diluted quantitatively with water to yield a *Test Dilution* having a concentration assumed to be equal to the median dose level of the *Standard*.■US

# Diltiazem Hydrochloride Extended-Release Capsules

*Add the following:*

■Labeling—The labeling indicates the *Drug Release Test* with which the product complies.■US

*Change to read:*

■Drug release ⟨724⟩—
   FOR PRODUCTS LABELED FOR DOSING EVERY 12 HOURS—
   *Test 1*: If the product complies with this test, the labeling indicates that it meets USP *Drug Release Test 1*. Proceed as directed for *Extended-Release Articles—General Drug Release Standard* ⟨724⟩.
   *Medium:* water; 900 mL.
   *Apparatus 2:* 100 rpm.
   *Times:* 3, 9, and 12 hours.
   *Procedure*—Determine the amount of $C_{22}H_{26}N_2O_4S \cdot HCl$ dissolved from ultraviolet absorbances at the wavelength of maximum absorbance at about 237 nm of filtered portions of the solution under test, suitably diluted with *Dissolution Medium*, if necessary, in comparison with a Standard solution having a known concentration of USP Diltiazem Hydrochloride RS in the same *Medium*.
   *Tolerances*—The percentages of the labeled amount of $C_{22}H_{26}N_2O_4S \cdot HCl$ dissolved at the times specified conform to the *Acceptance Table* given.

| Time (hours) | Amount dissolved |
|---|---|
| 3 | between 10% and 25% |
| 9 | between 45% and 85% |
| 12 | not less than 70% |

## Acceptance Table

| Level | Number Tested | Criteria |
|---|---|---|
| $L_1$ | 6 | No individual value lies outside each of the stated ranges, and no individual value is less than the stated amount at the final test time. |
| $L_2$ | 6 | The average value of the 12 units ($L_1 + L_2$) lies within each of the stated ranges and is not less than the stated amount at the final test time. At 3 hours none of the units is outside the range of 10% to 35% of labeled content; at 9 hours none of the units is outside the range of 45% to 95% of labeled content; and at 12 hours none of the units is less than 65% of labeled content at the final test time. |
| $L_3$ | 12 | The average value of the 24 units ($L_1 + L_2 + L_3$) lies within each of the stated ranges and is not less than the stated amount at the final test time. At 3 hours not more than 2 of the 24 units are outside the range of 10% to 35% of labeled content, and these two units must be within the range of 5% to 45% of labeled content; at 9 hours not more than 2 of 24 of the units are outside the range of 45% to 95% of labeled content, and these two units must be within the range of 35% to 100% of labeled content; at 12 hours not more than 2 of the 24 units are less than 65% of labeled content at the final test time, and these two units cannot be less than 60% of labeled content at the final test time. |

●*Test 4*: If the product complies with this test, the labeling indicates that it meets USP *Drug Release Test 4*.
   *Medium, Apparatus, and Procedure*—Proceed as directed under *Test 1*.
   *Times:* 4, 8, 12, and 24 hours.
   *Tolerances*—The percentages of the labeled amount of $C_{22}H_{26}N_2O_4S \cdot HCl$ dissolved at the times specified conform to *Acceptance Table 1* under *Drug Release* ⟨724⟩.

| Time (hours) | Amount dissolved |
|---|---|
| 4 | between 10% and 25% |
| 8 | between 35% and 60% |
| 12 | between 55% and 80% |
| 24 | not less than 80% |

*Test 5*: If the product complies with this test, the labeling indicates that it meets USP *Drug Release Test 5*.
   *Medium:* 0.05 *M* phosphate buffer, pH 7.2; 900 mL.
   *Apparatus 2:* 50 rpm.
   *Procedure*—Proceed as directed under *Test 1*.
   *Times:* 1, 3, and 8 hours.
   *Tolerances*—The percentages of the labeled amount of $C_{22}H_{26}N_2O_4S \cdot HCl$ dissolved at the times specified conform to *Acceptance Table 1* under *Drug Release* ⟨724⟩.

| Time (hours) | Amount dissolved |
|---|---|
| 1 | not more than 15% |
| 3 | between 45% and 70% |
| 8 | not less than 80%●S |

FOR PRODUCTS LABELED FOR DOSING EVERY 24 HOURS—
   *Test 2*: If the product complies with this test, the labeling indicates that it meets USP *Drug Release Test 2*.
   *Medium, Apparatus, and Procedure*—Proceed as directed under *Test 1*.
   *Times:* 1, 4, 10, and 15 hours.
   *Tolerances*—The percentages of the labeled amount of $C_{22}H_{26}N_2O_4S \cdot HCl$ dissolved at the times specified conform to *Acceptance Table 1* under *Drug Release* ⟨724⟩.

| Time (hours) | Amount dissolved |
|---|---|
| 1 | between 5% and 20% |
| 4 | between 30% and 50% |
| 10 | between 70% and 90% |
| 15 | not less than 80% |

*Test 3*: If the product complies with this test, the labeling indicates that it meets USP *Drug Release Test 3*.

**A-823**

*Medium:* 0.1 *N* hydrochloric acid; 900 mL.
*Apparatus 2:* 100 rpm.
*Times:* 6, 12, 18, 24, and 30 hours.
*Procedure*—Determine the amount of $C_{23}H_{26}N_2O_4S \cdot HCl$ dissolved from ultraviolet absorbances at the wavelength of maximum absorbance at about 237 nm of filtered portions of the solution under test, suitably diluted with *Dissolution Medium,* if necessary, in comparison with a *Standard solution* having a known concentration of USP Diltiazem Hydrochloride RS in the same medium.

*Tolerances*—The percentages of the labeled amount of $C_{23}H_{26}N_2O_4S \cdot HCl$ dissolved at the times specified conform to *Acceptance Table 1* under *Drug Release* (724).

| Time (hours) | Amount dissolved |
|---|---|
| 6 | between 20% and 45% |
| 12 | between 25% and 50% |
| 18 | between 35% and 70% |
| 24 | not less than 70% |
| 30 | not less than 85%■₁₀ |

•*Test 6:* If the product complies with this test, the labeling indicates that it meets USP *Drug Release Test 6.*
*Medium* ■₁₀ and *Procedure*—Proceed as directed for *Test 1.*
■*Apparatus 1:* 100 rpm.■₁₀
*Times:* 2, 4, 8, 12, and 16 hours.
*Tolerances*—The percentages of the labeled amount of $C_{23}H_{26}N_2O_4S \cdot HCl$ dissolved at the times specified conform to *Acceptance Table 1* under *Drug Release* (724).

| Time (hours) | Amount dissolved |
|---|---|
| 2 | not more than 25% |
| 4 | between 25% and *50%■₁₀ ●₁₀ |
| •8 | between 60% and 85% |
| 12 | not less than 70% |
| 16 | not less than 80%■₁₀ |

■*Test 7:* If the product complies with this test, the labeling indicates that it meets USP *Drug Release Test 7.*
*Medium:* pH 4.2 acetate buffer; 900 mL. Prepare the buffer employing the following method. Transfer 115 mL of acetic acid to a 10-liter volumetric flask, dilute with water to volume, and mix (Solution A). Transfer 165.4 g of anhydrous sodium acetate to a 10-liter volumetric flask, dilute with water to volume, and mix (Solution B). Mix 4410 mL of Solution A with 1590 mL of Solution B. Adjust, if necessary, with the addition of Solution A or Solution B to a pH of 4.2 ± 0.05.
*Apparatus 2:* 100 rpm.
*Times:* 1, 4, 10, and 15 hours.
*Procedure*—Determine the amount of $C_{23}H_{26}N_2O_4S \cdot HCl$ dissolved from ultraviolet absorbances at the wavelength of maximum absorbance at about 237 nm of filtered portions of the solution under test, suitably diluted with *Dissolution Medium,* if necessary, in comparison with a *Standard solution* having a known concentration of USP Diltiazem Hydrochloride RS in the same *Medium.*
*Tolerances*—The percentages of the labeled amount of $C_{23}H_{26}N_2O_4S \cdot HCl$ dissolved at the times specified conform to *Acceptance Table 1* under *Drug Release* (724).

| Time (hours) | Amount dissolved |
|---|---|
| 1 | not more than 10% |
| 4 | between 15% and 35% |
| 10 | between 65% and 85% |
| 15 | not less than 80% |

*Test 8:* If the product complies with this test, the labeling indicates that it meets USP *Drug Release Test 8.*
*Medium, Apparatus,* and *Procedure*—Proceed as directed under *Test 1.*
*Times:* 1, 4, 10, and 15 hours.
*Tolerances*—The percentages of the labeled amount of $C_{23}H_{26}N_2O_4S \cdot HCl$ dissolved at the times specified conform to *Acceptance Table 1* under *Drug Release* (724).

| Time (hours) | Amount dissolved |
|---|---|
| 1 | between 5% and 20% |
| 4 | between 30% and 50% |
| 10 | between 60% and 90% |
| •15 | not less than 80%■₁₀ |

*Add the following:*

# ■Dirithromycin



$C_{42}H_{78}N_2O_{14}$    835.09
Erythromycin, 9-deoxo-11-deoxy-9,11-[imino[2-(2-methoxyethoxy)ethylidene]oxy]-, [9S(R)]-.
(9S)-9-Deoxo-11-deoxy-9,11-[imino[(1R)-2-(2-methoxyethoxy)ethylidene]oxy]erythromycin
[62013-04-1].

» Dirithromycin contains not less than 96.0 percent and not more than 102.0 percent of $C_{42}H_{78}N_2O_{14}$, consisting of the 16*R*- and 16*S*-epimers, calculated on the anhydrous basis.

**Packaging and storage**—Preserve in well-closed containers.
**USP Reference standards** (11)—*USP Dirithromycin RS.*
**Identification**—
A:  *Infrared Absorption* (197K).
B:  The retention time of the major peak in the chromatogram of the *Assay preparation* corresponds to that in the chromatogram of the *Standard preparation,* as obtained in the *Assay.*
**Water,** *Method I* (921): not more than 1.0%.
**Heavy metals,** *Method II* (231): 0.002%.
**Limit of dirithromycin 16S-epimer**—Using the chromatogram obtained in the test for *Chromatographic purity,* calculate the percentage of dirithromycin 16S-epimer in the portion of Dirithromycin taken by the formula:

$$1000(C/W)(r_E/r_S),$$

in which $r_E$ is the response for dirithromycin 16S-epimer found in the chromatogram of the *Test solution;* and the other terms are as defined therein: not more than 1.5% of dirithromycin 16S-epimer is found.
**Chromatographic purity**—
*Potassium phosphate buffer, Mobile phase, System suitability solution, Solvent,* and *Chromatographic system*—Proceed as directed in the *Assay.*
*Standard solution*—Quantitatively dissolve an accurately weighed quantity of USP Dirithromycin RS in *Solvent* to obtain a solution having a known concentration of about 0.2 mg per mL.
*Test solution*—Transfer about 100 mg of Dirithromycin, accurately weighed, to a 10-mL volumetric flask, dissolve in and dilute with *Solvent* to volume, and mix.
*Procedure*—[NOTE—Use peak areas where peak responses are indicated.] Separately inject equal volumes (about 10 µL) of the *Standard solution* and the *Test solution* into the chromatograph, and record the chromatograms for a period of time that is not less than three times the retention time of dirithromycin (16*R*-epimer). Calculate the percentage of each impurity found in the portion of Dirithromycin taken by the formula:

$$1000(C/W)(r_i/r_S),$$

in which *C* is the concentration, in mg per mL, of USP Dirithromycin RS in the *Standard solution; W* is the quantity, in mg, of Dirithromycin taken to prepare the *Test solution;* $r_i$ is the response for each impurity found in the chromatogram of the *Test solution;*

between the top and bottom of the specimen, at a regular rate of 20 complete cycles per minute.

Congelation frequently may be induced by rubbing the inner walls of the test tube with the thermometer, or by introducing a small fragment of the previously congealed substance. Pronounced supercooling may cause deviation from the normal pattern of temperature changes. If the latter occurs, repeat the test, introducing small particles of the material under test in solid form at 1° intervals as the temperature approaches the expected congealing point.

Record the reading of the test tube thermometer every 30 seconds. Continue stirring only so long as the temperature is gradually falling, stopping when the temperature becomes constant or starts to rise slightly. Continue recording the temperature in the test tube every 30 seconds for at least 3 minutes after the temperature again begins to fall after remaining constant.

The average of not less than four consecutive readings that lie within a range of 0.2° constitutes the congealing temperature. These readings lie about a point of inflection or a maximum, in the temperature-time curve, that occurs after the temperature becomes constant or starts to rise and before it again begins to fall. The average to the nearest 0.1° is the congealing temperature.

# ⟨711⟩ DISSOLUTION

**Change to read:**

This test is provided to determine compliance with the dissolution requirements where stated in the individual monograph for a tablet or capsule dosage form. ■₂₄ ■Of the types of apparatus described herein, use the one specified in the individual monograph.■₂₄ Where the label states that an article is enteric-coated, and a dissolution or disintegration test that does not specifically state that it is to be applied to enteric-coated articles is included in the individual monograph, the test for *Delayed-Release Articles* under *Drug Release* ⟨724⟩ is applied unless otherwise specified in the individual monograph. ■For hard or soft gelatin capsules and gelatin-coated tablets that do not conform to the *Dissolution* specification, repeat the test as follows. Where water or a medium with a pH of less than 6.8 is specified as the *Medium* in the individual monograph, the same *Medium* specified may be used with the addition of purified pepsin that results in an activity of 750,000 Units or less per 1000 mL. For media with a pH of 6.8 or greater, pancreatin can be added at not more than 0.05 g per 1000 mL.■₂₄

USP Reference Standards ⟨11⟩—USP *Prednisone Tablets RS* (Dissolution Calibrator, Disintegrating). USP *Salicylic Acid Tablets RS* (Dissolution Calibrator, Nondisintegrating).

**Change to read:**

**Apparatus 1**—The assembly consists of the following: a covered vessel made of glass or other inert, transparent material[1]; a motor; a metallic drive shaft; and a cylindrical basket. The vessel is partially immersed in a suitable water bath of any convenient size ■or placed in a heating jacket.■₂₄ The water bath or heating jacket₂₄ permits holding the temperature inside the vessel at 37 ± 0.5° during the test and keeping the bath fluid in constant, smooth motion. No part of the assembly, including the environment in which the assembly is placed, contributes significant motion, agitation, or vibration beyond that due to the smoothly rotating stirring element. Apparatus that permits observation of the specimen and stirring element during the test is preferable. The vessel is cylindrical, with a hemispherical bottom ■and with one of the following dimensions and capacities: for a nominal capacity of 1 liter, the height is 160 mm to 210 mm and its inside diameter is 98 mm to 106 mm; for a nominal capacity of 2 liters, the height is 280 mm to 300 mm and its inside diameter is 98 mm to 106 mm; and for a nominal capacity of 4 liters, the height is 280 mm to 300 mm and its inside diameter is 145 mm to 155 mm.■₂₄ Its sides are flanged at the top. A fitted cover may be used to retard evaporation.[2] The shaft is positioned so that its axis is not more than 2 mm at any point from the vertical axis of the vessel and rotates smoothly and without significant wobble. A speed-regulating device is used that allows the shaft rotation speed to be selected and maintained at the rate specified in the individual monograph, within ± 4%.

[1] The materials should not sorb, react, or interfere with the specimen being tested.

[2] If a cover is used, it provides sufficient openings to allow ready insertion of the thermometer and withdrawal of specimens.

Shaft and basket components of the stirring element are fabricated of stainless steel, type 316 or equivalent, to the specifications shown in Figure 1. Unless otherwise specified in the individual monograph, use 40-mesh cloth. A basket having a gold coating 0.0001 inch (2.5 μm) thick may be used. The dosage unit is placed in a dry basket at the beginning of each test. The distance between the inside bottom of the vessel and the basket is maintained at 25 ± 2 mm during the test.

**Change to read:**



Fig. 1. Basket Stirring Element.

**Change to read:**

**Apparatus 2**—Use the assembly from *Apparatus 1*, except that a paddle formed from a blade and a shaft is used as the stirring element. The shaft is positioned so that its axis is not more than 2 mm at any point from the vertical axis of the vessel and rotates smoothly without significant wobble. ■The vertical center line of the blade passes through the axis of the shaft,■₄ so that the bottom of the blade is flush with the bottom of the shaft. The paddle con-

forms to the specifications shown in Figure 2. The distance of 25 ± 2 mm between the blade and the inside bottom of the vessel is maintained during the test. The metallic ■or suitably inert, rigid■ blade and shaft comprise a single entity that may be coated with a suitable inert coating. The dosage unit is allowed to sink to the bottom of the vessel before rotation of the blade is started. A small, loose piece of nonreactive material such as not more than a few turns of wire helix may be attached to dosage units that would otherwise float. ■Other validated sinker devices may be used.■

**Apparatus Suitability Test**—Individually test 1 tablet of the *USP Dissolution Calibrator, Disintegrating Type* and 1 tablet of *USP Dissolution Calibrator, Nondisintegrating Type*, according to the operating conditions specified. The apparatus is suitable if the results obtained are within the acceptable range stated in the certificate for that calibrator in the apparatus tested.

**Dissolution Medium**—Use the solvent specified in the individual monograph. If the *Dissolution Medium* is a buffered solution, adjust the solution so that its pH is within 0.05 unit of the pH specified in the individual monograph. [NOTE—Dissolved gases can cause bubbles to form, which may change the results of the test. In such cases, dissolved gases should be removed prior to testing.[3]]

**Time**—Where a single time specification is given, the test may be concluded in a shorter period if the requirement for minimum amount dissolved is met. If two or more times are specified, specimens are to be withdrawn only at the stated times, within a tolerance of ±2%.

*Change to read:*



NOTES—
(1) Shaft and blade material: 303 (or equivalent) stainless steel.
(2) A and B dimensions are not to vary more than 0.5 mm when part is rotated on ⌀ axis.
(3) Tolerances are ±1.0 mm, unless otherwise stated.

9.4 to 10.1 mm diameter before coating

41.5 mm radius
■1.2 mm radius■2
A    35.8 mm
θ
19.0mm ±0.5mm
42.0 mm
4.0 ±1.0mm
74.0 mm to 75.0 mm

Fig. 2. Paddle Stirring Element.

*Change to read:*

[5] One method of deaeration is as follows: Heat the medium, while stirring gently, to about ■41°,■ immediately filter under vacuum using a filter having a porosity of 0.45 μm or less, with vigorous stirring, and continue stirring under vacuum for about 5 minutes. Other validated deaeration techniques for removal of dissolved gases may be used.

*Change to read:*

**Procedure for Capsules, Uncoated Tablets, and Plain Coated Tablets**—Place the stated volume of the *Dissolution Medium* ■(±1%)■ in the vessel of the apparatus specified in the individual monograph, assemble the apparatus, equilibrate the *Dissolution Medium* to 37 ± 0.5°, and remove the thermometer. Place 1 tablet or 1 capsule in the apparatus, taking care to exclude air bubbles from the surface of the dosage-form unit, and immediately operate the apparatus at the rate specified in the individual monograph. Within the time interval specified, or at each of the times stated, withdraw a specimen from a zone midway between the surface of the *Dissolution Medium* and the top of the rotating basket or blade, not less than 1 cm from the vessel wall. [NOTE—Replace the aliquots withdrawn for analysis with equal volumes of fresh *Dissolution Medium* at 37° or, where it can be shown that replacement of the medium is not necessary, correct for the volume change in the calculation. Keep the vessel covered for the duration of the test, and verify the temperature of the mixture under test at suitable times.] Perform the analysis as directed in the individual monograph.[4] Repeat the test with additional dosage form units.

■If automated equipment is used for sampling and the apparatus is modified, validation of the modified apparatus is needed to show that there is no change in the agitation characteristics of the test.■

Where capsule shells interfere with the analysis, remove the contents of not less than 6 capsules as completely as possible, and dissolve the empty capsule shells in the specified volume of *Dissolution Medium*. Perform the analysis as directed in the individual monograph. Make any necessary correction. Correction factors greater than 25% of the labeled content are unacceptable.

■**Procedure for a Pooled Sample for Capsules, Uncoated Tablets, and Plain Coated Tablets**—Use this procedure where *Procedure for a Pooled Sample* is specified in the individual monograph. Proceed as directed under *Procedure for Capsules, Uncoated Tablets, and Plain Coated Tablets*. Combine equal volumes of the filtered solutions of the six ■or twelve■ individual specimens withdrawn, and use the pooled sample as the test solution. Determine the average amount of the active ingredient dissolved in the pooled sample.■

*Change to read:*

**Interpretation**—

■*Unit Sample*—■Unless otherwise specified in the individual monograph, the requirements are met if the quantities of active ingredient dissolved from the units tested conform to the accompanying Acceptance Table. Continue testing through the three stages unless the results conform at either $S_1$ or $S_2$. The quantity, $Q$, is the amount of dissolved active ingredient specified in the individual monograph, expressed as a percentage of the labeled content; ■ ■ the 5%, ■15%, and 25%■ values in the Acceptance Table are percentages of the labeled content so that these values and $Q$ are in the same terms.

**Acceptance Table**

| Stage | Number Tested | Acceptance Criteria |
|---|---|---|
| $S_1$ | 6 | Each unit is not less than $Q + 5\%$. |
| $S_2$ | 6 | Average of 12 units $(S_1 + S_2)$ is equal to or greater than $Q$, and no unit is less than $Q - 15\%$. |
| $S_3$ | 12 | Average of 24 units $(S_1 + S_2 + S_3)$ is equal to or greater than $Q$, not more than 2 units are less than $Q - 15\%$, and no unit is less than $Q - 25\%$. |

■*Pooled Sample*—Unless otherwise specified in the individual monograph, the requirements are met if the quantities of active ingredient dissolved from the pooled sample conform. to the accompanying Acceptance Table for a Pooled Sample. Continue testing through the three stages unless the results conform at either $S_1$ or $S_2$. The quantity, $Q$, is the amount of dissolved active ingredient

---

[4] If test specimens are filtered, use an inert filter that does not cause adsorption of the active ingredient or contain extractable substances that would interfere with the analysis.

specified in the individual monograph, expressed as a percentage of the labeled content.■

*Add the following:*

■**Acceptance Table for a Pooled Sample.**

| Stage | Number Tested | Acceptance Criteria |
|---|---|---|
| $S_1$ | 6 | Average amount dissolved is not less than $Q + 10\%$. |
| $S_2$ | 6 | Average amount dissolved $(S_1 + S_2)$ is equal to or greater than $Q + 5\%$. |
| $S_3$ | 12 | Average amount dissolved $(S_1 + S_2 + S_3)$ is equal to or greater than $Q$.■ |

## 〈741〉 MELTING RANGE OR TEMPERATURE

*Change to read:*

For Pharmacopeial purposes, the melting range or temperature of a solid is defined as those points of temperature within which, or the point at which, the solid coalesces and is completely melted, except as defined otherwise for *Classes II* and *III* below. Any apparatus or method capable of equal accuracy may be used. The accuracy should be checked ■at suitable intervals,■ by the use of one or more of the six USP Melting Point Reference Standards, preferably ■those that melt nearest the melting temperatures of the compounds being■₁₀ tested (see *USP Reference Standards* 〈11〉).

Five procedures for the determination of melting range or temperature are given herein, varying in accordance with the nature of the substance. When no class is designated in the monograph, use the procedure for *Class Ia.*

The procedure known as the mixed-melting point determination, whereby the melting range of a solid under test is compared with that of an intimate mixture of equal parts of the solid and an authentic specimen of it, e.g., the corresponding USP Reference Standard, if available, may be used as a confirmatory identification test. Agreement of the observations on the original and the mixture constitutes reliable evidence of chemical identity.

*Change to read:*

■**Apparatus I**—An example of a suitable melting range *Apparatus I*■ consists of a glass container for a bath of transparent fluid, a suitable stirring device, an accurate thermometer (see *Thermometers* 〈21〉),* and a controlled source of heat. The bath fluid is selected with a view to the temperature required, but light paraffin is used generally and certain liquid silicones are well adapted to the higher temperature ranges. The fluid is deep enough to permit immersion of the thermometer to its specified immersion depth so that the bulb is still about 2 cm above the bottom of the bath. The heat may be supplied by an open flame or electrically. The capillary tube is about 10 cm long and 0.8 to 1.2 mm in internal diameter with walls 0.2 to 0.3 mm in thickness.

*Add the following:*

■**Apparatus II**—An instrument may be used in the procedures for *Classes I, Ia,* and *Ib.* An example of a suitable melting range *Apparatus II* consists of a block of metal that may be heated at a controlled rate, its temperature being monitored by a sensor. The block accommodates the capillary tube containing the test substance and permits monitoring of the melting process, typically by means of a beam of light and a detector. The detector signal may be processed by a microcomputer to determine and display the melting point or range, or the detector signal may be plotted to allow visual estimation of the melting point or range.■

*Change to read:*

**Procedure for Class I,** ■**Apparatus I**■₁₀—Reduce the substance under test to a very fine powder, and, unless otherwise directed, render it anhydrous when it contains water of hydration by drying

it at the temperature specified in the monograph, or, when the substance contains no water of hydration, dry it over a suitable desiccant for not less than 16 hours.

Charge a capillary glass tube, one end of which is sealed, with sufficient of the dry powder to form a column in the bottom of the tube 2.5 to 3.5 mm high when packed down as closely as possible by moderate tapping on a solid surface.

Heat the bath until the temperature is about 30° below the expected melting point. Remove the thermometer, and quickly attach the capillary tube to the thermometer by wetting both with a drop of the liquid of the bath or otherwise, and adjust its height so that the material in the capillary is level with the thermometer bulb. Replace the thermometer, and continue the heating, with constant stirring, sufficiently to cause the temperature to rise at a rate of about 3° per minute. When the temperature is about 3° below the lower limit of the expected melting range, reduce the heating so that the temperature rises at a rate of about 1° to 2° per minute. Continue heating until melting is complete.

The temperature at which the column of the substance under test is observed to collapse definitely against the side of the tube at any point is defined as the beginning of melting, and the temperature at which the test substance becomes liquid throughout is defined as the end of melting or the "melting point." The two temperatures fall within the limits of the melting range.

*Change to read:*

**Procedure for Class Ia,** ■**Apparatus I**■₁₀—Prepare the test substance and charge the capillary as directed for *Class I,* ■*Apparatus I*■₁₀ Heat the bath until the temperature is about 10° below the expected melting point and is rising at a rate of $1 \pm 0.5°$ per minute. Insert the capillary as directed under *Class I,* ■*Apparatus I*■₁₀ when the temperature is about 5° below the lower limit of the expected melting range, and continue heating until melting is complete. Record the melting range as directed for *Class I,* ■*Apparatus I*.■₁₀

*Change to read:*

**Procedure for Class Ib,** ■**Apparatus I**■₁₀—Place the test substance in a closed container and cool to 10°, or lower, for at least 2 hours. Without previous powdering, charge the cooled material into the capillary tube as directed for *Class I,* ■*Apparatus I,*■₁₀ then immediately place the charged tube in a vacuum desiccator and dry at a pressure not exceeding 20 mm of mercury for 3 hours. Immediately upon removal from the desiccator, fire-seal the open end of the tube, and as soon as practicable proceed with the determination of the melting range as follows: Heat the bath until a temperature $10 \pm 1°$ below the expected melting range is reached, then introduce the charged tube, and heat at a rate of rise of $3 \pm 0.5°$ per minute until melting is complete. Record the melting range as directed for *Class I,* ■*Apparatus I*.■₁₀

If the particle size of the material is too large for the capillary, pre-cool the test substance as above directed, then with as little pressure as possible gently crush the particles to fit the capillary, and immediately charge the tube.

*Add the following:*

■**Procedure for Class I, Apparatus II**—Prepare the substance under test and charge the capillary tube as directed for *Class I, Apparatus I.* Operate the apparatus according to the manufacturer's instructions. Heat the block until the temperature is about 30° below the expected melting point. Insert the capillary tube into the heating block, and continue heating at a rate of temperature increase of about 1° to 2° per minute until melting is complete.

The temperature at which the detector signal first leaves its initial value is defined as the beginning of melting, and the temperature at which the detector signal reaches its final value is defined as the end of melting, or the *melting point.* The two temperatures fall within the limits of the melting range.

In the event of dispute, only the melting range or temperature obtained as directed for *Class I, Apparatus I,* is definitive.■

*Change to read:*

**Procedure for Class II**—Carefully melt the material to be tested at as low a temperature as possible, and draw it into a capillary tube, which is left open at both ends, to a depth of about 10 mm. Cool the charged tube at 10°, or lower, for 24 hours, or in contact with ice for at least 2 hours. Then attach the tube to the thermometer by suitable means, adjust it in a water bath so that the upper edge of the material is 10 mm below the water level, and heat as directed for *Class I,* ■*Apparatus I*■₁₀ except, within 5° of the expected melt-

---

* ASTM Method E77 deals with "Verification and Calibration of Liquid-in-glass Thermometers."

NOTICE
THIS MATERIAL IS SUBJECT TO THE UNITED
STATES COPYRIGHT LAW (TITLE 17, U.S. CODE)
FURTHER REPRODUCTION IN VIOLATION OF
THAT LAW IS PROHIBITED.

# Index
## to Tenth Supplement

*Page citations refer to the pages of the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth Supplements and to pages of the USP 23–NF 18 main volume, where the monographs, general chapters, or other sections of text being revised in these Supplements originally appeared. This Tenth Supplement commences with page 4741, and succeeding Supplements will continue to be paged in sequence.*

| | |
|---|---|
| 1–2391 | Main Volume of *USP 23–NF 18* |
| 2393–2594 | First Supplement |
| 2595–2850 | Second Supplement |
| 2851–3101 | Third Supplement |
| 3103–3342 | Fourth Supplement |
| 3343–3618 | Fifth Supplement |
| 3619–3822 | Sixth Supplement |
| 3823–4124 | Seventh Supplement |
| 4125–4481 | Eighth Supplement |
| 4483–4739 | Ninth Supplement |
| 4741–5121 | Tenth Supplement |

**A**

Acebutolol hydrochloride, 2873
Acetaminophen, 16, 2873
  and aspirin tablets, 20, 4151
  aspirin, and caffeine capsules, 21, 4151
  aspirin, and caffeine tablets, 22, 2874
  butalbital, and caffeine capsules, 233, 4163
  and caffeine capsules, 23, 4152
  and (salts of) chlorpheniramine,
    dextromethorphan, and
    phenylpropanolamine, capsules containing
    at least three of the following—, 4501
  and (salts of) chlorpheniramine,
    dextromethorphan, and
    phenylpropanolamine, oral solution
    containing at least three of the following—,
    4768
  and (salts of) chlorpheniramine,
    dextromethorphan, and
    phenylpropanolamine, tablets containing at
    least three of the following—, 4769
  and (salts of) chlorpheniramine,
    dextromethorphan, and pseudoephedrine,
    capsules containing at least three of the
    following—, 4504
  and (salts of) chlorpheniramine,
    dextromethorphan, and pseudoephedrine,
    oral powder containing at least three of the
    following—, 4506
  and (salts of) chlorpheniramine,
    dextromethorphan, and pseudoephedrine,
    oral solution containing at least three of the
    following—, 4508
  and (salts of) chlorpheniramine,
    dextromethorphan, and pseudoephedrine,

    tablets containing at least three of the
    following—, 4509
  and codeine phosphate capsules, 24, 4152
  and codeine phosphate oral suspension, 26,
    2874
  and codeine phosphate tablets, 26, 2614
  and diphenhydramine citrate tablets, 27, 4152
  and hydrocodone bitartrate tablets, 752, 4215
  and oxycodone capsules, 1131, 4244
  and oxycodone tablets, 1132, 4244
  and propoxyphene hydrochloride tablets,
    1320, 4254
  and propoxyphene napsylate tablets, 1325,
    4879
  and pseudoephedrine hydrochloride tablets,
    28, 4513
  dextromethorphan hydrobromide, doxylamine
    succinate, and pseudoephedrine
    hydrochloride oral solution, 4771
  diphenhydramine hydrochloride, and
    pseudoephedrine hydrochloride tablets,
    4772
Acetate; cellulose phthalate, 2233, 3076
Acetazolamide, 28, 2876
  for injection, 3844
  sodium, 30
  sodium, sterile, 30, 3844
Acetic acid and hydrocortisone otic solution,
    757, 2635
Acetohexamide, 31, 2876
  tablets, 31, 2423
Acetohydroxamic acid tablets, 32, 4153
*p*-Acetotoluidide, 3054
Acetone, 2210, 2581

  neutralized, 4080
Acetylcysteine, 34, 2424
  solution, 34, 2424
3-Acetylthio-2-methylpropanoic acid, 4679
Acetyltributyl
  citrate, 5073
Acetyltriethyl
  citrate, 5073
Achromicity, color and, 1779, 2704
Acid
  acetic, and hydrocortisone otic solution, 757,
    2635
  3-acetylthio-2-methylpropanoic, 4679
  acetohydroxamic, tablets, 32, 4153
  aminobenzoic, 82, 2879
  aminocaproic, 83, 3317
  aminohippuric, 2428
  3-aminopropionic, 4441
  aminosalicylic, 4788
  arsanilic, 2883
  ascorbic, injection, 130, 3848
  ascorbic, oral solution, 131, 2884
  ascorbic, tablets, 131, 4158
  benzoic, 176, 3383
  3-benzoylbenzoic, 3263
  boric, 2221, 3075
  butyric, 4679
  chenodeoxycholic, 2790
  chlorogenic, 4441
  chloronicotinic, 3054
  chromotropic, 4441
  chromotropic, disodium salt, 4441
  citric, 2790

Tenth Supplement, USP-NF

citric, and magnesium carbonate for oral
    solution, 4568
clavulanic, and ticarcillin injection, 4892
clavulanic, and ticarcillin for injection, 4892
cyanoacetic, 2569
diphenylborinic, ethanolamine ester, 4441
diluted hydrochloric, 2252, 3077
edetic, 2243, 3598
ethacrynic, 634, 2926
ethanesulfonic, 4679
2-ethyl-2-methylsuccinic, 4441
folic, 691, 3892
folic, tablets, 692, 4552
glycolic, 4080
hydrochloric, 2252, 3077
hydrochloric, normal (1 $N$), 2059, 3556
hydrochloric, half-normal (0.5 $N$) in methanol,
    2059, 3556
hydroxyisophthalic, 2016, 2790
hypophosphorous, 2255, 3078
ioxaglic, 3688
lithocholic, 2791
malic, 2262, 4451
mandelic, 3903
methacrylic, copolymer, 2265, 4099
methacrylic, copolymer dispersion, 4452
mineral, 4679
nalidixic, 1047, 2957
nalidixic, oral suspension, 1047, 3910
nalidixic, tablets, 1047, 3911
nitric, 2271, 3080
neutralizing capacity, 1732, 3457
nonanoic, 4679
oleic, 2273, 4099
pentetic, 1188, 4246
perchloric, tenth-normal (0.1 $N$) in dioxane,
    2060, 4443
perchloric, tenth-normal (0.1 $N$) in glacial
    acetic acid), 2060, 4443
phenylbenzimidazole sulfonic, 4872
phosphoric, 2278, 3324
phosphoric, diluted, 2278, 3324
phosphoric, and sodium fluoride topical
    solution, 1423, 2502
propionic, 2293, 4452
salicylic, 1395, 3435
sulfuric, half-normal (0.5 $N$) in alcohol, 2060,
    3557 (USP 23)
sulfuric, normal (1 $N$), 2062, 3557
sulfuric-titanium trichloride, TS, 4082
triamterene and hydrochlorothiazide, 1581,
    3440
2,4,6-trinitrobenzenesulfonic, 2045, 4082
undecylenic, ointment, compound, 1617, 3184
valeric, 4680
valproic, 1618, 4899
valproic, capsules, 1619, 4621
Acids, benzoic and salicylic, ointment, 177,
    3384
Acidulated phosphate and sodium fluoride
    topical solution, 2676
Activated
    attapulgite, 148, 4520
    attapulgite, colloidal, 148, 4520
Acyclovir
    capsules, 4514
    for injection, 4514
    ointment, 4153
    oral suspension, 4515
    tablets, 4515
Adenosine, 4773
    injection, 4774
Aerosol
    bacitracin and polymyxin B sulfate topical,
        159, 2430
    benzocaine, butamben, and tetracaine
        hydrochloride topical, 175, 2617

benzocaine and menthol topical, 2888
epinephrine inhalation, 593, 2459
isoetharine mesylate inhalation, 841, 2646
thimerosal topical, 1536, 3184
Aerosols
    metered-dose inhalers, and dry powder
        inhalers, 4933
Agar, 2210, 4087
Agents, antimicrobial—content, 1733, 4310
Alanine, 37, 2876
Albendazole, 37, 2614
    oral suspension, 3358
    tablets, 4515
Albuterol, 38, 2876
    sulfate, 39, 2877
    tablets, 39, 4517
Alcohol, 42, 2614
    determination, 1767, 4646
    dehydrated, 43, 4153
    dehydrated, injection, 43, 3116
    isopropyl, 848, 2647
    methyl, 2020, 2838
    myristyl, 2271, 3080
    phenylethyl, 1214, 4872
Alcoholic sodium hydroxide, tenth-normal (0.1
    $N$), 3055
Alcohols, lanolin, 2259, 2584
Aldehyde dehydrogenase, 1993, 4080
Alfentanil
    hydrochloride, 4153
    injection, 4154
Alginates assay; 1732, 2696
Alkyl (C12-15) Benzoate, 3797
Allyl isothiocyanate, 3844
Alprazolam, 46, 3845
    tablets, 47, 4155
Alprenolol hydrochloride, 3054
Alprostadil, 48, 2425
    injection, 49, 2425
Aluetramine, 4517
    capsules, 4517
Alum
    ammonium, 52, 2877
    potassium, 53, 2877
Alumina
    aspirin, and magnesium oxide tablets, 139,
        2885
    magnesia, calcium carbonate, and simethicone
        tablets, 56, 2615
    magnesia, and simethicone oral suspension,
        57, 2425
    magnesia, and simethicone tablets, 59, 2615
    and magnesia trisilicate tablets, 63, 3116
Aluminon, 3263
Aluminum, 3456
    chloride, 64, 2877
    chlorohydrate, 64, 3358
    chlorohydrate solution, 65, 3359
    chlorohydrex polyethylene glycol, 3360
    chlorohydrex propylene glycol, 3360
    dichlorohydrate, 3361
    dichlorohydrate solution, 3362
    dichlorohydrex polyethylene glycol, 3362
    dichlorohydrex propylene glycol, 3363
    monostearate, 2212, 3596
    sesquichlorohydrate, 3363
    sesquichlorohydrate solution, 3364
    sesquichlorohydrex polyethylene glycol, 3364
    sesquichlorohydrex propylene glycol, 3365
    stearate with penicillin G procaine injectable
        oil suspension, 3785
    stearate with penicillin G procaine suspension,
        sterile, 1174, 3716
    subacetate topical solution, 4518
    sulfate, 68, 3845
    sulfate and calcium acetate tablets for topical
        solution, 3365

zirconium octachlorohydrate, 68, 4774
zirconium octachlorohydrate solution, 4775
zirconium octachlorohydrex gly, 69, 4776
zirconium octachlorohydrex gly solution, 4777
zirconium pentachlorohydrate, 70, 4778
zirconium pentachlorohydrate solution, 4779
zirconium pentachlorohydrex gly, 70, 4779
zirconium pentachlorohydrex gly solution,
    4780
zirconium tetrachlorohydrate, 71, 4781
zirconium tetrachlorohydrate solution, 4782
zirconium tetrachlorohydrex gly, 71, 4782
zirconium tetrachlorohydrex gly solution,
    4783
zirconium trichlorohydrate, 71, 4784
zirconium trichlorohydrate solution, 4785
zirconium trichlorohydrex gly, 72, 4785
zirconium trichlorohydrex gly solution, 4786
Amantadine
    hydrochloride, 72, 3378
    hydrochloride capsules, 73, 4155
    hydrochloride syrup, 73, 3379
Amaranth, 4679
    TS, 4680
Amcinonide, 73, 4155
    cream, 74, 4156
    ointment, 74, 4156
Amdinocillin, 75, 3644
    for injection, 75, 3645
    sterile, 75, 3645
Amikacin, 76, 3845
    sulfate, 76, 3846
    sulfate injection, 77, 4156
Aminobenzoate
    potassium, 80, 2879
    sodium, 81, 2879
3-Amino-1-propanol, 5066
Aminobenzoic acid, 82, 2879
Aminocaproic acid, 83, 3117
2-Aminoethyl diphenylborinate, 4441
Aminoglutethimide, 84, 2879
Aminohippuric acid, 2428
Aminophylline, 4787
    injection, 87, 4787
    delayed-release tablets, 4787
    tablets, 89, 4787
3-Aminopropionic acid, 4441
Aminosalicylic acid, 4788
Aminosalicylate sodium tablets, 90, 4157
Amitraz, 2616
    concentrate for dip, 2616
Amitriptyline hydrochloride, 92, 2879
    and chlordiazepoxide tablets, 341, 4186
Ammoniated mercury ointment, 961, 3162
Ammonio methacrylate copolymer, 2213, 3320
Ammonium
    alum, 52, 2877
    chloride, 94, 4518
    chloride injection, 95, 4518
    molybdate, 95, 3645
    molybdate injection; 96, 3646
Amobarbital
    sodium, 97, 3847
    sodium for injection, 3847
    sodium, sterile, 97; 3847
Amodiaquine, 97, 2879
    hydrochloride, 98, 2879
Amoxapine tablets, 99, 3117
Amoxicillin, 100, 3646
    boluses, 2428
    capsules, 100, 3847
    and clavulanate potassium for oral suspension,
        103, 2880
    and clavulanate potassium tablets, 104, 3848
    for injectable suspension, 3646
    sterile, 101, 3646
    for suspension, sterile, 101, 3646

5096   **Amoxl–Biolo / Index**

tablets, 102, 3847
Amphetamine sulfate tablets, 105, 4157
Ampicillin, 107, 3647
capsules, 108, 4157
injectable oil suspension, 109, 3648
for injectable suspension, 3648
for injection, 4518
sodium, 111, 3649
sodium, sterile, 111, 3650
sodium and sulbactam sodium, sterile, 112, 3650
sterile, 108, 3648
and sulbactam for injection, 112, 3650
suspension, sterile, 109, 3648
for suspension, sterile, 109, 3648
tablets, 110, 4158
Amprolium, 113, 2883
oral solution, 114, 4158
Aminone, 3380
injection, 4788
Analysis
automated methods of, 1673, 2997
thermal, 1837, 4332
Analytical sieving, particle size distribution
estimation by, 3980, 4955
Anethole, 2214, 4087, 5074
Anhydrous lactose, 2257, 4450
p-Anisidine, 5066
Antacid effectiveness, 1845, 2725
Anthralin, 118, 2883
Antibiotics—microbial assays, 1690, 4300
Antimicrobial
agents—content, 1733, 4310
—effectiveness testing, 1681, 4293
Antimony potassium tartrate, 123, 4789
Antipyrine, 124, 2883
Antithrombin III for Anti-Factor X, test, 5066
Apparatus
cleaning glass, 1859, 4674
for tests and assays, 1673, 2997, 3195, 4293
Apraclonidine hydrochloride, 128, 2429
Area, specific surface, 4671
Arginine, 129, 2883
hydrochloride, 129, 2883
Arsanilic acid, 2883
Arsenic, 1724, 3966
Articles, description and relative solubility of
USP and NF, 2071, 2572, 2793, 3057,
3264, 3558, 3793, 4083, 4445, 4681, 5069
Ascorbic acid
injection, 130, 3848
oral solution, 131, 2884
tablets, 131, 4158
Ascorbyl palmitate, 2215, 4087
Aspartame, 2215, 4087
Aspirin, 131, 3382
acetaminophen, and caffeine capsules, 21, 4151
acetaminophen, and caffeine tablets, 22, 2874
and acetaminophen tablets, 20, 4151
alumina, and magnesium oxide tablets, 139, 2885
boluses, 3849
butalbital, and caffeine capsules, 235, 3857
butalbital, and caffeine tablets, 236, 3858
butalbital, caffeine, and codeine phosphate
capsules, 237, 3657
caffeine, and dihydrocodeine bitartrate
capsules, 140, 4158
extended-release tablets, 137, 3382
and oxycodone tablets, 1132, 4245
propoxyphene hydrochloride, and caffeine
capsules, 1321, 2670
Assay
alginates, 1732, 2696
single-steroid, 2528
vitamin D, 1755, 3201

Assays
apparatus for tests and, 1673, 2997, 3195, 4293
biological tests and, 1690, 2519, 3195, 3757, 3962, 4300, 4928
chemical tests and, 1721, 2523, 2998, 3200, 3456, 3761, 3964, 4306, 4634, 4929
insulin, 1716, 2694
microbial, antibiotics, 1690, 4300
general requirements for tests and, 1650, 2517, 2691, 2993, 3188, 3445, 3744, 3951, 4281, 4623, 4674, 4760, 4908
general tests and, 1650, 2517, 2691, 2993, 3188, 3455, 3744, 3951, 4281, 4623, 4674, 4760, 4908
general tests and, nutritional supplements, 2180, 2577, 2833, 3316, 3390
other tests and, 1732, 2526, 2696, 3002, 3200, 3457, 3765, 3968, 4310, 4636, 4929
tests and, 6, 4760
Assemblies, transfusion and infusion, and similar
medical devices, 1719, 2696
Astemizole, 4789
tablets, 4519
Atenolol, 3120
and chlorthalidone tablets, 3122
injection, 4159
tablets, 3850
Atropine
sulfate and diphenoxylate hydrochloride oral
solution, 535, 2451
sulfate and diphenoxylate hydrochloride
tablets, 536, 2452
Attapulgite
activated, 148, 4520
colloidal activated, 148, 4520
Aurothioglucose, 2430
injectable suspension, 3851
injectable oil suspension, 2885
suspension, sterile, 3851
Automated methods of analysis, 1673, 2997
Avobenzone, 4789
Azatadine maleate, 149, 2886
Azithromycin, 152, 3851
capsules, 158, 3123
for oral suspension, 4790
Azlocillin
for injection, 3652
sodium, 154, 3651
sodium, sterile, 154, 3652
Aztreonam, 155, 3851
for injection, 156, 3851
sterile, 156, 3852

**B**

Bacitracin, 158, 4159
for injection, 4159
ointment, 158, 3652
and neomycin and polymyxin B sulfates
ointment, 1068, 3702
and polymyxin B sulfate topical aerosol, 159, 2430
sterile, 159, 4160
zinc, 160, 4160
zinc and neomycin and polymyxin B sulfates
ointment, 1068, 2484
zinc, neomycin and polymyxin B sulfates,
lidocaine ointment, 1070, 2655
zinc and polymyxin B sulfate ointment, 162, 3652
zinc, sterile, 162, 4160
Baclofen tablets, 163, 4160
Bacteriostatic
sodium chloride injection, 1418, 4884

Tenth Supplement, USP-NF

water for injection, 1636, 4902
water for injection, sterile, 1636, 3947
Balances, weights and, 1680, 3195
Barium
hydroxide lime, 165, 4520
sulfate, 165, 2887
sulfate tablets, 4791
suspension, 2430
for suspension, 166, 3653
Belladonna extract, 167, 3383
Bendroflumethiazide, 170, 2887
and nadolol tablets, 1044, 4237
Benoxinate hydrochloride, 171, 2888
Bentonite, 2216, 3596
magma, 2217, 3596
purified, 2217, 3596
Benzalkonium
chloride, 5074
Benzenesulfonamide, 2569
Benzoate, Betamethasone, 189, 4791
Benzocaine, 173, 2888
butamben, and tetracaine hydrochloride topical
aerosol, 175, 2617
butamben, and tetracaine hydrochloride topical
solution, 176, 2618
gel, 2888
lozenges, 3124
and menthol topical aerosol, 2888
Benzoic
acid, 176, 3383
and salicylic acids ointment, 177, 3384
Benzonatate, 178, 2889
Benzoyl peroxide
gel, 179, 3852
hydrous, 179, 3653
3-Benzoylbenzoic acid, 3263
Benzthiazide, 181, 2889
Benztropine mesylate tablets, 182, 3852
Benzylpenicilloyl polylysine injection, 185, 2431
Beta
carotene, 135, 33849
cyclodextrin, 2220, 4698
Betadex, 4698
Betaine hydrochloride, 186, 2889
Betamethasone, 186, 2618
acetate, 188, 2619
acetate and betamethasone phosphate
injectable suspension, 3654
acetate and betamethasone sodium phosphate
suspension, sterile, 194, 3655
acetate and gentamicin sulfate ophthalmic
solution, 2932
benzoate, 189, 4791
benzoate gel, 190, 3853
cream, 187, 2618
dipropionate, 190, 4521
sodium phosphate, 193, 4161
sodium phosphate and betamethasone acetate
injectable suspension, 3654
sodium phosphate and betamethasone acetate
suspension, sterile, 194, 3655
tablets, 188, 4161
valerate, 195, 4521
valerate and gentamicin sulfate ointment, 2933
valerate and gentamicin sulfate otic solution, 2934
valerate and gentamicin sulfate topical
solution, 2935
Betaxolol hydrochloride, 197, 3853
Bethanechol chloride tablets, 199, 3655
Bioequivalence guidances, in vivo, 1929, 4382
Biological
indicator for dry-heat sterilization, paper strip,
200, 3384
indicator for ethylene oxide sterilization, paper
strip, 202, 3385

A-830

Tenth Supplement, USP–NF

indicator for steam sterilization, paper strip, 204, 3386
indicator for steam sterilization, self-contained, 3387
indicators—resistance performance tests, 3754
reactivity tests, in vitro, 1697, 3962
reactivity tests, in vivi, 1699, 4304
tests and assays, 1690, 2519, 2694, 3195, 3757, 3962, 4300, 4928
Biologics, 1849, 3784
Biotechnological
products, quality of: analysis of the expression construct in cells used for production of r-DNA derived protein products, 4334
products, quality of: stability testing of biotechnological/biological products, 4336
Biotechnology
products, viral safety evaluation of: derived from cell lines of human or animal origin, 4961
Biperiden hydrochloride, 206, 3388
Bisacodyl, 208, 2890
delayed-release tablets, 4791
rectal suspension, 4162
tablets, 209, 4791
Bismuth
subcarbonate, 2890
subsalicylate, 4521
Bleomycin
for injection, 4793
sulfate, 4792
sulfate, sterile, 211, 3856
Blood, technetium Tc 99m red, cells injection, 2985
Blue
brilliant, G TS, 4680
methylene, 998, 2479
methylene, injection, 999, 2479
Boluses
amoxicillin, 2428
aspirin, 3849
neomycin, 3165
phenylbutazone, 3721
Boron trifluoride, 1999, 3054
Boric acid, 2221, 3075
Bran
wheat, 4903
Bretylium tosylate, 3856
in dextrose injection, 3857
injection, 4522
Brilliant blue G TS, 4680
Bromine detector tube, 1999, 2569
Bromocresol green-methyl red TS, 4082
Bromocriptine mesylate, 217, 2892
capsules, 218, 2432
tablets, 218, 2619
Bromodiphenhydramine hydrochloride, 219, 2892
Brompheniramine maleate, 221, 2892
Buffer solutions, 1987, 4441
Bulk density and tapped density, 3976, 4950
Bumetanide, 223, 2892
injection, 223, 2432
Bupivacaine
in dextrose injection, 225, 2619
and epinephrine injection, 226, 2619
hydrochloride, 226, 2893
hydrochloride in dextrose injection, 225, 2893
hydrochloride and epinephrine injection, 226, 2619
Buprenorphine hydrochloride, 2893
Buspirone
hydrochloride, 228, 2893
hydrochloride tablets, 2894
Butabarbital sodium, 230, 2894
Butalbital, 232, 2894

acetaminophen, and caffeine tablets, 233, 4163
aspirin, and caffeine capsules, 235, 3857
aspirin, and caffeine tablets, 236, 3858
aspirin, caffeine, and codeine phosphate capsules, 237, 3657
Butamben, benzocaine, and tetracaine hydrochloride topical aerosol, 175, 2617
Butamben, benzocaine, and tetracaine hydrochloride topical solution, 176, 2618
Butter, cocoa, 2235, 4093
tert-Butylamine, 4441
Butylated
hydroxyanisole, 2222, 3075
hydroxytoluene, 2223, 4448
tert-Butyldimethylchlorosilane, 2569
Butylparaben, 2223, 4088
Butyric acid, 4679

# C

Caffeine, 241, 4522
and acetaminophen capsules, 23, 4152
acetaminophen, and aspirin capsules, 21, 4151
acetaminophen, and aspirin tablets, 22, 2874
aspirin, and dihydrocodeine bitartrate, 140, 4158
butalbital, and acetaminophen tablets, 233, 4163
butalbital, and aspirin capsules, 235, 3857
butalbital, and aspirin tablets, 236, 3858
butalbital, aspirin, and codeine phosphate capsules, 237, 3657
propoxyphene hydrochloride, and aspirin capsules, 1321, 2670
Calcifediol capsules, 244, 4523
Calcium
acetate, 244, 3858
acetate and aluminum sulfate tablets for topical solution, 3365
acetate tablets, 4163
ascorbate, 245, 2896
carbonate, 246, 4793
carbonate, alumina, magnesia, and simethicone tablets, 56, 2615
carbonate lozenges, 3388
carbonate and magnesia tablets, 247, 3389
carbonate oral suspension, 246, 3657
carbonate, precipitated, 246, 2001, 4681
carboxymethylcellulose, 2228, 3076
chloride, 250, 3389
citrate, 251, 3389
docusate, 544, 2921
doxycycline, oral suspension, 556, 3145
edetate, disodium, 570, 3413
gluceptate, 252, 2896
gluconate, 252, 2433
gluconate injection, 254, 4523
heparin, 4839
heparin injection, 4839
hydroxide, 255, 3859
iodate, 835, 2946
lactate, 255, 2619
lactate tablets, 256, 4163
lactobionate, 256, 2896
leucovorin, tablets, 873, 3901
levulinate, 257, 3658
and magnesium carbonates oral suspension, 4523
and magnesium carbonates tablets, 249, 2896
pantothenate tablets, 258, 4163
phosphate, dibasic, 258, 4793
phosphate tablets, dibasic, 258, 2619
phosphate, tribasic, 2223, 4089
polycarbophil, 259, 3389

saccharate, 260, 4163
saccharin, 1392, 2976
silicate, 2224, 4089
stearate, 2225, 3596
undecylenate, 260, 4524
with vitamin D tablets, 3268
Capacity, acid-neutralizing, 1732, 3457
Capreomycin
for injection, 4794
sulfate, 4793
sulfate, sterile, 262, 3860
Capsaicin, 2658
Capsicum, 2620
oleoresin, 2434
Capsules
acetaminophen, aspirin, and caffeine, 21, 4151
acetaminophen and caffeine, 23, 4152
acetaminophen and codeine phosphate, 24, 4152
acetaminophen and (salts of) chlorpheniramine, dextromethorphan, and phenylpropanolamine, containing at least three of the following—, 4501
acetaminophen and (salts of) chlorpheniramine, dextromethorphan, and pseudoephedrine, containing at least three of the following—, 4504
acyclovir, 4514
alitretamine, 4518
amantadine hydrochloride, 73, 4155
amoxicillin, 100, 3847
ampicillin, 108, 4157
aspirin, caffeine, and dihydrocodeine bitartrate, 140, 4158
azithromycin, 158, 3123
bromocriptine mesylate, 218, 2432
butalbital, aspirin, and caffeine, 235, 3857
butalbital, aspirin, caffeine, and codeine phosphate, 237, 3657
calcifediol, 244, 4523
cefaclor, 284, 3864
cephalexin, 322, 2437
cephradine, 326, 4798
chloral hydrate, 331, 4528
chlordiazepoxide hydrochloride, 343, 2438
chlordiazepoxide hydrochloride and clidinium bromide, 344, 4186
chlorotrianisene, 4530
chlorpheniramine maleate extended-release, 351, 2911
clofazimine, 398, 4534
cyclosporine, 444, 4539
danazol, 453, 2443
dextroamphetamine sulfate, 481, 4197
diazepam, 4815
diazepam extended-release, 491, 2447
dinoxide, 493, 4541
dicloxacillin sodium, 499, 3143
dicyclomine hydrochloride, 500, 4198
diltiazem hydrochloride extended-release, 525, 4817
diphenhydramine hydrochloride, 533, 4201
diphenhydramine and pseudoephedrine, 534, 4545
disopyramide phosphate extended-release, 541, 4820
docusate potassium, 546, 4546
doxepin hydrochloride, 552, 2454
doxycycline, 555, 4821
doxycycline hyclate, 557, 3146
doxycycline hyclate extended-release, 558, 3146
dronabinol, 561, 4547
ephedrine sulfate and phenobarbital, 592, 4206
ergocalciferol, 600, 2459
ergoloid mesylates, 4206

erythromycin estolate, 615, 4549
ethchlorvynol, 637, 4827
ethosuximide, 642, 4208
etoposide, 649, 4550
fluoxetine, 3891
flurazepam hydrochloride, 688, 2464
flutamide, 4829
gemfibrozil, 702, 3894
griseofulvin, 721, 4837
guaifenesin, 724, 4215
guaifenesin and pseudoephedrine
  hydrochloride, 2936
guaifenesin, pseudoephedrine hydrochloride,
  and dextromethorphan hydrobromide, 3894
hydroxyurea, 776, 2635
indomethacin, 800, 2945
indomethacin extended-release, 801, 3419
isosorbide dinitrate extended-release, 857,
  4221
isotretinoin, 4847
kanamycin sulfate, 862, 4222
lithium carbonate, 897, 2649
loperamide hydrochloride, 900, 2650
loracarbef, 902, 4851
magnesium oxide, 921, 2475
meclofenamate sodium, 941, 2651
mesalamine extended-release, 3905
methyltestosterone, 1009, 2955
minerals, 2129, 3559
nifedipine, 1084, 2486
nitrofurantoin, 1086, 3702, 4861
nortriptyline hydrochloride, 1107, 4241
novobiocin sodium, 1108, 3428
oxacillin sodium, 1118, 2488
oxycodone and acetaminophen, 1131, 4244
oxytetracycline hydrochloride, 1144, 3708
pancreatin, 1151, 2661
pancrelipase, 1153, 2663
pancrelipase delayed-release, 2962
penicillamine, 1163, 4245
phendimetrazine tartrate, 1199, 4246
prazepam, 1273, 3724
phensuximide, 2666
phentermine hydrochloride, 1207, 4248
phenylbutazone, 1210, 3430
phenylpropanolamine hydrochloride, 4873
phenylpropanolamine hydrochloride extended-
  release, 1215, 3923
phenytoin sodium, extended, 1219, 4874
piroxicam capsules, 1235, 2969
potassium perchlorate, 4876
propranolol hydrochloride extended-release,
  1328, 2973
propoxyphene hydrochloride, aspirin, and
  caffeine, 1321, 2670
propranolol hydrochloride and
  hydrochlorothiazide extended-release, 1330,
  2497
quinidine sulfate, 1355, 2672
quinine sulfate, 1357, 2673
rifabutin, 2674
rifampin, 1382, 2976
rifampin and isoniazid, 1383, 2976
simethicone, 1410, 2501
sulfinpyrazone, 1467, 4608
tetracycline hydrochloride, 1510, 2682
theophylline extended-release, 1522, 4611
theophylline and guaifenesin, 1526, 2507
thiothixene, 1545, 2684
triamterene, 1581, 3737
triamterene and hydrochlorothiazide, 1581,
  4897
trihexyphenidyl hydrochloride extended-
  release, 1594, 2512
troleandomycin, 2513
ursodiol, 2689
valproic acid, 1619, 4621

vitamin A, 1631, 2516
vitamin E, 1633, 2516
oil-soluble vitamins, 2137, 3563
oil- and water-soluble vitamins, 2141, 3567
oil- and water-soluble vitamins with minerals,
  2146, 3573
water-soluble vitamins, 2159, 3306
water-soluble vitamins with minerals, 2168,
  4084
zidovudine, 4278
Captopril, 263, 4524
  and hydrochlorothiazide tablets, 4164
  tablets, 263, 3860
Carbazole, 3054
Carbamazepine, 265, 3862
  tablets, 267, 4524
Carbenicillin
  disodium, 3863
  disodium, sterile, 268, 3863
  indanyl sodium, 268, 2897
  indanyl sodium tablets, 269, 2897
  for injection, 3863
Carbidopa, 269, 2898
Carbinoxamine maleate, 271, 2898
C 11
  injection, flumazenil, 4794
  injection, methionine, 2898
  injection, mespiperone, 3863
  injection, sodium acetate, 2899
Carbomer
  910, 2226, 3798
  934, 2226, 3798
  934P, 2226, 3798
  940, 2227, 3798
  941, 2227, 3798
  1342, 2227, 3799
Carbon
  raclopride of C 11 injection, 3659
  total organic, 4320
Carboplatin, 2621
  for injection, 2622
Carboxymethylcellulose
  calcium, 2228, 3076
  sodium, 274, 3864
  sodium 12, 2228, 4089
Carboxymethoxylamine hemihydrochloride, 4441
Carotene, beta, 185, 2889
Carnauba wax, 2317, 4102
Carteolol
  hydrochloride, 3129
  hydrochloride ophthalmic solution, 2901
  hydrochloride tablets, 3129
Casanthrol, 278, 4165
Cascara
  sagrada, 280, 4166
  sagrada extract, 281, 2903
  tablets, 281, 4167
Castor
  oil, 282, 2436
  oil, emulsion, 283, 2904
Cefaclor, 284, 2905
  capsules, 284, 3864
  for oral suspension, 284, 3865
Cefadroxil, 285, 4525
Cefamandole nafate, 4167
  for injection, 287, 4168
  sterile, 287, 4169
Cefazolin, 289, 3390
  injection, 3865
  for injection, 3866
  sodium, 3865
  sodium injection, 289, 3865
  sodium, sterile, 290, 3866
Cefixime tablets, 292, 3866
Cefmenoxime
  hydrochloride, 4169
  hydrochloride, sterile, 293, 4171

for injection, 292, 4170
Cefmetazole, 2624
  injection, 2624
  for injection, 4796
  sodium, 4795
  sodium, sterile, 294, 4796
Cefonicid
  for injection, 4171
  sodium, 4171
  sodium, sterile, 295, 4172
Cefoperazone
  injection, 4172
  for injection, 4173
  sodium, 296, 4172
  sodium injection, 296, 4172
  sodium, sterile, 297, 4173
Ceforanide, 3868
  for injection, 297, 3869
  sterile, 298, 3869
Cefotaxime
  injection, 299, 4174
  for injection, 4175
  sodium, 299, 4173
  sodium injection, 299, 4175
  sodium, sterile, 300, 4175
  sterile, 300, 2906
Cefotetan, 3869
  disodium, 300, 3870
  disodium, sterile, 300, 3661
  injection, 2907
  for injection, 3660
Cefotiam
  hydrochloride, 4796
  hydrochloride, sterile, 302, 4177
  for injection, 301, 4797
Cefoxitin
  injection, 304, 2436
  for injection, 304, 2436
  sodium, 303, 2909
  sodium injection, 304, 2436
  sodium, sterile, 304, 2437
Cefpiramide, 305, 4177
  for injection, 306, 4177
Ceftazidime, 308, 4525
  for injection, 310, 3661
  sterile, 311, 4526
Ceftizoxime
  injection, 4178
  for injection, 4178
  sodium, 312, 4178
  sodium injection, 312, 4178
  sodium, sterile, 313, 4179
  sterile, 314, 3137
Ceftriaxone
  injection, 4179
  for injection, 4180
  sodium, 314, 4179
  sodium injection, 314, 4179
  sodium, sterile, 315, 4180
Cefuroxime
  axetil, 315, 3870
  injection, 4180
  for injection, 4181
  sodium, 316, 4180
  sodium injection, 317, 4180
  sodium, sterile, 317, 4181
Cell
  lines of human or animal origin derived from
    viral safety evaluation or biotechnology
    products, 4961
Cellacefate, 4699
Cellulose
  acetate, 2232, 4092
  acetate phthalate, 2233, 4699
  hydroxyethyl, 2253, 4096
  hydroxypropyl, 2253, 4096
  low-substituted hydroxypropyl, 2253, 3323

Tenth Supplement, USP-NF

microcrystalline, 2231, 4699
powdered, 2232, 4092
Cephalexin, 320, 2910
capsules, 322, 2437
tablets, 323, 3137
Cephalothin
injection, 4182
for injection, 4183
sodium, 323, 4181
sodium injection, 324, 4182
sodium for injection, 324, 4182
sodium, sterile, 324, 4183
Cephapirin
benzathine, 3870
benzathine intramammary infusion, 3137
for injection, 4184
sodium, 4183
sodium intramammary infusion, 3138
sodium, sterile, 325, 4185
Cephradine, 326, 4185
capsules, 326, 4798
for injection, 327, 4526
for oral suspension, 328, 4527
sterile, 327, 4186
tablets, 328, 4527
Cetylpyridinium chloride, 329, 2910
Chapters
general, 1650, 2517, 2691, 2993, 3188, 3445,
3744, 3951, 4281, 4623, 4674, 4760, 4908
general information, 1845, 2548, 3027, 3490,
3784, 3990
general, nutritional supplements, 2180, 2577,
2833, 3316, 3794, 4684
Chamomile, 4700
Chemical tests and assays, 1721, 2523, 2998,
3200, 3456, 3761, 3964, 4306, 4634, 4929
Chenodeoxycholic acid, 2790
Chloral hydrate capsules, 331, 4528
Chlorambucil tablets, 331, 3138
Chloramphenicol, 332, 4528
and hydrocortisone acetate for ophthalmic
suspension, 336, 3138
palmitate oral suspension, 338, 3661
sodium succinate, 4528
sodium succinate for injection, 4528
sodium succinate, sterile, 339, 4530
sterile, 335, 4528
Chlordiazepoxide, 340, 2437
and amitriptyline hydrochloride tablets, 341,
4186
hydrochloride, 342, 3870
hydrochloride capsules, 343, 2438
hydrochloride and clidinium bromide capsules,
344, 4186
hydrochloride for injection, 3871
hydrochloride, sterile, 344, 3871
tablets, 341, 2437
Chlorine detector tube, 2569
*m*-Chloroacetanilide, 3054
Chlorobutanol, 2234, 4448
1-Chloroadamantane, 2790
2-Chloro-4-nitroaniline, 99%, 5066
Chlorogenic acid, 4441
1-Chloronaphthalene, 2004, 4679
2-Chloronicotinic acid, 3054
4-Chlorophenol, 4679
Chlorophyllin copper complex sodium, 3871
Chloroprocaine
hydrochloride, 345, 2910
hydrochloride injection, 347, 2438
Chloroquine, 346, 2910
phosphate, 347, 2910
5-Chlorosalicylic acid, 5066
Chlorothiazide, 348, 2911
sodium for injection, 349, 2911
Chlorotrianisene, 2438
capsules, 4530

1-Chloro-2,2,2-trifluoroethylchlorodifluoromethyl
ether, 2790
Chlorpheniramine
dextromethorphan, and phenylpropanolamine
(salts of), and acetaminophen, capsules
containing at least three of the following,
4501
dextromethorphan, and phenylpropanolamine
(salts of), and acetaminophen, oral solution
containing at least three of the following,
4768
dextromethorphan, and phenylpropanolamine
(salts of), and acetaminophen, tablets
containing at least three of the following,
4769
dextromethorphan, and pseudoephedrine (salts
of), and acetaminophen, capsules containing
at least three of the following, 4504
dextromethorphan, and pseudoephedrine (salts
of), and acetaminophen, oral powder
containing at least three of the following,
4506
dextromethorphan, and pseudoephedrine (salts
of), and acetaminophen, oral solution
containing at least three of the following,
4508
dextromethorphan, and pseudoephedrine (salts
of), and acetaminophen, tablets containing
at least three of the following, 4509
Chlorpheniramine maleate
extended-release capsules, 351, 2911
penicillin G procaine, dihydrostreptomycin
sulfate, and dexamethasone injectable
suspension, 3716
penicillin G procaine, dihydrostreptomycin
sulfate, and dexamethasone suspension,
sterile, 1175, 3718
and pseudoephedrine hydrochloride oral
solution, 4530
syrup, 352, 3408
tablets, 353, 3872
Chlorpropamide, 357, 2439
Chlorprothixene, 357, 2911
Chlortetracycline
bisulfate, 359, 2911
hydrochloride, 360, 4186
hydrochloride, sterile, 363, 4798
Chlorthalidone, 362, 3140
and atenolol tablets, 3122
Chlorzoxazone, 364, 2911
Cholecalciferol, 365, 3408
solution, 4531
Cholesterol, 2235, 4092
Cholestyramine
for oral suspension, 367, 3662
resin, 366, 4532
Chromatography, 1768, 4647
packings for high-pressure liquid, 2024, 3054
phases for gas, 2027, 3055
supports for gas, 2040, 3055
Chromium Picolinate, 5074
Chromogenic Substrate for Anti-Factor X$_a$ test,
5066
Chromotropic acid, 4441
disodium salt, 4441
Cilastatin
and imipenem for injectable suspension, 794,
2636
and imipenem for injection, 794, 3681
sodium, 372, 2439
sodium and imipenem for injection, 794, 2470
sodium and imipenem, sterile, 794, 2470
sodium, sterile, 372, 2440
Cimetidine, 373, 2440
hydrochloride, 4798
injection, 4799
in sodium chloride injection, 4799

Cinoxate, 375, 3408
Ciprofloxacin, 375, 3663
hydrochloride, 376, 2912
injection, 377, 3872
ophthalmic solution, 378, 3141
Citric acid, 2790
and magnesium carbonate for oral solution,
4568
Clarithromycin, 383, 4532
for oral suspension, 4187
tablets, 384, 3873
Clavulanate
potassium, 384, 4799
potassium and amoxicillin for oral suspension,
103, 2880
potassium and amoxicillin tablets, 104, 3848
potassium, sterile, 385, 4801
potassium and ticarcillin disodium injection,
1551, 4892
potassium and ticarcillin disodium, sterile,
1551, 4892
Clavulanic
acid and ticarcillin injection, 3939, 4892
acid and ticarcillin for injection, 3939, 4892
Clean rooms and other controlled environments,
microbiological evaluation of, 4426
Cleaning glass apparatus, 1859, 4674
Clemastine fumarate tablets, 386, 3664
Clidinium bromide and chlordiazepoxide
hydrochloride capsules, 344, 4186
Clindamycin
hydrochloride, 4801
hydrochloride oral solution, 4802
injection, 4533
for injection, 4802
phosphate, 391, 4802
phosphate injection, 392, 4534
phosphate for injection, 3665
phosphate, sterile, 392, 4534
phosphate vaginal cream, 3141
Clioquinol, 393, 2912
Clobetasol
propionate, 2626
propionate cream, 4534
propionate ointment, 2628
propionate topical solution, 2628
Clocortolone pivalate, 396, 2912
Clofazimine capsules, 398, 4534
Clofibrate, 399, 2912
Clomiphene citrate, 400, 3875
tablets, 401, 3875
Clonazepam, 401, 4534
tablets, 402, 4535
Clonidine hydrochloride, 403, 2913
tablets, 403, 4190
Clorazepate dipotassium, 405, 2913
tablets, 4802
Closures, elastomeric, for injections, 1736, 3765
Clotrimazole lozenges, 2629
Cloxacillin
benzathine, 410, 4190
benzathine intramammary infusion, 410, 4190
benzathine, sterile, 411, 4191
sodium, 411, 4191
sodium intramammary infusion, 412, 4191
sodium, sterile, 412, 4191
Cocaine, 414, 2913
and tetracaine hydrochlorides and epinephrine
topical solution, 4535
Cocoa butter, 2235, 4093
Codeine, 416, 2913
phosphate and acetaminophen capsules, 24,
4152
phosphate and acetaminophen oral suspension,
26, 2874
phosphate and acetaminophen tablets, 26,
2614

phosphate, butalbital, aspirin, and caffeine
    capsules, 237, 3657
phosphate and guaifenesin syrup, 725, 2634
sulfate, 418, 2913
Colchicine, 419, 4536
    and probenecid tablets, 1291, 4598
    tablets, 420, 4191
Colestipol hydrochloride, 421, 4804
    for oral suspension, 422, 4192
Colistimethate
    for injection, 4537
    sodium, 4536
    sodium, sterile, 422, 4537
Colloidal
    activated attapulgite, 148, 4520
    oatmeal, 425, 4192
    silicon dioxide, 2300, 3802
Color
    and achromicity, 1779, 2704
    —instrumental measurement, 1860, 3221
Compendial methods, validation of, 1982, 3260,
    5059
Complex
    chlorophyllin copper, sodium, 3871
    tetracycline phosphate, 1516, 2682
    tetracycline phosphate sterile, 4890
Compounding
    practices, pharmacy, 4674
    —radiopharmaceuticals for positron emission
      tomography, 4326
Compressible sugar, 2312, 4101
Concentrate
    amitraz, for dip, 2616
    cyclosporine, for injection, 444, 4806
    isosorbide, 855, 2948
    lactulose, 868, 3160
    lorazepam, 905, 3693
    mitoxantrone for injection, 1034, 4231, 4858
    potassium chloride for injection, 1254, 2493
    sulfamethoxazole and trimethoprim for
      injection, 1462, 4888
    trimethoprim and sulfamethoxazole for
      injection, 4888
    vidarabine, 1626
    vidarabine for injection, 4900
Conductivity, water, 4320
Confectioner's sugar, 2312, 4102
Congealing temperature, 4951
Conjugated
    estrogens, 627, 3886
    estrogens tablets, 628, 4207
Containers, 1781, 4654
    —permeation, 1787, 2705
Contraceptive system, progesterone intrauterine,
    1307, 4599
Controlled substances act regulations, 1861,
    4339, 4970
Copolymer
    ammonio methacrylate, 2213, 3320
    methacrylic acid, 2265, 3079
    methacrylic acid, dispersion, 4452
Copper complex sodium, chlorophyllin, 3871
Corticotropin
    zinc hydroxide injectable suspension, 3666
    zinc hydroxide suspension, sterile, 427, 3667
Cortisone
    acetate, 428, 4537
    acetate injectable suspension, 3667
    acetate suspension, sterile, 429, 3667
Cottonseed oil, 2237, 4093
Cranberry Liquid Preparation, 5075
Cream
    amcinonide, 74, 4156
    betamethasones 187, 2618
    clindamycin phosphate vaginal, 3141
    clobetasol propionate, 4534
    dioxybenzone and oxybenzone, 2450

fluoruracil, 679, 2930
gentamicin sulfate, 703, 4553
hydrocortisone butyrate, 761, 4217
mometasone furoate, 4237
naftifine hydrochloride, 4237
neomycin and polymyxin B sulfates, 1065,
    3702
silver sulfadiazine, 1455, 2503
tretinoin, 1572, 2511
triple sulfa vaginal, 1448, 3933
Cresol, 2237, 4093
m-Cresol purple, 2006, 3556
Cromolyn
    sodium, 430, 4804
    sodium inhalation, 431, 2443
    sodium inhalation solution, 431, 2443
    sodium nasal solution, 432, 2443
    sodium ophthalmic solution, 432, 2443
Croscarmellose sodium, 2238, 3077
Crospovidone, 2239, 2837
Crotamiton, 432, 2914
Crystallinity, 1790, 2707
Cupric
    chloride, 433, 4804
    chloride injection, 2629
    sulfate, 434, 4805
    sulfate injection, 434, 2630
Cupriethylenediamine hydroxide solution, 1.0 $M$,
    2790
Cyanoacetic acid, 2569
Cyclizine, 437, 2914
    hydrochloride, 437, 3408
    hydrochloride tablets, 437, 4194
Cyclobenzaprine hydrochloride, 438, 3878
Cyclosporine, 443, 2443
    capsules, 444, 4539
    concentrate for injection, 444, 4806
    injection, 4806
Cyproheptadine
    hydrochloride, 446, 3878
    hydrochloride tablets, 447, 4807
Cysteine hydrochloride, 447, 4195
Cytarabine, 448, 4539
    for injection, 4807
    sterile, 449, 4541

# D

Dacarbazine, 449, 3142
Dactinomycin, 451, 2915
Danazol capsules, 453, 2443
Dapsone, 453, 2915
Daunorubicin
    hydrochloride, 454, 3142
    hydrochloride for injection, 455, 4808
Decoquinate, 455, 2915
    premix, 456, 2443
Deferoxamine
    mesylate, 456, 3879
    mesylate for injection, 3879
    mesylate, sterile, 457, 3879
Dehydrated
    alcohol, 43, 4153
    alcohol injection, 43, 3116
Delayed-release capsules
    doxycycline hyclate, 558, 3146
    pancrelipase, 2962
Delayed-release tablets
    aminophylline, 4157, 4787
    bisacodyl, 4791
    dirithromycin, 4819
    diclofenac sodium, 4542
    erythromycin, 614, 3414
    methenamine mandelate, 4230, 4855
    potassium iodide, 4876

sulfasalazine, 4889
Demeclocycline, 458, 2915
    hydrochloride, 460, 2916
Denatonium benzoate, 2239, 3077
Density
    bulk, and tapped, 3976, 4950
    of solids, 3977
Depressor
    substances, 4928
Description and relative solubility of USP and
    NF articles, 2071, 2572, 2793, 3057, 3264,
    3558, 3793, 4083, 4445, 4681, 5069
acebutolol hydrochloride, 3057
acetyltributyl citrate, 5073
acetyltriethyl citrate, 5073
acyclovir, 2071, 4083
adenosine, 4773
albendazole, 3558
alfentanil hydrochloride, 4445
alfentanil injection, 4445
alkyl (C12-15) benzoate, 3793
allyl isothiocyanate, 2572
altretamine, 4517
arsanilic acid, 3057
bismuth subcarbonate, 2572
bismuth subsalicylate, 4445
bretylium tosylate, 3057
calcium carbonate, precipitated, 2001, 4681
calcium undecylenate, 3264
capsaicin, 4889
capsicum oleoresin, 2572
cefaclor, 2078, 2793
microcrystalline cellulose, 2079, 2793
powdered cellulose, 2079, 2793
cephapirin benzathine, 3264
chlordiazepoxide hydrochloride, 4445
sterile chlordiazepoxide hydrochloride, 4445
clobetasol propionate, 2793
cyclosporine, 4445
dihydroxyacetone, 4681
dirithromycin, 4818
dopamine hydrochloride, 4445
droperidol, 2085, 3558
ethopabate, 4083
ferrous sulfate, 2087, 3264
flecainide acetate, 2572
flunixin meglumine, 3057
fluoxetine hydrochloride, 4083
flutamide, 2793
gluconolactone, 2088, 3793
hydroxypropyl methylcellulose, 3057
hydroxypropyl methylcellulose 2208, 2090,
    3057
hydroxypropyl methylcellulose 2906, 2090,
    3057
iopromide, 4844
ioxilan, 4681
ioxilan injection, 4681
isoniazid, 2092, 2572
isradipine, 4445
ketorolac tromethamine, 2572
levmetamfetamine, 3793
levobunolol hydrochloride, 4083
mafenide acetate, 4681
magnesium salicylate, 3793
magnesium stearate, 2094, 2572
mandelic acid, 4083
meprobamate, 2095, 3058
methacrylic acid copolymer dispersion, 4445
methyl benzylidene camphor, 4855
methylparaben, 2096, 3793
mibolerone, 4856
minocycline hydrochloride, 4857
mometasone furoate, 2793
monensin sodium, 2572
moricizine hydrochloride, 4446
nadolol, 2097, 2572

**A-834**

narasin, 4681
nystatin, 2088, 3264
octyl methoxycinnamate, 4862
ondansetron hydrochloride, 4865
penbutolol sulfate, 3264
pentetic acid, 4446
perflubron, 3264
pheniramine maleate, 4083
phensuximide, 3058
phenylbenzimidazole sulfonic acid, 4872
phenylpropanolamine bitartrate, 2793
piperacillin, 3264
poloxalene, 4446
potassium bitartrate, 3264
potassium nitrate, 4446
povidone, 4446
povidone-iodine, 4446
promethazine hydrochloride, 4446
pseudoephedrine hydrochloride, 2106, 2793
quazepam, 4446
quinidine sulfate, 2106, 2572
quinine sulfate, 2106, 2573
riboflavin, 2107, 2573
rifabutin, 2793
rimexolone, 4681
roxarsone, 4681
scopolamine hydrobromide, 2107, 2573
selegiline hydrochloride, 4083
simvastatin, 3264
sucrose, 2110, 2573
sulisobenzone, 4889
thiacetarsamide, 4083
thiamine mononitrate, 2112, 3265
tiletamine hydrochloride, 4681
tilmicosin, 2573
timolol maleate, 2112, 3793
tributyl citrate, 5073
triclosan, 4681
trifluridine, 4446
triethyl citrate, 5073
tylosin, 4446
ursodiol, 2793
carnauba wax, 2115, 3265
wheat bran, 4903
xylazine, 4904
xylazine hydrochloride, 4906
zalcitabine, 4083
zidovudine, 4446
zinc sulfate, 2115, 3058
zolazepam hydrochloride, 4681
Desflurane, 2444
Designations
    G, 2014, 3054
    L, 2018, 3054
    S, 2032, 3055
Desipramine hydrochloride, 462, 3669
Desoxycorticosterone
    acetate, 467, 2916
    pivalate, 4808
    pivalate injectable suspension, 2446
Detector tube
    bromine, 1999, 2569
    chlorine, 2569
Determination
    alcohol, 1767, 4646
    hydroxypropoxy, 1740, 3457
    water, 1840, 3986, 4959
Determinations, physical tests and, 1760, 2528,
    2699, 3004, 3202, 3459, 3768, 3976, 4313,
    4646, 4933
Devices, transfusion and infusion assemblies and
    similar medical, 1719, 2696
Dexamethasone, 468, 4809
    acetate, 471, 4809
    acetate injectable suspension, 3880
    acetate suspension, sterile, 471, 3669
    oral solution, 4809

penicillin G procaine, dihydrostreptomycin
    sulfate, and chlorpheniramine maleate
    injectable suspension, 3716
penicillin G procaine, dihydrostreptomycin
    sulfate, and chlorpheniramine maleate
    suspension, sterile, 1175, 3718
sodium phosphate, 472, 4810
Dexbrompheniramine maleate, 476, 2917
    and pseudoephedrine sulfate oral solution,
    4541
Dexchlorpheniramine maleate, 476, 2917
Dexpanthenol, 478, 2446
Dextran
    injection, iron, 836, 3900
    40, 4810
    40 in dextrose injection, 4812
    40 in Sodium chloride injection, 4812
    70, 4813
    70 in dextrose injection, 4814
    70 in sodium chloride injection, 4814
Dextrin, 2240, 4094
Dextroamphetamine sulfate
    capsules, 479, 4197
    tablets, 481, 4197
Dextromethorphan, 481, 3880
    chlorpheniramine, and phenylpropanolamine
        (salts of), and acetaminophen, capsules
        containing at least three of the following,
        4501
    chlorpheniramine, and phenylpropanolamine
        (salts of), and acetaminophen, oral solution
        containing at least three of the following,
        4768
    chlorpheniramine, and phenylpropanolamine
        (salts of), and acetaminophen, tablets
        containing at least three of the following,
        4769
    chlorpheniramine, and pseudoephedrine (salts
        of), and acetaminophen, capsules containing
        at least three of the following, 4504
    chlorpheniramine, and pseudoephedrine (salts
        of), and acetaminophen, oral powder
        containing at least three of the following,
        4506
    chlorpheniramine, and pseudoephedrine (salts
        of), and acetaminophen, oral solution
        containing at least three of the following,
        4508
    chlorpheniramine, and pseudoephedrine (salts
        of), and acetaminophen, tablets containing
        at least three of the following, 4509
    hydrobromide, 482, 3880
    hydrobromide, acetaminophen, doxylamine
        succinate, and pseudoephedrine
        hydrochloride oral solution, 4771
    hydrobromide, guaifenesin, and
        pseudoephedrine hydrochloride capsules,
        3894
    syrup, 482, 3669
Dextrose
    bretylium tosylate in, injection, 3857
    bupivacaine hydrochloride in, injection, 225,
        2893
    and dopamine hydrochloride injection, 550,
        2921
    and electrolytes injection type 1, multiple,
        576, 2457
    and electrolytes injection type 2, multiple,
        577, 2457
    and electrolytes injection type 3, multiple,
        579, 2458
    and electrolytes injection type 4, multiple,
        580, 2458
    injection, 483, 3143
    injection, bupivacaine in, 225, 2619
    injection, bupivacaine hydrochloride in, 225,
        2619

injection, dextran 40 in, 4812
injection, dextran 70 in, 4814
injection, magnesium sulfate in, 3695
injection, potassium chloride in, 1256, 4597
injection, potassium chloride in lactated
    Ringer's and, 1257, 2667
and Ringer's injection, 1385, 2500
and Ringer's injection, half-strength lactated,
    1387, 3435
and Ringer's injection, lactated, 1386, 3434
and Ringer's injection, modified lactated,
    1388, 2676
and sodium chloride injection, 484, 2630
and sodium chloride injection, potassium
    chloride in, 1256, 4597
and sodium chloride injection, 1420, 3930
Diacetylated monoglycerides, 2241, 3077
Di-acetylated monoglycerides, mono- and, 2269,
    3080
Diazepam, 489, 2446, 4815
    capsules, 4815
    extended-release capsules, 491, 2447
    injection, 491, 2447
    tablets, 4816
Diazoxide capsules, 4541
Dibasic
    calcium phosphate, 258, 4793
    calcium phosphate tablets, 258, 2619
    potassium phosphate, 1428, 4252
    sodium phosphate, 1428, 4264
Dibucaine, 494, 3409
    hydrochloride, 495, 2917
Dichloralphenazone, 497, 3669
2,8-Dichlorodibenzofuran, 4679
Dichlorodifluoromethane, 2581
2,4-Dichlorophenol, 4679
Dichlorotetrafluoroethane, 2582
Diclofenac
    sodium, 3670
    sodium delayed-release tablets, 4542
Dicloxacillin sodium capsules, 499, 3143
Dicyclomine hydrochloride
    capsules, 500, 4198
    injection, 500, 4198
    syrup, 501, 4198
    tablets, 501, 4199
Dienestrol, 504, 3671
Dietary supplements, federal food, drug, and
    cosmetic act requirements relating to drugs
    for human and animal use and to, 1888,
    2737, 5002
Diethanolamine, 2241, 4094
Diethylcarbamazine citrate tablets, 503, 4199
Diethylene Glycol, 5066
Diethylene Glycol Monoethyl Ether, 5076
Diethylstilbestrol, 504, 2917
    injection, 505, 2448
    tablets, 505, 2448
Diffraction, x-ray, 1843, 3987
Diflorasone diacetate, 508, 4543
Diflunisal, 509, 2918
Digitalis, 510, 3409
    powdered, 511, 3409
Digoxin, 514, 3143
    elixir, 915, 2449
    tablets, 516, 3881
10-11-Dihydrocarbamazepine, 3792
Dihydrocodeine bitartrate, 517, 3881
    aspirin, and caffeine capsules, 140, 4158
Dihydroergotamine mesylate, 517, 2918
Dihydroquinidine
    hydrochloride, 3263
Dihydroquinine, 3054
Dihydroquinine
    sulfate, 2009, 3054
Dihydrostreptomycin
    injection, 4543

sulfate, 518, 4816
sulfate injection, 519, 4816
sulfate, penicillin G procaine,
 chlorpheniramine maleate, and
 dexamethasone injectable suspension, 3716
sulfate, penicillin G procaine,
 chlorpheniramine maleate, and
 dexamethasone suspension, sterile, 1175,
 3718
sulfate and penicillin G procaine injectable
 suspension, 3716
sulfate, penicillin G procaine, and
 prednisolone injectable suspension, 3718
sulfate, penicillin G procaine, and
 prednisolone suspension, sterile, 1177, 3719
sulfate and penicillin G procaine suspension,
 sterile, 1175, 3716
sulfate, sterile, 520, 4543
Dihydrotachysterol, 520, 3409
Dihydroxyacetone, 4543
Dihydroxyaluminum
 aminoacetate, 522, 3409
 aminoacetate magma, 522, 2918
 aminoacetate tablets, 523, 2918
 sodium carbonate, 523, 3672
 sodium carbonate tablets, 524, 2919
Diltiazem hydrochloride
 extended-release capsules, 525, 4817
 tablets, 526, 3882
Diluted
 erythrityl tetranitrate, 611, 3413
 hydrochloric acid, 2252, 3077
 isosorbide dinitrate, 856, 3421
 nitroglycerin, 1090, 4586
 phosphoric acid, 2278, 3324
Dimenhydrinate injection, 527, 3143
Dimethicone, 2242, 4702
Dimethyl sulfoxide, 530, 3673
 gel, 4200
 topical solution, 4200
Dioxybenzone, 2450
 and oxybenzone cream, 2450
Dip, amitraz concentrate for, 2616
Diphenhydramine
 citrate, 535, 2920
 citrate and acetaminophen tablets, 27, 4152
 hydrochloride, acetaminophen, and
  pseudoephedrine hydrochloride tablets,
  4772
 hydrochloride capsules, 533, 4201
 and pseudoephedrine capsules, 534, 4545
Diphenoxylate
 hydrochloride, 535, 2920
 hydrochloride and atropine sulfate oral
  solution, 535, 2451
 hydrochloride and atropine sulfate tablets,
  536, 2452
Diphenylborinic acid, ethanolamine ester, 4441
Dipivefrin hydrochloride, 538, 2630
Dipotassium
 clorazepate, 405, 2913
 clorazepate, tablets, 4802
Dipyridamole, 539, 3411
 tablets, 540, 2630
4,4'-Dipyridyl dihydrochloride, 2006, 3556
Dirithromycin, 4818
 delayed-release tablets, 4819
Disintegration, 1790, 4659
 and dissolution of nutritional supplements,
  2184, 4696
Disodium
 carbenicillin, 3863
 carbenicillin, sterile, 268, 3863
 cefotetan, 300, 3870
 cefotetan, sterile, 300, 3661
 chromotropic acid, salt, 4441
 edetate, 571, 4823

edetate (reagent), 2012, 4080
edetate calcium, 570, 3413
ticarcillin, 4890
ticarcillin, and clavulanate potassium injection,
 1551, 3938
ticarcillin, and clavulanate potassium, sterile,
 1551, 3940
ticarcillin, sterile, 1550, 4891
Disopyramide phosphate extended-release
 capsules, 541, 4820
Dispensing practice, stability considerations in,
 1957, 4440, 5059
Dispersion, 1791, 4660, 4952
 and disintegration of nutritional supplements,
  2184, 4696
Distilling range, 1793, 4662
Dithiothreitol, 4080
Dobutamine
 hydrochloride, 543, 4545
 hydrochloride for injection, 543, 2454
 injection, 4545
 for injection, 543, 4546
Docusate
 calcium, 544, 2921
 potassium, 545, 2921
 potassium capsules, 546, 4546
 sodium, 546, 2921
 sodium tablets, 548, 3673
Dopamine
 hydrochloride, 549, 4202
 hydrochloride and dextrose injection, 550,
  2921
 hydrochloride injection, 549, 2454
Dosage
 forms, pharmaceutical, 1940, 4433, 5052
 units, uniformity of, 1838, 3984, 4957
Doxapram
 hydrochloride, 550, 2921
 hydrochloride injection, 551, 2921
Doxepin
 hydrochloride, 551, 3412
 hydrochloride capsules, 552, 2454
 hydrochloride oral solution, 553, 4202
Doxorubicin hydrochloride, 553, 4820
Doxycycline, 555
 calcium oral suspension, 556, 3145
 capsules, 555, 3144, 4821
 hyclate, 557, 4821
 hyclate capsules, 557, 3146
 hyclate delayed-release capsules, 558, 3146
 hyclate for injection, 558, 4822
 hyclate, sterile, 559, 4823
 hyclate tablets, 559, 3146
 for injection, 4822
 for oral suspension, 556, 3145
Doxylamine succinate, 559, 2922
 acetaminophen, dextromethorphan
  hydrobromide, and pseudoephedrine
  hydrochloride oral solution, 4771
 tablets, 560, 4546
Dronabinol capsules, 561, 4547
Droperidol, 561, 3883
 injection, 562, 3883
Dried ferrous sulfate, 600, 2462
Drug
 products for home use, sterile, 1963, 3535
 release, 1793, 4663
Drugs
 for human and animal use and to dietary
  supplements, federal food, drug, and
  cosmetic act requirements relating to, 1888,
  2737, 5002
 vegetable, 1754, 4640
Dry-heat sterilization, paper strip, biological
 indicator for, 200, 3384
Dry powder inhalers
 aerosols, metered-dose inhalers, 4933

Drying, loss on, 1801, 3475
Dyclonine hydrochloride, 563, 2922
Dydrogesterone, 564, 4203
 tablets, 565, 4547
Dyphylline, 565, 2923
 and guaifenesin tablets, 567, 4203

**E**

E, vitamin, 1631, 2992
Echothiophate
 iodide, 568, 3146
 iodide for ophthalmic solution, 568, 3147
Econazole nitrate, 569, 2923
Edetate
 calcium disodium, 570, 3413
 disodium, 571, 4823
 disodium (reagent), 2012, 4080
Edetic acid, 2243, 3598
Edrophonium chloride, 572, 2923
Effectiveness
 antacid, 1845, 2725
 testing, antimicrobial, 1681, 4293
Elastomeric closures for injections, 1736, 3765
Electrolytes
 and dextrose injection type 1, multiple, 576,
  2457
 and dextrose injection type 2, multiple, 577,
  2457
 and dextrose injection type 3, multiple, 579,
  2458
 and dextrose injection type 4, multiple, 580,
  2458
 injection type 1, multiple, 572, 4547
 injection type 2, multiple, 574, 2456
 and invert sugar injection type 1, multiple,
  581, 2458
 and invert sugar injection type 2, multiple,
  582, 2458
Elements injection, trace, 584, 2923
Elixir
 digoxin, 515, 2449
 fluphenazine hydrochloride, 683, 4552
 phenobarbital, 1202, 4247
 tripelennamine citrate, 1604, 2513
Elm, 3883
Emetine hydrochloride, 585, 2923
Emulsifying wax, 2317, 2586
Emulsion
 castor oil, 283, 2904
 simethicone, 1410, 4262
Enalapril maleate, 586, 3884
 and hydrochlorothiazide tablets, 4204
 tablets, 587, 4823
Enema, sodium phosphates, 1429, 4265
Ephedrine, 589, 3673
 hydrochloride, 589, 3674
 hydrochloride, theophylline, and phenobarbital
  tablets, 1524, 4270
 sulfate, 589, 3674
 sulfate and phenobarbital capsules, 592, 4206
Epiandrosterone, 2790
Epinephrine
 and bupivacaine hydrochloride injection, 226,
  2619
 and bupivacaine injection, 226, 2619
 and cocaine and tetracaine hydrochlorides
  topical solution, 4535
 inhalation aerosol, 593, 2459
 inhalation solution, 594, 2459
 injectable oil suspension, 3674
 injection, 593, 3413
 and lidocaine hydrochloride injection, 886,
  2648
 and lidocaine injection, 886, 2648

Tenth Supplement, USP-NF

nasal solution, 594, 2459
oil suspension, sterile, 595, 3674
Epitetracycline hydrochloride, 598, 2630
Equilin, 599, 2924
Ergocalciferol, 599, 2924
    capsules, 600, 2459
Ergoloid
    mesylates capsules, 4206
    mesylates tablets, 603, 3674
Ergonovine maleate, 604, 2925
Erythrityl tetranitrate, diluted, 611, 3413
Erythromycin, 612, 4825
    delayed-release tablets, 614, 3414
    estolate capsules, 615, 4549
    ethylsuccinate, 617, 3885
    ethylsuccinate tablets, 619, 3675
    ethylsuccinate and sulfisoxazole acetyl for oral
        suspension, 619, 3675
    injection, 2460
    intramammary infusion, 2459
    stearate tablets, 621, 3675
    topical gel, 612, 3885
Estradiol, 622, 4826
    cypionate, 624, 4549
    ethinyl, 638, 2926
    ethinyl, and norethindrone acetate tablets,
        1099, 2958
    injectable suspension, 3676
    suspension, sterile, 623, 3676
Estriol, 626, 2925
Estrogens
    conjugated, 627, 3886
    tablets, conjugated, 628, 4207
Estrone, 629, 2925
    injectable suspension, 3676
    suspension, sterile, 631, 3677
Estropipate tablets, 632, 4208
Ethacrynate sodium for injection, 633, 2925
Ethacrynic acid, 634, 2926
Ethambutol hydrochloride, 4826
    tablets, 4826
Ethanesulfonic acid, 4679
Ethychlorvynol capsules, 637, 4549, 4827
Ether, 637, 2461
    1-chloro-2,2,2-trifluoroethylchloro-
        difluoromethyl, 2790
    polyethylene glycol monomethyl, 2283, 3082
    polyoxyl 10 oleyl, 2286, 3324
    polyoxyl 20 cetostearyl, 2287, 3324
    2,2,2-trifluoroethyldifluoromethyl, 2570
Ethinyl
    estradiol, 638, 2926
    estradiol and levonorgestrel tablets, 881, 4566
    estradiol and norethindrone acetate tablets,
        1099, 4241
Ethopabate, 4827
Ethopropazine hydrochloride, 640, 2926
    tablets, 641, 4208
Ethosuximide capsules, 642, 4208
Ethotoin, 643, 2926
Ethyl
    acetate, 2244, 2582
    vanillin, 2245, 3077
Ethylcellulose, 2245, 4094
Ethylene oxide sterilization, paper strip,
    biological indicator for, 202, 3385
2-Ethyl-2-methylsuccinic acid, 4441
Ethylparaben, 2246, 2582
Ethynodiol diacetate, 645, 2461
Etodolac, 4828
    tablets, 4828
Etoposide, 648, 4549
    capsules, 649, 3889, 4550
    injection, 3889
Eucalyptol, 4209
Eugenol, 650, 3890

Evaluation of clean rooms and other controlled
    environments, microbiological, 4426
Exametazime, technetium Tc 99m, injection,
    3181
Excipient, tocopherols, 2315, 4102
Excipients, USP and NF, listed by categories,
    2205, 4086, 5071
Extended
    insulin human zinc suspension, 2645
    phenytoin sodium capsules, 1219, 4874
Extended-release capsules
    chlorpheniramine maleate, 351, 2911
    diazepam, 491, 2447
    diltiazem hydrochloride, 525, 4817
    disopyramide phosphate, 541, 4820
    indomethacin, 801, 3419
    isosorbide dinitrate, 857, 4221
    mesalamine extended-release, 3905
    phenylpropanolamine hydrochloride, 1215,
        3923
    propranolol hydrochloride, 1328, 2973
    propranolol hydrochloride and
        hydrochlorothiazide, 1330, 2497
    theophylline, 1522, 4611
    trihexyphenidyl hydrochloride, 1594, 2512
Extended-release tablets
    aspirin, 137, 3382
    isosorbide dinitrate, 858, 3689
    lithium carbonate, 898, 4850
    methylphenidate hydrochloride, 1003, 3423
    oxtriphylline, 1127, 2960
    phenylpropanolamine hydrochloride, 1216,
        3431
    potassium chloride, 1254, 4596
    potassium citrate, 1259, 3175
    procainamide hydrochloride, 1296, 4598
    pseudoephedrine hydrochloride, 4600
    quinidine gluconate, 1353, 3927
    quinidine sulfate, 1356, 3728
    verapamil hydrochloride, 4274
Extract
    belladonna, 167, 3383
    cascara sagrada, 281, 2903
    pyrethrum, 1345, 2671

**F**

Factor X* (Activated Factor X) for anti-Factor X*
    Test, 5066
Famotidine, 651, 2926
    tablets, 651, 4210
Fast
    blue b salt, 2013, 4080
    blue bb salt, 4080
Fat, hard, 2246, 4703
Fats and fixed oils, 1738, 4636, 4929
Federal food, drug, and cosmetic act
    requirements relating to drugs for human
    and animal use and to dietary supplements,
    1888, 2737, 5002
Fentanyl citrate, 654, 2926
Ferric sulfate, 2013, 2790
Ferrous
    fumarate, 655, 3677
    fumarate tablets, 656, 3149
    sulfate, dried, 660, 2462
    sulfate oral solution, 660, 3677
    sulfate tablets, 660, 2461
Feverfew, 4703, 5077
    powdered, 4704, 5078
Fill, minimum, 4955
Fineness, powder, 1822, 4670
Fixed oils, fats and, 1738, 4636, 4929
Flecainide
    acetate, 3414
    acetate tablets, 3150

Floxuridine, 661, 4829
    for injection, 4550
    sterile, 4551
Flucytosine, 662, 2926
Fludeoxyglucose F 18 injection, 674, 4551
Fludrocortisone acetate, 663, 4551
    tablets, 663, 4551
Fluid
    gastric, simulated, TS, 2053, 4680
    intestinal, simulated, TS, 2053, 4082
Flumazenil C11 injection, 4794
Flumethasone pivalate, 664, 2927
Flunisolide, 665, 3678
Flunixin
    meglumine, 2927
    meglumine granules, 2927
    meglumine injection, 3151
    meglumine paste, 2929
Fluocinonide, 668, 2929
Fluorescein sodium and proparacaine
    hydrochloride ophthalmic solution, 673,
    2463
Fluoride
    fludeoxyglucose F 18 injection, 674, 4551
    sodium, 1422, 4884
    sodium, F 18 injection, 675, 3678
    sodium, oral solution, 1422, 3181
    stannous, gel, 1438, 3931
Fluorometholone, 676, 2929
    acetate and tobramycin ophthalmic
    suspension, 1560, 3943
Fluorouracil, 678, 3415
    cream, 679, 2930
    injection, 679, 2930
    topical solution, 679, 3416
Fluoxetine
    capsules, 3891
    hydrochloride, 4210
Fluoxymesterone, 680, 4552
Fluphenazine
    enanthate, 682, 2930
    hydrochloride, 683, 3151
    hydrochloride elixir, 683, 4552
    hydrochloride tablets, 684, 4211
Flurandrenolide, 685, 4829
Flurazepam
    hydrochloride, 687, 3892
    hydrochloride capsules, 688, 2464
Flurbiprofen, 689, 3152
    sodium, 690, 3152
Flutamide, 3416
    capsules, 4211, 4829
Flurbiprofen, 689, 2464
    sodium, 690, 2464
Folic
    acid, 691, 3892
    acid tablets, 692, 4552
Food, drug, and cosmetic act requirements
    relating to drugs for human and animal use
    and to dietary supplements, federal, 1888,
    2737, 5002
Footnotes, reagent, 2063, 4680, 5067
Friability, tablet, 1981, 4678
Fructose injection, 4830
Fructose and sodium chloride injection, 694,
    4552
Furazolidone, 695, 2932
Furosemide, 696, 4830
    injection, 696, 4212
    tablets, 697, 2932

**G**

G designations, 2014, 3054
Gadopentetate dimeglumine injection, 3152
Galageenan, 5078

5104   **Galla–Hypro** / *Index*

Gallamine
  triethiodide, 698, 3893
  triethiodide injection, 698, 3893
Garlic, 4449, 5079
  powdered, 4450, 5080
Gas
  chromatography, phases for, 2027, 3055
  chromatography, supports for, 2040, 3055
Gastric fluid, simulated, TS, 2053, 4680
Gel
  benzocaine, 2888
  benzoyl peroxide, 179, 3852
  betamethasone benzoate, 190, 3853
  dimethyl sulfoxide, 4200
  erythromycin topical, 612, 3885
  metronidazole, 1019, 4574
  naftifine hydrochloride, 4238
  stannous fluoride, 1438, 3931
Gelatin, 2247, 3323
Gemfibrozil, 701, 3154
  capsules, 702, 3894
  tablets, 702, 3679
General
  chapters, 1650, 2517, 2691, 2993, 3188, 3445,
    3744, 3951, 4281, 4674, 4908
  chapters, nutritional supplements, 2180, 2577,
    2833, 3316, 3794, 4696
  identification tests, 1721, 4634
  information, 1845, 2548, 2725, 3027, 3221,
    3490, 3784, 3990, 4334, 4674, 4760, 4908,
    4961
  notices and requirements, NF 18, 2208, 2579,
    4447
  notices and requirements, USP 23, 1, 2413,
    2870, 3636, 3840, 4143, 4759
  requirements for tests and assays, 1650, 2517,
    2691, 2993, 3188, 3445, 3744, 3951, 4281,
    4674, 4760, 4908
  tests and assays, 1650, 2517, 2691, 2993,
    3188, 3445, 3744, 3951, 4281, 4623, 4674,
    4760, 4908
  tests and assays, nutritional supplements,
    2180, 2577, 2833, 3316
  tests for reagents, 1988, 2569
Gentamicin,
  injection, 4553
  sulfate, 702, 4553, 4831
  sulfate and betamethasone acetate ophthalmic
    solution, 2932
  sulfate and betamethasone valerate ointment,
    2933
  sulfate and betamethasone valerate otic
    solution, 2934
  sulfate and betamethasone valerate topical
    solution, 2935
  sulfate cream, 703, 4553
  sulfate injection, 703, 4554
  uterine infusion, 4553
  sulfate ointment, 704, 4554
  sulfate ophthalmic ointment, 704, 4554
  sulfate ophthalmic solution, 704, 4554
  sulfate, sterile, 704, 4554
Ginger, 4704, 5081
  powdered, 4090, 5082
Gingko, 5082
Ginseng, oriental, 4706, 5083
  powdered oriental, 4707, 5084
Glass apparatus, cleaning, 1859, 4674
Glaze, pharmaceutical, 2248, 3799
Glipizide, 707, 2465
  tablets, 2465
Glucagon, 4831
Glucagon for injection, 709, 4834
Gluconolactone, 710, 3679
D-Gluconolactone, 3054
Glucose, liquid, 2249, 4095
Glutethimide, 711, 2935

Glyburide, 713, 3417
  tablets, 3679
Glycerin, 713, 4834
  base TS, 2570
  ophthalmic solution, 714, 4213
Glyceryl
  behenate, 2249, 4095
  monostearate, 2250, 4095
Glycine, 715, 2466
Glycolic acid, 4080
Glycopyrrolate, 716, 2935
  tablets, 717, 4213
Gonadorelin hydrochloride, 4835
  for injection, 4836
Good manufacturing practices, 1907, 4371, 5036
Gramicidin, 719, 3679
Granular, narasin, 4583
Granulated
  monensin, 4578
  sulfamethazine, 1459, 4608
  tylosin, 4273
Granules, flunixin meglumine, 2927
Green
  indocyanine, 799, 4559
  indocyanine, for injection, 4559
  indocyanine, sterile, 800, 4559
Griseofulvin, 720, 4837
  capsules, 721, 4837
  oral suspension, 721, 4837
  tablets, 722, 4838
  tablets, ultramicrosize, 722, 4838
Guaifenesin, 723, 4214
  capsules, 724, 4215
  and codeine phosphate syrup, 725, 2634
  and dyphylline tablets, 567, 4203
  for injection, 4215
  and pseudoephedrine hydrochloride capsules,
    2936
  pseudoephedrine hydrochloride, and
    dextromethorphan hydrobromide capsules,
    3894
  tablets, 724, 4215
  and theophylline capsules, 1526, 2507
Guanadrel sulfate tablets, 728, 4554
Guanethidine
  monosulfate, 2467
  monosulfate tablets, 2467
Guanfacine
  hydrochloride, 4555
  tablets, 3155
Guanidine hydrochloride, 2015, 2569
Guar gum, 2251, 3799
Guidances, in vivo bioequivalence, 1929, 4382
Gum
  guar, 2251, 3799
  nicotine polacrilex, 3428
  xanthan, 2318, 4455

**H**

Half-strength lactated Ringer's and dextrose
    injection, 1387, 3435
Haloperidol, 731, 2938
Haloprogin, 733
Hard fat, 2246, 4703
Heavy metals, 1727, 4308, 5091
Hemoglobin, Bovine, 5066
Heparin,
  calcium, 4838
  calcium injection, 4839
  sodium, 4839
  sodium injection, 4839
High-pressure liquid chromatography, packings
    for, 2024, 3054
Histamine phosphate injection, 743, 3895

Histidine, 743
Homatropine methylbromide, 745, 2938
Homosalate, 4840
Human
  insulin, 809, 2641
  insulin human zinc suspension, 2644
  insulin injection, 810, 2643
  isophane insulin, suspension, 2644
  zinc suspension, extended insulin human,
    2645
Hydralazine
  hydrochloride, 747, 3896
  hydrochloride oral solution, 4556
  hydrochloride tablets, 749, 2938
Hydrochloric acid, 2252, 3077
  diluted 2252, 3077
  half-normal (0.5 N), 2059, 3556
  normal (1 N), 2059, 3556
Hydrochlorothiazide, 749, 2938
  and captopril tablets, 4164
  and enalapril maleate tablets, 4204
  and propranolol hydrochloride extended-
    release capsules, 1330, 2497
  and triamterene capsules, 1581, 4897
  and triamterene tablets, 1582, 3738
Hydrocodone
  bitartrate, 751, 2939
  bitartrate and acetaminophen tablets, 752,
    4215
Hydrocortisone, 753, 4556
  acetate, 758, 3897
  acetate and chloramphenicol for ophthalmic
    suspension, 336, 3138
  acetate, hydrocortisone sodium succinate,
    penicillin G, neomycin, and polymyxin B
    topical suspension, 2664
  acetate injectable suspension, 3680
  acetate and oxytetracycline hydrochloride
    ophthalmic suspension, 1145, 3710
  acetate suspension, sterile, 760, 3680
  and acetic acid otic solution, 757, 2635
  butyrate, 760, 4557
  butyrate cream, 761, 4217
  hemisuccinate, 761, 4841
  injectable suspension, 3679
  sodium phosphate injection, 763, 2939
  sodium succinate, 764, 2940
  sodium succinate, penicillin G, neomycin,
    polymyxin B, and hydrocortisone acetate
    topical suspension, 2664
  suspension, injectable, 3680
  suspension, sterile, 756, 3680
  valerate, 765, 2468
Hydroflumethiazide, 765, 2940
Hydrogenated vegetable oil, 2317, 3085
Hydromorphone
  hydrochloride, 767, 2940
  hydrochloride tablets, 768, 2940
Hydrous benzoyl peroxide, 179, 3653
Hydroxychloroquine
  sulfate, 772, 4557
  sulfate tablets, 772, 2940
Hydroxyethyl cellulose, 2253, 4096
4-Hydroxyisophthalic acid, 2016, 2790
4-(4-Hydroxyphenyl)-2-butanone, 3556
Hydroxypropoxy determination, 1740, 3457
Hydroxypropyl
  cellulose, 2253, 4096
  cellulose, low-substituted, 2253, 3323
  methylcellulose, 774, 3417
  methylcellulose phthalate, 2254, 4708
  methylcellulose phthalate 200731, 2255, 3801
Hydroxyurea capsules, 776, 2635
Hydroxyzine hydrochloride, 777, 4557
Hyoscyamine tablets, 782, 3897
Hypophosphorous acid, 2255, 3078
Hypromellose phthalate, 4708, 5084

Tenth Supplement, USP-NF

# I

Ibuprofen, 785, 3897
    oral suspension, 4217
    and pseudoephedrine hydrochloride tablets, 2942
    tablets, 786, 3418
    Identification
        tests, 1721, 2523, 2998, 3200, 3456, 3761, 3964, 4306, 4636
        tests—general, 1721, 4634
        tests, spectrophotometric, 1723, 3966
Idoxuridine, 789, 2943
Ifosfamide, 790, 4558
    for injection, 4558
    sterile, 791, 4558
Ignition, residue on, 1731, 3001
Imipenem, 792, 2468
    and cilastatin for injectable suspension, 794, 2636
    and cilastatin for injection, 793, 3681
    and cilastatin sodium for injection, 794, 2470
    and cilastatin sodium, sterile, 794, 2470
    sterile, 792, 2468
Imipramine hydrochloride, 794, 4841
Impurities
    ordinary, 1746, 3003
    organic volatile, 1746, 3766
    other, 4143
Indapamide, 796, 3156
    tablets, 797, 4558
Indicator
    biological, for dry heat sterilization, paper strip, 200, 3384
    biological, for ethylene oxide sterilization, paper strip, 202, 3385
    biological, for steam sterilization, paper strip, 204, 3386
    biological, for steam sterilization, self-contained, 3387
Indicators
    biological, resistance performance tests, 3754
    reagents, and solutions, 1987, 2790, 3054, 3263, 3556, 3792, 4080, 4441, 4679, 5066
Indium In 111
    capromab pendetide injection, 4842
    chloride solution, 4218
    pentetate injection, 3683
    pentetreotide injection, 3683
    satumomab pendetide injection, 4219
Indocyanine green, 799, 4559
    for injection, 4843
    sterile, 800, 4843
Indomethacin, 800, 3419
    extended-release capsules, 801, 3419
    for injection, 4559
    oral suspension, 803, 3419
    sodium, 804, 4559
    sodium, sterile, 805, 4560
Information, general, 1845, 2548, 2725, 3027, 3221, 3490, 3784, 3990, 4674, 4961
Infusion
    assemblies and similar medical devices, transfusion and, 1719, 2696
    cephapirin benzathine intramammary, 3137
    cephapirin sodium intramammary, 3138
    cloxacillin benzathine intramammary, 410, 4190
    cloxacillin sodium intramammary, 412, 4191
    erythromycin intramammary, 2459
    gentamicin sterile, 4553
    novobiocin sodium intramammary, 1109, 3913
Ingredients and processes, 5, 4759
Inhalation
    epinephrine, aerosol, 593, 2459
    epinephrine, solution, 594, 2459

isoetharine, aerosol, 841, 2646
    sodium chloride, solution, 1419, 4264
    water for, sterile, 1636, 4902
Inhalers
    dry powder inhalers, aerosols, and metered-dose inhalers, 4933
Injectable oil suspension
    ampicillin, 3648
    aurothioglucose, 2885
    epinephrine, 3674
    penicillin G procaine with aluminum stearate, 3715
    propyliodone, 3726
Injectable suspension
    amoxicillin for, 101, 3646
    ampicillin for, 3848
    aurothioglucose, 3851
    betamethasone sodium phosphate and betamethasone, 2889
    betamethasone sodium phosphate and betamethasone acetate, 3654
    corticotropin zinc hydroxide, 3666
    cortisone acetate, 3667
    desoxycorticosterone pivalate, 2446
    dexamethasone acetate, 3880
    estradiol, 3676
    estrone, 3676
    hydrocortisone, 3679
    hydrocortisone acetate, 3680
    imipenem and cilastatin for, 794, 2636
    medroxyprogesterone acetate, 3696
    methylprednisolone acetate, 3908
    penicillin G benzathine, 3711
    penicillin G benzathine and penicillin G procaine, 4590
    penicillin G procaine, 3714
    penicillin G procaine for, 3715
    penicillin G procaine and dihydrostreptomycin sulfate, 3716
    penicillin G procaine and dihydrostreptomycin sulfate, chlorpheniramine maleate, and dexamethasone, 3716
    penicillin G procaine, dihydrostreptomycin sulfate, and prednisolone, 3718
    prednisolone acetate, 3725
    prednisolone tebutate, 3725
    prednisone, 3925
    progesterone, 3726
    spectinomycin for, 4266
    testosterone, 3733
    triamcinolone acetonide, 3735
    triamcinolone diacetate, 3735
    triamcinolone hexacetonide, 3736
Injection
    acetazolamide for, 3844
    acyclovir for, 4514
    adenosine, 4774
    dehydrated alcohol, 43, 3116
    alfentanil, 4154
    alprostadil, 49, 2425
    amdinocillin for, 75, 3645
    amikacin sulfate, 77, 4156
    aminophylline, 87, 4787
    ammonium chloride, 95, 4518
    ammonium molybdate, 3646
    amobarbital sodium for, 3847
    ampicillin, 108, 4518
    ampicillin and sulbactam for, 3650
    amrinone, 4788
    ascorbic acid, 130, 3848
    atenolol, 4159
    azlocillin for, 3652
    aztreonam for, 156, 3851
    bacitracin for, 4159
    benzylpenicilloyl polylysine, 185, 2431
    bleomycin for, 4793
    bretylium tosylate, 4522

bretylium tosylate in dextrose, 3857
bumetanide, 223, 2432
bupivacaine in dextrose, 225, 2619
bupivacaine and epinephrine, 226, 2619
bupivacaine hydrochloride in dextrose, 225, 2893
bupivacaine hydrochloride and epinephrine, 226, 2619
calcium gluconate, 234, 4523
capreomycin for, 4794
carbenicillin for, 3863
flumazenil C11, 4794
mespiperone C 11, 3863
methionine C 11, 2898
sodium acetate C 11, 2899
carboplatin for, 2622
cefamandole nafate for, 287, 4168
cefamentazole, 2624
cefametazole for, 4796
cefazolin, 3865
cefazolin for, 3866
cefazolin sodium, 289, 3865
cefmenoxime for, 292, 4170
cefonicid for, 4171
cefoperazone, 4172
cefoperazone for, 4173
cefoperazone sodium, 296, 4172
ceforanide for, 297, 3869
cefotaxime, 299, 4174
cefotaxime for, 4175
cefotaxime sodium, 299, 4175
cefotetan, 2907
cefotetan for, 3660
cefotiam for, 301, 4797
cefoxitin for, 304, 2436
cefoxitin sodium, 304, 2436
cefpiramide for, 306, 4177
ceftazidime for, 310, 3661
ceftizoxime, 4178
ceftizoxime for, 4178
ceftizoxime sodium, 312, 4178
ceftriaxone, 4179
ceftriaxone for, 4180
ceftriaxone sodium, 314, 4179
cefuroxime, 4180
cefuroxime for, 4181
cefuroxime sodium, 317, 4180
cephalothin, 4182
cephalexin for, 4183
cephalothin sodium, 324, 4182
cephalothin sodium for, 324, 4182
cephapirin for, 4184
cephradine for, 327, 4526
chloramphenicol sodium succinate for, 4529
chlordiazepoxide hydrochloride for, 3874
chloroprocaine hydrochloride, 347, 2438
chlorothiazide sodium for, 349, 2911
cimetidine, 4799
cimetidine in sodium chloride, 4799
ciprofloxacin, 377, 3872
clavulanate potassium and ticarcillin disodium, 4892
clavulanic acid and ticarcillin, 4892
clavulanic acid and ticarcillin for, 4892
clindamycin, 4533
clindamycin for, 4802
clindamycin phosphate, 392, 4534
colistimethate for, 4537
cupric chloride, 434, 2629
cupric sulfate, 434, 2630
cyclosporine, 4194, 4806
cyclosporine concentrate for, 444, 4806
cytarabine for, 4807
daunorubicin hydrochloride for, 455, 4808
deferoxamine mesylate for, 3879
dextran 40 in dextrose, 4812
dextran 40 in sodium chloride, 4812

dextran 70 in dextrose, 4814
dextran 70 in sodium chloride, 4814
dextrose, 483, 3143
dextrose in sodium chloride, 484, 2630
diazepam, 489, 2446, 4815
dicyclomine hydrochloride, 500, 4198
diethylstilbestrol, 505, 2448
dihydroergotamine mesylate, 518, 2918
dihydrostreptomycin, 4543, 4816
dihydrostreptomycin sulfate, 4543
dimenhydrinate, 527, 3143
dobutamine, 4545
dobutamine for, 543, 4546
dobutamine hydrochloride for, 543, 2454
doxycycline for, 4822
doxycycline hyclate for, 558, 4822
dopamine hydrochloride, 549, 2454
dopamine hydrochloride and dextrose, 550,
    2921
doxapram hydrochloride, 551, 2921
doxycycline hyclate for, 558, 4822
droperidol, 562, 3883
electrolytes and dextrose, type 1, multiple,
    576, 2457
electrolytes and dextrose, type 2, multiple,
    577, 2457
electrolytes and dextrose, type 3, multiple,
    579, 2458
electrolytes and dextrose, type 4, multiple,
    580, 2458
electrolytes and invert sugar, type 1, multiple,
    581, 2458
electrolytes and invert sugar, type 2, multiple,
    582, 2458
electrolytes type 1, multiple, 572, 4547
electrolytes type 2, multiple, 574, 2456
elements, trace, 584, 2923
epinephrine, 593, 3413
erythromycin, 2460
ethacrynate sodium for, 633, 2925
etoposide, 3889
floxuridine for, 4550
fludeoxyglucose F 18, 674, 4551
flunixin meglumine, 3151
fluoride F 18, sodium, 675, 3678
fluorouracil, 679, 2930
fructose, 4830
fructose and sodium chloride, 694, 4552
furosemide injection, 696, 4212
gadopentetate dimeglumine, 3152
gallamine triethiodide, 698, 3893
gentamicin, 4553
gentamicin sulfate, 4554
glucagon for, 709, 4834
gonadorelin for, 4836
guaifenesin for, 4215
heparin calcium, 4837
heparin sodium, 4840
histamine phosphate, 743, 3895
hydrocortisone sodium phosphate, 763, 2939
ifosfamide for, 4558
imipenem and cilastatin for, 794, 3681
imipenem and cilastatin sodium for, 794, 2470
infium in 111 capromab pentetide, 4842
indium in 111 pentetate, 799, 3683
indium in 111 pentetreotide, 3683
indium in 111 satumomab pentetide, 4219
indocyanine green for, 4843
indomethacin for, 4559
insulin, 808, 2640
insulin human, 810, 2643
inulin in sodium chloride, 814, 2471
iobenguane I 123, 3157
iobenguane I 131, 3898
iodipamide meglumine, 824, 2471
iohexol, 827, 3899
iopamidol, 828, 4844

ioversol, 3687
ioxaglate meglumine and ioxaglate sodium,
    3687
ioxilan, 4562
iron dextran, 836, 3900
isoproterenol hydrochloride, 851, 4221
kanamycin, 4564
kanamycin sulfate, 862, 4564
ketorolac tromethamine, 3160
levocarnitine, 4565
lincomycin, 4567
lincomycin hydrochloride, 891, 4567
lorazepam, 903, 4852
magnesium sulfate in dextrose, 3695
manganese chloride, 927, 2650
manganese sulfate, 929, 2651
mannitol, 929, 2476
mannitol in sodium chloride, 930, 2476
methicillin for, 4572
methicillin sodium for, 4573
methocarbamol, 982, 3907
methotrexate, 985, 2953
methotrimeprazine, 986, 4573
methyldopate hydrochloride, 998, 2652
methylene blue, 998, 2479
mezlocillin for, 4575
minocycline for, 4857
mitomycin for, 1033, 4858
mitoxantrone, 4858
mitoxantrone for, concentrate, 1034, 4231,
    4858
morphine sulfate, 1039
nafcillin, 4859
nafcillin for, 4860
nafcillin sodium, 1045, 4860
nafcillin sodium for, 1045, 4860
naloxone hydrochloride, 1049, 3424
neomycin for, 4239
nitroglycerin, 1091, 2656
ondansetron, 4867
oxacillin, 4587
oxacillin for, 4588
oxacillin sodium, 1119, 4588
oxacillin sodium for, 1119, 4588
oxytetracycline, 1141, 4869
oxytetracycline for, 4870
oxytetracycline hydrochloride for, 1144, 4590
oxytocin, 1148, 2491
penicillin G potassium for, 1169, 4592
penicillin G sodium for, 1178, 4870
phenobarbital sodium for, 4871
phenylbutazone, 3721
piperacillin for, 3174
plicamycin for, 4875
polymyxin B for, 4251
potassium chloride for, concentrate, 1254,
    2493
potassium chloride in dextrose, 1256, 4597
potassium chloride in dextrose and sodium
    chloride, 1256, 4597
potassium chloride in lactated Ringer's and
    dextrose, 1257, 2667
potassium chloride in sodium chloride, 1258,
    4597
pralidoxime chloride for, 4877
prochlorperazine edisylate, 1302, 4599
progesterone, 1306, 2495
quinidine gluconate, 1352, 2672
raclopride C 11, 3659
ranitidine in sodium chloride injection, 1364,
    4257
rifampin, 1383, 3434
Ringer's, 1383, 4258
Ringer's and dextrose, 1385, 2500
Ringer's and dextrose, half-strength lactated,
    1387, 3435
Ringer's and dextrose, lactated, 1386, 3434

Ringer's and dextrose, modified lactated,
    1388, 2676
Ringer's, lactated, 1385, 2500
sargramostim for, 4260
secobarbital sodium for, 4882
sincalide for, 4882
sodium chloride, 1418, 1418
sodium chloride, bacteriostatic, 1418, 4884
sodium nitrite, 1427, 2677
sodium nitroprusside for, 4885
streptomycin, 4887
streptomycin for, 4887
streptomycin sulfate, 1441, 4887
strontium chloride Sr 89, 2677
succinylcholine cloride for, 4607
sulfamethoxazole and trimethoprim, 4888
sulfamethoxazole and trimethoprim for,
    concentrate, 1462, 4888
technetium Tc 99m bicisate, 4268
technetium Tc 99m exametazime, 3732
technetium Tc 99m mebrofenin, 4269
technetium Tc 99m mertiadide, 2984
technetium Tc 99m pentetate, 1486, 3439
technetium Tc 99m red blood cells injection,
    2985
technetium Tc 99m sestamibi, 2680
technetium Tc 99m tetrofosmin, 4608
tetracaine hydrochloride, 1506, 2505
tetracaine hydrochloride for, 4609
tetracycline hydrochloride for, 1511, 4890
thiacetarsamide sodium, 3936
thiethylperazine malate, 1534, 2682
thiotepa for, 4890
ticarcillin for, 4891
ticarcillin and clavulanic acid, 4892
ticarcillin and clavulanic acid for, 4892
ticarcillin disodium and clavulanate potassium,
    1551, 4892
tiletamine and zolazepam for, 4614
tilmicosin, 4616
tobramycin, 4894
tobramycin for, 4895
tobramycin sulfate, 1562, 4896
tolazoline hydrochloride, 2510
tolbutamide for, 4617
trimethoprim and sulfamethoxazole for
    injection concentrate, 4888
trimethoprim and sulfamethoxazole injection,
    4888
urea for, 4620
vancomycin, 2514
vancomycin hydrochloride for, 3740
vasopressin, 1622, 2515
verapamil hydrochloride, 1624, 2689
vidarabine concentrate for, 4900
vinblastine sulfate for, 4901
water for, 1635, 4901
water for, bacteriostatic, 1636, 4902
water for, sterile, 1636, 4902
water for, sterile bacteriostatic, 1636, 3947
xylazine, 4906
zidovudine, 4279
zinc chloride, 1643, 3186
zinc sulfate, 1646, 3187
Injections, 1650, 4281, 4908
    elastomeric closures for, 1736, 3765
    particulate matter in, 1813, 3476
Insoluble matter in reagents, 1990, 2569
Instrumental measurement—color, 1860, 3221
Insulin, 807, 2637
    assays, 1716, 2694
    human, 809, 2641
    human injection, 810, 2643
    human suspension, isophane, 2644
    human zinc suspension, 2644
    human zinc suspension, extended, 2645
    injection, 808, 2640

Intestinal fluid, simulated, TS, 2053, 4082
Intramammary infusion
    cephapirin benzathine, 3137
    cephapirin sodium, 3138
    cloxacillin benzathine, 410, 4190
    cloxacillin sodium, 412, 4191
    erythromycin, 2459
    novobiocin sodium, 1109, 3913
Intrauterine contraceptive system, progesterone,
    1307, 4599
Intrinsic viscosity table, 4682
Inulin, 813, 4843
    in sodium chloride injection, 814, 2471
Invert sugar
    injection type 1, multiple electrolytes and,
        581, 2458
    injection type 2, multiple electrolytes and,
        582, 2458
In vitro, biological reactivity tests, 1697, 3962
In vivo
    bioequivalence guidances, 1929, 4382
    biological reactivity tests, 1699, 4304
Iobenguane
    I 123 injection, 3157
    I 131 injection, 3898
    sulfate, 2791
Iodide-free starch TS, 4680
Iodine, 816, 3419
    solution, strong, 816, 3898
    (tenth-normal (0.1 N), 2059, 3055
    tincture, 817, 3898
    tincture, strong, 817, 3898
    topical solution, 816, 3898
Iodipamide meglumine injection, 824, 2471
Iodobromide
        TS, 5067
p-Iodonitrotetrazolium violet, 2569
Iohexol injection, 827, 3899
Iopamidol, 827, 4560
    injection, 828, 4561, 4844
Iopromide, 4844
Ioversol, 3686
    injection, 3687
Ioxaglate
    meglumine and ioxaglate sodium injection,
        3687
Ioxaglic acid, 3688
Ioxilan, 4562
    injection, 4563
Ipodate
    calcium, 835, 2946
    sodium, 836, 2946
Iron dextran injection, 836, 3900
Irrigation, sterile water for, 1637, 4903
Isoamyl Methoxycinnamate, 4846
4-Isobutylacetophenone, 2791
N-Isobutylpiperidone, 2791
Isocarboxazid, 838, 2471
Isoetharine
    mesylate, 840, 2646
    mesylate inhalation aerosol, 841, 2646
Isoflurane, 841, 4846
Isoleucine, 844, 2947
Isometheptene mucate, 844, 2472
Isoniazid
    and rifampin capsules, 1383, 2976
    tablets, 846, 4220
Isophane insulin human suspension, 2644
Isopropamide iodide, 847, 2472
Isopropyl
    alcohol, 848, 2647
    myristate, 2257, 4098, 5085
    palmitate, 5085
Isoproterenol
    hydrochloride, 849, 2947
    hydrochloride injection, 851, 4221
    sulfate, 853, 2947

Isosorbide
    concentrate, 855, 2948
    dinitrate, diluted, 856, 3421
    dinitrate extended-release capsules, 857, 4221
    dinitrate extended-release tablets, 858, 3689
    dinitrate sublingual tablets, 859, 4221
Isotretinoin, 859, 2948
    capsules, 4847
Isoxsuprine hydrochloride, 860, 2948
    tablets, 861, 4221
Isradipine, 4222

**K**

Kanamycin
    injection, 4564
    sulfate, 862, 4564
    sulfate capsules, 862, 4222
    sulfate injection, 862, 4564
    sulfate, sterile, 863, 4564
Kaolin, 863, 3421
Ketoconazole, 864, 3421
Ketoprofen, 4564
Ketorolac
    tromethamine, 3690
    tromethamine injection, 3160
    tromethamine tablets, 3421

**L**

L designations, 2018, 3054
Labeling, preservation, packaging, and storage,
    10, 4764
Lactase, 4223
Lactated
    Ringer's and dextrose injection, 1386, 3434
    Ringer's and dextrose injection, half-strength,
        1387, 3435
    Ringer's and dextrose injection, modified,
        1388, 2676
    Ringer's and dextrose injection, potassium
        chloride in, 1257, 2667
    Ringer's injection, 1385, 2500
Lactitol, 4630
Lactose
    alpha, monohydrate, 3556
    anhydrous, 2257, 4450
    beta, 3556
    monohydrate, 2258, 4451, 5086
Lactulose
    concentrate, 868, 3160
    solution, 869, 3691
Lanolin, 869, 2948
    alcohols, 2259, 2584
Lead, 1729, 2525
Lecithin, 2259, 4098
Leucine, 872, 2948
Leucovorin calcium tablets, 873, 3901
Levamisole hydrochloride tablets, 875, 4565
Levmetamfetamine, 4848
Levobunolol hydrochloride, 876, 2948
Levocarnitine, 877, 4849
    injection, 4565
    tablets, 878, 3161
Levodopa, 878, 2948
Levonordefrin, 880, 2948
Levonorgestrel and ethinyl estradiol tablets, 881,
    4566
Levorphanol tartrate, 882, 2948
Levothyroxine
    sodium, 883, 2647
    sodium oral powder, 884, 4849

sodium tablets, 884, 2648
Lidocaine
    and epinephrine injection, 886, 2648
    hydrochloride, 887, 4566
    hydrochloride and epinephrine injection, 886,
        2648
    hydrochloride, sterile, 889, 4567
    neomycin and polymyxin B sulfates, and
        bacitracin zinc ointment, 1070
Light-scattering and spectrophotometry, 1830,
    4327
Lime, barium hydroxide, 165, 4520
Limit tests, 1724, 3456, 3763, 3966, 4308, 4929
Lincomycin
    hydrochloride, 890, 4850
    hydrochloride injection, 891, 4567
    hydrochloride, sterile, 891, 4567
    hydrochloride soluble powder, 4850
    injection, 4567
Liothyronine
    sodium, 893, 2648
    sodium tablets, 894, 3901
Liotrix tablets, 894, 2649
Liquefied phenol, 1202, 4248
Liquid
    chromatography, packings for high-pressure,
        2024, 3054
    glucose, 2249, 4095
Lisinopril tablets, 895, 4225
Lithium
    carbonate, 896, 2949
    carbonate capsules, 897, 2649
    carbonate extended-release tablets, 898, 4850
    carbonate tablets, 897, 2650
    citrate, 898, 2949
    hydroxide, 899, 2949
Lithocholic acid, 2791
Loperamide
    hydrochloride capsules, 900, 2650
    hydrochloride tablets, 901, 4225
Loracarbef, 901, 4850
    capsules, 902, 4851
    for oral suspension, 902, 4851
Lorazepam, 903, 2692
    injection, 903, 4225, 4852
    oral concentrate, 905, 3693
    tablets, 905, 3694
Loss on drying, 1801, 3475
Lovastatin, 906, 3694
    tablets, 907, 3902
Low-substituted hydroxypropyl cellulose, 2253,
    3323
Loxapine succinate, 908, 2949
Lozenges
    benzocaine, 3124
    calcium carbonate, 3388
    clotrimazole, 2629
    menthol, 4229
Lysine
    acetate, 909, 2949
    hydrochloride, 909, 2949

**M**

Mafenide acetate, 910, 4567
Magaldrate and simethicone tablets, 914, 3902
Magma, dihydroxyaluminum aminoacetate, 522,
    2918
Magnesia
    alumina, calcium carbonate, and simethicone
        tablets, 56, 2615
    alumina, and simethicone oral suspension, 57,
        2425
    alumina, and simethicone tablets, 59, 2615
    milk of, 915, 4226

Magnesium
  and calcium carbonate tablets, 247, 3389
  and calcium carbonates oral suspension, 4523
  and calcium carbonates tablets, 249, 2896
  carbonate, 916, 4226
  carbonate and citric acid for oral solution,
    4568
  chloride, 917, 4227
  citrate, 4227
  citrate for oral solution, 4568
  gluconate, 918, 2949
  hydroxide, 919, 4852
  hydroxide paste, 920, 4853
  oxide, 920, 4228
  oxide, aspirin, and alumina tablets, 139, 2885
  oxide capsules, 921, 2475
  oxide tablets, 921, 2650
  salicylate, 922, 2476
  salicylate tablets, 4853
  silicate, 2261, 4098
  stearate, 2262, 3078, 5086
  sulfate, 923, 3161
  sulfate in dextrose injection, 3695
  trisilicate and alumina tablets, 63, 3116
Malathion, 925, 2949
Malic acid, 2262, 4451
Malitol solution, 2263, 4451
Maltodextrin, 2263, 3599
Mandelic acid, 3903
Manganese
  chloride injection, 927, 2650
  gluconate, 928, 3903
  sulfate injection, 929, 2651
Mannitol, 929, 4228
  injection, 929, 2476
  in sodium chloride injection, 930, 2476
Manufacturing
  practices, good, 1907, 5036
  practices for nutritional supplements, 2186,
    2834
Matter
  in injections, particulate, 1813, 3476
  in reagents, insoluble, 1990, 2569
Maprotiline hydrochloride, 930, 2950
Mazindol, 931, 2950
  tablets, 932, 2476
Measurement, instrumental—color, 1860, 3221
Mebendazole
  oral suspension, 4853
  tablets, 934, 4568
Mebrofenin, 935, 2950
  technetium Tc 99m, injection, 2504
Mecamylamine hydrochloride tablets, 936, 4228
Meclizine hydrochloride, 938, 2950
  tablets, 938, 4229
Meclofenamate
  sodium, 940, 2950
  sodium capsules, 941, 2651
Medical devices, transfusion and infusion
    assemblies and similar, 1719, 2696
Medroxyprogesterone
  acetate, 941, 4854
  acetate injectable suspension, 3696
  acetate suspension, sterile, 942, 3696
Megestrol
  acetate, 944, 3422
  acetate tablets, 944, 944, 3422
Meglumine, 945, 2950
Melphalan, 945, 3423
  tablets, 946, 4569
Melting range or temperature, 1805, 4302, 4954
Menadione, 948, 2951
Menotropins, 4854
  for injection, 951, 2951
Menthol
  and benzocaine topical aerosol, 2888
  lozenges, 4229

Menthyl anthranilate, 4854
Mepenzolate
  bromide, 2477
  bromide tablets, 2478
Meperidine
  hydrochloride, 951, 2478
  hydrochloride tablets, 953, 3696
Mephentermine sulfate, 953, 2951
Mephenytoin, 954, 2951
Mephobarbital, 955, 3423
  tablets, 955, 4569
Meprednisone, 957, 2951
Meprobamate tablets, 959, 4229
Mercaptopurine, 959, 2951
Mercuric iodide, red, 3423
Mercury ointment, ammoniated, 961, 3162
Mertiadide, technetium Tc 99m, injection, 2984
Mesalamine, 4569
  extended-release capsules, 3905
  rectal suspension, 3906
Mesoridazine besylate, 961, 2952
Mespiperone C 11 injection, 3863
Mestranol, 963
Metacresol, 3907
Metals, heavy, 1727, 4308
Metered-dose inhalers
  aerosols, dry powder inhalers, 4933
Methacrylic acid
  copolymer, 2265, 3079
  copolymer dispersion, 4452
Methacycline hydrochloride, 968, 2952
Methadone hydrochloride tablets, 971, 3162
Methamphetamine hydrochloride, 971, 4855
Methazolamide, 972, 4570
  tablets, 973, 4571
Methdilazine, 973, 2953
  hydrochloride, 974, 2953
Methenamine
  hippurate, 2478
  hippurate tablets, 2479
  mandelate delayed-release tablets, 4855
  mandelate tablets, 978, 4855
  and monobasic sodium phosphate tablets, 977,
    4230
  tablets, 976, 4229
Methicillin
  for injection, 4572
  sodium, 4571
  sodium for injection, 979, 4573
  sodium, sterile, 979, 4573
Methionine, 981, 2953
  C 11 injection, 2898
Methocarbamol, 981, 3162
  injection, 982, 3907
  tablets, 982, 4230
Methods
  of analysis, automated, 1673, 2997
  validation of compendial, 1982, 3260, 5059
Methotrexate, 984, 2953
  injection, 985, 2953
  tablets, 985, 2953
Methotrimeprazine, 986, 2953
  injection, 986, 4573
Methoxsalen
  topical solution, 4855
Methsuximide, 989, 2953
Methyclothiazide, 990, 2953
Methyl
  alcohol, 2020, 2838
  arachidate, 4080
  behenate, 4080
  benzylidene camphor, 4855
  caprate, 4081
  caprylate, 4081
  erucate, 4081
  laurate, 4081
  lignocerate, 4081

linoleate, 4081
  linolenate, 4081
  myristate, 4081
  palmitate, 4081
  salicylate, 2266, 4099
Methylcellulose, 992, 2954
  hydroxypropyl, 774, 2940
  hydroxypropyl, phthalate, 2254, 4096
Methyldopa, 993, 2954
Methyldopate hydrochloride, 997, 2954
  injection, 998, 2652
Methylene
  blue, 998, 2479
  blue injection, 999, 2479
Methylergonovine
  maleate, 999, 4573
  maleate tablets, 1001, 2652
Methylparaben, 2267, 3801
Methylphenidate hydrochloride
  extended-release tablets, 1003, 3423
  tablets, 1002, 4230
Methylprednisolone, 1003, 4856
  acetate, 1004, 4573
  acetate injectable suspension, 3908
  acetate suspension, sterile, 1006, 3699
  hemisuccinate, 1006, 4574
  sodium succinate, 1007, 2955
Methyltestosterone, 1008, 4574
  capsules, 1009, 2955
Metocurine iodide, 1013, 2955
Metolazone, 1014, 2955
  tablets, 1014, 3423
Metoprolol
  fumarate, 3163
  tartrate, 1015, 3163
Metronidazole, 1019, 3908
  gel, 1019, 4574
Metyrapone, 1021, 2956
Metyrosine, 1022, 3423
Mexiletine hydrochloride, 1023, 3909
Mezlocillin
  for injection, 4575
  sodium, 4574
  sodium, sterile, 1024, 4576
Mibolerone, 4856
  oral solution, 4856
Miconazole nitrate, 1026, 2956
Microbial
  validation of, recovery from pharmacopeial
    articles, 5063
Microbial assays, antibiotics, 1690, 4300
Microbiological
  evaluation of clean rooms and other controlled
    environments, 4922
  tests, 1681, 3453, 3754, 4293, 4923
Microcrystalline
  cellulose, 2231, 4699
  wax, 2317, 3085
Microscopy, optical, 2715
Milk
  thistle, 5087
  thistle, powdered, 5088
Milk of magnesia, 920, 4226
Mineral
  acid, 4679
  oil, 1028, 2956
Minerals
  capsules, 2129, 3559
  oil- and water-soluble vitamins with, capsules,
    2146, 3573
  oil- and water-soluble vitamins with, oral
    solution, 3288
  oil- and water-soluble vitamins with, tablets,
    2149, 4684
  tablets, 2135, 3562
  water-soluble vitamins with, capsules, 2168,
    4084

water-soluble vitamins with, oral solution, 2827
water-soluble vitamins with, tablets, 2170, 3590
Minimum fill, 4955
Minocycline
    hydrochloride, 1029, 4857
    hydrochloride, sterile, 1030, 4577
    for injection, 4857
Minoxidil, 1032, 2956
    tablets, 1032, 2653
    topical solution, 4577
Mitomycin, 1033, 3701
    for injection, 1033, 4858
Mitotane, 1034, 2956
Mitoxantrone
    hydrochloride, 1034, 4230
    injection, 4858
    for injection concentrate, 1035, 4858
Modified lactated Ringer's and dextrose injection, 1388, 2676
Molindone
    hydrochloride, 1036, 2481
    hydrochloride tablets, 1037, 3424
Mometasone furoate, 2653
    cream, 2654
    ointment, 2654
    topical solution, 2655
Monensin, 4577
    granulated, 4578
    premix, 4578
    sodium, 4858
Mono- and Di-acetylated monoglycerides, 2269, 3080
Monobasic
    sodium phosphate, 1429, 3181
    sodium phosphate and methenamine tablets, 977, 4230
Monobenzone, 1037, 2956
Monoglycerides, 2269, 3080
Monographs
    NF 18, 2209, 2581, 2835, 3075, 3320, 3596, 3797, 4087, 4448, 4684, 4698, 5071
    USP 23, 15, 2422, 2614, 2873, 3115, 3358, 3644, 3844, 4151, 4501, 4759
    USP 23 nutritional supplements, 2129, 2574, 2796, 3059, 3268, 3559, 4084, 4684
Monosodium
    glutamate, 2270, 3080
    ticarcillin, 1552, 4893
Moricizine hydrochloride, 4580
    tablets, 4236
Morphine sulfate injection, 1039, 2655
Multiple
    electrolytes and dextrose injection type 1, 576, 2457
    electrolytes and dextrose injection type 2, 577, 2457
    electrolytes and dextrose injection type 3, 579, 2458
    electrolytes and dextrose injection type 4, 580, 2458
    electrolytes injection type 1, 572, 4547
    electrolytes injection type 2, 574, 2456
    electrolytes and invert sugar injection type 1, 581, 2458
    electrolytes and invert sugar injection type 2, 582, 2458
Mupirocin, 1041, 3164
Myristyl alcohol, 2271, 3080

## N

Nadolol, 1042, 2484
    and bendroflumethiazide tablets, 1044, 4237, tablets, 4859

Nafcillin
    injection, 4859
    for injection, 4860
    sodium, 1044, 4859
    sodium injection, 1045, 4860
    sodium for injection, 1045, 4860
    sodium, sterile, 1046, 4860
Naftifine hydrochloride, 4237
    cream, 4237
    gel, 4238
Nalidixic acid, 1047, 2957
    oral suspension, 1047, 3910
    tablets, 1047, 3911
Nalorphine hydrochloride, 1048, 2957
Naloxone hydrochloride injection, 1049, 3424
Naltrexone
    hydrochloride, 4581
    hydrochloride tablets, 4582
Nandrolone
    decanoate, 1050, 4582
    phenpropionate, 1051, 2957
Naphazoline
    hydrochloride, 1052, 2957
    hydrochloride ophthalmic solution, 1052, 3701
*p*-Naphtholbenzein, 2791
2-Naphthyl chloroformate, 3792
Naproxen, 1053, 2957
    sodium, 1054, 2954
    sodium tablets, 1055, 3702
    tablets, 1054, 4238
Narasin
    granular, 4583
    premix, 4584
Nasal solution
    cromolyn sodium, 432, 2443
    epinephrine, 594, 2459
    oxytocin, solution, 149, 2659
Neomycin
    boluses, 3165
    for injection, 4239
    polymyxin B, hydrocortisone acetate, hydrocortisone sodium succinate, and penicillin G topical suspension, 2664
    and polymyxin B sulfates and bacitracin ointment, 1066, 3702
    and polymyxin B sulfates, bacitracin zinc, and lidocaine ointment, 1070, 2655
    and polymyxin B sulfates and bacitracin zinc ointment, 1068, 2484
    and polymyxin B sulfates cream, 1065, 3702
    sulfate, 1056, 4239
    sulfate, sterile, 1058, 4239
Neostigmine bromide tablets, 1078, 4239
Neutralized acetone, 4080
NF
    18, general notices and requirements, 2208, 2579, 4447
    18 monographs, 2209, 2581, 2835, 3075, 3320, 3596, 3797, 4087, 4448, 4684, 4698, 5071
    preface to, 2201, 3796
    and USP articles, description and relative solubility of, 2071, 2572, 2793, 3057, 3264, 3558, 3793, 4083, 4445, 4681, 5069
    and USP Excipients, listed by categories, 2205, 4086, 5071
Niacin, 1080, 2958
    tablets, 1081, 2958
Niacinamide, 1082, 3165
    tablets, 1082, 4239
Nickel sulfate, 3054
Nicotinamide adenine dinucleotide, 2022, 408
β-Nicotinamide adenine dinucleotide, 4081
Nicotine, 3424
    polacrilex, 3427
    polacrilex gum, 3428
    transdermal system, 4584

Nifedipine, 4860
    capsules, 1084, 2486
Nitrofurantoin, 1085, 4861
    capsules, 1086, 4861
Nitrofurazone, 1088, 4586
    ointment, 1089, 4240
    topical solution, 1089, 4240
Nitroglycerin
    diluted, 1090, 4586
    injection, 1091, 2656
    ointment, 1091, 2656
    tablets, 1092, 2656
Nitrous oxide, 1093, 2656
Nonanoic acid, 4679
Noncrystallizing sorbitol solution, 4453
Nonoxynol
    9, 1095, 4240
    10, 2272, 3080
Norethindrone, 1098, 2487
    acetate, 1101, 2487
    acetate and ethinyl estradiol tablets, 1102, 4241
Norfloxacin, 1103, 2958
    ophthalmic solution, 4861
Norgestrel, 1105, 4241
Nortriptyline
    hydrochloride, 1106, 3166
    hydrochloride capsules, 1107, 4241
Noscapine, 1108, 2958
Notices and requirements
    NF 18 general, 2208, 2579, 4447
    USP 23 general, 1, 2413, 2870, 3636, 3840, 4143, 4759
Novobiocin
    sodium, 1108, 3428
    sodium capsules, 1108, 3428
    sodium intramammary infusion, 1109, 3913
Nutritional supplements
    disintegration and dissolution of, 2184, 4696
    manufacturing practices for, 2186, 2834
    USP 23 general chapters, 2180, 2577, 2833, 4696
    USP 23 monographs, 2129, 2574, 2796, 3059, 3268, 3559, 3794, 4084, 4684
    weight variation of, 2185, 3316
Nystatin, 1109, 3913
    oral suspension, 1110, 4242

## O

Oatmeal, colloidal, 425, 4192
Octocrylene, 4862
Octoxynol 9, 2273, 4099
Ocular system, pilocarpine, 1221, 2967
Octyl Methoxycinnamate, 4862
Octyl Salicylate, 4863
Odansetron
    hydrochloride, 4865
    injection, 4867
Odor and taste, 2071, 4445
"Official" and "Official Articles," 2, 2413 (NF) "Official" and "Official Articles," 2208, 2579
Ofloxacin, 4863
    ophthalmic solution, 4865
Oil
    ampicillin injectable, suspension, 2881
    aurothioglucose injectable, suspension, 2885
    castor, 282, 2436
    castor, emulsion, 283, 2904
    cottonseed, 2237, 4093
    epinephrine injectable, suspension, 3674
    epinephrine, suspension, sterile, 595, 3674
    hydrogenated vegetable, 2317, 3085
    mineral, 1028

5110    Oil–Oxyte / Index

Tenth Supplement, USP-NF

olive, 2274, 4099
peanut, 2275, 3080
penicillin G procaine with aluminum stearate
 injectable, suspension, 3715
peppermint, 2276, 4099
propyliodone injectable, suspension, 3726
propyliodone, suspension, sterile, 1335, 3727
sesame, 2298, 3084
Oils, fats and fixed, 1738, 4636, 4929
Oil-soluble
 vitamins capsules, 2137, 3563
 vitamins tablets, 2140, 3566
Oil- and water-soluble
 vitamins capsules, 2141, 3567
 vitamins with minerals capsules, 2146, 3573
 vitamins with minerals oral solution, 3288
 vitamins with minerals tablets, 2149, 4684
 vitamins oral solution, 3279
 vitamins tablets, 2143, 3569
Ointment
 acyclovir, 4153
 amcinonide, 74, 4156
 bacitracin, 158, 3652
 bacitracin zinc and polymyxin B sulfate, 162,
  3652
 benzoic and salicylic acids, 177, 3384
 clobetasol propionate, 2628
 gentamicin sulfate, 704, 4554
 gentamicin sulfate ophthalmic, 704, 4554
 gentamicin sulfate and betamethasone
  valerate, 2933
 mercury, ammoniated, 961, 3162
 mometasone furoate, 2654
 neomycin and polymyxin B sulfates and
  bacitracin, 1066, 3702
 neomycin and polymyxin B sulfates and
  bacitracin zinc, 1068, 2484
 neomycin and polymyxin B sulfates,
  bacitracin zinc, and lidocaine, 1070, 2655
 nitroglycerin, 1091, 2656
 nitrofurazone, 1089, 4240
 sodium chloride ophthalmic, 1419, 4264
 tetracycline hydrochloride, 1512, 4270
 tobramycin ophthalmic, 1559, 3943
 undecylenic acid, compound, 1617, 3184
 vidarabine ophthalmic, 1626, 4900
Oleic acid, 2273, 4099
Olive oil, 2274, 4099
Omeprazole, 3914
Ondansetron hydrochloride, 4865
 injection, 4867
Ophthalmic ointment
 gentamicin sulfate, 704, 4554
 sodium chloride, 1419, 4264
 tobramycin, 1559, 3943
 vidarabine, 1626, 4276, 4900
Ophthalmic solution
 carteolol hydrochloride, 2901
 ciprofloxacin, 378, 3141
 cromolyn sodium, 432, 2443
 echothiophate iodide for, 568, 3147
 fluorescein sodium and proparacaine
  hydrochloride, 673, 2463
 gentamicin sulfate, 704, 4554
 gentamicin sulfate and betamethasone acetate,
  2932
 glycerin, 714
 naphazoline hydrochloride, 1052, 3701
 norfloxacin, 4861
 ofloxacin, 4865
 proparacaine hydrochloride, 1316, 2496
 sodium chloride, 1420, 4264
 timolol maleate, 1553, 3941
 zinc sulfate, 2509
Ophthalmic suspension
 chloramphenicol and hydrocortisone acetate,
  336, 3138

oxytetracycline hydrochloride and
 hydrocortisone acetate, 1145, 3710
prednisolone acetate, 1280, 4253
rimexolone, 4602
sulfacetamide sodium and prednisolone
 acetate, 1452, 4888
tetracycline hydrochloride, 1514, 4611
tobramycin and fluorometholone acetate, 1560,
 3943
Optical
 microscopy, 2715
 rotation, 1812, 3774
Oral concentrate, lorazepam, 905, 3693
Oral powder
 acetaminophen and salts of chlorpheniramine,
  dextromethorphan, and pseudoephedrine,
  containing at least three of the following,
  4506
 levothyroxine sodium, 884, 4224, 4849
Oral solution
 acetaminophen and (salts of)
  chlorpheniramine, dextromethorphan, and
  phenylpropanolamine, containing at least
  three of the following, 4768
 acetaminophen and (salts of)
  chlorpheniramine, dextromethorphan, and
  pseudoephedrine, containing at least three
  of the following, 4508
 acetaminophen, dextromethorphan
  hydrobromide, doxylamine succinate, and
  pseudoephedrine hydrochloride, 4771
 albendazole, 3358
 amprolium, 114, 4158
 ascorbic acid, 131, 2884
 chlorpheniramine maleate and
  pseudoephedrine hydrochloride, 4530
 clindamycin hydrochloride, 4802
 dexamethasone, 4809
 dexbrompheniramine maleate and
  pseudoephedrine sulfate, 4541
 diphenoxylate hydrochloride and atropine
  sulfate, 535, 2451
 doxepin hydrochloride, 553, 4202
 ferrous sulfate, 660, 3677
 hydralazine hydrochloride, 4556
 levothyroxine sodium, 884, 4224, 4849
  magnesium carbonate and citric acid for, 4568
 magnesium citrate for, 4568
 milbolerone, 4856
 oil- and water-soluble vitamins, 3279
 oil- and water-soluble vitamins with minerals,
  3288
 oxacillin sodium for, 1120, 2488
 oxycodone hydrochloride, 1130, 2960
 penicillin v potassium for, 1182, 4594
 perphenazine, 1192, 4594
 phenylpropanolamine hydrochloride, 4595
 prochlorperazine, 1303, 2971
 prochlorperazine edisylate, 1305, 2972
 sodium fluoride, 1422, 3181
 sodium phosphates, 1430, 3731
 sulfaquinoxaline, 4267
 water-soluble vitamins with minerals, 2827
 zidovudine, 4279
Oral suspension
 acetaminophen and codeine phosphate, 26,
  2874
 acyclovir, 4515
 albendazole, 2424
 alumina, magnesia, and simethicone, 57, 2425
 amoxicillin and clavulanate potassium for,
  103, 2880
 azithromycin for, 4790
 calcium and magnesium carbonates oral
  suspension, 4523
 calcium carbonate, 246, 3657
 cefaclor for, 284, 3865

cephradine for, 328, 4527
chloramphenicol palmitate, 338, 3661
cholestyramine for, 367, 3662
clarithromycin for, 4187
colestipol hydrochloride for, 422, 4192
doxycycline for, 556, 3145
doxycycline calcium for, 556, 3145
erythromycin ethylsuccinate and sulfisoxazole
 acetyl for, 619, 3675
griseofulvin, 721, 4837
ibuprofen, 4217
indomethacin, 803, 3419
loracarbef for, 902, 4851
mebendazole, 4853
nalidixic acid, 1047, 3910
nystatin, 1110, 4242
oxfendazole, 4868
penicillin V for, 1180, 4594
phenytoin, 1217, 4596
rifampin, 4601
simethicone, 1411, 2676
sulfamethoxazole and trimethoprim, 1463,
 3934
Ordinary impurities, 1746, 3003
Organic
 carbon, total, 4320
 volatile impurities, 1746, 3766
Oriental
 ginseng, 4706, 5081
 ginseng, powdered, 4707, 5082
Orphenadrine citrate, 1116, 2960
Other impurities, 4143
Other tests and assays, 1732, 2526, 2696, 3002,
 3200, 3457, 3765, 3968, 4310, 4636, 4929
Otic solution
 gentamicin sulfate and betamethasone
  valerate, 2934
 hydrocortisone and acetic acid, 757, 2635
Oxacillin
 injection, 4587
 for injection, 4588
 sodium, 1118, 4587
 sodium capsules, 1118, 2488
 sodium injection, 1119, 4588
 sodium for injection, 1119, 4588
 sodium for oral solution, 1120, 2488
 sodium, sterile, 1120, 4588
Oxandrolone tablets, 1122, 3706
Oxazepam, 1123, 2960
Oxfendazole, 4867
 oral suspension, 4868
Oxtriphylline, 2488
 extended-release tablets, 1127, 2960
 tablets, 3429
Oxybenzone, 1127, 2960
 and dioxybenzone cream, 2450
Oxycodone
 and acetaminophen capsules, 1131, 4244
 and acetaminophen tablets, 1132, 4244
 and aspirin tablets, 1132, 4245
 hydrochloride, 1129, 4242
 hydrochloride oral solution, 1130, 2960
 hydrochloride tablets, 1130, 4243
 terephthalate, 1134, 3916
Oxymetazoline hydrochloride, 1136, 2961
Oxymetholone, 1137, 2961
Oxyphenbutazone, 1140, 2961
Oxyquinoline sulfate, 2274, 4099
Oxytetracycline, 1141, 4868
 hydrochloride, 1144, 4869
 hydrochloride capsules, 1144, 3708
 hydrochloride and hydrocortisone acetate
  ophthalmic suspension, 1145, 3710
 hydrochloride for injection, 1144, 4590
 hydrochloride soluble powder, 4870
 hydrochloride, sterile, 1145, 4590
 injection, 1141, 4869

Tenth Supplement, USP-NF

for injection, 4870
sterile, 1142, 4589
tablets, 1142, 3708
Oxytocin, 2490
injection, 1148, 2491
nasal solution, 1149, 2659

**P**

Packaging, preservation, storage, and labeling, 10, 4764
Packings for high-pressure liquid chromatography, 2024, 3054
Padimate O, 1149, 2962
Palmetto, saw, 4710
Pamabrom, 3918
Pancreatin, 1149, 2659, 5066
capsules, 1151, 2611
purified, 3054, 5066
tablets, 1152, 2661
Pancrelipase, 1152, 2661
capsules, 1153, 2663
delayed-release capsules, 2962
tablets, 1154, 2664
Papaverine hydrochloride, 1155, 3429
Paraffin, synthetic, 2275, 2585
Paramethasone acetate, 1158, 2962
Particle size distribution estimation by analytical sieving, 3980, 4955
Particulate matter in injections, 1813, 3476
Paste
flunixin meglumine, 2929
magnesium hydroxide, 920, 4853
Peanut oil, 2275, 3080
Pectin, 1161, 2963
Penbutolol
sulfate, 3168
sulfate tablets, 3169
Penicillamine, 1162, 3710
capsules, 1163, 4245
Penicillin G
benzathine, 1165, 3710
benzathine injectable suspension, 3711
benzathine and penicillin G procaine injectable suspension, 4590
benzathine and penicillin G procaine suspension, sterile, 1167, 3712
benzathine, sterile, 1166, 3710
benzathine suspension, sterile, 1166, 3711
neomycin, polymyxin B, hydrocortisone, acetate, and hydrocortisone sodium succinate topical suspension, 2664
potassium, 1168, 4592
potassium for injection, 1169, 4592
potassium, sterile, 1170, 4593
procaine, 3713
procaine with aluminum stearate injectable oil suspension, 3715
procaine with aluminum stearate suspension, sterile, 1174, 3716
procaine, dihydrostreptomycin sulfate, chlorpheniramine maleate, and dexamethasone injectable suspension, 3716
procaine, dihydrostreptomycin sulfate, chlorpheniramine maleate, and dexamethasone suspension, sterile, 1175, 3718
procaine and dihydrostreptomycin sulfate injectable suspension, 3716
procaine, dihydrostreptomycin sulfate and prednisolone injectable suspension, 3718
procaine, dihydrostreptomycin sulfate and prednisolone suspension, sterile, 1177, 3719
procaine and dihydrostreptomycin sulfate suspension, sterile, 1175, 3716

procaine injectable suspension, 3714
procaine for injectable suspension, 3715
procaine and penicillin G benzathine injectable suspension, 4590
procaine suspension, sterile, 1172, 3714
procaine suspension, sterile, 1173, 3715
procaine for suspension, sterile, 1173, 3715
sodium, 4593
sodium for injection, 1178, 4870
sodium, sterile, 1179, 4594
Penicillin V, 1179, 3720
for oral suspension, 1180, 4594
tablets, 4594
potassium, 1182, 3720
potassium for oral solution, 1182, 4594
potassium tablets, 1182, 4594
Pentazocine, 1184, 2964
hydrochloride, 1184, 2964
Pentetic acid, 1188, 4246
Pentobarbital, 1189, 2964
sodium, 1190, 3921
Peppermint, 2276, 4099
oil, 1216, 2964
Pepsin, purified, 3054, 5066
Perchloric acid
tenth-normal (0.1 *N*) in dioxane, 2060, 4443
tenth-normal (0.1 *N*) (in glacial acetic acid), 2060, 4443
Perflubron, 4246
Permeation, containers, 1787, 2705
Perphenazine, 1191, 2964
oral solution, 1192, 4596
pH, 1819, 3482
4,7 phenol red TS, 4680
Pharmaceutical
dosage forms, 1940, 4433, 5052
glaze, 2248, 3799
purposes, water for, 1984, 4071
systems, water-solid interactions in, 1985, 3789
Pharmacopeial
articles, validation of microbial recovery from, 5063
Pharmacy compounding practices, 4674
Phases for gas chromatography, 2027, 3055
Phenacemide, 1196, 2964
Phenazopyridine
hydrochloride, 1197, 2965
hydrochloride tablets, 1197, 4871
Phendimetrazine
tartrate, 1198, 2965
tartrate capsules, 1199, 4246
tartrate tablets, 1199, 3170
Phenelzine sulfate, 1200, 4247
tablets, 1200, 4247
Pheniramine maleate, 3922
Phenmetrazine hydrochloride, 1200, 2965
Phenobarbital
elixir, 1202, 4247
ephedrine sulfate capsules, 592, 4206
sodium, 1203, 4871
sodium for injection, 4871
sodium, sterile, 1204, 4872
tablets, 1202, 4248
theophylline, and ephedrine hydrochloride tablets, 1524, 4270
phenol
liquefied, 1204, 4248
red TS, pH 4.7, 4680
Phenolphthalein, 1205, 2965
Phenoxybenzamine hydrochloride, 1206, 2965
Phensuximide, 2665
capsules, 2666
Phentermine
hydrochloride, 1207, 2965
hydrochloride capsules, 1208, 4248
hydrochloride tablets, 1207, 4248

Phentolamine mesylate, 1208, 2965
2-Phenylacetamide, 4081
Phenylbenzimidazole sulfonic acid, 4872
Phenylalanine, 1209, 4872
Phenylbutazone, 1210, 2965
boluses, 3721
capsules, 1210, 3430
injection, 3721
tablets, 1211, 2966
Phenylethyl alcohol, 1214, 4872
Phenylglycine, 5067
Phenylmercuric
acetate, 2277, 4100
nitrate, 2277, 4100
Phenylpropanolamine
bitartrate, 4872
chlorpheniramine, and dextromethorphan (salts of), and acetaminophen, capsules containing at least three of the following, 4501
chlorpheniramine, and dextromethorphan (salts of), and acetaminophen, oral solution containing at least three of the following, 4768
chlorpheniramine, and dextromethorphan (salts of), and acetaminophen, tablets containing at least three of the following, 4769
hydrochloride, 1214, 2966
hydrochloride capsules, 4873
hydrochloride extended-release capsules, 1215, 3923
hydrochloride extended-release tablets, 1216, 3431
hydrochloride oral solution, 4595
hydrochloride tablets, 4873
Phenytoin, 4874
oral suspension, 1217, 4596
sodium, 1218, 3171
sodium capsules, extended, 1219, 4874
tablets, 1218, 3722
Phosphate, acidulated, and sodium fluoride topical solution, 2676
Phosphoric
acid, 2278, 3324
acid, diluted, 2278, 3324
acid and sodium fluoride topical solution, 1423, 2502
Physical tests and determinations, 1760, 2528, 2699, 3004, 3202, 3459, 3768, 3976, 4313, 4646, 4933
Phytonadione, 1224, 2967
Pilocarpine, 1226, 2967
ocular system, 1227, 2967
Pimozide, 1229, 4249
tablets, 1229, 4249
Pindolol, 1230, 2968
tablets, 1231, 4875
Pipemidic acid, 5067
Pipracillin, 3722
for injection, 3174
sodium, 3173
sodium, sterile, 1232, 3174
Piperazine citrate tablets, 1234, 4596
Piroxicam, 1234, 3431
capsules, 1235, 2969
Plicamycin
for injection, 4875
Podophyllum, 1238, 3431
Polacrilin potassium, 2278, 4100
Poloxalene, 4250
Poloxamer, 2279, 4100
Polycarbophil, 1240, 3724
Polyethylene
glycol, 1241, 3080
glycol 200, 5067
glycol monomethyl ether, 2282, 3082
oxide, 2285, 3082, 5088
Polymyxin B

**5112  Polym–Pseud / Index**                                          **Tenth Supplement, USP-NF**

hydrocortisone acetate, hydrocortisone sodium
  succinate, penicillin G, and neomycin
  topical suspension, 2664
for injection, 4251
and neomycin sulfates and bacitracin
  ointment, 1066, 3702
and neomycin sulfates, bacitracin zinc, and
  lidocaine ointment, 1070, 2655
and neomycin sulfates and bacitracin zinc
  ointment, 1068, 2484
and neomycin sulfates cream, 1065, 3702
sulfate, 1242, 4251
sulfate and bacitracin topical aerosol, 159,
  2430
sulfate and bacitracin zinc ointment, 162,
  3652
sulfate, sterile, 1243, 4252
Polyoxyl
  10 oleyl ether, 2286, 3324
  20 cetostearyl ether, 2287, 3324
  40 stearate, 2289, 3083
  50 stearate, 2289, 3802
Polysorbate
  20, 2289, 4100
  40, 2289, 4100
  60, 2290, 3802
  80, 2290, 4452
Polythiazide, 1246, 4592
Polyvinyl acetate phthalate, 2290, 4100
Positron emission tomography,
  radiopharmaceuticals for—compounding,
  4326
Potash, sulfurated, 1249, 3432
Potassium
  acetate, 1249, 2969
  alum, 53, 2877
  aminobenzoate, 80, 2879
  benzoate, 2291, 3083
  bitartrate, 3174
  carbonate, 1252, 4252
  chloride, 1253, 4252
  chloride in dextrose injection, 1256, 4597
  chloride in dextrose and sodium chloride
    injection, 1256, 4597
  chloride extended-release tablets, 1255, 4597
  chloride for injection concentrate, 1254, 2493
  chloride in lactated Ringer's and dextrose
    injection, 1257, 2667
  chloride in sodium chloride injection, 1258,
    4597
  citrate extended-release tablets, 1259, 3175
  clavulanate, 384, 4799
  clavulanate, and amoxicillin for oral
    suspension, 103, 2880
  clavulanate, and amoxicillin tablets, 104, 3848
  clavulanate, sterile, 385, 4801
  clavulanate, and ticarcillin disodium injection,
    1551, 4892
  clavulanate, and ticarcillin disodium, sterile,
    1551, 4893
  docusate, 545, 2921
  docusate, capsules, 546, 4546
  guaiacolsulfonate, 1264, 2969
  iodide, 4876
  iodide tablets, 1265, 4876
  iodide delayed-release tablets, 4876
  metabisulfite, 2291, 3083
  metaphosphate, 2292, 3083
  nitrate, 3176
  nitrate solution, 3176
  penicillin G, 1168, 4592
  penicillin G, for injection, 1169, 4592
  penicillin G, sterile, 1170, 4593
  penicillin V, 1182, 3720
  penicillin V, for oral solution, 1182, 4594
  penicillin V, tablets, 1182, 4594
  perchlorate, 4876

perchlorate capsules, 4876
phosphate, dibasic, 1266, 4252
phosphate, tribasic, 3792
polacrilin, 2278, 4100
pyroantimonate, 3792
pyroantimonate TS, 3055
pyrophosphate, 2570
Powder
  acetaminophen and (salts of)
    chlorpheniramine, dextromethorphan, and
      pseudoephedrine, containing at least three
      of the following, oral, 4506
  fineness, 1822, 4670
  levothyroxine sodium oral, 884, 4224, 4849
  lincomycin hydrochloride soluble, 4850
  oxytetracycline hydrochloride soluble, 4870
Powdered
  cellulose, 2232, 4092
  digitalis, 513, 3409
  feverfew, 4704, 5078
  garlic, 4450, 5079
  ginger, 4099, 5082
  levothyroxine sodium oral, 884, 4224, 4849
  lincomycin hydrochloride soluble, 4850
  milk thistle, 5088
  oriental ginseng, 4706, 5084
  oxytetracycline hydrochloride soluble, 4870
  saw palmetto, 5089
  St. John's wort, 4710
  valerian, 4455, 5091
Practices
  good manufacturing, 1907, 4371, 5036
  manufacturing, for nutritional supplements,
    2186, 2834
  pharmacy compounding, 4674
Pralidoxime
  chloride, 1270, 4877
  chloride for injection, 4877
  chloride, sterile, 1270, 4877
Pramoxine hydrochloride, 1271, 4253
Prazepam, 1272, 1272
  capsules, 1273, 3724
Praziquantel, 1274, 4253
Prazosin hydrochloride, 1275, 3924
Precipitated, calcium carbonate, 2001, 4679
Prednisolone, 1277, 4597
  acetate, 1279, 4877
  acetate injectable suspension, 3725
  acetate ophthalmic suspension, 1280, 4253
  acetate and sulfacetamide sodium ophthalmic
    suspension, 1452, 4888
  acetate suspension, sterile, 1281, 3725
  hemisuccinate, 1281, 2970
  penicillin G procaine, and
    dihydrostreptomycin sulfate injectable
    suspension, 3718
  penicillin G procaine, and
    dihydrostreptomycin sulfate suspension,
    sterile, 1177, 3719
  tebutate, 1284, 2970
  tebutate injectable suspension, 3725
  tebutate suspension, sterile, 1284, 3726
Prednisone, 1285, 4878
  injectable suspension, 3925
  tablets, 1286, 4254
Preface to NF, 2201, 3796
Premix
  decoquinate, 456, 2443
  monensin, 4578
  narasin, 4584
Preservation, packaging, storage, and labeling,
  10, 4764
Primaquine phosphate tablets, 1288, 2971
Primidone, 1289, 2971
  tablets, 1290, 3726
Probenecid, 1290, 2971
  and colchicine tablets, 1291, 4598

Probucol, 1292, 3177
Procainamide hydrochloride, 1294, 3433
  extended-release tablets, 1296, 4598
Procaine
  hydrochloride, 1297, 4878
  hydrochloride, sterile, 1298, 4878
  penicillin G, dihydrostreptomycin sulfate, and
    prednisolone suspension, sterile, 1177, 3170
  penicillin G, and dihydrostreptomycin sulfate-
    suspension, sterile, 1175, 2665
  penicillin G, suspension, sterile, 1173, 2665
  penicillin G, for suspension, sterile, 1173,
    2665
Procarbazine hydrochloride, 1300, 2971
Processes, ingredients and, 5, 4759
Prochlorperazine
  edisylate injection, 1302, 4599
  edisylate oral solution, 1305, 2972
  edisylate syrup, 1303, 2972
  maleate tablets, 1304, 4878
  oral solution, 1303, 2971
Procyclidine hydrochloride tablets, 1305, 4599
Products for home use, sterile drug, 1963, 3535
Progesterone, 1306, 4599
  injectable suspension, 3726
  injection, 1306, 2495
  intrauterine contraceptive system, 1307, 4599
  suspension, sterile, 1308, 3726
Proline, 1308, 2972
Propafenone hydrochloride, 1313, 4254
Propantheline bromide tablets, 1315, 4254
Proparacaine
  hydrochloride, 1315, 2972
  hydrochloride and fluorescein sodium
    ophthalmic solution, 673, 2463
  hydrochloride ophthalmic solution, 1316, 2496
Propionic acid, 2293, 4452
Propoxyphene hydrochloride, 1316, 2973
Propoxyphene
  hydrochloride and acetaminophen tablets,
    1320, 4254
  hydrochloride, aspirin, and caffeine capsules,
    1321, 2670
  napsylate, 1323, 2973
  napsylate and acetaminophen tablets, 1325,
Propranolol
  hydrochloride extended-release capsules, 1328,
    2973
  hydrochloride and hydrochlorothiazide
    extended-release capsules, 1330, 2497
Propyl gallate, 2294, 3083
Propylene
  carbonate, 2838
  glycol, 1394, 2973
  glycol diacetate, 2295, 2585
  glycol monostearate, 2295, 4100
Propyliodone
  injectable oil suspension, 3726
  oil suspension, sterile, 1335, 3727
Propylparaben, 2296, 3325
Propylthiouracil tablets, 1338, 2974
Pseudoephedrine
  chlorpheniramine, and dextromethorphan, salts
    of, and acetaminophen, capsules containing
    at least three of the following, 4504
  chlorpheniramine, and dextromethorphan, salts
    of, and acetaminophen, oral powder
    containing at least three of the following,
    4506
  chlorpheniramine, and dextromethorphan, salts
    of, and acetaminophen, oral solution
    containing at least three of the following,
    4508
  chlorpheniramine, and dextromethorphan, salts
    of, and acetaminophen, tablets containing at
    least three of the following, 4508
  and diphenhydramine capsules, 534, 4545

hydrochloride, 1339, 3727
hydrochloride, acetaminophen, and
    diphenhydramine hydrochloride tablets,
    4772
hydrochloride and acetaminophen tablets, 28,
    4513
hydrochloride, acetaminophen,
    dextromethorphan hydrobromide, and
    doxylamine succinate oral solution, 4771
hydrochloride and chlorpheniramine maleate
    oral solution, 4530
hydrochloride extended-release tablets, 4600
hydrochloride and guaifenesin capsules, 2936
hydrochloride, guaifenesin, and
    dextromethorphan hydrobromide capsules,
    3894
hydrochloride and ibuprofen tablets, 2942
hydrochloride syrup, 1339, 2670
hydrochloride tablets, 1340, 4600
sulfate, 1340, 3178
sulfate and dexbrompheniramine maleate oral
    solution, 4541
and triprolidine hydrochlorides syrup, 1607,
    3739
and triprolidine hydrochlorides tablets, 1607,
    4620
Purified
    bentonite, 2217, 3596
    pancreatin, 3054, 5066
    pepsin, 3054, 5066
    rayon, 4881
    water, 1637, 4903
    water, sterile, 3948
Pyrantel pamoate, 1342, 3727
Pyrazinamide, 1344, 2974
    tablets, 1344, 3178
Pyrazole, 4081
Pyrethrum extract, 1345, 2671
Pyridostigmine
    bromide, 1345, 2974
    bromide tablets, 1346, 4601
Pyridoxine hydrochloride tablets, 1348, 4255
Pyrilamine maleate, 1348, 4880
    tablets, 1349, 4256

**Q**

Quality
    of biotechnological products: analysis of the
        expression construct in cells used for
        production of r-DNA derived protein
        products, 4334
    of biotechnological products: stability testing
        of biotechnological/biological products,
        4336
Quazepam, 4256
    tablets, 4880
Quinidine
    gluconate, 1351, 3178
    gluconate extended-release tablets, 1353, 3927
    injection, 1352, 2672
    sulfate, 1354, 3179
    sulfate capsules, 1355, 2672
    sulfate extended-release tablets, 1356, 3728
Quinine
    sulfate, 1356, 3179
    sulfate capsules, 1357, 2673
    sulfate tablets, 1358, 2673

**R**

Racepinephrine hydrochloride, 1360, 2975
Raclopride C 11 injection, 3659
Radioactivity, 1823, 2542

Radiopharmaceuticals for positron emission
    tomography—compounding, 4326
Range
    distilling, 1793, 4662
    melting; or temperature, 1805, 4302, 4954
Ranitidine
    hydrochloride, 1360, 2975
    in sodium chloride injection, 1364, 4257
Rayon
    purified, 4881
Reactivity tests
    biological, in vitro, 1697, 3962
    biological, in vivo, 1699, 4304
Reagent
    footnotes, 2063, 4680, 5067
    specifications, 1991, 2790, 3054, 3263, 3556,
        3792, 4080, 4441, 4679
Reagents
    general tests for, 1988, 2569
    indicators, and solutions, 1987, 2790, 3054,
        3263, 3556, 3792, 4080, 4441, 4679, 5066
    insoluble matter in, 1990, 2569
Rectal suspension
    mesalamine, 3906
Red
    mercuric iodide, 3263
    pH 4.7 phenol, TS, 4680
Reference
    standards, USP, 1652, 4910
    tables, 2065, 2572, 2793, 3057, 3264, 3558,
        3793, 4083, 4445, 4681, 5069
Regulations, controlled substances act, 1861,
    4339, 4970
Relative solubility of USP and NF articles,
    description and, 2071, 2572, 2793, 3057,
    3264, 3558, 3793, 4083, 4445, 4681, 5069
Release, drug, 1793, 4663
Requirements
    federal food, drug, and cosmetic act, relating
        to drugs for human and animal use and to
        dietary supplements, 1888, 2737, 5002
    general notices and, NF 18, 2208, 4447
    general notices and, USP 23, 1, 2413, 2870,
        3640, 3840, 4143, 4759
    for tests and assays, general, 1650, 2517,
        2691, 2993, 3188, 3445, 3744, 3951, 4281,
        4623, 4674, 4760, 4908
Reserpine, 1370
    tablets, 4881
Residue on ignition, 1731, 3001
Resin, 366, 4532
    cholestyramine, 366, 4532
Resistance performance tests, biological
    indicators, 3754
Ribavirin, 1377, 4601
Riboflavin, 1379, 3434
    5'-phosphate sodium, 1380, 3434
    tablets, 1379, 2499
Rifabutin, 2673
    capsules, 2674
Rifampin, 1381, 2675
    capsules, 1382, 2976
    for injection, 1383, 3434
    and isoniazid capsules, 1383, 2976
    oral suspension, 4601
Rimexolone, 4602
    ophthalmic suspension, 4602
Ringer's
    and dextrose injection, 1385, 2500
    and dextrose injection, lactated, 1386, 3434
    and dextrose injection, lactated, half-strength,
        1387, 3435
    and dextrose injection, lactated, modified,
        1388, 2676
    injection, 1384, 4258
    injection, lactated, 1257, 2667
    injection, 1383, 4258

injection, lactated, 1385, 2500
Rotation, optical, 1812, 3774
Roxarsone, 4602

**S**

S designations, 2032, 3055
Saccharin, 2297, 3084
    calcium, 1392, 2976
    sodium, 1393, 3180
St. John's Wort, 4709
    powdered, 4710
Salicylaldazine, 2032, 4081
Salicylamide, 1395, 2976
Salicylic
    acid, 1395, 3435
    and benzoic acids ointment, 177, 3384
Salsalate, 1397, 4258
    tablets, 1399, 3180
Salt
    chromotropic acid disodium, 4441
    fast blue b, 2013, 4080
    fast blue bb, 4080
Sargramostim, 4258
    for injection, 4260
Saw palmetto, 4710
    powdered, 5089
Scopolamine hydrobromide, 1400, 2501
Secobarbital
    sodium, 1403, 4882
    sodium for injection, 4882
    sodium, sterile, 1404, 4882
Selegeline
    hydrochloride, 3928
    hydrochloride tablets, 4261
Selenium, 1731, 3001
Selenomethionine, 4603
Serine, 1408, 2978
Sesame oil, 2298, 3084
Sestamibi, technetium Tc 99m, injection, 2680
Shellac, 2298, 5089
Silver
    nitrate, tenth-normal (0.1 N), 2061, 4443
    sulfadiazine cream, 1455, 2503
Sieving, analytical, particle size distribution
    determination by, 3980, 4955
Silicone dioxide, colloidal, 2300, 3802
Simethicone, 1409, 4261
    alumina, magnesia, and calcium carbonate
        tablets, 56, 2615
    alumina, and magnesia oral suspension, 57,
        2425
    alumina, and magnesia tablets, 59, 2615
    capsules, 1410, 2501
    emulsion, 1410, 4262
    and magaldrate tablets, 914, 3902
    oral suspension, 1411, 2676
    tablets, 1411, 3436
Simulated
    gastric fluid, TS, 2053, 4680
    intestinal fluid, TS, 2053, 4082
Simvastatin, 3729
    tablets, 4604
Sincalide
    for injection, 4882
Single-steroid assay, 2528
Soda
    lime, 5089
Sodium
    acetate, 1412, 4262
    acetate solution, 1413, 2980
    acetazolamide, sterile, 30, 3844
    aminobenzoate, 81, 2879
    aminosalicylate, tablets, 90, 4157
    amobarbital, 97, 3847

**A-847**

5114    sodiu–Solut / Index

amobarbital, for injection, 3847
amobarbital, sterile, 97, 3847
ampicillin, 111, 3649
ampicillin, sterile, 111, 3650
ampicillin, and sulbactam, sterile, 112, 3650
azide, 3792
azlocillin, 154, 3651
azlocillin, sterile, 154, 3652
benzoate, 2301, 3084
betamethasone, phosphate, 193, 4161
betamethasone, phosphate and betamethasone
    acetate injectable suspension, 3654
betamethasone, phosphate and betamethasone
    acetate suspension, sterile, 194, 3655
bicarbonate, 1414, 4605
borate, 2301, 3084
butabarbital, 230, 2894
carbenicillin indanyl, 268, 2897
carbenicillin indanyl, tablets, 269, 2897
carbonate, 2301, 4452
carboxymethylcellulose, 274, 3864
carboxymethylcellulose, 12, 2228, 4089
cefazolin, 3865
cefazolin, injection, 289, 3865
cefazolin, sterile, 3866
cefmetazole, 4795
cefmetazole, sterile, 294, 4796
cefonicid, 4171
cefonicid, sterile, 295, 4172
cefoperazone, 296, 4172
cefoperazone, injection, 296, 4172
cefoperazone, sterile, 297, 4173
cefotaxime, 299, 4173
cefotaxime, injection, 299, 4175
cefotaxime, sterile, 300, 4175
cefoxitin, 303, 2909
cefoxitin, injection, 304, 2436
cefoxitin, sterile, 304, 2437
ceftizoxime, 312, 4178
ceftizoxime, injection, 312, 4178
ceftizoxime, sterile, 313, 4179
ceftriaxone, 314, 4179
ceftriaxone, injection, 314, 4179
ceftriaxone, sterile, 316, 4180
cefuroxime, 316, 4180
cefuroxime, injection, 317, 4180
cefuroxime, sterile, 317, 4181
cephalexin, 323, 4181
cephalothin, injection, 324, 4182
cephalothin, for injection, 324, 4182
cephalothin, sterile, 324, 4183
cephapirin, 4183
cephapirin, intramammary infusion, 3138
cephapirin, sterile, 325, 4185
chloramphenicol, succinate, 4528
chloramphenicol, succinate for injection, 4529
chloramphenicol, succinate, sterile, 339, 4530
chloride, 1417, 4883
chloride and dextrose injection, 484, 2630
chloride and dextrose tablets, 1420, 3930
chloride and fructose injection, 694, 4552
chloride inhalation solution, 1419, 4264
chloride injection, 1418, 4263
chloride injection, bacteriostatic, 1418, 4884
chloride injection, cimetidine in, 4799
chloride injection, dextran 40 in, 4812
chloride injection, dextran 70 in, 4814
chloride injection, mannitol in, 930, 2476
chloride injection, potassium chloride in,
    1258, 4597
chloride injection, ranitidine in, 1364, 4257
chloride ophthalmic ointment, 1419, 4264
chloride ophthalmic solution, 1420, 4264
chloride, potassium chloride in dextrose and
    injection, 1256, 4597
    tablets, 1420, 4264
chlorophyllin copper complex, 3871

chlorothiazide, for injection, 349, 2911
cilastatin, 372, 2439
cilastatin, sterile, 372, 2440
cloxacillin, 411, 4191
cloxacillin, intramammary infusion, 412, 4191
cloxacillin, sterile, 412, 4191
colistimethate, 422, 4536
colistimethate, sterile, 422, 4537
cromolyn, 430, 4804
cromolyn, inhalation, 431, 2443
cromolyn, nasal solution, 432, 2443
cromolyn, ophthalmic solution, 432, 2443
croscarmellose, 2238, 3077
dehydroacetate, 2302, 3084
dexamethasone, phosphate, 472, 4810
diclofenac, 3670
diclofenac, delayed-release tablets, 4542
dicloxacillin, capsules, 499, 3143
dihydroxyaluminum, carbonate, 523, 3672
dihydroxyaluminum, carbonate tablets, 524,
    2919
docusate, 546, 2921
docusate, tablets, 548, 3673
ethacrynate, for injection, 633, 2925
fluoride, 1422, 4884
fluoride and acidulated phosphate topical
    solution, 2676
fluoride F 18 injection, 675, 3678
fluoride oral solution, 1422, 3181
fluoride and phosphoric acid topical solution,
    1423, 2502
fluorescein, and proparacaine hydrochloride
    ophthalmic solution, 673, 2463
flurbiprofen, 690, 3152
gluconate, 1424, 2980
heparin, 4839
heparin injection, 4840
hydrocortisone, phosphate injection, 763, 2939
hydrocortisone, succinate, 764, 2940
hydrocortisone, succinate, penicillin G,
    neomycin, polymyxin B, and
    hydrocortisone acetate topical suspension,
    2664
hydroxide, alcoholic, tenth-normal (0.1 N),
    4443
hypochlorite topical solution, 4606
imipenem and cilastatin, for injection, 794,
    2470
imipenem and cilastatin, sterile, 794, 2470
indomethacin, 804, 4559
indomethacin, sterile, 805, 4560
inulin in, chloride injection, 814, 2471
iodide, 4885
ioxaglate, and ioxaglate meglumine injection,
    3687
lauryl sulfate, 2303, 4711
levothyroxine, 883, 2647
levothyroxine, oral powder, 884, 4849
levothyroxine, tablets, 884, 2648
liothyronine, 893, 3901
liothyronine, tablets, 894, 2649
meclofenamate, 940, 2950
meclofenamate, capsules, 941, 2651
metabisulfite, 2303, 3084
methicillin, 4571
methicillin, for injection, 979, 4573
methicillin, sterile, 979, 4573
methylprednisolone, succinate, 1007, 2955
mezlocillin, 4574
mezlocillin, sterile, 1024, 4576
monensin, 4858
monofluorophosphate, 1426, 3730
nafcillin, 1044, 4859
nafcillin, injection, 1045, 3910, 4860
nafcillin, for injection, 1045, 3910, 4860
nafcillin, sterile, 1046, 4860
naproxen, 1054, 2957

naproxen, tablets, 1055, 3702
nitrite injection, 1427, 2677
nitroprusside, 1427, 4885
nitroprusside for injection, 4885
nitroprusside, sterile, 1428, 4886
novobiocin, 1108, 3428
novobiocin, capsules, 1108, 3428
novobiocin, intramammary infusion, 1109,
    3913
oxacillin, 1118, 4587
oxacillin, capsules, 1118, 2488
oxacillin, injection, 1119, 4588
oxacillin, for injection, 1119, 4588
oxacillin, for oral solution, 1120, 2488
oxacillin, sterile, 1120, 4588
penicillin G, 4593
penicillin G, for injection, 1178, 4870
penicillin G, sterile, 1179, 4594
pentobarbital, 1190, 3921
phenobarbital, 1203, 4871
phenobarbital, for injection, 1204, 4871
phenobarbital, sterile, 1204, 4871
phenytoin, 1218, 3171
phenytoin, capsules, extended, 1219, 4874
phosphate, dibasic, 1428, 4264
phosphate, monobasic, 1429, 3181
phosphate, monobasic, and methenamine
    tablets, 977, 4230
phosphates enema, 1429, 42650
phosphates oral solution, 1430, 3731
piperacillin, 3173
piperacillin, sterile, 1232, 3174
propionate, 2304, 3084
riboflavin 5′-phosphate, 1380, 3434
saccharin, 1393, 3180
secobarbital, 1403, 4882
secobarbital, for injection, 4882
secobarbital, sterile, 1404, 4882
selenite, 4081
stearyl fumarate, 2305, 4101
sulbactam, 3731
sulbactam, and ampicillin, 112, 3650
sulbactam, sterile, 1447, 3732
sulfacetamide, and prednisolone acetate
    ophthalmic suspension, 1452, 4888
sulfate, 1432, 2980
thiacetarsamide, injection, 3936
thiopental, 1540, 4614
thiosulfate, 1433, 2980
thiosulfate, tenth-normal (0.1 N), 2062, 3055
tolbutamide, sterile, 1566, 4618
tolmetin, 1567, 2989
warfarin, 1633, 3946
warfarin, tablets, 1635, 4621
Solids, density of, 3977
Solubility, relative, of USP and NF articles,
    description and, 2071, 2572, 2793, 3057,
    3264, 3558, 3793, 4083, 4445, 4681
Solution
    acetaminophen and (salts of)
        chlorpheniramine, dextromethorphan, and
        phenylpropanolamine, containing at least
        three of the following, oral, 4508, 4768
    acetaminophen and (salts of)
        chlorpheniramine, dextromethorphan, and
        pseudoephedrine, containing at least three
        of the following, oral, 4508
    acetaminophen, dextromethorphan
        hydrobromide, doxylamine succinate, and
        pseudoephedrine oral, 4771
    acetylcysteine, 34, 2424
    aluminum chlorohydrate, 65, 3359
    aluminum dichlorohydrate, 3362
    aluminum sesquichlorohydrate, 3364
    aluminum subacetate topical, 67, 4518
    aluminum sulfate and calcium acetate tablets
        for topical, 3365

Tenth Supplement, USP–NF

aluminum zirconium octachlorohydrate, 4775
aluminum zirconium octachlorohydrex gly, 4777
aluminum zirconium pentachlorohydrate, 4779
aluminum zirconium pentachlorohydrex gly, 4780
aluminum zirconium tetrachlorohydrate, 4782
aluminum zirconium tetrachlorohydrex gly, 4783
aluminum zirconium trichlorohydrate, 4785
aluminum zirconium trichlorohydrex gly, 4786
amprolium oral, 114, 4158
ascorbic acid oral, 131, 2884
benzocaine, butamben, and tetracaine hydrochloride topical, 176, 2618
carteolol hydrochloride ophthalmic, 2901
chlorpheniramine maleate and pseudoephedrine hydrochloride oral, 4530
cholecalciferol, 4531
ciprofloxacin ophthalmic, 378, 3141
clindamycin hydrochloride oral, 4802
clobetasol propionate topical, 2628
cocaine and tetracaine hydrochlorides and epinephrine topical, 4535
cromolyn sodium inhalation, 341, 2443
cromolyn sodium nasal, 432, 2443
cromolyn sodium ophthalmic, 432, 2443
cupriethylenediamine hydroxide, 1.0 *M*, 2790
dexamethasone oral, 4809
dexbrompheniramine maleate and pseudoephedrine sulfate oral, 4514
dimethyl sulfoxide topical, 4200
diphenoxylate hydrochloride and atropine sulfate oral, 535, 2451
doxepin hydrochloride oral, 553, 4202
echothiophate iodide for ophthalmic, 568, 3147
epinephrine inhalation, 594, 2459
epinephrine nasal, 594, 2459
ferrous sulfate oral, 660, 3677
fluorescein sodium and proparacaine hydrochloride ophthalmic, 673, 2463
fluorouracil topical, 679, 3416
gentamicin sulfate and betamethasone acetate ophthalmic, 2932
gentamicin sulfate and betamethasone valerate otic, 2934
gentamicin sulfate and betamethasone valerate topical, 2935
gentamicin sulfate ophthalmic, 704, 4554
glycerin ophthalmic, 714, 4213
hydralazine hydrochloride oral, 4556
hydrocortisone and acetic acid otic, 757, 2635
indium In 111 chloride solution, 4218
indomethacin oral, 803, 3419
iodine, strong, 816, 3898
iodine topical, 816, 3898
lactulose, 869, 3691
magnesium carbonate and citric acid for oral, 4568
magnesium citrate for oral, 4568
maltitol, 2263, 3324
methoxsalen topical, 4855
mibolerone oral, 4856
minoxidil topical, 4577
mometasone furoate topical, 2655
naphazoline hydrochloride ophthalmic, 1052, 3701
nitrofurazone topical, 1089, 4240
norfloxacin ophthalmic, 4861
ofloxacin ophthalmic, 4865
oxacillin sodium for oral, 1120, 2488
oxycodone hydrochloride oral, 1130, 2960
oxytocin nasal, 1149, 2659
penicillin v potassium for oral, 1182, 4594
perphenazine oral, 1192, 4594
phenylpropanolamine hydrochloride oral, 4595

potassium nitrate, 3176
prochlorperazine edisylate oral, 1305, 2972
prochlorperazine oral, 1303, 2971
proparacaine hydrochloride ophthalmic, 1316, 2496
sodium acetate, 1413, 2980
sodium chloride inhalation, 1419, 4264
sodium chloride ophthalmic, 1420, 4264
sodium fluoride and acidulated phosphate topical, 2676
sodium fluoride oral, 1422, 3181
sodium fluoride and phosphoric acid topical, 1423, 2502
sodium hypochlorite topical, 4606
sodium phosphates oral, 1430, 3731
sorbitol, 1433, 4265
sorbitol, noncrystallizing, 4453
sulfaquinoxaline oral, 4267
tetracycline hydrochloride for topical, 1512, 2505
timolol maleate ophthalmic, 1553, 3941
tobramycin ophthalmic, 1559, 2509
tretinoin topical, 1573, 3184
oil- and water-soluble vitamins oral, 3279
oil- and water-soluble vitamins with minerals oral, 3288
water-soluble vitamins with minerals oral, 2827
zidovudine oral, 4279

**Solutions**
buffer, 1987, 4441
reagents, and indicators, 1987, 2790, 3054, 3263, 3556, 3792, 4080, 4441, 4679, 5066
test, 2050, 2570, 3055, 4082, 4443, 4680, 5067
volumetric, 2057, 2570, 3055, 3556, 4082, 4443
**Sorbitan**
nonooleate, 2307, 4453
monostearate, 2307, 3085
monopalmitate, 2307, 4101
Sorbitol, 2308, 4453
solution, 1433, 4265
solution, noncrystallizing, 4453
Specific surface area, 4671
Specifications; reagent, 1991; 2790, 3054, 3263, 3556, 3792, 4080, 4441, 4679, 5066
**Spectinomycin**
hydrochloride, 1434, 4886
hydrochloride, sterile, 1434, 4266
hydrochloride for suspension, sterile, 1434, 3731
for injectable suspension, 4266
Spectrophotometric identification tests, 1723, 3966
Spectrophotometry and light-scattering, 1830, 4327
Spheres, sugar, 2313, 4712
Spironolactone, 1435, 2981
tablets, 1436, 4607
Stability considerations in dispensing practice, 1957, 4440, 5059
Standards, USP reference, 1652, 4910
Stannous fluoride gel, 1438, 3931
Stanozolol, 1438, 2982
Starch, iodide-free, TS, 4680
**Steam sterilization**
biological indicator for, paper strip, 204, 3386
biological indicator for, self-contained, 3387
**Sterile**
acetazolamide sodium, 30, 3844
amdinocillin, 75, 3645
amobarbital sodium, 97, 3847
amoxicillin, 101, 3646
amoxicillin for suspension, 101, 3646
ampicillin, 108, 3648
ampicillin sodium, 111, 3650

ampicillin sodium and sulbactam sodium, 112, 3650
ampicillin suspension, 109, 3648
ampicillin for suspension, 109, 3648
aurothioglucose suspension, 3851
azlocillin sodium, 154, 3652
aztreonam, 156, 3852
bacitracin, 159, 4160
bacitracin zinc, 160, 4160
bacteriostatic water for injection, 1636, 3947
betamethasone sodium phosphate and betamethasone acetate suspension, 194, 3655
bleomycin sulfate, 211, 3856
capreomycin sulfate, 262, 3860
carbenicillin disodium, 268, 3863
cefamandole nafate, 287, 4169
cefazolin sodium, 3866
cefmenoxime hydrochloride, 293, 4171
cefmetazole sodium, 294, 4796
cefoperazone sodium, 297, 4173
ceforanide, 298, 3869
cefonicid sodium, 295, 4172
cefotaxime sodium, 300, 4175
cefotetan disodium, 300, 3661
cefotiam hydrochloride, 302, 4177
cefoxitin sodium, 304, 2437
ceftazidime, 311, 4526
ceftizoxime sodium, 313, 4179
ceftriaxone sodium, 315, 4180
cefuroxime sodium, 317, 4181
cephalothin sodium, 324, 4183
cephapirin sodium, 325, 4185
cephradine, 327, 4186
chloramphenicol, 335, 4528
chloramphenicol sodium succinate, 339, 4530
chlordiazepoxide hydrochloride, 344, 3871
chlortetracycline hydrochloride, 362, 4798
cilastatin sodium, 372, 2440
clavulanate potassium, 385, 4801
clavulanic potassium and ticarcillin disodium, 4893
clindamycin phosphate, 392, 4534
cloxacillin benzathine, 411, 4191
cloxacillin sodium, 412, 4191
colistimethate sodium, 422, 4537
corticotropin zinc hydroxide suspension, 427, 3667
cortisone acetate suspension, 429, 3672
cytarabine, 449, 4541
deferoxamine mesylate, 457, 3879
dexamethasone acetate suspension, 471, 3669
dihydrostreptomycin sulfate, 520, 4543
doxycycline hyclate, 559, 4823
drug products for home use, 1963, 3535
epinephrine oil suspension, 595, 2924
estradiol suspension, 623, 3676
estrone suspension, 631, 3677
floxuridine, 661, 4551
gentamicin sulfate, 704, 4554
hydrocortisone acetate suspension, 760, 3680
hydrocortisone suspension, 756, 3680
ifosfamide, 791, 4558
imipenem, 792, 2468
imipenem and cilastatin sodium, 794, 2470
indocyanine green, 800, 4559
indomethacin sodium, 805, 4560
kanamycin sulfate, 862, 4564
lidocaine hydrochloride, 889, 4567
lincomycin hydrochloride, 891, 4567
medroxyprogesterone acetate suspension, 942, 3696
methicillin sodium, 979, 4573

methylprednisolone acetate suspension, 1006, 3699
mezlocillin sodium, 1024, 4576
minocycline hydrochloride, 1030, 4577
nafcillin sodium, 1046, 3910, 4860
neomycin sulfate, 1058, 4239
oxacillin sodium, 1120, 4588
oxytetracycline, 1142, 4589
oxytetracycline hydrochloride, 1145, 4590
penicillin G benzathine, 1166, 3710
penicillin G benzathine suspension, 1166, 3711
penicillin G benzathine and penicillin G procaine suspension, 1167, 2963
penicillin G potassium, 1170, 4593
penicillin G procaine, 1172, 3714
penicillin G procaine with aluminum stearate suspension, 1174, 3716
penicillin G procaine, dihydrostreptomycin sulfate, chlorpheniramine maleate, and dexamethasone suspension, 1175, 3718
penicillin G procaine, dihydrostreptomycin sulfate, and prednisolone suspension, 1177, 3719
penicillin G procaine and dihydrostreptomycin sulfate suspension, 1175, 3716
penicillin G procaine suspension, 1173, 3715
penicillin G procaine for suspension, 1173, 3715
penicillin G sodium, 1179, 4594
phenobarbital sodium, 1204, 3923, 4872
piperacillin sodium, 1232, 3174
polymyxin B sulfate, 1243, 4252
pralidoxime chloride, 1270, 3924, 4877
prednisolone acetate suspension, 1281, 3725
prednisolone tebutate suspension, 1284, 3726
procaine hydrochloride, 1298, 3926, 4878
progesterone suspension, 1308, 3726
propyliodone oil suspension, 1335, 3727
secobarbital sodium, 1404, 4882
sodium nitroprusside, 1428, 3931, 4886
spectinomycin hydrochloride, 1434, 4266
spectinomycin hydrochloride for suspension, 1434, 3731
streptomycin sulfate, 1441, 3933, 4888
succinylcholine chloride, 1443, 4608
sulbactam sodium, 1447, 3732
testosterone suspension, 1499, 3734
tetracaine hydrochloride, 1507, 4610
tetracycline hydrochloride, 1513, 4890
tetracycline phosphate complex, 4890
ticarcillin disodium, 1550, 4891
ticarcillin disodium and clavulanate potassium, 1551, 4893
tobramycin sulfate, 1562, 4896
tolbutamide sodium, 1566, 4618
triamcinolone acetonide suspension, 1578, 3735
triamcinolone diacetate suspension, 1578, 3736
triamcinolone hexacetonide suspension, 1580, 3736
urea, 1618, 4620
vidarabine, 1626, 4900
vinblastine sulfate, 1628, 3946
water for injection, bacteriostatic, 1636, 3442
water for inhalation, 1636, 4902
water for injection, 1636, 4902
water for irrigation, 1637, 4903
water, purified, 3948
Sterility tests, 1686, 4295, 4923
Sterilization

biological indicator for dry-heat, paper strip, 200, 3384
biological indicator for ethylene oxide, paper strip, 202, 3385
biological indicator for steam, paper strip, 204, 3386
biological indicator for steam, self-contained, 3387
Storage, preservation, packaging, and labeling, 10, 4764
Storax, 1440, 3438
Streptomycin
injection, 4887
for injection, 4887
sulfate, 4886
sulfate injection, 1441, 4887
sulfate, sterile, 1441, 4888
Strong
iodine solution, 816, 3898
iodine tincture, 817, 3898
Strontium chloride Sr 89 injection, 2677
Sublingual tablets, isosorbide dinitrate, 859, 4221
Subsances
depressor, 4928
Succinylcholine
chloride, 1442, 4607
chloride for injection, 4607
chloride, sterile, 1443, 4608
Sucralose, 5089
Sudan III, 4441
Sugar
compressible, 2312, 4101
confectioner's, 2312, 4102
spheres, 2313, 4712
invert, and multiple electrolytes injection type 1, 581, 2458
invert, and multiple electrolytes injection type 2, 582, 2458
Sulbactam
and ampicillin for injection, 3650
sodium, 1447, 3731
sodium and ampicillin sodium, sterile, 112, 3650
sodium, sterile, 1447, 3732
Sulfa vaginal cream, triple, 1448, 3933
Sulfacetamide sodium and prednisolone acetate phthalmic suspension, 1452, 4888
Sulfachlorpyridazine, 1453, 3439
Sulfadiazine cream, silver, 1455, 2503
Sulfadoxine, 1456, 2982
Sulfamethazine granulated, 1459, 4608
Sulfamethoxazole, 1461, 3439
tablets, 1461, 2678
and trimethoprim injection, 4888
and trimethoprim for injection concentrate, 1462, 4888
and trimethoprim oral suspension, 1463, 3934
Sulfaquinoxaline, 2982
oral solution, 4267
Sulfasalazine
delayed-release tablets, 4889
tablets, 1466, 4889
Sulfinpyrazone, 1467, 2503
capsules, 1467, 4608
tablets, 1468, 4608
Sulisobenzone, 4889
Sulfisoxazole
acetyl, 1469, 3732
acetyl and erythromycin ethlsuccinate for oral suspension, 619, 3675
Sulfurate potash, 1249, 3432
Sulfuric

acid, half-normal (0.5 N) in alcohol, 2060, 3557
acid, normal (1 N), 2062, 3557
acid-titanium trichloride, TS, 4082
Sulindac, 1472, 2983
tablets, 1472
Supplements
dietary, federal food, drug, and cosmetic act requirements relating to drugs for human and animal use and to, 1888, 2737, 5002
disintegration and dissolution of nutritional, 2184, 3794
nutritional, manufacturing practices for, 2186, 2834
nutritional, USP 23 monographs, 2129, 2574, 2796, 3059, 3268, 3559, 3794, 4084, 4684
nutritional, USP 23 general chapters, 2180, 2577, 2833, 4696
nutritional, weight variation of, 2185, 3316
Supports for gas chromatography, 2040, 3055
Suppositories, thiethylperazine maleate, 1535, 2683
Suprofen, 1473, 2983
Surface area, specific, 4671
Suspension
acetaminophen and codeine phosphate oral, 26, 2874;
acyclovir oral, 4515
albendazole oral, 3358
alumina, magnesia, and simethicone oral, 57, 2425
amoxicillin and clavulanate potassium for oral, 103, 2880
amoxicillin for injectable, 101, 3646
amoxicillin for, sterile, 101, 3646
ampicillin injectable oil, 3648
ampicillin for injectable, 3848
ampicillin, sterile, 109, 3648
ampicillin for, sterile, 109, 3648
aurothioglucose injectable, 3851
aurothioglucose injectable oil, 2885
aurothioglucose, sterile, 3851
azithromycin for oral, 4790
barium sulfate, 2430
barium sulfate for, 166, 3653
betamethasone sodium phosphate and betamethasone acetate injectable, 3654
betamethasone sodium phosphate and betamethasone acetate, sterile, 194, 3655
biscodyl rectal, 4162
calcium carbonate oral, 246, 3657
calcium and magnesium carbonates oral, 4523
cefaclor for oral, 284, 3865
cephradine for oral, 328, 4327
chloramphenicol and hydrocortisone acetate for ophthalmic, 336, 3138
chloramphenicol palmitate oral, 338, 3661
cholestyramine for oral, 367, 3662
clarithromycin for oral, 4187
colestipol hydrochloride for oral, 422, 4192
corticotropin zinc hydroxide injectable, 3666
corticotropin zinc hydroxide; sterile, 427, 3667
cortisone acetate injectable, 3667
cortisone acetate, sterile, 429, 3667
desoxycorticosterone pivalate injectable, 2446
dexamethasone acetate injectable, 3880
dexamethasone acetate, sterile, 471, 3669
doxycycline for oral, 356, 3145
doxycycline calcium for oral, 556, 3145
epinephrine injectable oil, 3674
epinephrine oil, sterile, 595, 3674

A-850

erythromycin ethylsuccinate and sulfisoxazole acetyl for oral, 619, 3675
estradiol injectable, 3676
estradiol, sterile, 623, 3676
estrone injectable, 3676
estrone, sterile, 631, 3677
griseofulvin oral, 721, 4837
hydrocortisone acetate injectable, 3680
hydrocortisone acetate, sterile, 760, 3680
hydrocortisone injectable, 3679
hydrocortisone, sterile, 756, 3680
ibuprofen, 4217
imipenem and cilastatin for injectable, 794, 2636
insulin human zinc, 2644
insulin human zinc, extended, 2645
isophane insulin human, 2644
loracarbef for oral, 902, 4851
mebendazole oral, 4838
medroxyprogesterone acetate injectable, 3696
medroxyprogesterone acetate, sterile, 942, 3696
mesalamine rectal, 3906
methylprednisolone acetate injectable, 3908
methylprednisolone acetate, sterile, 1006, 3699
nalidixic acid oral, 1047, 3910
nystatin oral, 1110, 4242
oxfendazole oral, 4868
oxytetracycline hydrochloride and hydrocortisone acetate ophthalmic, 1145, 3710
penicillin G benzathine injectable, 3711
penicillin G benzathine and penicillin G procaine injectable, 4590
penicillin G benzathine and penicillin G procaine, sterile, 1167, 3712
penicillin G benzathine, sterile, 1166, 3711
penicillin G, neomycin, polymyxin B, hydrocortisone acetate, and hydrocortisone sodium succinate topical, 2664
penicillin G procaine with aluminum stearate injectable oil, 3715
penicillin G procaine with aluminum stearate, sterile, 1174, 3716
penicillin G procaine, dihydrostreptomycin sulfate, chlorpheniramine maleate, and dexamethasone injectable, 3716
penicillin G procaine, dihydrostreptomycin sulfate, chlorpheniramine maleate, and dexamethasone, sterile, 1175, 3718
penicillin G procaine and dihydrostreptomycin sulfate injectable, 3716
penicillin G procaine, dihydrostreptomycin sulfate, and prednisolone injectable, 3718
penicillin G procaine, dihydrostreptomycin sulfate, and prednisolone, sterile, 1177, 3719
penicillin G procaine and dihydrostreptomycin sulfate, sterile, 1175, 3716
penicillin G procaine injectable, 3714
penicillin G procaine for, injectable, 3715
penicillin G procaine, sterile, 1173, 3715
penicillin G procaine for, sterile, 1173, 3715
penicillin V for oral, 1180, 4594
phenytoin oral, 1217, 4596
prednisolone acetate injectable, 3725
prednisolone acetate ophthalmic, 1280, 4253
prednisolone acetate, sterile, 1281, 3725
prednisolone tebutate injectable, 3725
prednisolone tebutate, sterile, 1284, 3726
prednisone injectable, 3925
progesterone injectable, 3726

progesterone, sterile, 1308, 3726
propyliodone injectable oil, 3726
propyliodone oil, sterile, 1335, 3727
rifampin oral, 4601
rimexolone ophthalmic, 4602
simethicone oral, 1411, 2576
spectinomycin for injectable, 4266
spectinomycin hydrochloride for, sterile, 1434, 3731
sulfacetamide sodium and prednisolone acetate ophthalmic, 1452, 4888
sulfamethoxazole and trimethoprim oral, 1463, 3934
testosterone injectable, 3733
testosterone, sterile, 1499, 3734
tetracycline hydrochloride ophthalmic, 1514, 4611
tobramycin and fluorometholone acetate ophthalmic, 1560, 3943
triamcinolone acetonide injectable, 3735
triamcinolone acetonide, sterile, 1578, 3735
triamcinolone diacetate injectable, 3735
triamcinolone diacetate, sterile, 1578, 3736
triamcinolone hexacetonide injectable, 3736
triamcinolone hexacetonide, sterile, 1580, 3736
Synthetic paraffin, 2275, 2585
Syrup
amantadine hydrochloride, 73, 3379
chloramphenicol maleate, 352, 3408
cyproheptadine hydrochloride, 482, 3669
dextromethorphan hydrobromide, 501, 4198
dicyclomine hydrochloride, 501, 4198
guaifenesin and codeine phosphate, 725, 2634
prochlorperazine edisylate, 1303, 2972
pseudoephedrine hydrochloride, 1339, 2670
trimeprazine tartrate, 1597, 2687
triprolidine and pseudoephedrine hydrochlorides, 1607, 3739
System
nicotine transdermal, 4584
pilocarpine ocular, 1227, 2967
progesterone intrauterine contraceptive, 1307, 4599
Systems, pharmaceutical, water-solid interactions in, 1985, 3789

**T**

Table, intrinsic viscosity, 4682
Tables, reference, 2065, 2572, 2793, 3264, 3558, 3793, 4083, 4445, 4681, 5069
Tablet friability, 1981, 4678
Tablets
acetaminophen and aspirin, 20, 4151
acetaminophen, aspirin, and caffeine, 22, 2874
acetaminophen and (salts of) chlorpheniramine, dextromethorphan, and phenylpropanolamine, containing at least three of the following, 4769
acetaminophen and (salts of) chlorpheniramine, dextromethorphan, and pseudoephedrine, containing at least three of the following, 4509
acetaminophen and codeine phosphate tablets, 26, 2614
acetaminophen and diphenhydramine citrate, 27, 4152
acetaminophen, diphenhydramine hydrochloride, and pseudoephedrine hydrochloride, 4772

acetaminophen and propoxyphene napsylate, 4879
acetaminophen and pseudoephedrine hydrochloride tablets, 28, 4513
acetohexamide, 31, 2423
acetohydroxamic acid, 32, 4153
acyclovir, 4515
albendazole, 4515
albuterol, 39, 4515
alprazolam, 47, 4155
alumina, magnesia, calcium carbonate, and simethicone, 56, 2615
alumina, magnesia, and simethicone, 59, 2615
alumina and magnesium trisilicate, 63, 3116
aluminum sulfate and calcium acetate, for topical solution, 3365
aminophylline, 4787
aminophylline delayed-release, 4157, 4787
aminosalicylate sodium, 90, 4157
amoxapine, 99, 3117
amoxicillin, 102, 3847
amoxicillin and clavulanate potassium, 104, 3848
amphetamine sulfate, 105, 4157
ampicillin, 110, 4158
ascorbic acid, 131, 4158
aspirin, alumina, and magnesium oxide, 139, 2885
aspirin extended-release, 137, 3382
astemizole, 4519
atenolol, 3850
atenolol and chlorthalidone, 3122
baclofen, 163, 4160
barium sulfate, 4791
benztropine mesylate, 182, 3852
betamethasone, 188, 4161
bethanechol chloride, 199, 3655
bisacodyl, 209, 4791
bisacodyl delayed-release, 4391
bromocriptine mesylate, 218, 2619
buspirone hydrochloride, 2894
butalbital, acetaminophen, and caffeine, 233, 4163
butalbital, aspirin, and caffeine, 236, 3858
calcium acetate, 4163
calcium carbonate and magnesia, 247, 3389
calcium lactate, 256, 4163
calcium and magnesium carbonates, 249, 2896
calcium pantothenate, 258, 4163
calcium with vitamin D, 3268
captopril, 263, 3860
captopril and hydrochlorothiazide, 4164
carbamazepine, 267, 4524
carbenicillin indanyl sodium, 269, 2897
carteolol hydrochloride, 3129
cascara, 281, 4167
cefixime, 292, 3866
cephalexin, 323, 3137
cephradine, 328, 4527
chlorambucil, 331, 3138
chlordiazepoxide, 341, 2437
chlordiazepoxide and amitriptyline hydrochloride, 341, 4186
chlorpheniramine maleate, 353, 3872
clarithromycin, 384, 3873
clemastine fumarate, 386, 3664
clomiphene citrate, 401, 3875
clonazepam, 402, 4535
clonidine hydrochloride, 403, 4190
clorazepate dipotassium, 4802
colchicine, 420, 4194
cyclizine hydrochloride, 437, 4194
cyproheptadine hydrochloride, 447, 4807

dextroamphetamine sulfate, 481, 4197
diazepam, 4816
dibasic calcium phosphate, 258, 2619
diclofenac sodium delayed-release, 4542
dicyclomine hydrochloride, 501, 4199
diethylcarbamazine citrate, 503, 4199
diethylstilbestrol, 505, 2448
digoxin, 516, 3881
dihydroxyaluminum aminoacetate, 523, 2918
dihydroxyaluminum sodium carbonate, 524, 2919
diltiazem hydrochloride, 526, 3882
diphenoxylate hydrochloride and atropine sulfate, 536, 2452
dipyridamole, 540, 2630
dirithromycin delayed-release, 4819
docusate sodium, 548, 3673
doxycycline hyclate, 559, 3146
doxylamine succinate, 560, 4546
dydrogesterone, 565, 4547
dyphylline and guaifenesin, 567, 4203
enalapril maleate, 587, 4823
enalapril maleate and hydrochlorothiazide, 4204
ergoloid mesylates, 603, 3674
erythromycin delayed-release, 614, 3414
erythromycin ethylsuccinate, 619, 3675
erythromycin stearate, 621, 3675
estrogens, conjugated, 628, 4207
estropipate, 632, 4208
ethambutol hydrochloride, 4826
ethopropazine hydrochloride, 641, 4208
etodolac, 4828
famotidine, 651, 4210
ferrous fumarate, 656, 3149
ferrous sulfate, 660, 2461
flecainide acetate, 3150
fludrocortisone acetate, 663, 4551
fluphenazine hydrochloride, 684, 4211
folic acid, 692, 4552
furosemide, 696, 2932
gemfibrozil, 702, 3679
glipizide, 2465
glyburide, 3679
glycopyrrolate, 717, 4213
griseofulvin, 722, 4838
griseofulvin, ultramicrosize, 722, 4838
guaifenesin, 724, 4215
guanadrel sulfate, 728, 4554
guanethidine monosulfate, 2467
guanfacine, 3155
hydralazine hydrochloride, 749, 2938
hydrocodone bitartrate and acetaminophen, 752, 4215
hydromorphone hydrochloride, 768, 2940
hydroxychloroquine sulfate, 772, 2940
hyoscyamine, 782, 3897
ibuprofen, 785, 3418
ibuprofen and pseudoephedrine hydrochloride, 2942
indapamide, 796, 4558
isoniazid, 846, 4220
isosorbide dinitrate extended-release, 858, 3689
isosorbide dinitrate sublingual, 859, 4221
isoxsuprine hydrochloride, 861, 4221
ketorolac tromethamine, 3421
leucovorin calcium, 873, 3901
levamisole hydrochloride, 875, 4565
levocarnitine, 878, 3161
levonorgestrel and ethinyl estradiol, 881, 4566
liothyronine sodium, 894, 3901
liotrix, 894, 2649

lisinopril, 895, 4225
lithium carbonate extended-release, 898, 4850
loperamide hydrochloride, 901, 4225
lorazepam, 905, 3694
lovastatin, 907, 3902
magaldrate and simethicone, 3902
magnesium oxide, 921, 2476
magnesium salicylate, 4853
mazindol, 932, 2476
mebendazole, 934, 4568
mecamylamine hydrochloride, 936, 4228
meclizine hydrochloride, 938, 4229
megestrol acetate, 944, 3422
melphalan, 946, 4569
mepenzolate bromide, 2478
meperidine hydrochloride, 953, 3696
mephobarbital, 955, 4569
meprobamate, 959, 4229
methadone hydrochloride, 971, 3162
methazolamide, 973, 4572
methenamine, 976, 4229
methenamine hippurate, 2479
methenamine mandelate, 978, 4230, 4855
methenamine mandelate delayed-release, 4230, 4855
methenamine and monobasic sodium phosphate, 977, 4230
methocarbamol, 982, 4230
methotrexate, 985, 2953
methylergonovine maleate, 1001, 2652
methylphenidate hydrochloride, 1002, 4230
methylphenidate hydrochloride extended-release, 1003, 3423
metolazone, 1014, 3423
minerals, 2135, 3562
molindone hydrochloride, 1037, 3424
moricizine hydrochloride, 4236
nadolol, 4859
nadolol and bendroflumethiazide, 1044, 4237
nalidixic acid, 1047, 3911
naltrexone hydrochloride, 4582
naproxen, 1054, 4238
naproxen sodium, 1055, 3702
neostigmine bromide, 1078, 4239
niacin, 1081, 2958
niacinamide, 1082, 2239
nitroglycerin, 1092
norethindrone acetate and ethinyl estradiol, 1099, 4241
oxandrolone, 1122, 3706
oxtriphylline, 3429
oxtriphylline extended-release, 1127, 2960
oxycodone and acetaminophen, 1132, 4244
oxycodone and aspirin, 1132, 4245
oxycodone hydrochloride, 1130, 4243
oxytetracycline, 1142, 3708
pancrelipase, 1154, 2664
penbutolol sulfate, 3169
penicillin v, 1180, 4594
penicillin v potassium, 1182, 4594
phenazopyridine hydrochloride, 1197, 3924, 4871
phendimetrazine tartrate, 1199, 3170
phenelzine sulfate, 1200, 4247
phenobarbital, 1202, 4248
phentermine hydrochloride, 1207, 4248
phenylbutazone, 1211, 2966
phenylpropanolamine hydrochloride, 4873
phenylpropanolamine hydrochloride extended-release, 1216, 3431
phenytoin, 1218, 3722
pimozide, 1229, 4249
pindolol, 1231, 4249, 4875

piperazine citrate, 1234, 4596
potassium chloride extended-release, 1254, 4596
potassium citrate extended-release, 1259, 3175
potassium iodide, 1265, 4876
potassium iodide delayed-release, 4876
prednisone, 1286, 4254
primaquine phosphate, 1288, 2971
primidone, 1290, 3726
probenecid and colchicine, 1291, 4598
procainamide hydrochloride extended-release, 1296, 4598
prochlorperazine maleate, 1304, 4878
procyclidine hydrochloride, 1305, 4599
propantheline bromide, 1315, 4254
propoxyphene hydrochloride and acetaminophen, 1320, 4254
propoxyphene napsylate and acetaminophen, 1325, 4879
pseudoephedrine hydrochloride, 1340, 4600
pseudoephedrine hydrochloride extended-release, 4600
pyrazinamide, 1344, 3178
pyridostigmine bromide, 1346, 4601
pyridoxine hydrochloride, 1348, 4255
pyrilamine maleate, 1349, 4256
quazepam, 4850
quinidine gluconate extended-release, 1353, 3927
quinidine sulfate extended-release, 1356, 3728
quinine sulfate, 1358, 2673
reserpine, 1370, 4881
riboflavin, 1379, 2499
salsalate, 1399, 3180
selegeline hydrochloride, 4261
simethicone, 1411, 3436
simvastatin, 4604
sodium chloride, 4264
sodium chloride and dextrose, 1420, 3930
spironolactone, 1436, 4607
sulfamethoxazole, 1461, 2678
sulfasalazine, 1466, 4889
sulfasalazine delayed-release, 4889
sulfinpyrazone, 1468, 4608
sulindac, 1472, 3181
terbutaline sulfate, 1493, 4609
terfenadine, 1494, 4270
tetracycline hydrochloride, 1514, 2682
theophylline, ephedrine hydrochloride, and phenobarbital, 1524, 4270
thiamine hydrochloride, 1531, 4271
thiethylperazine maleate, 1536, 2683
thyroid, 1549, 3734
timolol maleate, 1554, 4271
trazodone hydrochloride, 1571, 4896
triamterene and hydrochlorothiazide, 1582, 3738
triazolam, 1584, 3945
trimeprazine tartrate, 1597, 2688
trimethoprim, 1603, 2512
tripelennamine hydrochloride, 1605, 2513
triprolidine and pseudoephedrine hydrochlorides, 1607, 4620
verapamil hydrochloride, 1625, 2690
verapamil hydrochloride extended-release, 4274
oil-soluble vitamins, 2140, 3566
oil- and water-soluble vitamins, 2143, 3569
oil- and water-soluble vitamins with minerals, 2149, 4684
water-soluble vitamins, 2162, 3307
water-soluble vitamins with minerals, 2170, 3590

**A-852**

warfarin sodium, 1635, 4621
zalcitabine, 3950
Tamoxifen citrate, 1477, 2983
Tapped density and bulk density, 3976, 4950
Taste and odor, 2071, 4445
Technetium Tc 99m
   bicisate injection, 4268
   exametazime injection, 3732
   mebrofenin injection, 4269
   mertiadide injection, 2984
   pentetate injection, 1486, 3439
   red blood cells injection, 2985
   setsamibi injection, 2680
   tetrofosmin injection, 4608
Temazepam, 1490, 2681
Temperature, congealing, 4951
Temperature, melting range or, 1805, 4302,
      4954
Terbutaline sulfate, 1491, 2986
   tablets, 1493, 4609
Terfenadine, 1494, 3182
   tablets, 1494, 4270
Test solutions, 2050, 2570, 3055, 4082, 4443,
      4680, 5067
Testing, effectiveness—antimicrobial, 1681,
      4293
Testolactone, 1497, 4609
Testosterone, 1499, 2986
   cypionate, 1499, 4609
   enanthate, 1500, 2986
   injectable suspension, 3733
   propionate, 1501, 2986
   suspension, sterile, 1499, 3734
Tests
   and assays, 6, 4760
   and assays, apparatus for, 1673, 3195, 4293
   and assays, biological, 1690, 2519, 1690,
      3195, 3757, 3962, 4300, 4928
   and assays, chemical, 1721, 2523, 2998, 3200,
      3456, 3761, 3964, 4306, 4634, 4929
   and assays, general, 1650, 2517, 2691, 2993,
      3188, 3445, 3744, 3951, 4281, 4623, 4674,
      4760, 4908
   and assays, general, nutritional supplements,
      2180, 2577, 2833, 3316, 3794
   and assays, general requirements for, 1650,
      2517, 2691, 2993, 3188, 3445, 3744, 3951,
      4281, 4623, 4674, 4760, 4908
   and assays, other, 1732, 2526, 2696, 3002,
      3200, 3457, 3765, 3968, 4310, 4636, 4929
   biological reactivity, in vitro, 1697, 3962
   biological reactivity, in vivo, 1699, 4304
   and determinations, general, 1760, 2528,
      2699, 3004, 3202, 3459, 3768, 3976, 4313,
      4646, 4933
   identification, 1721, 2523, 2998, 3200, 3456,
      3761, 3964, 4306, 4634
   identification, general, 1721, 4634
   limit, 1724, 3000, 3456, 3763, 3966, 4308,
      4929
   microbiological, 1681, 3453, 3754, 4293,
      4923
   spectrophotometric identification, 1723, 3966
Tetracaine
   and cocaine hydrochlorides and epinephrine
      topical solution, 4535
   hydrochloride, benzocaine, and butamben
      topical solution, 176, 2618
   hydrochloride, 1505, 4609
   hydrochloride injection, 1506, 2505
   hydrochloride for injection, 4609
   hydrochloride, sterile, 1507, 4610

2,3,7,8-Tetrachlorodibenzo-p-dioxin, 13C-labeled,
      4679
2,3,7,8,-Tetrachlorodibenzofuran, 13C-labeled,
      4679
Tetracycline, 1508, 2986
   hydrochloride, 1510, 4610
   hydrochloride capsules, 1510, 2682
   hydrochloride for injection, 1511, 4890
   hydrochloride ophthalmic suspension, 1514,
      4611
   hydrochloride, sterile, 1513, 4890
   hydrochloride tablets, 1514, 2682
   hydrochloride for topical solution, 1512, 2505
   ointment, 1512, 4270
   phosphate complex, 1516, 2682
   phosphate complex sterile, 4890
Tetrahydrozoline hydrochloride, 1519, 3182
Theophylline
   ephedrine hydrochloride, and phenobarbital,
      1524, 4270
   extended-release capsules, 1522, 4611
   and guaifenesin capsules, 1526, 2507
Thermal analysis, 1837, 4332
Thermometers, 1679, 4293
Thiabendazole, 1528, 2987
Thiacetarsamide, 4613
   sodium injection, 3936
Thiamine
   hydrochloride, 1530, 3937
   hydrochloride tablets, 1531, 4271
   mononitrate, 1532, 3937
Thiethylperazine,
   malate, 1534, 4613
   malate injection, 1534, 2682
   maleate, 1535, 2682
   maleate suppositories, 1535, 2683
   maleate tablets, 1536, 2683
Thimerosal topical aerosol, 1536, 3184
Thioacetamide, 3556
   -glycerin base TS, 2570
   TS, 2570
Thiopental sodium, 1540, 4613
Thiostrepton, 1543, 4614
Thiotepa
   for injection, 4890
Thiothixene, 1544, 2987
   capsules, 1545, 2684
   hydrochloride, 1546, 2987
Threonine, 1548, 2987
Thymol, 2314, 4012
Thyroid, 1548, 2684
   tablets, 1549, 3734
Ticarcillin
   and clavulanic acid injection, 4892
   and clavulanic acid for injection, 4892
   disodium, 4890
   disodium and clavulanate potassium injection,
      1551, 4892
   disodium and clavulanate potassium, sterile,
      4892
   disodium, sterile, 1550, 4891
   for injection, 4891
   monosodium, 1552, 4893
Tiletamine
   hydrochloride, 4614
   and zolazepam for injection, 4614
Tilmicosin, 4615
   injection, 4616
Timolol
   maleate, 1553, 2988
   maleate ophthalmic solution, 1553, 3941
   maleate tablets, 1554, 4271
   ophthalmic solution, 1553, 3440

Tincture
   iodine, 817, 3898
   iodine, strong, 817, 3898
Titanium
   trichloride TS, 2570
   trichloride-sulfuric acid TS, 4082
Titrimetry, 1751, 4311
Tobramycin, 1558, 4894
   and fluorometholone acetate ophthalmic
      suspension, 1560, 3943
   injection, 4894
   for injection, 4895
   ophthalmic ointment, 1559, 3943
   ophthalmic solution, 1559, 2509
   sulfate, 1561, 4895
   sulfate injection, 1561, 4896
   sulfate, sterile, 1562, 4896
Tocainide hydrochloride, 4896
Tocopherols excipient, 2315, 4102
Tolazamide, 1564, 4617
Tolazoline
   hydrochloride, 2509
   hydrochloride injection, 2510
Tolbutamide, 1565, 4617
   for injection, 4617
   sodium, sterile, 1566, 4618
Tolmetin sodium, 1567, 2989
Topical aerosol
   bacitracin and polymyxin B sulfate, 159, 2430
   benzocaine and menthol, 2888
   thimerosal, 1536, 3184
Topical gel, erythromycin, 612, 3885
Topical solution
   aluminum subacetate, 67, 4518
   aluminum sulfate and calcium acetate tablets
      for, 3365
   benzocaine, butamben, and tetracaine
      hydrochloride, 176, 2618
   clobetasol propionate, 2628
   cocaine and tetracaine hydrochlorides and
      epinephrine, 4535
   dimethyl sulfoxide, 4200
   fluorouracil, 679, 3416
   gentamicin sulfate and betamethasone
      valerate, 2935
   iodine, 816, 3898
   methoxsalen, 4855
   minoxidil, 4577
   mometasone furoate, 2655
   nitrofurazone, 1089, 4240
   penicillin G, neomycin, polymyxin B,
      hydrocortisone acetate, and hydrocortisone
      sodium succinate, 2664
   sodium fluoride and acidulated phosphate,
      2676
   sodium fluoride and phosphoric acid, 1423,
      2502
   sodium hypochlorite, 4606
   tetracycline hydrochloride for, 1512, 2505
   tretinoin, 1573, 3184
Total organic carbon, 4320
Trace elements injection, 584, 2923
Tragacanth, 2315, 4454
Transdermal system, nicotine, 4584
Transfusion and infusion assemblies and similar
      medical devices, 1719, 2696
Trazodone
   hydrochloride, 1570, 2511
   hydrochloride tablets, 1571, 4896
Trenbolone acetate, 4271
Tretinoin, 1572, 2989
   cream, 1572, 2511
   topical solution, 1573, 3184
Triacetin, 1573, 4896

**A-853**

Triamcinolone, 1574, 3944
  acetonide, 1575, 4897
  acetonide injectable suspension, 3735
  acetonide suspension, sterile, 1578, 3735
  diacetate, 1578, 4618
  diacetate injectable suspension, 3735
  diacetate suspension, sterile, 1578, 3736
  hexacetonide, 1579, 2686
  hexacetonide injectable suspension, 1580, 3736
  hexacetonide suspension, sterile, 1580, 3736
Triamterene, 1580, 3737
  capsules, 1581, 3737
  and hydrochlorothiazide capsules, 1581, 4897
  and hydrochlorothiazide tablets, 1582, 3738
Triazolam, 1583, 3944
  tablets, 1584, 3945
Tribasic potassium phosphate, 3263
Tributyl citrate, 5090
Trichlorfon, 1585, 3441
2,4,8-Trichlorodibenzofuran, 4679
Trichloromonofluoromethane, 2586
Triclosan, 4618
Triethyl citrate, 5091
Triethylamine hydrochloride, 4441
Trifluoperazine hydrochloride, 1589, 2990
2,2,2-Trifluoroethanol, 2570
2,2,2-Trifluoroethyldifluoromethyl ether, 2570
5-(Trifluoromethyl)uracil, 4441
Triflupromazine, 1591, 2991
  hydrochloride, 1592, 2991
Trifluridine, 4272
Trihexyphenidyl
  hydrochloride, 1593, 3441
  hydrochloride extended-release capsules, 1594, 2512
Trimeprazine
  tartrate, 1596, 2687
  tartrate syrup, 1597, 2687
  tartrate tablets, 1597, 2688
Trimethaphan camsylate, 1600, 2991
Trimethobenzamide hydrochloride, 1601, 2991
Trimethoprim, 1602, 2512
  and sulfamethoxazole injection, 4888
  and sulfamethoxazole for injection concentrate, 1462, 4888
  and sulfamethoxazole oral suspension, 1463, 3934
  sulfate, 4898
  tablets, 1603, 2512
2,4,6-Trinitrobenzenesulfonic acid, 2045, 4082
Trioxsalen, 1603, 2991
Tripelennamine
  citrate elixir, 1604, 2513
  hydrochloride tablets, 1605, 2513
1,3,5-Triphenylbenzene, 5067
Triphenylmethane, 2791
Triphenylmethanol, 3059
Triple sulfa vaginal cream, 1448, 3933
Triprolidine
  hydrochloride, 1605, 2991
  and pseudoephedrine hydrochlorides syrup, 1607, 3739
  and pseudoephedrine hydrochlorides tablets, 1607, 4620
Trolamine Salicylate, 4898
Troleandomycin, 2513
  capsules, 2513
Tromethamine, 4899
Tromethamine, normal (1 N), 3557
Tropicamide, 1610, 2991
Tryptophan, 1612, 2991

Tylosin, 4272
  granulated, 4273
Tyrosine, 1616, 3945

## U

Ultramicrosize griseofulvin tablets, 722, 2936, 4838
Undecylenic acid ointment, compound, 1617, 3184
Uniformity of dosage units, 1838, 3984, 4957
Urea, 1617, 4620
  for injection, 4620
  sterile, 1618, 4620
Ursodiol, 2688
  capsules, 2689
USP
  and NF articles, description and relative solubility of, 2071, 2572, 2793, 3057, 3264, 3558, 3793, 4083, 4445, 4681, 5069
  and NF excipients, listed by categories, 2205, 4086, 5071
  23 general notices and requirements, 1, 2413, 2870, 3636, 3840, 4143, 4759
  23 monographs, 2422, 2614, 2873, 3116, 3358, 3644, 3844, 4151, *
  23 nutritional supplements general chapters, 2833, 3794
  23 nutritional supplements monographs, 2129, 2574, 2796, 3059, 3268, 3559, 4084, 4684
  reference standards, 1652, 4623, 4910
Uterine infusion, gentamicin, 4553

## V

Vaginal cream
  clindamycin phosphate, 3141
  triple sulfa, 1448, 3933
Valerian, 4454, 5091
  powdered, 4455, 5092
Valeric acid, 4680
Validation of compendial methods, 1982, 3260, 5059
  of microbial recovery from pharmacopeial articles, 5063
Valine, 1618, 2992
Valproic acid, 1618, 4899
  capsules, 1619, 4621
Vancomycin, 3739
  hydrochloride, 1620, 3740
  hydrochloride for injection, 1621, 3740
  injection, 2514
Vanillin, 2316, 3085
  ethyl, 2245, 3076
Vasopressin, 2515
  injection, 1622, 2515
Vegetable
  drugs, 1754, 4640
  oil, hydrogenated, 2317, 3085
Verapamil
  hydrochloride, 1623, 3741
  hydrochloride extended-release tablets, 4274
  hydrochloride injection, 1624, 2689
  hydrochloride tablets, 1625, 2690
Veterinary drugs
  albendazole oral suspension, 2424
  amoxicillin boluses, 2428
  desoxycorticosterone pivalate, 2445

desoxycorticosterone pivalate injectable suspension, 2446
erythromycin intramammary infusion, 2459
erythromycin injection, 2460
monensin, 4577
monensin granulated, 4578
monensin premix, 4578
monensin sodium, 4579
sulfaquinoxaline, 2503
tilmicosin, 2507
tilmicosin injection, 2508
Vidarabine, 4900
  concentrate for injection, 4900
  ophthalmic ointment, 1626, 4900
  sterile, 1626, 4900
Vinblastine
  sulfate, 1627, 4900
  sulfate for injection, 4901
  sulfate, sterile, 1628, 3946
Violet, p-iodonitrotetrazolium, 2569
Viral
  safety evaluation of biotechnology products derived from cell lines of human or animal origin, 4961
Viscosity, intrinsic, table, 4682
Vitamin
  A capsules, 1631, 2516
  D assay, 1755, 3201
  D tablets, calcium with, 3268
  E, 1631, 2992
  E capsules, 1633, 2516
  E polyethylene glycol succinate, 4712
Vitamins
  oil-soluble, capsules, 2137, 3563
  oil-soluble, tablets, 2140, 3566
  oil- and water-soluble, capsules, 2141, 3567
  oil- and water-soluble, with minerals capsules, 2146, 3573
  oil- and water-soluble, with minerals oral solution, 3288
  oil- and water-soluble, with minerals tablets, 2149, 4684
  oil- and water-soluble, oral solution, 3279
  oil- and water-soluble, tablets, 2143, 3569
  water-soluble, capsules, 2159, 3306
  water-soluble, with minerals capsules, 2168, 4084
  water-soluble, with minerals oral solution, 2827
  water-soluble, with minerals tablets, 2170, 3590
  water-soluble, tablets, 2162, 3307
Volatile impurities, organic, 1746, 3766
Volumetric solutions, 2057, 2570, 3055, 3556, 4082, 4443

## W

Warfarin
  sodium, 1633, 3946
  sodium tablets, 1635, 4621
Water
  conductivity, 4320
  determination, 1840, 3986, 4959
  for injection, 1635, 4901
  for injection, bacteriostatic, 1636, 4902
  for injection sterile bacteriostatic, 3927
  for inhalation, sterile, 4902
  for injection, sterile, 1636, 4902
  for irrigation, sterile, 1637, 4903

Tenth Supplement, USP-NF

for pharmaceutical purposes, 1984, 4071
purified, 1637, 4903
purified, sterile, 3948
-solid interactions in pharmaceutical systems,
    1985, 3789
Water-soluble
vitamins capsules, 2159, 3306
vitamins with minerals capsules, 2168, 4084
vitamins with minerals oral solution, 2827
vitamins with minerals tablets, 2170, 3590
vitamins tablets, 2162, 3307
Wax
carnauba, 2317, 4102
emulsifying, 2317, 2586
microcrystalline, 2317, 3085
Weight variation of nutritional supplements,
    2185, 3316
Weights and balances, 1680, 3195
Wheat bran, 4903
Wort, St. John's, 4709
    powdered, 4710

**X**

Xanthan gum, 2318, 4455, 5092
X-ray diffraction, 1843, 3987
Xylazine, 4904
    hydrochloride, 4906
    injection, 4906
Xylitol, 2319, 4456
Xylose, 1640, 2992

**Z**

Zalcitabine, 3949
    tablets, 3950
Zein, 2320, 4103
Zidovudine, 4277
    capsules, 4278
    injection, 4279
    oral solution, 4279

Zinc
bacitracin, 160, 4160
bacitracin, neomycin and polymyxin B
    sulfates, and lidocaine ointment, 1070, 2655
bacitracin, and neomycin and polymyxin B
    sulfates ointment, 1068, 2484
bacitracin, and polymyxin B sulfate ointment,
    162, 3652
bacitracin, sterile, 162, 4160
chloride, 1642, 3444
chloride injection, 1643, 3186
corticotropin, hydroxide injectable suspension,
    3666
corticotropin, hydroxide suspension, sterile,
    427, 3667
extended insulin human, suspension, 2645
insulin human, suspension, 2644
stearate, 1645, 3444
sulfate injection, 1646, 3187
Zolazepam
    hydrochloride, 4622
    and tiletamine for injection, 4614