# EXHIBIT 25

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, Plaintiff, | ) | C.A. No. 05-586-GMS |
| v. | ) | C.A. No. 05-730-GMS |
| | ) | C.A. No. 06-620-GMS |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION Defendants. | ) | CONSOLIDATED |

**DECLARATION OF PROFESSOR ROLAND BODMEIER, Ph.D.**
**IN SUPPORT OF ANDRX'S ANSWERING CLAIM CONSTRUCTION BRIEF**

OF COUNSEL:

Steven Maddox
Jeremy J. Edwards
FOLEY & LARDNER, LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 672-5300

Douglas Carsten
FOLEY & LARDNER, LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
Tel: (858) 847-6700

Martin P. Endres
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-7474

Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation*

Dated: April 24, 2007
784479 / 30015

## I.    INTRODUCTION

1.      I am a Professor of Pharmaceutics at the College of Pharmacy at the Freie Universität Berlin in Berlin, Germany.

2.      Prior to joining the faculty at the Freie Universität Berlin in 1994, I was a tenured Associate Professor of Pharmaceutics in the College of Pharmacy at the University of Texas at Austin, and I still serve as an adjunct Professor of Pharmaceutics at the University of Texas at Austin.  I also served as a visiting Professor of Pharmaceutics at the University of Nancy in Nancy, France from 1994-1996.

3.      I received a B.S. in Pharmacy from the Ludwig-Maximilians Universität in Munich, Germany in 1982, a Ph.D. in Pharmaceutics from the University of Texas at Austin in 1986 and a Dr. rer.nat.habil. degree (an additional doctorate degree after the Ph.D., which qualifies for a professorship in Germany) from the Universität Regensburg in Regensburg, Germany in 1993.

4.      I have lectured, researched and written extensively in the field of injectable and oral drug dosage form design and drug delivery systems, including: biodegradable polymers, controlled release drug delivery systems, especially biodegradable injectable microspheres, implants and in situ systems, effective delivery of poorly water-soluble drugs, optimization of drug release properties of dosage forms and identification and optimization of appropriate process and formulation parameters in the preparation of dosage forms.

5.      I am the author of approximately 130 refereed papers, 8 book chapters, and 7 review papers.

6.      I am currently an associate editor of the European Journal of Pharmaceutical Sciences and a member of the editorial boards of the following peer reviewed journals: "Drug Development and Industrial Pharmacy", "European Journal of Pharmaceutics and Biopharmaceutics" and the "Journal of Microencapsulation".  I am also a reviewer for numerous journals in the field, including "Pharmaceutical Research", "Journal of Pharmaceutical Sciences", "Journal of Controlled Release" and "International Journal of Pharmaceutics".

7. I am a frequent grant reviewer for national and international public research organizations including the major German Research Association, the "Deutsche Forschungsgemeinschaft" and European programs.

8. I am named as an inventor on more than twenty-five (25) patents and pending patent applications in the field of drug delivery systems.

9. I am a member of several professional societies, including the Controlled Release Society, the American Association of Pharmaceutical Scientists and the Arbeitsgemeinschaft Pharmazeutischer Verfahrenstechnik.

10. I have received several awards, including the Parenteral Drug Association Award and the Merck Young Investigator Award.

11. I have supervised approximately 25 undergraduate researchers, 7 postdoctoral research fellows, 15 visiting scientists and the dissertations of 31 Ph.D. and 3 M.S. students. I currently supervise a research group consisting of 13 Ph.D. students.

12. My primary area of expertise and the focus of my research are in the field of controlled release drug delivery systems. Over the course of the more than 20-years that I have worked in this field, I have gained extensive knowledge and understanding of drug delivery systems and formulations.

13. I have consulted for and conducted many presentations and workshops in these fields for pharmaceutical companies and at pharmaceutical conferences.

14. A more detailed description of my background and qualifications can be found in my curriculum vitae, which is attached as Exhibit A.

15. I have reviewed Biovail's United States Patent No. 5,529,791 ("the '791 patent"), the prosecution history of the '791 patent, as well as many documents and materials regarding Biovail's products and Andrx's proposed tablet products which are the subject of this lawsuit. I have attached a copy of the '791 patent as Exhibit B. I have previously submitted expert reports in this case regarding validity and infringement of the '791 patent, attached as Exhibits C and D, respectively. I have also reviewed Biovail's Opening Claim Construction Brief, and the

Declaration of Gerald S. Brenner, Ph.D. in Support of Biovail's Opening Claim Construction Brief.

16. I submit this declaration in support of Andrx's Answering Claim Construction Brief to address several statements contained in Dr. Brenner's Declaration.

## II. THE GENERAL TUTORIAL AND DISCUSSION OF THE '791 PATENT

17. I note that Dr. Brenner provides what is termed as "a general tutorial" on the absorption of drugs from extended-release oral dosage forms.

18. In that tutorial, he mentions three distinct stages in the process of the absorption of drugs into the body. In the first stage, the drug is solubilized, or brought into solution. In the second phase, the solubilized drug passes across a membrane, or is released from the oral dosage form. And the third, final, phase is the absorption of the drug into the body. (Brenner Decl., ¶¶ 12-13.) Dr. Brenner notes that the absorption process can be problematic if "the drug dissolves too slowly, or if the drug once dissolved comes out of solution." (*Id.* at ¶ 14.) Dr. Brenner states that a formulator might address either of these issues using a "wetting agent." (*Id.* at ¶ 15.) Dr. Brenner states that "[w]etting agents can be added to these types of dosage forms to aid in the dissolution of the drug, and/or to maintain the drug in a dissolved state." (*Id.* at ¶ 14.)

19. I agree with Dr. Brenner as a general matter that these are three distinct stages in the absorption of drugs into the body from solid, oral dosage forms. They can best be summarized as dissolution, release, and absorption. Dr. Brenner, however, provides no analysis as to whether and how these processes affect one another, apart from suggesting that unspecified "problems can develop" in the third stage if the drug is slow-dissolving or precipitates from solution in the first stage. (Brenner Decl., at ¶ 14.)

20. Similarly, the '791 patent provides no teaching or guidance relating to these three distinct stages in the absorption of diltiazem in the body. Rather, the claims of the '791 patent expressly tie the action of the wetting agent to the first stage of the process: "to maintain[ing] the solubility of the Diltiazem in each bead" and "ensuring that the solubility of the Diltiazem is unaffected by the pH of the gastrointestinal tract or other adverse conditions the composition will

meet therein. . . ." (Ex. B, at 8:65-9:2.) The file history reinforces this claim language by pointing to the wetting agent's control over the solubility of diltiazem: "The wetting agents claimed in the present invention are substances which are believed to modify the solubility of Diltiazem inside the coated beads when they are placed in a dissolution medium or when they are ingested by a mammal." (Ex. F, p. 13.) Thus, it is my opinion that the actions of the wetting agent are required to occur in the first stage of the process – the solubilization stage – and not in the latter stages, the release or the absorption stages.

21. Dr. Brenner, however, appears to go further than this in his declaration. He states that "[w]ithout the admixture, solid diltiazem particles could form resulting in lower bioavailability (less amounts of drug to the patient) and disruption of the gradual release of the drug into the bloodstream." (Brenner Decl., at ¶ 30.) I note that both of the potential problems identified by Dr. Brenner have to do with the final two stages of the absorption process – release and absorption – and not with the first stage of the absorption process – solubilization. Since the patent claims specifically tie the action of wetting agent only to the first stage, solubilization, I believe Dr. Brenner is incorrect in pointing to problems that may arise in the second two stages as problems solved by use of a wetting agent in admixture with diltiazem salt.

22. Furthermore, simply measuring release rates (through *in vitro* dissolution experiments) or bioavailability (through *in vivo* blood plasma concentration testing) does not tell a person of skill in the art what affect (if any) a wetting agent has on the ***solubility*** of a particular ingredient. The three stages Dr. Brenner mentions are each a highly complex process that includes numerous variables. Attributing differences in release or blood plasma concentrations solely to the presence or absence of one particular component's effect on the *in vivo* solubility of another component in an oral dosage form is beyond the current capabilities of pharmaceutical science.

23. I further disagree with another aspect of Dr. Brenner's description of the '791 patent, where Dr. Brenner states that "as the diltiazem hydrochloride salt goes from an acid environment to a less acidic environment, for example, from the acidic environment of the

stomach to the less acidic environment of the intestine, it becomes less soluble and solid particles of diltiazem can precipitate." (Brenner Decl., at ¶ 25.) He goes on to add "[s]uch precipitation is undesirable because it results in a loss of the amount of therapeutically effective diltiazem available to the body." (*Id.*) Dr. Brenner further states that it is important in extended-release formulations "to make sure that the formulation avoids the potential for the diltiazem to precipitate out – ***from solution*** – during the *in vivo* transit of the drug through the gastrointestinal tract." (Brenner Decl., at ¶ 26 (emphasis in original).)

24. Based on the solubility values of diltiazem and diltiazem hydrochloride, I disagree that precipitation from solution is a problem with extended-release diltiazem solid oral dosage forms, especially in view of the small amount of diltiazem delivered to the patient's gastrointestinal tract by the oral dosage form over an extended period of time compared to the large volume of fluid present in the patient's gastrointestinal tract. Indeed, diltiazem itself (based on the measured solubility of diltiazem) has a solubility value such that it would be highly unlikely that diltiazem would precipitate out of solution in the gastrointestinal tract. Thus, it is not clear to me why Dr. Brenner emphasizes this point so heavily.

25. Moreover, the '791 patent and its prosecution history make clear that beads are formed from an admixture of wetting agent and diltiazem salt. It is unclear how the importance of this dry state admixture in a bead would preclude precipitation of diltiazem base anywhere in the gastrointestinal tract, as Dr. Brenner is suggesting.

## III. THE DEBREGEAS REFERENCE

26. Dr. Brenner provides statements relating to a particular passage from the prosecution history of the '791 patent in which a particular prior art reference is distinguished. That reference is United States Patent No. 4,960,596, issued to Debregeas *et al*. I will refer to that reference as "the Debregeas reference" throughout this declaration. I have attached a copy of the Debregeas reference as Exhibit E.

27. The passage in question comes from an Amendment of June, 1992, attached as Exhibit F, and reads as follows:

> Further, at column 3, lines 4 and 10, Debregeas et al describes the composition of the neutral core of saccharose and fructose to start the building-up process with the binder being polyvinylpyrrolidone to make the different layers of product. By contrast, the present invention does not use the building-up process and this does not make use of a neutral core of saccharose and fructose. Further, Debregeas does not disclose saccharose as a wetting agent. The saccharose contained in the central core of the bead cannot act as a wetting agent because in order to do so the saccharose must be mixed with the diltiazem and, therefore, saccharose must be in solution with Diltiazem. Unfortunately, in this system saccharose can only end up in solution after all the layers of Diltiazem are dissolved. In other words, saccharose can only become effective when there is not [sic – no] longer a need therefor [sic].

(Exhibit F, p. 13.)

28. Dr. Brenner reproduces a portion of this passage in his Declaration, and discusses the excerpt at paragraph 35, as follows:

> 35. According to the '791 inventors, the sequence of events of the Debregeas formulations *in vivo* is that first the membrane would be disrupted, followed by exposure of the drug layer to the aqueous environment. Finally, after the drug layer is dissolved and enters the gastrointestinal tract, the sugar core is then exposed to the aqueous environment and dissolves. Thus, the wetting agent (*i.e.*, sugar) never has the opportunity to form an admixture in the bead (*i.e.*, within the non-ruptured membrane) prior to the drug entering the gastrointestinal tract and being exposed to its less acidic environment.

(Brenner Decl., at ¶ 35.)

29. ***First***, I note that the cited passage from the prosecution history makes no reference whatsoever to the various coatings disclosed in the Debregeas reference. Thus, while Dr. Brenner attributes his rationale to the inventors of the '791 patent, there is no evidence at all in the prosecution history that the inventors ever told the patent office that this behavior was in any way related to the membrane or coating of the various Debregeas formulations. Had the inventors attributed this behavior to the membrane of the Debregeas formulations, as opposed to the structure of the core of the Debregeas formulations, it is my opinion that the inventors would have mentioned the membrane in connection with this statement. They did not. Indeed, the only

distinction drawn by the inventors in the June, 1992 amendment with respect to Debregeas formulations' membranes had to do with the use of organic solvents in applying the Debregeas membranes. (Ex. F, pp. 12-13.)

30. ***Second***, Dr. Brenner states that the Debregeas formulations' membranes would be "disrupted," and "ruptured," giving rise to a release of diltiazem before the wetting agent (the sugar in the Debregeas bead's central core) before an admixture could form. It is not clear what Dr. Brenner is proposing here. His stated analysis suggests that he is referring to one or more large ruptures in the membrane. If this were the case, then a person of ordinary skill in the art would have expected to observe a "dose dump" wherein significant amounts of diltiazem are released quickly. This is directly contrary to what the Debregeas reference describes and claims, however. The Debregeas reference describes and claims "A slow release acid-free Galenical preparation of pharmaceutically acceptable Diltiazem. . . ." (Ex. E, at 8:25-26.) In fact, the Debregeas reference discloses and claims a release of diltiazem from the claimed formulation using United States Pharmacopoeia ("USP") method 21 under the following schedule:

(a) between 5% and 35% after one hour;
(b) between 15% and 40% after two hours;
(c) between 20% and 50% after three hours;
(d) between 30% and 75% after four hours;
(e) between 40% and 80% after six hours;
(f) between 55% and 95% after eight hours;

(Ex. E, at 2:65-3:2, 8:35-40.) Thus, the Debregeas reference is inconsistent on its face with the analysis provided by Dr. Brenner.

31. ***Third***, Dr. Brenner apparently only focuses on one single embodiment in the Debregeas reference – that of the 70 parts shellac and 30 parts ethylcellulose formulation.[1] (Brenner Decl., at ¶ 36.) The Debregeas reference disclosure is not so limited. For example, the Debregeas reference teaches:

[1] The Debregeas reference shellac and ethylcellulose coating also contains talc. (Ex. E, at 3:49-51.)

> Numerous types of coatings may be used to make an outer membrane in accordance with the invention. According to the invention, such coatings should be considered as being equivalent providing they make it possible to obtain products which are biologically equivalent to those described below by way of non-limiting example, with bio-availability results being given below for products corresponding to said examples in order to make it possible for the person skilled in the art to appraise said biological equivalence.

(Ex. E, at 3:22-31.) The Debregeas reference also teaches that "[t]he outer membrane of the products in Table IV has the advantage of providing formulations in which the release of Diltiazem is insensitive to pH. . .", and that "equivalent results can be obtained by using other excipients such as a suspension of ETHOCEL AQ sold by Colorcon, EUDRAGIT RL and RS or their equivalents sold by Rohm & Haas. . . ." (Ex. E, at 7:22-28.)

32. Moreover, in addition to these general passages, the Debregeas reference also discusses "a second series" of experiments, wherein "the main ingredient of the outer membrane was a mixture of Aquacoat ECD 30 (an aqueous dispersion of ethylcellulose) and dibutylsebacate." (Ex. E, at 5:44-46.) The Debregeas reference provides *in vitro* dissolution testing results and *in vivo* testing results for these alternatively-coated formulations. (Ex. E, Figs. 2, 9, and 10.) The Debregeas reference provides, in Table IV, a summary of the results for both shellac and Aquacoat based coating formulations. (Ex. E, at 7:3-22 (Table IV).) These results demonstrate that both shellac and Aquacoat based formulations provide slow-release formulations, with a $T_{max}$ value of 4.2 hours (shellac-based formulation), and a range of $T_{max}$ values of 3.0 to 5.6 hours for Aquacoat-based formulations. Dr. Brenner does not specifically analyze that second coating in his declaration,[2] and does not even address the general disclosures contained in the Debregeas reference. Thus, Dr. Brenner's analysis of the Debregeas reference is incomplete, at best.

[2] Dr. Brenner acknowledges the second type of coating in his declaration at paragraph 33, but provides no analysis relating to it, as he did with respect to the first type. (See Brenner Decl., at ¶ 36.)

33. ***Fourth***, it appears that Dr. Brenner refers to only one of the Debregeas reference coatings as a means to further distinguish the claimed invention over and above whatever the inventors represented to the patent office at the time. However, it is my opinion that the shellac/ethylcellulose coating described in the Debregeas reference is within the scope of claim 1 of the '791 patent. Claim 1 of the '791 patent merely requires that the microporous membrane "compris[e] at least a water-soluble or water-dispersible polymer or co-polymer, and a water-, acid- and base-insoluble polymer and a pharmaceutically-acceptable adjuvant. . . ." (Ex. B, at 9:2-6.) In my opinion, (1) shellac is a water-dispersible polymer or co-polymer, (2) ethyl cellulose is a water-, acid- and base-insoluble polymer, and (3) talc (also used in the Debregeas reference) is a pharmaceutically-acceptable adjuvant. Thus, I believe that Dr. Brenner's attempt to further distinguish the Debregeas reference from the claimed compositions based on one type (of the many types) of coating disclosed in the Debregeas reference is simply incorrect.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

April 20, 2007
Dated

Prof. Roland Bodmeier, Ph.D

# TAB A

**Curriculum Vitae - Prof. Dr. Roland Bodmeier**

PERSONAL

born in Munich, Germany on 4/25/1957; married, two children.

EDUCATIONAL QUALIFICATIONS

| | | |
|---|---|---|
| Universität Regensburg, Germany | Habilitation | 1/1993 |
| The University of Texas at Austin, USA | Ph.D. (Pharmaceutics) | 12/1986 |
| Ludwig-Maximilians Universität, Munich, Germany | B.S. (Pharmacy) | 7/1982 |

WORK EXPERIENCE

| | | |
|---|---|---|
| Institut für Pharmazie Freie Universität Berlin, Germany | Full Professor (C4) | 6/1994 – present |
| College of Pharmacy, The University of Texas at Austin, USA | Associate Professor (tenured) | 9/1991 - 5/1994 |
| - " - | Assistant Professor | 9/1986 - 8/1991 |
| - " - | Teaching and Research Assistant | 8/1982 - 8/1986 |
| Synthelabo-L.E.R.S., Paris, France | Research Assistant | 6/1985 - 8/1985 |

ADJUNCT AND VISITING PROFESSOR POSITIONS

- The University of Texas at Austin (USA, 1994 - present)
- University of Nancy (France, 1994 - 1996)
- The Upjohn Company (USA, 1991)

RESEARCH INTERESTS

- Controlled drug delivery systems:
  - oral drug delivery
  - microencapsulation
  - multiparticulate drug delivery systems
  - coating technology
  - biodegradable and nondegradable polymeric and lipidic carriers
  - drug-carrier complexes
- Delivery systems for peptide/protein drugs
- Solubilization of poorly water-soluble drugs

EDITORIAL POSITIONS

- Associate Editor (1/2004 – present) European Journal of Pharmaceutical Sciences
- Associate Editor (4/1994 – 12/2000) - European Journal of Pharmaceutics and Biopharmaceutics
- Associate Editor (1/1993 - 6/1994) - S.T.P. Pharma Sciences
- Editorial Board (1/2001 - present) - Drug Development and Industrial Pharmacy
- Editorial Board (1/2001 - present) - European Journal of Pharmaceutics and Biopharmaceutics
- Editorial Board (1/1996 - present) - Journal of Microencapsulation
- Editorial Board (6/2003 – present) - Encyclopedia of Pharmaceutical Technology

REFEREE FOR SCIENTIFIC JOURNALS

Archiv der Pharmazie, Biochimica et Biophysica Acta, Carbohydrate Polymers, European Journal of Pharmaceutical Sciences, European Journal of Pharmaceutics and Biopharmaceutics, Industrial and Engineering Chemistry Research, International Journal of Pharmaceutics, Journal of Controlled Release, Journal of Macromolecular Science-Pure and Applied Chemistry, Journal of Microencapsulation, Journal of Pharmaceutical Sciences, Pharmaceutical Development and Technology, Pharmaceutical Research, Planta Medica, Powder Technology, S.T.P. Pharma Sciences

MISCELLANEOUS REFEREE ACTIVITIES

- referee for dissertations and habilitations in Germany, France and Switzerland
- referee for chaired professorships in Germany, England, France and Ireland
- referee for grant applications to national and international public research organisations (DFG, BMBF, EU-programs)
- expert witness in various patent cases (Germany and USA)

SCIENTIFIC ADVISORY BOARD

- Bertex Pharma GmbH, Berlin, Germany (scientific founder)
- Biovector Therapeutics SA, Toulouse, France
- Ellipse Pharmaceuticals, Bordeaux, France

AWARDS

- Parenteral Drug Association Research Award (1988)
- Merck Sharp & Dohme Faculty Development Award (1988)
- Eckerd Fellowship (1991 - 1994)

MEMBERSHIP IN PROFESSIONAL ORGANISATIONS

- Arbeitsgemeinschaft pharmazeutischer Verfahrenstechnik (APV)
- American Association of Pharmaceutical Scientists (AAPS)
- Controlled Release Society (CRS)
- Deutsche Pharmazeutische Gesellschaft (DPhG)

**PUBLICATIONS:**

1. J.W. McGinity, Chi-Tze Ku, R. Bodmeier, M. Harris: Dissolution and Uniformity Properties of Ordered Mixes of Micronized Griseofulvin and a Directly Compressible Excipient, Drug Development and Industrial Pharmacy, 11(4), 891-900 (1985).

2. R. Bodmeier, J.W. McGinity: Polylactic Acid Microspheres Containing Quinidine Base and Quinidine Sulfate Prepared by the Solvent Evaporation Technique: I. Methods and Morphology, Journal of Microencapsulation, 4(4), 279-288 (1987).

3. R. Bodmeier, J.W. McGinity: Polylactic Acid Microspheres Containing Quinidine Base and Quinidine Sulfate Prepared by the Solvent Evaporation Technique: II. Some Process Parameters Influencing the Preparation and Properties of Microspheres, Journal of Microencapsulation, 4(4), 289-297 (1987).

4. R. Bodmeier, J.W. McGinity: The Preparation and Evaluation of Drug-Containing Poly(dl-lactide) Microspheres Formed by the Solvent Evaporation Method, Pharmaceutical Research, 4(6), 465-471 (1987).

5. R. Bodmeier , J.W. McGinity: Solvent Selection in the Preparation of Poly(dl-lactide) Microspheres Prepared by the Solvent Evaporation Method, International Journal of Pharmaceutics, 43, 179-186 (1988).

6. R. Bodmeier, J.W. McGinity: Polylactic Acid Microspheres Containing Quinidine Base and Quinidine Sulfate Prepared by the Solvent Evaporation Technique: III. Morphology of the Microspheres during Dissolution Studies, Journal of Microencapsulation, 5(4), 325-330 (1988).

7. R. Bodmeier, H. Chen: Preparation of Biodegradable Poly(dl-lactide) Microparticles Using a Spray-Drying Technique, Journal of Pharmacy and Pharmacology, 40(11), 754-757 (1988).

8. R. Bodmeier, K.H. Oh, H. Chen: The Effect of the Addition of Low Molecular Weight Poly(dl-lactide) on Drug Release from Biodegradable Poly(dl-lactide) Drug Delivery Systems, International Journal of Pharmaceutics, 51(1), 1-8 (1989).

9. R. Bodmeier, H. Chen, O. Paeratakul: A Novel Approach to the Oral Delivery of Micro- and Nanoparticles, Pharmaceutical Research, 6(5), 413-417 (1989).

10. R. Bodmeier, O. Paeratakul: Evaluation of Drug-Containing Polymer Films Prepared from Aqueous Latexes, Pharmaceutical Research, 6(8), 723-728 (1989).

11. R. Bodmeier, K.H. Oh, Y. Pramar: Preparation and Evaluation of Chitosan Beads, Drug Development and Industrial Pharmacy, 15(9), 1475-1494 (1989).

12. R. Bodmeier , H. Chen: Evaluation of Biodegradable Poly(lactide) Pellets Prepared by Direct Compression, Journal of Pharmaceutical Sciences, 78(10), 819-822 (1989).

13. R. Bodmeier, O. Paeratakul: Spherical Agglomerates of Water-Insoluble Drugs, Journal of Pharmaceutical Sciences, 78(11), 964-967 (1989).

14. R. Bodmeier, H. Chen: Preparation and Characterization of Microspheres Containing the Anti-Inflammatory Agents, Indomethacin, Ibuprofen, and Ketoprofen, Journal of Controlled Release, 10, 167-175 (1989).

15. R. Bodmeier, O. Paeratakul: Drug Release from Laminated Polymeric Films Prepared from Aqueous Latexes, Journal of Pharmaceutical Sciences, 79(1), 32-36 (1990).

16. R. Bodmeier, O. Paeratakul: Propranolol HCl Release from Acrylic Films Prepared from Aqueous Latexes, International Journal of Pharmaceutics, 59, 197-204 (1990).

17. R. Bodmeier, H. Chen: Indomethacin Polymeric Nanosuspensions Prepared by Microfluidization, Journal of Controlled Release, 12, 223-233 (1990).

18. R. Alex, R. Bodmeier: Encapsulation of Water-Soluble Drugs by a Modified Solvent Evaporation Method: I. Effect of Process and Formulation Variables on the Drug Entrapment, Journal of Microencapsulation, 7(3), 347-355 (1990).

19. R. Bodmeier, O. Paeratakul, H. Chen, W. Zhang: Formation of Sustained Release Wax Matrices within Hard Gelatin Capsules in a Fluidized Bed System, Drug Development and Industrial Pharmacy, 16(9), 1505-1519 (1990).

20. R. Bodmeier, O. Paeratakul: Theophylline Tablets Coated with Aqueous Latexes Containing Dispersed Pore-Formers, Journal of Pharmaceutical Sciences, 79(10), 925-928 (1990).

21. R. Bodmeier, H. Chen, P. Tyle, P. Jarosz: Pseudoephedrine HCl Microspheres Formulated into an Oral Suspension Dosage Form, Journal of Controlled Release, 15, 65-77 (1991).

22. R. Bodmeier, O. Paeratakul: Zero-Order Potassium Chloride Release from Microporous Membrane-Coated Tablets Prepared with Aqueous Colloidal Polymer Dispersions, Pharmaceutical Research, 8(3), 355-359 (1991).

23. R. Bodmeier, O. Paeratakul: Determination of Plasticizers Commonly Used in Pharmaceutical Dosage Forms by High Performance Liquid Chromatography, Journal of Liquid Chromatography, 14(2), 365-375 (1991).

24. R. Bodmeier, O. Paeratakul: Process and Formulation Variables Affecting the Drug Release from Chlorpheniramine Maleate Beads Coated with Commercial and Self-Prepared Ethyl Cellulose Pseudolatexes, International Journal of Pharmaceutics, 70, 59-68 (1991).

25. R. Bodmeier, H. Chen, P. Tyle, P. Jarosz: Spontaneous Formation of Drug-Containing Acrylic Nanoparticles, Journal of Microencapsulation, 8(2), 161-170 (1991).

26.    R. Bodmeier, H. Chen: Determination of the Acidic Degradation Products, Acetic, Propionic, Butyric, and Phthalic Acid in Aqueous Pseudolatexes of Cellulosic Ester by High Performance Liquid Chromatography, Drug Development and Industrial Pharmacy, 17(13) 1811-1822 (1991).

27.    R. Bodmeier, O. Paeratakul: A Novel Multiple-Unit Sustained Release Indomethacin-Hydroxypropyl Methylcellulose Delivery System Prepared by Ionotropic Gelation of Sodium Alginate at Elevated Temperatures, Carbohydrate Polymers, 16, 399-408 (1991).

28.    R. Bodmeier, J. Wang, H. Bhagwatwar: Process and Formulation Variables in the Preparation of Wax Microparticles by a Melt Dispersion Technique. I. Oil-in-Water for Water-Insoluble Drugs, Journal of Microencapsulation, 9(1), 89-98 (1992).

29.    R. Bodmeier, J. Wang, H. Bhagwatwar: Process and Formulation Variables in the Preparation of Wax Microparticles by a Melt Dispersion Technique. II. W/O/W Multiple Emulsion Technique for Water-Soluble Drugs, Journal of Microencapsulation, 9(1), 99-107 (1992).

30.    R. Bodmeier, O. Paeratakul: Leaching of Water-Soluble Plasticizers from Polymeric Films Prepared from Aqueous Colloidal Polymer Dispersions, Drug Development and Industrial Pharmacy, 18(17), 1865 (1992).

31.    R. Bodmeier, H. Chen: Hydrolysis of Cellulose Acetate and Cellulose Acetate Butyrate Pseudolatexes Prepared by a Solvent-Evaporation-Microfluidization Method, Drug Development and Industrial Pharmacy, 19(5), 521-530 (1993).

32.    D.J. Dixon, K.P. Johnston, R.A. Bodmeier: Polymeric Materials Formed by Precipitation with a Compressed Antisolvent, AICHE Journal, 39(1) 127 -139 (1993).

33.    R. Bodmeier, J. Wang: Microencapsulation of Drugs with Aqueous Colloidal Polymer Dispersions, Journal of Pharmaceutical Sciences, 82(2) 191-194 (1993).

34.    R. Bodmeier, O. Paeratakul: Dry and Wet Strength of Polymeric Films Prepared from an Aqueous Colloidal Polymer Dispersion, Eudragit RS30D, International Journal of Pharmaceutics, 96 129-138 (1993).

35.    R. Bodmeier, O. Paeratakul: The Effect of Curing on Drug Release and Morphological Properties of Ethyl Cellulose Pseudolatex-Coated Beads, Drug Development and Industrial Pharmacy, 20(9) 1517-1533 (1994).

36.    R. Bodmeier, O. Paeratakul: Mechanical Properties of Dry and Wet Cellulosic and Acrylic Polymer Films Prepared from Aqueous Colloidal Polymer Dispersions, Pharmaceutical Research, 11(6) 882-888 (1994).

37.    R. Bodmeier, O. Paeratakul: The Distribution of Plasticizers between Aqueous and Polymer Phases in Aqueous Colloidal Polymer Dispersions, International Journal of Pharmaceutics, 103, 47-54 (1994).

38. R. Bodmeier, H. Wang, J. Herrmann: Microencapsulation of Chlorpheniramine Maleate, a Drug with Intermediate Solubility Properties, by a Nonaqueous Solvent Evaporation Method, S.T.P. Pharma Sciences, 4(4) 275-281 (1994).

39. J. Herrmann. R. Bodmeier. The effect of particle microstructure on the somatostatin release from poly(lactide) microspheres prepared by a W/O/W solvent evaporation method. Journal of Controlled Release, 36, 63-71 (1995).

40. R. Bodmeier, H. Wang, D.J. Dixon, S. Mawson, K.P. Johnston. Polymeric microspheres prepared by spraying into compressed carbon dioxide. Pharmaceutical Research 12 (8), 1211-1217 (1995).

41. J. Herrmann, R. Bodmeier: Somatostatin Containing Biodegradable Microspheres Prepared by a Modified Solvent Evaporation Method Based on W/O/W-Multiple Emulsions, International Journal of Pharmaceutics, 126, 129-138 (1995).

42. R. Bodmeier, D. Wang: Flocculation of an Aqueous Colloidal Ethylcellulose Dispersion with a Water-Soluble Polymer, Hydroxypropylmethylcellulose, European Journal of Pharmaceutics and Biopharmaceutics, 42(1), 12-15 (1996).

43. R. Bodmeier, X. Guo, R.S. Sarabia, P.F. Skultety: The Influence of Buffer Species and Strength on the Diltiazem HCl Release from Beads Coated with the Aqueous Cationic Polymer Dispersions, Eudragit RS, RL 30D, Pharmaceutical Research, 13(1), 52-56 (1996).

44. C.M. Chang, R. Bodmeier: Organic Solvent-free Polymeric Microspheres prepared from Aqueous Colloidal Polymer Dispersions by a W/O-Emulsion technique, International Journal of Pharmaceutics, 130, 187-194 (1996).

45. C. Remunan-Lopez, R. Bodmeier: Effect of Formulation and Process Variables on the Formation of Chitosan-Gelatin Coacervates, International Journal of Pharmaceutics, 135, 63-72 (1996).

46. C. Remunan-Lopez, R. Bodmeier: Mechanical and Water Vapor transmission Properties of Polysaccharide Films, Drug Development and Industrial Pharmacy, 22(12), 1201-1209 (1996).

47. C. Remunan-Lopez, R. Bodmeier: Mechanical, Water Uptake and Permeability Properties of Crosslinked Chitosan Glutamate and Alginate Films, Journal of Controlled Release, 44, 215-225 (1997).

48. P.B. O'Donnell, C. Wu, J. Wang, L. Wang, B. Oshlak, M. Chasin, R. Bodmeier, J. W. McGinity: Aqueous Pseudolatex of Zein for Film Coating of Solid Dosage Forms, European Journal of Pharmaceutics and Biopharmaceutics, 43, 83-89 (1997).

49. C.M. Chang, R. Bodmeier: Effect of Dissolution Media and Additives on the Drug Release from Cubic Phase Delivery Systems, Journal of Controlled Release, 46, 215-222 (1997).

50. C.M. Chang, R. Bodmeier: Binding of Drugs to Monoglyceride-based Drug Delivery Systems, International Journal of Pharmaceutics, 147, 135-142 (1997).

51. R. Bodmeier, O. Paeratakul: Plasticizer Uptake by Aqueous Colloidal Polymer Dispersions used for the Coating of Solid Dosage Forms, International Journal of Pharmaceutics, 152, 17-26 (1997).

52. C.M. Chang, R. Bodmeier: Swelling of and Drug Release from Monoglyceride-based Drug Delivery Systems, Journal of Pharmaceutical Sciences, 86(6), 747-752 (1997).

53. R. Bodmeier, H. Chen, R.G.W. Davidson, G.E. Hardee: Microencapsulation of Antimicrobial Agents for Extended Release after Injection or Intramammary Application in Dry Cows, Pharmaceutical Development and Technology, 2(4). 323-334 (1997).

54. M. Sriwongjanya, R. Bodmeier: Entrapment of Drug-Loaded Ion Exchange Particles within Polymeric Microparticles, International Journal of Pharmaceutics, 158, 29-38 (1997).

55. X. Guo, R. Bodmeier: Polymeric Microparticles Prepared by Spray-drying a Drug-Containing Aqueous Colloidal Acrylic Polymer Dispersion, Eudragit RS 30D, S.T.P. Pharma Sciences, 7(6), 521-528 (1997).

56. J. Herrmann, R. Bodmeier: Biodegradable, Somatostatin Acetate Containing Microspheres Prepared by Various Aqueous and Non-Aqueous Solvent Evaporation Methods, European Journal of Pharmaceutics and Biopharmaceutics, 45(1), 75-82 (1998).

57. J. Siepmann, O. Paeratakul, R. Bodmeier: Modeling Plasticizer Uptake of Aqueous Polymer Dispersions, International Journal of Pharmaceutics, 165, 191-200 (1998).

58. Krögel, R. Bodmeier: Pulsatile Drug Release from an Insoluble Capsule Body Controlled by the Properties of an Erodible Plug, Pharmaceutical Research, 15(3), 474-481 (1998).

59. J. Siepmann, A. Ainaoui, J.M. Vergnaud, R. Bodmeier: Calculation of the Dimensions of Drug-Polymer Devices based on Diffusion Parameters, Journal of Pharmaceutical Sciences, 87(7), 827-832 (1998).

60. C.M. Chang, R. Bodmeier: Low Viscosity Monoglyceride Based Drug Delivery Systems Transforming into a Highly Viscous Cubic Phase, International Journal of Pharmaceutics, 173, 51-60 (1998).

61. M. Sriwongjanya, R. Bodmeier: Effect of Ion Exchange Resins on the Drug Release from Matrix Tablets, European Journal of Pharmaceutics and Biopharmaceutics, 46(3), 321-327 (1998).

62. J. Siepmann, K. Podual, M. Sriwongjanya, N.A. Peppas, R. Bodmeier: A New Model Describing the Swelling and Drug Release Kinetics from Hyxdoxypropyl methylcellulose Tablets, Journal of Pharmaceutical Sciences, 88, 65-72 (1999).

63. C. Schmidt, R. Bodmeier: Incorporation of Polymeric Nanoparticles into Solid Dosage Forms, Journal of Controlled Release, 57, 115-125 (1999).

64. M. Wesseling, R. Bodmeier: Drug Release from Beads Coated with an Aqueous Colloidal Ethylcellulose Dispersion, Aquacoat, or an Organic Ethylcellulose Solution, European Journal of Pharmaceutics and Biopharmaceutics, 47, 33-38 (1999).

65. M. Wesseling, R. Bodmeier: Tackiness of Acrylic and Cellulosic Polymer Films used in the Coating of Solid Dosage Forms, European Journal of Pharmaceutics and Biopharmaceutics, 47, 73-78 (1999).

66. J. Siepmann, F. Lecomte, R. Bodmeier: Diffusion-Controlled Drug Delivery Systems: Calculation of the Required Composition to Achieve Desired Release Profiles, Journal of Controlled Release, 60, 379-389 (1999).

67. Krögel, R. Bodmeier: Floating or Pulsatile Drug Delivery Systems Based on Coated Effervescent Cores, International Journal of Pharmaceutics, 187, 175-184 (1999).

68. Krögel, R. Bodmeier: Evaluation of an Enzymatically-Triggered Capsular Shaped Pulsatile Drug Delivery System, Pharmaceutical Research, 16(9), 1424-1429 (1999).

69. Krögel, R. Bodmeier: Development of a Multifunctional Matrix Drug Delivery System Surrounded by an Impermeable Cylinder, Journal of Controlled Release, 61, 43-50 (1999).

70. J. Siepmann, H. Kranz, R. Bodmeier, N. Peppas: HPMC-Matrices for Controlled Drug Delivery: A New Model Combining Diffusion, Swelling and Dissolution Mechanisms and Predicting the Release Kinetics, Pharmaceutical Research, 16 (11), 1748-1756, (1999).

71. M. Hombreiro Perez, C. Zinutti, A. Lamprecht, N. Ubrich, A. Astier, M. Hoffman, R. Bodmeier, P. Maincent: The Preparation and Evaluation of Poly(□-Caprolactone) Microparticles containing both a Lipophilic and a Hydrophilic Drug, Journal of Controlled Release, 65, 429-438, (2000).

72. Streubel, J. Siepmann, A. Dashevsky, R. Bodmeier: pH-independent Release of a Weakly Basic Drug from Water-Insoluble and –Soluble Matrix Tablets, Journal of Controlled Release, 67, 101-110, (2000).

73. J. Siepmann, H. Kranz, N. Peppas, R. Bodmeier: Calculation of the Required Size and Shape of Hydroxypropyl Methylcellulose Matrices to Achieve Desired Drug Release Profiles, International Journal of Pharmaceutics, 201, 151-164, (2000).

74. T. Freytag, A. Dashevsky, L. Tillman, G.E. Hardee, R. Bodmeier: Improvement of the Encapsulation Efficiencies of Oligonucleotide-Containing Biodegradable Microspheres, Journal of Controlled Release, 69, 197-207, (2000).

75. Streubel, J. Siepmann, N.A. Peppas, R. Bodmeier: Bimodal Drug Release Achieved with Multi-Layer Matrix Tablets: Transport Mechanism, Journal of Controlled Release, 69, 455-468, (2000).

76. S. Hülsmann, T. Backensfeld, S. Keitel, R. Bodmeier: Melt Extrusion - An Alternative Method for Enhancing the Dissolution Rate of 17β-Estradiol Hemihydrate, European Journal of Pharmaceutics and Biopharmaceutics, 49 (3), 237-242 (2000).

77. H. Kranz, N. Ubrich, P. Maincent, R. Bodmeier: Physico-Mechanical Properties of Biodegradable Poly(D,L-Lactide) and Poly (D,L-Lactide-co-Glycolide) Films in the Dry and Wet State, Journal of Pharmaceutical Sciences, 89, 1558-1566 (2000).

78. Ainaoui, J. Siepmann, R. Bodmeier, J.M. Vergnaud: Calculation of the Dimensions of Dosage Forms with the Release Controlled by Diffusion for in Vivo Use, European Journal of Pharmaceutics and Biopharmaceutics, 51, 17-24 (2001).

79. H. Kranz, G.A. Brazeau, J. Napaporn, R.L. Martin, W. Millard, R. Bodmeier: Myotoxicity Studies of Injectable BiodegradableIn Situ Forming Delivery Systems, International Journal of Pharmaceutics, 212, 11-18, (2001).

80. Schmidt, R. Bodmeier: A Multiparticulate Drug-Delivery System Based on Pellets Incorporated into Congealable Polyethylene Glycol Carrier Materials, International Journal of Pharmaceutics, 216, 9-16 (2001).

81. M. Gonzales Ferreiro, L. Tillman, G.E. Hardee, R. Bodmeier: Characterization of Complexes of an Antisense Oligonucleotide with Protamine and Poly-L-Lysine Salts, Journal of Controlled Release, 73, 381-390 (2001).

82. S. Hülsmann, T. Backensfeld, R. Bodmeier: Stability of Extruded 17ß-Estradiol Solid Dispersions, Pharmaceutical Development and Technology, 6(2), 223-229 (2001).

83. M. Wesseling, R. Bodmeier: Influence of Plasticization Time, Curing Conditions, Storage Time and Core Properties on the Drug Release from Aquacoat-Coated Pellets, Pharmaceutical Development and Technology, 6(3), 325-331 (2001).

84. M. Gonzales Ferreiro, L. Tillman, G.E. Hardee, R. Bodmeier: Characterization of Alginate/Poly-L-Lysine Particles as Antisense Oligonucleotide Carriers, International Journal of Pharmaceutics, 239, 47-59 (2002).

85. A. Streubel, J. Siepmann; R. Bodmeier: Floating Microparticles Based on Low Density Foam Powder, International Journal of Pharmaceutics, 241, 279-292 (2002).

86. M. Gonzales Ferreiro, L. Tillman, G.E. Hardee, R. Bodmeier: Alginate/Poly-L-Lysine Microparticles for the Intestinal Delivery of Antisense Oligonucleotides, Pharmaceutical Research, 19 (6), 755-764 (2002).

87. M. Gonzales Ferreiro, R.M. Crooke, L. Tillman, G.E. Hardee, R. Bodmeier: Stability of Polycationic Complexes of an Antisense Oligonucleotide in Rat Small Intestine Homogenates, European Journal of Pharmaceutics and Biopharmaceutics, 55, 19-26 (2003).

88. A. Streubel, J. Siepmann, R. Bodmeier: Floating matrix tablets based on low density foam powder: effects of formulation and processing parameters on drug release, European Journal of Pharmaceutical Sciences, 18, 37-45 (2003).

89. A. Streubel, J. Siepmann, R. Bodmeier: Multiple unit gastroretentive drug delivery systems: A new preparation method for low density microparticles, Journal of Microencapsulation, 20 (3), 329-347 (2003).

91. M. Hombreiro-Pérez, J. Siepmann, C. Zinutti, A. Lamprecht, N. Ubrich, M. Hoffman, R. Bodmeier, P. Maincent: Non-degradable microparticles containing a hydrophilic and/or a lipophilic drug: Preparation, characterization and drug release modeling, Journal of Controlled Release, 88, 413-428 (2003).

92. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Blends of enteric and GIT-insoluble polymers used for film coating: Physicochemical characterization and drug release patterns, Journal of Controlled Release, 89, 457-471 (2003).

93. K. Wagner, R. Bodmeier: Improvement of the Low Temperature Stability of an Aqueous Colloidal Ethylcellulose Dispersion, Aquacoat ECD, and Preparation/Characterization of a Redispersible Aquacoat ECD Powder, Drug Development and Industrial Pharmacy, 29(3), 267-275 (2003).

94. T. Bussemer, N.A. Peppas, R. Bodmeier: Time dependent mechanical properties of polymeric coatings used in rupturable pulsatile release dosage forms, Drug Development and Industrial Pharmacy, 29(6), 623-630 (2003).

95. T. Bussemer, N.A. Peppas, R. Bodmeier: Evaluation of the swelling, hydration, and rupturing properties of the swelling layer of a rupturable pulsatile drug delivery system, European Journal of Pharmaceutics and Biopharmaceutics, 56, 261-270 (2003).

96. T. Bussemer, R. Bodmeier: Formulation Parameters Affecting the Performance of Coated Gelatin Capsules With Pulsatile Release Profiles. International Journal of Pharmaceutics, 267, 59-68 (2003).

97. N. Pearnchob, R. Bodmeier: Formulation Dry Polymer Powder Coating and Comparison with Conventional Liquid-based Coatings for Eudragit® RS, Ethylcellulose and Shellac. European Journal of Pharmaceutics and Biopharmaceutics, 56(3) 363-369 (2003).

98.    N. Pearnchob, J. Siepmann, R. Bodmeier: Pharmaceutical Applications of Shellac: Moisture Protective and Taste Masking Coatings and Extended Release Matrix Tablets. Drug Development and Industrial Pharmacy, 29(8) 925-938 (2003).

99.    K. Elkharraz, A. Dashevsky, R. Bodmeier: Microparticles Prepared by Grinding of Polymeric Films. Journal of Microencapsulation, 20(5) 661-673 (2003).

100.    J. Herrmann, R. Bodmeier: Degradation Kinetics of Somatostatin in Aqueous Solution. Drug Development and Industrial Pharmacy, 29(9) 1027-1033 (2003).

101.    N. Pearnchob, R. Bodmeier: Coating of Pellets with Micronized Ethylcellulose Particles by a Dry Powder Coating Technique, International Journal of Pharmaceutics, 268, 1-11 (2003).

102.    T. Bussemer, A. Dashevsky, R. Bodmeier: A Pulsatile Drug Delivery System Based on Rupturable Coated Hard Gelatin Capsules. Journal of Controlled Release, 93, 331-339 (2003).

103.    N. Pearnchob, A. Dashevsky, J. Siepmann, R. Bodmeier: Shellac used as coating material for solid pharmaceutical dosage forms: Understanding the effects of formulation and processing variable. S.T.P.Pharma Sciences, 13(6) 387-396 (2003).

104.    N. Pearnchob, R. Bodmeier: Dry Powder Coating of Pellets with Micronized Eudragit® RS for Extended Drug Release, Pharmaceutical Research, 20(12) 1970 – 1976 (2003).

105.    N. Pearnchob, A. Dashevsky, R. Bodmeier: Improvement in the Disintegration of Shellac-Coated Soft Gelatin Capsules in Simulated Intestinal Fluids. Journal of Controlled Release, 94, 313-321 (2004).

106.    A. Dashevsky, T. Bussemer, A. Mohamad, R. Bodmeier: Process and formulation variables affecting the performance of a rupturable capsule-based drug delivery system with pulsatile drug release, Drug Development and Industrial Pharmacy, 30(2) 171-179 (2004).

107.    F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Polyme blends used for the coating of multiparticulates: Comparison of aqueous and organic coating techniques, Pharmaceutical Research, 21 (5) 882-890 (2004).

108.    A. Dashevsky, K. Kolter, R. Bodmeier: pH-independent release of a basic drug from pellets coated with the extended release polymer dispersion Kollicoat® SR 30 D and the enteric polymer dispersion Kollicoat® MAE 30. European Journal of Pharmaceutics and Biopharmaceutics, 58 45-49 (2004).

109.    U. Werner, C. Damge, P. Maincent, R. Bodmeier: Properties of in situ gelling nasal inserts containing estradiol/methyl ß-cyclodextrin. Journal of Drug Delivery Science and Technology, 14 (4) 275-284 (2004).

110. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Polyme blends used for the aqueous coating of solid dosage forms: importance of the type of plasticizer, Journal of Controlled Release, 99, 1-13 (2004).

111. S. Sungthongjeen, S. Puttipipatkhachorn, O. Paeratakul, A. Dashevsky, R. Bodmeier: Development of pulsatile release tablets with swelling and rupturable layers. Journal of Controlled Release, 95, 147-159 (2004).

112. A. Dashevsky, K. Kolter, R. Bodmeier: Compression of pellets with various aqueous polymer dispersions. International Journal of Pharmaceutics, 279, 19-26 (2004).

113. N. Ubrich, C. Schmidt, R. Bodmeier, M. Hoffman, P. Maincent: Development of cyclosporin-loaded Eudragit® RS/RL nanoparticles and their oral evaluation in rabbits. International Journal of Pharmaceutics, 288, 169-175 (2005).

114. A. Dashevsky, K. Wagner, K. Kolter, R. Bodmeier: Physicochemical and release properties of pellets coated with Kollicoat SR 30D, a new aqueous colloidal polyvinyl acetate dispersion for extended release. International Journal of Pharmaceutics, 290, 15-23, (2005).

115. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Blends of aqueous polymer dispersions used for pellet coating: Importance of the particle size. Journal of Controlled Release, 105, 226-239, (2005).

116. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: pH-sensitive polymer blends used as coating materials to control drug release from spherical beads: Elucidation of the underlying mass transport mechanisms. Pharmaceutical Research, 22, 1129-1141 (2005).

117. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: pH-sensitive polymer blends used as coating materials to control drug release from spherical beads: Importance of the type of core. Biomacromolecules, 6, 2074-2083 (2005).

118. M. Ciper, R. Bodmeier: Preparation and characterization of novel fast disintegrating capsules (Fastcaps) for administration in the oral cavity. International Journal of Pharmaceutics, 303, 62-71, (2005).

119. H. Friedrich, A. Nada, R. Bodmeier: Solid state and dissolution rate characterisation of co-ground mixtures of nifedipine and hydrophilic carriers. Drug Development and Industrial Pharmacy, 31 (8), 719 – 728 (2005).

120. U. Bertram, R. Bodmeier: In situ gelling, bioadhesive nasal inserts for extended drug delivery: in-vitro characterization of a new nasal dosage form. European Journal of Pharmaceutical Sciences, 27(1), 62 – 71 (2006).

121. X. Luan, R. Bodmeier: In situ forming microparticle system for controlled delivery of leuprolide acetate: influence of the formulation and processing parameters. European Journal of Pharmaceutical Sciences, 27, 143-149 (2006).

122. H. Friedrich, B. Fussnegger, K. Kolter, R. Bodmeier: Dissolution rate improvement of poorly water-soluble drugs obtained by absorbing solutions of drugs in hydrophilic solvents onto high surface area carriers. European Journal of Pharmaceutics and Biopharmaceutics, 62, 171-177 (2006).

123. M. Ciper, R. Bodmeier: Modified conventional hard gelatin capsules as fast disintegrating dosage form in the oral cavity. European Journal of Pharmaceutics and Biopharmaceutics, 62, 178-184 (2006).

124. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Aqueous HPMCAS coatings: Effects of formulation and processing parameters on drug release and transport mechanisms. European Journal of Pharmaceutics and Biopharmaceutics, 63, 262-269 (2006).

125. H. Friedrich, B. Fussnegger, R. Bodmeier: Solid dispersions based on PEG/polymer blends prepared by the melting method. European Journal of Pharmaceutical Sciences, in press.

126. H. Friedrich, B. Fussnegger, R. Bodmeier: Characterisation and stability of solid dispersions based on PEG/polymer blends. International Journal of Pharmaceutics, submitted.

127. U. Bertram, R. Bodmeier: Effect of polymer molecular weight and of polymer blends on the properties of rapidly gelling nasal inserts. Pharmaceutical Research, submitted.

128. U. Bertram, R. Bodmeier: Parameters affecting the drug release from in situ gelling nasal inserts. European Journal of Pharmaceutics and Biopharmaceutics, in press.

129. X. Luan, M. Skupin, J. Siepmann, R. Bodmeier: Key parameters affecting the initial release (burst) and encapsulation efficiency of peptide-containing poly(lactide-co-glycolide) microparticles. International Journal of Pharmaceutics, in press.

130. X. Luan, R. Bodmeier: Influence of the poly(lactide-co-glycolide) type on the leuprolide release from in situ forming microparticle systems. Journal of Controlled Release, in press.

131. X. Luan, R. Bodmeier: Modification of the tri-phasic drug release pattern of leuprolide acetate-loaded poly(lactide-co-glycolide) microparticles. European Journal of Pharmaceutics and Biopharmaceutics, in press.

132. U. Bertram, M.C. Bernard, J. Haensler, P. Maincent, R. Bodmeier: In situ gelling nasal inserts for influenza vaccine delivery. Pharmaceutical Research, submitted.

133. S. Jaraswekin, S. Prakongpan, R. Bodmeier, Effect of poly(lactide-co-glycolide) molecular weight on the release of dexamethasone sodium phosphate from microparticles. Journal of Microencapsulation, submitted.

**BOOK CHAPTERS:**

1. R. Bodmeier, O. Paeratakul: Suspensions and Dispersible Dosage Forms of Multiparticulates, in: Multiparticulate Oral Drug Delivery (editor, I. Ghebre-Sellassie), Marcel Dekker, 143-157 (1994).

2. R. Bodmeier, O. Paeratakul, X. Guo: Process and Formulation Factors Affecting the Drug Release from Pellets Coated with the Ethylcellulose Pseudolatex Aquacoat, in: Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, 2nd edition (editor, J. W. McGinity), Marcel Dekker, 55-80 (1996).

3. R. Bodmeier, J. Herrmann: Waxes, in: Encyclopedia of Pharmaceutical Technology Vol. 16 (editors, J. Swarbrick, J.C. Boylan), Marcel Dekker, 335-361 (1997).

4. R. Bodmeier, P. Maincent: Polymeric Dispersions as Drug Carriers, in: Pharmaceutical Dosage Forms: Disperse Systems, 2nd edition, volume 3 (editors, H. Lieberman, M. Rieger, G. Banker), Marcel Dekker, 87-127 (1998).

5. R. Bodmeier, J. Siepmann: Non-Degradable Polymers for Drug Delivery, in: Encyclopedia of Controlled Delivery (editor, E. Mathiowitz), John Wiley&Sons, 664-689 (1999).

6. C.A. Finch, R. Bodmeier: Microencapsulation, in: Ullman's Encyclopedia of Industrial Chemistry, Electronic Release, 6th ed, Wiley-VCH, Weinheim (2000).

7. C.-M- Chang, R. Bodmeier: Application of Monoglyceride-Based Liquid Crystals as Extended Release Drug Delivery Systems, in Surfactant Science Series "Bicontinuous Structured Liquid Crystals". (editors M. L. Lynch and P. T. Spicer), Marcel Dekker, submitted.

8. T. Bussemer, R. Bodmeier: Multiparticulate pulsatile drug delivery systmes, in "Microencapsulation". (editor S. Benita), Marcel Dekker, submitted.

**REVIEW ARTICLES:**

1. R. Bodmeier: Tableting of Coated Pellets, European Journal of Pharmaceutics and Biopharmaceutics, 43, 1-8 (1997).

2. R. Bodmeier: Polymeric Nanoparticles as Drug Carriers, Srinakharinwirot Journal of Pharmaceutical Sciences, 2(1), 88-95 (1997).

3. J. Siepmann, R. Bodmeier: Hydroxypropylmethyl Cellulose Based Controlled Drug Delivery Systems, Srinakharinwirot Journal of Pharmaceutical Sciences, 4, 92-102 (1999).

4. R. Bodmeier, A. Dashevsky: Compaction of Controlled-Release Pellets, BASF ExAct, 4, 2-4 (2000).

5. T. Bussemer, R. Bodmeier: A Review of Pulsatile Drug Delivery, American Pharmaceutical Review, 4(4), 18-24 (2001).

6. T. Bussemer, R. Bodmeier: A Review of Pulsatile Drug Delivery, Critical Review in Therapeutic Drug Carrier Systems, 18(5), 433-458 (2001).

7. N. Pearnchob, A. Dashevsky, R. Bodmeier: Coating with extended release Polymers, BASF ExAct, 12 (6) 2-5 (2004).

**PATENTS AND PATENT APPLICATIONS:**

1. R. Bodmeier: Polymer-Mikropartikel oder -Pellets mit verzögerter Wirkstofffreisetzung, Verfahren zu ihrer Herstellung ohne Verwendung von organischen Lösungsmitteln und ihre Verwendung. German Patent DE 41 22 591, 1993.

2. B. Oshlack, M. Chasin, J.W. McGinity, R. Bodmeier: Aqueous Dispersions of Zein and Preparation thereof. U.S. Patent 5,324,351, 1994.

3. B. Oshlack, J.W. McGinity, M. Chasin, R. Bodmeier: Controlled Release Coatings Derived from Aqueous Dispersions of Zein. U.S. Patent 5,356,467, 1994.

4. R. Bodmeier, C. Chang: Cosmetic Powders. U.S. Patent Application Serial No. 08/191,492, 1994.

5. J.W. McGinity, T.G. Gerding, R. Bodmeier: Stick Formulations and Uses thereof for Topical Drug Delivery. U.S. Patent 5,597,847, 1997.

6. J.W. McGinity, T.G. Gerding, R. Bodmeier: Stick Formulations and Uses thereof for Topical Drug Delivery. U.S. Patent 5,622,993, 1997.

7. R. Bodmeier, U. Kositprapra: Partikuläre Wirkstoffsysteme. Offenlegungsschrift DE 196 19 150 A1, 1997.

8. R. Bodmeier, I. Krögel: Abgabevorrichtung mit programmierter Wirkstofffreisetzung, Offenlegunsschrift DE 196 19 050 A1, 1997.

9. R. Bodmeier: Zubereitung mit retardierter Wirkstofffreisetzung. Offenlegungsschrift DE 196 19 313 A1, 1997.

10. R. Bodmeier, J.W. McGinity: Pharmacological and Chemical Excipient Compositions and Uses thereof in Slow-Release Preparations. U.S. Patent Application, December 1997.

11. R. Bodmeier, J.W. McGinity: Zusammensetzungen, die die Wirkstofffreisetzung verzögern. Offenlegungsschrift DE 197 25 911 A1, 1998.

12. R. Bodmeier: Verfahren zur in-situ Herstellung von Partikeln. Offenlegungsschrift DE 197 24 784 A1, 1998.

13. R. Bodmeier: Multiphase System. PCT Application, WO 98/55100, 1998.

14. R. Bodmeier, J.W. McGinity: Compounds which Delay the Release of Active Substances. PCT Application, WO 98/56359, 1998.

15. R. Bodmeier: Multiphasen-Systeme. Offenlegungsschrift DE 198 11 951 A1, 1999.

16. R. Bodmeier, J.W. McGinity: Redispergierbare Polymerpulver. Offenlegungsschrift 198 11 951 A1, 1999.

17. R. Bodmeier, J.W. McGinity: A Method for Improving the Dispersion of Redispersible Polymer Powders. U.S. Patent Application, 1999.

18. R. Bodmeier, P. Maincent: Preparation with Prolonged Retention Time at the Site of Application. PCT Application WO 99/30683, 1999.

19. R. Bodmeier: Darreichungsform zur Applikation in Körperöffnungen. German Patent Application DE 199 22 537, 1999.

20. R. Bodmeier: Kapsel mit kontrollierter Freisetzung, German Patent Application DE 199 23 817, 1999.

21. R. Bodmeier: Implantate. German Patent Application, DE 100 01 683, 2000.

22. R. Bodmeier: Partikel/Implantate. German Patent Application DE 100 01 682, 2000.

23. R. Bodmeier: Retardpartikeldispersion. German Patent Application DE 100 44 545, 2000.

24. R. Bodmeier, P. Maincent: Zubereitungen mit verlängerter Verweildauer am Applikationsort, German Patent 197 56 314, 2000.

25. R. Bodmeier: Form of Administration for Applying in Body Orifices. PCT-Application WO 00/67723, 2000.

26. R. Bodmeier: Controlled Active Substance Release Capsule, PCT Application WO 00/69419, 2000.

27. R. Bodmeier: Implantate/Partikel. PCT Application PCT/DE 01/00179, 2001.

28. K. Kolter, R. Bodmeier, A. Dashevskiy: Kombination von Polyvinylacetat von wasserunlöslichen, säureunlöslichen oder alkaliunlöslichen Polymeren zur Herstellung von Filmüberzügen mit sehr kontrollierter Freisetzung un hoher Stabilität. Offenlegungsschrift DE 102 11 289 A1, 2003.

**ABSTRACTS AND PROCEEDINGS:**

1. J.W. McGinity, R. Bodmeier, M. Harris: Ordered Mixes of Hydrophobic Drugs and a Directly Compressible Excipient -- Dissolution and Uniformity Properties, International Symposium on Powder Technology 81, Kyoto, Japan, September, 1981.

2. J.W. McGinity, Chi-Tze Ku, R. Bodmeier, M. Harris: Dissolution and Uniformity Properties of Ordered Mixes of Micronized Griseofulvin and a Directly Compressible Excipient, 129th APhA Annual Meeting, Las Vegas, USA, April, 1982.

3. J.W. McGinity, Chi-Tze Ku, R. Bodmeier, M. Harris: Ordered Mixes of Hydrophobic Drugs and a Directly Compressible Excipient -- Dissolution and Uniformity Properties, Proceedings of the International Powder Technology Conference, Kyoto, Japan, 734-741 (1982).

4. R. Bodmeier: Evaluation of Eudragit E30D and L30D as Retardant Binders in Controlled Release Theophylline Tablets, 2nd Annual Meeting of the Southwest Pharmaceutics Research Interest Group, Austin, USA, March, 1983.

5. J.W. McGinity, M. Yamamoto, R. Bodmeier: Preparation and Properties of Drug Containing dl-Polylactic Acid Microspheres, 32. Jahreskongreß der Arbeitsgemeinschaft für Pharmazeutische Verfahrenstechnik (APV), Mainz, Germany, May, 1984.

6. R. Bodmeier, M. Yamamoto, J.W.McGinity: Preparation and Release Properties of dl-Polylactic Acid Microspheres Containing Quinidine Sulfate, 36th Annual Meeting of the APhA Academy of Pharmaceutical Sciences, Philadelphia, USA, October, 1984.

7. J.W. McGinity, M. Yamamoto, R. Bodmeier: Physico-Chemical Properties of Biodegradable Microspheres Containing Quinidine Sulfate, Proceedings of the 4th Pharmaceutical Technology Conference, Edinburgh, Scotland, 1, 22-29 (1984).

8. R. Bodmeier, J.W. McGinity: Solvent Selection in the Preparation of dl-Polylactic Acid Microspheres, 39th Annual Meeting of the APhA Academy of Pharmaceutical Sciences, Minneapolis, USA, October, 1985.

9. R. Bodmeier, J.W. McGinity: Process Parameters in the Preparation of Biodegradable Microspheres by the Solvent Evaporation Method, 1st National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Washington, USA, Pharm. Res., 3(5), S-81 (1986).

10. R. Bodmeier, J. Frances, J.W. McGinity, H.N. Stevens: Extrusion-Spheronization of Wet Powder Masses. Some Technological Factors, 1st National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Washington, USA, Pharm. Res., 3(5), S-37 (1986).

11. R. Bodmeier J.W. McGinity: Preparation Variables of dl-Polylactic Acid Microspheres, Proceedings of the 4th International Pharmaceutical Technology Conference, Paris, France, 2, 168-172 (1986).

12. R. Bodmeier, M. Chariot, J. Frances. J.W. McGinity, H.N. Stevens: Process and Formulation Variables in Extrusion-Spheronization of Wet Powder Masses, Proceedings of the 4th International Pharmaceutical Technology Conference, Paris, France, 1, 293-300 (1986).

13. Y. Pramar, R. Bodmeier: Preparation and Evaluation of Chitosan Microcapsules, 2nd National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Boston, USA, Pharm. Res. 4(2) S-28 (1987).

14. Y. Pramar, J. Gutierrez-Rocca, J.W. McGinity, R. Bodmeier: Preparation and Evaluation of Microspheres Prepared by the Solvent Evaporation Method, 14th International Symposium on Controlled Release of Bioactive Materials, Toronto, Canada, August, 1987.

15. K.H. Oh, J.W. McGinity, R. Bodmeier: Drug Release from Biodegradable Blends of Low and High Molecular Weight Poly(dl-lactic acid), 47th International Congress of Pharmaceutical Sciences of Federation Internationale Pharmaceutique (F.I.P.), Amsterdam, The Netherlands, September, 1987.

16. Y. Pramar , R. Bodmeier: Microencapsulation of Drugs with Ionic Polysaccharides, 47th International Congress of Pharmaceutical Sciences of Federation Internationale Pharmaceutique (F.I.P.), Amsterdam, The Netherlands, September, 1987.

17. C. Deligiannis, Y. Pramar, R. Bodmeier: Preparation of Biodegradable Microparticulates Using a Spray-Drying Technique, 47th International Congress of Pharmaceutical Sciences of Federation Internationale Pharmaceutique (F.I.P.), Amsterdam, The Netherlands, September, 1987.

18. M.D. Coffin, R. Bodmeier, K.T. Chang, J.W. McGinity: The Influence of Process Parameters on the Formation of Poly(dl-lactide) Aqueous Latices, 6th International Symposium on Microencapsulation, Cavtat-Dubrovnik, Jugoslavia, September, 1987.

19. K.H. Oh, J.W. McGinity, R. Bodmeier: Plasticization of Biodegradable Films and Microspheres with Low Molecular Weight Polymeric Fractions, The Japanese-US Congress of Pharmaceutical Sciences, Honolulu, USA, December, 1987.

20. C. Deligiannis, Y. Pramar, R. Bodmeier: Formation and Evaluation of Biodegradable Microparticles Using a Spray-Drying Technique, The Japanese-US Congress of Pharmaceutical Sciences, Honolulu, USA, December, 1987.

21. M.D. Coffin, R. Bodmeier, K.T. Chang, J.W. McGinity: The Preparation, Characterization, and Evaluation of Poly(dl-Lactide) Aqueous Latices, The Japanese-US Congress of Pharmaceutical Sciences, Honolulu, USA, December, 1987.

22. Y. Pramar, R. Bodmeier: The Evaluation of Polysaccharides as Carrier Materials in Drug Delivery Systems, The Japanese-US Congress of Pharmaceutical Sciences, Honolulu, USA, December, 1987.

23. R. Bodmeier, J.W. McGinity: Solvent Selection in the Preparation of Drug-Loaded DL-Polylactic Acid Microspheres, Proceedings of the 6th Pharmaceutical Technology Conference, Canterbury, England, 1, 1-14 (1987).

24. R. Bodmeier, J.W. McGinity, J. Gutierrez-Rocca, S. Baker: The Effect of Low Molecular Weight Polymeric Fractions on the Drug Release from Polymeric Drug Delivery Systems, Proceedings of the 6th Pharmaceutical Technology Conference, Canterbury, England, 3, 421-424 (1987).

25. Y. Pramar, J. Gutierrez-Rocca, J.W. McGinity, R. Bodmeier: Preparation and Evaluation of Microspheres Prepared by the Solvent Evaporation Method, Proceedings of the 14th International Symposium on Controlled Release of Bioactive Materials, Toronto, Canada, August, 1987.

26. R. Bodmeier, C. Deligiannis: Drug Entrapment in Microspheres Prepared by the Solvent Evaporation Method, 34. Jahreskongreß der Arbeitsgemeinschaft für Pharmazeutische Verfahrenstechnik (APV), Hamburg, Germany, March, 1988.

27. R. Bodmeier, O. Paeratakul: Transdermal Therapeutic Systems (TTS) Prepared from Aqueous Latex Dispersions, 15th International Symposium on Controlled Release of Bioactive Materials , Basel, Switzerland, August, 1988.

28. R. Bodmeier, K.H. Oh: A Novel Approach to the Oral Delivery of Micro-and Nanoparticles, 15th International Symposium on Controlled Release of Bioactive Materials, Basel, Switzerland, August, 1988.

29. H. Chen, R. Bodmeier: Biodegradable Poly(lactide) Pellets Prepared by Direct Compression, 3rd National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 5(10), S-54 (1988).

30. O. Paeratakul , R. Bodmeier: Evaluation of Drug-Containing Films Prepared from Aqueous Latex Dispersions, 3rd National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 5 (10), S-56 (1988).

31. M.D. Coffin, R. Bodmeier, J.W. McGinity: The Influence of Process Parameters on the Formation and Stability of Poly(dl-lactide) Aqueous Latices, 3rd National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 5 (10), S-237 (1988).

32. O. Paeratakul, R. Bodmeier: Spherical Agglomeration of Water-Insoluble Drugs, 3rd National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 5 (10), S-255 (1988).

33.   R. Bodmeier, O. Paeratakul: Transdermal Therapeutic Systems (TTS) Prepared from Aqueous Latex Dispersions, Proceedings of the 15th International Symposium on Controlled Release of Bioactive Materials, Basle, Switzerland, 15, 146 (1988).

34.   R. Bodmeier, K.H. Oh: A Novel Approach to the Oral Delivery of Micro-and Nanoparticles, Proceedings of the 15th International Symposium on Controlled Release of Bioactive Materials, Basle, Switzerland, 15, 334 (1988).

35.   R. Bodmeier, O. Paeratakul: Microporous Membrane-Coated Tablets Prepared with Aqueous Latexes, 16th International Symposium on Controlled Release of Bioactive Materials, Chicago, USA, August, 1989.

36.   H. Chen, R. Bodmeier: Drug Release from Poly(Lactide) Pellets, 49th International Congress of Pharmaceutical Sciences of Federation Internationale Pharmaceutique (F.I.P.), Munich, Germany, September, 1989.

37.   R. Alex, R. Bodmeier: Microencapsulation of Water-Soluble Drugs Using the Solvent Evaporation Method, 49th International Congress of Pharmaceutical Sciences of Federation Internationale Pharmaceutique (F.I.P.), Munich, Germany, September, 1989.

38.   O. Paeratakul, H. Chen, R. Bodmeier: Formulation and Evaluation of Sustained Release Wax Matrices Formed Within Hard Gelatin Capsules, 4th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Atlanta, USA, Pharm. Res., 6(9), S-73 (1989).

39.   O. Paeratakul, R. Bodmeier: Drug Release from Beads Coated with Different Ethyl Cellulose Latexes, 4th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Atlanta, USA, Pharm. Res., 6(9), S-72 (1989).

40.   H. Bhagwatwar, R. Bodmeier: The Coating of Drug-Loaded Sugar Beads with Various Wax Formulations, 4th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Atlanta, USA, Pharm. Res., 6(9), S-73 (1989).

41.   R. Bodmeier, H. Chen, P. Tyle, P. Jarosz: Formulation of an Oral Suspension of Pseudoephedrine HCl Microspheres, 4th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Atlanta, USA, Pharm. Res., 6(9), S-104 (1989).

42.   O. Paeratakul, R. Bodmeier: Microporous Coatings Prepared from Aqueous Latexes, 4th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Atlanta, USA, Pharm. Res., 6(9), S-102 (1989).

43.   H. Chen, R. Bodmeier: Preparation of Drug-Containing Nanoparticles by the Solvent Evaporation Method, 4th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Atlanta, USA, Pharm. Res., 6(9), S-137 (1989).

44.   H. Bhagwatwar, H. Chen, R. Bodmeier: Preparation of Drug-Containing Wax Microspheres Using a Melt Dispersion Technique, 4th National Meeting of the

American Association of Pharmaceutical Scientists, AAPS, Atlanta, USA, Pharm. Res., 6(9), S-177 (1989).

45. R. Bodmeier, O. Paeratakul: Drug Release from Polymeric Films and Laminates Prepared from Aqueous Latexes, Proceedings of the 5th International Pharmaceutical Technology Conference, Paris, France, 2, 61-68 (1989).

46. R. Bodmeier, O. Paeratakul: Drug Release from Polymeric Films and Laminates Prepared from Aqueous Latexes, Proceedings of the 5th International Pharmaceutical Technology Conference, Paris, France, 2, 61-68 (1989).

47. R. Bodmeier, H. Chen: Preparation and Evaluation of Drug-Containing Polymeric Nanosuspensions, Proceedings of the 5th International Pharmaceutical Technology Conference, Paris, France, 2, 265-268 (1989).

48. R. Bodmeier, O. Paeratakul: Microporous Membrane-Coated Tablets Prepared with Aqueous Latexes, 16th International Symposium on Controlled Release of Bioactive Materials, Chicago, USA, 16, 68 (1989).

49. R. Bodmeier, O. Paeratakul: Microporous Membrane-Coated Tablets Prepared from Aqueous Latexes Containing Pore-Formers, 36. Jahreskongreß der Arbeitsgemeinschaft für Pharmazeutische Verfahrenstechnik (APV), Kiel, Germany, March, 1990.

50. R. Bodmeier, H. Chen: Drug-Containing Nanoparticles Prepared by Microfluidization or a Spontaneous Formation Technique, 36. Jahreskongreß der Arbeitsgemeinschaft für Pharmazeutische Verfahrenstechnik (APV), Kiel, Germany, March, 1990.

51. R. Bodmeier , O. Paeratakul: Spherical Agglomeration of Microparticles and Water-Insoluble Drugs, 2nd World Congress on Particle Technology, Kyoto, Japan, September, 1990.

52. R. Bodmeier, H. Chen, P. Tyle, and P. Jarosz: Spontaneous Formation and Redispersibility of Acrylic Colloidal Particles, 5th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Las Vegas, USA, Pharm. Res., 7(9), S-96 (1990).

53. H. Chen, R. Bodmeier: Stability of Cellulose Acetate and Cellulose Acetate Butyrate Latexes, 5th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Las Vegas, USA, Pharm. Res., 6(9), 7(9), S-95 (1990).

54. P.C. Kuo, R. Bodmeier: Preparation and Evaluation of Biodegradable Dexamethasone Sodium Phosphate and Dexamethasone Acetate Poly (dl-Lactide) Microparticles, 5th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Las Vegas, USA, Pharm. Res., 6(9), 7(9), S-95 (1990).

55. R. Bodmeier, H. Chen, H. Bhagwatwar: Polymer and Wax Microspheres Prepared by Emulsification Techniques, Bulletin Technique, Gattefossé Report, Journée Galénique, Saint-Rémy de Provence, France, 51-59 (1990).

56.    R. Bodmeier, O. Paeratakul: Process and Formulation Variables Affecting the Drug Release from Beads Coated with Aqueous Ethyl Cellulose Latexes, 10th Pharmaceutical Technology Conference, Bologna, Italy, April, 1991.

57.    R. Bodmeier, O. Paeratakul, H. Chen: Formation of Sustained Release Wax Matrices within Hard Gelatin Capsules in a Fluidized Bed System, 10th Pharmaceutical Technology Conference, Bologna, Italy, April, 1991.

58.    G.E. Hardee, G.W.R. Davidson III, H. Chen, R. Bodmeier: Microencapsulation of Antimicrobial Agents for Extended Release after Injection, 18th International Symposium on Controlled Release of Bioactive Materials, Controlled Release Society, 203-204, Amsterdam, The Netherlands, July, 1991.

59.    R. Bodmeier, O. Paeratakul, J. Wang: Prolonged Release Multiple-Unit Dosage Forms Based on Water-Soluble Cellulosic Polymers or Aqueous Latexes, 18th International Symposium on Controlled Release of Bioactive Materials, Controlled Release Society, 157-158, Amsterdam, The Netherlands, July, 1991.

60.    O. Paeratakul, R. Bodmeier: Not only Dry but also Wet Strength of Polymeric (Latex) Coatings, 6th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Washington, USA, Pharm. Res., 8(10), S-90 (1991).

61.    D. Wong, O. Paeratakul, R. Bodmeier: Combination of Hydroxypropyl Methylcellulose (HPMC) and Aqueous Latexes for Coating Purposes--> Flocculation, 6th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Washington, USA, Pharm. Res., 8(10), S-116 (1991).

62.    H. Chen, R. Bodmeier: Cross-Sectional Structures of and Drug Release from Polymeric Microspheres Prepared by the Solvent Evaporation Method, 6th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Washington, USA, Pharm. Res., 8(10), S-148 (1991).

63.    R. Bodmeier, O. Paeratakul: Process and Formulation Variables Affecting the Drug Release from Beads Coated with Aqueous Ethyl Cellulose Latexes, Proceedings of the 10th Pharmaceutical Technology Conference, Bologna, Italy, April 1991.

64.    R. Bodmeier, O. Paeratakul, H. Chen: Formation of Sustained Release Wax Matrices within Hard Gelatin Capsules in a Fluidized Bed System, Proceedings of the 10th Pharmaceutical Technology Conference, Bologna, Italy, April 1991.

65.    R. Bodmeier, O. Paeratakul, J. Wang: Prolonged Release Multiple-Unit Dosage Forms Based on Water-Soluble Cellulosic Polymers or Aqueous Latexes, Proceedings of the 18th International Symposium on Controlled Release of Bioactive Materials, Amsterdam, The Netherlands, 18, 157-158 (1991).

66.    G.E. Hardee, G.W.R. Davidson III, H. Chen, R. Bodmeier: Microencapsulation of Antimicrobial Agents for Extended Release after Injection, Proceedings of the 18th

International Symposium on Controlled Release of Bioactive Materials, Amsterdam, The Netherlands, 18, 203-204 (1991).

67. R. Bodmeier, O. Paeratakul: Mechanical Properties of Dry and Wet Polymeric Latex-Cast Films Determined by a Puncture Test, 38. Jahreskongreß der Arbeitsgemeinschaft für Pharmazeutische Verfahrenstechnik (APV), Regensburg, Germany, April, 1992.

68. R. Bodmeier, O. Paeratakul, R. Sarabia, P. Skultety: The Distribution of Plasticizers between Aqueous and Polymer Phases in Aqueous Colloidal Polymer Dispersions, 7th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Antonio, USA, Pharm. Res., 9(10), S-147 (1992).

69. D. Wong, R. Bodmeier: Physical Instability of Aqueous Colloidal Polymer Dispersions Caused by the Addition of Water-Soluble Cellulose Ethers, 7th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Antonio, USA, Pharm. Res., 9(10), S-147 (1992).

70. J. Herrmann, R. Oschmann, R. Bodmeier: Biodegradable, Peptide-Containing Microspheres; Effect of Preparation Method and Formulation Variables on Microsphere Properties, 7th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Antonio, USA, Pharm. Res., 9(10), S-203 (1992).

71. C.M. Chang, R. Bodmeier: The Use of Monoglycerides as Sustained Release Drug Carriers, 7th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Antonio, USA, Pharm. Res., 9(10), S-238 (1992).

72. J. Wang, I. Monod, R. Bodmeier: Preparation of Drug-Containing Microspheres by a Non-Aqueous Solvent Evaporation Method, 7th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Antonio, USA, Pharm. Res., 9(10), S-244 (1992).

73. R. Bodmeier, D. Wong: Flocculation of Aqueous Colloidal Polymer Dispersions Used in the Coating of Solid Dosage Forms, Proceedings of the 6th International Pharmaceutical Technology Conference, Paris, France, 5, 239 -242 (1992).

74. C. Remunan-Lopez, R. Bodmeier: Mechanical Properties and Water Vapor Transmission of Polysaccharide Films, 20th International Symposium on Controlled Release of Bioactive Materials, Controlled Release Society, Washington, USA, July, 1993.

75. J. Herrmann, R. Bodmeier: Peptide-Containing Biodegradable Microspheres Prepared by Modified Solvent Evaporation Methods, 20th International Symposium on Controlled Release of Bioactive Materials, Controlled Release Society, Washington, USA, July, 1993.

76.    D. Wong, B. Nguyen, R. Bodmeier: Hydrophilic Microspheres Prepared by a W/O-Emulsion Technique, 8th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 10(10), S-276 (1993).

77.    C.M. Chang, R. Bodmeier: Release of Bovine Serum Albumin from Monoglyceride Cubic Phase Drug Delivery Systems, 8th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 10(10), S-186 (1993).

78.    K. Buszello, R. Bodmeier: Interactions of Cationic Drugs with Poly(lactide) Polymers, 8th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 10(10), S-276 (1993).

79.    J. Herrmann, R. Bodmeier: Stability of Somatostatin in Aqueous Media, 8th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 10(10), S-233 (1993).

80.    J. Wang, R. Bodmeier: Sustained Release Polymeric Fibers Prepared by Wet Spinning Techniques, 8th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 10(10), S-276 (1993).

81.    C. Remunan-Lopez, R. Bodmeier: Characterization of Polysaccharide-Gelatin Complex Coacervation, 8th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 10(10), S-270 (1993).

82.    U. Kositprapa, J. Herrmann, R. Bodmeier: Interactions Between Cationic Drugs and the Anionic Surfactant, Sodium Lauryl Sulfate, 8th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 10(10), S-153 (1993).

83.    X. Guo, R. Sarabia, P. Skultety, R. Bodmeier: Effect of Anionic Counterions on the Water Uptake and Wet Mechanical Properties of Films Prepared from the Aqueous Colloidal Cationic Polymer Dispersions, Eudragit RS or RL 30D, 8th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 10(10), S-152 (1993).

84.    H. Wang, R. Bodmeier, D. Dixon, K. Johnston: Preparation of Polymeric Microparticles Using Supercritical Fluid Technology, 8th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Orlando, USA, Pharm. Res., 10(10), S-284 (1993).

85.    C.M. Chang, R. Bodmeier: Drug Release from and Water Uptake of Monoglycerides, 2nd US-Japan Symposium on Drug Delivery Systems, Maui, Hawaii, USA (1993).

86.    J. Herrmann, R. Bodmeier: Peptide-Containing Biodegradable Microspheres Prepared by Modified Solvent Evaporation Methods, Proceedings of the 20th International Symposium on Controlled Release of Bioactive Materials, Washington, USA, 20, 258-259 (1993).

87.    C. Remunan-Lopez, R. Bodmeier: Mechanical Properties and Water Vapor Transmission of Polysaccharide Films, Proceedings of the 20th International Symposium on Controlled Release of Bioactive Materials, Washington, USA, 20, 364-365 (1993).

88.    R. Bodmeier, X. Guo: The Effect of Buffer Species on the Drug Release from Beads Coated with Cationic Acrylic Polymer Dispersions, Eudragit RS 30D or RL 30D, European Journal of Pharmaceutical Sciences, 2(1,2) 109 (1994).

89.    J. Herrmann, R. Bodmeier: The Effect of the Microstructure on the Somatostatin Release from Poly(lactide) Microspheres, European Journal of Pharmaceutical Sciences, 2(1,2) 109 (1994).

90.    X. Guo, F.H. Ip, R. Bodmeier: Polyethylene Oxide Based Controlled Release Matrix Tablets. Pharm. Res., 11(10), S-155 (1994).

91.    D. Wong, R. Bodmeier: The Impact of the Use of Flocculated Colloidal Dispersions on the Drug Release from Drug-Containing Films and Coated Tablets, 9th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Diego, USA, Pharm. Res., 11(10), S-168 (1994).

92.    C.M. Chang, R. Bodmeier: Monoglyceride-Based Liquid Crystalline Topical Drug Delivery Systems, 9th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Diego, USA, Pharm. Res., 11(10), S-185 (1994).

93.    U. Kositprapa, R. Bodmeier: Ion-Pair Formation between Cationic Drugs and Anionic Surfactants, 9th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Diego, USA, Pharm. Res., 11(10), S-235 (1994).

94.    C. Remunan-Lopez, M.J. Alonso, R. Bodmeier: Drug-Containing Chitosan-Gelatin Microcapsules Prepared by Complex Coacervation, 9th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Diego, USA, Pharm. Res., 11(10), S-285 (1994).

95.    M. Sriwongjanya, R. Bodmeier: Microencapsulation of Drug-Loaded Ion Exchange Resins, 9th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Diego, USA, Pharm. Res., 11(10), S-319 (1994).

96.    R. Bodmeier, O. Paeratakul, X. Guo: Wet Mechanical Properties of Polymeric Coatings and their Implications for the Drug Release from Coated Dosage Forms, Proceedings of the 21th International Symposium on Controlled Release of Bioactive Materials, Nice, France, 21, 756-757 (1994).

97.    D. Wong, R. Bodmeier: Interactions Between Hydroxypropylmethylcellulose and Sodium lauryl sulfate, 10th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Miami, USA, Pharm. Res., 12(9), S-143 (1995).

98. P. O'Donnell, C. Wu, J. Wang, B. Oshlak, M. Chasin, R. Bodmeier, J.W. McGinity: Properties of a Pseudolatex of Zein: A Film-Forming Protein for Coating of Solid Dosage Forms, 10th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Miami, USA, Pharm. Res., 12(9), S-154 (1995).

99. X. Guo, C-B. Wu, R. Bodmeier, J.W. McGinity: Properties of Tablets Containing Film-Coated Beads, 10th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Miami, USA, Pharm. Res., 12(9), S-155 (1995).

100. X. Guo, Z. Dai, A. deLozanne, R. Bodmeier, J.W. McGinity: Characterization of Polymeric Films by Atomic Force Microscopy, 10th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Miami, USA, Pharm. Res., 12(9), S-172 (1995).

101. C.M. Chang, R. Bodmeier: Monoglyceride-Based Liquid Crystalline Injectable Drug Delivery Systems, 10th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Miami, USA, Pharm. Res., 12(9), S-228 (1995).

102. C. Remunan-Lopez, M.J. Alonso, R. Bodmeier: Chitosan Cross-Linked Films as Vehicles for Controlled Drug Delivery, Proceedings of the 1st World meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Budapest, Hungary, 327-328 (1995).

103. C. Remunan-Lopez, M.J. Alonso, T. Calleja, J.L. Vila-Jato, R. Bodmeier: Development of new Chitosan-Gelatin Microcapsules Produced by a Complex Coacervation Process, Proceedings of the 22th International Symposium on Controlled Release of Bioactive Materials, Seattle, USA, 22, 430-431 (1995).

104. R. Bodmeier: Polymeric Microparticles Prepared without Organic Solvents, Proceedings of the 10th International Symposium on Microencapsulation, Austin, USA, 21 (1995).

105. J. Herrmann, R. Bodmeier: The Effect of Preparation Conditions and Additives on the Morphology and in-vitro-Peptide Release of Polyester Microspheres, Proceedings of the 10th International Symposium on Microencapsulation, Austin, USA, 68 (1995).

106. X. Guo, R. Bodmeier: Effect of Leachable Additives on the Morphology of Microspheres Prepared by the Solvent Evaporation Method, Proceedings of the 10th International Symposium on Microencapsulation, Austin, USA, 69 (1995).

107. U. Kositprapa, R. Bodmeier: Microencapsulation of Ion-Pairs Formed between a Cationic Drug and an Anionic Surfactant by the Solvent Evaporation Method, Proceedings of the 10th International Symposium on Microencapsulation, Austin, USA, 70 (1995).

108. M. Sriwongjanya, R. Bodmeier: Microencapsulation of Naproxen Sodium-Loaded Cholestipol HCl, Proceedings of the 10th International Symposium on Microencapsulation, Austin, USA, 71 (1995).

109.  J. Herrmann, R. Bodmeier: Isothermal and Nonisothermal Decomposition Kinetics of the Peptide Drug Somatostatin in Aqueous Solution, 42nd Annual Congress of the International Association for Pharmaceutical Technology (APV), Mainz, Germany, European Journal of Pharmaceutics and Biopharmaceutics, 6 S, 108 (1996).

110.  F. Kuppler, M. Wesseling, R. Bodmeier: Development of a Method for Measuring the Tackiness of Acrylic and Cellulosic Polymer Coatings, 42nd Annual Congress of the International Association for Pharmaceutical Technology (APV), Mainz, Germany, European Journal of Pharmaceutics and Biopharmaceutics, 14 S, 138 (1996).

111.  K. Wagner, X. Guo, R. Bodmeier: Influence of Buffer Species and Counterions on Release and Hydratation Properties of Films/Coatings of the Cationic Polymer Dispersions, Eudragit RL/RS 30D, 42nd Annual Congress of the International Association for Pharmaceutical Technology (APV), Mainz, Germany, European Journal of Pharmaceutics and Biopharmaceutics, 19 S, 210 (1996).

112.  K. Fastnacht, R. Bodmeier: Influence of Freeze Drying Variables on the Morphological and Dissolution Properties of Rapidly Dissolving Hydrophilic Matrix Systems, 42nd Annual Congress of the International Association for Pharmaceutical Technology (APV), Mainz, Germany, European Journal of Pharmaceutics and Biopharmaceutics, 20 S, 213 (1996).

113.  Fischer-Carius, T.C. Wagner, S. Keitel, R. Bodmeier: A Screening of Excipients for Sustained Release Matrix Pellets, Produced by Extrusion/Spheronisation with NICA Equipment, 42nd Annual Congress of the International Association for Pharmaceutical Technology (APV), Mainz, Germany, European Journal of Pharmaceutics and Biopharmaceutics, 20 S, 214 (1996).

114.  Krögel, R. Bodmeier: Evaluation of the Floating Properties of Coated Drug Delivery Systems Containing Effervescent Excipients, 42nd Annual Congress of the International Association for Pharmaceutical Technology (APV), Mainz, Germany, European Journal of Pharmaceutics and Biopharmaceutics, 21 S, 218 (1996).

115.  M. Wesseling, R. Bodmeier: Curing Conditions Affecting the Drug Release from Coated Beads, 42nd Annual Congress of the International Association for Pharmaceutical Technology (APV), Mainz, Germany, European Journal of Pharmaceutics and Biopharmaceutics, 22 S, 224 (1996).

116.  R. Bodmeier, C.M. Chang: Solvent- or Drug-Induced Monoglyceride Based Drug Delivery Systems Transforming in-situ into a Highly Viscous Cubic Phase, 42nd Annual Congress of the International Association for Pharmaceutical Technology (APV), Mainz, Germany, European Journal of Pharmaceutics and Biopharmaceutics, 32 S, 502 (1996).

117.  Schmidt, R. Bodmeier: Formulation of Colloidal Polymer Particles into Oral Dosage Forms, 42nd Annual Congress of the International Association for Pharmaceutical Technology (APV), Mainz, Germany, European Journal of Pharmaceutics and Biopharmaceutics, 41 S, 538 (1996).

118. M. Wesseling, R. Bodmeier: Influence of Process and Formulation Variables on the Properties of Sustained Release Matrix- or Reservoir-Pellets Prepared by Rotor Granulation, 11th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Seattle, USA, Pharm. Res., 13(9), S-189 (1996).

119. Wong, R. Bodmeier: Development of a Mixed Binary Pharmaceutical Colloidal Dispersion, 11th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Seattle, USA, Pharm. Res., 13(9), S-276 (1996).

120. M. Sriwongjanya, R. Bodmeier: HPMC Tablet Containing Ion Exchange Resins, 11th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Seattle, USA, Pharm. Res., 13(9), S-281 (1996).

121. C.M. Chang, R. Bodmeier: Development of a Zero-Order Release Hard Gelatin Capsule Drug Delivery System, 11th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Seattle, USA, Pharm. Res., 13(9), S-297 (1996).

122. Krögel, R. Bodmeier: Evaluation of a Pulsatile Drug Delivery System Based on an Erodible Plug within an Insoluble Capsule Body. Pharmaceutical Research, 11th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Seattle, USA, Pharm. Res., 13(9), 13(9), S-304 (1996).

123. X. Guo, R. Bodmeier: Microparticles Prepared without Organic Solvent for Oral Controlled Release Applications, 11th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Seattle, USA, Pharm. Res., 13(9), S-314 (1996).

124. U. Kositprapa, R. Bodmeier: Characterization and Microencapsulation of Drug-Polysaccharides Complexes, 11th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Seattle, USA, Pharm. Res., 13(9), S-352 (1996).

125. X. Guo, J.W. McGinity, R. Bodmeier: The Influence of Plasticizers on the Properties and Drug Release Mechanism of Beads Coated with Aqueous Colloidal Polymer Dispersions, Proceedings of the 15th Pharmaceutical Technology Conference, Oxford, England, 19-21 (1996).

126. J. Siepmann, O. Paeratakul, R. Bodmeier: Modelling Plasticizer Uptake of Aqueous Polymer Dispersions, 12th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Boston, USA, Pharm. Res., 14(11), S-323 (1997).

127. K. Fastnacht, R. Bodmeier: Influence of PEG on the Concentration Range and the Yield of a Complex Coacervation System Consisting of Gelatin and Acacia, 12th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Boston, USA, Pharm. Res., 14(11), S-323 (1997).

128. K. Fastnacht, R. Bodmeier: Influence of Different Excipients on the Poperties of Fast Dissolving Dosage Forms Prepared by Freeze-Drying, 12th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Boston, USA, Pharm. Res., 14(11), S-524 (1997).

129.    X. Guo, R. Bodmeier: Mechanism Investigation of Aqueous Media on Drug Release from Pellets Coated with Aqueous Colloidal Polymer Dispersions, Eudragit RS 30D, 12th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Boston, USA, Pharm. Res., 14(11), S-537 (1997).

130.    J. Siepmann, A. Ainaoui, J.M. Vergnaud, R. Bodmeier: Calculation of the Dimensions of Drug-Polymer Devices Based on the Parameters of Diffusion, 12th National Meeting of the American Association of Pharmaceutical Scientists, AAPS, Boston, USA, Pharm. Res., 14(11), S-714 (1997).

131.    P. Maincent, P. Thouvenot, R. Bodmeier: Rapidly Dissolving Inserts for the Eye-Gamma Scintigraphic Studies, 4th US-Japan Symposium on Drug Delivery Systems, Kauai, USA, 47 (1997).

132.    Krögel, R. Bodmeier: Development of Floating or Pulsatile DDS Based on Effervescent Cores, Proceedings of the 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, 24, 273-274 (1997).

133.    Vázquez-Lantes, M. Sriwongjanya, R. Bodmeier: Encapsulation of Drug-Ion Exchange Complexes with an Oppositely Charged Polymer, Eudragit RS 100, Proceedings of the 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, 24, 275-276 (1997).

134.    C. Schmidt, R. Bodmeier: Incorporation of Colloidal Polymer Particles into Solid Dosage Forms, Proceedings of the 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, 24, 277-278 (1997).

135.    T. Freytag, A. Dashevsky, R. Mehta, G.E. Hardee, R. Bodmeier: Encapsulation of Oligonucleotides in Poly(lactide) Microspheres, Proceedings of the 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, 24, 657-658 (1997).

136.    R. Bodmeier, A. Dashevsky: In-Situ Formation of Polymeric Microparticles, Proceedings of the 11th International Symposium on Microencapsulation, Bangkok, Thailand, 53 (1997).

137.    R. Bodmeier: Formulation and Process Variables Affecting the Drug Release from Coated Dosage Forms, Proceedings of Symposium on Particulate Systems from Formulation to Production, Istanbul, Turkey, 81-82 (1997).

138.    T. Freytag, A. Dashevsky, L. Tillman, G.E. Hardee, R. Bodmeier: Influence of Microencapsulation Factors on the Encapsulation Efficiency and Release of an Oligonucleotide Drug, 13th Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Francisco, USA, PharmSci Supplement 1(1), S-202 (1998).

139.    H. Kranz, R. Bodmeier: A Biodegradable In situ-Forming System for Controlled Drug Release, 13th Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Francisco, USA, PharmSci Supplement 1(1), S-414 (1998).

140.  J. Siepmann, F. Lecomte, R. Bodmeier: Diffusion Controlled Drug Delivery: A New Method to Achieve Desired Release Profiles, 13th Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Francisco, USA, PharmSci Supplement 1(1), S-421 (1998).

141.  J. Siepmann, K. Podual, M. Sriwongjanya, N.A. Peppas, R. Bodmeier: A New Model Describing the Swelling and Drug Release Kinetics from HPMC Tablets, 13th Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Francisco, USA, PharmSci Supplement 1(1), S-423 (1998).

142.  X. Guo, R. Bodmeier: The Influence of Core Ingredients, Type of Drugs and Polymeric Coatings on Drug Release from Coated Dosage Forms, a Simulation Study Using a Self-Designed Release Device, 13th Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Francisco, USA, PharmSci Supplement 1(1), S-433 (1998).

143.  H. Kranz, R. Bodmeier: Mechanical Integrity of Biodegradable Polymer Films in the Dry and Wet State, 13th Meeting of the American Association of Pharmaceutical Scientists, AAPS, San Francisco, USA, PharmSci Supplement 1(1), S-589 (1998).

144.  Ainaoui, J. Siepmann, R. Bodmeier, J.M. Vergnaud: Calculation of the Dimensions of Dosage Forms with Controlled Release for in vivo Objective, Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Paris, France, 267-268 (1998).

145.  J. Siepmann, A. Ainaoui, J.M. Vergnaud, R. Bodmeier: Computer-Aided Design of Diffusion Controlled Drug Delivery Systems, Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Paris, France, 269-270 (1998).

146.  S. Hülsmann, T. Backensfeld, R. Bodmeier: Melt Extrusion - An Alternative Method for Enhancing the Dissolution Rate of 17β-Estradiol Tablets, Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Paris, France, 289-290 (1998).

147.  M. Wesseling, R. Bodmeier: Factors Influencing the Drug Release from Beads Coated with Aqueous Colloidal Ethylcellulose Dispersions or Organic Ethylcellulose Solutions, Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Paris, France, 339-340 (1998).

148.  Schmidt, R. Bodmeier: Delivery of Particles from Osmotically-Driven Devices, Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Paris, France, 351-352 (1998).

149.  H. Kranz, A. Dashevsky, P. Maincent, R. Bodmeier: Physico-Mechanical Properties of Biodegradable D,L-PLA and PLGA Films in the Dry and Wet State, Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Paris, France, 371-372 (1998).

150.   T. Langguth, M. Dittgen, R. Bodmeier: Influence of Preparation and Testing Conditions on the Drug Release of Dienogest from Hot Melt Acrylic Films, Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Paris, France, 377-378 (1998).

151.   K. Wagner, R. Bodmeier: Redispersibility of Freeze- und Spray-Dried Ethylcellulose-Dispersion (AQUACOAT®), Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Paris, France, 399-400 (1998).

152.   K. El-Kharraz, A. Dashevsky, R. Bodmeier: Microparticles Prepared by Grinding of Films, Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology - APGI/APV, Paris, France, 555-556 (1998).

153.   M. Wesseling, R. Bodmeier: Drug Release From and Compressibilty of a Multiparticulate Matrix-type Drug Delivery System, Proceedings of the 26 International Symposium on Controlled Release of Bioactive Materials, Boston, USA, 26, 753-754 (1999)

154.   J. Siepmann, H. Kranz, N.A. Peppas, R. Bodmeier: A New Model Elucidating the Transport Mechanisms and Predicting the Release Kinetics From HPMC Matrices, Proceedings of the 26 International Symposium on Controlled Release of Bioactive Materials, Boston, USA, 26, 994-995 (1999)

155.   Schmidt, M. Wesseling, R. Bodmeier: Suspenmsion Vehicle Effects on the Drug Release From Multiparticle Systems, Proceedings of the 26 International Symposium on Controlled Release of Bioactive Materials, Boston, USA, 26, 996-997 (1999)

156.   H. Kranz, R. Bodmeier: Peptide Release From a Novel Biodegradable In-situ Forming Microparticle (ISM) System, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-141, (1999)

157.   W. Im-Emsap, A. Dashevsky, R. Bodmeier: Extended Drug Release From Compressed Water-insoluble Plasticized Polymer Matrices, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-373, (1999)

158.   X.G. Guo, R. Bodmeier, J.W. McGinity: The Influence of Plasticizers on Polymer Properties and Stability of Beads Coated With Eudragit RS 30D, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-379, (1999)

159.   Dashevsky, K. Wagner, A. Krause, K. Kolter, R. Bodmeier: Coating of Pellets With a New Aqueous Polymer Dispersion, Kollicoat® SR 30D, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-384, (1999)

160. Dashevsky, K. Wagner, K. Kolter, R. Bodmeier: Compaction of Pellets Coated With a New Aqueous Polymer Dispersion Kollicoat® SR 30D, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-385, (1999)

161. T. Bussemer, R. Bodmeier: Pulsatile Drug Release From Coated Capsules, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-434, (1999)

162. M.C. Vázquez Lantes, A. Dashevsky, R. Bodmeier: Pulsatile Drug Release From Tablets Containing ION Exchange Resins, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-434, (1999)

163. H. Kranz, P. Maincent, N. Ubrich, R. Bodmeier: Physico-mechanical Properties of Biodegradable D,L-PLA and PLGA Films, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-479, (1999)

164. H. Kranz, M. Thomas, J. Napaporn,, R.L. Martin, W. Millard, G.A. Brazeau, R. Bodmeier: Myotoxicity Studies of Injectable Biodegradable In-situ Forming Drug Delivery Systems, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-479, (1999)

165. M. Gonzalez Ferreiro, L. Tillman. C. Teng, G. Hardee, R. Bodmeier: Characterisation of the Complexation Between Antisense Oligonucleotide and Polycationic Substances, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-628, (1999)

166. T. Freytag, A. Dashevsky, L. Tillman, G. Hardee, R. Bodmeier: Encapsulation of an Oligonucleotide-Quarternary Alkyl Ammonium Salt Within Biodegradable Microparticles, 14th Meeting of the American Association of Pharmaceutical Scientists, AAPS, New Orleans, USA, PharmSci Supplement 1 (1), S-628, (1999)

167. R. Bodmeier: In-situ Formation of Biodegradable Micorparticles, Proceedings of the 12th International Symposium on Microencapsulation, London, England (1999).

168. T. Bussemer, R. Bodmeier: Coated Hard Gelatin Capsules with a Pulsatile Drug Release Profile AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

169. Streubel, J. Siepmann, R. Bodmeier: Multi-Layer Matrix Tablets with Bimodal Drug Release - Effect of Process and Formulation Parameters Profile AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

170. R. Bodmeier: Processes and Polymers for the Microencapsulation of Drugs AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

171. M. Dittgen, T. Langguth, S. Geilsdorf, R. Bodmeier: Influence of Crospovidone on Properties of 17-a Estradiol Containing Acrylic Matrix Patches AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

172. W. Im-Emsap, G. A. Brazeau, J. W. Simpkins, R. Bodmeier: Sustained Drug Delivery of 17-b Estradiol from Injectable Biodegradable In Situ Forming Microparticles (ISM) System AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

173. W. Im-Emsap, R. Bodmeier: In Vitro Drug Release from In Situ Forming Microparticles (ISM) - Systems with Dispersed Drug AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

174. H. Kranz, E. Yilmaz, G. A. Brazeau, R. Bodmeier: In-Vitro and In-Vivo Drug Release from a Biodegradable In-Situ Forming Microparticle (ISM) System. AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

175. R. Ahmed, A. Dashevsky, R. Bodmeier: Sterilization of Pure Monoglyceride (MG) and In Situ Cubic Phase Forming Formulations AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

176. S. C. Catharino, R. Bodmeier: Formation of Biodegradable Poly(lactide-co-glycolide) (PLG) Solutions Just Prior to Injection by a Novel Reconstitution Technique of PLG-Sponges or Powder for the In Situ Formation of Implants AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

177. Dashevsky, A. Krause, K. Kolter, R. Bodmeier: Compaction of Pellets Coated with a New Aqueous Polymer Dispersion, Kollicoat® SR 30 D AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

178.    Dashevsky, A. Krause, K. Kolter, R. Bodmeier: Stability of Ibuprofen - Pellets Coated
with a New Aqueous Polymer Dispersion, Kollicoat® SR 30 D AAPS PharmSci 2000
AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

179.    H. Friedrich, A. Dashevsky, B. Fussnegger, K. Kolter, R. Bodmeier: Dissolution
Improvement of Poorly Water Soluble Drugs Using Hydrophilic Fluids and Highly
Porous Materials AAPS PharmSci 2000 AAPS Annual Meeting Supplement. 2000; 2
(4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

180.    N. Pearnchob, A. Dashevsky, R. Bodmeier: Disintegration Behavior and Mechanical
Properties of Shellac-Coated Soft Gelatin Capsules AAPS Annual Meeting
Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

181.    M. González Ferreiro, L. Tillman, G. Hardee, R. Bodmeier: Physical Stability and
Freeze-Drying of Complexes of Antisense Oligonucleotides with Protamine Sulfate
AAPS Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

182.    J. Siepmann, A. Streubel, N. A. Peppas, R. Bodmeier: Drug Release Mechanisms
from HPMCAS (Hydroxypropyl Methylcellulose Acetate Succinate) Matrices AAPS
Annual Meeting Supplement. 2000; 2 (4)
Available from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

183.    J. Siepmann, H. Kranz, N.A. Peppas, R. Bodmeier: Calculation of the Required Size
and Shape of HPMC Matrices to Achieve Desired Drug Release Profiles, Proceedings
of 3rd World Meeting on Pharmaceutics, Biopharmaceutics, Pharmaceutical
Technology, Berlin, Germany, 203-204, (2000).

184.    Streubel, J. Siepmann, A. Dashevsky, R. Bodmeier: Ph-independent Release of
Weakly Basic Drugs From Water-insoluble and –soluble Matrix Tablet, Proceedings
of 3rd World Meeting on Pharmaceutics, Biopharmaceutics, Pharmaceutical
Technology, Berlin, Germany, 207-208, (2000).

185.    M. González Ferreiro, L. Tillmann, G. Hardee, R. Bodmeier: Interaction Between
Chitosan Salts and Oligonucleotides and Characterization of the Formed Complexes,
Proceedings of 3rd World Meeting on Pharmaceutics, Biopharmaceutics,
Pharmaceutical Technology, Berlin, Germany, 301-302, (2000).

186.    R. Ahmed, A. Dashevsky, R. Bodmeier: In-situ Cubic Phase Formation of
Oligonucleotide – Monoglyceride Delivery Systems, Proceedings of 3rd World

Meeting on Pharmaceutics, Biopharmaceutics, Pharmaceutical Technology, Berlin, Germany, 303-304, (2000).

187. M. C. Vàzquez Lantes, P. Vieitez García, A. Dashevsky, R. Bodmeier: Preparation and Characterization of Lipid Microparticles Containing an Oligonucleotide Drug, Proceedings of 3rd World Meeting on Pharmaceutics, Biopharmaceutics, Pharmaceutical Technology, Berlin, Germany, 305-306, (2000).

188. M. Hombreiro Pérez, C. Zinutti, A. Lamprecht, N. Ubrich, M. Hoffman, R. Bodmeier, P. Maincent: In Vitro Evaluation of Microparticles Containing Both a Lipophilic and a Hydrophilic Drug, Proceedings of 3rd World Meeting on Pharmaceutics, Biopharmaceutics, Pharmaceutical Technology, Berlin, Germany, 359-360, (2000).

189. H. Kranz, G. A. Brazeau, R. Bodmeier: A Novel In-situ- Forming Drug Delivery System (ISM) for Controlled Parenteral Drug Delivery, Proceedings of 3rd World Meeting on Pharmaceutics, Biopharmaceutics, Pharmaceutical Technology, Berlin, Germany, 363-364, (2000).

190. K. El-Kharraz, A. Dashevsky, R. Bodmeier: Drug Release from Polymeric Microparticles Prepared by Film Grinding, Proceedings of 3rd World Meeting on Pharmaceutics, Biopharmaceutics, Pharmaceutical Technology, Berlin, Germany, 373-374, (2000).

191. T. Bussemer, R. Bodmeier: Polymer-coated gelatin capsules with pulsatile drug release profiles, Proceedings of 3rd World Meeting on Pharmaceutics, Biopharmaceutics, Pharmaceutical Technology, Berlin, Germany, 505-506, (2000).

192. R. Ahmed, A. Dashevsky, R. Bodmeier: Reduced burst effect in drug release with solvent-treated microparticles prepared by the solvent evaporation method. Proceedings of the 27th International Symposium on controlled Release of Bioactive Materials, Paris, France , #6112, 297-298 (2000)

193. A. Streubel, J. Siepmann, R. Bodmeier: Bimodal drug release achieved with multilayer matrix tablets. Proceedings of the 27th International Symposium on controlled Release of Bioactive Materials, Paris, France , #6210, 397-398 (2000)

194. N. Ubrich, C. Schmidt, A. Astier, M. Hoffman, R. Bodmeier: Characterization of cyclosporine-loaded polymethacrylate nanoparticles and absorption in the rabbit after oral administration. Proceedings of the 27th International Symposium on controlled Release of Bioactive Materials, Paris, France , #6215, 407-408 (2000)

195. S. C. R. Catharino, A. Dashevsky, R. Bodmeier: Reconstitution of PLGA polymers (powder or lyphilized) in biocompatible solvents just prior to injection for the formation of in situ implants. Proceedings of the 27th International Symposium on controlled Release of Bioactive Materials, Paris, France , #7119, 720-721 (2000)

196. A. Streubel, J. Siepmann, R. Bodmeier: A new preparation method for floating microparticles using microporous carriers soaked with drug-polymer solution. AAPS PharmSci 2001 AAPS Annual Meeting Supplement. 2001, Vol. 3, No. 3

Availabe from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

197.    F. Zhang, J. Koleng, R. Bodmeier: Compound Excipient Prepared Via Hot-melt
        Extrusion Process. AAPS PharmSci 2001 AAPS Annual Meeting Supplement. 2001,
        Vol. 3, No. 3
        Availabe from:
        http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

198.    A. Streubel, J. Siepmann, R. Bodmeier: Development of floating controlled-release
        matrix tablets for gastric retention. AAPS PharmSci 2001 AAPS Annual Meeting
        Supplement. 2001, Vol. 3, No. 3
        Availabe from:
        http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

199.    M. Ciper, R. Bodmeier: Disintegration and mechanical properties of fast dissolving
        gelatin films for application in the oral cavity. AAPS PharmSci 2001 AAPS Annual
        Meeting Supplement. 2001, Vol. 3, No. 3
        Availabe from:
        http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

200.    N. Pearnchob, A. Dashevsky, R. Bodmeier: Dry Powder Coating of Pellets with
        Micronized Cellulosic and Acrylic Polymers. AAPS PharmSci 2001 AAPS Annual
        Meeting Supplement. 2001, Vol. 3, No. 3
        Availabe from:
        http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

201.    U. Werner, R. Bodmeier: Effect of Polymer Blends on the Properties of Fast
        Disintegrating Nasal Inserts. AAPS PharmSci 2001 AAPS Annual Meeting
        Supplement. 2001, Vol. 3, No. 3
        Availabe from:
        http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

202.    H. Kranz, N. Ubrich, P. Maincent, R. Bodmeier: Physicomechanical properties of
        biodegradable poly(D,L-lactide) and poly(D,L-lactide-co-glycolide) films in the dry
        and wet states. AAPS PharmSci 2001 AAPS Annual Meeting Supplement. 2001, Vol.
        3, No. 3
        Availabe from:
        http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

203.    H. Friedrich, B. Fussnegger, R. Bodmeier: Stability of amorphous drugs and the
        influence of polymers on drug recrystallisation. AAPS PharmSci 2001 AAPS Annual
        Meeting Supplement. 2001, Vol. 3, No. 3
        Availabe from:
        http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

204.    J. Siepmann, A. Streubel, R. Bodmeier, N. A. Peppas: The "sequential" layer model
        quantifying drug release from hydrophilic matrix tablets: experimental verification.
        AAPS PharmSci 2001 AAPS Annual Meeting Supplement. 2001, Vol. 3, No. 3

Availabe from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

205. T. Bussemer, R. Bodmeier: Time-Dependent Mechanical Properties of Wet Polymer Films used as Coatings in Rupturable Pulsatile Release Dosage Forms. AAPS PharmSci 2001 AAPS Annual Meeting Supplement. 2001, Vol. 3, No. 3, (2001) Availabe from:
http://www.aapspharmsci.org/scientificjournals/pharmsci/am_abstracts

206. A. Streubel, J. Siepmann, R. Bodmeier: Floating Microparticles Based on Foam Powder: Effect of The Type of Coating Polymer. 13th International Symposium on Microencapsulation, Angers, France, P-084, (2001).

207. A.R. Ahmed, A. Dashevsky, R. Bodmeier: Reduced Burst Release From Microparticles by Incorporating in Cubic Phase Forming System. 13th International Symposium on Microencapsulation, Angers, France, P-086, (2001).

208. M. Gonzaléz Ferreiro, L. Tillman, C. Teng, G. Hardee, R. Bodmeier: Antisense Oligonulcleotide Carriers Based on Alginate and Poly-L-Lysine. Proceedings of the 28th International Symposium on Controlled Release of Bioactive Materials, San Diego, California, USA, #7059, 1163 (2001)

209. U. Werner, R. Bodmeier: Nasal Inserts Based on Bioadhesive Hydrogels For The Controlled Release Delivery of Water Soluble Drugs. Proceedings of the 28th International Symposium on Controlled Release of Bioactive Materials, San Diego, California, USA, #5030, 209-210 (2001)

210. A. Dashevsky, T. Phan, T. Bussemer, R. Bodmeier: Multi-Layered Capsules With Pulsatile Drug Release. Proceedings of the 28th International Symposium on Controlled Release of Bioactive Materials, San Diego, California, USA, #6050, 710 (2001)

211. A. Streubel, J. Siepmann, R. Bodmeier: Floating Microparticles Based on Polymer-Coated Foam Powder. Proceedings of the 28th International Symposium on Controlled Release of Bioactive Materials, San Diego, California, USA, #6058, 726 (2001)

212. H. Friedrich, A. Nada, R. Bodmeier: Effect of Co-Grinding of Nifedipine with Various Excipients on its Physical State and Dissolution Behaviour. Proceedings of the 28th International Symposium on Controlled Release of Bioactive Materials, San Diego, California, USA, #6065, 740 (2001)

213. N. Pearnchob, J. Siepmann, M. Sturm, R. Bodmeier: Shellac Used for Moisture Protective and Taste Masking Coatings: Effect of Formulation and Processing Variables. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 75-76 (2002).

214. A. Dashevsky, K. Kolter, R. Bodmeier: pH Independent Extended Release from Kollicoat SR Coated Pellets. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 131-132 (2002).

215. H. Friedrich, B. Fussnegger, R. Bodmeier: A Comparison of Stability Data from DSC, X-Ray and Solubility Measurements of Amorphous Drug. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 443-444 (2002).

216. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Blends of Enteric and GIT-Insoluble Polymers for Film Coating: Physicochemical Characterization and Drug Release Patterns. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 601-602 (2002).

217. E. Yilmaz, R. Bodmeier: Drug Release from Injectable In-situ Gelling W/O-Emulsions Based on Temperature or pH-Sensitive Polymers. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 653-654 (2002).

218. U. Werner, W.-D. Hunnius, R. Bodmeier: Influence of Drug and Buffer Conditions on Drug Release and Water Uptake of Fast Disintergrating Nasal Inserts. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 1049-1050 (2002).

219. O. Bley, J. Siepmann, R. Bodmeier: Protective Polymer Coatings for a Moisture Sensitive Herbal Drug: Effect of Formulation and Processing Parameters. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 1103-1104 (2002).

220. A. Streubel, J. Siepmann, R. Bodmeier: Floating Microparticles Based on Foam Carriers Soaked with Drug-Polymer Solution: Optimizing Drug Release. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 1327-1328 (2002).

221. A.R. Achmed, A. Dashevsky, R. Bodmeier: Reduction of the Burst Release of PLGA Microparticles by Coating with Second Polymeric Layer. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 1365-1366 (2002).

222. W. Im-Emsap, R. Bodmeier: O/W in situ Forming Microparticle (ISM) Systems: Effect of Phase Ratio on Emulsion Viscosity, Injectability, Microparticle Size and Drug Release. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 1501-1502 (2002).

223. T. Bussemer, N. Peppas, R. Bodmeier: Simulation of the Rupture of a Pulsatile Drug Delivery System. Proc. 4th World Meeting ADRITELF/APGI/APV, Florence, Italy, 1541-1542 (2002).

224. U. Werner and R. Bodmeier: Effect of Methyl-ß-Cyclodextrind for the Complexation of Estradol on the Characteristics of Bioadhesive Nasal Inserts. Proceedings of the 29th International Symposium on Controlled Release of Bioactive Materials, Seoul, South Korea, #243 (2002).

225. D. Sticha and R. Bodmeier: The Use of Chitosan in pH-Triggered in situ Gelling Buccal Dosage Forms. Proceedings of the 29th International Symposium on Controlled Release of Bioactive Materials, Seoul, South Korea, #235 (2002).

226. A. Streubel, J. Siepmann, R. Bodmeier: Low density, floating matrix tablets for gastroretentive drug delivery: Effect of process and formulation parameters. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T3292 (2002).

227. N. Pearnchob, J. Siepmann, R. Bodmeier: Physicochemical characterization of shellac used as coating material in controlled drug delivery systems. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T3269 (2002).

228. N. Pearnchob, J. Siepmann, R. Bodmeier: Shellac used as matrix-forming polymer in controlled drug delivery systems. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T3196 (2002).

229. F. Lecomte, J. Siepmann, M. Walther, RJ. MacRae, R. Bodmeier: Coating of pellets with blends of enteric and GIT-insoluble polymers. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T3279 (2002).

230. F. Lecomte, J. Siepmann, M. Walther, RJ. MacRae, R. Bodmeier: Drug diffusion in blends of enteric and GIT-insoluble polymers. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract W5128 (2002).

231. O. Bley, J. Siepmann, R. Bodmeier: Protective polymer coatings for moisture sensitive herbal drugs: Importance of the glass transition temperature. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract W5109 (2002).

232. D. Sticha, R. Bodmeier: Effect Of Autoclaving On Various Properties Of Chitosan Solutions. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract R6259 (2002)

233. U. Werner, R. Bodmeier: Effect Of Polymer Molecular Weight On In Vitro Properties Of Fast Disintegrating Bioadhesive Nasal Inserts. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T3163 (2002)

234. A. Mohamad, T. Bussemer, A. Dashevsky, R Bodmeier: Development Of Pulsatile Drug Delivery System For Hard Gelatin Capsules Using Different Superdisintegrants. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T3181 (2002)

235. S. Sungthongjeen, S. Puttipipatkhachorn, A. Dashevsky, O. Paeratakul, R. Bodmeier: Development Of Pulsatile Tablets With Swellable And Rupturable Coatings. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract W4116 (2002)

236. W. Dong, A. Martinez Alvarez, R. Bodmeier: Effect Of Various Formulation Variables On The In Situ Formation Of Oral In Situ Forming Multiparticulates. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T3300 (2002)

237. A. Riaz Ahmed, R. Bodmeier: Drug Adsorption And Release From Preformed Porous Biodegradable Microparticles. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T3305 (2002)

238. V. Rocío López-Esguerra, R. Bodmeier: Parameters Affecting The Reconstitution Of In-situ Forming Biodegradable Plga-implant Systems In Organic Solvents. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T2337 (2002)

239. H. Friedrich, B. Fussnegger, R. Bodmeier: Suitability Of Amorphous Polymers For The Preparation Of Solid Dispersions Of Poorly Soluble Drugs By The Melting Method. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract T2347 (2002)

240. W. Im-Emsap, E. Janata, R. Bodmeier: Gamma Sterilization Of Injectable Biodegradable Poly (d,l-lactide-co-glycolide) And Poly (d,l-lactide) Solutions. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract R6263 (2002)

241. A. Dashevsky, K. Kolter, R. Bodmeier: Process Parameters Of Instant Release Film Coating With Kollicoat Ir. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract W5312 (2002)

242. M. Ciper, R. Bodmeier: Preparation And Characterization Of Fast Disintegrating Hard Capsules For Application In The Oral Cavity. 2002 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Toronto, Canada, Vol. 4, No. 4, Abstract W5316 (2002)

243. D. Sticha, R. Bodmeier: Thermosensitive Hydrogel Compositions for Buccal Drug Delivery. Proceedings of the 30th Annual Meeting on Controlled Release of Bioactive Materials, Glasgow, Scotland, United Kingdom, #471 (2003).

244. U. Werner, Ch. Damgé, P. Maincent, R. Bodmeier: In Vitro and In Vivo Comparison of Nasal Dosage Forms containing Estradiol. Proceedings of the 30th Annual Meeting on Controlled Release of Bioactive Materials, Glasgow, Scotland, United Kingdom, #494 (2003).

245. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Polymer Blends Used for the Coating of Solid Dosage Forms: Comparisons of Aqueous and Organic Coating Techniques. Proceedings of the 30th Annual Meeting on Controlled Release of Bioactive Materials, Glasgow, Scotland, United Kingdom, #755 (2003).

246. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Drug Release from Pellets Coated with Blends of GIT-Insoluble and Enteric Polymers Importance of the Type of Plasticizer. Proceedings of the 30th Annual Meeting on Controlled Release of Bioactive Materials, Glasgow, Scotland, United Kingdom, #756 (2003).

247. A. Streubel, J. Siepmann, C. Dietzsch, N.A. Peppas, R. Bodmeier: Comparison of Low and High Molecular Weight HPMC Types: Drug and Polymer Release From Matrix Tablets. Proceedings of the 30th Annual Meeting on Controlled Release of Bioactive Materials, Glasgow, Scotland, United Kingdom, #767 (2003).

248. J. Siepmann, A. Streubel, N.A. Peppas, R. Bodmeier: Calculation of the Erosion and Swelling Front Positions in Swellable Conrolled Release Tablets. Proceedings of the 30th Annual Meeting on Controlled Release of Bioactive Materials, Glasgow, Scotland, United Kingdom, #770 (2003).

249. K. Johannsen, J. Siepmann, R. Bodmeier: Alginate-Poloxamer Microparticles for Controlled Drug Delivery. 3rd International Galenos Intensive course and workshop on Liposome Technology and Applications in Therapeutics, Patras, Greece, (2003).

250. M. Körber, R. Bodmeier: Biodegradable in-situ forming microparticles containing lysozyme as a model protein. 3rd International Galenos Intensive course and workshop on Liposome Technology and Applications in Therapeutics, Patras, Greece, (2003).

251. C. Curbach, R. Bodmeier: Preparation Of Porous Particles For Lung Delivery Using Sugar Cores And Lipid Coatings. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract T3227 (2003).

252. F. Lecomte, J. Siepmann, M. Walther, R. Maccae, R. Bodmeier: Pellets Coated With Blends Of Enteric And Insoluble Polymers: Effect Of The Type Of Drug. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract W5128 (2003).

253. F. Lecomte, J. Siepmann, M. Walther, R. Maccae, R. Bodmeier Elucidation Of The Mechanisms Controlling Drug Release From Pellets Coated With Polymer Blends. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract W5129 (2003).

254. A. Mohamad, A. Dashevsky, R. Bodmeier: Development Of Multiparticulate Pulsatile Drug Delivery System. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract W5140 (2003).

255. I. Terebesi, R. Bodmeier:Extended Drug Release From Zein Coated Pellets: Effect Of Top-coatings On The Protection Against Pepsin And On The Drug Release. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract W5166 (2003).

256. H. Friedrich, B. Fussnegger, R. Bodmeier: Stability Of Solid Dispersions Prepared By A Melting Method. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract W5195 (2003).

257. A. Achmad, K. Kolter, A.Dashevsky, R. Bodmeier: Evaluation Of Kollicoat Ir As A Stabilizer In O/w-emulsions. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract T3256 (2003).

258. V. López-Esquerra, R. Bodmeier: Poly(lactide-co-glycolide)-lidocaine Sponges For The Reconstitution Of In Situ Forming Biodegradable Microparticle And Implant Systems. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract T3285 (2003).

259. X. Luan, M. Skupin, R. Bodmeier: Parameters Affecting The Initial Release Of Peptide-loaded Plga Microparticles. . 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract T3286 (2003).

260. H. Friedrich, B. Fussnegger, R. Bodmeier: Phase Separation Of Peg/pvp Solid Dispersions Induced By Humidity. . 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract T2254 (2003).

261. O. Bley, J. Siepmann, R. Bodmeier: Moisture Protective Polymer Coatings: Water Uptake Behavior And Glassy-to-rubbery-state Transitions. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract W4225 (2003).

262. M. Ciper, R. Bodmeier: Fast Disintegrating Hard Gelatin Capsules For Application In The Oral Cavity. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract W4235 (2003).

263. W. Dong, R. Bodmeier: Improvement Of The Dissolution Rate Of Carbamazepine By Incorporation Into Ph-dependent Microparticles. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract W4241 (2003).

264. W. Dong, R. Bodmeier: Improvement Of Dissolution Rate By Ph Dependent Dissolving Polymeric Microparticles Of Poorly Soluble Drugs. 2003 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Salt Lake City, USA, Vol. 5, Abstract W4242 (2003).

265. O. Bley, J. Siepmann, R. Bodmeier: Protective Polymer Coatings for Moisture Sensitive Herbal Drugs: Effect of Anti-Plastcizing Agents. International Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology 2004, Nuremberg, Germany, 57 – 58, (2004).

266. K. Johannsen, J. Siepmann, R. Bodmeier: Alginate-Poloxamer Based Microparticles for Controlled Drug Delivery. International Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology 2004, Nuremberg, Germany, 461 - 462, (2004).

267. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Blends of Enteric and Git-Insoluble Polymers Used for Film Coating: Effects of the Type of Polymer Blend. International Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology 2004, Nuremberg, Germany, 543 - 544, (2004).

268. A. Mohamad, A. Dashevsky, R. Bodmeier: Investigation of Multiparticulate Pulsatile Drug Deliver System. International Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology 2004, Nuremberg, Germany, 569 - 570, (2004).

269. I. Terebesi, R. Bodmeier: Zein Aqueous Dispersions: Methods of Preparation and Investigation of Parameters Affecting the Particle Size. International Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology 2004, Nuremberg, Germany, 625 - 626, (2004).

270. M. Körber, R. Bodmeier: Comparsion of Protein from different In-Situ Forming Biodegradable Systems. 31st Annual Meeting and Exposition of the Controlled Release Society, Honolulu, USA, #205, (2004).

271. X. Luan, R. Bodmeier: Comparsion of the solvent diffusion rate from poly (lactide-co-glocolide) (PLGA) solutions into oily and aqueous phases during the formation of in situ microparticle emulsions. 31st Annual Meeting and Exposition of the Controlled Release Society, Honolulu, USA, #188, (2004).

272. X. Luan, R. Bodmeier: Modifying the tri-phasic release kinetics of peptide loaded poly (lactide-co-glycolide) (PLGA) microparticles with different additives. 31st Annual Meeting and Exposition of the Controlled Release Society, Honolulu, USA, #478, (2004).

273. K. Johannsen, R. Bodmeier: Controlled Delivery of Bovine Serum Albumin from Alginate-Poloxamer-Based Microparticles. 31st Annual Meeting and Exposition of the Controlled Release Society, Honolulu, USA, #663, (2004).

274. S. Sungthongjeen, S. Puttipipatkhachorn, O. Paeratakul, A. Dashevsky, R. Bodmeier: Effect of Plasticizers on Behavior of Rupturable Pulsatile Release Tablets. 31st Annual Meeting and Exposition of the Controlled Release Society, Honolulu, USA, #425, (2004).

275. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Film Coatings Based on Polymer Blends: Importance of the Preparation Technique for Plasticizer Distribution and Storage Stability. 31st Annual Meeting and Exposition of the Controlled Release Society, Honolulu, USA, #457, (2004).

276. F. Lecomte, J. Siepmann, M. Walther, R.J. MacRae, R. Bodmeier: Aqueous-based HPMCAS Coatings: Effects of Formulation and Processing Paramters on Drug

Release and Film Properties. 31st Annual Meeting and Exposition of the Controlled Release Society, Honolulu, USA, #440, (2004).

277. O. Bley, J. Siepmann, R. Bodmeier: Water Uptake Into Matrix Tablets Containing Moisture-sensitive Herbal Drugs: Theory And Experiment. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract M1266 (2004).

278. F. Lecomte, J. Siepmann, M. Walther, R. MacRae, R. Bodmeier: Effects Of The Type Of Preparation Technique (spraying Vs. Casting) On The Physicomechanical Properties Of Thin Films Made Of Polymer Blends. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract M1246 (2004).

279. I. Terebesi, R. Bodmeier: Extended Drug Release Of A Freely Soluble Drug From Dry Polymer Powder Coated Pellets. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract T2156 (2004).

280. F. Lecomte, J. Siepmann, M. Walther, R. MacRae, R. Bodmeier: Elucidation Of The Drug Release Mechanisms From Pellets Coated With Blends Of Eudragit Ne And Eudragit L. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract T2130 (2004).

281. C. Curbach, R. Bodmeier: Effect Of Different Process Parameters On The Encapsulation Efficiency Of Drug-loaded Sugar Cores Into Lipid Carriers Using A Melt Dispersion Technique. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract T2097 (2004).

282. X. Luan, R. Bodmeier: Poly (lactide-co-glycolide) (plga) Based In Situ Forming Microparticle (ism) System For Controlled Release Of Leuprolide Acetate. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract T3114 (2004).

283. X. Luan, R. Bodmeier: Reduction Of The Initial Burst Of In Situ Forming Poly(lactide-co-glycolide) (plga) Microparticles: Effect Of Solvent System. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract T3121 (2004).

284. V. López Esguerra, R. Bodmeier: Physical Characterization Of Lyophilized Poly(lactide-co-glycolide) Sponges. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract T3111 (2004).

285. A. Dashevsky, K. Kolter, R. Bodmeier: Water Soluble Pore-formers For The Controlled Release Aqueous Dispersions Kollicoat® Sr 30 D And Aquacoat® Ecd. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract T3200 (2004).

286. D. Sticha, R. Bodmeier: In Vivo Performance Of Sprayable Formulations For Buccal Application. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract W4304 (2004).

287. K. Johannsen, J. Siepmann, R. Bodmeier: Alginate-poloxamer Microparticles For Time-controlled Pulmonary Delivery Of Proteins. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract W4028 (2004).

288. O. Bley, M. Naderi, F. Thielemann, J. Siepmann. R. Bodmeier: Moisture-protective Polymer Coatings: Water Uptake Behavior Analyzed By Dynamic Vapor Sorption. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract W5110 (2004).

289. W. Dong, M. Körber, V. López Esguerra, R. Bodmeier: Stability Of Plga And Leuprolide In In-situ Forming Biodegradable Drug Delivery Systems. 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, Abstract R6188 (2004).

290. I. Terebesi, W. Stark, R. Bodmeier: Extended release pellets prepared by dry polymer powder coating. 2005 the Pharmaceutical Sciences Fair & Exhibition, Nice, France, Abstract PO-242 (2005).

291. D. Sticha, R. Bodmeier: Influence of autoclaving and ultrasound physical properties of natural polymers. 2005 the Pharmaceutical Sciences Fair & Exhibition, Nice, France, Abstract PO-257 (2005).

292. D. Sticha, R. Bodmeier: Preparation and evaluation of powder formulations for buccal drug delivery. 2005 the Pharmaceutical Sciences Fair & Exhibition, Nice, France, Abstract SC-58 (2005).

293. S. Sungthongjeen, S. Puttipipatkhachorn, O. Paeratakul, A. Dashevsky, R. Bodmeier: Effect of Coating Formulations on Properties of Free Films and Rupturable Pulsatile Release Tablets. 32nd Annual Meeting & Exposition of the Controlled Release Society, Miami Beach, USA, #124 (2005).

294. M. Körber, R. Bodmeier: Investigation of protein solubility in PLGA solutions in ternary solvent mixtures. 32nd Annual Meeting & Exposition of the Controlled Release Society, Miami Beach, USA, #437 (2005).

295. X. Luan, R. Bodmeier: In situ forming microparticles (ISM) for 120-day controlled delivery of leuprolide acetate. 32nd Annual Meeting & Exposition of the Controlled Release Society, Miami Beach, USA, #440 (2005).

296. X. Luan, R. Bodmeier: Effect of poly(lactide-co-glycolide) (PLGA) type on the drug release from microparticles and in situ forming microparticles (ISM). 32nd Annual Meeting & Exposition of the Controlled Release Society, Miami Beach, USA, #441 (2005).

297.    S. Sungthongjeen, O. Paeratakul, S. Limmatvapirat, S. Puttipipatkhachorn, R. Bodmeier: Multiple-Unit Floating Drug Delivery System Based on Gas Formation Technique. 32nd Annual Meeting & Exposition of the Controlled Release Society, Miami Beach, USA, #490 (2005).

298.    A. Mohamad, A. Dashevsky, R. Bodmeier: Evaluation of microcrystalline cellulose (MCC) cores for modified release multiparticulates. 32nd Annual Meeting & Exposition of the Controlled Release Society, Miami Beach, USA, #493 (2005).

299.    S. Jaraswekin, S. Prakongpan, R. Bodmeier: Comparison of the O/W- and O/O-Solvent Evaporation Method on the Release Behavior of Dexamethasone SodiumPhosphate-Loaded PLGA Microparticles. 32nd Annual Meeting & Exposition of the Controlled Release Society, Miami Beach, USA, #504 (2005).

300.    F. Lecomte, V. Le Brun, J. Siepmann, R. Bodmeier: Plasticizing Effects of Drugs in Polymeric Systems: A Quantitative Treatment. 32nd Annual Meeting & Exposition of the Controlled Release Society, Miami Beach, USA, #740 (2005).

301.    C. Curbach, R. Bodmeier: Comparison of Spray-Congealing and Melt Dispersion Techniques for the Preparation of Lipid Microparticles. 2005 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Nashville, USA, #M1198 (2005).

302.    V. Hoffart, M. Körber, R. MacRae, M Walther, R. Bodmeier: Effects of Unconventional Curing Conditions on Storage Stability of Pellets Coated with Aquacoat® ECD. 2005 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Nashville, USA, #T3241 (2005).

303.    H. Friedrich, A. Nada, R. Bodmeier: Formulations of Nifedipine Fast-Release Tablets. 2005 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Nashville, USA, #W5132 (2005).

304.    K. Möbus, J. Siepmann, R. Bodmeier: Glycerol Monooleate-Based Dry Powder Systems for the Controlled Release of Proteins. 2005 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Nashville, USA, #W4059 (2005).

305.    I. Terebesi, R. Bodmeier: Pre-Plasticized vs. Simultaneoulsy Platicized Ethylcellulose Powder for Dry Polymer Powder Coating. 2005 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Nashville, USA, #M1239 (2005).

306.    V. Hoffart, M. Körber, R. MacRae, M. Walther, R. Bodmeier: Storage Stability of Pellets Coated with the Aqueous Ethylcellulose Dispersion – Aquacoat® ECD at Elevated Temperature and Humidity. 2005 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Nashville, USA, #T3240 (2005).

48

**ORAL PRESENTATIONS (invited speaker)**

1. Biodegradable microspheres prepared by the solvent evaporation method, College of Pharmacy, Oregon State University, Corvallis, USA, February 1986.

2. Preparation and evaluation of poly(lactide) microspheres, College of Pharmacy, University of North Carolina, Chapel Hill, USA, February 1986.

3. Biodegradable microspheres, Eli Lilly, Indianapolis, USA, April 1987.

4. Biodegradierbare Arzneistoffsysteme zur parenteralen Wirkstoffretardierung, Ludwig-Maximilians-Universität, Munich, Germany, August 1987.

5. Potential biodegradable delivery systems for peptides, Ferring Pharmaceuticals, Malmö, Sweden, September 1987.

6. The use of poly(lactides) in controlled drug delivery systems, The Upjohn Company, Kalamazoo, USA, November 1988.

7. Pharmaceutical applications of aqueous colloidal polymer dispersions, Membrane Science Colloquium, The University of Kentucky, Lexington, USA, April 1989.

8. Preparation and evaluation of poly(lactide) microparticles and pellets, American Association of Pharmaceutical Scientists, AAPS, Midwest Regional Meeting, Chicago, USA, May 1989.

9. Aqueous latexes in the preparation of polymeric films and nanoparticles, The Upjohn Company, Kalamazoo, USA, August 1989.

10. Controlled release oral suspensions, Dorsey Laboratories, Lincoln, USA, August 1989.

11. Aqueous latexes in controlled drug delivery, American Association of Pharmaceutical Scientists, AAPS, Western Regional Meeting, Reno, USA, February 1990.

12. Pharmazeutische Anwendungen von wäßrigen Latexes, Christian-Albrechts-Universität, Kiel, Germany, March 1990.

13. Characterization of cephalosporin-containing microspheres for intramammary injection, The Upjohn Company, Kalamazoo, USA, May 1990.

14. Film-coating of solid dosage forms with aqueous latexes, Marion Merrel Dow, Kansas City, USA, July 1990.

15. Drug-containing nanoparticles and aqueous latexes prepared by microfluidization-solvent evaporation methods, Pre-World Congress on Particle Technology, Gifu, Japan, September 1990.

16. Wax and polymer microspheres prepared by emulsification techniques, 24th Gattefosse Meeting, Saint-Rémy, France, September 1990.

17. Process and formulation variables in latex coating, Parke-Davis, Morris Plains, USA, Oktober 1990.

18. Novel microencapsulation techniques, Burroughs Wellcome, Greenville, USA, February 1991.

19. Oral controlled release drug delivery systems, North Carolina Pharmaceutical Discussion Group, Chapel Hill, USA, February 1991.

20. Sustained release polymeric delivery systems, Genentech, San Francisco, USA, February 1991.

21. Controlled release drug delivery systems, SmithKline Beecham, Parsippany, USA February 1991.

22. Pharmazeutische Anwendungen wäßriger Polymerdispersionen, Universität des Saarlandes, Saarbrücken, Germany, April 1991.

23. Pharmazeutische Anwendungen wäßriger Polymerdispersionen, Universität Regensburg, Regensburg, Germany, May 1991.

24. Pharmazeutische Anwendungen wäßriger Polymerdispersionen, Ludwig-Maximilians-Universität München, Munich, Germany, May 1991.

25. Microencapsulation workshop, The Upjohn Company, Kalamazoo, USA, September, 1991.

26. Spray-drying of pharmaceuticals, American Association of Pharmaceutical Scientists, AAPS, Western Regional Meeting, Reno, USA, March 1992.

27. Formulation and process variables affecting the coating with aqueous polymer dispersions, PharmTech Conference, New Jersey, USA, September 1991.

28. Wäßrige kolloidale Polymerdispersionen in modernen Arzneiformen, Albert-Ludwigs-Universität, Freiburg, Germany, April 1992.

29. Moderne Mikroverkapselungsverfahren, Freie Universität Berlin, Berlin, Germany, June 1992.

30. Untersuchungen von wäßrigen kolloidalen Polymerdispersionen und multipartikulären Arzneiformen, Universität Regensburg, Regensburg, Germany, January 1993.

31. Polymeric and lipophilic microspheres, SmithKline Beecham, New Jersey, USA, March 1993.

32. Microencapsulation workshop, Cima Labs, Minneapolis, USA, June 1993.

33.    Sustained release microparticles: Preparation and evaluation, First International Conference on Pharmaceutical and Food Sciences and Technology, New Jersey, USA, August 1993.

34.    Microencapsulation workshop, First International Conference on Pharmaceutical and Food Sciences and Technology, New Jersey, USA, August 1993.

35.    Polymeric microparticles prepared by solvent-evaporation and spray-drying techniques, 3rd European Symposium on Controlled Drug Delivery, Noordwijk, The Netherlands, April 1994.

36.    Pharmazeutische Anwendungen wäßriger kolloidaler Polymerdispersion, Heinrich-Heine-Universität, Düsseldorf, Germany, December 1994.

37.    Pharmazeutische Anwendungen wäßriger kolloidaler Polymerdispersion, Friedrich-Alexander-Universität, Erlangen, Germany, January 1995.

38.    Novel microencapsulation techniques, SmithKline Beecham, Weybridge, England, February 1995.

39.    Drug release from coated dosage forms, Symposium on Coating Technology, Röhm Pharma, Darmstadt, Germany, April 1995.

40.    Arzneiformen im Spiegel der Arzneitherapie - neuere Entwicklungen bei Parenteralia, XXXIII. Internationaler Fortbildungskurs - Pharmacon, Meran, Italy, May 1995.

41.    Perorale Arzneiformen: Neues über bekannte galenische Darreichungsformen, Pharmazeutische Gesellschaft Bayern, Munich, Germany, June 1995.

42.    Mechanical properties of polymeric coatings- implications for drug release, Pfizer, Groton, USA, September 1995.

43.    Polymeric microparticles prepared without organic solvents, 10th International Symposium on Microencapsulation, Austin, USA, September 1995.

44.    Microencapsulation workshop, College of Pharmacy, The University of Texas at Austin, Austin, USA, February 1996.

45.    Neue Entwicklungen bei peroralen Retardarzneiformen, Festvortrag zur Eröffnung des Galenik-Labors, L.A.B., Ulm, Germany, March 1996.

46.    Biodegradable microparticles, Isis Pharmaceuticals, San Diego, USA, May 1996.

47.    Microparticles for ocular delivery, Alcon Laboratories, Ft. Worth, USA, May 1996.

48.    Pharmazeutisch-technologische Anwendungen wäßriger Polymerdispersion, Martin-Luther-Universität, Halle, Germany, June 1996.

49. Microencapsulation workshop, Erasmus-Workshop, Faculté de Pharmacie, Université Henri Poincare - Nancy, Frankreich, June 1996.

50. Acrylic and cellulosic polymers used in the coating of solid dosage forms, Prographarm, Paris, France, September 1996.

51. Polymeric microparticles prepared without organic solvents, Microencapsulation Mini-Symposium, St. Petersburg, Russia, September 1996.

52. Entwicklung neuer wäßriger Polymerdispersionen zum Überziehen fester Arzneiformen, BASF, Ludwigshafen, Germany, January 1997.

53. Technological Approaches for rational drug delivery, 1st Congress of Pharmaceutical Sciences, Ribeirao Preto, Sao Paulo, Brasil, April 1997.

54. Cubic Phase Drug Delivery Systems, Local Chapter Meeting of the Controlled Release Society, Chulalongkorn University, Bangkok, Thailand, August 1997.

55. Drug Release from Coated Pellets, Post-Symposium Workshop, 11th International Symposium on Microencapsulation, Bangkok, Thailand, August 1997.

56. Formulation and process variables affecting the drug release from coated dosage forms, Symposium on Particulate Systems from Formulation to Production, Istanbul, Turkey, Oktober 1997.

57. Arzneistofffreisetzung aus überzogenen Pellets, APV (Arbeitsgemeinschaft für Pharmazeutische Verfahrenstechnik) - Kurs über „Angewandte Systeme zur gesteuerten Wirkstofffreigabe“, Nürnberg, Germany, December 1997.

58. Microparticulate and pulsatile drug delivery systems, Lilly Research Laboratories, Indianapolis, USA, March 1998.

59. Polymere Retard-Arzneiformen zur parenteralen und peroralen Anwendung, Ludwig-Maximilians Universität München, Munich, Germany, April 1998.

60. Pulsatile drug delivery systems, Skye Pharma, Basel, Switzerland, April 1998.

61. Process and formulation variables affecting the drug release from coated pellets, Janssen Pharmaceutica, Belgium, May 1998.

62. Pulsatile drug delivery systems, Workshop, Smith Kline Beecham, London, England May 1998.

63. Formulation and process variables affecting the release from coated dosage forms, Röhm Pharma Symposium, London, England, June 1998.

64. Curing of coated pellets, Glatt-Symposium, Heidelberg, Germany, October 1998.

65. In-situ microparticle technology, Atrix Labs, Ft. Collins, USA, February 1999.

66. In-situ microparticle technology, Novartis, Basel, Switzerland, May 1999.

67. Pulsatile drug delivery systems, Novartis, Basel, Switzerland, May 1999.

68. Microparticles formed by the solvent evaporation method, Elan Pharmaceuticals, Dublin, Ireland, May 1999.

69. Fast disintegrating drug delivery systems with increased residence time, Pasteur Merieux Connaught, Lyon, France, July, 1999.

70. In-situ microparticle technology, Pasteur Merieux Connaught, Lyon, France, July 1999.

71. In-situ formation of biodegradable microparticles, 12th International Symposium on Microencapsulation, London, England, September 1999.

72. Film coating of gelatin capsules, APV-workshop, Amsterdam, The Netherlands December 1999.

73. Coating with Kollicoat SR 30D, BASF Symposium Pharma, Paris, France, March 2000.

74. In situ forming biodegradable microparticles, Faculty of Pharmacy, Mahidol University, Bangkok, Thailand, March 2000.

75. Biodegradable drug delivery systems, Bayer AG, Leverkusen, Germany, March 2000.

76. Preparation techniques for biodegradable microparticles, AAPS Annual Meeting, Indianapolis, USA, November 2000.

77. Cellulosic polymers for coating, APGI Symposium on "New trends in polymers for oral and parenteral administration", Paris, France, March 2001.

78. Bioabbaubare Arzneiformen zur parenteralen Applikation, College of Pharmacy, Universität Wien, Austria, May 2001.

79. In-situ forming biodegradable drug delivery systems, School of Pharmacy, University of Colorado, USA, July 2001.

80. In-situ forming biodegradable drug delivery systems, British Pharmaceutical Conference, Royal Pharmaceutical Society of Great Britain, Glasgow, Scotland, September 2001.

81. In-situ forming biodegradable drug delivery systems, College of Pharmacy, Philipps-Universität, Marburg, Germany, November 2001.

82. Peroral pulsatile drug delivery systems, Faculty of Pharmacy, Mahidol University, Bangkok, Thailand, March 2002.

83. In-situ forming biodegradable drug delivery systems, PharmaciaUpjohn, Milano, Italy, May 2002.

84. In-situ forming biodegradable drug delivery systems, American Chemical Society (ACS) Prospectives Conference Series on Future Directions of Drug Delivery Technologies: Molecular Design, Cellular Response and Nanotechnology, Boston, USA, October 2002.

85. Coating – Extended release formulations, BASF-Laborseminar, Ludwigshafen, Germany, June 2003.

86. Carrier/coating materials and processes used for extended release dosage forms, 43rd AFI Symposium, Perugia, Italy, June 2003.

87. Overview of current materials/polymers utilised in solid MR forms, 30th Annual Meeting of the Controlled Release Society, Workshop on Modified Release Products and Challenges in Oral Delivery, Glasgow, Scotland, July 2003.

88. Coating materials used in extended release formulations, Royal Golden Jubilee Series XXIV: Pharmaceutics and Pharmaceutical Technology, Mahidol University, Bangkok, Thailand, October 2003.

89. Recent Advances in Film Coating, 2004 AAPS Annual Meeting and Exposition, American Association of Pharmaceutical Scientists, Baltimore, USA, Vol. 6, (2004).

**PH.D. - GRADUATED**
**The University of Texas at Austin**

| Name | First Name | Country | Title-Dissertation | Year |
|---|---|---|---|---|
| **Paeratakul** | Ornlaksana | Thailand | Pharmaceutical Applications of Aqueous Colloidal Polymer Dispersions | 1993 |
| **Wong** | David | Hongkong | Water-Soluble Polymers in Pharmaceutical Aqueous Colloidal Polymer Dispersions | 1994 |
| **Chang** | Chin-Ming | Taiwan | Application of Monoglyceride-Based Materials as Sustained-Release Drug Carriers | 1995 |
| **Kositprapa** | Unchalee | Thailand | Characterization and Preparation of Drug Complexes and their Delivery Systems | 1996 |
| **Sriwongjanya** | Mongkol | Thailand | Pharmaceutical Applications of Ion Exchange Resins | 1996 |
| **Guo** | Xiaodi | China | Physicochemical and Mechanical Properties Influencing the Drug Release from Coated Dosage Forms | 1996 |

**M.S. - GRADUATED**
**The University of Texas at Austin**

| Name | First Name | Country | Title-Thesis | Year |
|---|---|---|---|---|
| **Bhagwatwar** | Harshal | India | | |
| **Chen** | Huagang | China | Preparation and Characterization of Drug-Containing Microspheres and Nanoparticles for Controlled Drug Delivery | 1992 |
| **Wang** | Hui | China | | |

**PH.D. - GRADUATED**
**(Freie Universität Berlin)**

| Name | First Name | Country | Title Dissertation | Year |
|---|---|---|---|---|
| **Fischer-Carius** | Andreas | Germany | Untersuchungen an extrudierten und sphäronisierten Matrixpellets mit retardierter Wirkstofffreigabe | 1998 |
| **Krögel** | Ina | Germany | Oral Drug Delivery Systems With Modified Release | 1998 |
| **Hülsmann** | Stefan | Germany | Verbesserung der Lösungsgeschwindigkeit eines schwer wasserlöslichen Arzneistoffs durch Schmelzextrusion | 1999 |
| **Siepmann** | Jürgen | Germany | Polymeric Controlled Drug Delivery Systems: Elucidation of Transport Mechanisms and Optimization of Release Patterns | 1999 |
| **Wesseling** | Martin | Germany | Preparation and Investigation of Coated Multiparticulate Drug Delivery Systems | 1999 |
| **Kranz** | Heiko | Germany | In Situ Forming Biodegradable Drug Delivery Systems | 2000 |
| **Schmidt** | Christoph | Germany | Muliparticulate Oral Drug Delivery Systems | 2000 |
| **Gonzàlez Ferreiro** | Maria | Spain | Delivery Systems for Antisense Oligonucleotides | 2001 |
| **Seemann** | Stefanie | Germany | Gasgefüllte Mikropartikel – ein neues nichtvirales Gentransfersystem | 2001 |
| **Vázquez Lantes** | Maria Cristina | Spain | Drug Delivery Systems With Controlled Drug Release | 2001 |
| **Streubel** | Alexander | Germany | Oral Delivery Systems with Modified Drug Release | 2002 |
| **Wagner** | Klaus | Germany | Aqueous Polymer Dispersions for Extended Release Dosage Forms | 2002 |
| **Bussemer** | Till | Germany | Oral Pulsatile Drug Delivery Systems | 2003 |
| **El-Kharraz** | Khaled | Lybia | Alternative Methods for Microencapsulation of Hydrophilic Drugs | 2003 |
| **Im-Emsap** | Wandee | Thailand | In Vitro and in vivo Properties of Injectable Biodegradable in situ Forming Microparticles Systems | 2003 |
| **Pearnchob** | Nantharat | Thailand | Evaluation of New Film Coating Processes and Materials | 2003 |
| **Ahmed** | Abid | Pakistan | Parenteral Controlled Release Delivery Systems for Antisense Oligonucleotide Drugs | 2003 |
| **Werner** | Ulrike | Germany | In Situ Gelling Nasal Inserts for Prolonged Drug Delivery | 2003 |