IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados,  )<br>)<br>) | |
| Plaintiff,  ) | C.A. No. 05-586 (GMS) |
|   ) | C.A. No. 05-730 (GMS) |
| v.  ) | C.A. No. 06-620 (GMS) |
|   ) | (CONSOLIDATED) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,  )<br>)<br>) | |
| Defendants.  ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of the parties to serve their rebuttal expert reports (other than with respect to inequitable conduct) is hereby extended from May 9, 2007 to May 11, 2007. Biovail requests this two-day extension to accommodate scheduling conflicts of its experts.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP | POTTER ANDERSON<br>  & CORROON LLP |
| */s/ Karen Jacobs Louden* | */s/ Kenneth L. Dorsney* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Karen Jacobs Louden (#2881) | Kenneth L. Dorsney (#3726) |
| klouden@mnat.com | kdorsney@potteranderson.com |
| 1201 N. Market Street | 1313 N. Market Street |
| P.O. Box 1347 | P.O. Box 951 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 658-9200 | (302) 984-6000 |
| Attorneys for plaintiff | Attorneys for defendants |

SO ORDERED this _____ day of _____, 2007.

_____
J.

823335