# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

KAREN JACOBS LOUDEN
302 351 9227
302 425 4681 Fax
klouden@mnat.com

May 10, 2007

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Biovail v. Andrx Pharmaceuticals LLC et al.,*
               C. A. No. 05-586, 05-730 and 06-620 (GMS) (Consolidated)

Dear Judge Sleet:

      Pursuant to the Court's direction following the Court's grant of Andrx's motion for leave to amend (D.I. 177), we submit herewith the parties' respective scheduling proposals for this action.

                                      Respectfully,

                                      */s/ Karen Jacobs Louden*

                                      Karen Jacobs Louden (#2881)

KJL/lmc
Enclosure
cc:     Peter T. Dalleo, Clerk (By Hand)
         Richard L. Horwitz, Esquire (By E-Mail and Hand)
         Steven A. Maddox, Esquire (By E-Mail)
         Joseph M. O'Malley, Jr., Esquire (By E-Mail)
823677