# BIOVAIL V. ANDRX PROPOSED SCHEDULE

| Event | Current Date | Biovail's Proposed Date | Andrx's Proposed Date |
| --- | --- | --- | --- |
| Service of contention interrogatories regarding inequitable conduct (Biovail believes that only Biovail is entitled to contention discovery on Andrx's inequitable conduct defense. Andrx believes that if such discovery goes forward, it should be mutual) | — | 05/14/07 | Andrx does not believe this contention discovery should go forward |
| Markman hearing | 05/24/07 | 05/24/07 | currently scheduled date |
| Responses to contention interrogatories regarding inequitable conduct | — | 06/14/07 | Andrx does not believe this contention discovery should go forward, but if permitted, 14 days after service |
| Rebuttal expert reports (inequitable conduct) | — | 06/29/07 | 06/02/07 |
| Expert discovery cutoff | 07/31/07 | 08/31/07 | currently scheduled date |
| Biovail to send pretrial order to Andrx | 08/01/07 | 08/31/07 | currently scheduled date |
| Motion in limine opening briefs | 08/09/07 | 09/07/07 | currently scheduled date |
| Motion in limine opposition briefs | 08/23/07 | 09/21/07 | currently scheduled date |
| Motion in limine reply briefs | 08/30/07 | 09/28/07 | currently scheduled date |
| Pretrial Order | 08/31/07 | 10/01/07 | currently scheduled date |
| Final pretrial conference | 09/20/07 | To be set at the Court's discretion | currently scheduled date |
| Trial | 10/09/07 (5 days) | To be set at the Court's discretion (10 days) | currently scheduled date (5 days) |

824412-1