IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL<br>a corporation of Barbados,<br><br>Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and<br>ANDRX CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-586 (KAJ)<br>)  C.A. No. 05-730 (KAJ)<br>)  C.A. No. 06-620 (KAJ)<br>)  (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of plaintiff's (1) Rebuttal Expert Report of Gerald S. Brenner, Ph.D., Regarding Andrx's Infringement of the '866 Patent and (2) Rebuttal Expert Report of Thomas S. Foster, Pharm.D., Regarding Andrx's Infringement of the '866 Patent were caused to be served on May 11, 2007 upon the following in the manner indicated:

### BY EMAIL and OVERNIGHT COURIER

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

Steven A. Maddox
FOLEY & LARDNER, LLP
3000 K Street, NW
Washington, DC 20007

Martin P. Endres
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036-2646

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff*
*Biovail Laboratories International SRL*

*Of Counsel*:

Joseph M. O'Malley, Jr.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY  10022
(212) 318-6000

May 14, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY EMAIL AND HAND

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com

### BY EMAIL

Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC  20007
smaddox@foley.com

Martin P. Endres
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY  10036-2646

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com