IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>Defendants. | C.A. No. 05-586 (KAJ)<br>C.A. No. 05-730 (KAJ)<br>C.A. No. 06-620 (KAJ)<br>(CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Biovail's Interrogatories to Defendant Andrx Relating to the Issue of Inequitable Conduct were caused to be served on May 14, 2007 upon the following in the manner indicated:

**BY HAND and EMAIL**

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

**BY EMAIL**

Steven A. Maddox
FOLEY & LARDNER, LLP
3000 K Street, NW
Washington, DC 20007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com

*Attorneys for Plaintiff*
*Biovail Laboratories International SRL*

*Of Counsel*:

Joseph M. O'Malley, Jr.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
(212) 318-6000

May 14, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND and EMAIL**

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY EMAIL**

Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007
smaddox@foley.com

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden (#2881)
klouden@mnat.com