# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

May 30, 2007

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Biovail v. Andrx Pharmaceuticals LLC et al.*,
            C. A. No. 05-586, 05-730 and 06-620 (GMS) (Consolidated)

Dear Judge Sleet:

        The parties enclose for the Court's consideration a Sixth Revised Scheduling Order that incorporates the dates set by the Court at the May 24, 2007 Markman hearing. If the Scheduling Order is acceptable to the Court, we respectfully request that it be entered.

        Respectfully,

        */s/ Karen Jacobs Louden*

        Karen Jacobs Louden (#2881)

KJL/bav
Enclosure
cc:    Peter T. Dalleo, Clerk (By Hand)
        Richard L. Horwitz, Esquire (By E-Mail and Hand)
        Steven A. Maddox, Esquire (By E-Mail)
        Joseph M. O'Malley, Jr., Esquire (By E-Mail)
844548