IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, ) ) ) ) Plaintiff, ) ) v. ) ) ) ) ANDRX PHARMACEUTICALS, LLC and ) ANDRX CORPORATION, ) ) Defendants. ) ) | C.A. Nos. 05-586 (GMS) 05-730 (GMS) 06-620 (GMS) CONSOLIDATED |

## ORDER

WHEREAS, on May 24, 2007, the court held a *Markman* hearing in the above-captioned consolidated patent action;

WHEREAS, during the course of the hearing, the parties appeared to reach agreement on the construction of several disputed claim terms of the patents-in-suit;[1]

WHEREAS, the court advised the parties to conduct a further meet and confer on their claim construction positions, and to submit to it those terms on which the parties reach agreement;[2] and

WHEREAS, as of the date of this Order, the parties have not made any submission to the court regarding further terms on which they agree;

---

[1] See, e.g., D.I. 188, at 58:23-59:6.

[2] See id. at 59:7-10.

IT IS HEREBY ORDERED that:

1. The parties shall file a joint submission setting forth any further claim terms on which they agree within seven (7) days of the date of this Order.

Dated: June 7, 2007                                /s/ Gregory M. Sleet
                                                         UNITED STATES DISTRICT JUDGE