IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ANDRX PHARMACEUTICALS, LLC and  )<br>ANDRX CORPORATION,  )<br>)<br>Defendants.  ) | C.A. No. 05-586 (GMS)<br>C.A. No. 05-730 (GMS)<br>C.A. No. 06-620 (GMS)<br>(CONSOLIDATED) |

**STIPULATION AND ORDER**

Pursuant to the Order directing the parties to file a joint submission setting forth any claim terms on which they agree (D.I. 190), the parties have further conferred and hereby stipulate, subject to the approval of the Court, that the following claim term in U.S. Patent No. 5,529,791 set forth below shall be construed as follows:

"each bead" means each and every bead that contains one or more Diltiazem salts.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP | POTTER ANDERSON<br>  & CORROON LLP |
| /s/ Karen Jacobs Louden (#2881) | /s/ Richard L. Horwitz (#2246) |
| _____ | _____ |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>Attorneys for Plaintiff | Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>kdorsney@potteranderson.com<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2007.

_____
J.