

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

August 2, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

> Re: *Biovail v. Andrx Pharmaceuticals LLC et al.,*
> **C.A. No. 05-586 (GMS)**

Dear Chief Judge Sleet:

I am writing on behalf of Andrx with respect to Andrx's motion to strike an expert report (see DI 153, 154, 169 and 178), and the July 17 and 18 letters submitted by the parties on this subject (DI 193 and 194). Mindful of the Court's crowded docket, and the upcoming expert depositions, Andrx served today a brief, twelve page expert report, by one of its already designated experts, to respond to the positions taken in what we believe was a late report served by Biovail. As a result, we do not believe it will be necessary for the Court to rule on Andrx's pending motion. Instead, to the extent issues remain after expert discovery, subject to the direction of the Court, the parties can address those issues in the context of the pretrial conference and the bench trial.

Respectfully submitted,

/s/ *Richard L. Horwitz*

Richard L. Horwitz

RLH/kgm
810580 / 30015

cc: Clerk of the Court (via Hand Delivery)
Counsel of Record (via Electronic Mail)