IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL<br>a corporation of Barbados,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDRX PHARMACEUTICALS, LLC and<br>ANDRX CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. Nos.  05-586 (GMS)
                 05-730 (GMS)
                 06-620 (GMS)
(CONSOLIDATED)

**REDACTED
PUBLIC VERSION**

## **FINAL PRETRIAL ORDER**

### **VOLUME 1**

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorneys for Plaintiff Biovail Laboratories
International SRL*

Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000

*Attorneys for Defendants Andrx
Pharmaceuticals, LLC and Andrx
Corporation*

Original Filing Date:  October 30, 2007

Redacted Filing Date:  November 6, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIOVAIL LABORATORIES INTERNATIONAL SRL )
a corporation of Barbados, )
)
Plaintiff, )  C.A. Nos.   05-586 (GMS)
)                           05-730 (GMS)
v. )                           06-620 (GMS)
)  (CONSOLIDATED)
ANDRX PHARMACEUTICALS, LLC and )
ANDRX CORPORATION, )  **CONFIDENTIAL**
)  **FILED UNDER SEAL**
Defendants. )

## FINAL PRETRIAL ORDER

This matter having come before the Court at a pretrial conference held

pursuant to Fed. R. Civ. P. 16, and Morris, Nichols, Arsht & Tunnell LLP, 1201 North

Market Street, Wilmington, Delaware 19899, (302) 658-9200, and Paul, Hastings,

Janofsky & Walker LLP, 75 East 55th Street, New York, New York  10022, (212) 318-

6000, having appeared as counsel for Plaintiff Biovail Laboratories International SRL

("Biovail") and Potter Anderson & Corroon LLP, 1313 N. Market Street, Wilmington,

Delaware 19899, (302) 984-6000, and Foley & Lardner LLP, 3000 K Street, N.W. Suite

500, Washington, D.C.  20007-5143, (202) 672-5300, having appeared as counsel for

Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation (collectively "Andrx")

the following actions were taken:

I.      JURISDICTION

This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.* This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a). Subject matter jurisdiction is not disputed.

II.     STIPULATION AND STATEMENTS

The following stipulations and statements were submitted and are attached to and made a part of this Order:

A.      **Statement of Uncontested Facts**

1.      The parties stipulate to the facts listed in the attached Exhibit 1.

2.      These proposed stipulated facts require no proof at trial and will become part of the evidentiary record in the case.

B.      **Statements of Contested Issues of Fact and Law**

1.      Biovail's statement of contested issues of fact and law is attached as Exhibit 2.

2.      Andrx's statement of contested issues of fact and law is attached as Exhibit 3.

C.      **Exhibit Lists**

1.      Biovail's list of exhibits and Andrx's objections to Biovail's list of exhibits are attached as Exhibit 4.

2.      Andrx's list of exhibits and Biovail's objections to Andrx's list of exhibits are attached as Exhibit 5.

3.    Subject to the remaining provisions of this Order, no party may use an exhibit not present on its exhibit list absent good cause shown.

4.    Each party reserves the right to use exhibits from the other party's trial exhibit list, even if not separately listed on its own exhibit list. However, recognizing that a party has a right to object to use of its own listed exhibits by the other side, the parties have agreed that all such objections are preserved and need not be disclosed in advance of trial.

5.    Each party reserves the right to offer exhibits not set forth in its exhibit list for purposes of impeachment. In addition, each party reserves the right to offer exhibits that are not set forth on its exhibit list for use during the rebuttal case of the other party. Each party also reserves the right to add, for good cause shown, additional exhibits to its exhibit list.

6.    Notwithstanding any contrary provisions in this Order, the parties will disclose and exchange copies of demonstrative and summary exhibits in accordance with the following procedure. The parties shall exchange complete color representations of all demonstrative exhibits no later than 6:00 pm the day before they are used in Court. This paragraph shall not apply to demonstratives created during testimony or argument at trial or to the ballooning, highlighting or excerpting of documents marked as exhibits.

7.    Any exhibit identified on a party's exhibit list and not objected to is deemed to be admissible and may be entered into evidence by that party, except that

nothing herein shall be construed as a stipulation or admission that the document is entitled to any weight in deciding the merits of this case.

8.     The parties stipulate to the authenticity of all exhibits, except where specifically indicated with the specific reasons for the objection noted. Any objection to a document's authenticity must be made in this Pretrial Order.

9.     Legible copies of United States patents and the contents of United States and foreign patents and translations thereof (if in English or translated into English) may be offered and received in evidence in lieu of certified copies thereof, subject to all other objections which might be made to the admissibility of certified copies.

**D.     Witness Lists**

1.     Biovail's list of the names and addresses of the fact and expert witnesses that it intends to call at trial is attached as Exhibit 6.

2.     Andrx's list of the names and addresses of the fact and expert witnesses that it intends to call at trial is attached as Exhibit 7.

3.     Any witness not listed in the exhibits referenced above will be precluded from testifying absent good cause shown, except that each party reserves the right to call such rebuttal witnesses (who are not presently identifiable) as may be necessary, on reasonable notice to the opposing party.

4.     For those depositions that have been videotaped, a party may introduce the deposition excerpt by videotape instead of or in addition to by transcript. If a party opts to introduce deposition testimony by videotape, any counter-designations of that same witness's deposition testimony must also be submitted by videotape. When

deposition designation excerpts are introduced, all admissible deposition counter-designation excerpts, whether offered by video-tape or by transcript, will be introduced simultaneously in the sequence in which the testimony was originally given.  To the extent such designations are read or played in open court, each party will be charged for the time taken to read or play its designations, as measured by the proportion of lines of testimony for its designations to the total number of lines of testimony read or played.

5.    Each party will provide to the other party the name and order of any witness that it intends to call to testify, whether live or by deposition testimony, no later than 6:00 p.m. two days prior to the day the witness is expected to testify.  Objections to any such witness shall be provided by 6:00 p.m. the following evening.

**E.    Expert Witnesses**

1.    Biovail's statement setting forth the qualifications of each of its expert witnesses, any objections by Andrx thereto, and the subject matter of each expert witness's testimony are attached as Exhibit 8.

2.    Andrx's statement setting forth the qualifications of each of its expert witnesses, any objections by Biovail thereto, and the subject matter of each expert witness's testimony are attached as Exhibit 9.

**F.    Deposition Designations, Objections and Counter-designations**

1.    Biovail's list of deposition designations, Andrx's objections to Biovail's designations, Andrx's counter-designations, and Biovail's objections to such counter-designations are attached as Exhibit 10.

2.       Andrx's list of deposition designations, Biovail's objections to Andrx's designations, Biovail's counter-designations, and Andrx's objections to such counter-designations are attached as Exhibit 11.

**G.    Special Damages**

This case does not involve any claims for damages.

**H.    Waivers of Claims and Defenses**

1.       Andrx will not present any evidence of invalidity with respect to the '866 patent.

**I.    Jury Trial Matters**

This case will not be tried to a jury.

**J.    Proposed Findings of Fact and Conclusions of Law**

1.       Biovail's Proposed Findings of Fact and Conclusions of Law are attached in duplicate as Exhibit 12.

2.       Andrx's Proposed Findings of Fact and Conclusions of Law are attached in duplicate as Exhibit 13.

**K.    Settlement Negotiations**

There have been discussions between the parties concerning settlement, but the parties have not reached an agreement to date.  It is unknown whether future discussions are likely to be productive.

**L.    Discovery**

Discovery in this action is complete.

**M.**    **Motions *In Limine***

The Court's May 31, 2007 Scheduling Order (D.I. 187) provides that no motions *in limine* will be filed.

**III.    TRIAL SCHEDULE**

This case is currently scheduled for a five-day trial, beginning at 9:00 a.m. on November 13, 2007. Biovail requests that the Court set aside at least an additional three days for trial.

**IV.    TYPE OF TRIAL**

This is a non-jury trial.

**V.    NUMBER OF JURORS**

This is a non-jury trial.

**VI.    ORDER CONTROLS THE COURSE OF TRIAL**

This Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice.

**VII.    POSSIBILITY OF SETTLEMENT**

Possibility of settlement of this case was considered by the parties.

SO ORDERED this _____ day of November, 2007.

_____

United States District Judge

7

Jointly submitted by,

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

/s/ Karen Jacobs Louden
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff Biovail Laboratories
International SRL*

Of Counsel:
Joseph M. O'Malley, Jr.
Preston K. Ratliff II
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
Park Avenue Tower
75 East 55th Street
New York, NY 10022
(212) 318-6000

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz
_____
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000

*Attorneys for Defendants Andrx
Pharmaceuticals, LLC and Andrx
Corporation*

Of Counsel:
Steven A. Maddox
FOLEY & LARDNER, LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
(202) 672-5300

Douglas H. Carsten
FOLEY & LARDNER, LLP
11250 El Camino Real, Suite 200
San Diego, CA 92130
(858) 847-6700

Martin P. Endres
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036
(212) 682-7474

1298822

8

# EXHIBIT 1

# EXHIBIT 1 TO PRETRIAL ORDER

## THE PARTIES' STIPULATION OF UNCONTESTED FACTS

1.    Plaintiff Biovail Laboratories International SRL ("Biovail") is a corporation organized and existing under the laws of Barbados, and has a place of business in Carolina, Puerto Rico.

2.    Defendant Andrx Pharmaceuticals, LLC ("Andrx LLC") is a limited liability company organized under the laws of Delaware, and maintains a principal place of business at 4955 Orange Drive, Davie, Florida 33314.

3.    Defendant Andrx LLC is a wholly-owned subsidiary of defendant Andrx Corporation ("Andrx Corp."), which is a corporation organized under the laws of Delaware that maintains a principal place of business at 4955 Orange Drive, Davie, Florida 33314.

4.    United States Patent No. 5,529,791 (the "'791 patent"), entitled "Extended Release Form of Diltiazem," issued on June 25, 1996 to Galephar P.R., Inc., Ltd., the assignee of named inventors Arthur M. Deboeck and Philippe R. Baudier.

5.    Biovail is the exclusive licensee of the '791 patent under a September 1995 Agreement, which remains in full force and effect, and Biovail has the exclusive right to sublicense others and to sue for past and present infringement.

6.    United States Patent No. 7,108,866 (the "'866 patent"), entitled "Chronotherapeutic Diltiazem Formulations and the Administration Thereof," issued on September 19, 2006 to Biovail, the assignee of the named inventors Kenneth Stephen Albert and Paul José Maes.

7.    Biovail owns all right, title and interest in the '866 patent, including the right to sue for past and present infringement.

8.      Biovail is the holder of New Drug Application ("NDA") No. 21-392, by which the United States Food & Drug Administration ("FDA") first granted approval for 120 mg, 180 mg, 240 mg, 300 mg, 360 mg, and 420 mg extended release tablets including the active ingredient diltiazem hydrochloride (the "Cardizem® LA products"). These tablets are marketed in the United States under the tradename Cardizem® LA, and are indicated for the treatment of hypertension, and the management of chronic stable angina.

9.      The '791 and '866 patents are listed in the FDA's Orange Book for Biovail's Cardizem® LA products.

10.     On April 22, 2005, Andrx filed with the FDA Abbreviated New Drug Application ("ANDA") 77-686, including a certification with respect to the '791 patent under § 505(j)(2)(B)(ii) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355), seeking approval to market and sell a generic version of Cardizem® LA 420 mg tablets prior to the expiration of the '791 patent.

11.     On or about June 22, 2005, Andrx sent a notice letter to Biovail, among others, in which Andrx represented that it had filed an ANDA for a generic version of Cardizem® LA 420 mg tablets, and that it sought approval of its ANDA prior to the expiration of the '791 patent. Biovail received a copy of Andrx's notice letter on or about June 27, 2005.

12.     On August 10, 2005, within 45 days of receipt of Andrx's June 22, 2005 notice letter, Biovail filed suit against Andrx in this Court, C.A. No. 05-586, alleging that Andrx's filing of ANDA No. 77-686 constituted an act of patent infringement pursuant to 35 U.S.C. § 271(e)(2) and that the commercial manufacture, use, sale, offer for sale

and/or importation of Andrx's proposed ANDA products would infringe one or more claims of the '791 patent.

13.    On August 30, 2005, Andrx filed with the FDA an amendment to ANDA No. 77-686 ("Amended ANDA"), including a certification with respect to the '791 patent under § 505(j)(2)(B)(ii) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355), seeking approval to market and sell generic versions of Cardizem® LA 120 mg, 180 mg, 240 mg, 300 mg, and 360 mg tablets prior to the expiration of the '791 patent.

14.    On or about August 30, 2005, Andrx sent a notice letter to Biovail, among others, in which Andrx represented that it had filed the Amended ANDA No. 77-686 for generic versions of Cardizem® LA 120 mg, 180 mg, 240 mg, 300 mg, and 360 mg tablets ("Amended ANDA"), and that it sought approval of its Amended ANDA prior to the expiration of the '791 patent.  Biovail received a copy of Andrx's notice letter on or about September 2, 2005.

15.    On October 14, 2005, within 45 days of receipt of Andrx's August 30, 2005 notice letter, Biovail filed suit against Andrx in this Court, C.A. No. 05-730, alleging that Andrx's filing of the Amended ANDA No. 77-686 constituted an act of patent infringement pursuant to 35 U.S.C. § 271(e)(2) and that the commercial manufacture, use, sale, offer for sale and/or importation of Andrx's proposed Amended ANDA products would infringe one or more claims of the '791 patent.

16.    On or about September 19, 2006, Andrx filed with the FDA a second amendment to ANDA No. 77-686 (the "Second Amended ANDA"), including a certification with respect to the '866 patent under § 505(j)(2)(B)(ii) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355), seeking approval to market and sell generic versions

of Cardizem® LA 120 mg, 180 mg, 240 mg, 300 mg, 360 mg, and 420 mg tablets prior to the expiration of the '866 patent.

17.    On or about September 19, 2006, Andrx sent a notice letter to Biovail in which Andrx represented that it had filed the Second Amended ANDA No. 77-686 for generic versions of Cardizem® LA 120 mg, 180 mg, 240 mg, 300 mg, 360 mg, and 420 mg tablets, and that it sought approval of its Second Amended ANDA prior to the expiration of the '866 patent.  Biovail received a copy of Andrx's notice letter on or about September 22, 2006.

18.    On October 4, 2006, within 45 days of receipt of Andrx's September 19, 2006 notice letter, Biovail filed suit against Andrx in this Court, C.A. No. 06-620, alleging that Andrx's filing of its Second Amended ANDA No. 77-686 constituted an act of patent infringement pursuant to 35 U.S.C. § 271(e)(2) and that the commercial manufacture, use, sale, offer for sale and/or importation of Andrx's proposed Second Amended ANDA products would infringe one or more claims of the '866 patent.

19.    This Court consolidated C.A. Nos. 05-586, 05-730 and 06-620 by Order dated October 17, 2006 (D.I. 96).

20.    The inventions of the '791 patent were conceived and reduced to practice at least as early as June 26, 1991.

21.    The inventions of the '866 patent were conceived and reduced to practice at least as early as May 8, 2000.

22.    Biovail has asserted that Andrx infringes Claims 1 and 2 of the '791 patent, and Claims 1, 2, 4-6, 39-44, 65, 86, and 88 of the '866 patent.

23.     United States Patent No. 4,808,413 ("the '413 patent") to Joshi, et al., qualifies as a prior art reference to the '791 patent under Section 102 of the Patent Act, 35 U.S.C. § 102.

24.     United States Patent No. 4,894,240 ("the '240 patent") to Geoghegan, et al., qualifies as a prior art reference to the '791 patent under Section 102 of the Patent Act, 35 U.S.C. § 102.

25.     United States Patent No. 4,960,596 ("the '596 patent") to Debregeas, et al., qualifies as a prior art reference to the '791 patent under Section 102 of the Patent Act, 35 U.S.C. § 102.

26.     European Patent Application No. 0 320 097 A1 ("the '097 application") to Geoghegan, et al., qualifies as a prior art reference to the '791 patent under Section 102 of the Patent Act, 35 U.S.C. § 102.

27.     The Cardizem CD capsule qualifies as a prior art reference to the '866 patent under Section 102 of the Patent Act, 35 U.S.C. § 102.

EXHIBIT 2

## EXHIBIT 2 TO PRETRIAL ORDER

## PLAINTIFF BIOVAIL'S STATEMENT OF
## CONTESTED FACTUAL AND LEGAL ISSUES

Plaintiff Biovail submits herein its statement of contested factual and legal issues. To the extent that any issue of fact is deemed to be an issue of law it should be so considered, and to the extent that any issue of law is deemed to be an issue of fact it should be so considered.

## U.S. PATENT NO. 5,529,791

**I.    INFRINGEMENT**

**Contested Factual Issues**

1.    Whether Andrx has infringed Claim 1 of U.S. Patent No. 5,529,791 ("'791 patent")?

2.    Whether Andrx has infringed Claim 2 of the '791 patent?

**II.    ANTICIPATION**

**Contested Factual Issues**

1.    Whether Andrx has proven by clear and convincing evidence that U.S. Patent No. 4,808,413 ("Joshi '413 patent") renders Claims 1 or 2 of the '791 patent invalid due to anticipation pursuant to 35 U.S.C. § 102?

2.    Whether Andrx has proven by clear and convincing evidence that U.S. Patent No. 4,960,596 ("Debregeas '596 patent") renders Claims 1 or 2 of the '791 patent invalid due to anticipation pursuant to 35 U.S.C. § 102?

3.    Whether Andrx has proven by clear and convincing evidence that U.S. Patent No. 4,894,240 ("Geoghegan '240 patent") renders Claims 1 or 2 of the '791 patent invalid due to anticipation pursuant to 35 U.S.C. § 102?

4.    Whether Andrx has proven by clear and convincing evidence that European Application No. 0 320 097 A1 ("Geoghegan '097 application") renders Claims 1 or 2 of the '791 patent invalid due to anticipation pursuant to 35 U.S.C. § 102?

5.   Whether each and every element of Claims 1 and 2 of the '791 patent is disclosed, either expressly or inherently, in the Joshi '413 patent?

6.   Whether each and every element of Claims 1 and 2 of the '791 patent is disclosed, either expressly or inherently, in the Debregeas '596 patent?

7.   Whether each and every element of Claims 1 and 2 of the '791 patent is disclosed, either expressly or inherently, in the Geoghegan '240 patent?

8.   Whether each and every element of Claims 1 and 2 of the '791 patent is disclosed, either expressly or inherently, in the Geoghegan '097 application?

## III.   OBVIOUSNESS

### Contested Legal Issues

1.   Whether Andrx has proven by clear and convincing evidence that the differences between the subject matter of Claim 1 of the '791 patent and the asserted prior art are such that the subject matter as a whole of Claim 1 would have been obvious to a person of ordinary skill in the art?

2.   Whether Andrx has proven by clear and convincing evidence that the differences between the subject matter of Claim 2 of the '791 patent and the asserted prior art are such that the subject matter as a whole of Claim 2 would have been obvious to a person of ordinary skill in the art?

### Contested Factual Issues

1.   What is the level of ordinary skill in the art as it pertains to the '791 patent?

2.   What is the scope and content of the asserted prior art (Joshi '413 patent, Debregeas '596 patent, Geoghegan '240 patent, and Geoghegan '097 application) as it pertains to Claims 1 and 2 of the '791 patent?

3.   What are the differences between Claims 1 and 2 of the '791 patent and the asserted prior art?

4.   Would a person of ordinary skill in the art have been motivated to combine the teachings of the Joshi '413 patent, the Debregeas '596 patent, the Geoghegan '240 patent, and/or the Geoghegan '097 application to achieve the inventions of Claims 1 and 2 of the '791 patent?

5.   Would a person of ordinary skill in the art expect a likelihood of success in combining the asserted prior art references?

6.      What secondary considerations of non-obviousness exist with respect to the inventions claimed in Claims 1 and 2 of the '791 patent?

7.      Whether the commercial embodiments of the '791 patent (Cardizem® LA and Tiazac®) have been a commercial success?

8.      Whether Cardizem® LA has fulfilled a long-felt need in effective management of hypertension?

9.      Whether others failed to develop an effective and consistent once-a-day diltiazem product?

10.     Whether there is a nexus between any evidence of secondary considerations of non-obviousness and Claims 1 and 2 of the '791 patent?

11.     Whether the commercial embodiments of the '791 patent (Cardizem® LA and Tiazac®) possess unexpected properties in comparison with prior marketed once-a-day diltiazem products?

## IV.    COLLATERAL ESTOPPEL

### Contested Legal Issues

1.      Whether Biovail is collaterally estopped from asserting that Andrx's proposed generic versions of Cardizem® LA infringe the '791 patent?

### Contested Factual Issues

1.      Whether the alleged infringing tablet products are identical to the asserted capsule products of the prior litigation between Biovail and Andrx in the U.S. District Court for the Southern District of Florida, case no. 98-7096 (the "Florida action")?

2.      Whether the issues in this action were fairly and fully litigated in the Florida action?

3.      What are the differences between the alleged infringing tablet products and the asserted capsule products of the prior litigation between Biovail and Andrx?

## V.    RELIEF

### Contested Legal Issues

1.      Whether Biovail is entitled, under 35 U.S.C. § 271(e)(4)(A), to an order that the effective date of any approval of any proposed products under Andrx's ANDA No. 77-686 be a date that is not earlier than the expiration

date for the '791 patent, or any later date of exclusivity to which Biovail is or becomes entitled?

2.    Whether Biovail is entitled, under 35 U.S.C. § 271(e)(4)(B), to a permanent injunction, restraining and enjoining Andrx from engaging in the commercial manufacture, use, offer for sale, or sale of its proposed products within the United States, or importation into the United States?

## VI.    ATTORNEY FEES

### Contested Legal Issues

1.    Whether this case is exceptional such that Biovail is entitled to attorney fees?

# U.S. PATENT NO. 7,108,866

## I.    INFRINGEMENT

### Contested Factual Issues

1.    Whether Andrx has infringed Claim 1 of U.S. Patent No. 7,108,866 ("'866 patent")?

2.    Whether Andrx has infringed Claim 2 of the '866 patent?

3.    Whether Andrx has infringed Claim 4 of the '866 patent?

4.    Whether Andrx has infringed Claim 5 of the '866 patent?

5.    Whether Andrx has infringed Claim 6 of the '866 patent?

6.    Whether Andrx has infringed Claim 65 of the '866 patent?

7.    Whether Andrx has infringed Claim 86 of the '866 patent?

8.    Whether Andrx has infringed Claim 88 of the '866 patent?

## II.    ENFORCEABILITY

### Contested Legal Issues

1.    Whether Andrx has proven by clear and convincing evidence that Edith Mathiowitz, Ph.D., or Robin Teskin, Esq., knowingly failed to disclose material, non-cumulative information, or submitted material false or misleading information to the PTO with the intent of deceiving the PTO?

### Contested Factual Issues

1.    Does the affidavit of Edith Mathiowitz, Ph.D. ("Mathiowitz affidavit"), which was submitted to the PTO during the prosecution of the '866 patent, contain any material false or misleading statements and/or omissions?

2.    If the Mathiowitz affidavit contained any material false or misleading statements and/or omissions, did anyone involved in the submission of the Mathiowitz affidavit to the PTO know that the affidavit contained material false or misleading statements and/or omissions?

3.    Did anyone involved in the submission of the Mathiowitz affidavit to the PTO intend to deceive the PTO?

4.    Did Biovail's patent attorney, Robin Teskin, Esq., submit any material false or misleading information or fail to disclose material, non-cumulative information to the PTO during the prosecution of the '866 patent?

5.    If Robin Teskin submitted any material false or misleading information to the PTO or failed to disclose material, non-cumulative information to the PTO during the prosecution of the '866 patent, did anyone involved in the submission of such information to the PTO know that the information contained material false or misleading statements and/or omissions?

6.    Did anyone involved in the submission of information to the PTO through Robin Teskin intend to deceive the PTO?

## III.    RELIEF

### Contested Legal Issues

1.    Whether Biovail is entitled, under 35 U.S.C. § 271(e)(4)(A), to an order that the effective date of any approval of any proposed products under Andrx's ANDA No. 77-686 be a date that is not earlier than the expiration date for the '866 patent, or any later date of exclusivity to which Biovail is or becomes entitled?

2.    Whether Biovail is entitled, under 35 U.S.C. § 271(e)(4)(B), to a permanent injunction, restraining and enjoining Andrx from engaging in the commercial manufacture, use, offer for sale, or sale of its proposed products within the United States, or importation into the United States?

## IV.    ATTORNEY FEES

### Contested Legal Issues

1.    Whether this case is exceptional such that Biovail is entitled to attorney fees?

2.    Whether Andrx's inequitable conduct allegations are so facially baseless to warrant an award of attorney fees?

# EXHIBIT 3

EXHIBIT 3 TO PRETRIAL ORDER

DEFENDANT ANDRX'S STATEMENT OF
CONTESTED FACTUAL AND LEGAL ISSUES

Defendant Andrx submits herein its statement of contested factual and legal

issues.  To the extent that any issue of fact is deemed to be an issue of law it should be so

considered, and to the extent that any issue of law is deemed to be an issue of fact it should

be so considered.

## U.S. PATENT NO. 5,529,791

I.    INFRINGEMENT

Contested Factual Issues

1.    Whether Andrx's proposed diltiazem tablet product of ANDA No. 77-686
literally infringes Claim 1 of U.S. Patent No. 5,529,791 ("'791 patent")?

2.    Whether Andrx's proposed diltiazem tablet product of ANDA No. 77-686
literally infringes Claim 2 of the '791 patent?

II.   ANTICIPATION

Contested Legal Issues

1.    Whether Andrx has proven by clear and convincing evidence that U.S.
Patent No. 4,808,413 ("Joshi '413 patent") renders Claims 1 or 2 of the
'791 patent invalid due to anticipation pursuant to 35 U.S.C. § 102?

2.    Whether Andrx has proven by clear and convincing evidence that U.S.
Patent No. 4,960,596 ("Debregeas '596 patent") renders Claims 1 or 2 of
the '791 patent invalid due to anticipation pursuant to 35 U.S.C. § 102?

3.    Whether Andrx has proven by clear and convincing evidence that U.S.
Patent No. 4,894,240 ("Geoghegan '240 patent") renders Claims 1 or 2 of
the '791 patent invalid due to anticipation pursuant to 35 U.S.C. § 102?

4.    Whether Andrx has proven by clear and convincing evidence that
European Application No. 0 320 097 ("Geoghegan '097 application")
renders Claims 1 or 2 of the '791 patent invalid due to anticipation
pursuant to 35 U.S.C. § 102?

Contested Factual Issues

– 1 –

1.  Whether each and every element of Claims 1 and 2 of the '791 patent is disclosed, either expressly or inherently, in the Joshi '413 patent?

2.  Whether each and every element of Claims 1 and 2 of the '791 patent is disclosed, either expressly or inherently, in the Debregeas '596 patent?

3.  Whether each and every element of Claims 1 and 2 of the '791 patent is disclosed, either expressly or inherently, in the Geoghegan '240 patent?

4.  Whether each and every element of Claims 1 and 2 of the '791 patent is disclosed, either expressly or inherently, in the Geoghegan '097 application?

## III.    OBVIOUSNESS

### Contested Legal Issues

1.  Whether Andrx has proven by clear and convincing evidence that the differences between the subject matter of Claim 1 of the '791 patent and the asserted prior art are such that the subject matter as a whole of Claim 1 would have been obvious to a person of ordinary skill in the art?

2.  Whether Andrx has proven by clear and convincing evidence that the differences between the subject matter of Claim 2 of the '791 patent and the asserted prior art are such that the subject matter as a whole of Claim 2 would have been obvious to a person of ordinary skill in the art?

### Contested Factual Issues

1.  What is the level of ordinary skill in the art as it pertains to the '791 patent?

2.  What is the scope and content of the asserted prior art (Joshi '413 patent, Debregeas '596 patent, Geoghegan '240 patent, and Geoghegan '097 application) as it pertains to claims 1 and 2 of the '791 patent?

3.  What are the differences between claims 1 and 2 of the '791 patent and the asserted prior art?

4.  Was there a reason that would have prompted a person of ordinary skill in the art to combine the teachings of the asserted prior art to achieve the inventions of claims 1 and 2 of the '791 patent?

5.  Did there exist at the time of the invention a known problem for which there was a solution encompassed by the patent's claims?

8.    Would a person of ordinary skill in the art have had a reasonable expectation of success in combining the teachings of the asserted prior art?

9.    Would a person of ordinary skill in the art have had reason to attempt to make the inventions of claims 1 and 2?

3.    Would a person of ordinary skill in the art have been motivated to combine the teachings of the Joshi '413 patent, the Debregeas '596 patent, the Geoghegan '240 patent, and/or the Geoghegan '097 application to achieve the inventions of claims 1 and 2 of the '791 patent?

4.    What secondary considerations of non-obviousness exist with respect to the inventions claimed in Claims 1 and 2 of the '791 patent?

5.    Whether there is a nexus between any evidence of secondary considerations of non-obviousness and Claims 1 and 2 of the '791 patent?

## IV.    ESTOPPEL

### Contested Legal Issues

1.    Whether Biovail is collaterally estopped from asserting that Andrx's proposed generic versions of Cardizem® LA infringe the '791 patent?

2.    Whether Biovail is estopped from asserting that the sugar core seed structure of Andrx's product infringes, by virtue of Biovail's amendment of claims and arguments to the PTO in order to overcome rejections based on the sugar core seed structure of the bead in the Debregeas '596 patent?

### Contested Factual Issues

1.    Whether the issue at stake is identical to the one involved in the prior litigation between Biovail and Andrx in the U.S. District Court for the Southern District of Florida, case no. 98-7096 (the "Florida action")?

2.    Whether the issue at stake was actually litigated in the prior action?

3.    Whether the determination of the issue in the prior suit was a critical and necessary part of the judgment in that action?

4.    Whether the party against whom the earlier decision is asserted had a full and fair opportunity to litigate the issue in the earlier proceeding?

WASH_2071751.2

5.      Whether the applicants unambiguously distinguished the claimed invention from the sugar core seed structure taught by Debregeas and practiced by Andrx in the accused tablet, so that the public was entitled to rely on the applicants' statements in designing around the patent by practicing the prior art sugar core seed structure?

## V.      RELIEF

### Contested Legal Issues

1.      Whether Biovail is entitled, under 35 U.S.C. § 271(e)(4)(A), to an order that the effective date of any approval of any proposed products under Andrx's ANDA No. 77-686 be a date that is not earlier than the expiration date for the '791 patent, or any later date of exclusivity to which Biovail is or becomes entitled?

2.      Whether Biovail is entitled, under 35 U.S.C. § 271(e)(4)(B), to a permanent injunction, restraining and enjoining Andrx from engaging in the commercial manufacture, use, offer for sale, or sale of its proposed products within the United States, or importation into the United States?

3.      Whether Andrx is entitled to a judgment declaring that its proposed diltiazem tablet product of ANDA No. 77-686 does not infringe the asserted claims of the '791 patent.

4.      Whether Andrx is entitled to a judgment declaring that the '791 patent is invalid in light of the prior art.

## VI.      ATTORNEY FEES

### Contested Legal Issues

1.      Whether this case is exceptional such that Andrx is entitled to attorney fees?

2.      Whether this case is exceptional such that Biovail is entitled to attorney fees?

WASH_2071751.2

## U.S. PATENT NO. 7,108,866

I.    **INFRINGEMENT**

### Contested Factual Issues

1.    Whether Andrx has infringed Claim 1 of U.S. Patent No. 7,108,866 ("'866 patent")?

2.    Whether Andrx has infringed Claim 2 of the '866 patent?

3.    Whether Andrx has infringed Claim 4 of the '866 patent?

4.    Whether Andrx has infringed Claim 5 of the '866 patent?

5.    Whether Andrx has infringed Claim 6 of the '866 patent?

6.    Whether Andrx has infringed Claim 65 of the '866 patent?

7.    Whether Andrx has infringed Claim 86 of the '866 patent?

8.    Whether Andrx has infringed Claim 88 of the '866 patent?

II.    **ENFORCEABILITY**

### Contested Legal Issues

1.    Whether Andrx has proven by clear and convincing evidence that Biovail, Edith Mathiowitz, Ph.D., Robin Teskin, Esq., or anyone at Biovail involved with the prosecution knowingly failed to disclose material, non-cumulative information, or submitted material false or misleading information to the PTO with the intent of deceiving the PTO?

### Contested Factual Issues

1.    Does the affidavit of Edith Mathiowitz, Ph.D. ("Mathiowitz affidavit"), which was submitted to the PTO during the prosecution of the '866 patent, contain any material false or misleading statements and/or omissions?

2.    If the Mathiowitz affidavit contained any material false or misleading statements and/or omissions, did anyone involved in the submission of the Mathiowitz affidavit to the PTO know or should they have known that the affidavit contained material false or misleading statements and/or omissions?

3.    Did anyone involved in the submission of the Mathiowitz affidavit to the PTO intend to deceive the PTO?

WASH_2071751.2

4.    Did Biovail's patent attorney, Robin Teskin, Esq., submit any material false or misleading information or fail to disclose material information to the PTO during the prosecution of the '866 patent?

5.    If Robin Teskin submitted any material false or misleading information to the PTO or failed to disclose material information to the PTO during the prosecution of the '866 patent, did anyone involved in the submission of such information to the PTO know or should they have known that the information contained material false or misleading statements and/or that the omitted information was material?

6.    Did anyone involved in the submission of information to the PTO through Robin Teskin intend to deceive the PTO?

## III.    RELIEF

### Contested Legal Issues

1.    Whether Biovail is entitled, under 35 U.S.C. § 271(e)(4)(A), to an order that the effective date of any approval of any proposed products under Andrx's ANDA No. 77-686 be a date that is not earlier than the expiration date for the '866 patent, or any later date of exclusivity to which Biovail is or becomes entitled?

2.    Whether Biovail is entitled, under 35 U.S.C. § 271(e)(4)(B), to a permanent injunction, restraining and enjoining Andrx from engaging in the commercial manufacture, use, offer for sale, or sale of its proposed products within the United States, or importation into the United States?

3.    Whether Andrx is entitled to a judgment declaring that its proposed diltiazem tablet product of ANDA No. 77-686 does not infringe the asserted claims of the '866 patent.

4.    Whether Andrx is entitled to a judgment declaring that the '866 patent is unenforceable due to inequitable conduct.

## IV.    ATTORNEY FEES

### Contested Legal Issues

1.    Whether this case is exceptional such that Andrx is entitled to attorney fees?

WASH_2071751.2

2.    Whether this case is exceptional such that Biovail is entitled to attorney fees?

WASH_2071751.2

# EXHIBIT 4

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 1 | Certified U.S. Patent No. 5,529,791 | | | | |
| 2 | Certified U.S. Patent No. 7,108,866 | | | | |
| 3 | U.S. Patent No. 5,288,505 | | | NPI | |
| 4 | U.S. Patent Publication No. 20070036856 A1 | | | NPI | |
| 5 | File History of U.S. Patent No. 5,529,791 | | | NPI, A | |

**Page 1 of 67**

| | | |
|---|---|---|
| R | = | Relevance (Rule 402 and/or 403) |
| W | = | Relevance outweighed by prejudice, waste or confusion (Rule 403) |
| H | = | Hearsay (Rules 801-802) |
| MD | = | Multiple documents. Further objections reserved pending identification of each specific document Biovail seeks to introduce. |
| NP/A | = | No indication of document having been produced in this case until after service of proposed exhibit list and/or authentication (Rule 901(a)). |
| NPI | = | Not properly identified. All objections reserved until inspection of document. |
| F | = | Lack of Foundation |
| DU | = | Duplicative |
| C | = | Incomplete document. Further objections reserved pending Biovail provision of full document. |
| A | = | Lack of authentication (Rule 901 (a)). |

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 6 | File History of U.S. Patent No. 7,108,866 | | | NPI | |
| 7 | April 10, 2005 Affidavit of Edith Mathiowitz, Ph.D. | | | NPI, NP/A, Provided too late to reconcile discrepancies | |
| 8 | June 22, 2005 Andrx Notice Letter to Biovail | | | W, NPI | |
| 9 | August 30, 2005 Notice Letter to Biovail | | | W, NPI | |
| 10 | September 19, 2006 Notice Letter to Biovail | | | W, NPI | |
| 11 | EXHIBIT REMOVED | | | | |
| 12 | Curriculum Vitae of G.S. Brenner, Ph.D. | | | H | |

**Page 2 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

# LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 13 | Curriculum Vitae of T.S. Foster, Pharm.D. | | | H | |
| 14 | Curriculum Vitae of J.M. Neutel, M.D. | | | H | |
| 15 | Curriculum Vitae of M.C. Davies, Ph.D. | | | H | |
| 16 | Curriculum Vitae of R.A. Bodmeier, Ph.D. | | | H | |
| 17 | Curriculum Vitae of S.M. Bolton, Ph.D. | | | H, R | |
| 18 | Curriculum Vitae of M.C. Meyer, Ph.D. | | | H | |
| 19 | Curriculum Vitae of T.M. Niemczyk, Ph.D. | | | H | |

**Page 3 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 20 | Curriculum Vitae of S.C. Porter, Ph.D. | | | H, R | |
| 21 | Curriculum Vitae of N. Weiner, Ph.D. | | | H, R | |
| 22 | Curriculum Vitae of C.Y. Wu, Ph.D. | | | H | |
| 23 | Curriculum Vitae of E. Mathiowitz, Ph.D. | | | H, R, NPI | |
| 24 | Curriculum Vitae of A. M. Deboeck | | | H, R, NPI | |
| 25 | Product Development Report for the Diltiazem HCL Extended Release Bead Tablet | BLS 009754 – 009771 | | R | |
| 26 | Product Development Report for the Diltiazem HCl Extended Release Bead Coated Tablets | BLS 009843 – BLS 009933 | | R | |

**Page 4 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 27 | Wax Placebo Bead Development Report | BLS 009934 – BLS 009996 | | R | |
| 28 | Memorandum dated 10/02/03, from G. Butler to J. Miszuk, re Biovail/Galephar Agreements | BLS 026166 – BLS 026223 | | R | |
| 29 | EXHIBIT REMOVED | | | | |
| 30 | Agreement (December 15, 1998) | B012253 – B012267 | | R, NP/A, NPI | |
| 31 | Andrx ANDA # 77-686 Book 1 of 38 | ANDCLA 00001 – ANDCLA 00511 | | MD, R (as to ANDCLA 0061-139) | |
| 32 | Andrx ANDA # 77-686 Book 2 of 38 | ANDCLA 00512 – ANDCLA 01035 | | MD, W | |
| 33 | Andrx ANDA # 77-686 Book 3 of 38 | ANDCLA 01036 – ANDCLA 01377 | | MD, R | |

Page 5 of 67

TH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 34 | Andrx ANDA # 77-686 Book 4 of 38 | ANDCLA 01378 – ANDCLA 01779 | | MD, R | |
| 35 | Andrx ANDA # 77-686 Book 5 of 38 | ANDCLA 01780 – ANDCLA 02181 | | MD, R | |
| 36 | Andrx ANDA # 77-686 Book 6 of 38 | ANDCLA 02182 – ANDCLA 02529 | | MD, R | |
| 37 | Andrx ANDA # 77-686 Book 7 of 38 | ANDCLA 02530 – ANDCLA 02875 | | MD, R | |
| 38 | Andrx ANDA # 77-686 Book 8 of 38 | ANDCLA 02876 – ANDCLA 03221 | | MD, R | |
| 39 | Andrx ANDA # 77-686 Book 9 of 38 | ANDCLA 03222 – ANDCLA 03568 | | MD, R | |

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| **40** | Andrx ANDA # 77-686 Book 10 of 38 | ANDCLA 03569 – ANDCLA 03915 | | MD, R | |
| **41** | Andrx ANDA # 77-686 Book 11 of 38 | ANDCLA 03916 – ANDCLA 04261 | | MD, R | |
| **42** | Andrx ANDA # 77-686 Book 12 of 38 | ANDCLA 04262 – ANDCLA 04608 | | MD, R | |
| **43** | Andrx ANDA # 77-686 Book 13 of 38 | ANDCLA 04609 – ANDCLA 04920 | | MD, R | |
| **44** | Andrx ANDA # 77-686 Book 14 of 38 | ANDCLA 04921 – ANDCLA 05323 | | MD, R | |
| **45** | Andrx ANDA # 77-686 Book 15 of 38 | ANDCLA 05324 – ANDCLA 05693 | | MD, R | |

**Page 7 of 67**

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 46 | Andrx ANDA # 77-686 Book 16 of 38 | ANDCLA 05694 – ANDCLA 06010 | | MD, R | |
| 47 | Andrx ANDA # 77-686 Book 17 of 38 | ANDCLA 06011 – ANDCLA 06407 | | MD, R | |
| 48 | Andrx ANDA # 77-686 Book 18 of 38 | ANDCLA 06408 – ANDCLA 06807 | | MD, R | |
| 49 | Andrx ANDA # 77-686 Book 19 of 38 | ANDCLA 06808 – ANDCLA 07209 | | MD, R | |
| 50 | Andrx ANDA # 77-686 Book 20 of 38 | ANDCLA 07210 – ANDCLA 07623 | | MD, R | |
| 51 | Andrx ANDA # 77-686 Book 21 of 38 | ANDCLA 07624 – ANDCLA 07957 | | MD, R | |

Page 8 of 67

IH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 52 | Andrx ANDA # 77-686<br>Book 22 of 38 | ANDCLA 07958 – ANDCLA 08242 | | MD, R | |
| 53 | Andrx ANDA # 77-686<br>Book 23 of 38 | ANDCLA 08243 – ANDCLA 08652 | | MD, R | |
| 54 | Andrx ANDA # 77-686<br>Book 24 of 38 | ANDCLA 08653 – ANDCLA 08908 | | MD, R | |
| 55 | Andrx ANDA # 77-686<br>Book 25 of 38 | ANDCLA 08909 – ANDCLA 09295 | | MD, R | |
| 56 | Andrx ANDA # 77-686<br>Book 26 of 38 | ANDCLA 09296 – ANDCLA 09641 | | MD, R | |
| 57 | Andrx ANDA # 77-686<br>Book 27 of 38 | ANDCLA 09642 – ANDCLA 09988 | | MD, R | |

**Page 9 of 67**

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 58 | Andrx ANDA # 77-686 Book 28 of 38 | ANDCLA 09989 – ANDCLA 10335 | | MD, R | |
| 59 | Andrx ANDA # 77-686 Book 29 of 38 | ANDCLA 10336 – ANDCLA 10852 | | MD, R | |
| 60 | Andrx ANDA # 77-686 Book 30 of 38 | ANDCLA 10853 – ANDCLA 11198 | | MD, R | |
| 61 | Andrx ANDA # 77-686 Book 31 of 38 | ANDCLA 11199 – ANDCLA 11637 | | MD, R | |
| 62 | Andrx ANDA # 77-686 Book 32 of 38 | ANDCLA 11638 – ANDCLA 11951 | | MD, R | |
| 63 | Andrx ANDA # 77-686 Book 33 of 38 | ANDCLA 11952 – ANDCLA 12283 | | MD, R | |

Page 10 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 64 | Andrx ANDA # 77-686 Book 34 of 38 | ANDCLA 12284 – ANDCLA 12669 | | MD, R | |
| 65 | Andrx ANDA # 77-686 Book 35 of 38 | ANDCLA 12670 – ANDCLA 13008 | | MD, R | |
| 66 | Andrx ANDA # 77-686 Book 36 of 38 | ANDCLA 13009 – ANDCLA 13368 | | MD, R | |
| 67 | Andrx ANDA # 77-686 Book 37 of 38 | ANDCLA 13369 – ANDCLA 13656 | | MD, R | |
| 68 | Andrx ANDA # 77-686 Book 38 of 38 | ANDCLA 13657 – ANDCLA 14011 | | MD, R | |
| 69 | Andrx ANDA # 77-686 Correspondence Book #2 | ANDCLA 14012 – ANDCLA 14136 | | MD, R, H | |

Page 11 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 70 | Andrx ANDA # 77-686 Correspondence Book #3.1 | ANDCLA 14138 – ANDCLA 14541 | | MD, R (14218-267, 14306-308) | |
| 71 | Andrx ANDA # 77-686 Correspondence Book #3.2 | ANDCLA 14542 – ANDCLA 14898 | | MD, W | |
| 72 | Andrx ANDA # 77-686 Correspondence Book #3.3 | ANDCLA 14899 – ANDCLA 15315 | | MD, W | |
| 73 | Andrx ANDA # 77-686 Correspondence Book #3.4 | ANDCLA 15316 – ANDCLA 15912 | | MD, W | |
| 74 | Andrx ANDA # 77-686 Correspondence Book #4 | ANDCLA 15913 – ANDCLA 15929 | | MD, R | |

Page 12 of 67

Biovail Laboratories International SRL *v.* Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 75 | Andrx ANDA # 77-686 Correspondence Book 04/27/06 – 11/01/06 | ANDCLA 110903 – ANDCLA 111624 | | MD, R, H | |
| 76 | Andrx ANDA # 77-686 (Compilation Part 1) | | Vaughn Dep. Exh. 20A | MD, R, W, F, DU of Px 31 R (as to ANDCLA 00061 – 139) | |
| 77 | Andrx ANDA # 77-686 (Compilation Part 2) | | Vaughn Dep. Exh. 20B | MD, W, F, DU of Px 31 | |
| 78 | Andrx ANDA # 77-686 (Compilation Part 3) | | Vaughn Dep. Exh. 20C | MD, R, W, F, DU of Px 32 | |
| 79 | Andrx ANDA # 77-686 (Compilation Part 4) | | Vaughn Dep. Exh. 20D | MD, R, W, F, DU of Px 32 | |

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 80 | Andrx ANDA # 77-686 (Compilation Part 5) | | Vaughn Dep. Exh. 21A | MD, H, R, W, F, DU of Px 70 | |
| 81 | Andrx ANDA # 77-686 (Compilation Part 6) | | Vaughn Dep. Exh. 21B | MD, H, R, W, F, DU of Px 71 | |
| 82 | Andrx ANDA # 77-686 (Compilation Part 7) | | Vaughn Dep. Exh. 21C | MD, H, R, W, F, DU of Px 72 | |
| 83 | Andrx ANDA # 77-686 (Compilation Part 8) | | Vaughn Dep. Exh. 21D | MD, H, R, W, F, DU of Px 72 | |
| 84 | Andrx ANDA # 77-686 (Compilation Part 9) | | Vaughn Dep. Exh. 21E | MD, H, R, W, F, DU of Px 73 | |
| 85 | Andrx ANDA # 77-686 (Compilation Part 10) | | Vaughn Dep. Exh. 21F | MD, H, R, W, F, DU of Px 73 | |

IH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 86 | Andrx ANDA # 77-686 Components and Composition Statements | ANDCLA 00140 – ANDCLA 00144 | Jan Dep. Exh. 65 | | |
| 87 | EXHIBIT REMOVED | | | | |
| 88 | Andrx ANDA # 77-686 Manufacturing and Process Instructions | ANDCLA 14544 - ANDCLA 14548 | | | |
| 89 | Andrx ANDA 77-686 March 29, 2006 Bioequivalency Amendment from FDA | | Vaughn Dep. Exh. 25 | | |
| 90 | Andrx ANDA 75-401 Excerpt | ANDCLA 69884 – ANDCLA 70077 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 13 | | |

Page 15 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 91 | Andrx ANDA 75-401 Excerpt | ANDCLA 93272 – ANDCLA 93273<br><br>ANDCLA 93274 – ANDCLA 93336<br><br>ANDCLA 93384 – ANDCLA 93408<br><br>ANDCLA 93456 – ANDCLA 93480<br><br>ANDCLA 93528 – ANDCLA 93552<br><br>ANDCLA 93600 – ANDCLA 93602 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 14 | MD | |
| 92 | Andrx ANDA # 75-401<br><br>Components and Compositions Statements | ANDCLA 69636 – ANDCLA 69640 | | | |

Page 16 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 93 | Andrx ANDA 75-401 Excerpt | ANDCLA 92843 – ANDCLA 92867 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 12 | | |
| 94 | Andrx ANDA # 75-401 Excerpt | 9373 - 9375 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 15 | | |
| 95 | Andrx ANDA # 75-401 Active Drug Layering – Active Pellets | ANDCLA 69735 – ANDCLA 69883 | | | |
| 96 | Andrx ANDA # 75-401 Manufacturing and Processing Instructions | ANDCLA 92870 – ANDCLA 93262 | | | |
| 97 | Andrx ANDA # 75-401 Excerpt | ANDCLA 92870 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 16 | | |

Page 17 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No.<br>PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 98 | Diltiazem Controlled Release Formulation and Method of Manufacture | ANDCLA 22915 – ANDCLA 22963 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 19 | | |
| 99 | Andrx ANDA Transmittal Letter | ANDCLA 00002 – ANDCLA 00004 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 21 | | |
| 100 | EXHIBIT REMOVED | | | | |
| 101 | Letter, undated, from N. Stockbridge (FDA) to N. Islam of Biovail Technologies Ltd. | | Bolton Dep. Exh. 159 | R, H | |
| 102 | March 3, 2004 FDA Inspection Report | | | R, H | |
| 103 | May 17, 2005 FDA Inspection Report | | | R, H | |
| 104 | EXHIBIT REMOVED | | | | |

Page 18 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

# LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 105 | Letter dated 04/27/06, from J. Vaughn to G. Beuhler enclosing Bioequivalency Amendment | ANDCLA 107049-ANDCLA 107079 | Vaughn Dep. Exh. 26 | | |
| 106 | ANDA 77-686 Minor Amendment from FDA (02/10/06) | ANDCLA 103013-ANDCLA 103017 | Vaughn Dep. Exh. 27 | | |
| 107 | Inspection Report by FDA (04/18/06) | | | R, H | |
| 108 | FDA Bioequivalency Amendment ANDA 77-686 (10/27/05) | ANDCLA 103086-ANDCLA 103087 | | | |
| 109 | Andrx's Labeling Amendment (09/25/06) | ANDCLA 110830-ANDCLA 110900 | | W | |
| 110 | Jan. 5, 2001 Letter from D. Servello (Andrx) to G. Buehler (FDA) | ANDCLA 101440 – ANDCLA 101443 | | W | |
| 111 | Biovail 1996 Annual Report | | | H, R | |

Page 19 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 112 | Biovail 1997 Annual Report | | | H, R | |
| 113 | Biovail 1998 Annual Report | | | H, R, NP/A | |
| 114 | Biovail 1999 Annual Report | | | H, R, NP/A | |
| 115 | Biovail 2000 Annual Report | | | H, R, NP/A | |
| 116 | Biovail 2001 Annual Report | | | H, R, NP/A | |
| 117 | Biovail 2002 Annual Report | | | H, R, NP/A | |
| 118 | Biovail 2003 Annual Report | | | H, R, NP/A | |
| 119 | Biovail 2004 Annual Report | | | H, R, NP/A | |
| 120 | Biovail 2005 Annual Report | | | H, R | |
| 121 | Biovail 2006 Annual Report | | | H, R, NP/A | |
| 122 | July 8, 2002 Andrx Press Release | | Rosenthal Dep. Exh. 57 | H, R | |

Page 20 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 123 | Andrx Corp. 2003 Annual Report | | | R, NP/A | |
| 124 | Sept. 8, 2004 Andrx Press Release | | Rosenthal Dep. Exh. 62 | R | |
| 125 | Andrx Corp. 2004 Annual Report | | | R, NP/A | |
| 126 | July 29, 2005 Q2 2005 Andrx Corporation Earnings Conference Call Transcript | | | H, R, F, NP/A | |
| 127 | Andrx Aug. 4, 2005 Form 10-Q (period: June 30, 2005) | | | R, NP/A | |
| 128 | Sept. 6, 2005 Andrx Press Release | | | R, NP/A | |
| 129 | Nov. 8, 2005 Q3 2005 Andrx Corporation Earnings Conference Call Transcript | | | H, R, F, NP/A | |

Page 21 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No.<br>PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 130 | Singer, G., Andrx prepares for session with FDA, South Florida Sun-Sentinel, Broward Metro Edition, Dec. 11, 2005, pgs. 1E, 4E | | | H, R, NP/A | |
| 131 | Andrx Dec. 15, 2005 Form 8-K (period: Dec. 14, 2005) | | | R, NP/A | |
| 132 | Singer, G., Lead Plaintiff set in lawsuit against drug maker Andrx Corp, South Florida Sun-Sentinel, Broward Metro Edition, Feb. 1, 2006, pg. 3D | | | H, R, NP/A | |
| 133 | Andrx March 13, 2006 Form 8-K (period: March 12, 2006) | | | R, NP/A | |
| 134 | Andrx March 13, 2006 Form 8-K (period: March 13, 2006) | | | R, NP/A | |
| 135 | Andrx March 13, 2006 Form DEFA14A | | | R, NP/A | |

**Page 22 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

# LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 136 | Andrx March 16, 2006 Form 10-K (period: Dec. 31, 2005) | | | R, NP/A | |
| 137 | April 18, 2006 FDA Form 483 | | | R, H, NP/A | |
| 138 | April 19, 2006 Form 8-K (period: April 18, 2006) | | | R, NP/A | |
| 139 | Singer, G., FDA finds dozens new manufacturing deficiencies at Andrx, South Florida Sun-Sentinel, Broward Metro Edition, April 25, 2006, pg. 1.D | | | R, H, NP/A | |
| 140 | Andrx May 1, 2006 Amended Form 10-K (period: Dec.31, 2005) | | | R, NP/A | |
| 141 | Andrx May 4, 2006 Form 10-Q (period: March 31, 2006) | | | R, NP/A | |

Page 23 of 67

IH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 142 | May 5, 2005 Q1 2005 Andrx Corporation Earnings Conference Call Transcript | | | R, H, NP/A | |
| 143 | Andrx Aug. 8, 2006 Form 10-Q (period: June 30, 2006) | | | R, NP/A | |
| 144 | Andrx Sep. 13, 2006 Form 8-K (period: Sep. 13, 2006) | | | R, NP/A | |
| 145 | EXHIBIT REMOVED | | | | |
| 146 | Exhibit 99.1 to Andrx's Sep. 13, 2006 8k | | | R, NP/A | |
| 147 | Watson Pharmaceuticals, Inc. Nov. 7, 2006 Form 10-Q | | | R, NP/A | |
| 148 | Aug. 2, 2007 Q2 2007 Watson Pharmaceuticals, Inc. Earnings Conference Call Transcript | | | R, H, NP/A, F | |

Page 24 of 67

IH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 149 | Andrx ANDA # 77-686 Excerpt | ANDCLA 14197 – ANDCLA 14216 | Jan. 19, 2007 Brenner Declaration Exhibit 6 (part 2) | R | |
| 150 | EXHIBIT REMOVED | | | | |
| 151 | EXHIBIT REMOVED | | | | |
| 152 | Biovail Study # 2293 | BLS 053097 – BLS 053371 | | R | |
| 153 | EXHIBIT REMOVED | | | | |
| 154 | Biovail Study # 2370 | BLS 019146 – BLS 019281 | | R | |
| 155 | Biovail Study # 2434 | BLS 019849 – BLS 019913 | | R | |
| 156 | Biovail Study # 2435 | BLS 019641 – BLS 019724 | | R | |

**Page 25 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| **157** | Biovail Study # 2464 | BLS 020384 – BLS 020428 | | R | |
| **158** | Biovail Study # 2489 | BLS 019551 – BLS 019616 | | R | |
| **159** | Biovail Study # 2492 | BLS 019748 – BLS 019825 | | R | |
| **160** | Biovail Study # 2463 | BLS 019938 – BLS 020023 | | R | |
| **161** | Andrx Study # R04-1764 | ANDCLA 01042 – ANDCLA 01129 | | R | |
| **162** | Andrx Study # R04-1765 | ANDCLA 07630 – ANDCLA 07715 | | R | |
| **163** | Letter, dated 01/12/06, by P. Ratliff re Pharmaceutical Product Samples to M. Davies | BLS 070140 – BLS 070142 | | | |

**Page 26 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 164 | Letter, dated 01/12/06, by P. Ratliff re Pharmaceutical Product Samples to M. Davies | BLS 070143 – BLS 070145 | | | |
| 165 | Letter, dated 04/15/06, by P. Ratliff re Pharmaceutical Product Samples to M. Davies enclosing Packing Slip of Samples and Pro Forma Commercial Invoice (18 items) | BLS 070146 – BLS 070148 | | | |
| 166 | Laboratory Notebook | BLS 026700 – BLS 026743 | | H, F, C | |
| 167 | Laboratory Notebook | BLS 026745 – BLS 026758 | | H, F, C | |
| 168 | Davies Hard Disk Drive | BLS 026759 | | H, R, MD, F | |
| 169 | Andrx's Jan. 3, 2006 Response to Biovail's First Set of Interrogatories | | | W | |

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 170 | Biovail's March 9, 2006 Rule 30(b)(6) Notice to Andrx | | Vaughn Dep. Exh. 18 | W | |
| 171 | March 31, 2006 Letter from D. Carsten to P. Ratliff | | Vaughn Dep. Exh. 19 | W | |
| 172 | October 23, 2006 Revised Notice of Subpoena | | Copa Dep. Exh. 135 | W | |
| 173 | Andrx's Jan. 3, 2006 Response to Biovail's First Set of Interrogatories | | | W, DU | |
| 174 | Andrx's Nov. 16, 2006 Response to Biovail's First Set of Interrogatories | | | W | |
| 175 | Biovail's May 14, 2007 Interrogatories to Andrx relating to the issue of Inequitable Conduct | | | R | |

**Page 28 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 176 | Andrx's Nov. 18, 2005 Initial Disclosures | | | W | |
| 177 | Eradiri, O., et al., Comparison of diltiazem bioavailability from 3 marketed extended-release products for once-daily administration: implications of chronopharmacokinetics and dynamics, *Int'l J. of Clin. Pharmacology and Therapeutics*, Vol. 35, No. 9, (1997), pp.: 369 - 373 | BLS 030937 – BLS 030941 | | H | |
| 178 | Thiffault, J., et al., The Influence of Time of Administration on the Pharmacokinetics of a Once-a-Day Diltiazem Formulation: Morning Against Bedtime, *Biopharmaceutics and Drug Disposition*, Vol. 17, pp.107-115 (1996) | | | H | |

Page 29 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 179 | FDA Guidance for Industry re Bioavailability and Bioequivalence Studies for Orally Administered Drugs Products – General Considerations (Revision I – March 2003) | | | R | |
| 180 | U.S. Patent No. 4,832,958 | | | R, NP/A | |
| 181 | U.S. Patent No. 4,859,469 | | | R, NP/A | |
| 182 | FDA Guidance for Industry re Oral Extended (Controlled) Release Dosage Forms *in vivo* Bioequivalence and *in vitro* Dissolution Testing | | | NPI | |
| 183 | EXHIBIT REMOVED | | | | |

RLH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 184 | Niemczyk Power Point Presentation: Quantitative Analysis of Polymorphic Mixtures using Infrared Spectroscopy | | Niemczyk Dep. Exh. 177 | H | |
| 185 | Qiu, Yihong, and Zhang, Guohua, Research and Development Aspects of Oral Controlled-Release Dosage Forms, in *Handbook of Pharmaceutical Controlled Release Technology*, Wise, Donald L. (ed.), Marcel Dekker, Inc. New York | | Zhang Dep. Exh. 92 | H, R | |
| 186 | R. Turton and X.X. Cheng, The Scale-Up of Spray Coating Processes for Granular Solids and Tablets, *Powder Technology*, 150 (2005) 78-85 | | Cheng Dep. Exh. 107 | H, R | |

Page 31 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 187 | Streubel, A., et al., pH-independent Release of a Weakly Basic Drug from Water-Insoluble and –soluble Matrix Tablets, J. of Controlled Release, Vol. 67 (2000), pp. 101-110 | | | H, R | |
| 188 | M. Meyer, K. Chan, and S. Bolton, "Generic Warfarin: Implications for Patient Care – Another View", Pharmacotherapy, Vol. 18, No. 4 (1998), pp. 884-886. | | | H, R, NP/A | |
| 189 | Suleiman, M., et al., Stability of Diltiazem Hydrochloride in aqueous sugar solutions, J. Clin. Pharmacy and Therapeutics, (1988) Vol. 13, pp.: 417 – 422 | | Maes Dep. Exh. 42 | H, NP/A | |

Page 32 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 190 | Sista, S., et.al., Pharmacokinetics of a Novel Diltiazem HCL Extended-Release Tablet Formulation for Evening Administration, *J. Clin Pharmacol* 2003;43:1149-1157 | | | H, NP/A | |
| 191 | Glasser, S. P., Neutel, J.M., Gana, T. I. and Albert, K.S., Efficacy and Safety of a Once Daily Graded-Release Diltiazem Formulation in Essential Hypertension, *Am. J. of Hypertension*, Vol. XVI (2003), pp. 51 - 58 | | | H, NP/A | |
| 192 | Wright, J.T., et.al., Antihypertensive Efficacy of Night-time Graded-Release Diltiazem Versus Morning Amlodipine in African Americans, *Am. J. of Hypertension*, Vol. 17 (2004), pp.: 734-742 | BLS 023268 – BLS 023278 | | H, NP/A | |

**Page 33 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 193 | White, W. B., et.al., Effects of graded-release diltiazem versus ramipril, dosed at bedtime, on early morning blood pressure, heart rate, and the rate-pressure product, *Am. Heart J.*, Vol. 148 No.4 (October 2004), pp.: 628-634 | | | H, NP/A | |
| 194 | Glasser, S.P., et.al., Efficacy and safety of a once-daily graded-release diltiazem formulation dosed at bedtime compared to placebo and to morning dosing in chronic stable angina pectoris, *Am. Heart J.* Vol. 149 No.2 (February 2005), pp.: 290.e1 – 290.e9 | | | H, NP/A | |

Page 34 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 195 | Glasser, S.P., Antihypertensive Safety and Efficacy and Physician and Patient Satisfaction: Results From a Phase 4 Practice-Baded Clinical Experience Trial With Diltiazem LA, *Advances in Therapy*, Vol. 23 No.2 (March/April 2006), pp.:284-294 | | | H, NP/A | |
| 196 | Won, C.M., Kinetics of hydrolysis of diltiazem, International Journal of Pharmaceutics, 79 (1992) 183-190 | | | H, NP/A | |
| 197 | Janicki, S., et al., Diltiazem Multi-Dose Gastrointestinal Diffusion System: Preparation and Release Rate Studies, Il Farmaco, 44(5), 531-539 (1989) | | | H, NP/A | |

**Page 35 of 67**

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 198 | Bodmeier, R. et al., The Influence of Buffer Species and Strength on Diltiazem HCl Release from Beads Coated with the Aqueous Cationic Polymer Dispersions, Eudragit RS, RL 30D, Pharmaceutical Research, Vol. 13, No. 1 (1996) | | | H, NP/A | |
| 199 | Miller, R. A., et al., The Compression of Spheres Coated with an Aqueous Ethylcellulose Dispersion, Drug Development and Industrial Pharmacy, 25(4), 503-511 (1999), pp. 503-511 | | | H, NP/A | |
| 200 | Nixon, J.R., et al., The effect of tabletting on the dissolution behaviour of thiabendazole microcapsules, J. Pharm. Pharmacol. 32:857-59 (1980) | | | H, NP/A | |

Page 36 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 201 | Vergote, G.J., et al., Wax beads as cushioning agents during the compression of coated diltiazem pellets, European J. of Pharmaceutical Sciences 17:145-151 (2002) | | | H, NP/A | |
| 202 | Smithkline Beecham Corp, et al. v. Apotex Corp., et al., 247 F.Supp.2d 1011 (N.D.Ill. 2003) | | | R | |
| 203 | Diltiazem ER Capsules Product Development Report (09/18/97) | BLS 026482 – BLS 026699 | | | |
| 204 | Biovail Development Reports Volume 1 (G99) | BLS 010501 – BLS 010852 | | R | |
| 205 | Biovail Product development Report for the Diltiazem HCl Extended Release Bead Coated Tablets, 120, 180, and 420 mg (02/28/02) | BLS 009849 – BLS 009933 | | R | |

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 206 | Solubility of Diltiazem in Water and Sucrose Solution | B013998 – B014000 | | H, F | |
| 207 | Rights Agreement between Biovail and Hoechst-Roussel Pharmaceutical Inc. (06/30/93) | ANDCLA 25021-ANDCLA 25043 | | H, R | |
| 208 | EXHIBIT REMOVED | | | | |
| 209 | Revenue Chart | BLS 022200 | | H | |
| 210 | Sales Revenue Chart/Expenses | BLS 021059 – BLS 021068 | | H | |
| 211 | Master Formula, Diltiazem HCl ER Pellets (Tiazac), Product Code S212, Lot #: P97018 (01/15/97) | ANDCLA 23104 – ANDCLA 23119 | | | |

**Page 38 of 67**

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 212 | Monograph, titled "Andrx's Generic Cardizem CD Two-peak Versus One-peak" (Source and author are unknown) | ANDCLA 39323 - ANDCLA 39325 | | H, R, F, A | |
| 213 | Master Formula, Diltiazem HCl ER Pellets (Tiazac), Lot #: P96141 (04/05/96) | ANDCLA 23079 - ANDCLA 23102 | | | |
| 214 | Handwritten Calculations by Sanford Bolton | | Bolton Dep. Exh. 164 | H, R | |
| 215 | Skyscan Brochure 2006 | | www.skyscan.be/next/SkyScan_brochure.pdf | H, R | |
| 216 | DataViewer version history | | Wu Dep. Exh. 171 | H, R | |
| 217 | Skyscan Images of Diltiazem ER Pellets | | Wu Dep. Exh. 172 | H, R | |

Page 39 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 218 | CT images of Diltiazem | | Wu Dep. Exh. 173 | H, R | |
| 219 | Sept. 9, 1995 Asset Purchase Agreement | ANDCLA 25069 – ANDCLA 25161 | | H, R | |
| 220 | Celphere Brochure | | Cheng Dep. Exh. 100 | H, R | |
| 221 | Revised Package Insert with Side by Side Comparison (06/06) | ANDCLA 110860– ANDCLA 110900 | Copa Dep. Exh. 147 | R | |
| 222 | Chart | | Bodmeier Dep. Exh. 193 | H | |
| 223 | Nov. 11, 2006 Expert Report of Norman Weiner | | | H, R – witness will not be called | |
| 224 | Expert Report of Stuart Porter | | | H, R – witness will not be called | |

Page 40 of 67

IH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 225 | C.Y. Wu, B.C. Hancock, A. Mills, A.C. Bentham, S.M. Best, and J.A. Elliot "Numerical and experimental investigation of capping mechanisms during pharmaceutical tablet compaction" Powder Technology via "Particulate Processes in the Pharmaceutical Industry", June 26-30, 2005, pp. 1-19. | | | H, NP/A | |
| 226 | B.C. Hancock and M.P. Mullarney, "X-ray Microtomography of Solid Dosage Forms" Pharmaceutical Technology, April 2005, pp. 92-100. | | | H, NP/A | |
| 227 | W. Huber, A. Bubendorf, A. Grieder, D. Obrecht, "Monitoring solid phase synthesis by infrared spectroscopic techniques" Analytica Chimica Acta 393 (1999) 213-221. | | | H, NP/A | |

Page 41 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 228 | J.S. Loring, M. Karlsson, W.R. Fawcett, W.H. Casey, "Infrared spectra of phthalic acid, the hydrogen phthalate ion, and the phthalate ion in aqueous solution" Spectrochimica Acta Part A 57 (2001) 1635-1642 | | | H, NP/A | |
| 229 | Thom, T., et al. Heart Disease and Stroke Statistics – 2006 Update, *Circulation*, American Heart Association, 02/14/06, pp. e86-e87 | | | H, NP/A | |
| 230 | Cardizem LA Package Insert. Revised 04/04 | | | R, H | |
| 231 | Tiazac ER Package Insert. Revised 07/03 | | | R, H | |
| 232 | Approved Drug Products ("Orange Book"), 26th Edition, FDA, 2006, pp.31-32 | | | H, R, C | |

Page 42 of 67

IH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No.<br>PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 233 | Smith, D.H.G., Neutel, J.M., and Weber, M.A., Comparisons of the effects of Different Long-Acting Delivery Systems on the Pharmacokinetics and Pharmacodynamics of Diltiazem, *Am. J. of Hypertension*, 1999;12:1030-1037 | | | H, NP/A | |
| 234 | Neutel, J.M., et al., Current Challenges in the Management of Hypertension: Effective Single-Dose Monotherapy with a Novel Formulation of Diltiazem, *Advances in Therapy*, Vol. 13, No. 5, September/October 1996 | B 007372 – B 007386 | | H, NP/A | |
| 235 | Lacourciere, Y., et al., Clincial Efficacy of Force Titrated Doses of Diltiazem Extended-Release: A Placebo Controlled Study, *Am. J. of Hypertension*, 1995; 8:282-286 | B 007391 – B 007395 | | H, NP/A | |

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 236 | Neutel, J.M., et al., Optimization of Antihypertensive Therapy with a Novel, Extended-Release Formulation of Diltiazem: Results of a Practice-Based Clinical Study, *Clinical Therapeutics*, Vol. 19, No. 6, November/December 1997 | B 007356 – B 007371 | | H, R, NP/A | |
| 237 | Smith, D.H.G., and Neutel, J.M., Comparison of the Pharmacodynamic Profiles of Two Different Long-Acting Diltiazem Delivery Systems (Presented at the American Society of Hypertension, 12th Scientific Meeting Exposition May 27-31, 1997, San Francisco, CA) | | | H, R, NP/A | |

Page 44 of 67

IH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 238 | Glasser, S. P., Neutel, J.M., Gana, T. I. and Albert, K.S., Efficacy and Safety of a Once Daily Graded-Release Diltiazem Formulation in Essential Hypertension, *Am. J. of Hypertension*, Vol. XVI (2003), pp. 51 - 58 | | | H, R, NP/A | |
| 239 | Communication to the USPTO Office Action mailed 10/11/00 in re U.S. Patent Application No. 09/465,338 | | | | |
| 240 | Communication from the USPTO Office Action mailed 02/21/02 in re U.S. Patent Application No. 09/465,338 | | | | |
| 241 | Communication from the USPTO Office Action mailed 11/18/02 in re U.S. Patent Application No. 09/465,338 | | | | |

**Page 45 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 242 | 02/07/02 Interview Summary in re U.S. Patent Application No. 09/567,451 | | | | |
| 243 | Communication from the USPTO Office Action mailed 11/18/02 in re U.S. Patent Application No. 09/567,451 | | | | |
| 244 | U.S. Patent No. 4,515,805 | | | R | |
| 245 | U.S. Patent No. 6,197,347 | | | R | |
| 246 | Biovailability study on daytime and nighttime use of Tiazac® capsules 360 mg in healthy subjects | BLS 053034 – BLS 053096 | April 6, 2007 Meyer Expert Report Exhibit R | R | |

Page 46 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 247 | FDA Guidance for Industry re Statistical Procedures for Bioequivalence Studies using a Standard Two-Treatment Crossover Design (07/01/92) | | | | |
| 248 | Approved Drug Products ("Orange Book"), 27th Edition, FDA (2007) – entry for Cardizem LA and Tiazac | | | R | |
| 249 | Guidance for Industry Food-Effect Bioavailability and Fed Bioequivalence Studies, FDA, CDER (12/02) | | | R | |
| 250 | Letter, dated 04/22/05, from J. Vaughn to G. Buehler | ANDCLA 00003 – ANDCLA 00004 | | | |
| 251 | Letter, dated 08/30/05, from J. Vaughn to G. Buehler | ANDCLA 14139 – ANDCLA 14140 | | | |

Page 47 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 252 | Undated Letter from D. Conmer to B. Berry | ANDCLA 102462-ANDCLA 102464 | April 9, 2007 Foster Expert Report Exhibit 16 | R, H | |
| 253 | Andrx ANDA # 77-686 Excerpt | ANDCLA 14267 | April 9, 2007 Foster Expert Report Exhibit 19 | R | |
| 254 | United States Patent Application of X.X. Cheng, et al. for Diltiazem Controlled Release Formulation and Method of Manufacture | ANDCLA 102907-ANDCLA 102973 | Qi Dep. Exh. 14A<br><br>April 9, 2007 Foster Expert Report Exhibit 22 | | |
| 255 | Bodmeier, R., Tableting of coated pellets, *European J. of Pharmaceutics and Biopharmaceutics*, 43 (1997)1-8 | | | H | |

Page 48 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 256 | Andrx ANDA Transmittal Letter | ANDCLA 63186 – ANDCLA 63187 | Jan. 19, 2007 Brenner Expert Declartion Exhibit 10 | | |
| 257 | Eudragit NE 30 D Data Sheet (Info NED-2/e) | | | H | |
| 258 | Eudragit NE 30 D Prospectus (Info NED-1/e) | | | H | |
| 259 | Eudragit Process Technology Sheet (Info V-5/e) | | | H | |
| 260 | Eudragit E (Info E-12/e) | | | H | |
| 261 | Eudragit E Technical Application Pamphlet (Info E-11/e) | | | H | |
| 262 | Eudragit E Standards Sheet (Info E-7/e) | | | H | |

Page 49 of 67

H_2103615.1

Biovail Laboratories International SRL *v.* Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 263 | Eudragit RL and RS Prospectus (Info RL/RS-1/e) | | | H | |
| 264 | Andrx Patent Application (generic Cardizem LA) | ANDCLA 102907 - ANDCLA 102942 | | DU | |
| 265 | Executed Batch Records (420 mg) | ANDCLA 00519 - ANDCLA 00619<br>ANDCLA 00640 - ANDCLA 00652 | | MD | |
| 266 | Compilation | ANDCLA 14901 - ANDCLA 14986<br>ANDCLA 14988 - ANDCLA 15030 | | MD | |

Page 50 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| | | ANDCLA 15061 - ANDCLA 15088 | | | |
| | | ANDCLA 15119- ANDCLA 15146 | | | |
| | | ANDCLA 15182- ANDCLA 15210 | | | |
| | | ANDCLA 15241 - ANDCLA 15269 | | | |
| | | ANDCLA 15300 - ANDCLA 15315 | | | |

Page 51 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 267 | Guidance for Industry SUPAC-MR: Modified Release Solid Oral Dosage Forms (September 1997) | | | R | |
| 268 | Andrx ANDA # 77-686 Excerpt | ANDCLA 00375 - ANDCLA 00380 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 30 (part 1) | | |
| 269 | Andrx ANDA # 77-686 Excerpt | ANDCLA 14529 - ANDCLA 14534 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 30 (part 2) | | |
| 270 | Andrx ANDA # 75-401 Excerpt | 9358 – 9360 ANDCLA 92868 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 31 | | |

**Page 52 of 67**

IH_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 271 | Andrx ANDA # 75-401 Bioequivalency Comments | ANDCLA 102016 | Jan. 19, 2007 Brenner Expert Declaration Exhibit 32 | | |
| 272 | April 27, 2006 Letter from J. Vaughn to G. Buehler | ANDCLA 107049 - ANDCLA 107050 | | | |
| 273 | Chart | | April 9, 2007 Brenner Expert Report Exhibit C | H | |
| 274 | Chart | | April 9, 2007 Brenner Expert Report Exhibit D | H | |
| 275 | Chart | | April 9, 2007 Brenner Expert Report Exhibit E | H | |
| 276 | Chart | | April 9, 2007 Brenner Expert Report Exhibit F | H | |

**Page 53 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 277 | Chart | | April 9, 2007 Brenner Expert Report Exhibit G | H | |
| 278 | Chart | | April 9, 2007 Brenner Expert Report Exhibit H | H | |
| 279 | Chart | | April 9, 2007 Brenner Expert Report Exhibit I | H | |
| 280 | Chart | | April 9, 2007 Brenner Expert Report Exhibit J | H | |
| 281 | USP 23 Excerpts | | April 9, 2007 Brenner Expert Report Exhibit 8 | H | |
| 282 | Andrx ANDA # 77-686 Excerpt | ANDCLA 00140 – ANDCLA 00145 | April 9, 2007 Brenner Expert Report Exhibit 9 (part 1) | | |

**Page 54 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 283 | Andrx ANDA # 77-686 Excerpt | ANDCLA 14310 – ANDCLA 14317 | April 9, 2007 Brenner Expert Report Exhibit 9 (part 2) | | |
| 284 | Andrx ANDA # 77-686 Excerpt | ANDCLA 14546 – ANDCLA 14547 | April 9, 2007 Brenner Expert Report Exhibit 9 (part 3) | | |
| 285 | EXHIBIT REMOVED | | | | |
| 286 | EXHIBIT REMOVED | | | | |
| 287 | Andrx ANDA # 77-686 Excerpt | ANDCLA 00116 – ANDCLA 00122 | April 9, 2007 Brenner Expert Report Exhibit 14 (part 1) | | |
| 288 | Andrx ANDA # 77-686 Excerpt | ANDCLA 14268 – ANDCLA 14302 | April 9, 2007 Brenner Expert Report Exhibit 14 (part 2) | | |

Page 55 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 289 | Excerpt from Andrx Communication to the FDA regarding Andrx ANDA # 77-686 | ANDCLA 110703 – ANDCLA 110780 | April 9, 2007 Brenner Expert Report Exhibit 14 (part 3) | C | |
| 290 | FDA Guidance for Industry: Dissolution Testing of Immediate Release Solid Oral Dosage Forms (08/97) | | | | |
| 291 | Merck Index, 12th Edition, Merck & Co., Inc., Whitehouse Station, NJ (1996) pp. 3249, 9051-52 | | | | |
| 292 | Andrx ANDA # 77-686 Excerpt | ANDCLA 14310, ANDCLA 14315 | July 7, 2006 Brenner Expert Report Exhibit 8 | | |
| 293 | EXHIBIT REMOVED | | | | |

Page 56 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 294 | United States Patent Application of X.X. Cheng, et al. for Diltiazem Controlled Release Formulation and Method of Manufacture | ANDCLA 102907– ANDCLA 102972  ANDCLA 105869– ANDCLA 105874 | July 7, 2006 Brenner Expert Report Exhibit 13 | DU | |
| 295 | Andrx ANDA # 77-686 Excerpt | ANDCLA 00116– ANDCLA 00120 | July 7, 2006 Brenner Expert Report Exhibit 14 (part 1) | | |
| 296 | EXHIBIT REMOVED | | | | |
| 297 | July 16, 2002 Letter from W. Kreppner to D. Throckmorton, M.D. | BLS 007399 – BLS 007428 | July 7, 2006 Brenner Expert Report Exhibit 15 | | |
| 298 | Andrx ANDA # 77-686 Excerpt | ANDCLA 15604 – ANDCLA 15615 | July 7, 2006 Brenner Expert Report Exhibit 16 | C | |

**Page 57 of 67**

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

# LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 299 | Biovail NDA 21-392 Excerpt | BLS 003818, BLS 004634 | July 7, 2006 Brenner Expert Report Exhibit 17 | C | |
| 300 | Andrx ANDA # 77-686 Excerpt | ANDCLA 00880 – ANDCLA 00881, ANDCLA 15701 | July 7, 2006 Brenner Expert Report Exhibit 18 | C | |
| 301 | Biovail NDA 21-392 Excerpt | BLS 004633 | July 7, 2006 Brenner Expert Report Exhibit 19 | R | |
| 302 | Undated Letter from D. Copner (FDA) to B. Berry (Andrx) | ANDCLA 00125 – ANDCLA 00127 | | R, H | |
| 303 | U.S. Patent No. 6,524,620 | | | R | |
| 304 | Charts | | July 7, 2006 Brenner Expert Report Exhibit 21 | H | |

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 305 | Andrx ANDA # 77-686 Excerpt | ANDCLA 00358 | July 7, 2006 Brenner Expert Report Exhibit 22 | | |
| 306 | Andrx ANDA # 77-686 Excerpt | ANDCLA 14518 | July 7, 2006 Brenner Expert Report Exhibit 23 | | |
| 307 | Jan. 19, 2007 Declaration of Gerald S. Brenner, Ph.D. | | | H | |
| 308 | March 23, 1992 Communication from the USPTO in re USSN 07/721,396 | | | | |
| 309 | June 22, 1992 Submission to the USPTO in re USSN 07/721,396 | | | | |
| 310 | EXHIBIT REMOVED | | | | |
| 311 | Sept. 25, 1992 Communication from the USPTO in re USSN 07/721,396 | | | | |

Page 59 of 67

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 312 | Dec. 26, 1995 Communication from the USPTO in re USSN 08/311,722 | | | | |
| 313 | May 8, 2000 Submission to USPTO in re USSN 09/567,451 | | | | |
| 314 | May 25, 2001 Communication from the USPTO in re USSN 09/567,451 | | | | |
| 315 | Dec. 14, 1995 Submission to the USPTO in re USSN 08/311,722 | | | | |
| 316 | Cardizem LA Promotional Materials | BLS 020736 – BLS 020747 | | H, R | |
| 317 | Cardizem LA Promotional Materials | BLS 020748 – BLS 020752 | | H, R | |
| 318 | Cardizem LA Promotional Materials (Consider the evidence surrounding BP rise during early morning hours) | | | H, R, NP/A | |

Page 60 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 319 | Cardizem LA Promotional Materials (Bringing Unique Technology to Established Antihypertensive Control) | | | H, R, NP/A | |
| 320 | Specifications and test methods for EUDRAGIT® E 12,5 EUDRAGIT® E 100 | B 012517 – B 012519 | | H | |
| 321 | Specifications and test methods for EUDRAGIT® NE 30 D | B 012537 – B 012539 | | H | |
| 322 | EXHIBIT REMOVED | | | | |
| 323 | Diltiazem HCl ER Pellets Investigation Report No. 00-054: Out of Specification, DI Water Dissolution, Product code: 151 | ANDCLA 101506 – ANDCLA 101513 | Jan Dep. Exh. 76 | W | |
| 324 | Letter, dated 01/05/01, from D. Servello to G. Beuhler (FDA) | ANDCLA 101440- ANDCLA 101443 | Jan Dep. Exh. 85 | | |

**Page 61 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 325 | E-mail, dated 06/26/01, from C-M Cheng to D. Trieu, D. Rivera, S. Jan, X.X. Cheng re TZ | ANDCLA 38343 | Jan Dep. Exh. 86 | | |
| 326 | Process Validation, dated 01/12/01 (Document No. PVP-054), for the Diltiazem HCl ER Pellets (TZ) | ANDCLA 101372-ANDCLA 101386 | Jan Dep. Exh. 89 | | |
| 327 | Book Chapter: Qiu, Yihong, and Zhang, Guohua, Research and Development Aspects of Oral Controlled-Release Dosage Forms, in *Handbook of Pharmaceutical Controlled Release Technology*, Wise, Donald L. (ed.), Marcel Dekker, Inc. New York | | Zhang Dep. Exh. 92 | H, R | |
| 328 | E-mail (string), dated 03/24/05, from G. Zhang to B. Berry re Meeting Summary (redacted) | ANDCLA 82670 – ANDCLA 82672 | Zhang Dep. Exh. 95 | W | |

**Page 62 of 67**

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 329 | ANDA 77-686 Minor Amendment from FDA (02/10/06) | ANDCLA 103013-ANDCLA 103017 | Vaughn Dep. Exh. 27 | | |
| 330 | WO 01/41744 A1 | | Zhang Dep. Exh. 96 | R | |
| 331 | Biovail's Rule 30(b)(6) Notice to Andrx (03/09/06) | | Vaughn Dep. Exh. 18 | W | |
| 332 | Generic Sales and GP Summary, 2005-2008 (Three-Year Business Plan) | ANDCLA 103116 | Rosenthal Dep. Exh. 59 | R | |
| 333 | Collection of Various Andrx Request for Analysis Documents | ANDCLA 102551, 102550, 51961, 52121, 50824, 50816, 62550, 50938, 50821, 51094, 51046, 50546, 51096, 50483, 50401, 62467, 50470, 50510, 62643, | Dixit Dep. Exh. 4 | MD | |

**Page 63 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No.<br><br>PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| | | 62917, 62957, 62753, 62913, 62670, 62898, 61244, 62814, 61622, 61296, 61291, 62435, 63127, 62173, 62279, 62238, 60816, 63087, 63076, 61549, 63028, 62207, 61488, 61572, 61611, 102560, 60662, 61710, 61619, 61105, 61805, 61184, 62363, 63021, 61239, 61212, 61388, 41858, 61706, 41923, 41922, 61702, 47386, 104763, 47442, 47844, 104818, 60983, 61176, 61342, 60774, 60719, 60930, 104336, 61518, 42055, 42048, 42006, 105313, 105367, 51289, 62085, 102476, 102477 | | | |

Page 64 of 67

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 334 | File History of U.S. Patent Application USSN 09/119,323 | ANDCLA 22871 – ANDCLA 22963 | Jan Dep. Exh. 69 | NPI, A, R | |
| 335 | Validation Report for Diltiazem HCl ER Pellets (TZ) Doc. No. PVR-054 (02/22/01) | ANDCLA 109598- ANDCLA 109685 | Cheng Dep. Exh. 108 | | |
| 336 | Diltiazem HCl ER Pellets (TZ): Optimization of Processing Parameters and the Effect of Stability Doc. No. PVR-054 (02/21/01) | ANDCLA 109585- ANDCLA 109597 | Cheng Dep. Exh. 109 | | |
| 337 | Feb. 17, 2006 Letter from Anthony H. Son, Andrx's Counsel, to Preston K. Ratliff II | | | W | |
| 338 | File History for Pending U.S. Application No. 09/465,338 | ANDCLA 34696 – ANDCLA 35610 | | NPI, A | |

**Page 65 of 67**

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. PTX | Description | Bates | Previous Designation | Objections | Response to Objections |
|---|---|---|---|---|---|
| 339 | File History for Abandoned U.S. Application No. 09/567,451 | ANDCLA 35611 – ANDCLA 36666 | | NPI, A | |
| 340 | Various Demonstratives | | | NPI | |
| 341 | U.S. Pat. No. 5,000,000 | | | R, NP/A | |
| 342 | Submission Log relating to ANDA No. 77-686 | ANDCLA 14137 | | | |
| 343 | Certified File History of U.S. Patent Application No. 08/311,722, U.S. Patent No. 5,529,791 | | | NP/A, NPI. Provided too late to reconcile discrepancies | |
| 344 | Certified File History of U.S. Patent Application No. 09/567,451, U.S. Patent No. 7,108,866 | | | NP/A, NPI, Provided too late to inspect | |
| 345 | Certified File History of U.S. Patent Application No. 09/465,338 (Abandoned) | | | NP/A, NPI, Provided too late to inspect | |

H_2103615.1

Biovail Laboratories International SRL v. Andrx Pharmaceuticals LLC, et al.
United States District Court for the District of Delaware
C.A. No. 05-586 (GMS) (Consolidated)

## LIST OF PLAINTIFF'S TRIAL EXHIBITS

Page 67 of 67