IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, | ) ) ) | |
| Plaintiff, | ) ) | C.A. Nos.  05-586 (GMS) 05-730 (GMS) |
| v. | ) ) | 06-620 (GMS) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) ) | (CONSOLIDATED) **REDACTED** |
| Defendants. | ) ) ) | **PUBLIC VERSION** |

## FINAL PRETRIAL ORDER

### VOLUME 2

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff Biovail Laboratories
International SRL*

Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000

*Attorneys for Defendants Andrx
Pharmaceuticals, LLC and Andrx
Corporation*

Original Filing Date: October 30, 2007

Redacted Filing Date: November 6, 2007

# EXHIBIT 11

# EXHIBIT 11 TO THE PRETRIAL ORDER

## ANDRX'S DEPOSITION DESIGNATIONS WITH BIOVAIL OBJECTIONS

| | | | |
|---|---|---|---|
| **B** | Not best evidence (FRE 1002, 1003, and/or 1004) | **L** | Calls for legal conclusion |
| **C** | Completeness | **M** | Mischaracterizes |
| **CR** | Cumulative/Redundant | **NR** | Nonresponsive |
| **CS** | Counsel Statements or Colloquy | **O** | Improper lay or expert opinion (FRE 701-703) |
| **F** | Lack of Foundation | **R** | Relevance |
| **H** | Hearsay/Improper use of deposition (FRE 801-802 & FRCP 32) | **S** | Speculation |
| **K** | Lack of personal knowledge/incompetent (FRE 602) | **V** | Vague |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| **Kenneth Albert 1/26/07** | | | | |
| | 8:10 | 8:21 | | 8:22 – 9:4; |
| | 9:5 | 9:23 | | 10:9 – 11:8; |
| | 10:6 | 10:8 | | 11:25 – 12:9; |
| | 12:10 | 12:25 | | 13:17 – 13:21; |
| | 13:2 | 13:2 | | 19:6 – 7; |
| | 13:10 | 13:16 | | 19:14 – 20:2; |
| | 13:22 | 13:25 | | 21:8 – 19; |
| | 14:2 | 14:25 | | 24:5 – 7; |
| | 15:2 | 15:20 | | 24:10 – 20; |
| | 16:13 | 16:25 | | 25:3 – 12; |
| | 17:2 | 17:8 | | 25:19 – 27:13; |
| | 17:13 | 17:25 | | 28:3 – 28:15; |
| | 18:2 | 18:8 | | 30:18 – 22; |
| | 18:13 | 18:18 | | 31:10 – 32:4; |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 18:22 | 18:25 | | 32:5 – 33:14; |
| | 19:2 | 19:5 | | 33:25 – 35:6; |
| | 19:8 | 19:13 | | 35:7 – 36:9; |
| | 19:23 | 19:25 | | 36:14 – 37:17; |
| | 20:2 | 20:2 | | 38:17 – 39:3; |
| | 20:15 | 20:25 | | 39:6 – 39:8; |
| | 21:2 | 21:7 | | 39:9 – 39:17; |
| | 23:3 | 23:25 | | 39:18 – 41:11; |
| | 24:2 | 24:4 | | 51:23 – 52:7; |
| | 25:13 | 25:18 | | 57:13  -58:24; |
| | | | | 60:9 – 60:16; |
| | 30:9 | 30:17 | | 67:24 – 68:22; |
| | | | | 72:21 – 73:5; |
| | | | | 73:17 – 74:9; |
| | | | | 80:3 – 81:4; |
| | | | | 82:2 – 7; |
| | | | C, F, S | 82:10 – 20; |
| | | | C, F, NR, S | 82:23 – 25; |
| | | | C, F, NR, S | 90:12 – 23; |
| | | | | 92:12 – 93:25; |
| | 50:9 | 50:25 | | 94:2 – 18; |
| | 51:2 | 51:22 | | 95:18 – 96:19 |
| | 52:8 | 52:22 | | 96:20 – 97:10; |
| | 59:20 | 59:25 | | 97:13 – 98:13; |
| | 60:2 | 60:8 | | 99:5 – 100:16 |
| | 60:17 | 60:25 | | 101:8 – 21; |
| | 61:2 | 61:25 | | 102:14 – 108:4; |
| | 62:2 | 62:9 | | 108:7 – 110:5; |
| | 67:14 | 67:18 | C, F, R | 110:8 – 111:22; |
| | 67:21 | 67:23 | C, F, R | 118:19 – 119:16 |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 69:5 | 69:20 | C, F, R | 120:10 – 121:11; |
| | 69:23 | 69:25 | C, F, R | 123:16 – 124:11; |
| | 70:2 | 70:25 | C, F, R | 124:21 – 125:6 |
| | 71:2 | 71:18 | C, F, R | 125:7 – 10; |
| | 71:24 | 71:25 | | 125:12 – 126:9; |
| | 72:2 | 72:20 | | 126:19 – 128:19; |
| | 73:6 | 73:16 | | 131:11 – 132:20 |
| | 74:17 | 74:25 | | 135:3 – 136:3; |
| | 75:2 | 75:25 | | 136:8 – 136:21; |
| | 76:2 | 76:25 | | 139:22 – 140:23; |
| | 77:2 | 77:25 | | 146:14 – 147:4; |
| | 78:2 | 78:25 | | 152:12 – 152:16; |
| | 79:2 | 79:24 | | 156:11 – 156:19; |
| | 81:5 | 81:13 | C, F | 159:3 – 160:6; |
| | 81:18 | 81:25 | | 160:9 – 161:22; |
| | 83:2 | 83:16 | | 162:13 – 163:16; |
| | | | | 167:18 – 169:10 |
| | | | C, F | |
| | | | | |
| | | | | |
| | | | | |
| | 117:9 | 117:25 | | |
| | 118:2 | 118:18 | | |
| | | | | |
| | | | | |
| | | | | |
| | 126:10 | 126:18 | | |
| | 128:20 | 128:25 | | |
| | 129:2 | 129:25 | | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 130:2 | 130:15 | F, S | |
| | 130:18 | 130:25 | | |
| | 131:2 | 131:10 | | |
| | 132:21 | 132:25 | | |
| | 133:2 | 133:25 | | |
| | 134:2 | 134:25 | | |
| | 135:2 | 135:2 | L | |
| | | | | |
| | | | | |
| | 137:20 | 137:24 | L | |
| | 138:5 | 138:13 | | |
| | 138:15 | 138:25 | | |
| | 139:2 | 139:21 | | |
| | 140:24 | 140:25 | | |
| | 141:2 | 141:25 | | |
| | 142:2 | 142:25 | | |
| | 143:2 | 143:14 | F, S | |
| | 143:17 | 143:25 | | |
| | 144:2 | 144:25 | | |
| | 145:2 | 145:25 | | |
| | 146:2 | 146:24 | | |
| | 148:20 | 148:25 | | |
| | 149:2 | 149:24 | | |
| | 153:22 | 153:25 | | |
| | 154:2 | 154:25 | | |
| | 155:2 | 155:25 | | |
| | 156:2 | 156:10 | | |
| | 164:14 | 164:25 | | |
| | 165:2 | 165:25 | | |
| | 166:2 | 166:25 | | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
|  | 167:2 | 167:17 |  |  |
|  |  |  |  |  |
|  | 169:11 | 169:24 |  |  |
|  |  |  |  |  |
| Gerald Brenner 8/30/07 |  |  |  |  |
|  | 5:14 | 5:25 | H |  |
|  | 6:2 | 6:10 | H |  |
|  | 6:20 | 6:25 | H |  |
|  | 7:2 | 7:7 | H |  |
|  | 7:21 | 7:25 | H |  |
|  | 8:2 | 8:25 | H |  |
|  | 9:2 | 9:4 | H |  |
|  | 9:25 | 9:25 | H |  |
|  |  |  | H |  |
|  |  |  | H |  |
|  | 11:11 | 11:20 | H |  |
|  | 13:14 | 13:25 | H |  |
|  | 14:2 | 14:10 | H |  |
|  | 15:7 | 15:11 | H |  |
|  | 16:5 | 16:19 | H |  |
|  | 20:2 | 20:25 | H |  |
|  | 21:2 | 21:25 | H |  |
|  | 22:2 | 22:25 | H |  |
|  | 23:2 | 23:7 | H |  |
|  |  |  | H |  |
|  | 24:18 | 24:23 | H |  |
|  | 25:3 | 25:7 | H |  |
|  |  |  | H |  |
|  | 26:15 | 26:25 | H |  |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 27:2 | 27:3 | H | |
| | 28:5 | 28:18 | H | |
| | 28:21 | 28:25 | H | |
| | 29:2 | 29:19 | H | |
| | 30:24 | 30:25 | H | |
| | 31:2 | 31:25 | H | |
| | 32:2 | 32:19 | H | |
| | 33:21 | 33:25 | H | |
| | 34:2 | 34:16 | H | |
| | 35:6 | 35:25 | H | |
| | 36:2 | 36:25 | H | |
| | 37:2 | 37:13 | H | |
| | 38:25 | 38:25 | H | |
| | 39:2 | 39:4 | H | |
| | 39:7 | 39:14 | H | |
| | 41:19 | 41:25 | H | |
| | 42:2 | 42:25 | H | |
| | 43:2 | 43:25 | H | |
| | 44:2 | 44:16 | H | |
| | 44:23 | 44:25 | H | |
| | 45:2 | 45:10 | H | |
| | 46:5 | 46:17 | H | |
| | 46:22 | 46:25 | H | |
| | 47:2 | 47:13 | H | |
| | 48:2 | 48:25 | H | |
| | 49:2 | 49:8 | H | |
| | 50:12 | 50:21 | H | |
| | | | H | |
| | 51:2 | 51:25 | H | |
| | 52:2 | 52:22 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 52:24 | 52:25 | H | |
| | 53:2 | 53:21 | H | |
| | 55:14 | 55:19 | H | |
| | 56:8 | 56:25 | H | |
| | 57:2 | 57:17 | H | |
| | 57:25 | 57:25 | H | |
| | 58:2 | 58:25 | H | |
| | 59:2 | 59:10 | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | 70:8 | 70:25 | H | |
| | 71:2 | 71:25 | H | |
| | 72:2 | 72:25 | H | |
| | 73:2 | 73:13 | H | |
| | 75:7 | 75:24 | H | |
| | | | H | |
| | | | H | |
| | 78:20 | 78:25 | H | |
| | 79:2 | 79:6 | H | |
| | 79:8 | 79:25 | H | |
| | 80:2 | 80:9 | H | |
| | 80:11 | 80:25 | H | |
| | 81:2 | 81:25 | H | |
| | 82:2 | 82:21 | H | |
| | | | H | |
| | | | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | | | H | |
| | | | H | |
| | 87:19 | 87:25 | H | |
| | 88:2 | 88:25 | H | |
| | 89:2 | 89:10 | H | |
| | 89:21 | 89:22 | H | |
| | 90:2 | 90:12 | H | |
| | 90:17 | 90:25 | H | |
| | 91:2 | 91:25 | H | |
| | 92:10 | 92:25 | H | |
| | 93:2 | 93:6 | H | |
| | 93:22 | 93:25 | H | |
| | 94:2 | 94:13 | H | |
| | 94:16 | 94:25 | H | |
| | 95:2 | 95:2 | H | |
| | 95:22 | 95:25 | H | |
| | 96:2 | 96:4 | H | |
| | 97:10 | 97:25 | H | |
| | 98:2 | 98:21 | H | |
| | 100:6 | 100:25 | H | |
| | 101:2 | 101:14 | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | 104:14 | 104:25 | H | |
| | 105:2 | 105:7 | H | |
| | 105:17 | 105:25 | H | |
| | 106:2 | 106:13 | H | |
| | | | H | |
| | | | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | 115:9 | 115:25 | H | |
| | 116:2 | 116:25 | H | |
| | 117:2 | 117:2 | H | |
| | 117:12 | 117:19 | H | |
| | 117:23 | 117:25 | H | |
| | 118:2 | 118:25 | H | |
| | 119:2 | 119:5 | H | |
| | 124:10 | 124:19 | H | |
| | 124:23 | 124:25 | H | |
| | 125:2 | 125:7 | H | |
| | 134:14 | 134:25 | H | |
| | 135:2 | 135:25 | H | |
| | 136:2 | 136:12 | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | 144:10 | 144:13 | H | |
| | 144:15 | 144:23 | H | |
| | 144:25 | 144:25 | H | |
| | 145:2 | 145:11 | H | |
| | 149:13 | 149:24 | H | |
| | 151:11 | 151:15 | H | |
| | 151:24 | 151:25 | H | |
| | 152:2 | 152:10 | H | |
| | 155:9 | 155:13 | H | |
| | 155:15 | 155:24 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 159:10 | 159:25 | H | |
| | 160:2 | 160:25 | H | |
| | 161:2 | 161:3 | H | |
| | 162:2 | 162:25 | H | |
| | | | H | |
| | 163:2 | 163:2 | H | |
| | 164:22 | 164:25 | H | |
| | 165:2 | 165:6 | H | |
| | 166:17 | 166:20 | H | |
| | 166:22 | 166:25 | H | |
| | 167:4 | 167:13 | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | 186:10 | 186:13 | H | |
| | 186:17 | 186:23 | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | 191:19 | 191:25 | H | |
| | 192:2 | 192:25 | H | |
| | 193:2 | 193:14 | H | |
| | 193:19 | 193:21 | H | |
| | 193:23 | 193:23 | H | |
| | 196:12 | 196:16 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 197:17 | 197:25 | H | |
| | 198:2 | 198:24 | H | |
| | 199:11 | 199:25 | H | |
| | 200:2 | 200:25 | H | |
| | 201:2 | 201:25 | H | |
| | 202:2 | 202:5 | H | |
| | 202:16 | 202:19 | H | |
| | 202:21 | 202:25 | H | |
| | 203:2 | 203:8 | H | |
| | 203:11 | 203:19 | H | |
| | 205:11 | 205:25 | H | |
| | 206:2 | 206:7 | H | |
| | 208:11 | 208:13 | H | |
| | 208:16 | 208:25 | H | |
| | 209:2 | 209:24 | H | |
| | 210:4 | 210:21 | H | |
| | 211:12 | 211:18 | H | |
| | 211:21 | 211:21 | H | |
| | 212:17 | 212:23 | H | |
| | 216:3 | 216:25 | H | |
| | 217:2 | 217:16 | H | |
| | 219:8 | 219:22 | H | |
| | 219:25 | 219:25 | H | |
| | 220:2 | 220:10 | H | |
| | 220:13 | 220:25 | H | |
| | 221:2 | 221:2 | H | |
| | 221:5 | 221:20 | H | |
| | 221:23 | 221:25 | H | |
| | 222:2 | 222:16 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| Arthur Deboeck 6/7/07 | | | | |
| | 13:20 | 14:3 | H | 37:4 – 18; |
| | 33:18 | 37:3 | CS, H | 38:20 – 39:9; |
| | 37:19 | 38:1 | H | 40:23 – 41:5; |
| | 38:14 | 38:19 | H | 58:16 – 61:11; |
| | 61:12 | 63:11 | H | 63:12 – 17; |
| | 66:19 | 67:19 | H | 64:12 – 65:12; |
| | 68:8 | 70:1 | H | 67:20 – 68:2; |
| | 71:5 | 71:11 | H | 70:2 – 70:10; |
| | 71:19 | 73:12 | CS, H | 70:17 – 71:4; |
| | 74:9 | 74:13 | H | 73:13 – 14; |
| | 77:2 | 77:12 | H, R | 73:17 – 24; |
| | 83:22 | 84:5 | H | 74:2 – 74:8; |
| | 91:17 | 93:10 | H | 74:14 – 75:7; |
| | 93:15 | 93:21 | H | 75:10 – 76:16; |
| | | | | 76:21 – 77:1; |
| | | | | 77:13 – 20; |
| | | | | 77:24 – 78:21; |
| | | | | 84:6 – 85:1; |
| | | | | 85:5 – 9; |
| | | | | 85:11 – 18; |
| | | | | 86:3 – 88:11; |
| | | | | 88:22 – 89:9; |
| | | | | 89:19 – 91:16; |
| | | | | 93:11 – 14; |
| | | | | 93:22 – 94:7; |
| | | | | 97:15 – 98:20; |
| | | | | 99:19 – 99:21; |
| | | | | 99:24 – 100:5; |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | | | | 100:7 – 100:16 |
| | | | | |
| Thomas Foster 8/16/07 | | | | |
| | 32:18 | 32:25 | H | |
| | 33:2 | 33:2 | H | |
| | 34:12 | 34:25 | H | |
| | 35:2 | 35:25 | H | |
| | 36:2 | 36:9 | H | |
| | 48:13 | 48:25 | H | |
| | 49:2 | 49:13 | H | |
| | 62:13 | 62:25 | H | |
| | 63:2 | 63:19 | H | |
| | 64:17 | 64:25 | H | |
| | 65:2 | 65:18 | H | |
| | 69:2 | 69:25 | H | |
| | 70:2 | 70:25 | H | |
| | 71:2 | 71:25 | H | |
| | 72:2 | 72:25 | H | |
| | 73:2 | 73:2 | H | |
| | 89:7 | 89:11 | H | |
| | 90:24 | 90:25 | H | |
| | 91:2 | 91:25 | H | |
| | 92:2 | 92:25 | H | |
| | 93:2 | 93:25 | H | |
| | 94:2 | 94:8 | H | |
| | 95:15 | 95:25 | H | |
| | 96:2 | 96:24 | H | |
| | 97:24 | 97:25 | H | |
| | 98:2 | 98:25 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 99:2 | 99:2 | H | |
| | 100:22 | 100:25 | H | |
| | 101:2 | 101:25 | H | |
| | 102:2 | 102:25 | H | |
| | 103:2 | 103:25 | H | |
| | 104:2 | 104:25 | H | |
| | 105:2 | 105:25 | H | |
| | 106:2 | 106:24 | H | |
| | 113:19 | 113:25 | H | |
| | 114:2 | 114:25 | H | |
| | 115:2 | 115:18 | H | |
| | 117:25 | 117:25 | H | |
| | 118:2 | 118:25 | H | |
| | 119:2 | 119:25 | H | |
| | 120:2 | 120:25 | H | |
| | 121:2 | 121:25 | H | |
| | 122:2 | 122:25 | H | |
| | 123:2 | 123:25 | H | |
| | 124:2 | 124:25 | H | |
| | 125:2 | 125:25 | H | |
| | 126:2 | 126:25 | H | |
| | 127:2 | 127:25 | H | |
| | 128:2 | 128:25 | H | |
| | 129:2 | 129:25 | H | |
| | 130:2 | 130:25 | H | |
| | 131:2 | 131:5 | H | |
| | 137:3 | 137:6 | H | |
| | 137:19 | 137:25 | H | |
| | 138:2 | 138:25 | H | |
| | 139:2 | 139:25 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 140:2 | 140:15 | H | |
| | 141:4 | 141:23 | H | |
| | 142:5 | 142:25 | H | |
| | 143:2 | 143:25 | H | |
| | 144:2 | 144:25 | H | |
| | 145:2 | 145:25 | H | |
| | 146:2 | 146:25 | H | |
| | 147:2 | 147:25 | H | |
| | 148:2 | 148:6 | H | |
| | 148:15 | 148:25 | H | |
| | 149:2 | 149:5 | H | |
| | 152:5 | 152:25 | H | |
| | 153:2 | 153:3 | H | |
| | 154:9 | 154:25 | H | |
| | 155:2 | 155:25 | H | |
| | 156:2 | 156:9 | H | |
| | 157:13 | 157:25 | H | |
| | 158:2 | 158:3 | H | |
| | 159:14 | 159:25 | H | |
| | 160:2 | 160:18 | H | |
| | 164:22 | 164:25 | H | |
| | 165:2 | 165:9 | H | |
| | 165:21 | 165:25 | H | |
| | 166:20 | 166:25 | H | |
| | 167:2 | 167:7 | H | |
| | 167:11 | 167:25 | H | |
| | 168:2 | 168:25 | H | |
| | 169:2 | 169:25 | H | |
| | 170:2 | 170:25 | H | |
| | 171:2 | 171:9 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 173:10 | 173:25 | H | |
| | 174:2 | 174:25 | H | |
| | 175:2 | 175:25 | H | |
| | 176:2 | 176:25 | H | |
| | 177:2 | 177:25 | H | |
| | 178:2 | 178:9 | H | |
| | 179:14 | 179:25 | H | |
| | 180:2 | 180:25 | H | |
| | 181:2 | 181:25 | H | |
| | 182:2 | 182:25 | H | |
| | 183:2 | 183:25 | H | |
| | 184:2 | 184:25 | H | |
| | 185:2 | 185:25 | H | |
| | 186:2 | 186:19 | H | |
| | 187:8 | 187:25 | H | |
| | 188:2 | 188:25 | H | |
| | 189:2 | 189:25 | H | |
| | 190:2 | 190:25 | H | |
| | 192:3 | 192:25 | H | |
| | 193:2 | 193:25 | H | |
| | 194:2 | 194:7 | H | |
| | 196:7 | 196:23 | H | |
| | 199:9 | 199:25 | H | |
| | 200:2 | 200:25 | H | |
| | 201:2 | 201:18 | H | |
| | 210:8 | 210:18 | H | |
| | 214:15 | 214:24 | H | |
| | 215:22 | 215:25 | H | |
| | 216:2 | 216:25 | H | |
| | 217:2 | 217:15 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 218:13 | 218:25 | H | |
| | 219:2 | 219:25 | H | |
| | 220:2 | 220:5 | H | |
| | 222:14 | 222:25 | H | |
| | 223:2 | 223:25 | H | |
| | 224:2 | 224:25 | H | |
| | 225:2 | 225:17 | H | |
| | 230:10 | 230:17 | H | |
| | 236:22 | 236:25 | H | |
| | 237:2 | 237:25 | H | |
| | 239:8 | 239:25 | H | |
| | 240:2 | 240:16 | H | |
| | 241:12 | 241:25 | H | |
| | 242:2 | 242:25 | H | |
| | 243:2 | 243:25 | H | |
| | 244:2 | 244:25 | H | |
| | 245:2 | 245:25 | H | |
| | 246:2 | 246:25 | H | |
| | 247:2 | 247:20 | H | |
| | 249:20 | 249:25 | H | |
| | 250:2 | 250:25 | H | |
| | 251:2 | 251:2 | H | |
| | 255:4 | 255:12 | H | |
| | 259:14 | 259:25 | H | |
| | 260:2 | 260:25 | H | |
| | 261:2 | 261:25 | H | |
| | 262:2 | 262:20 | H | |
| | 263:18 | 263:25 | H | |
| | 264:2 | 264:25 | H | |
| | 265:2 | 265:25 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 266:2 | 266:22 | H | |
| | 269:23 | 269:25 | H | |
| | 270:2 | 270:25 | H | |
| | 271:2 | 271:25 | H | |
| | 272:2 | 272:17 | H | |
| | 287:15 | 287:25 | H | |
| | 288:2 | 288:25 | H | |
| | 289:2 | 289:25 | H | |
| | 290:2 | 290:25 | H | |
| | 291:2 | 291:25 | H | |
| | 292:2 | 292:25 | H | |
| | 293:2 | 293:25 | H | |
| | 294:2 | 294:25 | H | |
| | 295:2 | 295:25 | H | |
| | 296:2 | 296:23 | H | |
| | 297:10 | 297:25 | H | |
| | 298:2 | 298:25 | H | |
| | 299:2 | 299:25 | H | |
| | 300:2 | 300:8 | H | |
| | 300:21 | 300:25 | H | |
| | 301:2 | 301:15 | H | |
| | 301:17 | 301:25 | H | |
| | 302:15 | 302:25 | H | |
| | 303:2 | 303:25 | H | |
| | 304:2 | 304:25 | H | |
| | 305:2 | 305:4 | H | |
| | 306:19 | 306:25 | H | |
| | 307:2 | 307:25 | H | |
| | 308:2 | 308:25 | H | |
| | 309:2 | 309:25 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 310:2 | 310:25 | H | |
| | 311:2 | 311:25 | H | |
| | 312:2 | 312:9 | H | |
| | 313:25 | 313:25 | H | |
| | 314:2 | 314:25 | H | |
| | 315:2 | 315:25 | H | |
| | 316:2 | 316:25 | H | |
| | 317:2 | 317:25 | H | |
| | 319:6 | 319:25 | H | |
| | 320:2 | 320:25 | H | |
| | 321:2 | 321:25 | H | |
| | 322:2 | 322:5 | H | |
| | | | | |
| Wayne Kreppner 6/20/06 | | | | |
| | 4:21 | 4:25 | | 4:18 – 4:20; |
| | 5:2 | 5:5 | | 8:25 – 9:5; |
| | 10:6 | 10:16 | | 9:24 – 10:5; |
| | 10:21 | 10:25 | | 11:3 – 11:10; |
| | 11:2 | 11:2 | | 25:18 – 25:25; |
| | 11:11 | 11:17 | | 56:15 – 56:20; |
| | 12:10 | 12:11 | | 57:3 – 57:7; |
| | 17:16 | 17:25 | | 107:25 – 108:15; |
| | 18:2 | 18:2 | | 110:4 – 111:4; |
| | 23:23 | 23:25 | | 111:7 – 112:3; |
| | 24:8 | 24:9 | | 121:5 – 124:10; |
| | 24:11 | 24:14 | | 149:19 – 150:2; |
| | 26:18 | 26:21 | | 162:10 – 163:16; |
| | 39:20 | 39:24 | | 232:6 – 232:13; |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 40:2 | 40:18 | | |
| | 47:14 | 47:25 | | |
| | 48:3 | 48:6 | | |
| | 53:4 | 53:23 | | |
| | 54:22 | 54:25 | | |
| | 55:2 | 55:3 | | |
| | 55:7 | 55:8 | | |
| | 55:10 | 55:25 | | |
| | 56:2 | 56:14 | | |
| | 56:21 | 56:25 | | |
| | 57:2 | 57:2 | | |
| | 57:8 | 57:15 | | |
| | 57:18 | 57:25 | | |
| | 58:2 | 58:7 | | |
| | 59:8 | 59:13 | | |
| | 77:18 | 77:25 | | |
| | 78:2 | 78:21 | | |
| | 79:5 | 79:15 | | |
| | 79:18 | 79:22 | | |
| | 86:17 | 86:20 | | |
| | 86:24 | 86:25 | | |
| | 87:2 | 87:21 | | |
| | 91:22 | 91:25 | | |
| | 92:2 | 92:25 | | |
| | 93:2 | 93:25 | | |
| | 94:2 | 94:25 | | |
| | 105:7 | 105:10 | | |
| | 107:6 | 107:24 | | |
| | 108:16 | 108:25 | | |
| | 109:2 | 109:25 | | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 110:2 | 110:3 | | |
| | 118:15 | 118:25 | | |
| | 119:2 | 119:25 | | |
| | 120:2 | 120:25 | | |
| | 121:2 | 121:4 | | |
| | 130:12 | 130:20 | | |
| | 130:23 | 130:25 | | |
| | 131:2 | 131:8 | | |
| | 153:19 | 153:25 | | |
| | 154:2 | 154:19 | | |
| | 171:23 | 171:25 | | |
| | 172:2 | 172:7 | | |
| | 172:12 | 172:16 | | |
| | 176:19 | 176:25 | | |
| | 177:2 | 177:21 | | |
| | 177:24 | 177:25 | | |
| | 178:2 | 178:10 | | |
| | 209:20 | 209:25 | | |
| | 210:2 | 210:10 | | |
| | 224:15 | 224:23 | | |
| | 231:11 | 231:15 | | |
| | 231:20 | 231:25 | | |
| | 232:2 | 232:5 | | |
| | 232:14 | 232:25 | | |
| | 233:2 | 233:5 | | |
| | | | | |
| Paul Maes 5/25/06 | | | | |
| | 6:7 | 6:22 | C | 9:18 – 10:2; |
| | 7:23 | 7:25 | | 30:6 – 9; |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 8:2 | 8:25 | | 30:12 – 21; |
| | 9:2 | 9:17 | | 32:21 – 33:9; |
| | 17:14 | 17:21 | | 36:6 – 36:14; |
| | 29:4 | 29:7 | | 47:3 – 4; |
| | 29:11 | 29:25 | | 49:17 – 50:19; |
| | 36:15 | 36:25 | | 52:15 – 53:2; |
| | 37:2 | 37:7 | | 55:9 – 12; |
| | 47:5 | 47:25 | C | 56:4 – 57:9; |
| | 48:2 | 48:15 | | 59:5 – 18; |
| | 49:10 | 49:16 | | 60:5 – 12; |
| | 50:20 | 50:25 | | 60:20 – 61:2; |
| | 51:2 | 51:25 | | 64:22 – 24; |
| | 52:2 | 52:14 | | 65:2 – 21; |
| | 55:13 | 55:25 | C | 70:13 – 71:13; |
| | 56:2 | 56:3 | | 75:14 – 76:2; |
| | 58:5 | 58:25 | | 89:11 – 20; |
| | 59:2 | 59:4 | | 90:2 – 11; |
| | 59:19 | 59:25 | | 122:9 – 122:18; |
| | 60:2 | 60:4 | | 122:19 – 20; |
| | 60:13 | 60:19 | | 130:25 – 132:9; |
| | 63:25 | 63:25 | | 147:24 – 149:10;149:13 – 149:22; |
| | 64:2 | 64:21 | B, C, R | 153:6 – 19; |
| | 65:22 | 65:25 | | 153:22 – 154:7; |
| | 66:2 | 66:22 | | 154:15 – 155:15; |
| | 66:25 | 66:25 | | 155:18 – 157:5; |
| | 67:2 | 67:11 | | 159:10 – 161:4 |
| | 67:13 | 67:15 | | |
| | 67:19 | 67:25 | | |
| | 68:2 | 68:25 | | |
| | 70:2 | 70:8 | | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 71:20 | 71:25 | | |
| | 72:2 | 72:18 | | |
| | 73:12 | 73:16 | | |
| | 73:22 | 73:25 | | |
| | 74:2 | 74:16 | | |
| | 74:21 | 74:25 | | |
| | 75:2 | 75:8 | | |
| | 75:11 | 75:13 | | |
| | 91:2 | 91:7 | | |
| | 92:2 | 92:5 | | |
| | 94:2 | 94:25 | | |
| | 95:2 | 95:22 | | |
| | | | C | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | F | |
| | | | F | |
| | 152:2 | 152:13 | | |
| | 152:18 | 152:25 | F, L, O | |
| | 153:2 | 153:5 | | |
| | 162:16 | 162:23 | F | |
| | 163:2 | 163:16 | F | |
| | | | | |
| Paul Maes 2/27/07 | | | | |
| | 5:9 | 5:25 | | 5:25 – 6:12; |
| | 6:2 | 6:25 | | 6:13 – 7:6; |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 7:2 | 7:6 | | 7:7 – 8:4;11:18 – 12:5; |
| | 8:5 | 8:25 | | 12:13 – 22; |
| | 9:2 | 9:25 | | 15:20 – 23; |
| | 10:2 | 10:25 | | 16:5 – 17; |
| | 11:2 | 11:17 | | 20:2 – 22; |
| | 12:23 | 12:25 | | 22:11 – 14; |
| | 13:2 | 13:24 | | 22:17 – 23:19; |
| | 14:5 | 14:25 | | 24:2 – 24:20; |
| | 15:2 | 15:19 | | 33:18 – 25; |
| | 15:24 | 15:25 | | 37:1 – 37:6; |
| | 16:2 | 16:25 | | 40:5 – 10; |
| | 17:2 | 17:25 | | 43:5 – 9; |
| | 18:2 | 18:25 | | 48:25 – 49:24; |
| | 19:2 | 19:25 | C | 52:6 – 10; |
| | 20:23 | 20:25 | | 54:8 – 11; |
| | 21:2 | 21:12 | | 55:2 – 56:5; |
| | 21:20 | 21:25 | C, F, R, V | 62:16 – 23; |
| | 22:2 | 22:10 | | 63:18 – 20; |
| | | | | 63:23 – 64:8; |
| | | | | 65:2 – 8; |
| | | | | 65:11 – 14; |
| | 26:21 | 26:25 | F, V | 66:23 – 67:5; |
| | 27:2 | 27:7 | | 78:23 – 79:6; |
| | 33:2 | 33:17 | | 83:8 – 84:11; |
| | 34:2 | 34:25 | | 85:17 – 20; |
| | 35:2 | 35:21 | | 85:23 – 86:3; |
| | 35:24 | 35:25 | | 86:6 – 88:2; |
| | 36:2 | 36:25 | | 88:5 – 89:8; |
| | 37:7 | 37:12 | | 89:11 – 16; |
| | 37:15 | 37:22 | | 89:19 – 90:15; |
| | 38:7 | 38:9 | | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 38:12 | 38:16 | | 96:25 – 98:5; |
| | 39:20 | 39:25 | | 100:10 - 101:7; |
| | 40:2 | 40:25 | | 101:12 – 102:19 |
| | | | | |
| | 41:2 | 41:8 | | |
| | 41:14 | 41:14 | | |
| | 41:25 | 41:25 | | |
| | 42:2 | 42:25 | | |
| | 43:2 | 43:4 | | |
| | 43:10 | 43:25 | | |
| | 44:2 | 44:25 | | |
| | 45:2 | 45:25 | | |
| | 46:2 | 46:25 | | |
| | 47:2 | 47:25 | | |
| | 48:2 | 48:24 | | |
| | 49:25 | 49:25 | | |
| | 50:2 | 50:25 | | |
| | 51:2 | 51:25 | C, F | |
| | 52:2 | 52:11 | | |
| | 52:15 | 52:25 | | |
| | 53:2 | 53:25 | | |
| | 54:2 | 54:7 | | |
| | 56:6 | 56:25 | | |
| | 57:2 | 57:25 | | |
| | 58:2 | 58:25 | | |
| | 59:2 | 59:25 | | |
| | 60:2 | 60:25 | | |
| | 61:2 | 61:25 | | |
| | 62:2 | 62:15 | C | |
| | 62:24 | 62:25 | C | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 63:2 | 63:17 | C | |
| | 64:21 | 64:25 | | |
| | 65:15 | 65:25 | | |
| | 66:2 | 66:22 | C | |
| | 67:6 | 67:16 | | |
| | 68:4 | 68:10 | | |
| | 68:25 | 68:25 | | |
| | 69:2 | 69:25 | | |
| | 70:2 | 70:25 | | |
| | 71:2 | 71:11 | | |
| | 79:7 | 79:25 | F | |
| | 80:2 | 80:25 | | |
| | 81:2 | 81:9 | | |
| | 90:24 | 90:25 | | |
| | 91:2 | 91:25 | | |
| | 92:2 | 92:25 | | |
| | 93:2 | 93:25 | | |
| | 94:2 | 94:24 | | |
| | 96:13 | 96:24 | | |
| | 98:24 | 98:25 | | |
| | 99:2 | 99:25 | | |
| | 100:2 | 100:9 | | |
| | | | | |
| | 102:20 | 102:25 | | |
| | 103:2 | 103:25 | | |
| | 104:2 | 104:25 | | |
| | 105:2 | 105:12 | | |
| Salim N. | | | | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| **Mamajiwalla 3/2/07** | | | | |
| | 4:17 | 4:22 | | 5:4 – 6:15; |
| | 8:3 | 8:7 | | 7:13 – 18; |
| | 9:9 | 9:25 | | 8:8 – 9:8; |
| | 10:2 | 10:25 | | 15:8 – 11; |
| | 11:2 | 11:24 | | 15:14; |
| | 12:16 | 12:25 | | 18:18 – 19:8; |
| | 13:2 | 13:2 | | 21:11 – 23:19; |
| | 13:6 | 13:25 | | 24:16 – 19; |
| | 14:2 | 14:10 | | 28:2 – 29:11; |
| | 15:2 | 15:7 | | 32:10 – 33:11; |
| | 15:15 | 15:25 | | 50:4 - 20 |
| | 16:2 | 16:25 | | |
| | 17:2 | 17:25 | | |
| | 18:2 | 18:17 | | |
| | 19:9 | 19:25 | C, CS, S | |
| | 20:2 | 20:25 | C, CS, F, | |
| | 21:2 | 21:10 | | |
| | 23:20 | 23:25 | | |
| | 24:2 | 24:15 | | |
| | 24:24 | 24:25 | | |
| | 25:2 | 25:25 | | |
| | 26:2 | 26:25 | | |
| | 27:2 | 27:25 | | |
| | 29:21 | 29:25 | | |
| | 30:2 | 30:25 | | |
| | 31:2 | 31:13 | | |
| | 31:23 | 31:25 | | |
| | 32:2 | 32:9 | | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 33:12 | 33:25 | | |
| | 34:2 | 34:25 | | |
| | 35:2 | 35:21 | | |
| | 37:3 | 37:25 | | |
| | 38:2 | 38:2 | | |
| | 40:2 | 40:25 | | |
| | 41:2 | 41:25 | | |
| | 42:2 | 42:25 | | |
| | 43:2 | 43:25 | | |
| | 44:2 | 44:25 | | |
| | 45:2 | 45:3 | | |
| | 45:14 | 45:25 | | |
| | 46:2 | 46:25 | | |
| | 47:2 | 47:25 | | |
| | 48:2 | 48:25 | | |
| | 49:2 | 49:25 | | |
| | 50:2 | 50:3 | | |
| Edith Mathiowitz 1/15/07 | | | | |
| | 15:6 | 15:22 | H | 14:23 – 15:2; |
| | 16:11 | 16:22 | H | 19:24 – 20:16; |
| | 20:17 | 20:25 | H | 21:10 – 22:8; |
| | 21:2 | 21:9 | H | 35:21 – 36:4; |
| | 27:21 | 27:24 | H | 36:11 – 15; |
| | 30:12 | 30:25 | H | 54:25 – 56:15; |
| | 31:2 | 31:25 | H | 56:17 – 24; |
| | 32:2 | 32:25 | H | 61:14 – 18; |
| | 33:2 | 33:25 | H | 73:18 – 20; |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 34:2 | 34:25 | H | 103:8 – 11; |
| | 35:2 | 35:18 | H | 103:14 – 106:15 |
| | 36:16 | 36:25 | H | |
| | 37:2 | 37:25 | H | |
| | 38:2 | 38:25 | H | |
| | 39:2 | 39:25 | B, F, H, L | |
| | 40:2 | 40:25 | H | |
| | 41:2 | 41:25 | H | |
| | 42:2 | 42:9 | H | |
| | 44:20 | 44:25 | H | |
| | 45:2 | 45:15 | H | |
| | 51:5 | 51:25 | H | |
| | 52:2 | 52:3 | H | |
| | 52:8 | 52:25 | H | |
| | 53:2 | 53:25 | H | |
| | 54:2 | 54:19 | H | |
| | 56:25 | 56:25 | H | |
| | 57:2 | 57:25 | H | |
| | 58:2 | 58:7 | H | |
| | 59:12 | 59:25 | H | |
| | 60:2 | 60:25 | CS, H, O, L | |
| | 61:2 | 61:13 | H | |
| | 63:14 | 63:25 | H | |
| | 64:2 | 64:25 | H | |
| | 65:2 | 65:25 | H | |
| | 66:2 | 66:25 | H | |
| | 67:2 | 67:25 | H | |
| | 68:2 | 68:25 | H | |
| | 69:2 | 69:25 | H | |
| | 70:2 | 70:25 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 71:2 | 71:25 | H | |
| | 72:2 | 72:25 | H | |
| | 73:2 | 73:17 | H | |
| | 74:19 | 74:25 | H | |
| | 75:18 | 75:25 | H | |
| | 76:2 | 76:22 | F, H, L | |
| | 90:25 | 90:25 | H | |
| | 91:2 | 91:25 | H | |
| | 92:2 | 92:25 | H | |
| | 93:2 | 93:25 | H | |
| | 94:2 | 94:12 | H | |
| | 116:7 | 116:25 | F, H, L | |
| | 117:2 | 117:15 | F, H, L | |
| Robin L. Teskin 2/2/07 | | | | |
| | 2:2 | 2:23 | H | 17:4 – 14; |
| | 3:2 | 3:25 | H | 37:16 – 38:12; |
| | 4:2 | 4:9 | H | 45:10 – 46:3; |
| | 5:10 | 5:20 | H | 46:7 – 47:24; |
| | 7:10 | 7:16 | H | 68:4 – 10; |
| | 24:6 | 24:25 | H | 73:3 – 4; |
| | 25:2 | 25:25 | H | 73:7 – 10; |
| | 26:2 | 26:25 | H | 74:2 – 5; |
| | 27:2 | 27:25 | H | 74:8; |
| | 28:2 | 28:25 | H | 74:12 – 15; |
| | 29:2 | 29:3 | H | 74:18 – 22; |
| | 35:14 | 35:17 | H | 75:19 – 22; |
| | 36:3 | 36:25 | H | 76:14 – 19; |
| | 37:2 | 37:15 | H | 88:22 – 89:20; |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 38:19 | 38:25 | H | 91:22 – 92:18; |
| | 39:2 | 39:23 | H | 93:5 – 8; |
| | 40:6 | 40:11 | H | 93:14 – 20; |
| | 42:16 | 42:25 | H | 94:6 – 22; |
| | 43:2 | 43:13 | H | 98:17 – 23; |
| | 44:5 | 44:23 | H | 99:14 – 101:6; |
| | 45:2 | 45:6 | H | 102:11 – 105:4; |
| | 50:3 | 50:25 | H | 109:21 – 110:5; |
| | 51:2 | 51:25 | H | 111:9 – 12; |
| | 52:2 | 52:25 | H | 113:8 – 117:14; |
| | 53:2 | 53:25 | H | 119:12 – 16; |
| | 54:2 | 54:25 | F, H, M | 120:25; |
| | 55:2 | 55:25 | H | 121:12 – 17; |
| | 56:2 | 56:25 | H | 122:18 - 124:22; |
| | 57:2 | 57:25 | H | 124:25 – 125:18; |
| | 58:2 | 58:25 | H | 128:9 – 129:9; |
| | 59:2 | 59:25 | H | 133:2 – 4; |
| | 60:2 | 60:25 | H | 133:8- 24; |
| | 61:2 | 61:25 | H | 153:25 – 154:8; |
| | 62:2 | 62:25 | CS, H | 154:24 – 155:17; |
| | 63:2 | 63:16 | H | 159:3 – 20; |
| | 63:21 | 63:25 | H | 159:23 – 161:24; |
| | 64:2 | 64:25 | H | 163:4 – 19; |
| | 65:2 | 65:25 | H | 166:25 – 168:5; |
| | 66:2 | 66:25 | H | 169:25 – 170:16; |
| | 67:2 | 67:25 | H | 171:25 – 172:3; |
| | 68:2 | 68:3 | H | 173:17 – 18; |
| | 70:3 | 70:7 | C, H | 173:21 – 174:5; |
| | 71:7 | 71:25 | H | 175:21 – 22; |
| | 72:2 | 72:25 | H | 176:2 – 177:22; |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 73:2 | 73:2 | H | 179:23 – 180:6; |
| | 73:11 | 73:12 | H | 181:12 - 185:2; |
| | 73:21 | 73:22 | H | 186:19 – 21; |
| | 73:25 | 73:25 | H | 192:9 – 193:17; |
| | 74:23 | 74:25 | H | 205:16 – 25; |
| | 75:2 | 75:18 | C, H | 207:7 – 208:11; |
| | 75:23 | 75:25 | C, H | 208:13 – 18; |
| | 76:2 | 76:13 | H | 210:6 – 9; |
| | 76:20 | 76:25 | H | 210:12 – 16; |
| | 77:2 | 77:7 | H | 214:15 – 20; |
| | 84:2 | 84:25 | H | 215:6 – 12; |
| | 85:2 | 85:6 | H | 215:17 – 216:8; |
| | 86:10 | 86:25 | H | 216:11 – 15; |
| | 87:2 | 87:22 | H | 219:5 – 7; |
| | 89:21 | 89:25 | H | 219:10 – 18 |
| | 90:2 | 90:25 | H | |
| | 91:2 | 91:21 | H | |
| | 92:19 | 92:25 | C, H | |
| | 93:2 | 93:4 | C, H | |
| | 93:9 | 93:13 | C, H | |
| | 93:21 | 93:25 | C, H | |
| | 94:2 | 94:5 | C, H | |
| | 94:23 | 94:25 | C, F, H | |
| | 95:5 | 95:24 | H | |
| | 96:3 | 96:9 | H | |
| | 98:8 | 98:16 | H | |
| | 98:24 | 98:25 | H | |
| | 99:2 | 99:13 | H | |
| | 101:7 | 101:25 | H | |
| | 102:2 | 102:10 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 109:3 | 109:7 | H | |
| | 109:11 | 109:20 | H | |
| | 110:6 | 110:25 | C, H | |
| | 111:2 | 111:8 | H | |
| | 111:13 | 111:25 | H | |
| | 112:2 | 112:25 | H | |
| | 113:2 | 113:7 | H | |
| | 117:15 | 117:25 | H | |
| | 118:2 | 118:25 | H | |
| | 119:2 | 119:11 | H | |
| | 119:17 | 119:25 | H | |
| | 120:2 | 120:24 | H | |
| | 121:2 | 121:11 | H | |
| | 121:18 | 121:25 | H | |
| | 122:2 | 122:3 | H | |
| | 122:11 | 122:17 | H | |
| | 125:19 | 125:25 | H | |
| | 126:2 | 126:25 | H | |
| | 127:2 | 127:10 | H | |
| | 148:5 | 148:25 | C, H | |
| | 149:2 | 149:25 | H | |
| | 150:2 | 150:25 | H | |
| | 151:2 | 151:22 | H | |
| | 152:12 | 152:25 | H | |
| | 153:2 | 153:24 | H | |
| | 154:9 | 154:23 | H | |
| | 156:9 | 156:17 | C, H | |
| | 157:13 | 157:25 | H | |
| | 158:2 | 158:22 | H | |
| | 162:11 | 162:25 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 163:2 | 163:3 | H | |
| | 163:20 | 163:25 | H | |
| | 164:2 | 164:25 | H | |
| | 165:2 | 165:20 | H | |
| | 166:3 | 166:24 | H | |
| | 168:6 | 168:25 | H | |
| | 169:2 | 169:24 | H | |
| | 170:17 | 170:22 | H | |
| | 171:3 | 171:24 | H | |
| | 172:4 | 172:19 | H | |
| | 173:8 | 173:16 | H | |
| | 174:6 | 174:24 | H | |
| | 175:4 | 175:20 | H | |
| | 180:7 | 180:25 | H | |
| | 181:2 | 181:4 | H | |
| | 181:7 | 181:11 | H | |
| | 185:22 | 185:25 | H | |
| | 186:2 | 186:18 | H | |
| | 186:22 | 186:25 | H | |
| | 187:2 | 187:25 | H | |
| | 188:2 | 188:25 | H | |
| | 189:2 | 189:9 | H | |
| | 190:16 | 190:25 | H | |
| | 191:2 | 191:25 | H | |
| | 192:2 | 192:2 | H | |
| | 192:5 | 192:8 | H | |
| | 202:22 | 202:24 | H | |
| | 203:3 | 203:25 | H | |
| | 204:2 | 204:5 | H | |
| | 204:15 | 204:19 | H | |

| Witness (Date) | Line Start | Line End | Objection(s) | Counter Designation(s) |
|---|---|---|---|---|
| | 204:21 | 204:25 | H | |
| | 205:2 | 205:15 | H | |
| | 206:2 | 206:25 | H | |
| | 207:2 | 207:6 | H | |
| | 209:21 | 209:25 | H | |
| | 210:2 | 210:5 | H | |
| | 213:25 | 213:25 | H | |
| | 214:2 | 214:14 | H | |
| | 217:3 | 217:20 | H, M, V | |
| | 217:23 | 217:25 | H | |
| | 218:2 | 218:20 | F, H, S | |
| | 218:23 | 218:25 | H | |
| | 219:2 | 219:4 | H | |
| | 219:19 | 219:25 | H | |
| | 220:4 | 220:14 | H | |

# EXHIBIT 12

REDACTED

# EXHIBIT 13

REDACTED

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on November 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

### <u>BY HAND AND E-MAIL</u>

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com

### <u>BY EMAIL</u>

Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC  20007
smaddox@foley.com

*/s/ Karen Jacobs Louden*
_____

klouden@mnat.com