IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,  Plaintiff,  v.  ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,  Defendants. | C.A. Nos.  05-586 (GMS) 05-730 (GMS) 06-620 (GMS) (CONSOLIDATED) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)**

Plaintiff Biovail Laboratories International SRL ("Biovail"), and Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation (collectively "Andrx"), having agreed to a settlement of this action, STIPULATE that:

1.  This is a consolidated civil action of Civil Action No. 05-586 (GMS), Civil Action No. 05-730 (GMS), Civil Action No. 06-620 (GMS) (collectively referred to as the "Litigation").

2.  In the Litigation, Plaintiff alleged that Defendant Andrx infringed U.S. Patent Nos. 5,529,791 and 7,108,866, under 35 U.S.C. § 271(e)(2), by virtue of Defendant's submission of Abbreviated New Drug Application No. 77-686 to the United States Food and Drug Administration.

3.  Plaintiff and Defendant have reached an agreement to settle the Litigation.

4. All of Plaintiff's claims in this Litigation are hereby dismissed with prejudice. Each of the parties shall bear its own attorney fees and costs.

SO STIPULATED:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Karen Jacobs Louden (#2881)* | */s/ Richard L. Horwitz (#2246)* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Karen Jacobs Louden (#2881) | Kenneth L. Dorsney (#3726) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| *Attorneys for Plaintiff Biovail Laboratories* | *Attorneys for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation* |
| Of Counsel: | Of Counsel: |
| Joseph M. O'Malley, Jr. | Steven A. Maddox |
| Preston K. Ratliff II | FOLEY & LARDNER, LLP |
| PAUL, HASTING, JANOFSKY & WALKER LLP | 3000 K Street, N.W., Suite 500 |
| Park Avenue Tower | Washington, D.C. 20007 |
| 75 East 55th Street | (202) 672-5300 |
| New York, NY 10022 | |
| (212) 318-6000 | Douglas H. Carsten |
| | FOLEY & LARDNER, LLP |
| | 11250 El Camino Real, Suite 200 |
| | San Diego, CA 92130 |
| | (858) 847-6700 |
| | Martin P. Endres |
| | HEDMAN & COSTIGAN, P.C. |
| | 1185 Avenue of the Americas |
| | New York, NY 10036 |
| | (212) 682-7474 |